```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683027635
Cashier ID: lgarrett
Transaction Date: 12/22/2014
Payer Name: PERKINSCOIE
------------------------------------
CIVIL FILING FEE
 For: PERKINSCOIE
 Amount:         $400.00
------------------------------------
CHECK
 Check/Money Order Num: 1267029
 Amt Tendered: $400.00
------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

CIVIL FILING FEE
3:14CV852
```