**PERKINSCOIe**

700 13th Street, NW  
Suite 600  
Washington, DC 20005-3960

☏ +1.202.654.6200  
✉ +1.202.654.6211  
perkinscoie.com

December 22, 2014

John K. Roche  
JRoche@perkinscoie.com  
D. (202) 434-1627

**VIA HAND DELIVERY**

Civil Clerk  
Spottswood W. Robinson III and Robert R. Merhige, Jr., Federal Courthouse  
701 East Broad Street  
Richmond, VA 23219  
804-916-2220

Re:   *Bethune-Hill, et al. v. Virginia Board of Elections, et al.*

Dear Civil Clerk:

In the folder marked "FILE WITH CLERK," please find enclosed for filing one check for $400 and originals of the following pleadings in the above-captioned case:

1) Civil Cover Sheet;
2) Complaint; and
3) Summons for each defendant.

In the folder marked "SERVICE COPIES," please find enclosed an additional copy of the Complaint for each defendant as well as two copies of each Summons for endorsement. **Service will be made by private process server** today if it is possible for the clerk's office to endorse the Summonses today and return them to my messenger. If it is not possible for the clerk's office to endorse the Summonses today, please kindly notify me at 202-434-1627 when they have been endorsed. At that time my messenger will return to your office to retrieve the endorsed copies.

In the folder marked "STAMP COPIES," please find enclosed additional copies of each document for date-stamping and return to my messenger for our case file.

Thank you for your assistance in this matter and please do not hesitate to contact me if you have any questions.

Very truly yours,

John K. Roche

RECEIVED  
DEC 2 2 2014  
CLERK, U.S. DISTRICT COURT  
RICHMOND, VA

Perkins Coie LLP