AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al.<br><br>*Plaintiff(s)*<br>v.<br>VIRGINIA STATE BOARD OF ELECTIONS, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:14cv852<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Virginia State Board of Elections
Washington Building
1100 Bank Street, First Floor
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John K. Roche
Perkins Coie LLP
700 13th Street NW
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC 22 2014                              FILE COPY

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al.<br><br>*Plaintiff(s)*<br>v.<br>VIRGINIA STATE BOARD OF ELECTIONS, et al.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:14cv852 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Charlie Judd, in his official capacity as Chairman of the Virginia State Board of Elections
Washington Building
1100 Bank Street, First Floor
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John K. Roche
Perkins Coie LLP
700 13th Street NW
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC 22 2014

FILE COPY

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al. <br><br> *Plaintiff(s)* <br> v. <br> VIRGINIA STATE BOARD OF ELECTIONS, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:14cv852 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kimberly Bowers, in her official capacity as Vice-Chair of the Virginia State Board of Elections
Washington Building
1100 Bank Street, First Floor
Richmond, VA 23219


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    John K. Roche
Perkins Coie LLP
700 13th Street NW
Washington, DC 20005


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Date: DEC 22 2014                    FILE COPY
                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al.<br><br>*Plaintiff(s)*<br>v.<br>VIRGINIA STATE BOARD OF ELECTIONS, et al.<br><br>*Defendant(s)* | Civil Action No. 3:14cv852 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* James B. Alcorn, in his official capacity as Secretary of the Virginia State Board of Elections
Washington Building
1100 Bank Street, First Floor
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John K. Roche
Perkins Coie LLP
700 13th Street NW
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC 22 2014

FILE COPY

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al.<br><br>*Plaintiff(s)*<br>v.<br>VIRGINIA STATE BOARD OF ELECTIONS, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:14cv852<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Virginia Department of Elections
Washington Building
1100 Bank Street
Richmond, VA 23219


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John K. Roche
Perkins Coie LLP
700 13th Street NW
Washington, DC 20005


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Date: DEC 22 2014

FILE COPY

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al. <br><br> *Plaintiff(s)* <br> v. <br> VIRGINIA STATE BOARD OF ELECTIONS, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:14CV852 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Edgardo Cortes, in his official capacity as Commissioner of the Virginia Department of Elections
Washington Building
1100 Bank Street
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John K. Roche
Perkins Coie LLP
700 13th Street NW
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC 22 2014

FILE COPY

*Signature of Clerk or Deputy Clerk*