Reset Form | Print Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 3:14-cv-852, Case Name Bethune-Hill v. Virginia State Board of Elect
Party Represented by Applicant: Golden Bethune-Hill, Christa Brooks, Chauncey Brown, Atoy

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Elisabeth Carmel Frost
Bar Identification Number 1007632    State District of Columbia
Firm Name Perkins Coie LLP
Firm Phone # (202) 654-6200    Direct Dial # (202) 654-6256    FAX # (202) 654-9959
E-Mail Address EFrost@perkinscoie.com
Office Mailing Address 700 13th Street NW, Suite 600, Washington DC 20005

Name(s) of federal court(s) in which I have been admitted See attached list

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____Elisabeth F_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature) _____    1/5/15 (Date)
John K. Roche
(Typed or Printed Name)    68594 (VA Bar Number)

FILED
JAN - 9 2015
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Court Use Only:
Clerk's Fee Paid __✓__ or Exemption Granted _____
The motion for admission is GRANTED __x__ or DENIED _____

_____/s/ REP_____    January 8, 2015
(Judge's Signature) Robert E. Payne    (Date)
Senior United States District Judge

## Attachment to Application to Qualify as a Foreign Attorney

Elisabeth Carmel Frost

**Names of federal courts in which I have been admitted:**

United States Court of Appeals for the Ninth Circuit

United States Court of Appeals for the Fourth Circuit

United States District Court for the District of Columbia

United States District Court for the Eastern District of New York

United States District Court for the Southern District of New York

**Additional state admissions:**

New York State (no bar numbers issued)