Reset Form    Print Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 3:14-cv-852, Case Name Bethune-Hill v. Virginia State Board of Elect
Party Represented by Applicant: Golden Bethune-Hill, Christa Brooks, Chauncey Brown, Atoy

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Abha Khanna
Bar Identification Number 42612    State Washington
Firm Name Perkins Coie LLP
Firm Phone # (206) 359-8000    Direct Dial # (206) 359-8312    FAX # (206) 359-9000
E-Mail Address AKhanna@perkinscoie.com
Office Mailing Address 1201 Third Avenue, Suite 4800, Seattle, WA 98101-3099

Name(s) of federal court(s) in which I have been admitted See attached list

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)
John K. Roche
(Typed or Printed Name)

1/5/15
(Date)

68594
(VA Bar Number)

FILED
JAN - 9 2015
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Court Use Only:

Clerk's Fee Paid _✓_ or Exemption Granted ____

The motion for admission is GRANTED _X_ or DENIED ____

/s/ REP
(Judge's Signature) Robert E. Payne
Senior United States District Judge

January 8, 2015
(Date)

<u>Attachment to Application to Qualify as a Foreign Attorney</u>

Abha Khanna

**Names of federal courts in which I have been admitted:**

United States Court of Appeals for the Ninth Circuit

United States District Court for the Western District of Washington

United States District Court for the Eastern District of Washington