IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
AT RICHMOND

GOLDEN BETHUNE-HILL, an individual;
CHRISTA BROOKS, an individual; CHAUNCEY
BROWN, an individual; ATOY CARRINGTON,
an individual; DAVINDA DAVIS, an
individual; ALFREDA GORDON, an
individual; CHERRELLE HURT, an
individual; TERRELL KINGWOOD, an
individual; TAVARRIS SPINKS, an
individual; MATTIE MAE URQUHART, an
individual; VIVIAN WILLIAMSON, an
individual; and SHEPPARD ROLAD WINSTON,
an individual,

      Plaintiffs,

v.                                 No. 3:14-cv-00852-REP

VIRGINIA STATE BOARD OF ELECTIONS;
CHARLIE JUDD, in his capacity as
Chairman of the Virginia State Board of
Elections; KIMBERLY BOWERS, in her
capacity as Vice-Chair of the Virginia
State Board of Elections; JAMES B.
ALCORN, in his capacity as Secretary of
the Virginia State Board of Elections;
VIRGINIA DEPARTMENT OF ELECTIONS; and
EDGARDO CORTES, in his capacity as
Commissioner of the Virginia Department
of Elections,

      Defendants.

O R D E R

IT APPEARING to the undersigned Chief Judge of the Fourth Judicial Circuit of the United States that a civil action as

above entitled was filed in the United States District Court for the Eastern District of Virginia wherein the plaintiffs allege, inter alia, that Virginia's Congressional Districts 63, 69, 70, 71, 74, 75, 77, 80, 89, 90, 92, and 95 are racial gerrymanders in violation of the Equal Protection Clause; and

IT FURTHER APPEARING that a request for a three-judge district court has been presented to the Honorable Robert E. Payne, who has notified the undersigned pursuant to 28 U.S.C. § 2284 of the pendency of such request to the end that a court of three judges may be convened as required by 28 U.S.C. § 2284,

NOW, THEREFORE, I DO HEREBY DESIGNATE the Honorable Barbara Milano Keenan, United States Circuit Judge for the Fourth Circuit; the Honorable Robert E. Payne, Senior United States District Judge for the Eastern District of Virginia; and the Honorable Gerald Bruce Lee, United States District Judge for the Eastern District of Virginia, to serve in the hearing and determination of this matter, as provided by law, the three to constitute a district court of three judges as provided by 28 U.S.C. § 2284.

This ___8th___ day of January, 2015.

/s/ William B. Traxler
William B. Traxler, Jr
Chief Judge, U.S. Court of Appeals
for the Fourth Circuit