IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants. | Civil Action No. 3:14-cv-00852-REP-GBL-BMK |

**MOTION OF THE VIRGINIA HOUSE OF DELEGATES AND VIRGINIA HOUSE OF DELEGATES SPEAKER WILLIAM J. HOWELL TO INTERVENE**

The Virginia House of Delegates and Virginia House of Delegates Speaker William J. Howell (collectively, "Applicants"), by counsel, respectfully request, pursuant to Rule 24 of the Federal Rules of Civil Procedure, to intervene as defendants in the above-captioned proceeding for the purpose of participating in the disposition of the proceeding. In support of this Motion, Applicants submit the accompanying memorandum of points and authorities and the proposed answer attached as Exhibit A hereto, and refer to all of the pleadings filed herein.

WHEREFORE, Applicants respectfully request that their Motion be granted.

Dated: January 23, 2015                    Respectfully submitted,

                                           VIRGINIA HOUSE OF DELEGATES
                                           AND VIRGINIA HOUSE OF DELEGATES
                                           SPEAKER WILLIAM J. HOWELL

                                           By Counsel


 /s/ Katherine L. McKnight
Jennifer M. Walrath (VSB No. 75548)
Katherine McKnight (VSB No. 81482)
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW
Suite 1100
Washington, DC  20036
Telephone:   202.861.1500
Facsimile:    202.861.1783
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com

Of counsel:

E. Mark Braden
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW
Suite 1100
Washington, DC  20036
Telephone:   202.861.1500
Facsimile:    202.861.1783
mbraden@bakerlaw.com

Dale Oldham, Esq.
1119 Susan St.
Columbia, SC  29210
Telephone:  803-772-7729
dloesq@aol.com

*Attorneys for the Virginia House of Delegates and*
*Virginia House of Deleages Speaker William J. Howell*

2

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2015, a copy of the foregoing Motion of the Virginia House of Delegates and Virginia House of Delegates Speaker William J. Howell to Intervene was filed and served pursuant to the Court's electronic filing procedures using the Court's CM/ECF system on the following counsel of record:

John Roche
Abha Khanna
Elisabeth Frost
Marc Elias
PERKINS COIE LLP
700 13th Street, NW
Washington, DC  20005
jroche@perkinscoie.com
akhanna@perkinscoie.com
efrost@perkinscoie.com
melias@perkinscoie.com

Kevin Hamilton
PERKINS COIE LLP
1201 Third Ave.
Suite 4800
Seattle, WA  98101
khamilton@perkinscoie.com

*Attorneys for Plaintiffs*

And I hereby certify that I will mail the document by U.S. first-class postage-prepaid to the following non-filing users:

Virginia State Board of Elections
c/o Charlie Judd, Chairman
Washington Building
First Floor
1100 Bank Street
Richmond, VA  23219

Charlie Judd
Chairman
Virginia State Board of Elections
Washington Building
First Floor
1100 Bank Street
Richmond, VA  23219

Kimberly Bowers
Vice-Chairman
Virginia State Board of Elections
Washington Building
First Floor
1100 Bank Street
Richmond, VA  23219

James B. Alcorn
Secretary
Virginia Department of Elections
Washington Building
First Floor
1100 Bank Street
Richmond, VA  23219

Edgardo Cortes
Commissioner
Virginia Department of Elections
Washington Building
First Floor
1100 Bank Street
Richmond, VA  23219

          */s/ Katherine L. McKnight*
Jennifer M. Walrath (VSB No. 75548)
Katherine McKnight (VSB No. 81482)
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Tel.: 202-861-1680
Fax: 202-861-1783
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com

*Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker William J. Howell*