IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants. | Civil Action No. 3:14-cv-00852-REP-GBL-BMK |

## ORDER GRANTING MOTION OF THE VIRGINIA HOUSE OF DELEGATES AND VIRGINIA HOUSE OF DELEGATES SPEAKER WILLIAM J. HOWELL TO INTERVENE

Upon consideration of the Motion of the Virginia House of Delegates and Virginia House of Delegates Speaker William J. Howell to Intervene (the "Motion") filed herein, the Court having considered the Motion, the Memorandum of Points and Authorities in support thereof, any opposition thereto, and any oral argument thereon, and it appearing to the Court after due deliberation that the relief requested is appropriate and will facilitate efficient resolution of this case, it is by the Court this ____ day of _____, 2015,

ORDERED, that the Motion be, and it is hereby, granted; and it is further

ORDERED, that the Virginia House of Delegates and Virginia House of Delegates Speaker William J. Howell are each permitted to intervene as a defendant in the above-captioned proceeding as a matter of right; and it is further

2

ORDERED, that the proposed Answer of the Defendant-Intervenors, which is attached as Exhibit A to the Motion, is deemed filed as of the date of this Order.

_____
Hon. United States Judge

Copies to:

Jennifer M. Walrath (VSB No. 75548)
Katherine L. McKnight (VSB No. 81482)
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW
Suite 1100
Washington, DC  20036
Telephone:   202.861.1500
Facsimile:    202.861.1783
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com

Of counsel:
E. Mark Braden
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW
Suite 1100
Washington, DC  20036
Telephone:   202.861.1500
Facsimile:    202.861.1783
mbraden@bakerlaw.com

Dale Oldham, Esq.
1119 Susan St.
Columbia, SC  29210
Telephone:  803-772-7729
dloesq@aol.com

*Attorneys for the Virginia House of Delegates and
Virginia House of Delegates Speaker William J. Howell*

John Roche
Abha Khanna
Elisabeth Frost
Marc Elias
PERKINS COIE LLP
700 13th Street, NW
Washington, DC  20005
jroche@perkinscoie.com
akhanna@perkinscoie.com
efrost@perkinscoie.com
melias@perkinscoie.com

Kevin Hamilton
PERKINS COIE LLP
1201 Third Ave.
Suite 4800
Seattle, WA  98101
khamilton@perkinscoie.com

*Attorneys for Plaintiffs*

Virginia State Board of Elections
c/o Charlie Judd, Chairman
Washington Building
First Floor
1100 Bank Street
Richmond, VA  23219

Charlie Judd
Chairman
Virginia State Board of Elections
Washington Building
First Floor
1100 Bank Street
Richmond, VA  23219

Kimberly Bowers
Vice-Chairman
Virginia State Board of Elections
Washington Building
First Floor
1100 Bank Street
Richmond, VA  23219

James B. Alcorn
Secretary
Virginia Department of Elections
Washington Building
First Floor
1100 Bank Street
Richmond, VA  23219

Edgardo Cortes
Commissioner
Virginia Department of Elections
Washington Building
First Floor
1100 Bank Street
Richmond, VA  23219