AO 440 (Rev. 06/12) Summons in a Civil Action

FILED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2015 JAN 20 P 2:05

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

GOLDEN BETHUNE-HILL, et al.

*Plaintiff(s)*

v.

VIRGINIA STATE BOARD OF ELECTIONS, et al.

*Defendant(s)*

Civil Action No. 3:14cv852





## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Virginia State Board of Elections
Washington Building
1100 Bank Street, First Floor
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John K. Roche
Perkins Coie LLP
700 13th Street NW
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC 22 2014

Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Golden Bethune-Hill, et al. | ) |
| | ) |
| | ) |
| **Plaintiff(s)** | ) |
| | ) Civil No.: 3:14cv852 |
| v. | ) |
| Virginia State Board of Elections, et al. | ) |
| | ) |
| | ) |
| **Defendant(s)** | ) |

## AFFIDAVIT OF SERVICE

I, Kenneth V. Condrey, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint in the above entitled case.

That I am over the age of eighteen years and I am not a party to or otherwise interested in this matter.

That on January 12, 2015 at 1:55 PM, I served Virginia State Board of Elections with the Summons and Complaint at Washington Building, 1100 Bank Street, First Floor, Richmond, Virginia 23219 by serving Rose Mansfield, Executive Assistant to the Board, authorized to accept.

Rose Mansfield is described herein:
Gender: Female   Race/Skin: White   Hair: Brown   Age: 40   Height: 5'7"   Weight: 140

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

_1-15-15_
Executed on:

Kenneth V. Condrey
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 15-117419                                                                                           Client Reference: 70916.0026

AO 440 (Rev. 06/12) Summons in a Civil Action

FILED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2015 JAN 20 P 2: 05

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

GOLDEN BETHUNE-HILL, et al.

)
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 3:14cv852
)
VIRGINIA STATE BOARD OF ELECTIONS, et al. )
)
)
)
*Defendant(s)* )



## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Charlie Judd, in his official capacity as Chairman of the Virginia State Board of
Elections
Washington Building
1100 Bank Street, First Floor
Richmond, VA 23219



A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John K. Roche
Perkins Coie LLP
700 13th Street NW
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC 22 2014

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Golden Bethune-Hill, et al. | ) |
| | ) |
| Plaintiff(s) | ) Civil No.: 3:14cv852 |
| v. | ) |
| Virginia State Board of Elections, et al. | ) |
| Defendant(s) | ) |

## AFFIDAVIT OF SERVICE

I, Kenneth V. Condrey, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That on January 14, 2015 at 6:55 PM, I served Charlie Judd, in his official capacity as Chairman of the Virginia State Board of Elections with the Summons and Complaint at 12436 Trumpington Court, Chesterfield, Virginia 23838 by serving Charlie Judd, personally.

Charlie Judd is described herein as:
Gender: Male     Race/Skin: White     Hair: Brown     Age: 60     Height: 5'10"     Weight: 175

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

1-15-15
Executed on:

Kenneth V. Condrey
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 15-117421

Client Reference: 70916.0026


AO 440 (Rev. 06/12) Summons in a Civil Action

FILED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2015 JAN 20 P 2: 05

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

GOLDEN BETHUNE-HILL, et al. )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 3:14cv852
VIRGINIA STATE BOARD OF ELECTIONS, et al. )
)
)
*Defendant(s)* )

F I L E D
JAN 20 2015
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kimberly Bowers, in her official capacity as Vice-Chair of the Virginia State Board of Elections
Washington Building
1100 Bank Street, First Floor
Richmond, VA 23219

R E C E I V E D
JAN 27 2015
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John K. Roche
Perkins Coie LLP
700 13th Street NW
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC 22 2014

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Golden Bethune-Hill, et al.<br><br>**Plaintiff(s)**<br><br>v.<br><br>Virginia State Board of Elections, et al.<br><br>**Defendant(s)** | )<br>)<br>)<br>)<br>) Civil No.: 3:14cv852<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Kenneth V. Condrey, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint in the above entitled case.

That I am over the age of eighteen years and I am not a party to or otherwise interested in this matter.

That on January 12, 2015 at 1:55 PM, I served Kimberly Bowers, in her official capacity as Vice-Chair of the Virginia State Board of Elections with the Summons and Complaint at Washington Building, 1100 Bank Street, First Floor, Richmond, Virginia 23219 by serving Rose Mansfield, Executive Assistant to the Board, authorized to accept.

