# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## (Richmond Division)

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:14-cv-00852-REP-GBL-BMK |
| ) | |
| VIRGINIA STATE BOARD OF ) | |
| ELECTIONS, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
## FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

Upon consideration of the Virginia State Board of Elections, Charlie Judd, Kimberly Bowers, James B. Alcorn, the Virginia Department of Elections, and Edgardo Cortes (collectively, "Defendants") Unopposed Motion to File a Responsive Pleading and any response thereto, it is this _____ day of _____, 2015,

**ORDERED**, that the Motion be and hereby is **GRANTED**; and it is

**FURTHER ORDERED** that the Defendants' Responsive Pleading shall be filed on or before February 18, 2015.

_____
**United States District Court Judge**

<u>WE ASK FOR THIS</u>:

*/s/ Jeffrey P. Brundage*
Kathleen A. Gallagher (*PRO HAC VICE TO BE FILED*)
Daniel A. Glass (*PRO HAC VICE TO BE FILED*)
Jeffrey P. Brundage
Virginia Bar # 80179
Attorneys for Defendants
ECKERT SEAMANS CHERIN
  & MELLOTT, LLC
1717 Pennsylvania Avenue, NW
Suite 1200
Washington, D.C.  20006
Tel:  (202) 659-6600
Fax: (202) 659-6699
kgallagher@eckertseamans.com
dglass@eckertseamans.com
jbrundage@eckertsemans.com

Anthony F. Troy
Virginia Bar # 05985
Richard L. Savage, III
Virginia Bar # 37798
Attorneys for Defendants
ECKERT SEAMANS CHERIN
  & MELLOTT, LLC
Eighth and Main Building
Suite 1450
707 East Main Street
Richmond, VA  23219
Tel: (804) 788-7740
Fax: (804) 698-2950
ttroy@eckertseamans.com
rsavage@eckertseamans.com

Godfrey T. Pinn, Jr.
Virginia Bar # 43106
Dennis M. Martin, Sr.
Virginia Bar # 51067
Stacy E. Lee
Virginia Bar # 78737
Attorneys for Defendants
HARRELL & CHAMBLISS LLP
Eighth and Main Building
707 East Main Street
Suite 1000
Richmond, VA  23219
Tel: (804) 643-8401
Fax: (804) 648-2707
gpinn@hclawfirm.com
dmartin@hclawfirm.com
slee@hclawfirm.com

Copies to:
John Roche
Virginia Bar # 68594
Marc Elias *(pro hac vice)*
Elisabeth Frost *(pro hac vice)*
Attorneys for Plaintiffs
PERKINS COIE LLP
700 13th Street, NW
Suite 600
Washington, D.C.  20005
Tel: 202-654-6200
Fax: 202-654-6211
jroche@perkinscoie.com
melias@perkinscoie.com
efrost@perkinscoie.com

Kevin Hamilton *(pro hac vice)*
Abha Khanna *(pro hac vice)*
Attorneys for Plaintiffs
PERKINS COIE LLP
1201 Third Avenue
Suite 4800
Seattle, WA  98101
Tel: 206-359-8312
Fax: 206-359-9000
khamilton@perkinscoie.com
akhanna@perkinscoie.com