AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Golden Bethune-Hill, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   3:14-cv-000852-REP-GBL-BMK |
| Virginia State Board of Elections, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Virginia House of Delegates, and Virignia House of Delegates Speaker William J. Howell   .

Date:   01/30/2015

/s/ Jennifer M. Walrath
*Attorney's signature*

Jennifer M. Walrath
*Printed name and bar number*

Baker Hostetler LLP
1050 Connecticut Avenue, NW
Suite 1100
Washington, DC  20036
*Address*

jwalrath@bakerlaw.com
*E-mail address*

(202) 861-1500
*Telephone number*

(202) 861-1783
*FAX number*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants. | Civil Action No. 3:14-cv-00852-REP-GBL-BMK |

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2015 the foregoing Notice of Appearance of Counsel was filed and served pursuant to the Court's electronic filing procedures using the Court's CM/ECF system on the following counsel of record:

John Roche
Abha Khanna
Elisabeth Frost
Marc Elias
PERKINS COIE LLP
700 13th Street, NW
Washington, DC  20005
jroche@perkinscoie.com
akhanna@perkinscoie.com
efrost@perkinscoie.com
melias@perkinscoie.com

Kevin Hamilton
PERKINS COIE LLP
1201 Third Ave.
Suite 4800
Seattle, WA  98101
khamilton@perkinscoie.com

*Attorneys for Plaintiffs*

Jeffrey P. Brundage
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC 20006
jbrundage@eckertseamans.com

*Attorneys for Defendants*


    */s/ Jennifer M. Walrath*
    Jennifer M. Walrath (VSB No. 75548)
    Katherine McKnight (VSB No. 81482)
    BAKER HOSTETLER LLP
    1050 Connecticut Avenue, N.W.
    Suite 1100
    Washington, D.C. 20036
    Tel.: 202-861-1680
    Fax: 202-861-1783
    jwalrath@bakerlaw.com
    kmcknight@bakerlaw.com

    *Attorneys for the Virginia House of Delegates and*
    *Virginia House of Delegates Speaker William J. Howell*