IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __3:14-cv-00852__, Case Name __Bethune-Hill v. Va. State Bd. of Elecs.__
Party Represented by Applicant: __Virginia House of Delegates and Speaker William J. Howell__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Effrem Mark Braden__
Bar Identification Number __419915__  State __District of Columbia__
Firm Name __Baker Hostetler LLP__
Firm Phone # __202-861-1500__  Direct Dial # __202-861-1504__  FAX # __202-861-1783__
E-Mail Address __mbraden@bakerlaw.com__
Office **Mailing** Address __1050 Connecticut Avenue, NW, Suite 1100, Washington, DC 20036__

Name(s) of federal court(s) in which I have been admitted __U.S. Supreme Court, D.C. Court of Appeals, U.S.D.C. for District of Columbia__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature) Jennifer M. Walrath
(Typed or Printed Name)

__1/29/15__ (Date)
__75548__ (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____  _____
(Judge's Signature)   (Date)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants. | Civil Action No. 3:14-cv-00852-REP-GBL-BMK |

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2015 the foregoing Motion to Appear Pro Hac Vice was filed and served pursuant to the Court's electronic filing procedures using the Court's CM/ECF system on the following counsel of record:

John Roche
Abha Khanna
Elisabeth Frost
Marc Elias
PERKINS COIE LLP
700 13th Street, NW
Washington, DC  20005
jroche@perkinscoie.com
akhanna@perkinscoie.com
efrost@perkinscoie.com
melias@perkinscoie.com

Kevin Hamilton
PERKINS COIE LLP
1201 Third Ave.
Suite 4800
Seattle, WA  98101
khamilton@perkinscoie.com

*Attorneys for Plaintiffs*

Jeffrey P. Brundage
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC 20006
jbrundage@eckertseamans.com

*Attorneys for Defendants*


                                              */s/ Jennifer M. Walrath*
                                              Jennifer M. Walrath (VSB No. 75548)
                                              Katherine McKnight (VSB No. 81482)
                                              BAKER HOSTETLER LLP
                                              1050 Connecticut Avenue, N.W.
                                              Suite 1100
                                              Washington, D.C. 20036
                                              Tel.: 202-861-1680
                                              Fax: 202-861-1783
                                              jwalrath@bakerlaw.com
                                              kmcknight@bakerlaw.com

                                              *Attorneys for the Virginia House of Delegates and*
                                              *Virginia House of Delegates Speaker William J. Howell*