## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

GOLDEN BETHUNE-HILL,
et al.,

     Plaintiffs,

v.                             Civil Action No. 3:14cv852

VIRGINIA STATE BOARD
OF ELECTIONS, et al.,

     Defendants.

### ORDER

Having reviewed the DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING (Docket No. 15), and with the consent of the plaintiffs, it is hereby ORDERED that the DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING (Docket No. 15) is granted.  It is further ORDERED that the defendants, Virginia State Board of Elections, Charlie Judd, Kimberly Bowers, James B. Alcorn, the Virginia Department of Elections, and Edgardo Cortes, shall file their Answers and any other motions with respect to the Complaint by February 18, 2015.

     It is so ORDERED.

                                 /S/
                              David J. Novak
                              United States Magistrate Judge

Richmond, Virginia
Date: January 30, 2015