# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 3:14-cv-00852-REP-GBL-BMK |
| | ) |
| VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **DEFENDANTS' STATEMENT OF POSITION ON MOTION TO INTERVENE**

COME NOW, the Virginia State Board of Elections, Charlie Judd, Kimberly Bowers, James B. Alcorn, the Virginia Department of Elections, and Edgardo Cortes (collectively, "Defendants"), by counsel, and per the Court's directive of February 2, 2015, state they do not take a position with respect to the pending Motion to Intervene by the Virginia House of Delegates and William J. Howell. (Dkt. # 12).

Respectfully submitted,

By:  /s/ *Jeffrey P. Brundage*
 Kathleen A. Gallagher[1] (*PRO HAC VICE FILED*)
 Daniel A. Glass (*PRO HAC VICE FILED*)
 Jeffrey P. Brundage
 Virginia Bar # 80179
 Attorneys for Defendants
 ECKERT SEAMANS CHERIN
  & MELLOTT, LLC
 1717 Pennsylvania Avenue, NW
 Suite 1200
 Washington, D.C.  20006
 Tel:  (202) 659-6600
 Fax: (202) 659-6699

---

[1] Not admitted to practice law in the District of Columbia.

kgallagher@eckertseamans.com
dglass@eckertseamans.com
jbrundage@eckertsemans.com


Anthony F. Troy
Virginia State Bar #05985
Richard L. Savage, III
Virginia Bar # 37798
Attorneys for Defendants
ECKERT SEAMANS CHERIN
   & MELLOTT, LLC
Eighth and Main Building, Suite 1450
707 East Main Street
Richmond, VA  23219
Tel: (804) 788-7740
Fax: (804) 698-2950
ttroy@eckertseamans.com
rsavage@eckertseamans.com

Godfrey T. Pinn, Jr.,
Virginia Bar # 43106
Dennis M. Martin, Sr.
Virginia Bar # 51067
Stacy E. Lee
Virginia Bar # 78737
Attorneys for Defendants
HARRELL & CHAMBLISS LLP
Eighth and Main Building
707 East Main Street
Suite 1000
Richmond, VA  23219
Tel: (804) 643-8401
Fax: (804) 648-2707
gpinn@hclawfirm.com
dmartin@hclawfirm.com
slee@hclawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 2nd day of February, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>John Roche
>Virginia Bar # 68594
>Marc Elias *(pro hac vice)*
>Elisabeth Frost *(pro hac vice)*
>Attorneys for Plaintiffs
>PERKINS COIE LLP
>700 13th Street, NW
>Suite 600
>Washington, D.C.  20005
>Tel: 202-654-6200
>Fax: 202-654-6211
>jroche@perkinscoie.com
>melias@perkinscoie.com
>efrost@perkinscoie.com
>
>Kevin Hamilton *(pro hac vice)*
>Abha Khanna *(pro hac vice)*
>Attorneys for Plaintiffs
>PERKINS COIE LLP
>1201 Third Avenue
>Suite 4800
>Seattle, WA  98101
>Tel: 206-359-8312
>Fax: 206-359-9000
>khamilton@perkinscoie.com
>akhanna@perkinscoie.com

      */s/ Jeffrey P. Brundage*
      Jeffrey P. Brundage