IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VIRGINIA STATE BOARD OF ELECTIONS,<br><br>　　　　　Defendants. | Civil Action No. 3:14-cv-00852-REP-GBL-BMK |

**PLAINTIFFS' RESPONSE TO MOTION TO INTERVENE**

Plaintiffs Golden Bethune-Hill, Christa Brooks, Chauncey Brown, Atoy Carrington, Davinda Davis, Alfreda Gordon, Cherrelle Hurt, Terrell Kingwood, Tavarris Spinks, Mattie Mae Urquhart, Vivian Williamson, Sheppard Roland Winston (collectively, "Plaintiffs"), by counsel, and in accordance with the Court's instruction on February 2, 2015, state that they have no objection to the Motion to Intervene filed by the Virginia House of Delegates and Virginia House of Delegates Speaker William J. Howell (Dkt. #12).

Dated:  February 2, 2015

Respectfully submitted,

By_____/s/_____
   John K. Roche (VSB# 68594)
   Marc Erik Elias (admitted *pro hac vice*)
   Elisabeth C. Frost (admitted *pro hac vice*)
   Perkins Coie, LLP
   700 13th St. N.W., Suite 600
   Washington, D.C. 20005-3960
   Phone:  (202) 434-1627
   Fax:  (202) 654-9106
   Email: JRoche@perkinscoie.com
   Email: MElias@perkinscoie.com
   Email: EFrost@perkinscoie.com

   Kevin J. Hamilton (admitted *pro hac vice*)
   Abha Khanna (admitted *pro hac vice*)
   Perkins Coie, LLP
   1201 Third Avenue, Ste. 4800
   Seattle, WA 98101-3099
   Phone:  (206) 359-8000
   Fax:  (206) 359-9000
   Email: KHamilton@perkinscoie.com
   Email:  AKhanna@perkinscoie.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jeffrey P. Brundage
Eckert Seamans Cherin & Mellott LLC (DC)
1717 Pennsylvania Ave NW, Suite 1200
Washington, DC 20006
202 659-6600
Fax: 202 659-6699
Email: jbrundage@eckertseamans.com

*Attorneys for Defendants Virginia State Board of Elections, Charlie Judd, Kimberly Bowers, James B. Alcorn, Virginia Department of Elections, Edgardo Cortes*

Katherine Lea Mcknight
Baker & Hostetler LLP (DC)
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
202-861-1500
Fax: 202-861-1783
Email: kmcknight@bakerlaw.com

Jennifer Marie Walrath
Baker & Hostetler LLP (DC)
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
202-861-1702
Fax: 202-861-1783
Email: jwalrath@bakerlaw.com

*Attorneys for Movants Virginia House of Delegates and William J. Howell*

           /s/
John K. Roche (VSB#68594)
Perkins Coie, LLP
700 13th Street, NW, Suite 600
Washington, DC  20005-3960
Telephone:  (202) 434-1627
Facsimile:  (202) 654-9106
E-Mail:  jroche@perkinscoie.com

*Attorney for Plaintiff*