Reset Form | Print Form



# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number  3:14-cv-00852  , Case Name  Bethune-Hill v. VA State Board of Election
Party Represented by Applicant:  Defendants

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

## PERSONAL STATEMENT

FULL NAME (no initials, please)  Kathleen Angell Gallagher
Bar Identification Number  37950          State  Pennsylvania
Firm Name  Eckert Seamans Cherin & Mellott, LLC
Firm Phone #  202 659 6600          Direct Dial #  202 659 6675          FAX #  202 659 6699
E-Mail Address  kgallagher@eckertseamans.com
Office Mailing Address  1717 Pennsylvania Ave, NW, Suite 1200, Washington, D.C. 20006

Name(s) of federal court(s) in which I have been admitted  W.D. Michigan, W.D. Pennsylvania, 2nd, 3rd, and 7th Circuits

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____           1-29-15
(Signature)                          (Date)
Jeffrey Paul Brundage                80179
(Typed or Printed Name)              (VA Bar Number)

Court Use Only:

Clerk's Fee Paid  ✓  or Exemption Granted _____

The motion for admission is GRANTED __x__ or DENIED _____

_____/s/  REP_____                February 2, 2015
(Judge's Signature)  Robert E. Payne    (Date)
Senior United States District Judge