IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                                          Civil Action No. 3:14cv852

VIRGINIA STATE BOARD
OF ELECTIONS, et al.,

    Defendants.

**ORDER**

Having considered the MOTION OF THE VIRGINIA HOUSE OF DELEGATES AND VIRGINIA HOUSE OF DELEGATES SPEAKER WILLIAM J. HOWELL TO INTERVENE (Docket No. 12), PLAINTIFFS' RESPONSE TO MOTION TO INTERVENE (Docket No. 22), and DEFENDANTS' STATEMENT OF POSITION ON MOTION TO INTERVENE (Docket No. 21), and for good cause shown, the MOTION OF THE VIRGINIA HOUSE OF DELEGATES AND VIRGINIA HOUSE OF DELEGATES SPEAKER WILLIAM J. HOWELL TO INTERVENE is hereby GRANTED. The Defendant-Intervenors are directed forthwith to file and serve their Answer.

    It is so ORDERED.

                                                    /S/
                                            David J. Novak
                                            United States Magistrate Judge

Richmond, Virginia
Date: February 3, 2015