IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                                  Civil Action No. 3:14cv852

VIRGINIA STATE BOARD
OF ELECTIONS, et al.,

    Defendants.

**ORDER**

Having consulted with counsel, and for the reasons stated on the record on February 5, 2015, it is ordered that a bench trial shall be held on July 7 - 9, 2015. The trial will be held in the Albert V. Bryan United States Courthouse located at 401 Courthouse Square, Alexandria, VA 22314.

It is further ordered that next Thursday, February 12, 2015, counsel shall submit their proposed Initial Pretrial Order and Scheduling Order.

It is so ORDERED.

                                                  /S/
                                      David J. Novak
                                      United States Magistrate Judge

Richmond, Virginia
Date: February 5, 2015