IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| v.  ) | Civil Action No. 3:14-cv-00852-REP- |
| ) | GBL-BMK |
| ) | |
| VIRGINIA STATE BOARD OF ) | |
| ELECTIONS, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of Court and all parties of record, I am admitted or otherwise authorized to practice law in this Court, and I appear in this case as counsel for the following defendants:

(1)  Virginia State Board of Elections,

(2)  Charlie Judd, *in his capacity as Chairman of the Virginia State Board of Elections*,

(3)  Kimberly Bowers, *in her capacity as Vice-Chair of the Virginia State Board of Elections*,

(4)  James B. Alcorn, *in his capacity as Secretary of the Virginia State Board of Elections*,

(5)  The Virginia Department of Elections, and

(6)  Edgardo Cortes, *in his capacity as Commissioner of the Virginia Department of Elections*.

Dated:  February 10, 2015

By:  /s/ Anthony F. Troy
Anthony F. Troy (VSB No. 05985)
ECKERT SEAMANS CHERIN & MELLOTT LLC
707 East Main Street, Suite 1450
Richmond, Virginia 23219
Tel: (804) 788-7740
Fax: (804) 698-2950
ttroy@eckertseamans.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February, 2015, I will electronically file the foregoing with the Clerk of Court using the CMF/ECF system, which will then send a notification of such filing (NEF) to all counsel of record, including the following:

John Roche
Marc Elias
Elisabeth Frost
PERKINS COIE LLP
700 13th Street, NW, Suite 600
Washington, D.C. 20005
Tel: (202) 654-6200
Fax: (202) 654-6211
jroche@perkinscoie.com
melias@perkinscoie.com
efrost@perkinscoie.com

*Attorneys for Plaintiffs*

Kevin Hamilton (*Pro Hac Vice*)
Abha Khanna (*Pro Hac Vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Tel: (206) 359-8312
Fax: (206) 359-9000
khamilton@perkinscoie.com
akhanna@perkinscoie.com

*Attorneys for Plaintiffs*

Katherine Lea Mcknight
Jennifer Marie Walrath
Baker & Hostetler LLP (DC)
1050 Connecticut Ave NW
Suite 1100
Washington, DC 20036
202-861-1500
Fax: 202-861-1783
kmcknight@bakerlaw.com
jwalrath@bakerlaw.com

*Attorneys for Intervenor-Defendants*

Effrem Mark Braden (*Pro Hac Vice*)
Baker & Hostetler LLP(DC-NA)
Washington Square
Suite 1100
1050 Connecticut Ave NW
Washington, DC 20036
NA
(202) 861-1504
Fax: (202) 861-1783
mbraden@bakerlaw.com

*Attorney for Intervenor-Defendants*

    /s/ Anthony F. Troy
Anthony F. Troy (VSB No. 05985)
ECKERT SEAMANS CHERIN & MELLOTT LLC
707 East Main Street, Suite 1450
Richmond, Virginia 23219
Tel: (804) 788-7740
Fax: (804) 698-2950
ttroy@eckertseamans.com