IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.   ) | Civil Action No. 3:14-cv-00852-REP-GBL-BMK |
| ) | |
| VIRGINIA STATE BOARD OF ) | |
| ELECTIONS, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## NOTICE OF RULE 25(d) SUBSTITUTION

Defendants hereby notify the Court that automatic substitution of the named Defendants has occurred pursuant to Federal Rule of Civil Procedure 25(d), which governs substitutions in cases where public officials are named parties to actions solely in their official capacities.

The Governor of Virginia has appointed new members to the Virginia State Board of Elections, subject to confirmation by the Virginia General Assembly. James B. Alcorn has succeeded Charlie Judd as Chairman, Clara Belle Wheeler has succeeded Kimberly Bowers, and Singleton B. McAllister has succeeded James B. Alcorn. Each of their terms was effective beginning on February 1, 2015,

Pursuant to Federal Rule of Civil Procedure 25(d), Mr. Alcorn, Ms. Wheeler, and Ms. McAllister are automatically substituted as named Defendants by operation of law.

       Respectfully submitted,

By:   */s/ Jeffrey P. Brundage*
  Daniel A. Glass (*pro hac vice*)
  Jeffrey P. Brundage
  Virginia Bar # 80179
  Attorneys for Defendants
  ECKERT SEAMANS CHERIN
   & MELLOTT, LLC
  1717 Pennsylvania Avenue, NW
  Suite 1200
  Washington, D.C. 20006
  Tel: (202) 659-6600
  Fax: (202) 659-6699
  dglass@eckertseamans.com
  jbrundage@eckertsemans.com

  Anthony F. Troy
  Virginia State Bar #05985
  Richard L. Savage, III
  Virginia Bar # 37798
  Attorneys for Defendants
  ECKERT SEAMANS CHERIN
   & MELLOTT, LLC
  Eighth and Main Building, Suite 1450
  707 East Main Street
  Richmond, VA 23219
  Tel: (804) 788-7740
  Fax: (804) 698-2950
  ttroy@eckertseamans.com
  rsavage@eckertseamans.com

  Godfrey T. Pinn, Jr.,
  Virginia Bar # 43106
  Attorney for Defendants
  HARRELL & CHAMBLISS LLP
  Eighth and Main Building
  707 East Main Street
  Suite 1000
  Richmond, VA 23219
  Tel: (804) 643-8401
  Fax: (804) 648-2707
  gpinn@hclawfirm.com

## CERTIFICATE OF SERVICE

  I hereby certify that on the 18th day of February, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    John Roche
    Virginia Bar # 68594
    Marc Elias *(pro hac vice)*
    Elisabeth Frost *(pro hac vice)*
    Attorneys for Plaintiffs
    PERKINS COIE LLP
    700 13th Street, NW
    Suite 600
    Washington, D.C. 20005
    Tel: 202-654-6200
    Fax: 202-654-6211
    jroche@perkinscoie.com
    melias@perkinscoie.com
    efrost@perkinscoie.com

    Kevin Hamilton *(pro hac vice)*
    Abha Khanna *(pro hac vice)*
    Attorneys for Plaintiffs
    PERKINS COIE LLP
    1201 Third Avenue
    Suite 4800
    Seattle, WA 98101
    Tel: 206-359-8312
    Fax: 206-359-9000
    khamilton@perkinscoie.com
    akhanna@perkinscoie.com

    Jennifer M. Walrath
    Virginia Bar # 75548
    Katherine L. McKnight
    Virginia Bar # 81482
    E. Mark Braden (*pro hac vice*)
    Attorneys for Interveners
    BAKER & HOSTETLER LLP
    1050 Connecticut Avenue, NW
    Suite 1100
    Washington, D.C. 20036
    Tel: 202-861-1500
    Fax: 202-861-1783
    jwalrath@bakerlaw.com

        kmcknight@bakerlaw.com
        mbraden@bakerlaw.com

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user:

    Dale Oldham, Esq.
    Attorney for Interveners
    1119 Susan St.
    Columbia, SC 29210
    Tel: 803-772-7729
    dloesq@aol.com


        */s/ Jeffrey P. Brundage*
        Jeffrey P. Brundage, Esq.
        Virginia Bar # 80179
        Attorneys for Defendants
        ECKERT SEAMANS CHERIN
         & MELLOTT, LLC
        1717 Pennsylvania Avenue, NW
        Suite 1200
        Washington, D.C.  20006
        Tel:  (202) 659-6600
        Fax: (202) 659-6699
        jbrundage@eckertsemans.com