AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Golden Bethune-Hill, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:14cv852-REP-GBL-BMK |
| Virginia State Board of Elections, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Virginia State Board of Elections, Et al.

Date: 02/12/2015

/s/
*Attorney's signature*

Godfrey T. Pinn, Jr. (VSB No. 43106)
*Printed name and bar number*

Harrell & Chambliss LLP
707 E. Main Street, Suite 1000
P.O. Box 518
Richmond, Virginia 23218-0518
*Address*

gpinn@hclawfirm.com
*E-mail address*

(804) 915-3220
*Telephone number*

(804) 915-3240
*FAX number*