**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>VIRGINIA STATE BOARD OF ELECTIONS, *et al.*,<br><br>       Defendants. | Civil Action No. 3:14-cv-00852-REP-GBL-BMK |

**CONSENT MOTION TO MODIFY THE INITIAL PRETRIAL, SCHEDULING AND DISCOVERY ORDER**

Plaintiffs, Defendants, and Intervenor-Defendants (collectively, the "Parties") have conferred and agree that an extension of several Court-ordered discovery deadlines is appropriate in order to allow the Parties to resolve discovery objections as efficiently and effectively as possible. To that end, the Parties request that the Court's Initial Pretrial, Scheduling and Discovery Order of March 2, 2015, be modified as follows:

1. Any motions to compel arising out of a claim of privilege shall be filed no later than **March 30, 2015**; responses shall be filed on **April 7, 2015**, and replies shall be filed on **April 13, 2015**.

2. If any objections remain unresolved by the Parties on **March 31, 2015**, the Parties shall immediately notify the Court and the Court shall hold a conference call on **April 1, 2015**.

3. The parties agree to rolling production of documents in response to discovery requests beginning on **March 20, 2015**, and ending on a date to be agreed upon by parties upon the determination of the volume of documents to be produced and the resolution of objections.

Pursuant to the Court's ECF Policies and Procedures, a consent order reflecting these proposed modifications will be filed with the clerk's office.

Dated: March 19, 2015

Respectfully submitted,

By: /s/Anthony F. Troy (by JKR with permission)
Anthony F. Troy
VSB No. 05985
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Eighth and Main Building Suite 1450
707 East Main Street
Richmond, VA 23219
Tel: (804) 788-7740
Fax: (804) 698-2950
atroy@eckertseamans.com

*Attorneys for Defendants*

By: /s/ Jennifer M. Walrath (by JKR with permission)
Jennifer M. Walrath (VSB No. 75548)
Katherine L. McKnight (VSB No. 81482)
BAKER & HOSTETLER LLP1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com

*Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker William J. Howell*

By: /s/John K. Roche
John K. Roche
VSB No. 68594
PERKINS COIE, LLP
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Phone: (202) 434-1627
Fax: (202) 654-9106
JRoche@perkinscoie.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 19th day of March, 2015, I caused the foregoing to be electronically filed with the Clerk of this Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jeffrey P. Brundage
Daniel Ari Glass
Kathleen Angell Gallagher
Eckert Seamans Cherin & Mellott LLC
1717 Pennsylvania Ave NW
Suite 1200
Washington, D.C. 20006
(202) 659-6600
Fax: (202) 659-6699
jbrundage@eckertseamans.com
dglass@eckertseamans.com
kgallagher@eckertseamans.com

Anthony F. Troy
Eckert Seamans Cherin & Mellott LLC
707 East Main Street
Suite 1450
Richmond, Virginia 23219
(804) 788-7751
Fax: (804) 698-2950
ttroy@eckertseamans.com

*Attorneys for Defendants Virginia State Board of Elections, Virginia Department of Elections, and Charlie Judd, Kimberly Bowers, James B. Alcorn, and Edgardo Cortes in their official capacities*

Jennifer Marie Walrath
Katherine Lea McKnight
Baker & Hostetler LLP (DC)
1050 Connecticut Ave NW
Suite 1100
Washington, DC 20036
202-861-1702
Fax: 202-861-1783
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com

Efrem Mark Braden
Baker & Hostetler LLP (DC-NA)
Washington Square
Suite 1100
Washington, DC 20036
202-861-1504
Fax: 202-861-1783
mbraden@bakerlaw.com

*Attorneys for Intervenor-Defendants Virginia House of Delegates and William J. Howell, Speaker of the House*

By/s/ John K. Roche
   John K. Roche (VA Bar No. 68594)
   Perkins Coie LLP
   700 13th St., N.W., Suite 600
   Washington, D.C. 20005-3960
   Phone:  (202) 434-1627
   Fax:  (202) 654-9106
   JRoche@perkinscoie.com

   *Attorney for Plaintiffs*