


IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>VIRGINIA STATE BOARD OF ELECTIONS, *et al.*,<br><br>Defendants. | Civil Action No. 3:14-cv-00852-REP-GBL-BMK |

**CONSENT ORDER GRANTING JOINT MOTION TO MODIFY THE INITIAL PRETRIAL, SCHEDULING AND DISCOVERY ORDER**

Upon consideration of the Parties' Consent Motion to Modify the Initial Pretrial, Scheduling an Discovery Order, the Court hereby ORDERS that the Initial Pretrial, Scheduling and Discovery Order of March 2, 2015 be modified as follows:

1. Any motions to compel arising out of a claim of privilege shall be filed no later than **March 30, 2015**; responses shall be filed on **April 7, 2015**, and replies shall be filed on **April 13, 2015**.

2. If any objections remain unresolved by the Parties on **March 31, 2015**, the Parties shall immediately notify the Court and the Court shall hold a conference call on **April 1, 2015**.

3. The parties agree to rolling production of documents in response to discovery requests beginning on **March 20, 2015**, and ending on date to be agreed upon

1

by parties upon the determination of the volume of documents to be produced and the resolution of objections. The parties shall advise of the projected date for completion of document production by April 1, 2015 REP

Dated: March 24, 2015

/s/ REP
Robert E. Payne
United States District Judge

WE ASK FOR THIS:

By: /s/ Anthony F. Troy
Anthony F. Troy
VSB No. 05985
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Eighth and Main Building Suite 1450
707 East Main Street
Richmond, VA 23219
Tel: (804) 788-7740
Fax: (804) 698-2950
atroy@eckertseamans.com

*Attorneys for Defendants*

By: /s/ Jennifer M. Walrath
Jennifer M. Walrath (VSB No. 75548)
Katherine L. McKnight (VSB No. 81482)
E. Mark Braden (*pro hac vice*)
BAKER & HOSTETLER LLP1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
mbraden@bakerloaw.com
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com

*Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker William J. Howell*

By: _____
John K. Roche
VSB No. 68594
PERKINS COIE, LLP700 13th St. N.W.,
Suite 600
Washington, D.C. 20005-3960
Phone: (202) 434-1627
Fax: (202) 654-9106
JRoche@perkinscoie.com

*Attorneys for Plaintiffs*

WE ASK FOR THIS:

By: /s/
Anthony F. Troy
VSB No. 05985
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
Eighth and Main Building Suite 1450
707 East Main Street
Richmond, VA 23219
Tel: (804) 788-7740
Fax: (804) 698-2950
atroy@eckertseamans.com

*Attorneys for Defendants*

By: /s/
John K. Roche
VSB No. 68594
PERKINS COIE, LLP
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Phone: (202) 434-1627
Fax: (202) 654-9106
JRoche@perkinscoie.com

*Attorneys for Plaintiffs*

By: _____
Jennifer M. Walrath (VSB No. 75548)
Katherine L. McKnight (VSB No. 81482)
E. Mark Braden (*pro hac vice*)
BAKER & HOSTETLER LLP 1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
mbraden@bakerloaw.com
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com

*Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker William J. Howell*

3