IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

GOLDEN BETHUNE-HILL, *et al.*,

                Plaintiffs,

        v.

VIRGINIA STATE BOARD OF ELECTIONS, *et al.*,

                Defendants.

Civil Action No. 3:14-cv-00852-REP-GBL-BMK

**CONSENT MOTION TO EXTEND DEADLINE FOR MOTIONS TO COMPEL REGARDING PRIVILEGE CLAIMS**

Plaintiffs, Defendants, and Intervenor-Defendants (collectively, the "Parties") have conferred and agree that an extension of the Court-ordered deadline for Motions to Compel arising out of a claim of privilege is appropriate in order to allow the Parties to continue working on narrowing, or even mooting, the issues that may come before the Court. To that end, the Parties request that both the Court's Initial Pretrial, Scheduling and Discovery Order of March 2, 2015, Dkt. No. 35, and the Court's Consent Order of March 24, 2015, Dkt. No. 41, be modified as follows:

1.  Any motions to compel arising out of a claim of privilege shall be filed no later than **April 13, 2015**; responses shall be filed on **April 21, 2015**, and replies shall be filed on **April 27, 2015**.

Pursuant to the Court's ECF Policies and Procedures, a consent order reflecting these proposed modifications will be filed with the clerk's office.

Dated:  March 27, 2015

Respectfully submitted,


By:  /s/Anthony F. Troy (by JKR with permission)__     By:  __/s/John K. Roche_____
Anthony F. Troy                                        John K. Roche
VSB No. 05985                                          VSB No. 68594
ECKERT SEAMANS CHERIN & MELLOTT,                       PERKINS COIE, LLP
LLC                                                    700 13th St. N.W., Suite 600
Eighth and Main Building Suite 1450                    Washington, D.C. 20005-3960
707 East Main Street                                   Phone: (202) 434-1627
Richmond, VA 23219                                     Fax: (202) 654-9106
Tel: (804) 788-7740                                    JRoche@perkinscoie.com
Fax: (804) 698-2950
atroy@eckertseamans.com                                *Attorneys for Plaintiffs*

*Attorneys for Defendants*

By:  __/s/ Jennifer M. Walrath (by JKR with permission)_
Jennifer M. Walrath (VSB No. 75548)
Katherine L. McKnight (VSB No. 81482)
BAKER & HOSTETLER LLP1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com

*Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker
William J. Howell*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March, 2015, I caused the foregoing to be electronically filed with the Clerk of this Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jeffrey P. Brundage
Daniel Ari Glass
Kathleen Angell Gallagher
Eckert Seamans Cherin & Mellott LLC
1717 Pennsylvania Ave NW
Suite 1200
Washington, D.C. 20006
(202) 659-6600
Fax:  (202) 659-6699
jbrundage@eckertseamans.com
dglass@eckertseamans.com
kgallagher@eckertseamans.com

Anthony F. Troy
Eckert Seamans Cherin & Mellott LLC
707 East Main Street
Suite 1450
Richmond, Virginia  23219
(804) 788-7751
Fax:  (804) 698-2950
ttroy@eckertseamans.com

*Attorneys for Defendants Virginia State Board of Elections, Virginia Department of Elections, and Charlie Judd, Kimberly Bowers, James B. Alcorn, and Edgardo Cortes in their official capacities*

Jennifer Marie Walrath
Katherine Lea McKnight
Baker & Hostetler LLP (DC)
1050 Connecticut Ave NW
Suite 1100
Washington, DC 20036
202-861-1702
Fax: 202-861-1783
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com

Efrem Mark Braden
Baker & Hostetler LLP (DC-NA)
Washington Square
Suite 1100
Washington, DC 20036
202-861-1504
Fax: 202-861-1783
mbraden@bakerlaw.com

*Attorneys for Intervenor-Defendants Virginia House of Delegates and William J. Howell, Speaker of the House*

By/s/ John K. Roche

    John K. Roche (VA Bar No. 68594)
    Perkins Coie LLP
    700 13th St., N.W., Suite 600
    Washington, D.C. 20005-3960
    Phone:  (202) 434-1627
    Fax:  (202) 654-9106
    JRoche@perkinscoie.com

    *Attorney for Plaintiffs*