IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants. | Civil Action No. 3:14-cv-00852-REP-GBL-BMK |

**JOINT STATUS REPORT REGARDING DISCOVERY**

Pursuant to the Consent Order of March 24, 2014, Dkt. No. 41, Plaintiffs, Defendants, and Intervenor-Defendants (collectively, the "Parties") jointly represent that, as of March 31, 2015, they have resolved their discovery objections (other than those arising from claims of privilege) such that no conference call with the Court is required at this time.

Additionally, pursuant to the Court's instruction in the Consent Order of March 24, 2014, Dkt. No. 41, the Parties represent that the projected deadline for the rolling document production in response to discovery requests is **April 10, 2015**.

Finally, pursuant to the Consent Motion filed by the Parties on March 27, 2015, Dkt. No. 42, as well as the proposed Consent Order subsequently filed with the Court, the Parties intend to file any motions to compel arising out of a claim of privilege no later than **April 13, 2015**, any responses no later than **April 21, 2015**, and any replies no later than **April 27, 2015**.

Dated: April 1, 2015

Respectfully submitted,

By: /s/Anthony F. Troy (by JKR with permission)
Anthony F. Troy
VSB No. 05985
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Eighth and Main Building Suite 1450
707 East Main Street
Richmond, VA 23219
Tel: (804) 788-7740
Fax: (804) 698-2950
atroy@eckertseamans.com

*Attorneys for Defendants*

By: /s/ Jennifer M. Walrath (by JKR with permission)
Jennifer M. Walrath (VSB No. 75548)
Katherine L. McKnight (VSB No. 81482)
BAKER & HOSTETLER LLP1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com

*Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker William J. Howell*

By: /s/John K. Roche
John K. Roche
VSB No. 68594
PERKINS COIE, LLP
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Phone: (202) 434-1627
Fax: (202) 654-9106
JRoche@perkinscoie.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2015, I caused the foregoing to be electronically filed with the Clerk of this Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jeffrey P. Brundage
Daniel Ari Glass
Kathleen Angell Gallagher
Eckert Seamans Cherin & Mellott LLC
1717 Pennsylvania Ave NW
Suite 1200
Washington, D.C. 20006
(202) 659-6600
Fax:  (202) 659-6699
jbrundage@eckertseamans.com
dglass@eckertseamans.com
kgallagher@eckertseamans.com

Anthony F. Troy
Eckert Seamans Cherin & Mellott LLC
707 East Main Street
Suite 1450
Richmond, Virginia  23219
(804) 788-7751
Fax:  (804) 698-2950
ttroy@eckertseamans.com

*Attorneys for Defendants Virginia State Board of Elections, Virginia Department of Elections, and Charlie Judd, Kimberly Bowers, James B. Alcorn, and Edgardo Cortes in their official capacities*

Jennifer Marie Walrath
Katherine Lea McKnight
Baker & Hostetler LLP (DC)
1050 Connecticut Ave NW
Suite 1100
Washington, DC 20036
202-861-1702
Fax: 202-861-1783
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com

Efrem Mark Braden
Baker & Hostetler LLP (DC-NA)
Washington Square
Suite 1100
Washington, DC 20036
202-861-1504
Fax: 202-861-1783
mbraden@bakerlaw.com

*Attorneys for Intervenor-Defendants Virginia House of Delegates and William J. Howell, Speaker of the House*

LEGAL125523829.1

By /s/ John K. Roche
    John K. Roche (VA Bar No. 68594)
    Perkins Coie LLP
    700 13th St., N.W., Suite 600
    Washington, D.C. 20005-3960
    Phone: (202) 434-1627
    Fax: (202) 654-9106
    JRoche@perkinscoie.com

*Attorney for Plaintiffs*