IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VIRGINIA STATE BOARD OF ELECTIONS, et al.,<br><br>　　　　　Defendants. | Civil Action No. 3:14-cv-00852-REP-GBL-BMK |

## CONSENT ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR MOTIONS TO COMPEL REGARDING PRIVILEGE CLAIMS

Upon consideration of the Parties' Consent Motion to Extend Deadline for Motions to Compel Regarding Privilege Claims, the Court hereby ORDERS that the Initial Pretrial, Scheduling and Discovery Order of March 2, 2015, Dkt. No. 35, and the Consent Order of March 24, 2015, Dkt. No. 41, be modified as follows:

1. Any motions to compel arising out of a claim of privilege shall be filed no later than **April 13, 2015**; responses shall be filed on **April 21, 2015**, and replies shall be filed on **April 27, 2015**.

Dated: ~~March~~ April 1, 2015

　　　　　　　　　　　　　　　　　　　　　　/s/ *REP*
　　　　　　　　　　　　　　　　　　　Robert E. Payne
　　　　　　　　　　　　　　　　　　　United States District Judge

1

LEGAL125493925.1

WE ASK FOR THIS:

By: /s/
Anthony F. Troy
VSB No. 05985
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
Eighth and Main Building Suite 1450
707 East Main Street
Richmond, VA 23219
Tel: (804) 788-7740
Fax: (804) 698-2950
atroy@eckertseamans.com

*Attorneys for Defendants*

By: /s/
John K. Roche
VSB No. 68594
PERKINS COIE, LLP
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Phone: (202) 434-1627
Fax: (202) 654-9106
JRoche@perkinscoie.com

*Attorneys for Plaintiffs*

By: _____
Jennifer M. Walrath (VSB No. 75548)
Katherine L. McKnight (VSB No. 81482)
E. Mark Braden (*pro hac vice*)
BAKER & HOSTETLER LLP1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
mbraden@bakerloaw.com
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com

*Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker William J. Howell*

2

WE ASK FOR THIS:

By: _____
Anthony F. Troy
VSB No. 05985
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Eighth and Main Building Suite 1450
707 East Main Street
Richmond, VA 23219
Tel: (804) 788-7740
Fax: (804) 698-2950
atroy@eckertseamans.com

*Attorneys for Defendants*

By: /s/ Jennifer M. Walrath
Jennifer M. Walrath (VSB No. 75548)
Katherine L. McKnight (VSB No. 81482)
E. Mark Braden (*pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
mbraden@bakerloaw.com
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com

*Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker William J. Howell*

By: _____
John K. Roche
VSB No. 68594
PERKINS COIE, LLP
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Phone: (202) 434-1627
Fax: (202) 654-9106
JRoche@perkinscoie.com

*Attorneys for Plaintiffs*

2