AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Golden Bethune-Hill, et al. *Plaintiff* <br> v. <br> Virginia State Board of Elections, et al. *Defendant* | Case No. 3:14-cv-00852-REP-GBL-BMK |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Golden Bethune-Hill, et al.

Date: 04/08/2015

*Attorney's signature*

Aria C. Branch, 83682
*Printed name and bar number*
Perkins Coie, LLP
700 13th Street NW
Suite 600
Washington, DC 20005
*Address*

abranch@perkinscoie.com
*E-mail address*

(202) 654-6338
*Telephone number*

(202) 654-9996
*FAX number*