N THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>VIRGINIA STATE BOARD OF ELECTIONS, *et al.*,<br><br>    Defendants,<br><br>v.<br><br>VIRGINIA HOUSE OF DELEGATES, *et al.*,<br><br>    Intervenor-Defendants. | Civil Action No. 3:14-cv-00852-REP-GBL-BMK |

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Upon consideration of Plaintiffs' Motion to Compel Production of Documents, the Court hereby GRANTS the motion and ORDERS Intervenor-Defendants to produce the following items listed on Intervenor-Defendants' privilege logs:

- March 26, 2015 Privilege Log:  1-4, 6-25, 37-38, 49-50, 52, 56-58, 66-80.

- April 10, 2015 Supplemental Privilege Log:  81-206.

SO ORDERED.

DATED: _____, 2015

_____
Robert E. Payne
United States District Judge