Exhibit C

| | |
|---|---|
| **From:** | Matthew James <DelMJames@house.virginia.gov> |
| **Sent:** | Tuesday, April 07, 2015 2:42 PM |
| **To:** | Walrath, Jennifer M. |
| **Cc:** | RSpear@perkinscoie.com; Braden, E. Mark |
| **Subject:** | Bethune-Hill v. Virginia State Board of Elections, et al. - Waiver |
| **Attachments:** | SKMBT_C45415040714220.pdf; ATT00001.htm |

Ms. Walrath:

Please find attached a waiver signed by Delegate Matthew James pursuant to the above-referenced matter.

Thank you.

Kim Rollins
Office of Delegate Matthew James
P.O. Box 7487
Portsmouth, VA 23707
(757) 967-7583 - office

April 7, 2015

E. Mark Braden
Jennifer M. Walrath
Katherine L. McKnight
BAKER HOSTETLER, LLP
1050 Connecticut Ave. NW, Ste. 1100
Washington, DC 20036
*Attorneys for Intervenor- Defendants, the*
*Virginia House of Delegates and Speaker William J. Howell*

Marc E. Elias
Kevin J. Hamilton
John K. Roche
Bruce V. Spiva
Abha Khanna
Ryan Spear
PERKINS COIE, LLP
700 13TH St. NW, Ste. 600
Washington, DC 20005-3960
*Attorneys for Plaintiffs*

RE:  *Bethune-Hill v. Virginia State Board of Elections*
     *Case No.: 3:14-cv-00852*

Dear Sir or Madam:

      Please be advised that pursuant to your request, this email is sent with the intent to waive my legislative privilege with respect to my email communications in this matter as it pertains to discovery requests seeking documents within the possession, custody, or control of the Virginia House of Delegates regarding the 2011 House of Delegates redistricting process.

                                        Sincerely,

                                        Matthew James
                                        Member, Virginia House of Delegates
                                        80th District

Case 3:14-cv-00852-REP-AWA-BMK Document 50-3 Filed 04/21/15 Page 4 of 7 PageID# 434
Case 3:14-cv-00852-REP-GBL-BMK Document 49-1 Filed 04/13/15 Page 80 of 95 PageID# 4
362

# JOANNOU & ASSOCIATES

══════ Representing Injured Persons ══════
709 Court Street, Portsmouth, Virginia 23704
Tidewater: (757) 399.1700
Facsimile: (757) 397.6624

John S. Joannou, Esquire
Richard H. Roston, Esquire

Harold Gavaris
of Counsel

April 7, 2015

Jennifer M. Walrath, Esq.
1050 Connecticut Ave., N.W. Suite 1100
Washington, DC 20036

Fax: -202-861-1783

RE: <u>Bethune-Hill v. Virginia State Board of Elections</u>, No. 3:14-cv-00852
Pending, U.S. District Court, Eastern District of Virginia

Dear Ms. Walrath:

    Please be advised that I intend to waive Legislative Privilege with respect to your e-mail communications in the above cited case.

    Thanking you, I remain,

Very truly yours,

John S. Joannou

JSJ:ls

| | |
|---|---|
| **From:** | Jennifer L McClellan <DelJMcClellan@house.virginia.gov> |
| **Sent:** | Tuesday, April 07, 2015 2:24 AM |
| **To:** | Walrath, Jennifer M. |
| **Cc:** | Braden, E. Mark; Spear, Ryan M.  (Perkins Coie) (RSpear@perkinscoie.com) |
| **Subject:** | Re: Bethune-Hill, et al. v. Virginia Board of Elections, et al., No. 3:14-cv-000852-REP-GBL-BMK |

I waive any legislative privilege with respect to my email communications responsive to the discovery request referenced in your letter of April 1, 2015 in the above referenced case. I also request that Intervenors' counsel provide me with a copy of any emails to or from me deemed responsive so far.

Sincerely,

Jennifer L. McClellan
Virginia House of Delegates
71st District
(804) 698-1171

---

**From:** Walrath, Jennifer M. <jwalrath@bakerlaw.com>
**Sent:** Wednesday, April 01, 2015 12:15 PM
**To:** Jennifer L McClellan
**Cc:** Braden, E. Mark; Spear, Ryan M. (Perkins Coie) (RSpear@perkinscoie.com)
**Subject:** Bethune-Hill, et al. v. Virginia Board of Elections, et al., No. 3:14-cv-000852-REP-GBL-BMK

Delegate McClellan,

Please see the attached correspondence concerning the above-referenced matter.

Regards,
Jennifer

**Jennifer Walrath** | **BakerHostetler**
Washington Square | 1050 Connecticut Avenue, N.W., Suite 1100 | Washington, D.C. 20036-5304
T 202.861.1702 | F 202.861.1783
jwalrath@bakerlaw.com

---

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are

present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

| | |
|---|---|
| **From:** | Mark Sickles <markdsickles@gmail.com> |
| **Sent:** | Tuesday, April 07, 2015 3:19 PM |
| **To:** | Walrath, Jennifer M.; rspear@perkinscoie.com |
| **Subject:** | waiver |

To Whom it May Concern:

I am writing to inform you that I am waiving legislative privilege with respect to my email communications about the 2011 House of Delegates redistricting. Please contact my assistant James Heo if you have further questions.

Best,

Mark Sickles

James Heo
Legislative Assistant
Delegate Mark Sickles (D-Franconia)
Mobile: (760) 533-7262
Richmond: (804) 698-1043
District: (703) 922-6440
Fax: (703) 922-6880
info@marksickles.com
www.MarkSickles.com
Follow Delegate Sickles on Facebook and Twitter
