Exhibit D

| Delegate | District | Asserted | Waived | Response Pending |
|---|---|---|---|---|
| David B. Albo | 42nd | X | | |
| Robert B. Bell | 58th | X | | |
| Betsy B. Carr | 69th | X | | |
| Mark L. Cole | 88th | X | | |
| M. Kirkland Cox | 66th | X | | |
| T. Scott Garrett | 23rd | X | | |
| Gregory D. Habeeb | 8th | X | | |
| Riley E. Ingram | 62nd | X | | |
| Matthew James | 80th | | X | |
| Johnny S. Joannou | 79th | | X | |
| R. Steven Landes | 25th | X | | |
| James M. LeMunyon | 67th | X | | |
| L. Scott Lingamfelter | 31st | X | | |
| Daniel W. Marshall III | 14th | X | | |
| Robert G. Marshall | 13th | | | X |
| James P. (Jimmie) Massie III | 72nd | X | | |
| Joe T. May | 33rd | X | | |
| Jennifer L. McClellan | 71st | | X | |
| Delores L. McQuinn | 70th | X | | |
| Jackson H. Miller | 50th | X | | |
| Joseph D. Morrissey | 74th | | | X |
| John M. O'Bannon III | 73rd | X | | |
| Christopher K. Peace | 97th | X | | |

| | | | | |
|---|---|---|---|---|
| Brenda L. Pogge | 96th | X | | |
| Edward T. Scott | 30th | X | | |
| Mark D. Sickles | 43rd | | X | |
| Lionell Spruill Sr. | 77th | | | X |
| David J. Toscano | 57th | X | | |
| Jeion A. Ward | 92nd | | | X |