IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                         Civil Action No. 3:14cv852

VIRGINIA STATE BOARD
OF ELECTIONS, et al.,

    Defendants,

v.

VIRGINIA HOUSE OF DELEGATES,
et al.,

    Intervenor-Defendants.

### ORDER

For the reasons stated on the record on May 14, 2015, the Defendants shall file their motion to quash by May 20, 2015 at 5:00 p.m.; the Intervenor-Defendants and Plaintiffs shall file their responses by May 22, 2015 at 5:00 p.m.; and the Defendants shall file their reply by May 25, 2015 at 5:00 p.m.

It is so ORDERED.

                                        /s/    REP
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: May 14, 2015