IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

GOLDEN BETHUNE-HILL, *et al.*,

    Plaintiffs,

v.

VIRGINIA STATE BOARD OF ELECTIONS, *et al.*,

    Defendants.

Civil Action No. 3:14-cv-00852-REP-GBL-BMK

## CONSENT MOTION TO CONDUCT THE DEPOSITION OF DR. JONATHAN KATZ BEYOND THE DISCOVERY CUTOFF DATE

Plaintiffs, Defendants, and Intervenor-Defendants (collectively, the "Parties") have conferred and agree that an extension of the Court-ordered discovery deadline is appropriate in order to allow the Parties to most efficiently resolve a discovery dispute regarding the deposition of Dr. Jonathan Katz.

The parties originally scheduled the deposition of Dr. Jonathan Katz for May 20, 2015, after Dr. Katz was designated as a testifying expert witness by Defendants. After Defendants withdrew Dr. Katz as a testifying expert witness, the parties disputed whether Dr. Katz's deposition could proceed. After a May 14, 2015, telephonic conference with the Court regarding the status of Dr. Katz, the parties conferred further and resolved all pending issues concerning Dr. Katz and made arrangements for Dr. Katz's deposition to be taken.

1

As a result, the parties do not believe that further briefing or argument to the Court regarding Dr. Katz is necessary. Dr. Katz is not, however, available for a deposition during the week of May 18-22, 2015. All parties have agreed that Dr. Katz and all parties are available to conduct Dr. Katz's deposition on May 28, 2015 at the offices of Plaintiffs' counsel in Los Angeles, California.

The Initial Pretrial, Scheduling, and Discovery Order entered on March 2, 2015 (the "Order"), states that "[t]he discovery cutoff shall be May 22, 2015." (Order, ¶ 6.). The parties therefore request that the Court's Order be modified as necessary to authorize the parties to conduct the deposition of Dr. Jonathan Katz on May 28, 2015.

Pursuant to the Court's ECF Policies and Procedures, a consent order reflecting this proposed modification will be filed with the clerk's office.


Respectfully submitted,

By: /s/ Anthony F. Troy (by JKR with permission)
Anthony F. Troy
VSB No. 05985
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Eighth and Main Building Suite 1450
707 East Main Street
Richmond, VA 23219
Tel: (804) 788-7740
atroy@eckertseamans.com
*Attorneys for Defendants*

By: /s/ John K. Roche
John K. Roche
VSB No. 68594
PERKINS COIE, LLP
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Phone: (202) 434-1627
JRoche@perkinscoie.com

*Attorneys for Plaintiffs*

By: /s/ Jennifer M. Walrath (by JKR with permission)

2

Jennifer M. Walrath (VSB No. 75548)
Katherine L. McKnight (VSB No. 81482)
BAKER & HOSTETLER LLP
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com

*Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker William J. Howell*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of May, 2015, I caused the foregoing to be electronically filed with the Clerk of this Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jeffrey P. Brundage
Daniel Ari Glass
Kathleen Angell Gallagher
Eckert Seamans Cherin & Mellott LLC
1717 Pennsylvania Ave NW
Suite 1200
Washington, D.C. 20006
(202) 659-6600
Fax: (202) 659-6699
jbrundage@eckertseamans.com
dglass@eckertseamans.com
kgallagher@eckertseamans.com

Anthony F. Troy
Eckert Seamans Cherin & Mellott LLC
707 East Main Street
Suite 1450
Richmond, Virginia  23219
(804) 788-7751
Fax:  (804) 698-2950
ttroy@eckertseamans.com

*Attorneys for Defendants Virginia State Board of Elections, Virginia Department of Elections, and Charlie Judd, Kimberly Bowers, James B. Alcorn, and Edgardo Cortes in their official capacities*

Jennifer Marie Walrath
Katherine Lea McKnight
Baker & Hostetler LLP (DC)
1050 Connecticut Ave NW
Suite 1100
Washington, DC 20036
202-861-1702
Fax: 202-861-1783
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com

Efrem Mark Braden
Baker & Hostetler LLP (DC-NA)
Washington Square
Suite 1100
Washington, DC 20036
202-861-1504
Fax: 202-861-1783
mbraden@bakerlaw.com

*Attorneys for Intervenor-Defendants Virginia House of Delegates and William J. Howell, Speaker of the House*

By <u>/s/ John K. Roche</u>
John K. Roche (VA Bar No. 68594)
Perkins Coie LLP
700 13th St., N.W., Suite 600
Washington, D.C. 20005-3960
Phone: (202) 434-1627
Fax: (202) 654-9106
JRoche@perkinscoie.com

*Attorney for Plaintiffs*