IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                        Civil Action No. 3:14cv852

VIRGINIA STATE BOARD
OF ELECTIONS, et al.,

    Defendants.

**ORDER**

Having considered the CONSENT MOTION TO CONDUCT THE DEPOSITION OF DR. JONATHAN KATZ BEYOND THE DISCOVERY CUTOFF DATE (Docket No. 55), and for good cause shown, it is hereby ORDERED that the the CONSENT MOTION TO CONDUCT THE DEPOSITION OF DR. JONATHAN KATZ BEYOND THE DISCOVERY CUTOFF DATE (Docket No. 55) is granted.  It is further ORDERED that the INITIAL PRETRIAL, SCHEDULING AND DISCOVERY ORDER (Docket No. 35) is amended to reflect that the discovery cutoff shall be May 28, 2015.  In all other respects the INITIAL PRETRIAL, SCHEDULING AND DISCOVERY ORDER (Docket No. 35) shall remain in full force and effect.

    It is so ORDERED.

                                                /s/             /REP/
                                      Robert E. Payne
                                      Senior United States District Judge

Richmond, Virginia
Date: May 21, 2015