

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                                  Civil Action No. 3:14cv852

VIRGINIA STATE BOARD
OF ELECTIONS, et al.,

    Defendants.

### ORDER

Having considered the deadlines set in the INITIAL PRETRIAL, SCHEDULING AND DISCOVERY ORDER (Docket No. 35), the Court concludes that it would be preferable to have trial briefs filed by June 19, 2015. The Court hereby ORDERS that paragraph 13 of the INITIAL PRETRIAL, SCHEDULING AND DISCOVERY ORDER (Docket No. 35) be modified as follows:

Each Party shall file a trial brief with the Clerk no later than **5:00 p.m.** on **June 19, 2015.**

It is so ORDERED.

                                          /s/    REP
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: May 21, 2015