

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                    Civil Action No. 3:14cv852

VIRGINIA STATE BOARD
OF ELECTIONS, et al.,

    Defendants.

**ORDER**

To help assure an efficient, fair and well-managed trial, the Court will convene a pretrial conference by telephone at 2:00 p.m., June 4, 2015 at which time counsel shall set out their views on:

(1) the anticipated number of witnesses to be called by each side;

(2) the anticipated number of exhibits and objections thereto;

(3) whether there will be motions *in limine*; and, if so, what topics will be addressed in the motions;

(4) whether argument on the motions *in limine* should be scheduled; and, if so, when;

(5) the theories of the case for each side;

(6) trial logistics such as time for opening statements, the expected length of trial, allocation of trial time; the method for presenting any deposition testimony; and the

intended use of the Court's evidence presentation system; and

(7) to the extent possible, the Court suggests that the parties agree upon a unified set of exhibits for those exhibits that both sides intend to use. Exhibits to be used by one party can be numbered by using P-1, D-1, or ID-1, etc.

Counsel are invited to submit any agenda items that need to be discussed or resolved at the conference. Proposed agenda items shall be filed by June 2, 2015.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: May 21, 2015