

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                                 Civil Action No. 3:14cv852

VIRGINIA STATE BOARD
OF ELECTIONS, et al.,

    Defendants.

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that the PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND MEMORANDUM IN SUPPORT (Docket No. 48) is granted in part and denied in part.

Accordingly, it is ORDERED that:

(1) The Intervenor-Defendants shall produce the documents described in the paragraphs beginning "First," "Second," "Third," and "Fourth," at pages 36 through 38 of the Memorandum Opinion, no later than June 1, 2015.

(2) The Intervenor-Defendants shall produce the documents, and fulfill the requirements, set out in the paragraph beginning "Fifth," of the Memorandum Opinion, at pages 38 through 41, no later than June 3, 2015.

(3) The Intervenor-Defendants shall produce no later than June 1, 2015 all of the documents that contain information about, pertain to, or reveal an awareness of: racial considerations employed in the redistricting process, sorting of voters according to race, or the impact of redistricting upon the ability of minority voters to elect a candidate of choice.

(4) The Intervenor-Defendants shall complete by June 3, 2015 the requirements set forth in the paragraph beginning "Sixth," of the Memorandum Opinion, at pages 41 through 42.

(5) Every document submitted to the Court for <u>in camera</u> review shall be submitted by June 3, 2015 and must be accompanied by a statement of position explaining what privilege is claimed, identifying the persons on the communication and their occupations, and providing a showing sufficient to ascertain whether the privilege applies; and all documents submitted for <u>in camera</u> review shall be placed in a numerically tabbed notebook with the Statement of Position placed immediately before the allegedly privileged document, and two copies of the notebook shall be provided to chambers.

(6) The Intervenor-Defendants shall complete by June 3, 2015 the requirements of section II, at pages 42 through 48, with any documents based on any claim of privilege for communications that have been shared with, or are in the presence of outside organizations, including campaign

committees and political parties, to be produced by June 1, 2015, along with any communications seeking information from, or sharing information with, the Virginia Attorney General's Office. Every document submitted to the Court for <u>in camera</u> review must be accompanied by a statement of position explaining what privilege is claimed, identifying the persons on the communication and their occupations, and providing a showing sufficient to ascertain whether the privilege applies, and all documents submitted for <u>in camera</u> review shall be placed in a numerically tabbed notebook with the Statement of Position placed immediately before the allegedly privileged document, and two copies of the notebook shall be provided to chambers..

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: May 26, 2015