**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>VIRGINIA STATE BOARD OF ELECTIONS, *et al.*,<br><br>    Defendants. | Civil Action No. 3:14-cv-00852-REP-GBL-BMK |

**ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINE
TO FILE MOTIONS *IN LIMINE***

Upon consideration of the Parties' Joint Motion to Extend the Deadline to File Motions *in Limine*, the Court hereby ORDERS that the parties' deadline to file motions *in limine* shall be extended to and include June 9, 2015.

Dated:  May ____, 2015

_____
United States District Judge

1

2

WE ASK FOR THIS:

By: _____
Anthony F. Troy (VSB No. 05985)
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
SunTrust Center
919 East Main Street
Suite 1300
Richmond, VA 23219
Tel: (804) 788-7740
atroy@eckertseamans.com

*Attorneys for Defendants*

By: : _____
Jennifer M. Walrath (VSB No. 75548)
Katherine L. McKnight (VSB No. 81482)
BAKER & HOSTETLER LLP
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com

*Attorneys for Intervenor-Defendants*

By: : _____
John K. Roche (VSB No. 68594)
PERKINS COIE, LLP
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Tel: (202) 434-1627
JRoche@perkinscoie.com

*Attorneys for Plaintiffs*

2

116159-0001/LEGAL126242092.1