IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>VIRGINIA STATE BOARD OF ELECTIONS, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 3:14-cv-00852-REP-GBL-BMK |

**JOINT RESPONSE TO MAY 22, 2015 ORDER**

On May 22, 2015, this Court issued an order setting forth several topics to be discussed at the upcoming June 4, 2015 pretrial conference. *See* Dkt. No. 58 at 1-2. This Court also invited the Plaintiffs, Defendants, and Intervenor-Defendants (collectively, the "Parties") to submit any additional agenda items "that need to be discussed or resolved at the conference" no later than June 2, 2015. *See id.* at 2.

The Parties have met and conferred regarding the May 22, 2015 order. At this time, the Parties have not identified any agenda items that need to be discussed or resolved at the June 4, 2015 pretrial conference beyond those set forth in the May 22, 2015 order. The Parties look forward to discussing the topics set forth in the May 22, 2015 order at the pretrial conference.

1

DATED: June 2, 2015

Respectfully submitted,

By: /s/ Anthony F. Troy (by JKR with permission)
Anthony F. Troy (VSB No. 05985)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
SunTrust Center
919 East Main Street
Suite 1300
Richmond, VA 23219
Tel:  (804) 788-7740
atroy@eckertseamans.com

*Attorneys for Defendants*

By: /s/ John K. Roche
John K. Roche (VSB No. 68594)
PERKINS COIE, LLP
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Tel:  (202) 434-1627
JRoche@perkinscoie.com

*Attorneys for Plaintiffs*

By: /s/ Jennifer M. Walrath (by JKR with permission)
Jennifer M. Walrath (VSB No. 75548)
Katherine L. McKnight (VSB No. 81482)
BAKER & HOSTETLER LLP
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Tel:  (202) 861-1500
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com

*Attorneys for Intervenor-Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June, 2015, I caused the foregoing to be electronically filed with the Clerk of this Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jeffrey P. Brundage
Daniel Ari Glass
Kathleen Angell Gallagher
Eckert Seamans Cherin & Mellott LLC
1717 Pennsylvania Ave NW
Suite 1200
Washington, D.C. 20006
Tel:  (202) 659-6600
Fax:  (202) 659-6699
jbrundage@eckertseamans.com
dglass@eckertseamans.com
kgallagher@eckertseamans.com

Anthony F. Troy
Eckert Seamans Cherin & Mellott LLC
SunTrust Center
919 East Main Street
Suite 1300
Richmond, VA 23219
Tel:  (804) 788-7751
Fax:  (804) 698-2950
ttroy@eckertseamans.com

*Attorneys for Defendants*

Jennifer Marie Walrath
Katherine Lea McKnight
Baker & Hostetler LLP (DC)
1050 Connecticut Ave NW
Suite 1100
Washington, DC 20036
Tel:  (202) 861-1702
Fax:  (202) 861-1783
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com

Efrem Mark Braden
Baker & Hostetler LLP (DC-NA)
Washington Square
Suite 1100
Washington, DC 20036
Tel:  (202) 861-1504
Fax:  (202) 861-1783
mbraden@bakerlaw.com

*Attorneys for Intervenor-Defendants*

By /s/ John K. Roche
John K. Roche (VSB No. 68594)
Perkins Coie LLP
700 13th St., N.W., Suite 600
Washington, D.C. 20005-3960
Tel: (202) 434-1627
Fax: (202) 654-9106
JRoche@perkinscoie.com

*Attorneys for Plaintiffs*