IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.   Civil Action No. 3:14cv852

VIRGINIA STATE BOARD
OF ELECTIONS, et al.,

    Defendants.

**ORDER**

Having considered the JOINT MOTION TO EXTEND THE DEADLINE TO FILE MOTIONS *IN LIMINE* (Docket No. 61), and for good cause shown, it is hereby ORDERED that the JOINT MOTION TO EXTEND THE DEADLINE TO FILE MOTIONS *IN LIMINE* (Docket No. 61) is granted. It is further ORDERED that the INITIAL PRETRIAL, SCHEDULING AND DISCOVERY ORDER (Docket No. 35) is amended to reflect that the briefing on motions *in limine* as follows:

    Motions *in limine* filed by June 9, 2015

    Responses filed by June 15, 2015

    Replies filed by June 18, 2015

It is so ORDERED.

                                       /s/   *REP*
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: June 3, 2015