IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                                  Civil Action No. 3:14cv852

VIRGINIA STATE BOARD
OF ELECTIONS, et al.,

    Defendants.

## ORDER

Pursuant to this Court's Order dated May 26, 2015 (Docket No. 60), the Intervenor-Defendants submitted documents to the Court for in camera review. The Intervenor-Defendants' claims of privilege are upheld with the exception of those entries numbered 22, 23, and 24 because the communications are not substantively privileged. Entries 22 through 24 shall be produced immediately.

    It is so ORDERED.

                                        /s/   *REP*
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: June 8, 2015