IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                                Civil Action No. 3:14cv852

VIRGINIA STATE BOARD
OF ELECTIONS, et al.,

    Defendants.

## ORDER

It is hereby ORDERED that post-trial opening briefs shall be filed simultaneously by each side on July 20, 2015 and post-trial reply briefs shall be filed on July 27, 2015. The parties will be notified if the Court requires oral argument.

    It is so ORDERED.

                                              /s/
                              David J. Novak
                              At the Direction of the Court

Richmond, Virginia
Date: June 9, 2015