IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants. | Civil Action No. 3:14-cv-00852-REP-GBL-BMK |

**JOINT MOTION TO ALLOW FILING OF AMENDED COMPLAINT**

Plaintiffs, Defendants, and Intervenor-Defendants (collectively, the "Parties") jointly request that this Court permit Plaintiffs to file an Amended Complaint in the above-captioned matter.

The Parties respectfully submit that there is good cause to grant this motion. Plaintiffs filed the Complaint in this matter on December 22, 2014. The Complaint identified Terrell Kingwood as a Plaintiff residing in District 90. Plaintiffs have determined the need to replace Plaintiff Terrell Kingwood with Plaintiff Thomas Calhoun because Plaintiff Terrell Kingwood has changed his place of residence. Plaintiff Thomas Calhoun, a resident of District 90, is a United States citizen and registered voter in the Commonwealth of Virginia.

With the exception of the substitution of Plaintiff Thomas Calhoun, the proposed Amended Complaint does not differ from the original Complaint.  *See* Ex. A.

For the foregoing reasons, the Parties respectfully request that this Court permit Plaintiffs to file an Amended Complaint in the above-captioned matter.

Pursuant to this Court's ECF Policies and Procedures, a consent order reflecting this proposed modification will be filed with the clerk's office.

Respectfully submitted,

By: /s/ Anthony F. Troy (by JKR with permission)
Anthony F. Troy (VSB No. 05985)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
SunTrust Center
919 East Main Street
Suite 1300
Richmond, VA 23219
Tel:  (804) 788-7740
atroy@eckertseamans.com

*Attorneys for Defendants*

By: /s/ Jennifer M. Walrath (by JKR with permission)
Jennifer M. Walrath (VSB No. 75548)
Katherine L. McKnight (VSB No. 81482)
BAKER & HOSTETLER LLP
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Tel:  (202) 861-1500
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com

*Attorneys for Intervenor-Defendants*

By: /s/ John K. Roche
John K. Roche (VSB No. 68594)
PERKINS COIE, LLP
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Tel:  (202) 434-1627
JRoche@perkinscoie.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June 2015, I caused the foregoing to be electronically filed with the Clerk of this Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jeffrey P. Brundage
Daniel Ari Glass
Kathleen Angell Gallagher
Eckert Seamans Cherin & Mellott LLC
1717 Pennsylvania Ave NW
Suite 1200
Washington, D.C. 20006
Tel:  (202) 659-6600
Fax:  (202) 659-6699
jbrundage@eckertseamans.com
dglass@eckertseamans.com
kgallagher@eckertseamans.com

Anthony F. Troy
Eckert Seamans Cherin & Mellott LLC
SunTrust Center
919 East Main Street
Suite 1300
Richmond, VA 23219
Tel:  (804) 788-7751
Fax:  (804) 698-2950
ttroy@eckertseamans.com

*Attorneys for Defendants*

Jennifer Marie Walrath
Katherine Lea McKnight
Baker & Hostetler LLP (DC)
1050 Connecticut Ave NW
Suite 1100
Washington, DC 20036
Tel:  (202) 861-1702
Fax:  (202) 861-1783
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com

Efrem Mark Braden
Baker & Hostetler LLP (DC-NA)
Washington Square
Suite 1100
Washington, DC 20036
Tel:  (202) 861-1504
Fax:  (202) 861-1783
mbraden@bakerlaw.com

*Attorneys for Intervenor-Defendants*

4

        By /s/ John K. Roche
           John K. Roche (VSB No. 68594)
           Perkins Coie LLP
           700 13th St., N.W., Suite 600
           Washington, D.C. 20005-3960
           Tel: (202) 434-1627
           Fax: (202) 654-9106
           JRoche@perkinscoie.com

           *Attorneys for Plaintiffs*