

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

GOLDEN BETHUNE-HILL,
et al.,

     Plaintiffs,

v.                   Civil Action No. 3:14cv852

VIRGINIA STATE BOARD
OF ELECTIONS, et al.,

     Defendants.

### ORDER

Having considered the JOINT MOTION TO ALLOW FILING OF AMENDED COMPLAINT (Docket No. 66), and for good cause shown, it is hereby ORDERED that the JOINT MOTION TO ALLOW FILING OF AMENDED COMPLAINT (Docket No. 66) is granted. It is further ORDERED that the plaintiffs shall electronically file their Amended Complaint forthwith.

It is so ORDERED.

                         /s/     *REP*

                        Robert E. Payne
                        Senior United States District Judge

Richmond, Virginia
Date: June 15, 2015