**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**



GOLDEN BETHUNE-HILL,
et al.,

      Plaintiffs,

v.                                          Civil Action No.  3:14cv852

VIRGINIA STATE BOARD
OF ELECTIONS, et al.,

      Defendants.

**ORDER**

      For the reasons stated on the record on June 4, 2015, if the bench trial scheduled for July 7 – 9, 2015 is not concluded within that time, the trial will resume and conclude on July 13, 2015.

      It is so ORDERED.

                                           /s/
                               Robert E. Payne
                               Senior United States District Judge

Richmond, Virginia
Date: June 15, 2015