Exhibit 10

```
                                                                1

 1
 2
 3
 4
 5          IN RE:   SENATE PRIVILEGES AND ELECTIONS
 6          REDISTRICTING SUBCOMMITTEE PUBLIC HEARING
 7
 8
 9
10                   Tidewater Community College
11                        120 Campus Drive
12                      Portsmouth, Virginia
13                        December 2, 2010
14
15  Before:   Senator Janet Howell, Chairman
16            Senator Creigh Deeds
17            Senator Ralph Northam
18            Senator Harry Blevins
19            Senator Frederick Quayle
20
21          _____
22                   TAYLOE ASSOCIATES, INC.
23              Registered Professional Reporters
24                 Telephone: (757) 461-1984
25                      Norfolk, Virginia

                        TAYLOE ASSOCIATES, INC.
```

                                                               5

```
 1                  Let me give you an example of the last --
 2      from the last redistricting in 2001.  And it is kind
 3      of personal for me because the example I will give you
 4      is the 32nd Senate district, which is what I
 5      represent.  Ten years ago, the 32nd district had
 6      precisely the right number of people.  We were only
 7      off by 300 people.  But because Northern Virginia was
 8      gaining in population, there were major shifts.  So my
 9      perfectly configured district lost 40 percent of my
10      constituents and gained a different 40 percent.  That
11      is going to happen statewide.  Changes in one district
12      will cause changes in others.  Population shifts are
13      going to create changes.  And I think we need to
14      expect most districts are going to be changed.
15                  Here is the schedule of what we expect.
16      Last April 1st was census day, and the population was
17      enumerated.  We are expecting, on December 31st, that
18      we will get our first official population count from
19      census.  That will tell us how many people live in
20      Virginia.  In February, or possibly March of next
21      year, we will get detailed population data and that is
22      the data that we need to draw new maps.  So we have
23      not been drawing maps.  We can't be drawing maps.  We
24      don't have the data yet.  We only have some estimates.
25                  Virginia is on a very, very tight time
```

 6

1   frame to do this.  Although every state has to
2   redistrict, we have to do it quicker than most.  That
3   is because all members of the General Assembly will be
4   running in 2011, next year, in the new districts that
5   we are going to draw during the redistricting process.
6   Any redistricting plan enacted by the General Assembly
7   and the Governor must be submitted to the Department
8   of Justice for preclearance.  This is because Virginia
9   is covered by Section 5 of the Voting Rights Act.
10        Ten years ago, the Department of Justice
11   took 59 days to approve the plan.  They are allowed
12   60 days.
13        Generally, primaries are held in June but
14   they are going to be delayed this year because we
15   won't have the plan approved probably in June.  When
16   the primaries will be is still not determined.  The
17   Senate passed a bill last year with a specific date
18   but the House failed to act.  So we don't know when
19   the primaries are going to be.
20        We face a lot of complex legal issues.
21   We have to comply with the U.S. and Virginia
22   Constitutions, state law and Federal Voting Rights
23   Act.  We have to do one person, one vote under the
24   U.S. Constitution.  In the House of Representatives,
25   the U.S. House of Representatives, we essentially have