Exhibit 12

BENCHMARK PLAN: Black VAP Percentages as reported by DLS and as calculated by DOJ Guidelines

| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] |
|---|---|---|---|---|---|---|---|---|
| Benchmark Plan | | DLS: Includes Hispanic Black | | | DOJ: Excludes Hispanic Black | | | Net% |
| | | | | | | %Non-Hispanic | %Non-Hispanic | |
| | | | | | | Single race: | Multi-race: | Net: |
| | Voting Age | DLS | Single race: | Multi-race: | DOJ | Black | Black+White | DLS-DOJ |
| District | Population | Black VAP | Black | Black+White | Black VAP | | | |
| 001 | 57,833 | 3.8% | 3.78% | 0.07% | 3.8% | 3.69% | 0.07% | 0.1% |
| 002 | 54,630 | 2.4% | 2.36% | 0.08% | 2.4% | 2.35% | 0.08% | 0.0% |
| 003 | 53,177 | 2.6% | 2.53% | 0.05% | 2.6% | 2.53% | 0.05% | 0.0% |
| 004 | 58,842 | 2.4% | 2.25% | 0.10% | 2.3% | 2.24% | 0.10% | 0.0% |
| 005 | 55,154 | 2.2% | 2.10% | 0.10% | 2.2% | 2.07% | 0.10% | 0.0% |
| 006 | 58,276 | 4.3% | 4.12% | 0.16% | 4.3% | 4.11% | 0.16% | 0.0% |
| 007 | 62,214 | 5.0% | 4.69% | 0.33% | 4.9% | 4.63% | 0.31% | 0.1% |
| 008 | 58,528 | 5.2% | 5.00% | 0.17% | 5.1% | 4.95% | 0.16% | 0.1% |
| 009 | 65,128 | 9.1% | 9.06% | 0.09% | 9.1% | 9.00% | 0.08% | 0.1% |
| 010 | 54,788 | 12.9% | 12.76% | 0.16% | 12.9% | 12.73% | 0.15% | 0.0% |
| 011 | 56,244 | 33.7% | 33.24% | 0.49% | 33.4% | 32.92% | 0.46% | 0.4% |
| 012 | 64,081 | 4.5% | 4.33% | 0.21% | 4.5% | 4.26% | 0.19% | 0.1% |
| 013 | 131,503 | 10.4% | 10.09% | 0.36% | 10.1% | 9.83% | 0.30% | 0.3% |
| 014 | 51,053 | 37.7% | 37.56% | 0.16% | 37.6% | 37.46% | 0.15% | 0.1% |
| 015 | 61,155 | 2.1% | 2.03% | 0.12% | 2.1% | 1.98% | 0.11% | 0.1% |
| 016 | 55,023 | 23.8% | 23.64% | 0.16% | 23.7% | 23.55% | 0.16% | 0.1% |
