Exhibit 13

ENACTED PLAN: Black VAP Percentages as reported by DLS and as calculated by DOJ Guidelines

| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] |
|---|---|---|---|---|---|---|---|---|
| **Enacted Plan** | | DLS: Includes Hispanic Black | | | DOJ: Excludes Hispanic Black | | | Net% |
| District | Voting Age Population | **DLS Black VAP** | Single race: Black | Multi-race: Black+White | **DOJ Black VAP** | %Non-Hispanic Single race: Black | %Non-Hispanic Multi-race: Black+White | **Net: DLS-DOJ** |
| 001 | 64,221 | **3.9%** | 3.78% | 0.08% | **3.8%** | 3.70% | 0.08% | **0.1%** |
| 002 | 56,163 | **24.4%** | 23.83% | 0.54% | **23.7%** | 23.19% | 0.47% | **0.7%** |
| 003 | 64,745 | **3.0%** | 2.91% | 0.08% | **3.0%** | 2.91% | 0.08% | **0.0%** |
| 004 | 64,195 | **2.1%** | 2.05% | 0.08% | **2.1%** | 2.05% | 0.08% | **0.0%** |
| 005 | 64,337 | **2.7%** | 2.57% | 0.11% | **2.6%** | 2.54% | 0.10% | **0.0%** |
| 006 | 62,988 | **2.0%** | 1.85% | 0.10% | **1.9%** | 1.84% | 0.10% | **0.0%** |
| 007 | 64,401 | **4.0%** | 3.85% | 0.20% | **4.0%** | 3.79% | 0.18% | **0.1%** |
| 008 | 63,208 | **4.0%** | 3.84% | 0.15% | **3.9%** | 3.79% | 0.14% | **0.1%** |
| 009 | 64,142 | **10.0%** | 9.84% | 0.12% | **9.9%** | 9.78% | 0.11% | **0.1%** |
| 010 | 57,050 | **8.7%** | 8.36% | 0.32% | **8.5%** | 8.18% | 0.29% | **0.2%** |
| 011 | 62,356 | **31.1%** | 30.67% | 0.46% | **30.8%** | 30.37% | 0.43% | **0.3%** |
| 012 | 69,034 | **4.5%** | 4.18% | 0.28% | **4.4%** | 4.12% | 0.27% | **0.1%** |
| 013 | 58,290 | **13.2%** | 12.75% | 0.46% | **12.8%** | 12.42% | 0.39% | **0.4%** |
| 014 | 62,379 | **34.1%** | 33.95% | 0.15% | **34.0%** | 33.86% | 0.14% | **0.1%** |
| 015 | 62,907 | **1.9%** | 1.80% | 0.12% | **1.9%** | 1.74% | 0.11% | **0.1%** |
| 016 | 63,086 | **27.1%** | 26.92% | 0.18% | **27.0%** | 26.83% | 0.18% | **0.1%** |
| 017 | 63,576 | **6.1%** | 5.90% | 0.22% | **6.0%** | 5.82% | 0.21% | **0.1%** |
