Exhibit 14

1

2011 SPECIAL SESSION 1

VIRGINIA HOUSE OF DELEGATES

REDISTRICTING FLOOR DEBATES

Tuesday, April 5, 2011

Job No.: 81658

Pages 1 - 174

Transcribed by: Daphne Hurley

Plaintiffs002666

COMMONWEALTH OF VIRGINIA HOUSE OF DELEGATES
CONDUCTED ON TUESDAY, APRIL 5, 2011

2

1            A P P E A R A N C E S

2   Before the Honorable

3   BETSY B. CARR

4

5   DELEGATES PRESENT:

6   David L. Englin – Alexandria (D-45)

7   Robert G. Marshall – Prince William (R-13)

8   Ward L. Armstrong – Henry (D-10)

9   Brenda L. Pogge – James City County (R-96)

10   Adam P. Ebbin – Alexandria (D-49)

11   David Albo – Fairfax (R-42)

12   Mark L. Cole – Spotsylvania (R-88)

13   Roxann L. Robinson – Chesterfield (R-27)

14   S. Chris Jones – Suffolk (R-76)

15   Joe Morrissey – Henrico (D-74)

16   Lionell Spruill, Sr. – Chesapeake (D-77)

17   Patrick A. Hope – Arlington (D-47)

18   Rosalyn R. Dance – Petersburg (D-63)

19   M. Kirkland Cox – Colonial Heights (R-66)

20   Jennifer McClellan – Richmond City (D-71)

21

22

Plaintiffs002667

COMMONWEALTH OF VIRGINIA HOUSE OF DELEGATES
CONDUCTED ON TUESDAY, APRIL 5, 2011

41

1	Virginia, they were the second place in the
2	competition, had nine majority/minority seats.
3	They had a better deviation, 2.94 percent, but
4	they still were as low as 59.2 percent on the
5	voting age population.
6	    Now, everything that I have seen in my 25
7	years in elected office has indicated to me that
8	in the minority community there, there are not as
9	many registered per hundred as there are in the
10	white community and then the turn out is different
11	as well.
12	    So if you don't -- as we heard in our
13	testimony, and as Delegate Dance and Spruill and
14	some other individuals and leaders in the
15	community have said, if you don't have an
16	effective voting strength then there's a good
17	chance that over the time of 10 years you will see
18	a dilution of their ability and there is the
19	community.
20	    Not that I am -- it's not my seat.  I think
21	the gentleman from Chesapeake, Mr. Spruill, would
22	agree with this.  He can probably get elected with

42

1    a lower percentage.  But he represents the

2    community and the law states it's the community's

3    ability to elect the candidate of their choice.

4        So that's why the testimony led me when

5    drawing this map to not retrogress with the number

6    of seats, which we didn't, and to keep an

7    effective voting majority within each and every

8    district.  We had to keep the core of those

9    districts, because I think that's very important,

10    and because of the population shifts you did see a

11    decrease in some of the percentages, but all were

12    above 55 percent.

