# Exhibit 15

2011 SPECIAL SESSION I

VIRGINIA HOUSE OF DELEGATES

REDISTRICTING FLOOR DEBATES

Monday, April 4, 2011

Job#: 82096

Pages 1 – 51

Transcribed by: Daphne Hurley

Plaintiffs002523

COMMONWEALTH OF VIRGINIA HOUSE OF DELEGATES
CONDUCTED ON MONDAY, APRIL 4, 2011

```
                                                       2
 1              A P P E A R A N C E S

 2    Rev. Anne N. Gimenez - Rock Church, Virginia Beach

 3

 4    DELEGATES PRESENT:

 5    M. Kirkland Cox - Colonial Heights (R-66)

 6    John A. Cosgrove - Chesapeake (R-78)

 7    Joe Morrissey - Henrico (D-74)

 8    S. Chris Jones - Suffolk (R-76)

 9    Jeion A. Ward - Hampton (D-92)

10    Lionell Spruill, Sr.  - Chesapeake (D-77)

11    Rosalyn R. Dance - Petersburg (D-63)

12    Tony O. Wilt - Rockingham (R-26)

13    Lynwood W. Lewis, Jr. - Accomack (D-100)

14    R.B. Bell - Albemarle (R-58)

15

16

17

18

19

20

21

22
```

Plaintiffs002524

COMMONWEALTH OF VIRGINIA HOUSE OF DELEGATES
CONDUCTED ON MONDAY, APRIL 4, 2011

19

```
 1    their hand and say, "I reviewed the Commission's
 2    plan sent to the Governor or I reviewed even one
 3    of the 30 to 35 students plans"?  I doubt that
 4    that was done.
 5         Mr. Speaker, we have an obligation and
 6    responsibility to do our job, to do the people's
 7    business, to do it in a nonpartisan fashion when
 8    we can.  Mr. Speaker, your party had a noble and
 9    great opportunity to do that.  It dropped the
10    ball.  It didn't do that and at the end of the day
11    we come up with the same thing that the Democrats
12    did for 100 years before; a very partisan, a very
13    not the people's business map, and we did a
14    disservice to the Commonwealth.
15         Thank you, Mr. Speaker.
16         THE SPEAKER:  The gentleman from Richmond
17    City, Mr. Loupassi.  The gentleman from
18    Mr. Suffolk, Mr. Jones.
19         DEL. JONES:  Mr. Speaker, point of personal
20    privilege.
21         THE SPEAKER:  The gentleman has the floor.
22         DEL. JONES:  Mr. Speaker, I was interested to
```

Plaintiffs002541

20

1  listen to the gentleman from Henrico and I've got

2  a couple answers for him.

3      I've looked at the plans from the students.

4  As a matter of fact, I believe as late as 10:00

5  last night I had staff down here trying to get the

6  correct version of one of the student's plans so I

7  could actually look at it.

8      The Governors's Commission promised plans

9  last week.  They came in at 8:30 on Saturday

10 night.  I left my daughter, who had a concert at

11 William & Mary.  Come up here yesterday and worked

12 until 2:00 this morning trying to look at both of

13 those plans that were supposedly going to be here

14 last week.  And I plan to look at those plans this

15 afternoon.

16     Professor Kidd, he used to be a constituent

17 of mine.  A fine gentleman and I commend him for

18 his getting the students involved in the process

19 of government.  So I have looked at both of the

20 plans from the college competition.  There were

21 some flaws.  There was a plus or minus deviation

22 of 20 percent in one district so they were trying

COMMONWEALTH OF VIRGINIA HOUSE OF DELEGATES
CONDUCTED ON MONDAY, APRIL 4, 2011

36

1    said -- he drew up a little map about where he is.
2    He also spoke of in a previous meeting about
3    another minority district.  And Number 1, I said
4    to the members here, is that we don't need another
5    minority district, Mr. Speaker, because if we want
6    another minority district, as you all would call
7    it, but let's say another black district, we don't
8    need it.
9         Because my friend Joe Morrissey, where he
10   live, that is a black district, and if the blacks
11   want another district they should take that seat.
12   If my friend, Joe Morrissey, is concerned about
13   another district, which he is, he spoke up earlier
14   about another minority seat, then he should have
15   stepped down and give it to a black person and
16   we'll have another seat.
17        Mr. Speaker, again, then the question came
18   about the line that was drawn about with Delegate
19   Chris Jones.  I've had people to call me,
20   Mr. Speaker, both white and of course you all
21   blacks, you're all minority blacks, as they call
22   you all, both called me and said, "Do you know

COMMONWEALTH OF VIRGINIA HOUSE OF DELEGATES
CONDUCTED ON MONDAY, APRIL 4, 2011

38

1  and my concern is now, now you another party in

2  control who's tried to work it out with everybody.

