Exhibit 18

Plan: vaLD_DLS-PLAN-5_PROP-HB5003-Morrissey_oc17a
Plan Type:

Administrator
User:

# Districts & Their Incumbents

Tuesday, March 17, 2015                                                                                      3:48 PM

| District | Name | Party | Previous District |
|---|---|---|---|
| 001 | Terry G. Kilgore | R | 1 |
| 002 | Clarence E. Phillips@ | D | 2 |
| 003 | James W. Morefield | R | 3 |
| 004 | Joseph P. Johnson, Jr. | D | 4 |
| 005 | Charles W. Carrico, Sr. | R | 5 |
| 005 | Anne B. Crockett-Stark | R | 6 |
| 006 | | | |
| 007 | David A. Nutter | R | 7 |
| 007 | James M. Shuler | D | 12 |
| 008 | Gregory D. Habeeb | R | 8 |
| 009 | Charles D. Poindexter | R | 9 |
| 010 | Ward L. Armstrong | D | 10 |
| 011 | Onzlee Ware# | D | 11 |
| 012 | | | |
| 013 | | | |
| 014 | Donald W. Merricks | R | 16 |
| 014 | Daniel W. Marshall, III | R | 14 |
| 015 | C. Todd Gilbert@ | R | 15 |
| 015 | Clifford L. Athey, Jr. | R | 18 |
| 016 | | | |
| 017 | William H. Cleaveland | R | 17 |
| 018 | | | |
| 019 | Lacey E. Putney | I | 19 |
| 019 | Kathy J. Byron | R | 22 |
| 020 | Richard P. Bell | R | 20 |
| 020 | R. Steven Landes | R | 25 |

Page 1

| District | Name | Party | Previous District |
|---|---|---|---|
| 021 | William J. Howell | R | 28 |
| 022 | | | |
| 023 | T. Scott Garrett | R | 23 |
| 024 | Benjamin L. (Ben) Cline | R | 24 |
| 025 | Edward T. Scott | R | 30 |
| 026 | Tony O. Wilt | R | 26 |
| 027 | Roxann L. Robinson | R | 27 |
| 028 | | | |
| 029 | Beverly J. Sherwood | R | 29 |
| 030 | | | |
| 031 | L. Scott Lingamfelter | R | 31 |
| 031 | Luke E. Torian# | D | 52 |
| 032 | Thomas A. Greason | R | 32 |
| 033 | Joe T. May | R | 33 |
| 034 | Barbara J. Comstock | R | 34 |
| 035 | Mark L. Keam | D | 35 |
| 036 | Kenneth R. Plum | D | 36 |
| 037 | David L. Bulova | D | 37 |
| 038 | L. Kaye Kory | D | 38 |
| 039 | Vivian E. Watts | D | 39 |
| 040 | Timothy D. Hugo | R | 40 |
| 041 | Eileen Filler-Corn | D | 41 |
| 042 | David B. Albo | R | 42 |
| 043 | Mark D. Sickles@ | D | 43 |
| 044 | Scott A. Surovell | D | 44 |
| 045 | David L. Englin | D | 45 |
| 046 | Charniele L. Herring# | D | 46 |
| 047 | Patrick A. Hope | D | 47 |
| 048 | Robert H. Brink@ | D | 48 |
| 049 | Adam P. Ebbin | D | 49 |
| 050 | Jackson H. Miller | R | 50 |
| 051 | Robert G. Marshall | R | 13 |

HOD012883

| District | Name | Party | Previous District |
|---|---|---|---|
| 051 | Richard L. Anderson | R | 51 |
| 052 | | | |
| 053 | James M. Scott | D | 53 |
| 054 | | | |
| 055 | John A. Cox | R | 55 |
| 056 | William R. Janis | R | 56 |
| 057 | | | |
| 058 | David J. Toscano | D | 57 |
| 058 | Robert B. Bell | R | 58 |
| 059 | | | |
| 060 | Watkins M. Abbitt, Jr. | I | 59 |
| 060 | James E. Edmunds II | R | 60 |
| 061 | Thomas C. Wright, Jr. | R | 61 |
| 062 | Riley E. Ingram | R | 62 |
| 063 | Rosalyn R. Dance# | D | 63 |
| 064 | William K. Barlow | D | 64 |
| 065 | R. Lee Ware, Jr. | R | 65 |
| 066 | M. Kirkland (Kirk) Cox | R | 66 |
| 067 | James M. LeMunyon | R | 67 |
| 068 | G. M. "Manoli" Loupassi | R | 68 |
| 069 | Betsy B. Carr | D | 69 |
| 070 | Delores L. McQuinn# | D | 70 |
| 071 | Jennifer L. McClellan# | D | 71 |
| 072 | | | |
| 073 | James P. Massie, III | R | 72 |
| 073 | John M. O'Bannon III | R | 73 |
| 074 | Joseph D. Morrissey | D | 74 |
| 075 | Roslyn M. Tyler#@ | D | 75 |
| 076 | S. Christopher Jones | R | 76 |
| 076 | Matthew James# | D | 80 |
| 077 | Lionell Spruill, Sr.# | D | 77 |
| 078 | John A. Cosgrove | R | 78 |

| District | Name | Party | Previous District |
|---|---|---|---|
| 079 | Johnny S. Joannou | D | 79 |
| 080 | Kenneth C. Alexander# | D | 89 |
| 081 | Salvatore R. Iaquinto | R | 84 |
| 081 | Barry D. Knight | R | 81 |
| 082 | Robert Tata | R | 85 |
| 083 | Christopher P. Stolle | R | 83 |
| 084 | | | |
| 085 | Ronald A. Villanueva@ | R | 21 |
| 086 | Thomas D. Rust | R | 86 |
| 087 | Paula J. Miller | D | 87 |
| 088 | Mark L. Cole | R | 88 |
| 089 | | | |
| 090 | Algie T. Howell, Jr.# | D | 90 |
| 091 | | | |
| 092 | Jeion A. Ward# | D | 92 |
| 093 | Gordon Helsel@ | R | 91 |
| 094 | G. Glenn Oder | R | 94 |
| 095 | Mamye E. BaCote# | D | 95 |
| 096 | Robin A. Abbott | D | 93 |
| 097 | Christopher K. Peace@ | R | 97 |
| 097 | Brenda L. Pogge | R | 96 |
| 098 | Harvey B. Morgan | R | 98 |
| 099 | Albert C. Pollard, Jr. | D | 99 |
| 099 | Robert D. Orrock, Sr. | R | 54 |
| 100 | Lynwood W. Lewis, Jr. | D | 100 |
| 100 | Harry R. (Bob) Purkey | R | 82 |

| | |
|---|---|
| Number of Incumbents in District with more than one Incumbent: | 32 |
| Number of Districts with No Incumbent: | 16 |
| Number of Districts with Incumbents of more than one party: | 8 |
| Number of Districts with Paired Democrats: | 0 |
| Number of Districts with Paired Republicans: | 8 |

Page 4