# Exhibit 19

Plan: vaLD_DLS-PLAN-4_PROP-HB5002-Brink-UofR_od09a  
Plan Type:  
Administrator:  
User:

# Population Summary Report

Thursday April 9, 2015                                                                                                              2:25 PM

| DISTRICT | POPULATION | DEVIATION | % DEVN. | [% NHBPOP] | TOTVAP | [% NHBVAP] |
|---|---|---|---|---|---|---|
| 001 | 81,019 | 1,009 | 1.26 | 3.74% | 64,605 | 4.36% |
| 002 | 82,053 | 2,043 | 2.55 | 1.55% | 65,603 | 1.69% |
| 003 | 81,137 | 1,127 | 1.41 | 2.92% | 64,632 | 3.03% |
| 004 | 81,101 | 1,091 | 1.36 | 2.16% | 64,886 | 2.07% |
| 005 | 79,111 | -899 | -1.12 | 2.02% | 62,881 | 1.97% |
| 006 | 81,623 | 1,613 | 2.02 | 4.16% | 66,033 | 4.14% |
| 007 | 80,602 | 592 | 0.74 | 4.21% | 68,585 | 4.04% |
| 008 | 80,345 | 335 | 0.42 | 4.99% | 63,108 | 4.72% |
| 009 | 79,422 | -588 | -0.73 | 7.20% | 62,918 | 7.33% |
| 010 | 81,034 | 1,024 | 1.28 | 23.30% | 64,430 | 22.75% |
| 011 | 80,956 | 946 | 1.18 | 31.29% | 63,684 | 29.02% |
| 012 | 81,393 | 1,383 | 1.73 | 7.36% | 65,248 | 7.39% |
| 013 | 76,926 | -3,084 | -3.85 | 10.96% | 55,452 | 11.00% |
| 014 | 80,546 | 536 | 0.67 | 34.61% | 62,771 | 32.92% |
| 015 | 80,771 | 761 | 0.95 | 3.73% | 62,127 | 3.75% |
| 016 | 78,882 | -1,128 | -1.41 | 11.19% | 61,490 | 11.16% |
| 017 | 81,898 | 1,888 | 2.36 | 5.89% | 63,739 | 5.26% |
| 018 | 79,430 | -580 | -0.72 | 6.24% | 59,487 | 6.61% |
| 019 | 81,180 | 1,170 | 1.46 | 4.48% | 64,821 | 4.58% |
| 020 | 78,943 | -1,067 | -1.33 | 4.29% | 64,477 | 4.06% |
| 021 | 83,279 | 3,269 | 4.09 | 21.34% | 62,487 | 20.74% |
| 022 | 79,274 | -736 | -0.92 | 28.75% | 62,889 | 27.99% |
| 023 | 80,010 | 0 | 0.00 | 28.22% | 64,290 | 25.69% |
| 024 | 78,906 | -1,104 | -1.38 | 14.18% | 61,922 | 14.41% |
| 025 | 80,030 | 20 | 0.02 | 4.87% | 61,764 | 4.81% |
| 026 | 79,121 | -889 | -1.11 | 1.59% | 61,111 | 1.54% |
| 027 | 80,160 | 150 | 0.19 | 26.11% | 59,880 | 24.78% |
| 028 | 81,471 | 1,461 | 1.83 | 16.55% | 61,236 | 15.35% |
| 029 | 80,348 | 338 | 0.42 | 5.99% | 60,614 | 5.70% |
| 030 | 80,650 | 640 | 0.80 | 11.53% | 59,191 | 11.56% |
| 031 | 77,794 | -2,216 | -2.77 | 30.07% | 55,235 | 29.37% |
| 032 | 78,459 | -1,551 | -1.94 | 7.81% | 55,327 | 8.00% |
| 033 | 79,718 | -292 | -0.36 | 6.95% | 55,412 | 7.02% |
| 034 | 80,795 | 785 | 0.98 | 4.11% | 57,684 | 4.29% |

