# Exhibit 20

Plan: vaLD_DLS-PLAN-5_PROP-HB5003-Morrissey_od09a
Plan Type:
Administrator:
User:

# Population Summary Report

Thursday April 9, 2015                                                                                           2:31 PM

| DISTRICT | POPULATION | DEVIATION | % DEVN. | [% NHBPOP] | TOTVAP | [% NHBVAP] |
|---|---|---|---|---|---|---|
| 001 | 79,319 | -691 | -0.86 | 3.48% | 63,175 | 4.02% |
| 002 | 83,753 | 3,743 | 4.68 | 1.84% | 67,033 | 2.06% |
| 003 | 82,795 | 2,785 | 3.48 | 2.73% | 67,034 | 2.89% |
| 004 | 80,912 | 902 | 1.13 | 2.16% | 64,751 | 2.08% |
| 005 | 78,872 | -1,138 | -1.42 | 2.67% | 62,590 | 2.59% |
| 006 | 78,270 | -1,740 | -2.17 | 4.06% | 63,767 | 4.03% |
| 007 | 80,782 | 772 | 0.96 | 3.95% | 67,288 | 3.81% |
| 008 | 81,055 | 1,045 | 1.31 | 5.30% | 63,985 | 4.99% |
| 009 | 78,880 | -1,130 | -1.41 | 7.93% | 62,327 | 8.11% |
| 010 | 81,465 | 1,455 | 1.82 | 21.30% | 64,958 | 20.69% |
| 011 | 76,957 | -3,053 | -3.82 | 33.86% | 59,599 | 31.63% |
| 012 | 76,234 | -3,776 | -4.72 | 4.67% | 60,531 | 4.97% |
| 013 | 81,966 | 1,956 | 2.44 | 6.93% | 53,653 | 7.38% |
| 014 | 80,302 | 292 | 0.36 | 35.60% | 62,624 | 33.87% |
| 015 | 79,568 | -442 | -0.55 | 3.03% | 61,259 | 2.99% |
| 016 | 78,656 | -1,354 | -1.69 | 17.94% | 61,950 | 17.96% |
| 017 | 76,278 | -3,732 | -4.66 | 4.82% | 59,988 | 4.44% |
| 018 | 81,946 | 1,936 | 2.42 | 8.59% | 60,075 | 8.68% |
| 019 | 79,238 | -772 | -0.96 | 6.87% | 61,833 | 6.96% |
| 020 | 80,224 | 214 | 0.27 | 5.73% | 64,218 | 5.55% |
| 021 | 83,021 | 3,011 | 3.76 | 18.16% | 59,425 | 17.68% |
| 022 | 78,286 | -1,724 | -2.15 | 7.88% | 56,721 | 7.93% |
| 023 | 81,802 | 1,792 | 2.24 | 28.36% | 65,703 | 25.78% |
| 024 | 79,004 | -1,006 | -1.26 | 10.66% | 63,424 | 10.66% |
| 025 | 76,552 | -3,458 | -4.32 | 4.71% | 59,225 | 4.75% |
| 026 | 81,561 | 1,551 | 1.94 | 3.59% | 64,843 | 3.46% |
| 027 | 81,027 | 1,017 | 1.27 | 28.52% | 60,862 | 27.01% |
| 028 | 82,383 | 2,373 | 2.97 | 18.06% | 60,894 | 17.06% |
| 029 | 79,606 | -404 | -0.50 | 5.88% | 60,975 | 5.65% |
| 030 | 82,994 | 2,984 | 3.73 | 13.93% | 62,478 | 14.13% |
| 031 | 82,002 | 1,992 | 2.49 | 22.47% | 58,378 | 22.48% |
| 032 | 81,668 | 1,658 | 2.07 | 7.54% | 55,962 | 7.71% |
| 033 | 76,518 | -3,492 | -4.36 | 4.64% | 55,145 | 4.80% |
| 034 | 81,806 | 1,796 | 2.24 | 2.96% | 60,313 | 3.12% |

