Exhibit 22

1

2011 SPECIAL SESSION I

VIRGINIA HOUSE OF DELEGATES

REDISTRICTING FLOOR DEBATES

Wednesday, April 27, 2011

Job No.: 81922

Pages: 1 - 60

Transcribed by: Jackie Scheer

COMMONWEALTH OF VIRGINIA HOUSE OF DELEGATES
CONDUCTED ON WEDNESDAY, APRIL 27, 2011

2

```
 1      A P P E A R A N C E S

 2    Before The Honorable

 3    JOHN A. COSGROVE

 4

 5    Deputy Clerk of the House of Delegates

 6    JEFF FINCH

 7

 8    DELEGATES PRESENT:

 9    Harvey B. Morgan - Gloucester (R-98)

10    L. Scott Lingamfelter - Prince William (R-31)

11    Robert G. Marshall - Prince William (R-13)

12    Roxann L. Robinson - Chesterfield (R-27)

13    Adam P. Ebbin - Alexandria (D-49)

14    Charniele L. Herring - Alexandria (D-46)

15    Anne B. Crockett-Stark - Wythe (R-6)

16    Ron A. Villanueva - Virginia Beach (R-21)

17    Robert Tata - Virginia Beach (R-85)

18    Charles D. Poindexter - Franklin (R-9)

19    Robin Abbott - Newport News (D-93)

20    Joe Morrissey - Henrico (D-74)

21    Jeion A. Ward - Hampton (D-92)

22    Jennifer L. McClellan - Richmond City (D-71)
```

COMMONWEALTH OF VIRGINIA HOUSE OF DELEGATES
CONDUCTED ON WEDNESDAY, APRIL 27, 2011

3

1       A P P E A R A N C E S   C O N T I N U E D

2     DELEGATES PRESENT:

3     Onzlee Ware – Roanoke City (D-11)

4     S. Chris Jones – Suffolk (R-76)

5     Mark D. Sickles – Fairfax (D-43)

6     M. Kirkland Cox – Colonial Heights (R-66)

7     Ben L. Cline – Rockbridge (R-24)

8     Roslyn C. Tyler – Sussex (D-75)

COMMONWEALTH OF VIRGINIA HOUSE OF DELEGATES
CONDUCTED ON WEDNESDAY, APRIL 27, 2011

38

1    it violate the Voting Rights Act, I don't know.
2    We all -- both sides have lawyers that'll
3    figure that out and they'll argue that to a
4    court, if necessary. But I just wanna be
5    perfectly clear, and I'm sure the other members
6    of the black caucus and the other members of
7    the Northern Virginia Delegation will say the
8    same thing. No one asked me what I personally
9    wanted, nor did I personally ask for anything.
10   So you vote your conscience on this bill.
11   Thank you.
12         THE SPEAKER: The gentlewoman from Sussex,
13   Miss Tyler.
14         MS. TYLER: Thank you, Mr. Speaker. Rise
15   to speak to the bill.
16         THE SPEAKER: Gentlewoman has the floor.
17         MS. TYLER: Mr. Speaker, I rise to speak
18   to House bill 5005, but first I wanna thank
19   Delegate Jones and Delegate dance and -- and
20   Delegate Spool and Delegate Joanna for all
21   their work in trying to come up with district
22   lines for the 75th district. But, however, I'm

COMMONWEALTH OF VIRGINIA HOUSE OF DELEGATES
CONDUCTED ON WEDNESDAY, APRIL 27, 2011

39

1       still overly concerned because in my district,

2       we have five prisons with over 8,000

3       individuals that cannot vote.  So when it comes

4       down to looking at the voting age population

5       and the calculation of -- of blacks and whites

6       in the district, the numbers doesn't play out

7       when it comes to majority districts.  I've

8       looked at the numbers and with a 55 'cent

9       population of black population, but without

10      8,000 individuals in prison, I'm one that do

11      not like the way that is drawn.  And maybe it's

12      a possibility that it will not be drawn the way

13      I like, but I think right there just looking at

14      the prison population is such an inequality

15      when you're talking about 8,100 in there are

16      also included in that population.  When you

17      look at people coming to the voting

18      registration or the fellas in the area, there's

19      some inequality there.  Therefore, I just wanna

20      thank them for their support, but I cannot

21      support the bill as its written today.

22             THE SPEAKER:  The gentleman from Roanoke

COMMONWEALTH OF VIRGINIA HOUSE OF DELEGATES
CONDUCTED ON WEDNESDAY, APRIL 27, 2011

60

1    CERTIFICATE OF TRANSCRIBER

2    I, Jackie A. Scheer, do hereby certify

3    that the foregoing transcript is a true and correct

4    record of the recorded proceedings; that said

5    proceedings were transcribed to the best of my

6    ability from the audio recording as provided; and

7    that I am neither counsel for, related to, nor

8    employed by any of the parties to this case and have

9    no interest, financial or otherwise in its outcome.

10

11

12

13

14

15

16

17   *Jackie Scheer* (signature)

18   JACKIE A. SCHEER

19

20

21

22