Exhibit 23

Placeholder for video clip of Del. Spruill's speech from April 4, 2011 Floor Debate