Exhibit 24

Placeholder for video clip of Del. Dance's speech from April 4, 2011 Floor Debate