Exhibit 25

Placeholder for video clip of Del. Jones's speech from April 5, 2011 Floor Debate