Exhibit 26

Placeholder for video clip of Del. Spruill's speech from April 5, 2011 Floor Debate