Exhibit 27

Placeholder for video clip of Del. Dance's speech from April 5, 2011 Floor Debate