Exhibit 28

Placeholder for video clip of Del. Armstrong's speech from April 6, 2011 Floor Debate