Exhibit 29

Placeholder for video clip of Del. Tyler's speech from April 27, 2011 Floor Debate