**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

GOLDEN BETHUNE-HILL, *et al.*,

              Plaintiffs,

     v.

VIRGINIA STATE BOARD OF ELECTIONS, *et al.*,

              Defendants,

     v.

VIRGINIA HOUSE OF DELEGATES, *et al.*,

              Intervenor-Defendants.

Civil Action No. 3:14-cv-00852-REP-GBL-BMK

**<u>PLAINTIFFS' EXHIBIT LIST</u>**

## PLAINTIFFS' EXHIBIT LIST

Plaintiffs' Exhibit List is attached hereto as Exhibit A.

DATED: June 19, 2015

By: */s/ Aria C. Branch*
    _____
    Aria Branch (VSB # 83682)
    John K. Roche (VSB # 68594)
    Marc Erik Elias (admitted *pro hac vice*)
    Bruce V. Spiva (admitted *pro hac vice*)
    Elisabeth C. Frost (admitted *pro hac vice*)
    **PERKINS COIE** LLP
    700 Thirteenth Street, N.W., Suite 600
    Washington, D.C.  20005-3960
    Telephone: 202.434.1627
    Facsimile: 202.654.9106

    Kevin J. Hamilton (admitted *pro hac vice*)
    Abha Khanna (admitted *pro hac vice*)
    Ryan Spear (admitted *pro hac vice*)
    William B. Stafford
        (admitted *pro hac vice*)
    **PERKINS COIE** LLP
    1201 Third Avenue, Suite 4900
    Seattle, WA  98101-3099
    Telephone: 206.359.8000
    Facsimile: 206.359.9000

    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

On June 19, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jennifer Marie Walrath
Katherine Lea McKnight
Baker & Hostetler LLP (DC)
1050 Connecticut Ave NW
Suite 1100
Washington, DC 20036
202-861-1702
Fax: 202-861-1783
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com

Effrem Mark Braden
Baker & Hostetler LLP (DC-NA)
Washington Square
Suite 1100
Washington, DC 20036
202-861-1504
Fax: 202-861-1783
mbraden@bakerlaw.com

Of counsel:

Dale Oldham, Esq.
1119 Susan St.
Columbia, SC 29210
803-772-7729
dloesq@aol.com

*Attorneys for Intervenor-Defendants*

Jeffrey P. Brundage
Daniel Ari Glass
Kathleen Angell Gallagher
Eckert Seamans Cherin & Mellott LLC
1717 Pennsylvania Ave NW, Suite 1200
Washington, D.C. 20006
202-659-6600
Fax:  202-659-6699
jbrundage@eckertseamans.com
dglass@eckertseamans.com
kgallagher@eckertseamans.com

Godfrey T. Pinn, Jr.
Harrell & Chambliss LLP
Eighth and Main Building
707 East Main Street
Suite 1000
Richmond, VA 23219
gpinn@hclawfirm.com

Anthony F. Troy
Eckert Seamans Cherin & Mellott LLC
707 East Main Street
Suite 1450
Richmond, Virginia  23219
804-788-7751
Fax:  804-698-2950
ttroy@eckertseamans.com

*Attorneys for Defendants*

By */s/ Aria C. Branch*
   Aria C. Branch (VSB #83682)
   Perkins Coie LLP
   700 13th St. N.W., Suite 600
   Washington, D.C. 20005-3960
   Phone:  (202) 654-6338
   Fax:  (202) 654-9106
   ABranch@perkinscoie.com

*Attorneys for Plaintiffs*