Exhibit A

<u>GOLDEN BETHUNE-HILL v. VIRGINIA STATE BOARD OF ELECTIONS, et. al.</u>
No. 3:14-cv-852 (E.D. Va.)

# PLAINTIFFS' TRIAL EXHIBIT LIST

| TX No. | Bates No. Range / Document Length | Date | Doc Type | Description |
|---|---|---|---|---|
| P-001 | HOD008379 - HOD008383 | 01/06/2010 | Email w/attachment | Email from J. Morgan to C. Jones re proposal |
| P-002 | Plaintiffs000805 - Plaintiffs000809 | 09/08/2010 | Statement | Subcommittee Public Hearing House P&E Subcommittee on Redistricting - Opening Statement |
| P-003 | 53 pages | 09/22/2010 | Transcript | Redistricting Subcommittee of the Privileges and Elections Committee of the Virginia House of Delegates *(Preclearance Submission Attachment 15)* |
| P-004 | 43 pages | 10/05/2010 | Transcript | 3rd Hearing House of Delegates P&E Redistricting Subcommittee Public Hearing *(Preclearance Submission Attachment 15)* |
| P-005 | 19 pages | 10/18/2010 | Transcript | P&E Redistricting Public Hearing Regional Center for Advanced Training and Technology (Danville, Virginia) |
| P-006 | 25 pages | 12/06/2010 | Transcript | House of Delegates Privileges and Elections Committee Public Hearing re Redistricting - Fredericksburg *(Preclearance Submission Attachment 15-House)* |
| P-007 | HOD018103 - HOD018104 | 12/09/2010 | Email | Email from C. Marston to K. Alexander Murray re RPV Leadership Roster |
| P-008 | HOD011839 - HOD011841 | 02/03/2011 | Email | Email from C. Marston to P. Haughton re Census 2010 Data |
| P-009 | Plaintiffs001495 - Plaintiffs001499 | 02/09/2011 | Register | Federal Register - Department of Justice Guidance Concerning Redistricting Under Section 5 of the Voting Rights Act; Notice [76 Fed. Reg. 7470-7473 (Feb. 9, 2011)] |
| P-010 | 35 pages | 02/23/2011 | Transcript | Joint Reapportionment Committee Proceedings - Notice of Public Meeting for the Report on Census Data, Statewide and District Population Changes (2000-2010), Progress and Status of the Redistricting Application and Demonstration of Redistricting Website *(Preclearance Submission Attachment 15-Joint)* |

<u>GOLDEN BETHUNE-HILL v. VIRGINIA STATE BOARD OF ELECTIONS, et. al.</u>
No. 3:14-cv-852 (E.D. Va.)

# PLAINTIFFS' TRIAL EXHIBIT LIST

| TX No. | Bates No. Range / Document Length | Date | Doc Type | Description |
|---|---|---|---|---|
| P-011 | HOD011646 | 02/25/2011 | Email | Email from C. Marston to D. Oldham and J. Morgan re Virginia MM Districts |
| P-012 | HOD009188 - HOD009190 | 03/02/2011 | Email w/attachment | Email from K. Stigall to C. Jones re District demographics with attachments |
| P-013 | HOD011584 - HOD011585 | 03/10/2011 | Email | Email from J. Massie to M. Wade re Help with Contested Election Information |
| P-014 | HOD011606 | 03/11/2011 | Email | Email from C. Marston to C. Putbreses re Help with Contested Election Information |
| P-015 | 42 pages | 03/25/2011 | Transcript | House of Delegates Privileges and Elections Committee Meeting with Public Comment - Richmond, Virginia *(Preclearance Submission Attachment 17-House)* |
| P-016 | 2 pages | 03/25/2011 | Resolution | House Committee on Privileges and Elections - Committee Resolution No. 1 - House of Delegates District Criteria *(Preclearance Submission Attachment 4-House)* |
| P-017 | HOD011522 - HOD011523 | 03/29/2011 | Email | Email from G. Paul Nardo to Caucus Members re Messaging on House Redistricting Maps |
| P-018 | HOD014110 | 03/30/2011 | Email | Email from C. Marston to D. Oldham and dloesq@aol.com re Commission's 13 MM Plan |
| P-019 | 75 pages | 03/31/2011 | Transcript | 2011 Redistricting Public Hearing House and Senate Privileges and Elections Committees *(Preclearance Submission Attachment 15-Joint)* |
| P-020 | 24 pages | 03/31/2011 | Transcript | Public Hearing Privileges and Elections Redistricting Committee - Leesburg *(Preclearance Submission Attachment 15-Joint)* |

