**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 3:14-cv-00852-REP-GBL-BMK |
| | ) |
| VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## DEFENDANTS' WITNESS LIST

COME NOW, Defendants, by and through counsel, and pursuant to the Court's Initial Pretrial, Scheduling, and Discovery Order of March 3, 2015 (Dkt. # 35), state as follows for their witness list:

Defendants reserve the right to call any witnesses listed by Plaintiffs and Defendant-Intervenors on each of their witness lists.

Dated: June 22, 2015.

Respectfully Submitted,


By: */s/ Jeffrey P. Brundage*

| | |
|---|---|
| Kathleen A. Gallagher  (*pro hac vice*) | Anthony F. Troy |
| Daniel A. Glass (*pro hac vice*) | Virginia State Bar # 05985 |
| Jeffrey P. Brundage | Richard L. Savage, III |
| Virginia Bar # 80179 | Virginia Bar # 37798 |
| Attorneys for Defendants | Attorneys for Defendants |
| **ECKERT SEAMANS CHERIN & MELLOTT, LLC** | **ECKERT SEAMANS CHERIN & MELLOTT, LLC** |
| 1717 Pennsylvania Avenue, NW | SunTrust Center |
| Suite 1200 | 919 East Main Street |
| Washington, DC  20006 | Suite 1300 |
| Tel:  (202) 659-6600 | Richmond, VA 23219 |
| Fax: (202) 659-6699 | Tel:  (804) 788-7740 |
| kgallagher@eckertseamans.com | Fax:  (804) 698-2950 |
| dglass@eckertseamans.com | ttroy@eckertseamans.com |
| jbrundage@eckertsemans.com | rsavage@eckertseamans.com |


Godfrey T. Pinn, Jr.
Virginia Bar # 43106
Attorney for Defendants
**HARRELL & CHAMBLISS LLP**
Eighth and Main Building
707 East Main Street,  Suite 1000
Richmond, VA  23219
Tel:  (804) 643-8401
Fax:  (804) 648-2707
gpinn@hclawfirm.com

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 22nd day of June, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| John K. Roche | Kevin J. Hamilton (*pro hac vice*) |
| Virginia Bar # 68594 | Abha Khanna (*pro hac vice*) |
| Aria Branch | Ryan Spear (*pro hac vice*) |
| Marc E. Elias (*pro hac vice*) | William Stafford (*pro hac vice*) |
| Elisabeth C. Frost (*pro hac vice*) | Attorneys for Plaintiffs |
| Bruce Van Spiva *(pro hac vice)* | **PERKINS COIE LLP** |
| Attorneys for Plaintiffs | 1201 Third Avenue, Suite 4800 |
| **PERKINS COIE LLP** | Seattle, WA  98101 |
| 700 13th Street, NW, Suite 600 | Tel:  (206) 359-8312 |
| Washington, DC  20005 | Fax:  (206) 359-9000 |
| Tel:  (202) 654-6200 | khamilton@perkinscoie.com |
| Fax:  (202) 654-6211 | akhanna@perkinscoie.com |
| jroche@perkinscoie.com | rspear@perkinscoie.com |
| abranch@perkinscoie.com | wstafford@perkinscoie.com |
| melias@perkinscoie.com | |
| efrost@perkinscoie.com | |
| bspiva@perkinscoie.com | |
| | |
| Jennifer M. Walrath | Dale Oldham, Esq. |
| Virginia Bar # 75548 | Attorney for Interveners |
| Katherine L. McKnight | 1119 Susan St. |
| Virginia Bar # 81482 | Columbia, SC  29210 |
| E. Mark Braden *(pro hac vice)* | Tel: (803) 772-7729 |
| Richard B. Raile | dloesq@aol.com |
| Attorneys for Interveners | |
| **BAKER & HOSTETLER LLP** | |
| 1050 Connecticut Avenue, NW, Suite 1100 | |
| Washington, DC  20036 | |
| Tel:  (202) 861-1500 | |
| Fax:  (202) 861-1783 | |
| jwalrath@bakerlaw.com | |
| kmcknight@bakerlaw.com | |
| mbraden@bakerlaw.com | |
| rraile@bakerlaw.com | |

*/s/ Jeffrey P. Brundage*
Jeffrey P. Brundage, Esq.
Virginia Bar # 80179
Attorneys for Defendants
**ECKERT SEAMANS CHERIN
 & MELLOTT, LLC**
1717 Pennsylvania Avenue, NW, Suite 1200
Washington, DC 20006
Tel: (202) 659-6600
Fax: (202) 659-6699
jbrundage@eckertsemans.com

4