IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

GOLDEN BETHUNE-HILL, *et al.*,

               Plaintiffs,

      v.

VIRGINIA STATE BOARD OF
ELECTIONS, *et al.*,

               Defendants.

Civil Action No. 3:14-cv-00852-REP-GBL-BMK

**DEFENDANT-INTERVENORS' PRETRIAL DISCLOSURES**

Defendant-Intervenors the Virginia House of Delegates and Virginia House of Delegates

Speaker William J. Howell ("Defendant-Intervenors"), through their counsel, and pursuant to

Rule 26(a)(3) of the Federal Rules of Civil Procedure, and the Initial Pretrial, Scheduling, and

Discovery Order entered on March 2, 2015, hereby make their pretrial disclosures as follows:

I.    **Trial Witnesses**

Defendant-Intervenors expect to call the following witnesses at trial:

1.    Delegate Chris Jones – Mr. Jones is a member of the Virginia House of Delegates and was the architect of the redistricting plan at issue in this proceeding.  He will testify about the plan and the 2011 redistricting process.

2.    Thomas Hofeller – Dr. Hofeller has been designated as an expert witness and will testify about the matters addressed in his expert report.

3.    Trey Hood – Dr. Hood has been designated as an expert witness and will testify about the matters addressed in his expert report.

4.    Jonathan Katz – Dr. Katz has been designated as an expert witness and will testify about the matters addressed in his expert report.

Defendant-Intervenors' submit this list of witnesses without waiving any of their rights,

and specifically reserve the right to call any rebuttal or impeachment witnesses and to

supplement this list if any listed witness becomes unavailable to testify at trial.

## II.   Proposed Trial Exhibits

Defendant-Intervenors' proposed exhibits are attached hereto as Exhibit A.

Dated:  June 22, 2015                  Respectfully submitted,

VIRGINIA HOUSE OF DELEGATES
AND VIRGINIA HOUSE OF DELEGATES
SPEAKER WILLIAM J. HOWELL

By Counsel

*/s/ Jennifer M. Walrath*
E. Mark Braden (*pro hac vice*)
Jennifer M. Walrath (VSB No. 75548)
Katherine L. McKnight (VSB No. 81482)
Richard B. Raile (VSB No. 84340)
BAKER HOSTETLER LLP
1050 Connecticut Avenue, NW Suite 1100
Washington, DC  20036
Telephone:   202.861.1500
Facsimile:    202.861.1783
mbraden@bakerlaw.com
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com
rraile@bakerlaw.com

Of counsel:

Dalton L. Oldham, Esq.
1119 Susan St.
Columbia, SC  29210
Telephone:  803-772-7729
dloesq@aol.com

*Attorneys for the Virginia House of Delegates and*
*Virginia House of Delegates Speaker William J. Howell*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June, 2015, the foregoing Defendant-Intervenors'

Pretrial Disclosures was filed and served on all counsel of record pursuant to the Court's

electronic filing procedures using the Court's CM/ECF system.

/s/  Jennifer M. Walrath
E. Mark Braden (*pro hac vice*)
Jennifer M. Walrath (VSB No. 75548)
Katherine L. McKnight (VSB No. 81482)
Richard B. Raile (VSB No. 84340)
BAKER HOSTETLER LLP
1050 Connecticut Avenue, N.W. Suite 1100
Washington, D.C.  20036
Tel.:  202-861-1680
Fax:  202-861-1783
mbraden@bakerlaw.com
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com
rraile@bakerlaw.com

*Attorneys for the Virginia House of Delegates and*
*Virginia House of Delegates Speaker William J. Howell*