IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>VIRGINIA STATE BOARD OF ELECTIONS, *et al.*,<br><br>　　　　　　Defendants,<br><br>　　v.<br><br>VIRGINIA HOUSE OF DELEGATES, *et al.*,<br><br>　　　　　　Intervenor-Defendants. | Civil Action No. 3:14-cv-00852-REP-GBL-BMK |

**PLAINTIFFS' REBUTTAL WITNESS LIST**

## PLAINTIFFS' REBUTTAL WITNESS LIST

Plaintiffs Golden Bethune-Hill, Christa Brooks, Chauncey Brown, Atoy Carrington, Davinda Davis, Alfreda Gordon, Cherrelle Hurt, Tavarris Spinks, Mattie Mae Urquhart, Vivian Williamson, Sheppard Roland Winston, and Thomas Calhoun ("Plaintiffs") reserve the right to call the following witnesses at trial during Plaintiffs' rebuttal case:

1. **Professor Stephen Ansolabehere:** Professor Ansolabehere has been designated as an expert witness and will testify about the matters addressed in his expert reports.

2. **John Morgan:** Mr. Morgan assisted in the preparation of the redistricting plan at issue in this proceeding. He will testify about the 2010-11 redistricting process in the House of Delegates and related matters, including the matters addressed in his expert report in *Page v. Virginia State Board of Elections*, No. 3:13cv678 (E.D. Va.).

Plaintiffs also reserve the right to call any witnesses identified in the witness lists of the other parties to this action.

DATED: June 23, 2015

By: */s/ Aria C. Branch*
Aria Branch (VSB # 83682)
John K. Roche (VSB # 68594)
Marc Erik Elias (admitted *pro hac vice*)
Bruce V. Spiva (admitted *pro hac vice*)
Elisabeth C. Frost (admitted *pro hac vice*)
**PERKINS COIE LLP**
700 Thirteenth Street, N.W., Suite 600
Washington, D.C.  20005-3960
Telephone: 202.434.1627
Facsimile: 202.654.9106

- 2 -

      Kevin J. Hamilton (admitted *pro hac vice*)
      Abha Khanna (admitted *pro hac vice*)
      Ryan Spear (admitted *pro hac vice*)
      William B. Stafford
           (admitted *pro hac vice*)
      **PERKINS COIE LLP**
      1201 Third Avenue, Suite 4900
      Seattle, WA  98101-3099
      Telephone: 206.359.8000
      Facsimile: 206.359.9000

      *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

On June 23, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jennifer Marie Walrath
Katherine Lea McKnight
Baker & Hostetler LLP (DC)
1050 Connecticut Ave NW
Suite 1100
Washington, DC 20036
202-861-1702
Fax: 202-861-1783
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com

Effrem Mark Braden
Baker & Hostetler LLP (DC-NA)
Washington Square
Suite 1100
Washington, DC 20036
202-861-1504
Fax: 202-861-1783
mbraden@bakerlaw.com

Of counsel:

Dale Oldham, Esq.
1119 Susan St.
Columbia, SC 29210
803-772-7729
dloesq@aol.com

*Attorneys for Intervenor-Defendants*

Jeffrey P. Brundage
Daniel Ari Glass
Kathleen Angell Gallagher
Eckert Seamans Cherin & Mellott LLC
1717 Pennsylvania Ave NW, Suite 1200
Washington, D.C. 20006
202-659-6600
Fax: 202-659-6699
jbrundage@eckertseamans.com
dglass@eckertseamans.com
kgallagher@eckertseamans.com

Godfrey T. Pinn, Jr.
Harrell & Chambliss LLP
Eighth and Main Building
707 East Main Street
Suite 1000
Richmond, VA 23219
gpinn@hclawfirm.com

Anthony F. Troy
Eckert Seamans Cherin & Mellott LLC
707 East Main Street
Suite 1450
Richmond, Virginia 23219
804-788-7751
Fax: 804-698-2950
ttroy@eckertseamans.com

*Attorneys for Defendants*

By */s/ Aria C. Branch*
   Aria C. Branch (VSB #83682)
   Perkins Coie LLP
   700 13th St. N.W., Suite 600
   Washington, D.C. 20005-3960
   Phone: (202) 654-6338
   Fax: (202) 654-9106
   ABranch@perkinscoie.com

*Attorneys for Plaintiffs*