Exhibit N

Exhibit N

This page intentionally blank.

**DEFENDANT-INTERVENORS TX 092 - Page 001**

# District 63, 2011, 2009 Governor, %Republican



%GOP 2009 Governor
25 and below
50 to 75
25 to 50
75 and above

Miles
0   3   6   9

DEFENDANT-INTERVENORS TX 092 - Page 002

# District 63, 2011, 2010 Census, %NH Black VAP



# District 69, 2011, 2009 Governor, %Republican



# District 69, 2011, 2010 Census, %NH Black VAP



# District 70, 2011, 2009 Governor, %Republican



%GOP 2009 Governor
25 and below
25 to 50
50 to 75
75 and above
0   1   2   3
Miles

DEFENDANT-INTERVENORS TX 092 - Page 006

# District 70, 2011, 2010 Census, %NH Black VAP



%NH Black VAP 2010
- 25 and below
- 25 to 50
- 50 to 75
- 75 and above

0   1   2   3
Miles

DEFENDANT-INTERVENORS TX 092 - Page 007

# District 71, 2011, 2009 Governor, %Republican



DEFENDANT-INTERVENORS TX 092 - Page 008

# District 71, 2011, 2010 Census, %NH Black VAP



**%NH Black VAP 2010**
- 25 and below
- 25 to 50
- 50 to 75
- 75 and above

0   1   2   3
Miles

DEFENDANT-INTERVENORS TX 092 - Page 009

# District 74, 2011, 2009 Governor, %Republican



DEFENDANT-INTERVENORS TX 092 - Page 010

# District 74, 2011, 2010 Census, %NH Black VAP



# District 75, 2011, 2009 Governor, %Republican



# District 75, 2011, 2010 Census, %NH Black VAP



# District 77, 2011, 2009 Governor, %Republican



DEFENDANT-INTERVENORS TX 092 - Page 014

# District 77, 2011, 2010 Census, %NH Black VAP



%NH Black VAP 2010

- 25 and below
- 25 to 50
- 50 to 75
- 75 and above

0   1.5   3   4.5
Miles

DEFENDANT-INTERVENORS TX 092 - Page 015

# District 80, 2011, 2009 Governor, %Republican



%GOP 2009 Governor
- 25 and below
- 25 to 50
- 50 to 75
- 75 and above

0   1   2   3
Miles

DEFENDANT-INTERVENORS TX 092 - Page 016

# District 80, 2011, 2010 Census, %NH Black VAP



# District 89, 2011, 2009 Governor, %Republican



%GOP 2009 Governor
- 25 and below
- 25 to 50
- 50 to 75
- 75 and above

0 1 2 3
Miles

# District 89, 2011, 2010 Census, %NH Black VAP



%NH Black VAP 2010
25 and below
50 to 75
25 to 50
75 and above

0   1   2   3
Miles

# District 90, 2011, 2009 Governor, %Republican



%GOP 2009 Governor
25 and below
25 to 50
50 to 75
75 and above
0   1   2   3
Miles

# District 90, 2011, 2010 Census, %NH Black VAP



%NH Black VAP 2010
- 25 and below
- 25 to 50
- 50 to 75
- 75 and above

0   1   2   3
Miles

# District 92, 2011, 2009 Governor, %Republican



%GOP 2009 Governor
- 25 and below
- 25 to 50
- 50 to 75
- 75 and above

0  2  4  6
Miles

# District 92, 2011, 2010 Census, %NH Black VAP



%NH Black VAP 2010
25 and below    25 to 50
50 to 75    75 and above

# District 95, 2011, 2009 Governor, %Republican



%GOP 2009 Governor
- 25 and below
- 25 to 50
- 50 to 75
- 75 and above

0   2   4   6
Miles

DEFENDANT-INTERVENORS TX 092 - Page 024

# District 95, 2011, 2010 Census, %NH Black VAP



%NH Black VAP 2010
25 and below
25 to 50
50 to 75
75 and above
0    2    4    6
Miles

DEFENDANT-INTERVENORS TX 092 - Page 025

Exhibit O

Exhibit O

26    ALABAMA LEGISLATIVE BLACK CAUCUS *v.* ALABAMA

Appendix C to opinion of the Court

C

