IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants. | Civil Action No. 3:14-cv-00852-REP-GBL-BMK |

**NOTICE OF FILING OF EXHIBITS TO PLAINTIFFS' OBJECTIONS TO DEFENDANT-INTERVENORS' PROPOSED TRIAL EXHIBITS**

Plaintiffs hereby submit Exhibits C-F to Plaintiffs' Objections to Defendant-Intervenors' Proposed Trial Exhibits. Exhibits C-F were omitted from Plaintiffs' previous filing due to technical difficulties with the Electronic Case Filing system.

DATED: June 25, 2015

By: */s/ Aria C. Branch*
Aria C. Branch (VSB # 83682)
Marc Erik Elias (admitted *pro hac vice*)
Bruce V. Spiva (admitted *pro hac vice*)
Elisabeth C. Frost (admitted *pro hac vice*)
John K. Roche (VSB # 68594)
**PERKINS COIE LLP**
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: 202.434.1627
Facsimile: 202.654.9106

- 2 -

        Kevin J. Hamilton (admitted *pro hac vice*)
        Abha Khanna (admitted *pro hac vice*)
        Ryan Spear (admitted *pro hac vice*)
        William B. Stafford
            (admitted *pro hac vice*)
        **PERKINS COIE LLP**
        1201 Third Avenue, Suite 4900
        Seattle, WA  98101-3099
        Telephone: 206.359.8000
        Facsimile: 206.359.9000

        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

On June 25, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jennifer Marie Walrath
Katherine Lea McKnight
Baker & Hostetler LLP (DC)
1050 Connecticut Ave NW
Suite 1100
Washington, DC 20036
202-861-1702
Fax: 202-861-1783
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com

Effrem Mark Braden
Baker & Hostetler LLP (DC-NA)
Washington Square
Suite 1100
Washington, DC 20036
202-861-1504
Fax: 202-861-1783
mbraden@bakerlaw.com

Of counsel:

Dale Oldham, Esq.
1119 Susan St.
Columbia, SC 29210
803-772-7729
dloesq@aol.com

*Attorneys for Intervenor-Defendants*

Jeffrey P. Brundage
Daniel Ari Glass
Kathleen Angell Gallagher
Eckert Seamans Cherin & Mellott LLC
1717 Pennsylvania Ave NW, Suite 1200
Washington, D.C. 20006
202-659-6600
Fax: 202-659-6699
jbrundage@eckertseamans.com
dglass@eckertseamans.com
kgallagher@eckertseamans.com

Godfrey T. Pinn, Jr.
Harrell & Chambliss LLP
Eighth and Main Building
707 East Main Street
Suite 1000
Richmond, VA 23219
gpinn@hclawfirm.com

Anthony F. Troy
Eckert Seamans Cherin & Mellott LLC
707 East Main Street
Suite 1450
Richmond, Virginia 23219
804-788-7751
Fax: 804-698-2950
ttroy@eckertseamans.com

*Attorneys for Defendants*

By */s/ Aria C. Branch*
Aria C. Branch (VSB # 83682)
**PERKINS COIE LLP**
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: 202.434.1627
Facsimile: 202.654.9106
abranch@perkinscoie.com

*Attorneys for Plaintiffs*