IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*,<br><br>               Plaintiffs,<br><br>    v.<br><br>VIRGINIA STATE BOARD OF ELECTIONS, *et al.*,<br><br>               Defendants,<br><br>    v.<br><br>VIRGINIA HOUSE OF DELEGATES, *et al.*,<br><br>               Intervenor-Defendants. | Civil Action No. 3:14-cv-00852-REP-GBL-BMK |

**FACTUAL STIPULATION**

The parties hereby stipulate that the following facts are true and accurate and shall be taken as true for the purposes of the trial in this matter, without the need for further factual proof or evidence:

    1.    The plaintiffs are each citizens of the United States and the Commonwealth of Virginia residing at the following addresses:

    Ms. Golden Bethune-Hill
    1 Ambassador Drive
    Hampton, VA  23666

Ms. Christa Brooks
4508 South Kalmia Place
Henrico, VA  23075

Ms. Cherrelle Hurt
3017 Forst Hill Ave.
Richmond, VA  23225

Ms. Mattie Mae Urquhart
31319 Charles Street, Lot 191
Franklin, VA  23851-2328

Mr. Thomas Calhoun
5443 Welaka Rd
Norfolk VA 23502

Dr. Vivian Williamson
2342-H Hill Street
Petersburg, VA  23803-2774

Ms. Atoy Carrington
6313 Glenoak Drive
Norfolk, VA  23513

Mr. Chauncey Brown
367 LaSalle Avenue
Hampton, VA  23661

Mr. Tavarris Spinks
1722 Floyd Avenue
Richmond, VA  23220

Ms. Alfreda Gordon
4029 Spring Meadow Cres
Chesapeake, VA 23321

Ms. Davinda Davis
201 College Place Apartment 315
Norfolk, VA  23510

Mr. Roland Winston
1370 Darbytown Road
Henrico, VA 23231

2. The plaintiffs' residences are each located in the following current Virginia House of Delegates districts:

Dr. Vivian Williamson
House District 63

Ms. Cherrelle Hurt
House District 69

Mr. Roland Winston
House District 70

Mr. Tavarris Spinks
House District 71

Ms. Christa Brooks
House District 74

Ms. Mattie Mae Urquhart
House District 75

Ms. Alfreda Gordon
House District 77

Ms. Davinda Davis
House District 80

Ms. Atoy Carrington
House District 89

Mr. Thomas Calhoun
House District 90

Mr. Chauncey Brown
House District 92

        Ms. Golden Bethune-Hill
        House District 95

3.      The plaintiffs are each lawfully registered voters in the Commonwealth of Virginia.

4.      On February 3, 2011, the United States Census Bureau released decennial census data for the Commonwealth of Virginia. That data showed that, because of population growth and population movement within the Commonwealth, Virginia's House of Delegate districts would need to be redistricted by the Virginia General Assembly.

5.      With respect to House Districts 63, 69, 70, 71, 74, 75, 77, 80, 89, 90, 92, and 95 (collectively, the "Challenged Districts"), eleven (11) of the twelve districts contained total population less than 80,010, which was the ideal population for House of Delegates districts.

6.      At the time of redistricting in 2011, Virginia was a covered jurisdiction under Section 5 of the Voting Rights Act of 1965.

7.      On April 12, 2011, the Virginia General Assembly passed HB 5001, which set forth a redistricting plan for the Virginia House of Delegates and a redistricting plan for the Virginia Senate. HB 5001 passed the Virginia House of Delegates by a vote of 85 in favor and 9 opposed.

8. On April 15, 2011, then-Virginia Governor Robert McDonnell vetoed HB 5001.

9. On April 29, 2011, the Virginia General Assembly passed HB 5005, which set forth a redistricting plan for the Virginia House of Delegates and a redistricting plan for the Virginia Senate. On the same day, then-Virginia Governor Robert McDonnell signed HB 5005 and the redistricting plan for the House of Delegates was enacted into law (the "Enacted Plan").

10. On May 10, 2011, the Commonwealth of Virginia submitted the Enacted Plan to the United States Department of Justice for preclearance.

