| | BETHUNE-HILL v. VIRGINIA STATE BOARD OF ELECTIONS -- TIMELINE OF EVENTS | |
|---|---|---|
| **Date** | **Short Description** | **Detailed Description** |
| | **2010** | |
| Aug. 23 | House P&E News Release re: Upcoming Six Public Hearings | Delegate Mark L. Cole of Fredericksburg announces that the redistricting subcommittee of the House of Delegates Committee on Privileges and Elections has scheduled a series of six public hearings throughout the Commonwealth to encourage broad public input into the redistricting process. |
| Sep. 8 | House P&E Public Hearing on Redistricting - Roanoke | Public comment is invited. |
| Sep. 16 | Senate P&E News Release re: Upcoming Six Public Hearings | In anticipation of the decennial redistricting process that will take place in 2011, Senator Janet D. Howell announces that the redistricting subcommittee of the Senate of Virginia Committee on Privileges and Elections has scheduled a series of four public hearings throughout the Commonwealth. |
| Sep. 22 | House P&E Public Hearing on Redistricting - Norfolk | Public comment is invited. |
| Oct. 5 | House P&E Public Hearing on Redistricting - GMU | Public comment is invited. |
| Oct. 18 | House P&E Public Hearing on Redistricting - Danville | Public comment is invited. |
| Oct. 27 | Senate P&E Public Hearing on Redistricting - Roanoke | Public comment is invited. |
| Nov. 4 | Senate P&E Public Hearing on Redistricting - Herndon | Public comment is invited. |
| Dec. 2 | Senate P&E Public Hearing on Redistricting - Portsmouth | Public comment is invited. |
| Dec. 6 | House P&E Public Hearing on Redistricting - Fredericksburg | Public comment is invited. |
| Dec. 15 | Deadline to register for the Virginia Redistricting Competition | In the late fall Christopher Newport University and the Public Mapping Project announces a Virginia Redistricting Competition for Virginia college teams with a December 15, 2010 deadline to register. |
| Dec. 17 | House P&E Public Hearing on Redistricting - Richmond<br><br>Joint Reapportionment Committee - Public Hearing (Richmond, VA) | Public comment is invited.<br><br>The Joint Reapportionment Committee adopts a resolution directing staff to continue preparations for redistricting in 2011 and authorizing the Division to proceed with necessary steps to enter into contracts for a redistricting software application and the development of a website to provide public access to the process and allow public comments on proposed redistricting plans. |

| | | | |
|---|---|---|---|
| | | **2011** | |
| Jan. 10 | Gov. McDonnell signs Executive Order 31 creating IBARC | Governor Bob McDonnell signs Executive Order #31 creating the Independent Bipartisan Advisory Redistricting Commission ("IBARC") and tasks the Commission with facilitating citizen input into the redistricting process by holding hearings, developing proposed redistricting plans, and analyzing and recommending adoption of plans submitted by colleges and universities and other "stakeholders" in the voting public of Virginia. | |
| Jan. 12 | General Assembly begins Regular Session | | |
| Feb. 3 | 2010 Census Data released by Census Bureau | The U.S. Census Bureau releases the final 2010 Census data, Public Law 94-171. | |
| Feb. 17 | General Assembly adopts HB 1507 | House Bill 1507 (Ch. 3, 2011 Acts of Assembly), moving the usual June 14 primary date to August 23, 2011, and allowing time for enactment and preclearance of redistricting plans, passes unanimously. | |
| Feb. 23 | Joint Reapportionment Committee - Public Hearing (Richmond, VA) | Public meeting for the report on census data, statewide and district population changes (2000-2010), progress and status of the redistricting application and the demonstration of redistricting website | |
| Feb. 25 | House Joint Resolution No. 986 | Delegate M.K. Cox introduces House Joint Resolution No. 986 applying to the Governor to call a redistricting special session to begin immediately upon adjournment of the regular 2011 Session. Both Houses agree. Resolution takes effect Feb. 26, 2011. | |
