IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants. | Civil Action No. 3:14-cv-00852-REP-GBL-BMK |

**STIPULATION REGARDING
PLAINTIFFS' OBJECTIONS TO DEFENDANT-INTERVENORS'
DEPOSITION DESIGNATIONS OF CHRISTOPHER MARSTON**

Pursuant to the Initial Pretrial, Scheduling and Discovery Order entered in this matter on March 3, 2015 (Dkt. 35) (the "Order"), Defendant-Intervenors conferred with Plaintiffs on Monday, June 29, 2015 to resolve Plaintiffs' objections to discovery designations. Order at ¶11(d). Defendant-Intervenors and Plaintiffs resolved the objections made by Plaintiffs in their Objections to Defendant-Intervenors' Deposition Designations of Christopher Marston filed on Friday, June 26, 2015 (Dkt. 84). No other objections to deposition designations were filed with the Court. Therefore, Plaintiffs and Defendant-Intervenors hereby stipulate that no unresolved objections to deposition designations remain for resolution by the Court. Order at ¶11(f).

1

Dated: July 1, 2015

Respectfully Submitted,

| | |
|---|---|
| */s/ John K. Roche* | */s/ Katherine L. McKnight* |
| John K. Roche (VSB# 68594) | E. Mark Braden (*pro hac vice*) |
| Marc Erik Elias (*pro hac vice*) | Jennifer M. Walrath (VSB No. 75548) |
| Bruce V. Spiva (*pro hac vice*) | Katherine L. McKnight (VSB No. 81482) |
| Elisabeth C. Frost (*pro hac vice*) | Richard B. Raile (VSB No. 84340) |
| PERKINS COIE LLP | BAKER HOSTETLER LLP |
| 700 Thirteenth Street, N.W., Suite 600 | 1050 Connecticut Ave NW, Suite 1100 |
| Washington, D.C. 20005-3960 | Washington, DC 20036 |
| Telephone: 202.434.1627 | Tel: (202) 861-1500 |
| Facsimile: 202.654.9106 | Fax: (202) 861-1783 |
| jroche@perkinscoie.com | mbraden@bakerlaw.com |
| | jwalrath@bakerlaw.com |
| Kevin J. Hamilton (*pro hac vice*) | kmcknight@bakerlaw.com |
| Abha Khanna (*pro hac vice*) | rraile@bakerlaw.com |
| Ryan Spear (*pro hac vice*) | |
| William B. Stafford (*pro hac vice*) | Of Counsel: |
| PERKINS COIE LLP | |
| 1201 Third Avenue, Suite 4900 | Dalton L. Oldham, Esq. |
| Seattle, WA 98101-3099 | 1119 Susan Street |
| Telephone: 206.359.8000 | Columbia, SC 29210 |
| Facsimile: 206.359.9000 | Phone: (803)772-7729 |
| | dloesq@aol.com |
| *Attorneys for Plaintiffs* | |
| | *Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker William J. Howell* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2015, a copy of the foregoing was filed and served on all counsel of record pursuant to the Court's electronic filing procedures using the Court's CM/ECF system.

*/s/ Katherine L. McKnight*
E. Mark Braden (*pro hac vice*)
Jennifer M. Walrath (VSB No. 75548)
Katherine L. McKnight (VSB No. 81482)
Richard B. Raile (VSB No. 84340)
BAKER HOSTETLER LLP
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
mbraden@bakerlaw.com
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com
rraile@bakerlaw.com

*Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker William J. Howell*