**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, <br><br>    Plaintiffs, <br><br>  v. <br><br>VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, <br><br>    Defendants, <br><br>  v. <br><br>VIRGINIA HOUSE OF DELEGATES, *et al.*, <br><br>    Intervenor-Defendants. | Civil Action No. 3:14-cv-00852-REP-GBL-BMK |

**STIPULATION REGARDING EXHIBITS**

  The parties hereby stipulate that the following exhibits are authentic and admissible and may be admitted at trial without further need for proof or evidence:

- Plaintiffs' Proposed Trial Exhibits (Dkt. 76-1): P-001 to P-068, inclusive; and

- Defendant-Intervenors' Proposed Trial Exhibits (Dkt. 79-1): DI-0001 to DI-0012; DI-0014 to DI-0016; DI-0022; DI-0028 to DI-0034; DI-0037 to DI-0091; DI-0093 to DI-0099.

Plaintiffs have either objected to, or otherwise reserved potential objections to, Defendant-Intervenors' Proposed Trial Exhibits DI-0013, DI-0017 to DI-0021, DI-0023 to DI-0027, DI-0035, DI-0036, DI-0092, and DI-100.  *See* Dkt. 81.

Defendant-Intervenors have withdrawn, and reserve the right to use as demonstratives, Defendant-Intervenors' Proposed Trial Exhibits DI-056, DI-057, and DI-066 to DI-090.  Plaintiffs reserve potential objections to use of these withdrawn exhibits as demonstratives at trial.

DATED: July 1, 2015

By:  /s/ Anthony F. Troy
Anthony F. Troy (VSB No. 05985)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
SunTrust Center
919 East Main Street
Suite 1300
Richmond, VA 23219
Tel:  (804) 788-7740
atroy@eckertseamans.com

*Attorneys for Defendants*

By:  /s/ Aria C. Branch
Aria C. Branch (VSB No. 83682)
PERKINS COIE, LLP
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Tel:  (202) 654-6338
Abranch@perkinscoie.com

*Attorneys for Plaintiffs*

By:  /s/ Jennifer M. Walrath
Jennifer M. Walrath (VSB No. 75548)
Katherine L. McKnight (VSB No. 81482)
BAKER & HOSTETLER LLP
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036

Tel:  (202) 861-1500
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com

*Attorneys for Intervenor-Defendants*

**CERTIFICATE OF SERVICE**

On July 1, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Jennifer Marie Walrath<br>Katherine Lea McKnight<br>Baker & Hostetler LLP (DC)<br>1050 Connecticut Ave NW<br>Suite 1100<br>Washington, DC 20036<br>202-861-1702<br>Fax: 202-861-1783<br>jwalrath@bakerlaw.com<br>kmcknight@bakerlaw.com | Jeffrey P. Brundage<br>Daniel Ari Glass<br>Kathleen Angell Gallagher<br>Eckert Seamans Cherin & Mellott LLC<br>1717 Pennsylvania Ave NW, Suite 1200<br>Washington, D.C. 20006<br>202-659-6600<br>Fax: 202-659-6699<br>jbrundage@eckertseamans.com<br>dglass@eckertseamans.com<br>kgallagher@eckertseamans.com |
| Effrem Mark Braden<br>Baker & Hostetler LLP (DC-NA)<br>Washington Square<br>Suite 1100<br>Washington, DC 20036<br>202-861-1504<br>Fax: 202-861-1783<br>mbraden@bakerlaw.com | Godfrey T. Pinn, Jr.<br>Harrell & Chambliss LLP<br>Eighth and Main Building<br>707 East Main Street<br>Suite 1000<br>Richmond, VA 23219<br>gpinn@hclawfirm.com |
| Of counsel:<br><br>Dale Oldham, Esq.<br>1119 Susan St.<br>Columbia, SC 29210<br>803-772-7729<br>dloesq@aol.com<br><br>*Attorneys for Intervenor-Defendants* | Anthony F. Troy<br>Eckert Seamans Cherin & Mellott LLC<br>707 East Main Street<br>Suite 1450<br>Richmond, Virginia 23219<br>804-788-7751<br>Fax: 804-698-2950<br>ttroy@eckertseamans.com<br><br>*Attorneys for Defendants* |

By */s/ Aria C. Branch*
   Aria C. Branch (VSB No. 83682)
   Perkins Coie LLP
   700 13th St. N.W., Suite 600
   Washington, D.C. 20005-3960

Phone: (202) 654-6338
Fax: (202) 654-9106
Abranch@perkinscoie.com


*Attorneys for Plaintiffs*