# Exhibit A

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Golden Bethune-Hill, et al. | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff(s) | ) Civil No.: 3:14-cv-00852-REP-GBL-BMK |
| | ) |
| v. | ) |
| | ) |
| Virginia State Board of Elections, et al. | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## AFFIDAVIT OF SERVICE

I, Sharon Condrey, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Trial Subpoena and Witness fee check in the amount of $40.00 in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That on June 13, 2015 at 10:00 AM, I served Delegate Jennifer McClellan with the Trial Subpoena and Witness fee check in the amount of $40.00 at 1821 Park Avenue, Richmond, Virginia 23220 by serving Delegate Jennifer McClellan, personally.

Delegate Jennifer McClellan is described herein as:
Gender: Female   Race/Skin: White   Hair: Black   Glasses: Yes   Age: 35   Height: 5'4"   Weight: 150

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

6-23-15
Executed on:

Sharon Condrey
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 15-124252

Client Reference: N/A