# Exhibit B

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Golden Bethune-Hill, et al. )<br>)<br>)<br>)<br>**Plaintiff(s)** )<br>)<br>v. )<br>Virginia State Board of Elections, et al. )<br>)<br>)<br>**Defendant(s)** ) | Civil No.: 3:14-cv-00852-REP-GBL-BMK |

## AFFIDAVIT OF SERVICE

I, Sharon Condrey, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Trial Subpoena and Witness fee check in the amount of $40.00 in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That on June 12, 2015 at 3:15 PM, I served Senator Rosalyn R. Dance with the Trial Subpoena and Witness fee check in the amount of $40.00 at 1748 West Clara Drive, Petersburg, Virginia 23803 by serving Senator Rosalyn R. Dance, personally.

Senator Rosalyn R. Dance is described herein as:
Gender: Female    Race/Skin: Black    Hair: Black    Age: 55    Height: 5'6"    Weight: 180

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

6-19-15
Executed on:

Sharon Condrey
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 15-124249                                              Client Reference: N/A