# Exhibit C

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Golden Bethune-Hill, et al.<br><br>**Plaintiff(s)**<br><br>v.<br><br>Virginia State Board of Elections, et al.<br><br>**Defendant(s)** | Civil No.: 3:14-cv-00852-REP-GBL-BMK |

## AFFIDAVIT OF SERVICE

I, Lisa Fisher, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Trial Subpoena and Witness fee check in the amount of $40.00 in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That on June 12, 2015 at 3:04 PM, I served Ward Armstrong with the Trial Subpoena and Witness fee check in the amount of $40.00 at 1 Walnut Street, Martinsville, Virginia 24114 by serving Ward Armstrong, personally.

Ward Armstrong is described herein as:
Gender: Male    Race/Skin: White    Hair: Black    Glasses: Yes    Age: 50    Height: 5'6"    Weight: 145

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

6/18/15
Executed on:

Lisa Fisher
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 15-124255                                                                                                    Client Reference: N/A