# Exhibit D

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>VIRGINIA STATE BOARD OF ELECTIONS, *et al.*,<br><br>　　　　　Defendants,<br><br>v.<br><br>VIRGINIA HOUSE OF DELEGATES, *et al.*,<br><br>　　　　　Intervenor-Defendants. | Civil Action No. 3:14-cv-00852-REP-GBL-BMK |

**ACCEPTANCE OF SERVICE OF SUBPOENA**

I, Jennifer M. Walrath, having been being duly authorized by John Morgan to do so, hereby accept service of a Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action, issued by Aria C. Branch of Perkins Coie LLP, on behalf of Plaintiffs in this matter on June 25, 2015 (a copy of which is attached hereto) to John B. Morgan.

DATED: June 29, 2015　　　　　　　　**BAKER & HOSTETLER, LLP**

　　　　　　　　　　　　　　　　　　　By _/s/ Jennifer M. Walrath_
　　　　　　　　　　　　　　　　　　　Jennifer M. Walrath
　　　　　　　　　　　　　　　　　　　Washington Square, Suite 1100
　　　　　　　　　　　　　　　　　　　1050 Connecticut Avenue, N.W
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　(202) 861-1500
　　　　　　　　　　　　　　　　　　　jwalrath@bakerlaw.com