# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants. | Civil Action No. 3:14-cv-00852-REP-GBL-BMK |

## NOTICE OF FILING OF CONFORMED SET OF DESIGNATED DISCOVERY

Pursuant to the Initial Pretrial, Scheduling and Discovery entered in this matter on March 3, 2015 (Dkt. 35) (the "Order"), Plaintiffs and Defendant-Intervenors ("the Parties") hereby submit as exhibits to this notice a conformed set of all designated discovery in the above-referenced matter.  Order at ¶11(e).  The Parties' designated discovery consists of the following three exhibits: (1) the Parties' designations of the transcript of Christopher M. Marston's deposition testimony as Exhibit A; (2) the Parties' designations of the transcript of Delegate Roslyn C. Tyler's deposition testimony as Exhibit B; and (3) Plaintiffs' designations of Defendant-Intervenors' Responses to Plaintiffs' Amended First Requests for Admission to Intervenor-Defendants as Exhibit C.

Dated: July 2, 2015

Respectfully Submitted,

| | |
|---|---|
| */s/ Aria C. Branch* | */s/ Katherine L. McKnight* |
| John K. Roche (VSB# 68594) | E. Mark Braden (*pro hac vice*) |
| Marc Erik Elias (*pro hac vice*) | Jennifer M. Walrath (VSB No. 75548) |
| Bruce V. Spiva (*pro hac vice*) | Katherine L. McKnight (VSB No. 81482) |
| Elisabeth C. Frost (*pro hac vice*) | Richard B. Raile (VSB No. 84340) |
| Aria C. Branch (VSB # 83682) | BAKER HOSTETLER LLP |
| PERKINS COIE LLP | 1050 Connecticut Ave NW, Suite 1100 |
| 700 Thirteenth Street, N.W., Suite 600 | Washington, DC 20036 |
| Washington, D.C.  20005-3960 | Tel: (202) 861-1500 |
| Telephone: 202.434.1627 | Fax: (202) 861-1783 |
| Facsimile:  202.654.9106 | mbraden@bakerlaw.com |
| jroche@perkinscoie.com | jwalrath@bakerlaw.com |
| | kmcknight@bakerlaw.com |
| Kevin J. Hamilton (*pro hac vice*) | rraile@bakerlaw.com |
| Abha Khanna (*pro hac vice*) | |
| Ryan Spear (*pro hac vice*) | Of Counsel: |
| William B. Stafford (*pro hac vice*) | |
| PERKINS COIE LLP | Dalton L. Oldham, Esq. |
| 1201 Third Avenue, Suite 4900 | 1119 Susan Street |
| Seattle, WA  98101-3099 | Columbia, SC 29210 |
| Telephone: 206.359.8000 | Phone: (803)772-7729 |
| Facsimile:  206.359.9000 | dloesq@aol.com |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker William J. Howell* |

## CERTIFICATE OF SERVICE

On July 2, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jennifer Marie Walrath
Katherine Lea McKnight
Baker & Hostetler LLP (DC)
1050 Connecticut Ave NW
Suite 1100
Washington, DC 20036
202-861-1702
Fax: 202-861-1783
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com

Effrem Mark Braden
Baker & Hostetler LLP (DC-NA)
Washington Square
Suite 1100
Washington, DC 20036
202-861-1504
Fax: 202-861-1783
mbraden@bakerlaw.com

Of counsel:

Dale Oldham, Esq.
1119 Susan St.
Columbia, SC 29210
803-772-7729
dloesq@aol.com

*Attorneys for Intervenor-Defendants*

Jeffrey P. Brundage
Daniel Ari Glass
Kathleen Angell Gallagher
Eckert Seamans Cherin & Mellott LLC
1717 Pennsylvania Ave NW, Suite 1200
Washington, D.C. 20006
202-659-6600
Fax: 202-659-6699
jbrundage@eckertseamans.com
dglass@eckertseamans.com
kgallagher@eckertseamans.com

Godfrey T. Pinn, Jr.
Harrell & Chambliss LLP
Eighth and Main Building
707 East Main Street
Suite 1000
Richmond, VA 23219
gpinn@hclawfirm.com

Anthony F. Troy
Eckert Seamans Cherin & Mellott LLC
707 East Main Street
Suite 1450
Richmond, Virginia 23219
804-788-7751
Fax: 804-698-2950
ttroy@eckertseamans.com

*Attorneys for Defendants*

By */s/ Aria C. Branch*
Aria C. Branch (VSB # 83682)
**PERKINS COIE LLP**
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: 202.434.1627
Facsimile: 202.654.9106
abranch@perkinscoie.com

*Attorneys for Plaintiffs*