# Exhibit A



Transcript of **CHRISTOPHER MICHAEL MARSTON**

**Date:** May 18, 2015

**Case:** BETHUNE-HILL, ET AL v. VIRGINIA STATE BOARD OF ELECTIONS, ET AL

Planet Depos
Phone: 888-433-3767
Fax: 888-503-3767
Email: transcripts@planetdepos.com
Internet: www.planetdepos.com

Worldwide Court Reporting | Interpretation | Trial Services

1

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE EASTERN DISTRICT OF VIRGINIA

3                  RICHMOND DIVISION

4     ------------------------------------x

5     GOLDEN BETHUNE-HILL, et al.,        :

6              Plaintiffs,               :

7        v.                              : Civil Action No.

8     VIRGINIA STATE BOARD OF ELECTIONS,  : 3:14-cv-852

9     et al.,                            : REP-GBL-BMK

10             Defendants,               :

11        and                            :

12    VIRGINIA HOUSE OF DELEGATES, et al.,:

13          Intervenor-Defendants.     :

14    ------------------------------------x

15

16         Deposition of CHRISTOPHER MICHAEL MARSTON

17                  Washington, DC

18               Monday, May 18, 2015

19                    9:51 a.m.

20    Job No.: 81719

21    Pages: 1 - 154

22    Reported By: Dawn M. Hart, Notary Public, RPR/RMR/CRR

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

28

9        Q    Have you had other consulting-type

10   arrangements with any other Virginia Republican

11   entities other than what we just talked about in the

12   2009 time frame?

13        A    I have.

14        Q    Can you describe that for me?

15        A    I've had additional independent contractor

16   relationships with the House Republican Caucus as well

17   as with Dominion Leadership Trust, which is a

18   Political Action Committee of the Speaker of the

19   Virginia House of Delegates.

20        Q    I think you said an independent

21   contractor -- you have been an independent contractor

22   for the House Republican Caucus?

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

29

1      A    Either in my personal capacity or through

2  Election CFO, yes.

3      Q    During what time frame was that, or is that?

4      A    We've not had a contract with a term length,

5  but I've received compensation for performing work for

6  them at various times from 2009 to 2013 to the best of

7  my recollection.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

30

1      Q     Tell me more about the 2009 to 2013 period

2   and your role as a contractor with the House

3   Republican Caucus.  What were you engaged to do?

4      A     For most of 2009 I was engaged in political

5   work assisting with the election campaign in November

6   of 2009.

7            In 2010 I supported the members during the

8   legislative session.  I began to do some work relating

9   to redistricting in 2010.  That was primarily what I

10  was occupied with during the legislative session in

11  2011.

12           After that time, I continued to provide both

13  office holder and candidate support in various

14  capacities for several more years.

15     Q     Tell me what your role was in terms of the

16  2011 redistricting.

17     A     I was responsible for retaining a team of

18  consultants supporting members in their activities

19  related to planning for and executing redistricting

20  and passing a plan.

21

22

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

31

1    BY MR. SPIVA:

2         Q    So let me ask you, who retained you to

3    provide the services you were just describing?

4         A    The Speaker of the House was responsible for

5    offering me a position and making the decision to

6    retain me.

7         Q    Is that Speaker Howell?

8         A    Correct.

9         Q    Were you retained in your personal capacity,

10   or were you retained through one of the entities we've

11   been talking about?

12        A    At times I was compensated through one of

13   the entities and at times personally.

14        Q    When you say one of the entities --

15        A    Election CFO.

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

32

1

2

3      Q     Your employer being the House Republican

4   Caucus you mean?

5      A     Or related entities, yes.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015



38

1

2

3

4

5       Q     Who did you work for mainly?

6       A     I worked mostly with Delegate Chris Jones

7    and Delegate Rob Bell.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

47

1

2

3

4

5

6

7        Q    How did you determine whether a minority

8    group or minority groups would have a lesser

9    opportunity to elect a candidate of their choice?

10       A    We didn't have a hard-and-fast rule to

11   determine that.  As with many things in the law, it's

12   a bit of a judgment call.

13            I don't recall how many court decisions I

14   read, but I couldn't get the same answer out of all of

15   them as to what I needed to do, so we did our best and

16

17

18

19

20

21

22

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

48

16      Q      Did you do any other data analysis or

17   gathering other than creating a list of the 100

18   districts and the racial composition in terms of

19   trying to determine whether there would be

20   retrogression?

