# Exhibit B

# In The Matter Of:

*Golden Bethune-Hill, et al. v.*
*Virginia State Board of Elections, et al.*

---

*Delegate Roslyn C. Tyler*
*May 19, 2015*

---



208 E. Plume Street, Suite 214
Norfolk, Virginia 23510
*tel:* 757 627 6554  *fax:* 757 625 7077
*email:* info@zahncourtreporting.com

*Original File 051915kw-tyler.txt*
*Min-U-Script® with Word Index*

```
 1              UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
 2                   RICHMOND DIVISION

 3

 4   GOLDEN BETHUNE-HILL,          )
     et al.,                       )
 5                                 )
         Plaintiffs,               )
 6                                 )Civil Action No.
     v.                            )3:14-cv-852-REP-GBL-BMK
 7                                 )
     VIRGINIA STATE BOARD          )
 8   OF ELECTIONS, et al.,         )
                                   )
 9       Defendants,               )
                                   )
10   AND                           )
                                   )
11   VIRGINIA HOUSE OF             )
     DELEGATES, et al.,            )
12                                 )
         Intervenor-Defendants.    )
13

14

15

16        DEPOSITION UPON ORAL EXAMINATION OF

17            DELEGATE ROSLYN C. TYLER

18      TAKEN ON BEHALF OF THE PLAINTIFFS

19              RICHMOND, VIRGINIA

20                 MAY 19, 2015

21

22

23

24      Reported by:  Kimberly A. Watrous, RPR

25
```



ZAHN
COURT REPORTING
www.zahncourtreporting.com

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25        Q     How would you describe the shape of your
```



1  districts and its boundaries?

2       A    Well, it's not an easy district to follow.

3       Q    When you say it's not easy to follow, do

4  you mean it has very irregular borders?

5       A    That's right.  Very irregular borders.

6       Q    Do you think it's a compact district?

7       A    I wouldn't say that.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25       Q    Now, does your district include any



1   prisons?

2        A    Yes.  I have I believe five prisons in my

3   district.

4        Q    You said five prisons?

5        A    Uh-huh.

6        Q    Are you certain of that number?

7        A    Let me count them.  Sussex, one; Sussex,

8   two; Greensville; Deerfield; Brunswick.  Five.

9        Q    Do you know the locations of all those

10  prisons?

11       A    Yes.

12       Q    Have you visited those prisons?

13       A    Most of them I have.

14       Q    How many people are in those prisons

15  collectively?

16       A    I think I looked awhile back.  I looked at

17  projection about 5,000.  I'm not sure.  I think it

18  was around that ballpark.

19       Q    Do you know when that was you looked into

20  that number?

21       A    Probably in, not the last election, but

22  the previous election.  So 2011.

23       Q    In 2011, you think the prison population

24  was in the ballpark of about 5,000?

25       A    Yeah.



**Delegate Roslyn C. Tyler**                    26

1

2

3          Q     Do you know the BVAP of the prisoners in

4     your district?

5          A     No.

6          Q     Have you ever tried to calculate that?

7          A     No.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
1

2

3

4

5

6

7

8

9

10

11

12

13

14

15        Q    Let's say you didn't count any prisoners

16   in your district in calculating the BVAP of your

17   districts.  What would the BVAP of your district be

18   then?

19        A    If you didn't count prisons?

20        Q    Yeah.  Correct.

21        A    I don't know how much it would be, but I'm

22   quite sure my district numbers would probably be

23   more.

24        Q    I'm sorry?

25        A    I was saying that my district numbers
```



 1   would probably be more.  I don't know what it would

 2   be.

 3        Q    When you say your district numbers would

 4   be more --

 5        A    If you -- I guess I'm getting it wrong.

 6   Well, because the prison population is included in

 7   the census.

 8        Q    Correct.

 9        A    So that's there.  But as far as voting

10   percentage, it wouldn't be a significant increase

11   because they can't vote.

12        Q    So are you saying that, if we subtracted

13   all of the prisoners from the calculations, it

14   wouldn't change the BVAP of your district

15   significantly?

