# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

GOLDEN BETHUNE-HILL, *et al.*,

        Plaintiffs,

    v.

VIRGINIA STATE BOARD OF
ELECTIONS, *et al.*,

        Defendants.

Civil Action No. 3:14-cv-00852-REP-GBL-BMK

## DEFENDANT-INTERVENORS' RESPONSES TO PLAINTIFFS' AMENDED FIRST REQUESTS FOR ADMISSION TO INTERVENOR-DEFENDANTS

Defendant-Intervenors the Virginia House of Delegates and Virginia House of Delegates Speaker William J. Howell ("Defendant-Intervenors"), through their counsel, and pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Local Civil Rule 26(C) of the United States District Court Eastern District of Virginia, and the Initial Pretrial, Scheduling, and Discovery Order entered on March 2, 2015 ("Discovery Order"), hereby state the following responses to Plaintiffs' Amended First Requests for Admission to Intervenor-Defendants (the "Amended Requests for Admission").

## RESPONSES

Intervenor-Defendants respond to the Amended Requests for Admission as follows:

**Request for Admission No. 2:**  Admit that avoiding retrogression was a factor in drawing all or some of the challenged districts during the 2011 Virginia Redistricting.

**Response:**  Defendant-Intervenors can neither admit nor deny because "retrogression" is not a defined term.

**Supplemental response:**  Admitted, provided that "retrogression" is defined to mean the denial or abridgement of the right to vote by virtue of a "voting qualification or prerequisite to voting, or standard, practice, or procedure with respect to voting that has the purpose of or will have the effect of diminishing the ability of any citizen of the United States on account of race or color, or in contravention of the guarantee set forth in [42 U.S.C.] section 1973b(f)(2) . . . to elect their preferred candidates of choice . . . ."  42 U.S.C. § 1973c(b).

Dated: June 4, 2015                Respectfully submitted,

VIRGINIA HOUSE OF DELEGATES
AND VIRGINIA HOUSE OF DELEGATES
SPEAKER WILLIAM J. HOWELL

By Counsel

*/s/ Jennifer M. Walrath*
E. Mark Braden (*pro hac vice*)
Jennifer M. Walrath (VSB No. 75548)
Katherine L. McKnight (VSB No. 81482)
Richard B. Raile (VSB No. 84340)
BAKER HOSTETLER LLP
1050 Connecticut Avenue, NW Suite 1100
Washington, DC  20036
Telephone:   202.861.1500
Facsimile:   202.861.1783
mbraden@bakerlaw.com
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com
rraile@bakerlaw.com

Of counsel:

Dalton L. Oldham, Esq.
1119 Susan St.
Columbia, SC  29210
Telephone:  803-772-7729
dloesq@aol.com

*Attorneys for the Virginia House of Delegates and*
*Virginia House of Delegates Speaker William J. Howell*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2015, the foregoing Defendant-Intervenors'

Responses to Plaintiffs' Amended First Requests for Admission to Defendant-Intervenors was

served by agreement by electronic mail on the following counsel of record:

John Roche
Aria Christine Branch
Bruce Van Spiva
Elisabeth Frost
Marc Elias
PERKINS COIE LLP
700 13th Street, NW
Washington, DC  20005
jroche@perkinscoie.com
abranch@perkinscoie.com
bspiva@perkinscoie.com
efrost@perkinscoie.com
melias@perkinscoie.com

Kevin Hamilton
Ryan Spear
William Stafford
Abha Khanna
PERKINS COIE LLP
1201 Third Ave. Suite 4800
Seattle, WA  98101
khamilton@perkinscoie.com
rspear@perkinscoie.com
wstafford@perkinscoie.com
akhanna@perkinscoie.com

*Attorneys for Plaintiffs*

Anthony F. Troy
ECKERT SEAMANS CHERIN & MELLOTT, LLC
SunTrust Center
919 East Main Street
Suite 1300
Richmond, VA  23219
ttroy@eckertseamans.com

Jeffrey P. Brundage
Daniel Ari Glass
Kathleen Angell Gallagher
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue, N.W. Suite 1200
Washington, DC  20006
jbrundage@eckertseamans.com
dglass@eckertseamans.com
kgallagher@eckertseamans.com

Godfrey T. Pinn, Jr.
HARRELL & CHAMBLISS LLP
Eighth and Main Building
707 East Main Street Suite 1000
Richmond, VA  23219
gpinn@hclawfirm.com

*Attorneys for Defendants*

/s/  Jennifer M. Walrath
E. Mark Braden (*pro hac vice*)
Jennifer M. Walrath (VSB No. 75548)
Katherine L. McKnight (VSB No. 81482)
Richard B. Raile (VSB No. 84340)
BAKER HOSTETLER LLP
1050 Connecticut Avenue, N.W. Suite 1100
Washington, D.C.  20036
Tel.:  202-861-1680
Fax:  202-861-1783
mbraden@bakerlaw.com
jwalrath@bakerlaw.com
kmcknight@bakerlaw.com
rraile@bakerlaw.com

*Attorneys for the Virginia House of Delegates and
Virginia House of Delegates Speaker William J. Howell*