IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number **3:14-cv-00852**, Case Name **Bethune Hill et al v. Virginia State Board of Elections etc**
Party Represented by Applicant: **Defendant – Intervenors**

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) **Dalton Lamar Oldham Jr.**
Bar Identification Number **12979**   State **SC**
Firm Name **Dalton L. Oldham LLC**
Firm Phone # **803-772-7729**   Direct Dial # **803-237-0886**   FAX # _____
E-Mail Address **dloesq@aol.com**
Office Mailing Address **1119 Susan St., Columbia S.C.**

Name(s) of federal court(s) in which I have been admitted **Southern District of Texas**

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not **✓** a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)   **7/2/15** (Date)
**Jennifer M. Walrath**
(Typed or Printed Name)   **75548** (VA Bar Number)

FILED
JUL - 7 2015
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Court Use Only:
Clerk's Fee Paid **✓** or Exemption Granted _____
The motion for admission is GRANTED **X** or DENIED _____

/s/ *R2P*
(Judge's Signature) Robert E. Payne
Senior United States District Judge

July 6, 2015
(Date)