# CIVIL BENCH TRIAL PROCEEDINGS Day 1

Date:     7/7/15          Case No:     3:14cv852-REP-GBL-BMK          Commenced: 10:02
                                                                      Lunch Recess:   1:00 -2:00
Before the Honorable: Judge Payne, Judge Lee, Circuit Judge Keenan    Court Reporter(s): Peppy
                                                                      Peterson and Norman Linnell
                                                                      Case Concluded:   5:03

| PARTIES | COUNSEL |
|---|---|
| GOLDEN BETHUNE-HILL, et al., Plaintiffs vs. VIRGINIA STATE BOARD OF ELECTIONS, et al., Defendants | Aria Branch, Bruce Spiva, Kevin Hamilton |
| | Tony Troy, Dan Glass, Godfrey Pin |
| vs. VIRGINIA HOUSE OF DELEGATES, et al., Intervenor-Defendants | Mark Braden, Jennifer Walrath, Kate McKnight |

Opening statements – heard.

Plaintiffs adduced evidence.

Case Continued To:     7/8/15   10:00 a.m.          For     Day 2 of bench trial