# CIVIL BENCH TRIAL PROCEEDINGS Day 2

Date: 7/8/15     Case No: 3:14cv852-REP-GBL-BMK     Commenced: 10:00
Lunch Recess: 12:58 - 2:01

Before the Honorable: **Judge Payne, Judge Lee, Circuit Judge Keenan**     Court Reporter(s): **Peppy Peterson and Norman Linnell**
Case Concluded: 5:00

| PARTIES | COUNSEL |
|---|---|
| **GOLDEN BETHUNE-HILL, et al., Plaintiffs** vs. **VIRGINIA STATE BOARD OF ELECTIONS, et al., Defendants** vs. **VIRGINIA HOUSE OF DELEGATES, et al., Intervenor-Defendants** | Aria Branch, Bruce Spiva, Kevin Hamilton<br><br>Tony Troy, Dan Glass, Godfrey Pin<br><br>Mark Braden, Jennifer Walrath, Kate McKnight |

Plaintiffs cont'd. to adduce evidence, requested the Court to take notice of the stipulation filed as docket 80 and corrected to be docket [83], the Court noted it in open court, and Plaintiff rested.

Counsel confirmed that there is no rule on witnesses for this trial.

Defendant Intervenors adduced evidence.

Case Continued To:     7/9/15   10:00 a.m.     For     Day 3 of bench trial