# CIVIL BENCH TRIAL PROCEEDINGS Day 3

Date: 7/9/15    Case No: 3:14cv852-REP-GBL-BMK    Commenced: 10:00
Lunch Recess: 1:00-2:00

Before the Honorable: Judge Payne, Judge Lee, Circuit Judge Keenan    Court Reporter(s): Peppy Peterson and Norman Linnell
Case Concluded: 5:05

| PARTIES | COUNSEL |
|---|---|
| **GOLDEN BETHUNE-HILL, et al., Plaintiffs** | Aria Branch, Bruce Spiva, Kevin Hamilton |
| vs. **VIRGINIA STATE BOARD OF ELECTIONS, et al., Defendants** | Tony Troy, Dan Glass, Godfrey Pin |
| vs. **VIRGINIA HOUSE OF DELEGATES, et al., Intervenor-Defendants** | Mark Braden, Jennifer Walrath, Kate McKnight |

Plaintiffs noted that a request for the Court's notice on the record yesterday should have been with regard to docket [83] instead of "80." Plaintiffs asked that previously-filed deposition designations be admitted – granted; all are admitted per Judge Payne. (Note: Plaintiffs submitted a binder to deputy clerk that was marked "Joint Exhibit 1" w/ no objection by Defendant Intervenors).

Defendant Intervenors cont'd. to adduce evidence.

Plaintiffs called one rebuttal witness out of order and offered 2 rebuttal exhibits. Obj. to in part by Defendant Intervenors.

Case Continued To: Monday 7/13/15   10:00 a.m.    For    Day 4 of bench trial