# CIVIL BENCH TRIAL PROCEEDINGS Day 4

Date:     7/13/15          Case No:     3:14cv852-REP-GBL-BMK          Commenced: 10:03
                                                                       Lunch Recess:   1:00 -2:03
Before the Honorable: Judge Payne, Judge Lee, Circuit Judge Keenan     Court Reporter(s): Peppy Peterson and Norman Linnell
                                                                       Case Concluded:   3:54

| PARTIES | COUNSEL |
|---|---|
| GOLDEN BETHUNE-HILL, et al., Plaintiffs vs. VIRGINIA STATE BOARD OF ELECTIONS, et al., Defendants | Aria Branch, Bruce Spiva, Kevin Hamilton |
|  | Tony Troy, Dan Glass, Godfrey Pin |
| vs. VIRGINIA HOUSE OF DELEGATES, et al., Intervenor-Defendants | Mark Braden, Jennifer Walrath, Kate McKnight |

Deft-Intervenors cont'd. to adduce evidence and rested.

Pltffs adduced rebuttal evidence.

Closing arguments and question period with the Panel of Judges – held.

Trial concluded.

Counsel reviewed exhibits to be kept by the Clerk's Office and signed an agreement that will be filed.

Case Continued To: _____ For _____