IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> VIRGINIA STATE BOARD OF ELECTIONS, et al., <br><br> Defendants, <br><br> v. <br><br> VIRGINIA HOUSE OF DELEGATES, et al., <br><br> Intervenor-Defendants. | Civil Action No. 3:14-cv-00852-REP-GBL-BMK |

### PLAINTIFFS' WITNESS LIST

I. PLAINTIFFS' WITNESS LIST

Plaintiffs Golden Bethune-Hill, Christa Brooks, Chauncey Brown, Atoy Carrington, Davinda Davis, Alfreda Gordon, Cherrelle Hurt, Tavarris Spinks, Mattie Mae Urquhart, Vivian Williamson, Sheppard Roland Winston, and Thomas Calhoun ("Plaintiffs") reserve the right to call the following witnesses at trial:

4. 1. **Professor Stephen Ansolabehere:** Professor Ansolabehere has been designated as an
7-7-15 + 7-8-15 expert witness and will testify about the matters addressed in his expert reports.

3. 2. **Ward Armstrong:** Mr. Armstrong is a former delegate in the Virginia House of
7-7-15 Delegates. He will testify about the 2010-11 redistricting process in the House of Delegates and related matters.

2. 3. **Rosalyn Dance:** Ms. Dance is a former delegate in the Virginia House of Delegates and
7-7-15 currently serves as a senator in the Virginia Senate. She will testify about the 2010-11 redistricting process in the House of Delegates and related matters.

1. 4. **Jennifer McClellan:** Ms. McClellan is a delegate in the Virginia House of Delegates.
7-7-15 She will testify about the 2010-11 redistricting process in the House of Delegates and related matters.