# Defendant-Intervenors' Trial Exhibit List
*Bethune-Hill v. Virginia State Board of Elections*, No. 3:14-cv-852

| TX No. | Pages | Bates Range | Doc Type | Date | Description |
|---|---|---|---|---|---|
| DI-001 | 64 | None. | Transcript | 12/2/2010 | Redistricting Public Hearing, Virginia Senate Privileges and Elections Redistricting Subcommittee - Portsmouth, VA |
| DI-002 | 1 | HOD013443 | Vote Roll | 4/5/2011 | House of Delegates Vote on HB 5001 |
| DI-003 | N/A | HOD000007 | Video | 4/6/11 | 2011 Special Session I Virginia House of Delegates Redistricting Floor Debates |
| DI-004 | 25 | None. | Transcript | 4/6/2011 | 2011 Special Session I Virginia House of Delegates Redistricting Floor Debates |
| DI-005 | 1 | HOD013440 | Vote Roll | 4/6/2011 | House of Delegates Vote on HB 5001 |
| DI-006 | N/A | *Jones* HOD000012 | Video | 4/25/11 | 2011 Special Session I Virginia House of Delegates Redistricting Floor Debates |
| DI-007 | 28 | *Jones* None. | Transcript | 4/25/11 | 2011 Special Session I Virginia House of Delegates Redistricting Floor Debates |
| DI-008 | 1 | HOD013441 | Vote Roll | 4/27/2011 | House of Delegates Vote on HB 5005 |
| DI-009 | 1 | HOD013442 | Vote Roll | 4/28/2011 | House of Delegates Vote on HB 5005 |
| DI-010 | 1 | HOD013152 | Legislative History | 4/15/2011 | Governor's Veto of HB 5001 |
| DI-011 | 2 | HOD013149-HOD013150 | Legislative History | 3/19/2015 | Division of Legislative Services Summary of Legislative Activity for HB 5001 |
| DI-012 | 1 | HOD013156 | Legislative History | 3/19/2015 | Division of Legislative Services Summary of Legislative Activity for HB 5005 |
| DI-013 | 3 | None. | Guidance | 1/18/2001 | Guidance Concerning Redistricting and Retrogression Under Section 5 of the Voting Rights Act, as Amended, 42 U.S.C. 1973c, 66 Fed. Reg. 5412 (Jan. 18, 2001) |
| DI-014 | 86 | *Hofeller* None. | Expert Report | 4/10/2015 | Declaration of Thomas Brooks Hofeller, Ph. D. |
| DI-015 | 36 | *Hood* None. | Expert Report | 4/10/2015 | Declaration of M.V. Hood III |
| DI-016 | 31 | *Katz, Anso be here in rebuttal* None. | Expert Report | 4/10/2015 | Expert Report for Bethune-Hill v. Virginia State Board of Elections by Jonathan N. Katz |
| DI-017 | 23 | None. | Article | 1/1/2010 | Joshua Fougere, Stephen Ansolabehere, and Nathaniel Persily, *Partisanship, Public Opinion, and Redistricting*, 9 Election L.J. 325 (2010) |
| DI-018 | 52 | None. | Article | 4/2/2010 | Stephen Ansolabehere et al., *Race, Region, and Vote Choice in the 2008 Election: Implications for the Future of the Voting Rights Act*, 123 Harvard Law Review 1385 (April 2010) |
| DI-019 | 14 | *Jones* None. | Article | 1/1/2012 | Stephen Ansolabehere, James M. Snyder, Jr., *The Effects of Redistricting on Incumbents*, 11 Election L.J. 490 (2012) |
| DI-020 | 46 | None. | Article | 9/6/2012 | Stephen Ansolabehere et al., *Asking about Numbers: Why and How\**, Political Analysis (Sept. 6, 2012) |
| DI-021 | 16 | None. *Katz* | Article | 4/26/2013 | Charles Stewart III, Nathan Persily & Stephen Ansolabehere, *Regional Differences in Racial Polarization in the 2012 Presidential Election: Implications for the Constitutionality of Section 5 of the Voting Rights Act*, 126 Harv. L. Rev. F. 205 (Apr. 26, 2013) |

