IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 3:14-cv-00852-REP-GBL-BMK |
| | ) |
| VIRGINIA STATE BOARD OF ELECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' WITNESS LIST

COME NOW, Defendants, by and through counsel, and pursuant to the Court's Initial Pretrial, Scheduling, and Discovery Order of March 3, 2015 (Dkt. # 35), state as follows for their witness list:

Defendants reserve the right to call any witnesses listed by Plaintiffs and Defendant-Intervenors on each of their witness lists.