**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

GOLDEN BETHUNE-HILL, *et al.*, )
)
      Plaintiffs, )
)
v. )  Civil Action No. 3:14-cv-00852-REP-GBL-BMK
)
VIRGINIA STATE BOARD OF )
ELECTIONS, *et al.*, )
)
      Defendants. )
_____ )

## DEFENDANTS' EXHIBIT LIST

COME NOW, Defendants, by and through counsel, and pursuant to the Court's Initial Pretrial, Scheduling, and Discovery Order of March 3, 2015 (Dkt. # 35), state as follows for their exhibit list:

Defendants reserve the right to use any exhibits listed by Plaintiffs and Defendant-Intervenors on each of their exhibit lists.