IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*,<br><br>        Plaintiffs,<br><br>   v.<br><br>VIRGINIA STATE BOARD OF ELECTIONS, *et al.*,<br><br>        Defendants,<br><br>   v.<br><br>VIRGINIA HOUSE OF DELEGATES, *et al.*,<br><br>        Intervenor-Defendants. | Civil Action No. 3:14-cv-00852-REP-GBL-BMK |

**PLAINTIFFS' REBUTTAL WITNESS LIST**

PLAINTIFFS' REBUTTAL WITNESS LIST

Plaintiffs Golden Bethune-Hill, Christa Brooks, Chauncey Brown, Atoy Carrington, Davinda Davis, Alfreda Gordon, Cherrelle Hurt, Tavarris Spinks, Mattie Mae Urquhart, Vivian Williamson, Sheppard Roland Winston, and Thomas Calhoun ("Plaintiffs") reserve the right to call the following witnesses at trial during Plaintiffs' rebuttal case:

7-13-15 2. ~~1.~~ **Professor Stephen Ansolabehere:** Professor Ansolabehere has been designated as an expert witness and will testify about the matters addressed in his expert reports.

~~2.~~ **John Morgan:** Mr. Morgan assisted in the preparation of the redistricting plan at issue in this proceeding. He will testify about the 2010-11 redistricting process in the House of Delegates and related matters, including the matters addressed in his expert report in *Page v. Virginia State Board of Elections*, No. 3:13cv678 (E.D. Va.).

Plaintiffs also reserve the right to call any witnesses identified in the witness lists of the other parties to this action.

7-9-15 1. Jerry Hebert, former acting chief of voting Section of the Dept. of Justice.

DATED: June 23, 2015

By: /s/ Aria C. Branch
Aria Branch (VSB # 83682)
John K. Roche (VSB # 68594)
Marc Erik Elias (admitted *pro hac vice*)
Bruce V. Spiva (admitted *pro hac vice*)
Elisabeth C. Frost (admitted *pro hac vice*)
**PERKINS COIE** LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: 202.434.1627
Facsimile: 202.654.9106