IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

GOLDEN BETHUNE-HILL, et al.,

    Plaintiffs,

v.

VIRGINIA STATE BOARD OF ELECTIONS, et al.,

    Defendants,

v.

VIRGINIA HOUSE OF DELEGATES, et al.,

    Intervenor-Defendants.

Civil Action No. 3:14-cv-00852-REP-GBL-BMK

**STIPULATION REGARDING EXHIBITS**

The parties hereby stipulate that the following exhibits are authentic and admissible and may be admitted at trial without further need for proof or evidence:

- Plaintiffs' Proposed Trial Exhibits (Dkt. 76-1): P-001 to P-068, inclusive; and
- Defendant-Intervenors' Proposed Trial Exhibits (Dkt. 79-1): DI-0001 to DI-0012; DI-0014 to DI-0016; DI-0022; DI-0028 to DI-0034; DI-0037 to DI-0091, DI-0093 to DI-0099.

[Handwritten annotations: "3 White Notebooks ✓", "2 Black Notebooks ✓", "(Note: Only 2 were left for Court custody)", "(Both retained by the Court)"]

1

Plaintiffs have either objected to, or otherwise reserved potential objections to, Defendant-Intervenors' Proposed Trial Exhibits DI-0013, DI-0017 to DI-0021, DI-0023 to DI-0027, DI-0035, DI-0036, DI-0092, and DI-100. *See* Dkt. 81. Defendant-Intervenors have withdrawn, and reserve the right to use as demonstratives, Defendant-Intervenors' Proposed Trial Exhibits DI-056, DI-057, and DI-066 to DI-090. Plaintiffs reserve potential objections to use of these withdrawn exhibits as demonstratives at trial.

[Handwritten annotations: ✓ Adm; obj; over obj; X Not just objected; (replacement made by counsel in clerk's copy) → objs. heard w/ witness Dec. Chris Jones (obj. on 3 grounds by Pltffs). Heard. DI offered it for a limited purpose. SUSTAINED ✓ All illustrative exhibits + not admitted, per counsel.]

DATED: July 1, 2015

By: /s/ Anthony F. Troy
Anthony F. Troy (VSB No. 05985)
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
SunTrust Center
919 East Main Street
Suite 1300
Richmond, VA 23219
Tel: (804) 788-7740
atroy@eckertseamans.com

*Attorneys for Defendants*

By: /s/ Aria C. Branch
Aria C. Branch (VSB No. 83682)
PERKINS COIE, LLP
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Tel: (202) 654-6338
Abranch@perkinscoie.com

*Attorneys for Plaintiffs*

By: /s/ Jennifer M. Walrath
Jennifer M. Walrath (VSB No. 75548)
Katherine L. McKnight (VSB No. 81482)
BAKER & HOSTETLER LLP
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036