IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

)
) No. 3:14CV852 (GBL)
)
)
)
)

TRIAL EXHIBIT CERTIFICATE OF REVIEW

We, the undersigned counsel have reviewed the trial Exhibits as admitted by the Court and find that the exhibits in the custody of the Deputy Clerk are appropriate to go to the jury for their deliberation.

_____
Counsel for Plaintiff/ ~~Government~~

7/13/15    4:15 PM
_____
Date and Time

_____
Counsel for Defendant – Intervenor

7/13/15    4:15 p.m.
_____
Date and Time

Alexandria, Virginia