IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                             Civil Action No. 3:14cv852

VIRGINIA STATE BOARD
OF ELECTIONS, et al.,

    Defendants.

## ORDER

It is hereby ORDERED that the post-trial briefs shall present the positions of the parties on a district-by-district basis in addition to such other matters as they shall elect to present. Opening briefs shall not exceed forty (40) pages in length and response briefs shall not exceed twenty-five (25) pages in length. Briefing on the issue of remedies shall be scheduled after a decision on the merits is reached.

It is so ORDERED.

                                        /s/
                            Robert E. Payne
                            Senior United States District Judge
                            For the Court

Richmond, Virginia
Date: July 15, 2015