IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                             Civil Action No. 3:14cv852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

### ORDER

    For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that judgment is entered in favor of the defendants and that this case is dismissed with prejudice.

    It is so ORDERED.

                                                    /s/      REP
                                          Robert E. Payne
                                          For the Court

Richmond, Virginia
Date: October 22, 2015