IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, ) | |
| ) | |
| ) | Civil Action No. 3:14-cv-00852- |
| Plaintiffs, ) | REP-GBL-BMK |
| ) | |
| v. ) | |
| ) | |
| VIRGINIA STATE BOARD OF ELECTIONS, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1(G), counsel for the Virginia House of Delegates and Virginia House of Delegates Speaker William J. Howell ("Defendant-Intervenors") respectfully move this Court to permit the withdrawal of Jennifer M. Walrath as one of several counsel representing the Defendant-Intervenors. The Defendant-Intervenors will continue to be represented by E. Mark Braden, Katherine L. McKnight, Richard B. Raile, and Dalton L. Oldham. Attached as Exhibit A is a Proposed Order granting this Motion.

Respectfully submitted,

By: */s/ Katherine L. McKnight*
Katherine L. McKnight (VSB No. 81482)
E. Mark Braden (*pro hac vice*)
Richard B. Raile (VSB No. 84340)
BAKER HOSTETLER LLP
1050 Connecticut Avenue, N.W. Suite 1100
Washington, DC 20036-5304
Phone: (202) 861-1500
Facsimile: (202) 861-1783
kmcknight@bakerlaw.com
mbraden@bakerlaw.com
rraile@bakerlaw.com

And

2

Of Counsel:

Dalton L. Oldham, Esq.
1119 Susan Street
Columbia, SC 29210
Phone: (803)772-7729
dloesq@aol.com

*Counsel to the Virginia House of Delegates
and Virginia House of Delegates Speaker
William J. Howell*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2015, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the counsel of record for the parties.

*/s/ Katherine L. McKnight*
Katherine L. McKnight (VSB No. 81482)
BAKER HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304
kmcknight@bakerlaw.com
Phone: (202) 861-1500
Facsimile: (202)861-1783

*Counsel to the Virginia House of Delegates and Virginia House of Delegates Speaker William J. Howell*