# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, ) | |
| ) | |
| ) | Civil Action No. 3:14-cv-00852- |
| Plaintiffs, ) | REP-GBL-BMK |
| ) | |
| v. ) | |
| ) | |
| VIRGINIA STATE BOARD OF ELECTIONS, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## PROPOSED ORDER

Having reviewed the MOTION TO WITHDRAW, and for good cause shown, it is hereby ORDERED that the MOTION TO WITHDRAW is granted. It is further ORDERED that the Clerk shall remove Jennifer M. Walrath, Esquire as counsel of record for the Virginia House of Delegates and Virginia House of Delegates Speaker William J. Howell.

It is so ORDERED.

_____
Robert E. Payne
United States District Judge

Richmond, Virginia
Dated: November \_\_, 2015