# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

November 23, 2015

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States District Court for the Eastern District
of Virginia
Richmond Division
701 East Broad Street, Suite 3000
Richmond, VA 23219

    Re: Golden Bethune-Hill, et al.
        v. Virginia State Board of Elections, et al.
        No. 15-680
        (Your No. 3:14-cv-852)

Dear Clerk:

    An appeal in the above-entitled case was filed in this Court November 20, 2015 and placed on the docket November 23, 2015, as No. 15-680.

Sincerely,

Scott S. Harris, Clerk

by *[signature]*

Jacob C. Travers
Case Analyst

*[Stamp: DEC -1 2015  CLERK, U.S. DISTRICT COURT  RICHMOND, VA]*