# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 13, 2016

Clerk
United States District Court for the
  Eastern District of Virginia
701 East Broad Street, Suite 3000
Richmond, VA 23219

Re:   No. 15-680   Golden Bethune-Hill, et al. v. Virginia State Board of
      Elections, et al.
      (Your No. 3:14-cv-852)

Dear Clerk:

Pursuant to Rule 12.7 of the Rules of the Supreme Court of the United States, you are requested to certify and transmit immediately the entire record (including transcripts) in the above case to this office. Please indicate in this transmittal all exhibits, lodgings, and <u>briefs that have been filed</u>. **You must also transmit a numbered list specifically identifying each document transmitted.** All cassettes, disks, tapes and any article of a similar material must be sent via commercial carrier, not via the United States mail.

Please be certain to <u>include a transmittal letter</u> referencing this Court's docket number. It is critical that you note if the record, or any portion of the record, has been sealed or contains confidential information. If this type of information is contained in the record, these documents must be enclosed in a separate envelope or box and marked accordingly.

If your court is not in possession of the lower court record, please forward a copy of this letter and a request for the lower court to transmit its record directly to this office. Hard copies of record materials available electronically do not need to be transmitted. Instead you should provide this office with the web address where the materials are available.

If you have any questions, please contact me. Your prompt attention to this matter will be greatly appreciated. Kindly acknowledge receipt of this letter.

Sincerely,

Scott S. Harris, Clerk

by *Laurie Gray*

Laurie Gray
Administrative Assistant to the Clerk
(202) 479-3294

cc:  Counsel of Record



## Supreme Court of the United States

Office of the Clerk
One First Street, N.E.
Washington, D.C. 20543
Tel: 202.479.3014
Fax: 202.479.3033



| | | | |
|---|---|---|---|
| **To:** | Clerk, United States District Court for the Eastern District of Virginia | **From:** | Laurie Gray |
| **Fax:** | 804-916-2216 | **Pages:** | 2 |
| **Phone:** | 804-916-2220 | **Date:** | 1/13/2016 |
| **Re:** | Golden Bethune-Hill, et al. v. Virginia State Board of Elections, et al. (Your Case No. 3:14-cv-852) | **CC:** | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☑ Please Reply    ☐ Please Recycle

• **Comments:**

Please find attached a record request for the above-referenced case. The original request will be mailed.

Please contact me at (202) 479-3294 or email LGray@supremecourt.gov to acknowledge receipt. Thank you.