# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### OFFICE OF THE CLERK
701 EAST BROAD STREET
RICHMOND, VIRGINIA 23219

FERNANDO GALINDO
CLERK OF COURT

REBECCA BEACH SMITH
CHIEF JUDGE

January 15, 2015

Scott S. Harris, Clerk of the Court
Supreme Court of the United States
Office of the Clerk
1 First Street, NE
Washington, DC  20543-0001

ATTN: Laurie Gray, Administrative Assistant

Re:   **Supreme Court Docket No. 15-680**
      Golden Bethune-Hill, et al
      v. Virginia State Board of Elections, et al
      U.S.D.C., Eastern District of Virginia
      Case No. 3:14-cv-00852-REP-GBL-BMK

Dear Ms. Gray:

Pursuant to the request of the Supreme Court of the United States, we hereby certify that the entire record (including transcripts) in the above-referenced case can be electronically accessed through PACER (Public Access to Court Electronic Records) at www.pacer.gov.

The first document of this electronic record is the docket, which provides the requested numbered list that specifically identifies each document. All briefs filed are included in this electronic record. This case does not contain sealed or confidential documents, nor does it involve records of a lower court.

The record does, however, contain voluminous paper trial exhibits which will be shipped to your Court via UPS directly from our Alexandria Division. We will advise you when these documents are shipped.

Please let us know if you need any further information or if you require the record to be electronically transmitted in a different manner. Thank you for your assistance in this matter.

Very truly yours,
/s/
Laurie C. Breeden,
Appeals Clerk
(804) 916-2207

LCB/
cc: All counsel of record electronically notified