Rose Mansfield is described herein:
Gender: Female   Race/Skin: White   Hair: Brown   Age: 40   Height: 5'7"   Weight: 140

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

1-15-15
Executed on:

Kenneth V. Condrey
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 15-117423                                          Client Reference: 70916.0026

AO 440 (Rev. 06/12) Summons in a Civil Action

FILED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2015 JAN 20 P 2: 04

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

GOLDEN BETHUNE-HILL, et al.
)
)
)
)
_____
*Plaintiff(s)*
v.
VIRGINIA STATE BOARD OF ELECTIONS, et al.
)
)
)
)
)
)
)
_____
*Defendant(s)*

Civil Action No. 3:14cv852

FILED
JAN 20 2015
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* James B. Alcorn, in his official capacity as Secretary of the Virginia State Board of Elections
Washington Building
1100 Bank Street, First Floor
Richmond, VA 23219

RECEIVED
JAN 27 2015
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John K. Roche
Perkins Coie LLP
700 13th Street NW
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: DEC 22 2014

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Golden Bethune-Hill, et al. <br><br> **Plaintiff(s)** <br><br> v. <br><br> Virginia State Board of Elections, et al. <br><br> **Defendant(s)** | ) ) ) ) ) Civil No.: 3:14cv852 ) ) ) ) ) ) |

### AFFIDAVIT OF SERVICE

I, Kenneth V. Condrey, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint in the above entitled case.

That I am over the age of eighteen years and I am not a party to or otherwise interested in this matter.

That on January 12, 2015 at 1:55 PM, I served James B. Alcorn, in his official capacity as Secretary of the Virginia State Board of Elections with the Summons and Complaint at Washington Building, 1100 Bank Street, First Floor, Richmond, Virginia 23219 by serving Rose Mansfield, Executive Assistant to the Board, authorized to accept.

Rose Mansfield is described herein:
Gender: Female    Race/Skin: White    Hair: Brown    Age: 40    Height: 5'7"    Weight: 140

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

1-15-15
Executed on:

Kenneth V. Condrey
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 15-117424                                                                                           Client Reference: 70916.0026

AO 440 (Rev. 06/12) Summons in a Civil Action

FILED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2015 JAN 20 P 2: 04

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

GOLDEN BETHUNE-HILL, et al. )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 3:14cv852
)
VIRGINIA STATE BOARD OF ELECTIONS, et al. )
)
)
)
*Defendant(s)* )

F I L E D
JAN 20 2015
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

R E C E I V E D
JAN 27 2015
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Virginia Department of Elections
Washington Building
1100 Bank Street
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John K. Roche
Perkins Coie LLP
700 13th Street NW
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC 22 2014

_____
Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Golden Bethune-Hill, et al. | ) |
| | ) |
| **Plaintiff(s)** | ) Civil No.: 3:14cv852 |
| v. | ) |
| Virginia State Board of Elections, et al. | ) |
| **Defendant(s)** | ) |

## AFFIDAVIT OF SERVICE

I, Kenneth V. Condrey, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint in the above entitled case.

That I am over the age of eighteen years and I am not a party to or otherwise interested in this matter.

That on January 12, 2015 at 2:00 PM, I served Virginia Department of Elections with the Summons and Complaint at Washington Building, 1100 Bank Street, Richmond, Virginia 23219 by serving Elizabeth Howard, Deputy Commissioner, authorized to accept.

Elizabeth Howard is described herein:
Gender: Female   Race/Skin: White   Hair: Brown   Age: 40   Height: 5'7"   Weight: 135

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

_1-15-15_
Executed on:

Kenneth V. Condrey
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 15-117426

Client Reference: 70916.0026

AO 440 (Rev. 06/12) Summons in a Civil Action

FILED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2015 JAN 20 P 2: 04
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| GOLDEN BETHUNE-HILL, et al.<br><br>*Plaintiff(s)*<br>v.<br>VIRGINIA STATE BOARD OF ELECTIONS, et al.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:14cv852 |

FILED
JAN 20 2015
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Edgardo Cortes, in his official capacity as Commissioner of the Virginia Department of Elections
Washington Building
1100 Bank Street
Richmond, VA 23219

RECEIVED
JAN 27 2015
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John K. Roche
Perkins Coie LLP
700 13th Street NW
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC 22 2014

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Golden Bethune-Hill, et al. <br><br> **Plaintiff(s)** <br><br> v. <br><br> Virginia State Board of Elections, et al. <br><br> **Defendant(s)** | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil No.: 3:14cv852 |

## AFFIDAVIT OF SERVICE

I, Kenneth V. Condrey, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint in the above entitled case.

That I am over the age of eighteen years and I am not a party to or otherwise interested in this matter.

That on January 12, 2015 at 2:00 PM, I served Edgardo Cortes, in his official capacity as Commissioner of the Virginia State Board of Elections with the Summons and Complaint at Washington Building, 1100 Bank Street, First Floor, Richmond, Virginia 23219 by serving Elizabeth Howard, Deputy Commissioner, authorized to accept.

Elizabeth Howard is described herein:
Gender: Female    Race/Skin: White    Hair: Brown    Age: 40    Height: 5'7"    Weight: 135

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

_1-15-15_
Executed on:

Kenneth V. Condrey
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 15-117425                                                    Client Reference: 70916.0026