| 017 | 58,033 | 5.7% | 5.49% | 0.19% | 5.6% | 5.40% | 0.19% | 0.1% |
| 018 | 62,954 | 6.2% | 5.94% | 0.23% | 6.1% | 5.87% | 0.21% | 0.1% |
| 019 | 61,053 | 6.1% | 5.98% | 0.10% | 6.0% | 5.93% | 0.10% | 0.1% |
| 020 | 60,846 | 6.5% | 6.28% | 0.21% | 6.4% | 6.22% | 0.20% | 0.1% |
| 021 | 55,998 | 24.0% | 23.50% | 0.52% | 23.4% | 22.91% | 0.48% | 0.6% |
| 022 | 61,006 | 11.8% | 11.62% | 0.15% | 11.7% | 11.58% | 0.15% | 0.0% |
| 023 | 64,845 | 27.0% | 26.64% | 0.34% | 26.8% | 26.46% | 0.33% | 0.2% |
| 024 | 58,206 | 9.0% | 8.82% | 0.18% | 8.9% | 8.74% | 0.16% | 0.1% |
| 025 | 64,291 | 5.5% | 5.33% | 0.21% | 5.4% | 5.23% | 0.19% | 0.1% |
| 026 | 67,195 | 4.2% | 3.92% | 0.32% | 4.0% | 3.69% | 0.28% | 0.3% |
| 027 | 64,804 | 26.5% | 26.17% | 0.33% | 26.1% | 25.85% | 0.29% | 0.4% |
| 028 | 70,257 | 17.9% | 17.42% | 0.47% | 17.5% | 17.06% | 0.40% | 0.4% |
| 029 | 66,863 | 6.0% | 5.71% | 0.30% | 5.9% | 5.59% | 0.27% | 0.2% |
| 030 | 67,963 | 14.4% | 14.12% | 0.27% | 14.2% | 13.95% | 0.26% | 0.2% |
| 031 | 63,042 | 22.9% | 22.42% | 0.52% | 22.2% | 21.77% | 0.45% | 0.7% |
| 032 | 78,679 | 7.6% | 7.35% | 0.29% | 7.4% | 7.13% | 0.25% | 0.3% |
| 033 | 79,525 | 6.9% | 6.62% | 0.25% | 6.7% | 6.48% | 0.23% | 0.2% |
| 034 | 55,355 | 3.2% | 2.99% | 0.18% | 3.1% | 2.92% | 0.15% | 0.1% |
| 035 | 66,402 | 4.8% | 4.59% | 0.19% | 4.6% | 4.44% | 0.14% | 0.2% |
| 036 | 57,195 | 8.0% | 7.65% | 0.31% | 7.7% | 7.41% | 0.27% | 0.3% |
| 037 | 59,812 | 6.6% | 6.25% | 0.33% | 6.3% | 6.04% | 0.26% | 0.3% |
| 038 | 59,896 | 10.2% | 9.92% | 0.25% | 9.8% | 9.61% | 0.22% | 0.3% |
| 039 | 60,143 | 6.5% | 6.32% | 0.18% | 6.3% | 6.08% | 0.17% | 0.3% |
| 040 | 59,244 | 6.6% | 6.26% | 0.31% | 6.4% | 6.08% | 0.28% | 0.2% |