| 018 | 59,686 | **7.7%** | 7.49% | 0.22% | **7.6%** | 7.40% | 0.21% | **0.1%** |
| 019 | 62,844 | **5.9%** | 5.80% | 0.13% | **5.9%** | 5.74% | 0.13% | **0.1%** |
| 020 | 62,717 | **8.3%** | 8.02% | 0.29% | **8.2%** | 7.91% | 0.28% | **0.1%** |
| 021 | 58,656 | **23.9%** | 23.37% | 0.50% | **23.3%** | 22.83% | 0.46% | **0.6%** |
| 022 | 61,467 | **20.5%** | 20.30% | 0.21% | **20.4%** | 20.20% | 0.20% | **0.1%** |
| 023 | 63,982 | **14.9%** | 14.70% | 0.24% | **14.8%** | 14.61% | 0.24% | **0.1%** |
| 024 | 64,424 | **8.5%** | 8.37% | 0.17% | **8.5%** | 8.30% | 0.16% | **0.1%** |
| 025 | 61,585 | **3.6%** | 3.47% | 0.15% | **3.6%** | 3.42% | 0.13% | **0.1%** |
| 026 | 65,566 | **4.5%** | 4.14% | 0.32% | **4.2%** | 3.90% | 0.28% | **0.3%** |
| 027 | 58,981 | **18.4%** | 18.13% | 0.31% | **18.2%** | 17.89% | 0.28% | **0.3%** |
| 028 | 58,388 | **18.2%** | 17.81% | 0.42% | **17.8%** | 17.41% | 0.37% | **0.4%** |
| 029 | 61,320 | **6.0%** | 5.68% | 0.28% | **5.8%** | 5.56% | 0.27% | **0.1%** |
| 030 | 61,276 | **15.1%** | 14.85% | 0.28% | **14.9%** | 14.68% | 0.27% | **0.2%** |
| 031 | 56,743 | **20.3%** | 19.79% | 0.50% | **19.7%** | 19.25% | 0.43% | **0.6%** |
| 032 | 55,263 | **8.0%** | 7.65% | 0.31% | **7.7%** | 7.42% | 0.27% | **0.3%** |
| 033 | 57,140 | **5.0%** | 4.77% | 0.22% | **4.9%** | 4.68% | 0.19% | **0.1%** |
| 034 | 57,978 | **3.5%** | 3.37% | 0.14% | **3.4%** | 3.28% | 0.12% | **0.1%** |
| 035 | 62,743 | **5.1%** | 4.87% | 0.25% | **4.9%** | 4.70% | 0.21% | **0.2%** |
| 036 | 61,859 | **8.7%** | 8.37% | 0.33% | **8.4%** | 8.13% | 0.29% | **0.3%** |
| 037 | 63,480 | **8.1%** | 7.69% | 0.37% | **7.8%** | 7.44% | 0.32% | **0.3%** |
| 038 | 62,463 | **9.4%** | 9.22% | 0.21% | **9.1%** | 8.92% | 0.18% | **0.3%** |
| 039 | 61,870 | **9.1%** | 8.86% | 0.22% | **8.8%** | 8.64% | 0.19% | **0.2%** |
| 040 | 58,415 | **6.6%** | 6.29% | 0.29% | **6.4%** | 6.15% | 0.25% | **0.2%** |