13        So as I continued to work, work this map I

14    tried to do the best I could to meet the plus or

15    minor 1 percent.  It's obvious to me that from

16    comments I received from colleagues who called me,

17    who stopped by my office, who wanted to discuss

18    their community and what the bill as introduced

19    last week would do to that community if it passed,

20    I said, "I'll be glad to sit down with each and

21    every one of you who want to meet with me" and I

22    did and I think through that process you have this

Plaintiffs002707

COMMONWEALTH OF VIRGINIA HOUSE OF DELEGATES
CONDUCTED ON TUESDAY, APRIL 5, 2011

64

1      Mr. Speaker: The gentleman yields.
2      DEL. ARMSTRONG: Is the gentleman also aware
3  that under Section 5 or possibly 2, but Section 5
4  of the Voting Rights Act that additional
5  majority-minority districts must be created where
6  practical?
7      DEL. JONES: I would agree with that
8  statement, Mr. Speaker. I would emphasis, though,
9  that to me practical, as we heard through the
10 testimony, was an effective voting age population.
11 And when I was mentioning earlier about the plans
12 that were before us, I think -- I don't believe
13 but a handful of the districts that were drawn
14 actually would meet the Bartlett versus Strickland
15 test, which, which a minimum amount legally
16 required to constitute Section 2 district would be
17 50 percent plus 1.
18     DEL. ARMSTRONG: Further question,
19 Mr. Speaker.
20     Mr. Speaker: Will the gentlemen yield?
21     DEL. JONES: I yield.
22     Mr. Speaker: The gentleman yields.

COMMONWEALTH OF VIRGINIA HOUSE OF DELEGATES
CONDUCTED ON TUESDAY, APRIL 5, 2011

69

1  DEL. JONES:  I yield.

2  Mr. Speaker:  The gentleman yields.

3  DEL. ARMSTRONG:  Is the gentleman aware that

4  one of those two plans developed by the Commission

5  created a 13th majority-minority district?

6  DEL. JONES:  I would say to this the

7  gentleman, Mr. Speaker, yes, I am.

8  DEL. ARMSTRONG:  Further question,

9  Mr. Speaker.

10  Mr. Speaker:  Does the gentlemen yield?

11  DEL. JONES:  I yield.

12  Mr. Speaker:  The gentleman yields.

13  DEL. ARMSTRONG:  Can the gentleman explain to

14  me the reasonings in his putting together HB 5001

15  as to why he did not create a 13th

16  majority-minority district?

17  DEL. JONES:  Mr. Speaker, I'd say to the

18  gentleman I think he's answered his own question

19  with his line of questioning earlier about an

20  effective -- I think he's conflicted or he's

21  confused in his approach here.

22  I think his line of questioning earlier was

74

1    me what then additional information that he did

2    not glean from the official Privileges & Elections

3    Committee meetings which were recorded that led to

4    his development of the 12 minority-majority

5    district plans?

6            MR. JONES:  Mr. Speaker, I think I answered

7    the gentleman's question before in my earlier

8    remarks and I will stand by those remarks.

9            DEL. ARMSTRONG:  Further question,

10   Mr. Speaker.

11           MR. SPEAKER:  Will the gentleman yield?

12           DEL. JONES:  I yield.

13           MR. SPEAKER:  The gentleman yields.

14           DEL. ARMSTRONG:  Mr. Speaker, I would ask the

15   gentleman whether there was any consideration

16   given to the creation of a 14th minority-majority

17   district in Southside, Virginia that would have

18   included the city of Martinsville, the city of

19   Danville and territory in both Henry and

20   Pennsylvania counties.

21           MR. JONES:  Mr. Speaker, I'd say to the

22   gentleman, I believe that was what was presented

COMMONWEALTH OF VIRGINIA HOUSE OF DELEGATES
CONDUCTED ON TUESDAY, APRIL 5, 2011

96

1        Now, that's my reading.  I'm not an attorney,
2    but I did attend some of the conferences that the
3    gentleman from Henry did.  I think we saw each
4    other down in Texas.  So that was kind of my
5    reading of that, but that's a non-lawyer response
6    to a lawyer's question.
7          DEL. ARMSTRONG:  Further question,
8    Mr. Speaker.
9          MR. SPEAKER:  Will the gentleman yield?
10         DEL. JONES:  I yield.
11         MR. SPEAKER:  The gentleman yields.
12         DEL. ARMSTRONG:  I would preface my next
13   question by saying my reading of Larios indicates
14   that there were -- the population deviations there
15   were done in a way and a pattern that would have
16   favored one particular political party over
17   another; that is, that where there were
18   populations that were deviated down, they were
19   done so for entirely political purposes.
20         My question is there have been a number of
21   other cases, including one that the United States
22   Supreme Court upheld, the 1970s House plan of

97

1    Virginia, where there was a 16.4 percent deviation

2    because there was a rational state policy for

3    doing so.