3  You ask me, "Am I going to vote for this plan?"

4  Yes.  You ask me, "Do I believe that it was fair,

5  that Chris Jones did the best that he could?"

6  Yes.

7  　　　　To the Democrats; after all, he is a

8  Republican, you know.  He's got to do something

9  for them.  He's got to lookout for himself first

10 and then give us a bone and I believe he has given

11 us two or three bones, Mr. Speaker.

12 　　　　So I just want you all to know that when

13 these people just get up and yap, yap about it,

14 remember what goes around, come around.  Remember

15 when we were in control, the good Democrats.  I

16 don't know what I am right now, Mr. Speaker, but I

17 want them to remember when they were in control

18 how it was done.  And that at least -- I only use

19 Chris Jones, because it's who I know, at least he

20 is trying to be fair to everybody.  I'm asking all

21 my colleagues to vote for this plan.

22 　　　　Thank you, Mr. Speaker.

COMMONWEALTH OF VIRGINIA HOUSE OF DELEGATES
CONDUCTED ON MONDAY, APRIL 4, 2011

44

1    adjustments between precincts.  There might have
2    been some split areas, but those were the kind of
3    things that were happening, but we were talking
4    with legislators as we went.  Things were not done
5    in a vacuum.
6         I know that even though a bill has been
7    introduced, that in working with our Chair that
8    there is going -- there are still options and, of
9    course, some amendments and I'm sure before a bill
10   is passed there will be some more amendments
11   there.
12        And I see this as truly a fair process.  It's
13   not a perfect process, but I don't think it's one
14   that will have us jumping up and down and have
15   fits.  We're not going to agree; but we can
16   respectfully agree or disagree as we go.
17        But I'm still proud to be a part of this
18   team.  I still hope that at the end of day that
19   there will be more of us in agreement than not and
20   that we will be able to pass a plan and leave this
21   House.  Because I think this is one of the most
22   important bills that we will pass and that is what

COMMONWEALTH OF VIRGINIA HOUSE OF DELEGATES
CONDUCTED ON MONDAY, APRIL 4, 2011

45

1    the 100 House seats will look like in the next 10

2    years.

3         And I was pleased to be a part of that

4    committee and I'm not going to be jumping up and

5    down and say it's African-American or

6    Euro-Americans, but I do say that we need 55

7    percent at least voting African-Americans, not

8    just a population to show 55 percent

9    African-Americans.  Because a lot of us know that

10   statistics show that we don't always vote.

11        Even though I come -- I live in Petersburg,

12   predominantly African-American, if the percentage

13   might be -- it should be 100 percent.  It will be

14   40 percent.  If it was (unintelligible word) if I

15   live in the community and I was your American --

16   if it was 100 percent, you'd get about 60 percent.

17   And so you have to deal with those realities.

18   That's the realities we're dealing with as we

19   model, as we look at the statistics that we're

20   working with.

21        And hope you all will consider that.  And I

22   stand open even on my side; if those legislators

```
                                                          52
 1                  C E R T I F I C A T E

 2          I, Daphne S. Hurley, Court Reporter,

 3   certify that I transcribed from digital recording

 4   of the proceedings held on the 4th day of April

 5   2011.

 6          I further certify that to the best of my

 7   knowledge and belief, the foregoing transcript

 8   constitutes a true and correct transcript of the

 9   said proceedings.  Given under my hand this 4rd

10   day of May 2015.

11


12
         _____
13
                Daphne S. Hurley
14

15

16   My commission expires:  August 20, 2018

17   Notary Public in and for

18   the State of Maryland

19

20

21

22
```