HOD013318

Plan: vaLD_DLS-PLAN-4_PROP-HB5002-Brink-UofR   Administrator:
Type:                                           User:

| DISTRICT | POPULATION | DEVIATION | % DEVN. | [% NHBPOP] | TOTVAP | [% NHBVAP] |
|---|---|---|---|---|---|---|
| 035 | 80,422 | 412 | 0.51 | 3.16% | 60,022 | 3.35% |
| 036 | 76,153 | -3,857 | -4.82 | 7.84% | 58,512 | 7.39% |
| 037 | 80,046 | 36 | 0.04 | 6.56% | 64,041 | 6.59% |
| 038 | 82,832 | 2,822 | 3.53 | 9.58% | 64,607 | 9.17% |
| 039 | 78,182 | -1,828 | -2.28 | 6.56% | 60,143 | 6.08% |
| 040 | 77,754 | -2,256 | -2.82 | 7.06% | 57,223 | 6.97% |
| 041 | 79,261 | -749 | -0.94 | 6.10% | 59,739 | 5.82% |
| 042 | 77,186 | -2,824 | -3.53 | 16.33% | 55,185 | 15.74% |
| 043 | 79,027 | -983 | -1.23 | 14.31% | 61,623 | 13.76% |
| 044 | 82,505 | 2,495 | 3.12 | 20.30% | 61,095 | 19.93% |
| 045 | 80,313 | 303 | 0.38 | 12.37% | 67,622 | 11.71% |
| 046 | 77,836 | -2,174 | -2.72 | 28.22% | 63,777 | 27.17% |
| 047 | 79,371 | -639 | -0.80 | 5.38% | 67,394 | 5.21% |
| 048 | 76,919 | -3,091 | -3.86 | 3.65% | 61,270 | 3.89% |
| 049 | 80,140 | 130 | 0.16 | 15.25% | 67,005 | 14.81% |
| 050 | 77,884 | -2,126 | -2.66 | 9.69% | 57,124 | 9.67% |
| 051 | 78,639 | -1,371 | -1.71 | 21.49% | 56,436 | 21.16% |
| 052 | 78,056 | -1,954 | -2.44 | 25.12% | 56,603 | 24.80% |
| 053 | 80,000 | -10 | -0.01 | 4.44% | 63,033 | 4.37% |
| 054 | 78,503 | -1,507 | -1.88 | 16.62% | 55,586 | 16.38% |
| 055 | 78,812 | -1,198 | -1.50 | 9.82% | 59,208 | 10.05% |
| 056 | 79,627 | -383 | -0.48 | 22.23% | 62,523 | 23.15% |
| 057 | 79,859 | -151 | -0.19 | 15.88% | 67,117 | 14.21% |
| 058 | 81,991 | 1,981 | 2.48 | 9.49% | 62,657 | 9.77% |
| 059 | 78,769 | -1,241 | -1.55 | 15.36% | 60,603 | 15.73% |
| 060 | 80,894 | 884 | 1.10 | 33.94% | 64,601 | 33.20% |
| 061 | 80,414 | 404 | 0.50 | 50.25% | 64,064 | 49.46% |
| 062 | 82,068 | 2,058 | 2.57 | 33.92% | 63,173 | 32.36% |
| 063 | 80,025 | 15 | 0.02 | 50.63% | 62,864 | 50.15% |
| 064 | 79,646 | -364 | -0.45 | 11.42% | 64,376 | 10.95% |
| 065 | 80,580 | 570 | 0.71 | 11.07% | 58,171 | 10.86% |
| 066 | 81,155 | 1,145 | 1.43 | 19.51% | 60,237 | 18.66% |
| 067 | 76,019 | -3,991 | -4.99 | 6.00% | 55,373 | 6.10% |
| 068 | 81,708 | 1,698 | 2.12 | 10.53% | 62,859 | 10.11% |
| 069 | 82,640 | 2,630 | 3.29 | 54.64% | 63,117 | 52.70% |
| 070 | 80,243 | 233 | 0.29 | 57.82% | 59,887 | 54.61% |
| 071 | 80,522 | 512 | 0.64 | 53.08% | 68,519 | 48.57% |
| 072 | 80,105 | 95 | 0.12 | 8.40% | 58,192 | 8.80% |
| 073 | 80,270 | 260 | 0.32 | 14.33% | 64,576 | 13.68% |
| 074 | 79,774 | -236 | -0.29 | 51.65% | 60,905 | 49.22% |
| 075 | 78,675 | -1,335 | -1.67 | 31.58% | 61,698 | 31.93% |
| 076 | 78,765 | -1,245 | -1.56 | 51.83% | 58,594 | 51.01% |