HOD013324

Plan: vaLD_DLS-PLAN-5_PROP-HB5003-Morrissey  Administrator:
Type:                                          User:

| DISTRICT | POPULATION | DEVIATION | % DEVN. | [% NHBPOP] | TOTVAP | [% NHBVAP] |
|---|---|---|---|---|---|---|
| 035 | 78,790 | -1,220 | -1.52 | 3.91% | 59,624 | 4.07% |
| 036 | 76,153 | -3,857 | -4.82 | 7.84% | 58,512 | 7.39% |
| 037 | 76,571 | -3,439 | -4.30 | 6.00% | 60,911 | 6.11% |
| 038 | 78,917 | -1,093 | -1.37 | 9.72% | 61,306 | 9.29% |
| 039 | 77,823 | -2,187 | -2.73 | 6.32% | 59,678 | 5.88% |
| 040 | 76,622 | -3,388 | -4.23 | 6.28% | 56,014 | 6.28% |
| 041 | 78,225 | -1,785 | -2.23 | 5.95% | 58,806 | 5.80% |
| 042 | 81,840 | 1,830 | 2.29 | 14.09% | 59,031 | 13.40% |
| 043 | 78,088 | -1,922 | -2.40 | 15.36% | 59,703 | 14.80% |
| 044 | 79,883 | -127 | -0.16 | 20.98% | 59,332 | 20.57% |
| 045 | 78,709 | -1,301 | -1.63 | 11.16% | 65,973 | 10.54% |
| 046 | 77,235 | -2,775 | -3.47 | 28.49% | 64,174 | 27.38% |
| 047 | 78,184 | -1,826 | -2.28 | 6.78% | 65,989 | 6.54% |
| 048 | 83,331 | 3,321 | 4.15 | 5.36% | 71,185 | 5.58% |
| 049 | 78,871 | -1,139 | -1.42 | 15.37% | 62,594 | 15.08% |
| 050 | 82,586 | 2,576 | 3.22 | 13.02% | 59,678 | 13.10% |
| 051 | 83,623 | 3,613 | 4.52 | 19.32% | 61,167 | 18.88% |
| 052 | 81,592 | 1,582 | 1.98 | 31.20% | 57,330 | 30.71% |
| 053 | 77,965 | -2,045 | -2.56 | 4.04% | 60,437 | 4.03% |
| 054 | 82,824 | 2,814 | 3.52 | 18.57% | 60,957 | 18.81% |
| 055 | 79,012 | -998 | -1.25 | 9.80% | 59,302 | 9.92% |
| 056 | 81,210 | 1,200 | 1.50 | 13.56% | 60,337 | 14.68% |
| 057 | 76,557 | -3,453 | -4.32 | 7.54% | 60,390 | 7.29% |
| 058 | 77,164 | -2,846 | -3.56 | 15.54% | 62,815 | 14.24% |
| 059 | 82,463 | 2,453 | 3.07 | 21.41% | 65,192 | 21.70% |
| 060 | 79,918 | -92 | -0.11 | 32.18% | 62,653 | 31.07% |
| 061 | 82,728 | 2,718 | 3.40 | 33.05% | 65,779 | 32.97% |
| 062 | 80,391 | 381 | 0.48 | 32.02% | 61,467 | 31.28% |
| 063 | 79,996 | -14 | -0.02 | 53.98% | 62,856 | 53.78% |
| 064 | 80,520 | 510 | 0.64 | 18.50% | 64,687 | 17.79% |
| 065 | 83,186 | 3,176 | 3.97 | 9.18% | 61,215 | 9.68% |
| 066 | 82,585 | 2,575 | 3.22 | 16.42% | 60,413 | 15.44% |
| 067 | 77,656 | -2,354 | -2.94 | 6.47% | 57,930 | 6.38% |
| 068 | 81,345 | 1,335 | 1.67 | 11.94% | 65,251 | 11.25% |
| 069 | 77,534 | -2,476 | -3.09 | 54.33% | 59,970 | 52.06% |
| 070 | 79,380 | -630 | -0.79 | 63.38% | 59,060 | 60.92% |
| 071 | 76,707 | -3,303 | -4.13 | 50.88% | 64,596 | 46.70% |
| 072 | 83,135 | 3,125 | 3.91 | 10.95% | 64,102 | 10.74% |
| 073 | 81,362 | 1,352 | 1.69 | 16.29% | 63,372 | 15.67% |
| 074 | 81,120 | 1,110 | 1.39 | 55.12% | 61,607 | 52.13% |
| 075 | 77,121 | -2,889 | -3.61 | 51.21% | 61,652 | 50.79% |
| 076 | 79,435 | -575 | -0.72 | 32.51% | 59,368 | 31.18% |