<u>GOLDEN BETHUNE-HILL v. VIRGINIA STATE BOARD OF ELECTIONS, et. al.</u>
No. 3:14-cv-852 (E.D. Va.)

# PLAINTIFFS' TRIAL EXHIBIT LIST

| TX No. | Bates No. Range / Document Length | Date | Doc Type | Description |
|---|---|---|---|---|
| P-021 | 35 pages | 03/31/2011 | Transcript | Public Hearing Privileges and Elections Redistricting Committee - Roanoke *(Preclearance Submission Attachment 15-Joint)* |
| P-022 | HOD008440 - HOD008442 | 04/01/2011 | Email w/attachment | Email from C. Marston to C. Jones re HD61-HD75 Dale's Options |
| P-023 | 43 pages | 04/01/2011 | Report | Report of the Independent Bipartisan Advisory Commission on Redistricting, Commonwealth of Virginia dated April 1, 2011<br><br>*website: http://cnu.edu/redistrictingcommission/final_redistricting_commission_report.pdf* |
| P-024 | HOD011511 | 04/02/2011 | Email | Email from C. Marston to P. Haughton re FYI |
| P-025 | 18 pages | 04/02/2011 | Transcript | House of Delegates County of Augusta - Public Hearing *(Preclearance Submission Attachment 15-Joint)* |
| P-026 | 36 pages | 04/02/2011 | Transcript | Privileges & Elections Redistricting Committee - Public Hearing - Fairfax *(Preclearance Submission Attachment 15-Joint)* |
| P-027 | 31 pages | 04/02/2011 | Transcript | Virginia House of Delegates - Public Hearing - Abingdon *(Preclearance Submission Attachment 15-Joint)* |
| P-028 | 30 pages | 04/02/2011 | Transcript | Virginia House of Delegates Redistricting Public Hearing - Danville *(Preclearance Submission Attachment 15-Joint)* |
| P-029 | 3 pages | 04/03/2011 | Article | Capital News Reports - article titled: "Assembly Begins a Complex Balancing" by Del. Jennifer McClellan *(Preclearance Submission Attachment 12 - selected pages)* |

<u>GOLDEN BETHUNE-HILL v. VIRGINIA STATE BOARD OF ELECTIONS, et. al.</u>
No. 3:14-cv-852 (E.D. Va.)