11. The Department of Justice precleared the Enacted Plan on June 17, 2011.

12. A more complete timeline of the legislative history and preclearance of the Enacted Plan is incorporated into the Factual Stipulations and attached hereto as Exhibit A.

13. Plaintiffs filed the Complaint in this action on December 22, 2014.

14. As of the dates that HB 5005 was enacted into law, the delegates representing the Challenged Districts were as follows:

| District | Delegate |
|---|---|
| 63 | Rosalyn Dance |
| 69 | Betsy Carr |
| 70 | Delores McQuinn |
| 71 | Jennifer McClellan |

| District | Delegate |
|---|---|
| 74 | Joseph Morrissey |
| 75 | Roslyn Tyler |
| 77 | Lionell Spruill Sr. |
| 80 | Matthew James |
| 89 | Kenneth Alexander |
| 90 | Algie Howell Jr. |
| 92 | Jeion Ward |
| 95 | Mamye BaCote |

15. The parties have identified Drs. Jonathan Katz, Thomas Hofeller, Trey Hood, and Stephen Ansolabehere as expert witnesses. Each of the identified experts is qualified as an expert in the field of redistricting and the parties stipulate to their treatment as "expert witnesses" within the meaning of Evidence Rule 702 without further need to establish their credentials or foundation for their testimony (although nothing in this stipulation is intended to curtail the ability of any party to present such testimony for the purposes of establishing, bolstering, or attacking the credibility of any such expert).

DATED: June 26, 2015

By: /s/ Anthony F. Troy
Anthony F. Troy (VSB No. 05985)
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
SunTrust Center
919 East Main Street
Suite 1300
Richmond, VA 23219
Tel: (804) 788-7740
atroy@eckertseamans.com

*Attorneys for Defendants*

By: /s/ Aria C. Branch
Aria C. Branch (VSB No. 83682)
PERKINS COIE, LLP
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Tel: (202) 434-1627
ABranch@perkinscoie.com

*Attorneys for Plaintiffs*

By: /s/ Jennifer M. Walrath
Jennifer M. Walrath (VSB No. 75548)
Katherine L. McKnight (VSB No. 81482)
BAKER & HOSTETLER LLP
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Tel:  (202) 861-1500
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com

*Attorneys for Intervenor-Defendants*

## CERTIFICATE OF SERVICE

On June 26, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jennifer Marie Walrath
Katherine Lea McKnight
Baker & Hostetler LLP (DC)
1050 Connecticut Ave NW
Suite 1100
Washington, DC 20036
202-861-1702
Fax: 202-861-1783
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com

Effrem Mark Braden
Baker & Hostetler LLP (DC-NA)
Washington Square
Suite 1100
Washington, DC 20036
202-861-1504
Fax: 202-861-1783
mbraden@bakerlaw.com

Of counsel:

Dale Oldham, Esq.
1119 Susan St.
Columbia, SC 29210
803-772-7729
dloesq@aol.com

*Attorneys for Intervenor-Defendants*

Jeffrey P. Brundage
Daniel Ari Glass
Kathleen Angell Gallagher
Eckert Seamans Cherin & Mellott LLC
1717 Pennsylvania Ave NW, Suite 1200
Washington, D.C. 20006
202-659-6600
Fax: 202-659-6699
jbrundage@eckertseamans.com
dglass@eckertseamans.com
kgallagher@eckertseamans.com

Godfrey T. Pinn, Jr.
Harrell & Chambliss LLP
Eighth and Main Building
707 East Main Street
Suite 1000
Richmond, VA 23219
gpinn@hclawfirm.com

Anthony F. Troy
Eckert Seamans Cherin & Mellott LLC
707 East Main Street
Suite 1450
Richmond, Virginia 23219
804-788-7751
Fax: 804-698-2950
ttroy@eckertseamans.com

*Attorneys for Defendants*

By */s/ Aria C. Branch*
  Aria C. Branch (VSB No. 83682)
  Perkins Coie LLP
  700 13th St. N.W., Suite 600
  Washington, D.C. 20005-3960

Phone: (202) 654-6338
Fax: (202) 654-9106
ABranch@perkinscoie.com

*Attorneys for Plaintiffs*