| Feb. 27 | VA General Assembly Regular Session Adjourns; Gov. McDonnell calls for a special session to address redistricting | The regular session adjourns before the General Assembly had adopted state legislative plans. On this same day, the special session convenes and agrees to House Joint Resolution 5002 setting the ground rules for the special session, which recessed until April 4, 2011, to allow time for the additional public hearings and the drawing of plans. | |
| Mar. 25 | House P&E Committee Public Hearing - Consideration of Criteria to govern redistricting | 1:00 p.m. -- House Committee on Privileges and Elections Work Session in Richmond, VA -- Consideration of Criteria to govern redistricting. Adopts resolution proposed by Delegate Jones. | |
| Mar. 29 | Delegate S.C. Jones introduces HB 5001 | HB 5001 consists of a redistricting plan for the VA House of Delegates | |
| Mar. 31 | Joint Public Hearing of P&E Committee - Hampton | Public comment is invited. | |
| | Joint Public Hearing of P&E Committee - Leesburg | Public comment is invited. | |
| | Joint Public Hearing of P&E Committee - Roanoke | Public comment is invited. | |
| | Senate P&E Redistricting Committee Public Hearing - Leesburg | Public comment is invited. | |
| Apr. 1 | IBARC releases Final Report | | |
| Apr. 2 | Joint Public Hearing of P&E Committees - Abingdon, Augusta, Danville and Fairfax | Public comment is invited. | |

| Date | Event | Description |
|---|---|---|
| Apr. 4 | Joint Public Hearing of P&E Committees - Richmond<br>HB 5002 introduced<br>HB 5003 introduced | Public comment is invited. |
| | **Delegate Jones proposes substitute for HB 5001** | The Substitute incorporates a number of changes from the introduced bill made in response to requests from members and localities. After hearing public comments, the Committee reports out a Committee Substitute for HB 5001 (20-2). |
| Apr. 6 | House votes for final passage of HB 5001 | The House votes (86-8) for final passage of HB 5001 Substitute. |
| Apr. 7 | Senate P&E Committee Hearing | HB 5002 communicated to the Senate and referred to the Senate Committee on Privileges and Elections. Delegate Jones presents HB 5001 to the Senate Committee.  The Senate moves to adopt HB 5001 as a "substitute" for what was passed on 04/06/11. |
| Apr. 11 | Both houses pass HB 5001 | HB 5001 (Jones, S.C.), as amended in conference passed by both houses. The conference committee substitute includes redistricting plans for both the House of Delegates and Senate. |
| Apr. 15 | Governor McDonnell vetoes HB 5001 | Governor McDonnell vetoes House Bill 5001. |
| Apr. 18 | House P&E Committee Hearing on HB 5005 | Delegate Jones introduces House Bill 5005. It is referred to the House Committee on P&E which reports the Bill 16-0 on that day. |
| Apr. 27 | House Passes HB 5005 | The House passes HB 5005 by a vote of 80-9. |
| Apr. 28 | Senate Passes HB 5005 with amendments | Senate passes HB 5005 with amendments by a vote of 32-5. |
| | House Passes HB 5005 as amended | House passes HB 5005 as amended by a vote of 63-7. |
| Apr. 29 | Governor McDonnell signs HB 5005 into law | HB 5005 becomes Ch. 1 and is the Enacted Plan. |
| Apr. 29 | House: Speaker signs HB 5005<br>Senate: Speaker signs HB 5005 | |
| | Gov. Bob McDonnell signs HB 5005 Into law | Gov. Bob McDonnell signs HB 5005 into law, Ch.1, 2011 Acts of Assembly (Special Session I).  HB 5005  codified as Va. Code Ann. §24.2-304.03. |
| May 10 | Virginia AG's Office submits House and Senate plans for preclearance | The Virginia Attorney General's Office submits the enacted redistricting plans for the House of Delegates and Senate to the Department of Justice for approval pursuant to Section 5 of the Voting Rights Act. The Office also files suit in the U.S. District Court for the District of Columbia seeking  preclearance of the plans. |
| Jun. 17 | DOJ pre-clears the plans | The Department of Justice Civil Rights division preclears the House of Delegates and Senate Redistricting plans (HB 5005/Ch.1, 2011 Acts of Assembly, Special Session I). |
| Nov. 8 | First Elections under the 2011 Plan | |