21      A      I gathered, but never used, information

22   about election contests that featured a Black and a

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

49

1    White candidate.

2        Q    Why did you gather that data about election

3    contests that featured a Black and a White candidate?

4        A    At NCSL conferences and similar places I

5    heard about something called racial block voting

6    analysis, which I couldn't really describe for you

7    except that it's about racial block voting, and I knew

8    that that data was required to complete such an

9    analysis and if that's something the members wanted to

10   be able to do, I wanted to make sure I had the

11   information to support them.

12

13

14

15

16

17

18

19

20

21

22

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

50

8      Q    I think that you said that you gathered but

9  didn't use the information about election contests

10  that featured a Black and a White candidate.

11           Did you do any type of a racial block voting

12  analysis?

13      A    No.

14      Q    When I say "you," again I want to include in

15  that you or the consultants that were working with

16  you.

17           Did anybody in that group perform a racial

18  block voting analysis?

19      A    Not to my knowledge.

20      Q    Do you know why that was not done?

21      A    I do not.

22      Q    Did anybody request that you gather this

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

51

1    information about the election contest that featured

2    Black and White candidates?

3         A    Not to my recollection.

4         Q    That was something that you did on your own

5    initiative?

6         A    Yes.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

54

1          Did anyone ever ask you to actually run an

2    analysis once you had gathered the data regarding

3    Black and White candidates?

4          A    No.

5          Q    Did you ever ask anyone that you were

6    working with in this redistricting process whether

7    they wanted that type of analysis done?

8          A    No.  I'm sorry, I may have asked, no one

9    ever did.

10          Q    Did anyone ever explain to you why they

11    didn't want that type of analysis done?

12          A    No.

13

14

15

16

17

18

19

20

21

22

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

57

17     Q    What was the purpose of gathering

18  information concerning whether any election featured a

19  Black and a White candidate?

20     A    As we discussed recently, I collected data

21  in case someone wanted to use that information to

22  conduct a racial block voting analysis.

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

58

1      Q     Was that something you thought might be

2   necessary in order to comply with the Voting Rights

3   Act?

4      A     I knew some people used that analysis as

5   part of their overall analysis of redistricting.  I

6   wanted to be prepared in case the members asked me to

7   have that information available.

8      Q     I think you testified before that the racial

9   block voting analysis was not in fact ever done?

10      A     Not to my knowledge.

20      Q     Did you do anything with that information?

21      A     I don't believe I did.  I do recall

22   contacting other people to supplement that

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

59

1    information.  I'm not exactly sure what might have

2    been incomplete or whether I was just asking people to

3    recheck, but ...

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

61

3          You've said that a racial block voting

4    analysis was not, to your knowledge at least, in fact

5    done, correct?

6          A    Correct.

10         Q    Are you aware of any ecological regression

11   having been done with respect to voting patterns in

12   Virginia?

13         A    I am not.

17         Q    I assume the answer is the same, that to

18   your knowledge, no ecological inference analysis was

19   done with respect to Black and White voting patterns

20   in Virginia?

21         A    Not to my knowledge.

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

64

1

2

3

4

5      Q    I assume, to your knowledge, Mr. Ellis never

6   did actually perform a racial block voting analysis?

7      A    To my knowledge, he did not.

8

9

10

11     Q    I take it from your earlier answers that the

12  same is true of him, that to your knowledge,

13  Clark Bensen never performed a racial block voting

14  analysis?

15     A    Correct.

16

17

18

19

20

21

22

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

65

1

2

3

4

5

6

7

8

9

10      Q    You state in the first paragraph, "I would

11   appreciate your help.  As part of the analysis

12   required for compliance with the Voting Rights Act, we

13   need to review results from contested elections in

14   which a Black candidate and a White candidate

15   participated."

16          What analysis required for compliance with

17   the Voting Rights Act are you referring to in that

18   e-mail?

19      A    I'm not referring to anything that's

20   required.  I -- this was the same project I was

21   working on in gathering that data, but my statement

22   that it was required for compliance is likely -- was

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

66

1    likely written to ensure that I got a response.

2         Q    Understood.

3              So I take it from that, though, that you're

4    referring to this racial block voting analysis?

5         A    Correct.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

68

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21          Q     In the e-mail you state, "I'm still with

22     Speaker Howell and I'm supporting the Caucus on

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

69

1    redistricting.  To comply with the Voting Rights Act,

2    we have to do some statistical analysis.  One of the

3    things we need to look at is election returns from

4    races in which both Black and White candidates

5    competed."