16        A    It would.

17        Q    It would?  In what way?

18        A    I guess with counting the number of

19   persons that would be eligible to vote, it would

20   have an impact.

21        Q    So it would reduce the number of people

22   who are of voting age?

23        A    That's right.

24        Q    Would it reduce the number of black people

25   of voting age?



www.zahncourtreporting.com

**Delegate Roslyn C. Tyler**                                31

1        A    Yes.

2        Q    Do you think it would reduce significantly

3   the black voting age population in the district as a

4   whole?

5        A    As a whole.

6        Q    Do you know how much?

7        A    I don't know.

8        Q    Have you ever tried to calculate that?

9        A    No.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



**Delegate Roslyn C. Tyler**                    41

 1

 2        Q    No.  Sorry.  I probably didn't speak

 3   clearly.  I said racially polarized voting analysis.

 4   And what I'm referring to there -- and this is my

 5   personal understanding; different lawyers might have

 6   a different understanding -- is it's a statistical

 7   analysis of racial voting patterns.  And the point

 8   of it is to determine whether, for example, white

 9   people in one district vote similarly or differently

10   to black people in the same district.

11        A    No.

12        Q    So you didn't perform any such analysis?

13        A    No.

14        Q    Of your district or any other district?

15        A    Not that I can recall.  Because my

16   district probably changed from a Democratic

17   performance district to a more Republican district.

18        Q    Do you mind if I ask why you say that, how

19   you know that?

20        A    I say that because the further you go out

21   west, it's more a Republican district, more so than

22   what I had initially.

23        Q    I see.

24        A    So my frame of mind that I knew I was

25   going out into a more Republican district by going



1  out west.

2       Q    I see.  But it sounds like -- and correct

3  me if I'm wrong -- you didn't do any statistical

4  analysis to determine whether, in fact, moving your

5  district out west made it more Republican.  That was

6  just --

7       A    Observation and knowing the district.

8       Q    Observation, gut feeling --

9       A    And knowing the district.  And knowing

10 where you had to go to pick up the numbers as far as

11 population.

12      Q    Okay.  But, again, no formal analysis

13 performed to determine the political change?

14      A    No.

15      Q    Okay.  Thank you.

16           And did anyone ever show you any such

17 analysis of the political changes in your district?

18      A    No.

19      Q    Do you know if anybody performed such an

20 analysis?