# Defendant-Intervenors' Trial Exhibit List
*Bethune-Hill v. Virginia State Board of Elections*, No. 3:14-cv-852

| TX No. | Pages | Bates Range | Doc Type | Date | Description |
|---|---|---|---|---|---|
| DI-022 | 1 | None. | Letter | 4/15/2015 | Letter from Nelson D. Hermilla, Chief, Freedom of Information/Privacy Acts Branch, Civil Rights Division, US Department of Justice, to Rebecca Clark, Legal Researcher, BakerHostetler, regarding her March 26, 2015 Freedom of Information Act request. |
| DI-023 | 295 | VSBE 000042-VSBE005832 *(selected pages)* | Documents | 4/15/2015 | Excerpts from DOJ FOIA Response Sub. 2011-1805: Memoranda of Telephonic Communications (redacted as per TX DI-022) and Written Comments |
| DI-024 | 2 | VSBE 005591-VSBE 005592 | Memorandum | 5/26/2011 | Excerpt from DOJ FOIA Response Sub. 2011-1805: Memorandum of Telephonic Communication (redacted as per TX DI-022) |
| DI-025 | 3 | None. | News | 4/28/2011 | "Senators close to deal on redistricting plan" by Chelyen Davis for The Free Lance-Star, Fredericksburg, VA |
| DI-026 | 1 | None. | Submission | 7/22/1991 | 1991 Commonwealth of Virginia Preclearance Submission |
| DI-027 | 1 | None. | Submission | 5/2/2001 | 2001 Commonwealth of Virginia Preclearance Submission |
| DI-028 | 1 | None. | Press Release | 2/3/2011 | U.S. Census Bureau News – U.S. Census Bureau Delivers Virginia's 2010 Census Population Totals, Including First Look at Race and Hispanic Origin Data for Legislative Redistricting *Available at: https://www.census.gov/2010census/news/releases/operations/cb11-cn16.html* |
| DI-029 | N/A | None. | Data | Undated | Block Assignment File - 2001 House Plan |
| DI-030 | N/A | None. | Data | Undated | Block Assignment File - HB 5001 |
| DI-031 | N/A | None. | Data | Undated | Block Assignment File - HB 5002 |
| DI-032 | N/A | None. | Data | Undated | Block Assignment File - HB 5003 |
| DI-033 | N/A | None. | Data | Undated | Block Assignment File - HB 5005 |
| DI-034 | 7 | None. | Data | Undated | Compilation of Data: Reprecincting in the City of Richmond |
| DI-035 | 54 | HOD012319-HOD012372 | Report | 9/1/2001 | An Evaluation of the Geographic Compactness and Contiguity of Virginia's 2001 House of Delegates and Senate Districts, Expert Report of Gerald R. Webster, in *Wilkins v. Gilmore* |
| DI-036 | | None. | Report | 00/00/2001 | Expert Report of James Loewen, in *Wilkins v. Gilmore* |
| DI-037 | 7 | HOD013129-HOD013135 | Table/Chart | 3/8/2011 | Current House of Delegates Districts: District Population Summary, Demographic Population Totals, and Voting Age Population Totals |
| DI-038 | 11 | HOD013137-HOD013147 | Table/Chart | 3/12/2013 | HB 5005 Population Totals, Racial Demographics, Voting Age Population, and Election Data |
| DI-039 | 3 | HOD013291-HOD013293 | Table/Chart | 4/9/2015 | Maptitude Standardized Report: Population by District for HB 5005 as Enacted |
| DI-040 | 3 | HOD013294-HOD013296 | Table/Chart | 4/9/2015 | Maptitude Standardized Report: Population Summary by District for Current 2010 |

Handwritten annotations in margins:
- Next to DI-027: "obj", "2 pp. not obj. to per Pltff.", "Ansolabehere, J", "Res[..]"
- Next to DI-028: "A", "Jones"
- Next to DI-035: "objs.", "technical", "withdrawn", "Hofeller", "WD", "X"
- Next to DI-036: "objs sustained", "Heard twice w/ witness Jones", "X"
- Next to DI-037: "A", "Jones"