BENCHMARK PLAN: Black VAP Percentages as reported by DLS and as calculated by DOJ Guidelines

| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] |
|---|---|---|---|---|---|---|---|---|
| Benchmark Plan | | DLS: Includes Hispanic Black | | | DOJ: Excludes Hispanic Black | | | Net% |
| | | | | | | %Non-Hispanic | %Non-Hispanic | |
| | Voting Age | DLS | Single race: | Multi-race: | DOJ | Single race: | Multi-race: | Net: |
| District | Population | Black VAP | Black | Black+White | Black VAP | Black | Black+White | DLS-DOJ |
| 041 | 52,989 | 6.3% | 6.10% | 0.21% | 6.1% | 5.96% | 0.17% | 0.2% |
| 042 | 59,031 | 14.1% | 13.75% | 0.32% | 13.7% | 13.40% | 0.26% | 0.4% |
| 043 | 59,703 | 15.5% | 15.11% | 0.40% | 15.1% | 14.80% | 0.31% | 0.4% |
| 044 | 59,332 | 21.4% | 21.02% | 0.39% | 20.9% | 20.57% | 0.32% | 0.5% |
| 045 | 65,973 | 11.1% | 10.78% | 0.30% | 10.8% | 10.54% | 0.23% | 0.3% |
| 046 | 64,174 | 28.5% | 27.91% | 0.59% | 27.9% | 27.38% | 0.48% | 0.6% |
| 047 | 65,989 | 7.0% | 6.75% | 0.27% | 6.8% | 6.54% | 0.22% | 0.3% |
| 048 | 71,185 | 6.0% | 5.73% | 0.28% | 5.8% | 5.58% | 0.23% | 0.2% |
| 049 | 54,485 | 17.3% | 16.87% | 0.44% | 16.6% | 16.29% | 0.31% | 0.7% |
| 050 | 59,678 | 14.1% | 13.59% | 0.53% | 13.5% | 13.10% | 0.41% | 0.6% |
| 051 | 56,572 | 21.3% | 20.76% | 0.56% | 20.7% | 20.24% | 0.46% | 0.6% |
| 052 | 69,541 | 28.5% | 27.90% | 0.60% | 27.7% | 27.14% | 0.53% | 0.8% |
| 053 | 62,455 | 4.3% | 4.14% | 0.20% | 4.2% | 3.99% | 0.17% | 0.2% |
| 054 | 70,835 | 16.5% | 16.05% | 0.43% | 16.2% | 15.80% | 0.39% | 0.3% |
| 055 | 60,698 | 10.4% | 10.18% | 0.18% | 10.3% | 10.11% | 0.17% | 0.1% |
| 056 | 70,975 | 14.3% | 14.08% | 0.21% | 14.2% | 13.99% | 0.20% | 0.1% |
| 057 | 62,660 | 15.4% | 14.97% | 0.42% | 15.2% | 14.81% | 0.38% | 0.2% |
| 058 | 67,486 | 8.8% | 8.50% | 0.26% | 8.7% | 8.43% | 0.24% | 0.1% |
| 059 | 61,131 | 24.8% | 24.60% | 0.22% | 24.7% | 24.51% | 0.21% | 0.1% |
| 060 | 57,699 | 33.7% | 33.56% | 0.16% | 33.5% | 33.35% | 0.14% | 0.2% |
| 061 | 56,775 | 33.4% | 33.29% | 0.15% | 33.2% | 33.09% | 0.14% | 0.2% |
| 062 | 58,854 | 25.6% | 25.27% | 0.34% | 25.1% | 24.79% | 0.31% | 0.5% |
| 063 | 58,013 | 58.1% | 57.76% | 0.37% | 57.7% | 57.29% | 0.36% | 0.5% |
| 064 | 67,121 | 20.8% | 20.57% | 0.27% | 20.7% | 20.41% | 0.26% | 0.2% |
| 065 | 66,205 | 9.7% | 9.57% | 0.16% | 9.6% | 9.47% | 0.15% | 0.1% |
| 066 | 65,915 | 16.5% | 16.17% | 0.29% | 16.2% | 15.94% | 0.25% | 0.3% |
| 067 | 63,998 | 6.6% | 6.30% | 0.32% | 6.4% | 6.10% | 0.28% | 0.2% |
| 068 | 58,611 | 11.6% | 11.40% | 0.24% | 11.5% | 11.22% | 0.23% | 0.2% |
| 069 | 55,216 | 56.3% | 55.82% | 0.46% | 55.6% | 55.17% | 0.41% | 0.7% |
| 070 | 59,060 | 61.8% | 61.42% | 0.35% | 61.2% | 60.92% | 0.29% | 0.6% |
| 071 | 62,649 | 46.3% | 45.77% | 0.50% | 45.8% | 45.36% | 0.47% | 0.4% |
| 072 | 62,711 | 11.4% | 11.10% | 0.26% | 11.1% | 10.88% | 0.24% | 0.2% |
| 073 | 59,008 | 16.5% | 16.22% | 0.26% | 16.1% | 15.89% | 0.24% | 0.3% |
| 074 | 60,325 | 62.7% | 62.36% | 0.34% | 62.2% | 61.90% | 0.32% | 0.5% |
| 075 | 56,367 | 55.3% | 55.17% | 0.13% | 55.1% | 55.00% | 0.13% | 0.2% |
| 076 | 69,266 | 26.2% | 25.88% | 0.27% | 25.9% | 25.66% | 0.25% | 0.2% |
| 077 | 56,134 | 57.6% | 57.27% | 0.28% | 57.0% | 56.79% | 0.25% | 0.5% |
| 078 | 60,892 | 17.4% | 17.12% | 0.27% | 17.1% | 16.85% | 0.24% | 0.3% |
| 079 | 54,594 | 39.4% | 38.98% | 0.39% | 38.8% | 38.48% | 0.36% | 0.5% |
| 080 | 55,645 | 54.4% | 54.03% | 0.37% | 53.9% | 53.58% | 0.33% | 0.5% |