ENACTED PLAN: Black VAP Percentages as reported by DLS and as calculated by DOJ Guidelines

| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] |
|---|---|---|---|---|---|---|---|---|
| **Enacted Plan** | | DLS: Includes Hispanic Black | | | DOJ: Excludes Hispanic Black | | | Net% |
| District | Voting Age Population | **DLS Black VAP** | Single race: Black | Multi-race: Black+White | **DOJ Black VAP** | %Non-Hispanic Single race: Black | %Non-Hispanic Multi-race: Black+White | **Net: DLS-DOJ** |
| 041 | 60,765 | **5.7%** | 5.51% | 0.20% | **5.5%** | 5.38% | 0.16% | **0.2%** |
| 042 | 58,066 | **9.8%** | 9.51% | 0.27% | **9.5%** | 9.27% | 0.24% | **0.3%** |
| 043 | 62,318 | **17.1%** | 16.72% | 0.42% | **16.7%** | 16.34% | 0.33% | **0.5%** |
| 044 | 59,112 | **22.0%** | 21.59% | 0.39% | **21.4%** | 21.10% | 0.32% | **0.6%** |
| 045 | 67,692 | **11.5%** | 11.15% | 0.34% | **11.1%** | 10.85% | 0.24% | **0.4%** |
| 046 | 66,262 | **27.7%** | 27.10% | 0.58% | **27.0%** | 26.57% | 0.46% | **0.6%** |
| 047 | 68,384 | **5.0%** | 4.71% | 0.25% | **4.8%** | 4.54% | 0.21% | **0.2%** |
| 048 | 64,068 | **4.6%** | 4.37% | 0.25% | **4.5%** | 4.24% | 0.21% | **0.2%** |
| 049 | 66,373 | **16.7%** | 16.30% | 0.43% | **16.2%** | 15.86% | 0.33% | **0.5%** |
| 050 | 55,689 | **14.4%** | 13.84% | 0.52% | **13.7%** | 13.32% | 0.39% | **0.6%** |
| 051 | 58,448 | **15.4%** | 14.95% | 0.43% | **15.0%** | 14.61% | 0.37% | **0.4%** |
| 052 | 56,592 | **30.3%** | 29.67% | 0.65% | **29.4%** | 28.81% | 0.55% | **1.0%** |
| 053 | 62,827 | **5.5%** | 5.24% | 0.21% | **5.2%** | 4.99% | 0.17% | **0.3%** |
| 054 | 57,249 | **17.7%** | 17.29% | 0.42% | **17.4%** | 17.02% | 0.38% | **0.3%** |
| 055 | 59,680 | **16.7%** | 16.46% | 0.26% | **16.6%** | 16.36% | 0.23% | **0.1%** |
| 056 | 58,745 | **13.0%** | 12.78% | 0.23% | **12.9%** | 12.72% | 0.21% | **0.1%** |
| 057 | 68,024 | **15.9%** | 15.47% | 0.45% | **15.7%** | 15.29% | 0.41% | **0.2%** |
| 058 | 61,395 | **6.9%** | 6.71% | 0.20% | **6.9%** | 6.67% | 0.19% | **0.1%** |
| 059 | 62,208 | **20.0%** | 19.84% | 0.20% | **20.0%** | 19.77% | 0.19% | **0.1%** |
| 060 | 62,712 | **32.5%** | 32.35% | 0.17% | **32.3%** | 32.17% | 0.16% | **0.2%** |
| 061 | 63,280 | **33.5%** | 33.36% | 0.16% | **33.3%** | 33.18% | 0.16% | **0.2%** |
| 062 | 61,022 | **24.6%** | 24.23% | 0.33% | **24.1%** | 23.81% | 0.28% | **0.5%** |
| *063* | 61,404 | **59.5%** | 59.09% | 0.43% | **59.0%** | 58.55% | 0.42% | **0.6%** |
| 064 | 61,722 | **24.2%** | 24.05% | 0.18% | **24.1%** | 23.91% | 0.17% | **0.2%** |
| 065 | 59,232 | **14.6%** | 14.47% | 0.16% | **14.5%** | 14.37% | 0.15% | **0.1%** |
| 066 | 58,534 | **16.1%** | 15.79% | 0.27% | **15.8%** | 15.58% | 0.25% | **0.2%** |
| 067 | 57,154 | **5.7%** | 5.45% | 0.27% | **5.5%** | 5.28% | 0.24% | **0.2%** |
| 068 | 63,752 | **7.3%** | 7.05% | 0.21% | **7.1%** | 6.91% | 0.19% | **0.1%** |
| *069* | 62,538 | **55.2%** | 54.78% | 0.40% | **54.6%** | 54.20% | 0.38% | **0.6%** |
| *070* | 58,654 | **56.4%** | 55.99% | 0.38% | **55.7%** | 55.42% | 0.31% | **0.6%** |
| *071* | 66,230 | **55.3%** | 54.87% | 0.48% | **54.9%** | 54.44% | 0.46% | **0.5%** |
| 072 | 62,008 | **13.4%** | 13.16% | 0.24% | **13.2%** | 12.96% | 0.23% | **0.2%** |
| 073 | 63,116 | **13.5%** | 13.26% | 0.28% | **13.2%** | 12.92% | 0.26% | **0.4%** |
| *074* | 60,478 | **57.2%** | 56.91% | 0.32% | **56.8%** | 56.47% | 0.30% | **0.5%** |
| *075* | 63,445 | **55.4%** | 55.30% | 0.13% | **55.2%** | 55.10% | 0.12% | **0.2%** |
| 076 | 59,747 | **25.1%** | 24.88% | 0.26% | **24.9%** | 24.66% | 0.25% | **0.2%** |
| *077* | 57,841 | **58.8%** | 58.44% | 0.34% | **58.2%** | 57.92% | 0.29% | **0.6%** |
| 078 | 60,410 | **17.1%** | 16.89% | 0.25% | **16.8%** | 16.60% | 0.23% | **0.3%** |
| 079 | 66,796 | **29.7%** | 29.13% | 0.55% | **28.8%** | 28.31% | 0.48% | **0.9%** |
| *080* | 60,871 | **56.3%** | 55.94% | 0.36% | **55.8%** | 55.48% | 0.31% | **0.5%** |