4         And the question that I pose to the gentleman

5    is; would he not agree with me that he could have

6    better effected minority representation in the

7    State, that is with better effective minority

8    populations within the 12 existing minority

9    districts, plus the ability to create a 13th, by

10   using a deviation percentage higher than plus or

11   minus 1 percent?  Would the gentleman not agree?

12        MR. JONES:  No, I would not agree.  I would

13   say to the gentleman that what they did in Larios

14   was actually plus or minus 5 percent.  The case he

15   referenced back in the 1970s, that's 40 years ago.

16   That was before I guess I even got out of high

17   school.

18        And I am aware of that case.  I think that

19   dealt with the Eastern Shore, if I'm not, if I'm

20   not mistaken and those two counties.  And I think

21   the overarching principle as I stated in my

22   opening remarks is the one-person, one-vote.  That

COMMONWEALTH OF VIRGINIA HOUSE OF DELEGATES
CONDUCTED ON TUESDAY, APRIL 5, 2011

141

1  while still abiding by the terms of the Voting
2  Rights Act and trying to respect county and city
3  lines."  Quote, unquote, "It's easy to justify to
4  the public when you have these very compact
5  districts," she said, one of the nine students on
6  a team with a winning map, "but Virginia is not
7  square.  It's just not."  And I think that pretty
8  much says it all.
9      DEL. MORRISSEY:  Mr. Speaker, I thank the
10 gentleman for his answers.
11     MR. SPEAKER:  The gentleman from Chesapeake,
12 Mr. Spruill.
13     DEL. SPRUILL:  Mr. Speaker (inaudible words).
14     MR. SPEAKER:  The gentleman has the floor.
15     DEL. SPRUILL:  Mr. Speaker and Members of the
16 House, let me have your ears and please listen if
17 you can.
18     I'm surprised all of a sudden this has come
19 out to be a racist thing about blacks who are in
20 the House.  This is not about no race.  We have
21 100 members in this House and we're talking about
22 black minority districts.  If we had wanted to do

COMMONWEALTH OF VIRGINIA HOUSE OF DELEGATES
CONDUCTED ON TUESDAY, APRIL 5, 2011

142

1   that, we have three fine lawyers in the Black

2   Caucus that can do that.

3        My lawyer next to me who represents me says,

4   "Be careful of what you say."  Some are saying,

5   "Why are members making this a thing about blacks

6   being represented?"  They're not saying, "Well,

7   that's fair enough.  Let's see who came to us and

8   say, 'This is what I propose.'"

9        From the Governor's plan did they come to us?

10  No.  Delegate Chris Jones, we went to him and we

11  had some concerns, mostly every member of the

12  Black Caucus.  He answered our concerns; some we

13  were satisfied with and some we were not, but at

14  least we had input into Plan 5001.  Where's the

15  other plan that's coming to the Black Caucus and

16  saying, "Hey, we're going to try to help you all"?

17  Who else?

18       I'm the (inaudible words) Black Caucus.  Who

19  has come to me and said to the Black Caucus, "Hey,

20  we've got a plan to look out for black folks."

21  This is not a thing about race.  And I know

22  somebody's standing there taking every word you

COMMONWEALTH OF VIRGINIA HOUSE OF DELEGATES
CONDUCTED ON TUESDAY, APRIL 5, 2011

143

```
 1    say because this is going to go to the court.
 2    Well, let's make it right.
 3         To the members of this body, this is not
 4    about black folks, so don't let them, nobody put
 5    you on they're trying to save the black folks.
 6    That's not so.  So okay.  What is this is all
 7    about?  Let's look at Plan 5002 that was submitted
 8    yesterday, that was talked to us yesterday.  That
 9    plan had Delegate Kenneth Alexander, along with
10    Delegate Ed Howell of the same district.  That
11    plan had Delegate Matthew James and Spruill, same
12    district.  That plan had my house in the 79th
13    district.
14         No one has come to me or anybody and talked
15    to us about this.  So it's not about race.  It's
16    about representation of the folks.  Delegate Chris
17    Jones is the only one that came to us and says,
18    "This is what" -- what he was saying.  We went to
19    him and said, "We have a problem.  Can you resolve
20    those problems?"
21         Now you've got the Governor's plan.  The
22    Governor has not sent -- well I wouldn't expect
```