Plan: vaLD_DLS-PLAN-4_PROP-HB5002-Brink-UofR   Administrator:
Type:                                          User:

| DISTRICT | POPULATION | DEVIATION | % DEVN. | [% NHBPOP] | TOTVAP | [% NHBVAP] |
|---|---|---|---|---|---|---|
| 077 | 79,695 | -315 | -0.39 | 52.62% | 59,612 | 49.70% |
| 078 | 82,800 | 2,790 | 3.49 | 14.05% | 60,623 | 14.43% |
| 079 | 82,401 | 2,391 | 2.99 | 34.29% | 61,277 | 32.69% |
| 080 | 81,771 | 1,761 | 2.20 | 42.40% | 61,247 | 41.07% |
| 081 | 83,677 | 3,667 | 4.58 | 13.09% | 61,694 | 14.16% |
| 082 | 79,539 | -471 | -0.59 | 9.16% | 63,166 | 8.38% |
| 083 | 80,597 | 587 | 0.73 | 15.11% | 63,245 | 14.21% |
| 084 | 78,591 | -1,419 | -1.77 | 26.55% | 58,218 | 25.05% |
| 085 | 76,503 | -3,507 | -4.38 | 12.20% | 51,484 | 12.37% |
| 086 | 81,872 | 1,862 | 2.33 | 9.39% | 61,234 | 9.51% |
| 087 | 80,537 | 527 | 0.66 | 26.39% | 66,736 | 25.24% |
| 088 | 82,223 | 2,213 | 2.77 | 17.90% | 57,629 | 18.00% |
| 089 | 83,881 | 3,871 | 4.84 | 50.58% | 63,777 | 48.59% |
| 090 | 79,508 | -502 | -0.63 | 51.60% | 62,256 | 48.32% |
| 091 | 77,182 | -2,828 | -3.53 | 25.53% | 58,530 | 25.05% |
| 092 | 80,255 | 245 | 0.31 | 50.09% | 61,429 | 49.01% |
| 093 | 79,654 | -356 | -0.44 | 6.92% | 53,944 | 7.08% |
| 094 | 78,555 | -1,455 | -1.82 | 30.38% | 59,821 | 28.13% |
| 095 | 80,613 | 603 | 0.75 | 56.74% | 61,009 | 55.00% |
| 096 | 80,595 | 585 | 0.73 | 23.89% | 60,460 | 23.15% |
| 097 | 79,905 | -105 | -0.13 | 17.82% | 60,067 | 18.36% |
| 098 | 79,629 | -381 | -0.48 | 16.63% | 63,186 | 16.53% |
| 099 | 81,014 | 1,004 | 1.25 | 23.38% | 63,778 | 22.72% |
| 100 | 78,050 | -1,960 | -2.45 | 26.17% | 61,552 | 25.04% |

Total Population:           8,001,024
Ideal District Population:     80,010

**Summary Statistics**

| | |
|---|---|
| Population Range: | 76,019 to 83,881 |
| Ratio Range: | 0.10 |
| Absolute Range: | -3,991 to 3,871 |
| Absolute Overall Range: | 7,862.00 |
| Relative Range: | -4.99% to 4.84% |
| Relative Overall Range: | 9.83% |
| Absolute Mean Deviation: | 1,259.16 |
| Relative Mean Deviation: | 1.57% |
| Standard Deviation: | 1,614.38 |