Plan: vaLD_DLS-PLAN-5_PROP-HB5003-Morrissey_ Administrator:
Type: User:

| DISTRICT | POPULATION | DEVIATION | % DEVN. | [% NHBPOP] | TOTVAP | [% NHBVAP] |
|---|---|---|---|---|---|---|
| 077 | 79,765 | -245 | -0.31 | 45.00% | 58,996 | 43.47% |
| 078 | 78,523 | -1,487 | -1.86 | 15.72% | 58,182 | 16.70% |
| 079 | 78,149 | -1,861 | -2.33 | 37.89% | 59,452 | 35.90% |
| 080 | 80,239 | 229 | 0.29 | 61.73% | 61,433 | 58.49% |
| 081 | 83,069 | 3,059 | 3.82 | 12.36% | 62,896 | 12.09% |
| 082 | 80,363 | 353 | 0.44 | 22.00% | 61,378 | 20.81% |
| 083 | 83,149 | 3,139 | 3.92 | 13.99% | 64,823 | 13.19% |
| 084 | 82,041 | 2,031 | 2.54 | 23.84% | 60,058 | 23.71% |
| 085 | 83,127 | 3,117 | 3.90 | 22.44% | 62,446 | 21.74% |
| 086 | 80,356 | 346 | 0.43 | 9.37% | 60,067 | 9.49% |
| 087 | 82,923 | 2,913 | 3.64 | 23.17% | 68,596 | 22.02% |
| 088 | 81,877 | 1,867 | 2.33 | 12.34% | 58,674 | 12.24% |
| 089 | 81,392 | 1,382 | 1.73 | 51.15% | 62,592 | 49.40% |
| 090 | 79,518 | -492 | -0.61 | 54.13% | 59,183 | 51.92% |
| 091 | 76,459 | -3,551 | -4.44 | 11.91% | 52,465 | 11.92% |
| 092 | 78,747 | -1,263 | -1.58 | 54.51% | 60,992 | 53.25% |
| 093 | 78,365 | -1,645 | -2.06 | 12.48% | 58,264 | 12.45% |
| 094 | 82,137 | 2,127 | 2.66 | 29.53% | 62,719 | 27.36% |
| 095 | 79,044 | -966 | -1.21 | 60.33% | 59,312 | 58.56% |
| 096 | 79,796 | -214 | -0.27 | 29.58% | 61,095 | 28.04% |
| 097 | 83,233 | 3,223 | 4.03 | 13.33% | 63,677 | 13.45% |
| 098 | 79,629 | -381 | -0.48 | 16.63% | 63,186 | 16.53% |
| 099 | 78,078 | -1,932 | -2.41 | 24.43% | 61,730 | 23.71% |
| 100 | 76,986 | -3,024 | -3.78 | 20.54% | 61,730 | 19.62% |

| | |
|---|---|
| Total Population: | 8,001,024 |
| Ideal District Population: | 80,010 |
| **Summary Statistics** | |
| Population Range: | 76,153 to 83,753 |
| Ratio Range: | 0.10 |
| Absolute Range: | -3,857 to 3,743 |
| Absolute Overall Range: | 7,600.00 |
| Relative Range: | -4.82% to 4.68% |
| Relative Overall Range: | 9.50% |
| Absolute Mean Deviation: | 1,854.38 |
| Relative Mean Deviation: | 2.32% |
| Standard Deviation: | 2,150.17 |

HOD013326