# PLAINTIFFS' TRIAL EXHIBIT LIST

| TX No. | Bates No. Range / Document Length | Date | Doc Type | Description |
|---|---|---|---|---|
| P-030 | HOD011356 - HOD011357; HOD011506 - HOD011507; McCLELLAN 003751- McCLELLAN 003752; McCLELLAN 002280 - McCLELLAN 002281; McCLELLAN 002335- McCLELLAN 002337; McCLELLAN 002347 - McCLELLAN 002349; | 04/04/2011 - 04/08/2011 | Emails | Compilation of various emails regarding redistricting dated April 4, 2011 through April 8, 2011 |
| P-031 | 43 pages | 04/04/2011 | Transcript | Privileges & Elections Redistricting Public Hearing - Richmond *(Preclearance Submission Attachment 15-Joint)* |
| P-032 | 34 pages | 04/04/2011 | Transcript | Committee On Privileges And Elections - Redistricting Senate Hearing Transcript - Richmond |
| P-033 | Plaintiffs002523 - Plaintiffs002587 | 04/04/2011 | Transcript | 2011 Special Session I Virginia House of Delegates Redistricting Floor Debates |
| P-034 | Plaintiffs002977 - Plaintiffs002978 | 04/04/2011 | Video | 2011 Special Session I Virginia House of Delegates Redistricting Floor Debates |
| P-035 | Plaintiffs002666- Plaintiffs002873 | 04/05/2011 | Transcript | 2011 Special Session I Virginia House of Delegates Redistricting Floor Debates |
| P-036 | Plaintiffs002979 | 04/05/2011 | Video | 2011 Special Session I Virginia House of Delegates Redistricting Floor Debates |
| P-037 | HOD009133 - HOD009155 | 04/05/2011 | Transcript | Committee on Privileges and Elections - Notice of Public Meeting for Discussion of Senate Bill 5001, Bill Plans, Progress of the Redistricting Application |
| P-038 | HOD008785 | 04/06/2011 | Email | Email from C. Marston to C. Jones re AP_Blk |

<u>GOLDEN BETHUNE-HILL v. VIRGINIA STATE BOARD OF ELECTIONS, et. al.</u>
No. 3:14-cv-852 (E.D. Va.)

# PLAINTIFFS' TRIAL EXHIBIT LIST

| TX No. | Bates No. Range / Document Length | Date | Doc Type | Description |
|---|---|---|---|---|
| P-039 | 48 pages | 04/07/2011 | Transcript | Privileges and Elections Redistricting Senate Hearing |
| P-040 | Plaintiffs002903-Plaintiffs002976 | 04/27/2011 | Transcript | 2011 Special Session I Virginia House of Delegates Redistricting Floor Debates |
| P-041 | Plaintiffs002980 | 04/27/2011 | Video | 2011 Special Session I Virginia House of Delegates Redistricting Floor Debates |
| P-042 | 17 pages | 05/10/2011 | Letter w/attachments | Preclearance Submission cover letter with selected attachments (including index, introduction and submission memo) |
| P-043 | 17 pages | 00/00/0000 | Section | § 24.2-304.01. House of Delegates districts *(Preclearance Submission Attachment 2-House)* |
| P-044 | 16 pages | 00/00/0000 | Statement | Statement of Change *(Preclearance Submission Attachment 3-House)* |
| P-045 | 35 pages | 00/00/0000 | Statement | Statement of Anticipated Minority Impact *(Preclearance Submission Attachment 5-House)* |
| P-046 | 7 pages | 03/08/2011 | Table/Chart | Current House Districts - District Population Summary *(Preclearance Submission Attachment 7-House)* |
| P-047 | 11 pages | 4/28/2011 | Table/Chart | HB 5005 Passed 4/28/11, House Plan - Population Totals *(Preclearance Submission Attachment 7-House)* |
| P-048 | 13 pages | 05/04/2011 | Memo | Legislative History of 2011 Virginia General Assembly Redistricting Plans *(Preclearance Submission Attachment 17)* |

<u>GOLDEN BETHUNE-HILL v. VIRGINIA STATE BOARD OF ELECTIONS, et. al.</u>
No. 3:14-cv-852 (E.D. Va.)