6            I take it from our earlier discussion that

7    here you're referring again to -- the statistical

8    analysis you're referring to is the racial block

9    voting analysis?

10       A    Yes.

11       Q    Let me just ask this, were you intending to

12   include anything else other than racial block voting

13   analysis when you say "to comply with the Voting

14   Rights Act we have to do some statistical analysis"?

15       A    I don't have any particular recollection.  I

16   know for purposes of this e-mail that was the analysis

17   I was concerned with.

18

19

20

21

22

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

70

8        Q    I take it the answer is still the same with

9   respect to this, that this statistical analysis --

10   racial block voting analysis, this was never actually

11   done?

12        A    That's correct, to my knowledge.

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

73

4       Whose e-mail address is that?

5    A    Dale Oldham.

6       It appears that I sent it to one of his

7  e-mail addresses and either it bounced because I had

8  it wrong or he requested that I send it to another

9  one, and so I forwarded it to that address.

10   Q    The subject is race data.

11       What kind of race data is this referring to?

12   A    Based on the name of the attachment and the

13  text, it appears to be about the June 2009 Democratic

14  primary in which Betsy Carr was a candidate.

15   Q    Was this part of the data that you'd been

16  collecting for this potential racial block voting

17  analysis?

18   A    Probably, but I don't have a specific

19  recollection.

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

75

4      Q    Let me hand you what will be marked as

5   Exhibit 9.

6           (Exhibit 9 was marked for identification and

7   is attached to the transcript.)

8      Q    Mr. Marston, this is an e-mail that appears

9   to be from you to J.R. Hoeft?

10      A    Hoeft.

11      Q    It is dated 3/18/2011.  Subject:  Help with

12   redistricting research.

13           Is that an e-mail that you sent to Mr. Hoeft

14   on 3/18/2011?

15      A    It is.

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

76

9      Q    -- "I'm working on the racial voting

10   analysis for Voting Rights Act compliance.  I've got

11   to figure out races in which both Black and White

12   candidates both competed.  I'm almost done but I've

13   got two Hampton Roads races that I haven't been able

14   to figure out."

15          First question is, the racial voting

16   analysis or Voting Rights Act compliance that you

17   referred to here, I assume that's the same thing we've

18   been talking about, this potential racial block voting

19   analysis?

20      A    It is.

21      Q    When you say "I'm working on the racial

22   voting analysis," what did you mean by that?

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

77

1       A    That I was collecting data to support it if

2  it needed to be done.

3       Q    Was there anybody on your team that was -- I

4  understand to your knowledge it wasn't actually ever

5  done, but was there anybody on your team that was

6  tasked with doing it at some point?

7       A    I was not tasked and I did not task anyone.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

88

16      Q    I know you already said that you never did a

17    racially polarized voting analysis and weren't aware

18    of one having been done, but I want to ask you a

19    slightly broader question, which is, did you undertake

20    to evaluate in any way the ability of the minority

21    community in majority-minority districts to be able to

22    elect the candidates of their choice?

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

89

1      A    There was no sort of standard statistical

2   test we applied.  You know, we eyeballed it.

3      Q    In terms of eyeballing, what were you

4   looking for?

5      A    That there weren't dramatic changes in the

6   makeup of populations and districts.

7

8

9

10

11

12

13      Q    Do you recall whether there was an approach

14   that you or your group that was working on

15   redistricting took in instances where the BVAP had

16   fallen since the previous redistricting?

17      A    Our general approach was to work on, you

18   know, balancing population between districts

19   generally.  I don't recall a specific approach that we

20   said, okay, on this particular one we should do it

21   this particular way.

22      Q    Was there any sense that the

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

90

1    majority-minority districts in Virginia, that they

2    needed to maintain a certain percentage BVAP?

3         A    We didn't have any particular threshold or

4    rule that we applied.  We knew dropping to 30 would be

5    bad, but we didn't have a particular threshold.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20         Q    Did anyone ever tell you that the

21    minority-majority [sic] districts would need to

22    achieve at least a 55 percent BVAP to comply with the

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

91

1    Voting Rights Act?

2         A    No.

3

4

5

6

7         Q    I take it from that, that you never told

8    anyone that at least a 55 percent BVAP was necessary

9    in the majority-minority districts in order to comply

10   with the Voting Rights Act?

11        A    I did not.

12        Q    Was that your understanding, that at least a

13   55 percent BVAP would be necessary in the

14   majority-minority districts in order to prevent

15   retrogression?