21      A    No, sir.

22

23

24

25



**Delegate Roslyn C. Tyler**                    55

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21          Now, Delegate Tyler, during the 2010
22   redistricting cycle, did anyone ever tell you that
23   there's a predetermined fixed BVAP level that all
24   the majority-minority districts had to have?
25          A    No.   I've heard the percentage 55 percent
```



**Delegate Roslyn C. Tyler**                          56

1    tossed around.  But then Chris Jones, with his

2    conversations, he always talked about plus and

3    minus.  I forgot whether it was 5 or 1 percent.  But

4    that plus-5 or plus-or-minus-1 deviation, that's

5    what I've heard most of the time during the process.

6         Q    So when you say plus-or-minus-1 deviation,

7    that sounds like you're talking about population

8    equality?

9         A    Yes.  That's what I heard most of the time

10   during the process.

11        Q    Thanks.  Then you also said you also heard

12   the number 55 percent with respect to BVAP?

13        A    I heard 55 percent.  I don't know if it

14   was related to BVAP or not.  I heard that

15   percentage.

16        Q    Who did you hear that 55 percent from?

17        A    Just overall, because there was some

18   discussion and in caucus and stuff, and they was

19   talking about a 55 percent.  But when it came to

20   drawing the lines, they was more deviation stuff

21   than anything else.

22

23

24

25



1

2     Q    Okay.  Well, you said you just heard about

3  the 55 percent threshold from many people.  Do you

4  remember specifically talking about it?

5     A    Well, when you're talking to Lionell or

6  someone, they would say maybe 55 percent.  But when

7  you talk to Chris Jones, he talked about the

8  population deviation.

9     Q    So Chris Jones never said anything to you

10 about a 55 percent BVAP threshold?

11    A    No.

12    Q    Did Lionell Spruill say something to you

13 about that?

14    A    Lionell talked about it in discussion

15 about 55 percent.  But what that meant, I don't know

16 what it meant.  But my conversation was more the

17 percentage deviation, plus and minus of 5 or

18 whatever it was.

19    Q    So when Delegate Spruill talked to you

20 about this 55 percent figure, you're saying you

21 didn't understand what he was talking about?

22    A    Not as far as population.  He just kept

23 talking about 55 percent.

24    Q    Uh-huh.  And what did you think he meant

25 by 55 percent?



 1        A     Well, Democratic performance.

 2        Q     You thought Delegate Spruill was talking

 3   about --

 4        A     More Democratic performance.  More so than

 5   black minority voters.

 6        Q     So just to be clear, when you talked to

 7   Delegate Spruill about this 55 percent figure, did

 8   he explain to you that it was a criteria or a

 9   requirement to apply to all the majority-minority

10   districts?

11        A     No.

12        Q     Okay.  So how did he characterize the

13   figure to you?

14        A     Well, he would just talk about the number

15   of districts as far as Democrats.

16        Q     Okay.  So just to make sure I have this

17   straight, and tell me if this is correct.  You

18   talked to Lionell Spruill on some occasions?

19        A     Uh-huh.

20        Q     The 55 percent figure came up?

21        A     Uh-huh.

22        Q     And you thought that he was talking about

23   Democratic performance of majority-minority

24   districts?

25        A     Yes.  Democratic performance.



1          Q    So you never understood the 55 percent to

2     refer to minority voting strength?

3          A    No.



```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25        Q    So I'll read now:
```



**Delegate Roslyn C. Tyler**                              61

1              Delegate Tyler:  Yes, sir.  Thank you,

2   Mr. Chairman, members of the committee.  I'm

3   Delegate Roslyn Tyler.  One thing that I would like

4   the committee to take into consideration as you look

5   at the redistricting lines is -- also, as you look

6   at the population for minority districts, I would

7   also like you to look at the voting population in

8   minority districts as well.  Because even though you

9   might draw minority districts that may be 55 percent

10  or more, but we need to actually look at the voting

11  numbers in each direct.  And I would just like to

12  recommend that to the committee because, as a

13  minority legislator representing the district, it's

14  not always included.  And I guess I'm in great

15  concern because my district includes five prison

16  populations.  The population is there, but my voter

17  population is not.  So I ask you just to take that

18  into consideration.

19              Did I read that correctly?

20      A     That's correct.

21      Q     Do you think that's what you said on that

22  date?

23      A     I believe so.  I've always been concerned

24  about the prison population in my district but

25  not -- it always looked like you have more people



**Delegate Roslyn C. Tyler**                    62

1   voting than actually are voting because of the

2   population, including the prison population.

3        Q    Uh-huh.  But you're not talking about

4   55 percent Democratic performance here, are you?

5        A    Democratic -- well, 55 percent voter

6   population.

7        Q    Right.  Just to make sure I understand.

8   55 percent black voting age population is what that

9   figure refers to here, correct?

10        A    Yes.

11

12

13

14

15

16

17        Q    So again -- and I don't want to put words

18   in your mouth.  Tell me if I'm wrong.  Are you

19   saying that, in your mind, black voting age

20   population is the same as Democratic performance?

21   In other words, there's a one-to-one correspondence?

22        A    What I'm saying is most of the time blacks

23   vote Democratic.  So 55 percent of the population.

24   And that's what I said here.  Draws minority

25   population with 55 percent.



```
 1        Q    Right.  So just to be clear.  Sorry to

 2   interrupt you.  Just to be clear, what you're

 3   referring to here, though, is 55 percent black

 4   voting age population?