# Defendant-Intervenors' Trial Exhibit List

*Bethune-Hill v. Virginia State Board of Elections,* No. 3:14-cv-852

| TX No. | Pages | Bates Range | Doc Type | Date | Description |
|---|---|---|---|---|---|
| DI-041 | 3 | HOD013300-HOD013302 *Jones* | Table/Chart | 4/9/2015 | Maptitude Standardized Report: Population Summary by District for HB 5001 as Introduced by Delegate Jones |
| DI-042 | 3 | HOD013303-HOD013305 | Table/Chart | 4/9/2015 | Maptitude Standardized Report: Population Summary by District for HB 5001 House Substitute |
| DI-043 | 3 | HOD013309-HOD013311 | Table/Chart | 4/9/2015 | Maptitude Standardized Report: Population Summary by District for HB 5001 Senate Substitute |
| DI-044 | 3 | HOD013312-HOD013314 | Table/Chart | 4/9/2015 | Maptitude Standardized Report: Population Summary by District for HB 5001 as Passed Senate |
| DI-045 | 3 | HOD013318-HOD013320 | Table/Chart | 4/9/2015 | Maptitude Standardized Report: Population Summary by District for HB 5002 |
| DI-046 | 3 | HOD013324-HOD013326 | Table/Chart | 4/9/2015 | Maptitude Standardized Report: Population Summary by District for HB 5003 |
| DI-047 | 3 | HOD013327-HOD013329 | Table/Chart | 4/9/2015 | Maptitude Standardized Report: Population Summary by District for HB 5005 as Introduced by Delegate Jones |
| DI-048 | 3 | HOD013342-HOD013344 | Table/Chart | 4/9/2015 | Maptitude Standardized Report: Population Summary by District for HB 5001 Conference |
| DI-049 | 3 | HOD013345-HOD013347 | Table/Chart | 4/9/2015 | Maptitude Standardized Report: Population Summary by District for HB 5005 Senate Substitute |
| DI-050 | 5 | HOD012843-HOD012847 | Table/Chart | 3/17/2015 | Maptitude Standardized Report: Incumbent Pairings for HB 5002 |
| DI-051 | 4 | HOD012882-HOD012885 | Table/Chart | 3/17/2015 | Maptitude Standardized Report: Incumbent Pairings for HB 5003 |
| DI-052 | 23 | HOD013455-HOD013477 | Table/Chart | 3/23/2015 | Maptitude Standardized Report: Core Constituencies Report for 2010 Benchmark |
| DI-053 | 23 | HOD013478-HOD013500 | Table/Chart | 3/23/2015 | Maptitude Standardized Report: Core Constituencies Report for HB 5005 |
| DI-054 | 22 | HOD013501-HOD013522 | Table/Chart | 3/23/2015 | Maptitude Standardized Report: Core Constituencies Report for HB 5002 |
| DI-055 | 20 | HOD013523-HOD013542 | Table/Chart | 3/23/2015 | Maptitude Standardized Report: Core Constituencies Report for HB 5003 |
| DI-056 | 3 | None. *Jones* | Table/Chart | Undated | Benchmark Plan: Black VAP Percentages as reported by DLS and as calculated by DOJ Guidelines |
| DI-057 | 3 | None. *Jones* | Table/Chart | Undated | Enacted Plan: Black VAP Percentages as reported by DLS and as calculated by DOJ Guidelines |
| DI-058 | N/A | None. | Data | Undated | P.L. 94-171 Redistricting Data for 2000 *Available at:* http://www2.census.gov/census_2000/datasets/redistricting_file--pl_94-171/Virginia/ |
| DI-059 | N/A | None. | Data | Undated | P.L. 94-171 Redistricting Data for 2010 *Available at:* http://redistricting.dls.virginia.gov/2010/Census2010.aspx |
| DI-060 | 1 | None. | Map | Undated | Map of Virginia Counties |
| DI-061 | 1 | *Katz* None. | Map | Undated | Virginia - 2010 Census Results - Total Population by County |
| DI-062 | 1 | *Jones* None. | Map | Undated | Virginia - 2010 Census Results - Percent Change in Population by County: 2000 to 2010 |
| DI-063 | 1 | *Jones* None. | Map | Undated | Virginia - 2010 Census Results - Percent Change in Population by House District: 2000 to 2010 |
| DI-064 | 12 | None. | Map | 00/00/2000 | Virginia Counties and Independent Cities |