BENCHMARK PLAN: Black VAP Percentages as reported by DLS and as calculated by DOJ Guidelines

| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] |
|---|---|---|---|---|---|---|---|---|
| Benchmark Plan | | DLS: Includes Hispanic Black | | | DOJ: Excludes Hispanic Black | | | Net% |
| | | | | | | %Non-Hispanic | %Non-Hispanic | |
| | Voting Age | DLS | Single race: | Multi-race: | DOJ | Single race: | Multi-race: | Net: |
| District | Population | Black VAP | Black | Black+White | Black VAP | Black | Black+White | DLS-DOJ |
| 081 | 55,612 | 15.6% | 15.20% | 0.37% | 15.3% | 14.91% | 0.35% | 0.3% |
| 082 | 56,016 | 7.8% | 7.49% | 0.35% | 7.6% | 7.24% | 0.32% | 0.3% |
| 083 | 57,417 | 18.9% | 18.54% | 0.38% | 18.4% | 18.05% | 0.35% | 0.5% |
| 084 | 57,150 | 21.2% | 20.75% | 0.45% | 20.6% | 20.18% | 0.41% | 0.6% |
| 085 | 56,846 | 20.3% | 19.93% | 0.36% | 19.9% | 19.55% | 0.31% | 0.4% |
| 086 | 66,342 | 9.7% | 9.43% | 0.27% | 9.4% | 9.15% | 0.21% | 0.3% |
| 087 | 54,818 | 24.2% | 23.63% | 0.56% | 23.5% | 22.97% | 0.53% | 0.7% |
| 088 | 66,826 | 14.6% | 14.20% | 0.37% | 14.2% | 13.88% | 0.33% | 0.4% |
| 089 | 56,922 | 52.5% | 52.02% | 0.44% | 51.7% | 51.31% | 0.42% | 0.7% |
| 090 | 52,752 | 56.9% | 56.42% | 0.50% | 56.0% | 55.61% | 0.44% | 0.9% |
| 091 | 49,375 | 15.9% | 15.59% | 0.27% | 15.6% | 15.34% | 0.23% | 0.3% |
| 092 | 54,472 | 62.1% | 61.52% | 0.63% | 61.1% | 60.55% | 0.55% | 1.0% |
| 093 | 55,175 | 33.5% | 32.89% | 0.64% | 32.6% | 32.06% | 0.58% | 0.9% |
| 094 | 55,572 | 24.4% | 23.83% | 0.53% | 23.8% | 23.27% | 0.48% | 0.6% |
| 095 | 51,008 | 61.6% | 61.19% | 0.46% | 60.9% | 60.50% | 0.42% | 0.7% |
| 096 | 68,293 | 14.7% | 14.38% | 0.30% | 14.5% | 14.20% | 0.27% | 0.2% |
| 097 | 67,243 | 18.3% | 18.11% | 0.19% | 18.2% | 18.00% | 0.17% | 0.1% |
| 098 | 59,650 | 15.7% | 15.55% | 0.18% | 15.6% | 15.45% | 0.17% | 0.1% |
| 099 | 63,601 | 24.0% | 23.82% | 0.19% | 23.9% | 23.69% | 0.19% | 0.1% |
| 100 | 61,071 | 28.4% | 28.01% | 0.37% | 27.7% | 27.35% | 0.32% | 0.7% |

Notes:

1   The values listed under the DLS columns [C-D-E] are from the Division of Legislative Services website.

2   The DLS values are based upon the two question census format: one for Hispanic Origin and one for Race.

3   The values listed under the DOJ columns [F-G-H] are provided by the Maptitude for Redistricting software.

4   The DOJ values are based upon a combination of the two questions to eliminate the double counting of persons.

5   Both sets of values may be calculated from the counts identified in the 2010 Census Counts exhibit.

6   The DLS and DOJ Black VAP values are the result of adding the two succeeding columns for Black and Black+White.

7   For convenience and consistency the DLS and DOJ Black VAP values are rounded to one decimal point.

8   The Net% column [I] subtracts the DOJ value [F] from the DLS value [C].