ENACTED PLAN: Black VAP Percentages as reported by DLS and as calculated by DOJ Guidelines

| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] |
|---|---|---|---|---|---|---|---|---|
| **Enacted Plan** | | DLS: Includes Hispanic Black | | | DOJ: Excludes Hispanic Black | | | Net% |
| **District** | Voting Age Population | **DLS Black VAP** | Single race: Black | Multi-race: Black+White | **DOJ Black VAP** | %Non-Hispanic Single race: Black | %Non-Hispanic Multi-race: Black+White | **Net: DLS-DOJ** |
| 081 | 59,833 | **18.6%** | 18.28% | 0.32% | **18.3%** | 18.00% | 0.29% | **0.3%** |
| 082 | 63,348 | **9.1%** | 8.76% | 0.38% | **8.8%** | 8.48% | 0.34% | **0.3%** |
| 083 | 62,818 | **15.1%** | 14.77% | 0.35% | **14.7%** | 14.39% | 0.32% | **0.4%** |
| 084 | 58,742 | **20.4%** | 19.98% | 0.47% | **19.9%** | 19.43% | 0.43% | **0.6%** |
| 085 | 62,188 | **18.9%** | 18.51% | 0.42% | **18.4%** | 18.06% | 0.37% | **0.5%** |
| 086 | 59,286 | **8.3%** | 8.10% | 0.22% | **8.0%** | 7.84% | 0.17% | **0.3%** |
| 087 | 55,787 | **8.7%** | 8.34% | 0.32% | **8.3%** | 8.09% | 0.23% | **0.3%** |
| 088 | 58,354 | **14.1%** | 13.69% | 0.44% | **13.8%** | 13.44% | 0.39% | **0.3%** |
| **089** | 61,070 | **55.5%** | 54.98% | 0.48% | **54.8%** | 54.30% | 0.46% | **0.7%** |
| **090** | 60,204 | **56.6%** | 56.10% | 0.49% | **55.6%** | 55.17% | 0.44% | **1.0%** |
| 091 | 59,281 | **19.6%** | 19.24% | 0.37% | **19.2%** | 18.90% | 0.32% | **0.4%** |
| **092** | 61,309 | **60.7%** | 60.14% | 0.58% | **59.8%** | 59.28% | 0.51% | **0.9%** |
| 093 | 62,539 | **22.6%** | 22.04% | 0.54% | **22.0%** | 21.56% | 0.48% | **0.5%** |
| 094 | 62,412 | **21.0%** | 20.60% | 0.42% | **20.5%** | 20.11% | 0.41% | **0.5%** |
| **095** | 59,017 | **60.0%** | 59.35% | 0.62% | **59.0%** | 58.44% | 0.56% | **1.0%** |
| 096 | 61,067 | **13.7%** | 13.47% | 0.24% | **13.5%** | 13.30% | 0.22% | **0.2%** |
| 097 | 60,024 | **10.8%** | 10.72% | 0.11% | **10.8%** | 10.65% | 0.10% | **0.1%** |
| 098 | 62,740 | **16.4%** | 16.26% | 0.19% | **16.3%** | 16.16% | 0.18% | **0.1%** |
| 099 | 63,534 | **24.0%** | 23.85% | 0.20% | **23.9%** | 23.71% | 0.19% | **0.1%** |
| 100 | 63,027 | **27.6%** | 27.29% | 0.30% | **27.2%** | 26.90% | 0.29% | **0.4%** |

*Notes:*

1. The values listed under the DLS columns [C-D-E] are from the Division of Legislative Services website.
2. The DLS values are based upon the two question census format: one for Hispanic Origin and one for Race.
3. The values listed under the DOJ columns [F-G-H] are provided by the Maptitude for Redistricting software.
4. The DOJ values are based upon a combination of the two questions to eliminate the double counting of persons.
5. Both sets of values may be calculated from the counts identified in the 2010 Census Counts exhibit.
6. The DLS and DOJ Black VAP values are the result of adding the two succeeding columns for Black and Black+White.
7. For convenience and consistency the DLS and DOJ Black VAP values are rounded to one decimal point.
8. The Net% column [I] subtracts the DOJ value [F] from the DLS value [C].