COMMONWEALTH OF VIRGINIA HOUSE OF DELEGATES
CONDUCTED ON TUESDAY, APRIL 5, 2011

144

1    the Governor to do it himself, but he asked no one
2    to come to talk to us about it.
3         Let's talk about the 13th district.  It was
4    not taken up by the Black Caucus because we have
5    not discussed it to talk about it, but by my
6    friend here who spoke about it yesterday and this
7    morning.  The Governor's plan is talking about a
8    13th and 14th district.  We do not need to create
9    another black district.
10        Oh, I would love to see it happen.  We
11   already had one.  Do you remember Flora Mass (ph)?
12   Flora Mass was black.  Guess who took Flora Mass's
13   (unintelligible word)?  Okay?  And he is not of
14   our persuasion.
15        Okay?  Now you're talking about so that's the
16   13th seat.  Now, I ask you to check and look what
17   is a minority percentage of Delegate Joe
18   Morrissey's district?  Check it out.  What is
19   Morrissey's percent of the black district?  But
20   the people there in Richmond were so kind, they
21   made him their choice.  And that's a black
22   district, but they made him their choice and I'm

COMMONWEALTH OF VIRGINIA HOUSE OF DELEGATES
CONDUCTED ON TUESDAY, APRIL 5, 2011

145

1  glad for him.  That's the 13th district he was
2  talking about.  That's a black district.
3       Oh, let's talk about the 14th district.
4  Betsy Carr.  That's a black district.  They're
5  your 13 and 14.  But the people in Richmond made
6  her their choice and I'm glad for her because she
7  is doing a good job.  That's a black district.  So
8  if those who are saying that "We've got to look
9  out for the blacks, we got to create a 13 and 14
10 black district," we already have them.  But the
11 people in those black districts made their choice
12 to support (inaudible words) and that's -- there's
13 nothing wrong with that.  That's their choice.
14      So you need to create -- (inaudible words) we
15 do create another 13th district and you select
16 another white.  Then what?  Then what you gonna do
17 about that?  Because the peoples have made their
18 choice.  So it's not about race.  Please, don't
19 hang this on the black folks.  So when you go to
20 court, don't say they tried to dilute the black
21 folks.
22      Well, what are my concerns?  My concerns is

146

1  this.  And let me put my eyes on.  1887 to 1888
2  African-Americans, members of the General
3  Assembly, eight members.  Come here and look at
4  it.  And they're downstairs somewhere in the
5  little corner where you can't see them.  Eight
6  members of the Black Caucus were elected one year
7  from 1887 to 1888.  Since 1888 and here it is in
8  2011 we've only increased five.  Okay?
9       Ain't nothing to do with race.  "Well, what's
10  it got to do with Spruill?"  Then we're saying,
11  "Well, look at the public of Virginia."  20
12  percent, whatever it is.  So tell me how can we
13  create districts.  We talk about a snake going
14  around to make sure you've got black's
15  representation.  We have blacks who lost, that
16  don't vote.  If they don't vote -- if you create a
17  black district and they don't vote, then whose
18  fault is that?  Okay?
19       So we have what we're looking for.  The
20  (inaudible word) was saying "The NAACP, the
21  representation, were they represented where they
22  knew about it?  Yes.  Lue Ward, Lue Ward, NAACP in