# PLAINTIFFS' TRIAL EXHIBIT LIST

| TX No. | Bates No. Range / Document Length | Date | Doc Type | Description |
|---|---|---|---|---|
| P-049 | 9 pages | 01/26/2012 | Memo | Legislative History of 2012 Virginia Congressional District Plan *(Preclearance Submission Attachment 17)* |
| P-050 | 101 pages | 03/11/2015 | Report | Stephen Ansolabehere Expert Report |
| P-051 | 46 pages | 04/24/2015 | Report | Stephen Ansolabehere Reply Report |
| P-052 | 28 pages | 03/14/2014 | Report | Report of John B. Morgan Regarding Plaintiffs' Alternative Plan and the Enacted Plan (re Page v. State Board of Elections) |
| P-053 | 20 pages | 04/09/2011 | Report | Political Subdivisions Split between Districts Reports (HB5001- Committee Substitute) |
| P-054 | 12 pages | 05/10/2011 | Report | Political Subdivisions Split between Districts Reports (House Plans>>HB5005 Final Version 4_28) |
| P-055 | 20 pages | 05/25/2011 | Report | Summary Core Constituency Report (House Plans>> HB5005 as passed) |
| P-056 | 41 pages | 04/04/2011 | Table/Chart | Workspace: House Plans >> UofR Revised Plan<br><br>*source: http://redistricting.dls.virginia.gov/2010/RedistrictingPlans.aspx 4 - HB 5002 - R. Brink (U of R Plan)* |
| P-057 | 11 pages | 04/04/2011 | Table/Chart | HB 5002 University of Richmond House Plan Population Totals<br><br>*source: http://redistricting.dls.virginia.gov/2010/RedistrictingPlans.aspx 4 - HB 5002 - R. Brink (U of R Plan)* |

<u>GOLDEN BETHUNE-HILL v. VIRGINIA STATE BOARD OF ELECTIONS, et. al.</u>
No. 3:14-cv-852 (E.D. Va.)

# PLAINTIFFS' TRIAL EXHIBIT LIST

| TX No. | Bates No. Range / Document Length | Date | Doc Type | Description |
|---|---|---|---|---|
| P-058 | 39 pages | 04/01/2011 | Table/Chart | HB 5003<br><br>*source: http://redistricting.dls.virginia.gov/2010/RedistrictingPlans.aspx*<br>*5 - HB 5003 - J. Morrissey* |
| P-059 | 11 pages | 04/18/2011 | Table/Chart | HB 5003 - J. Morrissey Population Totals<br><br>*source: http://redistricting.dls.virginia.gov/2010/RedistrictingPlans.aspx*<br>*5 - HB 5003 - J. Morrissey* |
| P-060 | 13 pages | 00/00/0000 | Table/Chart | Spreadsheet containing: (1) Population Totals; (2) Election Data; (3) Racial Demographics and (4) Voting Age |
| P-061 | HOD013478 - HOD013500 | 03/23/2015 | Report | Core Constituencies Report |
| P-062 | 3 pages | 04/18/2011 | Table/Chart | Measures of Compactness - House Plans HB5005 |
| P-063 | 141 pages | 00/00/0000 | Table/Chart | Precincts Population / Voting Data |
| P-064 | 24 pages | 00/00/0000 | Map | Compilation of Benchmark and HB 5005 District Maps contained in the Preclearance Submission (includes Districts 63, 69, 70, 71, 74, 75, 77, 80, 89, 90, 92, 95)<br><br>*website: http://redistricting.dls.virginia.gov/2010/DistrictMaps.aspx (with titles/headers added for clarification)* |
| P-065 | 3 pages | 04/28/2011 - 05/03/2011 | Map | Compilation of Maps<br>(1) HB 5005 Passed 4/28/11, House Plan;<br>(2) Percentage of Total Population that are Black by Precinct;<br>(3) Percentage of Voting Age Population that are Black by Precinct |

<u>GOLDEN BETHUNE-HILL v. VIRGINIA STATE BOARD OF ELECTIONS, et. al.</u>
No. 3:14-cv-852 (E.D. Va.)

# PLAINTIFFS' TRIAL EXHIBIT LIST

| TX No. | Bates No. Range / Document Length | Date | Doc Type | Description |
|---|---|---|---|---|
| P-066 | 12 pages | 00/00/000 | Map | Compilation of Enacted District Maps (includes Districts 63, 69, 70, 71, 74, 75, 77, 80, 89, 90, 92, 95) |
| P-067 | 12 pages | 00/00/0000 | Map | Compilation of Enacted BVAP Maps (includes Districts 63, 69, 70, 71, 74, 75, 77, 80, 89, 90, 92, 95) |
| P-068 | 53 pages | 06/04/2015 | Transcript | Pretrial Hearing Conference Call Transcript |