16        A    No.

17

18

19

20

21

22

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

94

6      Q    Do you recall whether each of the

7   majority-minority districts met a certain threshold in

8   terms of BVAP percentage after you locked them in?

9      A    I don't.

10      Q    What other considerations did you discuss in

11   terms of locking in the majority-minority districts?

12      A    I don't have a specific recollection.  We

13   generally applied the House's redistricting principles

14   to everything, but I don't have a specific

15   recollection.

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

120

16      A    It was the election results from the 2008

17    presidential primary.

18      Q    Why were you all collecting or reviewing

19    that data?

20      A    We were interested in all of the data that

21    would give us an indication of the political

22    propensity of a given precinct or district.

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

121

1      Q    For instance, were you reviewing the

2   demographic breakdown of the vote from the 2008

3   presidential election?

4      A    No, we don't collect that data in Virginia,

5   so we can't review it.

6      Q    I see.

7           Were you reviewing the partisan breakdown of

8   the vote?

9      A    Yes, absolutely.  Although this was a

10  presidential primary, they were all Republican votes,

11  we were reviewing which candidate received how many

12  votes.

13     Q    What was the purpose of reviewing that type

14  of data?

15     A    The candidates in the 2008 presidential

16  primary fell along the spectrum of least conservative

17  to most conservative, and it was informative to us to

18  see which area supported the most conservative or the

19  least conservative or somewhere in the middle.

20

21

22

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

122

16          A     Before you do that, can I add to the answer

17     that I gave you about presidential primary data?

18          Q     Sure.

19          A     In addition to being useful as to which

20     candidate was supported, the turnout data was

21     relevant.  If a Republican presidential primary has a

22     high turnout in one county, low turnout in another

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

123

1    county, that tells us something important about the

2    political sway of the county.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

134

6      Q    Do you recall any other plans with a 13-seat

7  majority-minority district?

8      A    I believe that other plans besides the

9  Commission's were drawn and proposed that had 13

10  majority-minority districts, but I don't recall them

11  with any specifics.

12      Q    This talks about reducing the number of

13  County and City splits.

14          Do you know whether that is in comparison to

15  the benchmark plan, or is that in comparison to the

16  2011 plan that was ultimately passed?

17      A    I have a reasonably high degree of

18  confidence it was the benchmark plan because the House

19  plan had not -- I don't believe the House plan had

20  been released at this point, and when they say

21  "current plan," I believe that means the benchmark.

22      Q    Did you conclude that you feasibly could

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

135

1    have created 13 African-American majority districts?

2         A    Yes.

3         Q    And did you recommend doing that?

4         A    I'm sorry.  I concluded that it was

5    certainly possible to create 13 majority-minority

6    districts, in the sense that there was at least a

7    majority of Black voting population, which is

8    50 percent plus 1.  This demonstrates you can do it

9    with more than one.  But my conclusion was, yes, you

10   could draw 13 majority-minority districts.

11        Q    And did you recommend doing that?

12        A    I did not.

13        Q    And this option, I take it, was ultimately

14   rejected?

15        A    All of the Commission's options were

16   rejected.

17        Q    Why was this option in particular rejected?

18        A    There wasn't a particular consideration

19   individually of each Commission recommendation; they

20   were all rejected because they didn't accomplish the

21   political objectives of the Caucus, which was to elect

22   more Republicans.

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

136

1          Q     Was there any consideration of whether the

2     Voting Rights Act required the adoption of 13

3     majority-minority districts if feasible?

4          A     Yes.

5          Q     What was the conclusion in that regard?

6          A     The Commission reached the same legal

7     conclusion that we did, which is that it's not

8     required under the non-retrogression standard.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

154

1        CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2        I, Dawn M. Hart, the officer before whom the

3    foregoing deposition was taken, do hereby certify that

4    the foregoing transcript is a true and correct record

5    of the testimony given; that said testimony was taken

6    by me stenographically and thereafter reduced to

7    typewriting under my direction; that reading and

8    signing was not requested; and that I am neither

9    counsel for, related to, nor employed by any of the

10    parties to this case and have no interest, financial

11    or otherwise, in its outcome.

12        IN WITNESS WHEREOF, I have set my hand and

13    affixed my notarial seal this 26th day of May 2015.

14    My Commission Expires:

15    May 31, 2015

16

17    _____

18    NOTARY PUBLIC IN AND FOR THE

19    DISTRICT OF COLUMBIA

20

21

22