 5        A    Yes.

 6        Q    You don't say 55 percent Democratic

 7   votes --

 8        A    55 percent population, correct.

 9        Q    -- correct?

10             So does that refresh your memory that

11   maybe you did talk to folks about a 55 percent black

12   voting age population --

13        A    Correct.

14        Q    -- threshold?

15        A    Yes.

16

17

18

19        Q    Right.  But in your mind, the purpose of

20   ensuring 55 percent BVAP was to help Democrats be

21   elected?

22        A    Democratic performance, yes.  That's

23   correct.

24

25
```



**Delegate Roslyn C. Tyler**                    65

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10      Q    So I'm going to read the first paragraph
11  to you here.  This is from Chris Jones to G. Paul
12  Nardo.
13           It says:  GP, I followed up with Jennifer
14  McClellan this afternoon, and she reconfirmed that
15  the request of Kirk Showalter, Richmond Register,
16  exceeded the 55 percent threshold when they did on
17  the second floor for all affected districts and that
18  she would have never requested it if it didn't.  I'm
19  not sure what got lost in translation, but the good
20  news is it is fixed now, and Jennifer will explain
21  the Senate amendment on floor Monday if needed.
22           Did I read that correctly?
23      A    Correct.
24      Q    So when Delegate Jones is referring to the
25  55 percent threshold here --
```



```
 1          A     Yes.
 2          Q     -- do you agree that he's referring to
 3     that 55 percent BVAP threshold that we just
 4     discussed?
 5          A     Yes.
 6          Q     So is it fair to read that message as
 7     meaning that Delegate Jones thought there was a,
 8     quote, 55 percent threshold for BVAP in the
 9     majority-minority districts?
10          A     Yes.
11          Q     You do agree with that?
12          A     Uh-huh.
13          Q     And is that consistent with your
14     understanding during the redistricting process and
15     what you heard during the process?
16          A     Yes.
17
18
19
20
21
22
23
24
25
```



**Delegate Roslyn C. Tyler**                    67

1

2              You recall that we looked at your comments

3    at the April 4, 2011, public hearing.  And you

4    explained that you were talking about a 55 percent

5    BVAP floor.  And then we looked at this message,

6    this email message from Chris Jones to Paul Nardo,

7    and you saw that Chris Jones uses the phrase

8    "55 percent threshold"?

9         A    Uh-huh.

10        Q    Do you agree with that?

11        A    I agree.

12        Q    And that he is talking about a 55 percent

13   threshold for black voting age population, or BVAP,

14   in the majority-minority districts, correct?

15        A    Correct.

16        Q    At the end I asked you if that was

17   consistent with your understanding that there was a

18   predetermined 55 percent threshold for BVAP in all

19   of the majority-minority districts; is that correct?

20        A    I don't know whether it was 55 percent for

21   all minority districts, but 55 percent is what I

22   heard.

23        Q    55 percent is the figure you heard.  Let

24   me make sure I understand the distinction you're

25   drawing there.  Are you saying --



 1        A     I don't know whether it was for every

 2    black representative or not, but that was the number

 3    that was floating, 55 percent.

 4        Q     Okay.  So you weren't sure if -- so I

 5    think what you're saying is you agree that there was

 6    a 55 percent threshold or quota --

 7        A     Uh-huh.

 8        Q     -- but you're not sure if it was applied

 9    to every district?

10        A     That's right.

11        Q     Some districts?

12        A     Some districts.  But I don't know whether

13    all black minority districts.  But like I said, that

14    was the percentage, 55 percent or the plus and

15    minus.

16        Q     Uh-huh.

17        A     That's the term that you kept hearing, the

18    numbers that you kept hearing all the time.

19        Q     Okay.  And the 55 percent number you

20    heard, you remembered hearing it from Delegate

21    Spruill, correct?

22        A     Yeah.

23

24

25



**Delegate Roslyn C. Tyler**                                69

1         Q    Okay.  Is it fair to say, though, that you

2    heard it so much that it seemed to be a matter of

3    common knowledge, at least amongst people who

4    represented the majority-minority districts?

5         A    Probably so.  I guess it's correct to say

6    that.  It was common knowledge.

7         Q    So if you walked up to another delegate

8    and said, I don't know about this 55 percent thing,

9    they would probably know what you were talking

10   about?