# Defendant-Intervenors' Trial Exhibit List
*Bethune-Hill v. Virginia State Board of Elections*, No. 3:14-cv-852

| TX No. | Pages | Bates Range | Doc Type | Date | Description |
|---|---|---|---|---|---|
| DI-065 | 2 | None. | Map | Undated | Richmond Area-2011 Plan-Political and Racial Demographics |
| DI-066 | 1 | None. | Map | Undated | 2001 House Districts 2010 Deviations -- Southeastern Virginia |
| DI-067 | 1 | None. | Map | Undated | 2001 House Districts 2010 Deviations -- Northern Virginia |
| DI-068 | 1 | None. | Map | Undated | 2001 House Districts 2010 Deviations -- Norfolk Area Virginia |
| DI-069 | 1 | None. | Map | Undated | 2001 House Districts 2010 Deviations -- Richmond Area Virginia |
| DI-070 | 1 | None. | Map | Undated | 2011 House District 79 Showing Water Crossing Between Portions of Districts |
| DI-071 | 1 | None. | Map | Undated | 2011 House District 90 Showing Water Crossing Between Portions of Districts |
| DI-072 | 1 | None. | Map | Undated | 2001 House Districts 2010 Deviations – Deviations Norfolk Area Virginia |
| DI-073 | 1 | None. | Map | Undated | 2001 House Districts 2010 Deviations – Deviations Hampton-Newport w Pcts |
| DI-074 | 1 | None. | Map | Undated | 2001 House Districts 2010 Deviations – Deviations Richmond Area w Pcts |
| DI-075 | 1 | None. | Map | Undated | 2001 House Districts 2010 Deviations – Deviations Fairfax Arlington Alexandria Area w Pcts |
| DI-076 | 1 | None. | Map | Undated | 2011 House District 77 Showing Water Crossings between Portions of Districts |
| DI-077 | 1 | None. | Map | Undated | 2011 House District 80 Showing Water Crossings between Portions of Districts |
| DI-078 | 1 | None. | Map | Undated | 2011 House District 83 Showing Water Crossings between Portions of Districts |
| DI-079 | 1 | None. | Map | Undated | 2011 House District 94 Showing Water Crossings between Portions of Districts |
| DI-080 | 1 | None. | Map | Undated | 2011 House District 76 Showing Water Crossings between Portions of Districts |
| DI-081 | 1 | None. | Map | Undated | Map - The Original Gerrymander |
| DI-082 | 1 | None. | Map | Undated | Map - The Original Gerrymander without Water and Islands |
| DI-083 | 1 | None. | Table/Chart | Undated | Table - The Original Gerrymander |
| DI-084 | 1 | None. | Table/Chart | Undated | Table - The Original Gerrymander without Water and Islands |
| DI-085 | 1 | None. | Table/Chart | Undated | Table – 2001 House Plan Deviations, Norfolk Area |
| DI-086 | 1 | None. | Table/Chart | Undated | Table – 2011 House Plan, Districts Not Connected by Road with Water or River Crossings |
| DI-087 | 1 | None. | Table/Chart | Undated | Table – 2011 House of Delegates Plan, Combined Compactness Score |
| DI-088 | 1 | None. | Table/Chart | Undated | Table – State of Virginia – 1991 House of Delegates Plan, Districts with Minor River Crossing without Roads |
| DI-089 | 1 | None. | Table/Chart | Undated | Table – 2011 Virginia Enacted House of Delegates Plan, Demographic Characteristics Adjusted to Exact Population Deviation |
| DI-090 | 1 | None. | Table/Chart | Undated | Table – 2001 Virginia Enacted House of Delegates Plan, Demographic Characteristics Adjusted to Exact Population Deviation |
| DI-091 | 201 | None. | Map | Undated | Comparison of All 100 Districts - 2001 and 2011 Plans |

# Defendant-Intervenors' Trial Exhibit List
*Bethune-Hill v. Virginia State Board of Elections,* No. 3:14-cv-852

| TX No. | Pages | Bates Range | Doc Type | Date | Description |
|---|---|---|---|---|---|
| DI-092 | | *[obj. (overruled?) not sure]* A, Dect over objection. Jones None. | Map | Undated | Collection of Maps: Maps Showing Political/Racial Data for District or Districts |
| DI-093 | 127 | Jones None. | Table/Chart | Undated | Collection of Data: Virginia Department of Elections Election Results 2000-2015 |
| A DI-094 | 14 | McClellan, Dance, Ansolabehere None. | Map | Undated | Collection of Maps: Maps of Challenged Districts - Old HDs & Enacted HDs (HB 5005) Jones, Hood |
| A DI-095 | 5 | Jones None. | Map | Undated | Collection of Maps: Maps of HDs 27, 62, 69, 70, 71 -- Vetoed (HB 5001 Conf. Report) & Enacted HDs (HB 5005) |
| A DI-096 | 4 | Jones None. | Map | Undated | Collection of Maps: Districts by Region - 2001 Plan |
| A DI-097 | 4 | Jones None. | Map | Undated | Collection of Maps: Districts by Region - 2011 Plan |
| DI-098 | 26 | None. | Map | Undated | Collection of Maps: Silhouettes of Selected Districts, 2001 and 2011 Plans |
| DI-099 | 1 | None. | Map | Undated | Statewide Population Deviation |
| DI-100 *Not offered* | 1 | None. | Map | Undated | Appendix C to opinion of the Court, *Alabama Legislative Black Caucus v. Alabama* |

DI 102 Demons. Exhibit Hood    Not on exh. list / not on stip. of what is admitted
DI 103 Demons. Exhibit Hood    Not offered    " " " " " "

ΔI 110 Chart Katz    Not on exh. list / not on stip. of what is admitted
ΔI 111 Chart Katz    " " " " / " " " " " " "
ΔI 112 Chart Katz    " " " " " " " " " "