COMMONWEALTH OF VIRGINIA HOUSE OF DELEGATES
CONDUCTED ON TUESDAY, APRIL 5, 2011

147

1  Suffolk, NAACP in Chesapeake and Virginia Beach.
2  I'm saying those because I know they're in a
3  ruckus.  I want to make sure I got it right.  They
4  are aware of it.  I'm a member of the Men's
5  (inaudible words) For Progress.  Yes, we are aware
6  of it.
7       So we are here today.  I thought that if
8  members of -- let me use this body on this side of
9  the aisle.  I felt concern that we were looked at
10 and saying, "Let's create -- this is for everybody
11 what's fair."  But instead we're coming here and
12 saying that we're talking about diluting the black
13 folks and they be (inaudible words)
14 representation.  Don't do it.
15      My concern is to make sure that those
16 blacks -- I don't like to use the word minority
17 towards us.  Those blacks -- my concern; have
18 input with Delegate Chris Jones.  My concern was
19 to make sure that we have the numbers, to make
20 sure that we keep what we got and can get more
21 when we want to.  Not because you're black.
22 Because my concern is that we do not dilute.

COMMONWEALTH OF VIRGINIA HOUSE OF DELEGATES
CONDUCTED ON TUESDAY, APRIL 5, 2011

149

1    it's not an African-American seat, but the
2    citizens, both black and white, decide that he was
3    the choice.  So it's not about that.
4         So I ask you all this; is there -- if you're
5    going to look at and look out for the black
6    community, we ask you all look at who has come to
7    us, look at who has worked with us to try to make
8    sure that we maintain what we've got.  Who has
9    been that person?  That person has been Delegate
10   Chris Jones.  I ask you all to support 5001.
11   Thank you very kindly.
12        (Applause.)
13        MR. SPEAKER:  The gentleman from Arlington,
14   Mr. Hope.
15        DEL. HOPE:  Thank you, Mr. Speaker.  Would
16   the gentleman from Suffolk resume the floor for a
17   question?
18        MR. SPEAKER:  Will the gentleman yield?
19        DEL. JONES:  The gentleman from Suffolk will
20   (inaudible word.)
21        MR. SPEAKER:  Yeah.
22        DEL. JONES:  I'm here to answer questions.

Plaintiffs002814

COMMONWEALTH OF VIRGINIA HOUSE OF DELEGATES
CONDUCTED ON TUESDAY, APRIL 5, 2011

157

1  floor.

2  DEL. DANCE: Thank you. As a member of the

3  House Redistricting Committee I support House Bill

4  5001 in its substitute form as we have before us

5  and it's again for more than just the one reason

6  that it mirrors the -- or doesn't mirror, but it

7  does support the 12 minority districts that we

8  have now and it does provide that 55 percent

9  voting strength that I was concerned about as I

10 looked at the model and looked at the trending as

11 far as what has happened over the last 10 years.

12 And one of the best examples I can give for

13 that and most concern was the area that was

14 mentioned prior and that is Delegate Tyler's area

15 in the 75th. Because Delegate Tyler is an

16 African-American that now finally sits in a

17 minority seat that's been there for years, but

18 there have been three tries by minorities in the

19 past to win that seat and they were not able to do

20 so.

21 And if that district is below that 55 percent

22 voting strength, then I don't think she would be

COMMONWEALTH OF VIRGINIA HOUSE OF DELEGATES
CONDUCTED ON TUESDAY, APRIL 5, 2011

174

1           C E R T I F I C A T E

2           I, Daphne S. Hurley, Court Reporter,

3   certify that I transcribed from digital recording

4   of the proceedings held on the 5th day of April

5   2011.

6           I further certify that to the best of my

7   knowledge and belief, the foregoing transcript

8   constitutes a true and correct transcript of the

9   said proceedings.  Given under my hand this 3rd

10  day of May 2015.

11

12

13

14

15

16

17  _____

18  Daphne S. Hurley

19

20  My commission expires:  August 20, 2018

21  Notary Public in and for

22  the State of Maryland

Plaintiffs002839