11        A    They probably would, yeah.

12

13

14

15

16

17

18

19

20

21

22

23

24

25



**Delegate Roslyn C. Tyler**                           70

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16      Q      Thank you.  I would like to direct your

17  attention to page 26, line 21, and this is Delegate

18  Dance speaking as we just discussed.  Again, you

19  understand Delegate Dance is former Delegate Dance?

20      A      Yes.

21      Q      She's now Senator Dance?

22      A      Correct.

23      Q      Delegate Dance says:  I can tell you that,

24  if we don't -- whatever redistricting plan comes

25  out, if we don't have at least a 55 percent variance



**Delegate Roslyn C. Tyler**                    71

 1  as far as minorities, then we don't really stand

 2  much of a chance to be able to live up to what the

 3  Department of Justice says we have a right to have.

 4  And that also impacts the whole state of Virginia as

 5  far as how things have to be shifted.

 6          Did I read that correctly?

 7     A    Correct.

 8     Q    So do you agree that here Senator Dance is

 9  saying that all majority-minority districts had to

10  have at least 55 percent BVAP?

11     A    Correct.

12     Q    And is that consistent with your

13  understanding that there was a predetermined

14  55 percent BVAP level at least for some districts?

15     A    Right.

16

17

18

19

20

21

22

23

24

25



**Delegate Roslyn C. Tyler**                                   72

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23      Q    I'm going to read to you again.

24            Delegate Jones says:  Mr. Speaker, I'd

25   said to the gentleman of the plans that have been



**Delegate Roslyn C. Tyler**                    73

1  submitted and/pr circulated around that were

2  complete and total plans, the plan that is before

3  you, in my opinion, fully complies with the Voting

4  Rights Act as 55 percent or higher, which is

5  testimony that we heard during the public hearings

6  of percentage voting age population.

7           Do you see that?

8    A    Yes.

9    Q    Did I read that correctly?

10   A    Correct.

11   Q    So do you agree that Delegate Jones is

12  saying that the Voting Rights Act requires

13  55 percent or higher, quote, percentage voting age

14  population?

15   A    Yes.

16   Q    Is that consistent with your understanding

17  that, in drawing the new map, Delegate Jones adopted

18  a policy under which all the majority-minority

19  districts had to have at least 55 percent BVAP?

20   A    Yes.

21   Q    And he did that it seems because he

22  thought the Voting Rights Act required it, correct?

23   A    Correct.

24

25



www.zahncourtreporting.com

1

2

3

4

5

6

7

8

9

10

11        Q    So just to tie this one off, from the

12   documents we've looked at, do you think it's pretty

13   fair to say that there was, at least in Delegate

14   Jones' mind, a requirement that all the

15   majority-minority districts had to have at least

16   55 percent BVAP?

17        A    Yes.

18

19

20

21

22        Q    And was it your understanding that this

23   55 percent minimum or quota was also applied to the

24   drawing of your district?  In other words, did

25   Delegate Jones try to make sure that you had at



1  least 55 percent BVAP in your district?

2      A    I don't know whether he was trying to do

3  it for my district or -- I'm talking about my

4  district.  I don't know whether he was trying to

5  make it for my district or not, because most of my

6  conversations was with Delegate Spruill and Delegate

7  Dance.

8      Q    Uh-huh.  Did you talk with them about

9  needing to get your district above 55 percent BVAP?

10     A    I talked to them more about the 55 percent

11  BVAP or percentage, but more about the contiguous of

12  my district -- of having more of my own district

13  rather than new territory.  That was most of my

14  conversation back and forth.

15     Q    Okay.  But in those conversations with

16  Delegates Dance and Spruill, did either they or you

17  talk about whether your district was going to be

18  over 55 percent black voting age population?

19     A    I think -- I think more so with Spruill.

20     Q    Okay.  So you did have those conversations

21  with Delegate Spruill?

22     A    Yeah.  As far as conversation of.  Again,

23  we was referring to Democratic performance.  And it

24  could have been he was talking about 55 percent, but

25  I was talking about 55 percent Democratic



www.zahncourtreporting.com

**Delegate Roslyn C. Tyler**                    78

 1   performance district.

 2          Q    Okay.

 3          A    And I say that because we was talking

 4   about Democratic district versus Republican district

 5   and that you had to have a 55 percent performance,

 6   Democratic performance, district.  My mind wasn't at

 7   55 percent minority voters.  My mind was at

 8   55 percent Democratic performance district.

 9          Q    Where do you think Delegate Spruill's mind

10   was in that conversation?

11          A    Like you said, his mind could have been

12   55 percent population, because, again, he was on --

13   him and Dance were on the electoral committee.

14

15

16

17

18

19

20

21

22

23

24

25



**Delegate Roslyn C. Tyler**                    79

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22       Q    And what did you tell him you didn't like

23    about your district?

24       A    Well, I didn't like the way my district

25    went out west more so than I thought it could have



```
 1   been -- my district is three hours long.  So I was

 2   discontent with my district being three hours long.

 3        Q    That's one of the reasons you said you

 4   think it's not a compact district?

 5        A    That's right.  And three hours long is a

 6   long district.

 7

 8

 9

10

11

12

13

14

15        Q    Did you ever discuss this 55 percent BVAP

16   threshold with Delegate Jones?

17        A    No.

18        Q    No?  No memory of that?

19        A    (Witness shook head.)

20

21

22

23

24

25
```



ZAHN
COURT REPORTING
www.zahncourtreporting.com

Delegate Roslyn C. Tyler                          83

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19          Q     That's okay.

20          A     But our district goes against each other,

21   butts up.  His is the next district next to mine.

22   And there was some discussion about trying to

23   make -- about precincts that was going to be split

24   or something.  But, uh-uh, we didn't have a meeting.

25          Q     Let me ask you about Nottoway.  Am I



 1    pronouncing that correctly?

 2         A    That's right.  I don't have that district.

 3    That's Delegate Wright's.

 4         Q    What is Nottoway, a precinct?

 5         A    Uh-uh.  It's a county.

 6         Q    So when Delegate Jones says "we made

 7    Nottoway whole," what does he mean?

 8         A    He didn't split the county.

 9         Q    It remains one person's district?

10         A    That's right.

11         Q    And who -- which district is that?

12         A    Delegate Wright's.  And then I took in the

13    existing precincts that were within Lunenburg and

14    Hounds Creek and Rosebud.  Part of those are in my

15    district.

16         Q    And those ended up in your district in the

17    final map; is that correct?

18         A    That's correct.  So he was trying not to

19    split the counties.  But it wasn't no meeting.  It

20    was just a discussion of areas that he was trying

21    not to split counties --

22         Q    I understand.

23         A    -- and just trying to keep them whole.

24         Q    Okay.  Fair enough.

25              And then on lines 10 through 13, Delegate



1   Jones mentions that there's a couple -- he says,

2   quote:  A couple of trades of precincts in the

3   Sussex and Southampton areas between the 64th and

4   the 75th.

5           Did I read that correctly?

6       A    Yes.

7       Q    And the 75th is your district, correct?

8       A    75th is my district.

9       Q    So what was the purpose of those trades of

10  precincts?

11      A    It was just the way that it was trying to

12  make the line I guess a little bit more congruent

13  with the 64th district, because I split Southampton

14  and Sussex with another delegate.

15      Q    Uh-huh.  So were these trades intended to

16  increase the number of African-Americans in your

17  district?

18      A    I think it was done to not split precincts

19  in the area.

20      Q    Okay.  So you don't think it had anything

21  to do with voting age population?

22      A    No.

23      Q    Or the population of African-Americans in

24  your district?

25      A    No.



1

2          MR. SPEAR:  I'm handing the court reporter

3      a document that she will mark as Exhibit 12.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1        Q      And the title is -- subject is HD61-HD75

2   Dale's Options?

3        A      Uh-huh.

4        Q      And it has two attachments titled -- the

5   first one is DLO-Southside-3.pdf, and the second one

6   is DLO-Southside-2.pdf.

7        A      Uh-huh.

8        Q      I'm going to read the message to you.  It

9   says, quote:  Someone's having trouble following

10  directions.  Here are the two options that Dale

11  proposes, neither of which fully address Tyler's

12  concerns.  I'll try and generate another one that

13  gets it done without dropping the percent BVAP too

14  low.

15             Did I read that correctly?

16       A      Yes.

17       Q      Now, where it says, Here are the two

18  options that Dale proposes, do you know who Dale is?

19       A      No.

20       Q      Could it be Attorney Dale Oldham?

21       A      I don't have the faintest idea.

22       Q      Okay.  Do you see where it says, Neither

23  of which fully address Tyler's concerns?

24       A      Uh-huh.

25       Q      Are they referring to you, Delegate Tyler?



1        A     They could be.  Well, I'm the only

2   Delegate Tyler if it's Delegate Tyler.  Uh-huh.

3        Q     Well, let me ask you this.  Had you raised

4   some concerns with Delegate Jones about your

5   district around this time?

6        A     I had raised some concerns with --

7   about -- again about the length in district of my

8   area.

9

10

11

12

13        Q     Had you raised any concerns about the

14   percentage of BVAP in your district?

15        A     I had -- I was concerned about the

16   decrease in number of black people in my district.

17        Q     You were concerned about the decrease in

18   number of black people in your district?

19        A     Yes.

20        Q     And you raised that concern with Delegate

21   Jones?

22        A     I don't know whether it was Delegate Jones

23   or Lionell.  But I had that conversation with

24   Lionell, because Lionell did a lot of the

25   communications.  I didn't talk a lot to Chris Jones.



**Delegate Roslyn C. Tyler**                    89

1   I always talked to Delegate Spruill or Delegate

2   Dance, because those are the ones who was supposed

3   to be helping us draw our lines.  So I didn't do a

4   lot of immediate talking to Delegate Jones.

5         Q    I understand.  So is it your testimony

6   that you recall talking to Delegate Spruill about

7   concerns about the number of black people in your

8   district?

9         A    Yes.

10        Q    And it appears from this email he passed

11  those on to Delegate Jones?

12        A    Yes.

13

14

15

16

17

18

19

20

21

22        Q    Uh-huh.  To be real specific, was your

23  concern that the number of black people of voting

24  age in your district was too low?

25        A    Yes.



**Delegate Roslyn C. Tyler**                                    90

```
 1          Q     Is that what the concern was?

 2          A     Yeah.

 3          Q     And why did you think it was too low?

 4          A     Well, when -- in discussion, I didn't know

 5     the percentage or the lower percentage, and I was

 6     concerned of when they say 55 percent, that my

 7     district have 55 percent.  And so that was my thing,

 8     that my district have 55 percent or not, because I

 9     was going out into a more Republican district.  So

10     then what was my percentage of minority.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1              CERTIFICATE OF REPORTER/NOTARY PUBLIC

 2

 3   COMMONWEALTH OF VIRGINIA AT LARGE, to-wit:

 4

 5        I, KIMBERLY A. WATROUS, RPR, the officer before

 6   whom the foregoing deposition was taken, do hereby

 7   certify that the foregoing transcript is a true and

 8   correct record of the testimony given by

 9   DELEGATE ROSLYN C. TYLER on May 19, 2015; that said

10   testimony was taken by me stenographically and

11   thereafter reduced to typewritten form under my

12   direction; that reading and signing was not

13   requested; and that I am neither counsel for,

14   related to, nor employed by any of the parties to

15   this case and have no interest, financial or

16   otherwise, in its outcome.

17        IN WITNESS WHEREOF, I have hereunto set my hand

18   and affixed my notarial seal this 28th day of May,

19   2015, at Norfolk, Virginia.

20

21

22   _____
                                    
23   Kimberly A. Watrous, RPR
     Notary Reg. No. 195088
24   My commission Expires 09-30-18

25
```



www.zahncourtreporting.com