# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO
CLERK OF COURT

REBECCA BEACH SMITH
CHIEF JUDGE

01/15/2016 3:01 PM

January 15, 2016

By UPS

Scott S. Harris, Clerk of the Court
Supreme Court of the United States
Office of the Clerk
1 First Street, NE
Washington, DC 20543-0001

ATTN: Laurie Gray, Administrative Assistant

Re: **Supreme Court Docket No. 15-680**
Golden Bethune-Hill, et al.
v. Virginia State Board of Elections, et al.
**U.S.D.C., Eastern District of Virginia**
**Case No. 3:14cv-00852-REP-GBL-BMK**

Dear Clerk:

Pursuant to the January 15, 2016 letter from Laurie C. Breeden, Appeals Clerk for the Richmond Division of the United States District Court for the Eastern District of Virginia, the trial exhibits for 3:14cv00852 are enclosed in 3 boxes being shipped by UPS on Tuesday, January 19, 2016, with contents as follows:

Box 1 of 3:
Plaintiffs' Trial Exhibit List with the courtroom deputy clerk's markings "A" for those admitted during the trial; Defendant-Intervenors' Trial Exhibit List with "A" markings for those admitted during the trial; and Defendants' (trial) Exhibit List without any markings

White Notebook "Plaintiffs' Trial Exhibits 1-32"
White Notebook "Plaintiffs' Trial Exhibits 33-68"

Box 2 of 3:
Black Notebook "Defendant-Intervenor Trial Exhibits TX1-TX35"
Black Notebook "Defendant-Intervenor Trial Exhibits TX36-TX100," with "Withdrawn" postit note on number 35
Small White Notebook "Joint Ex. 1"
Manilla folder with Handout to Judges "The 55% Rule" and "Del. Jones on the 55% Rule"
Delegate Chris Smith mini-script deposition transcript
2 loose documents: VSBE005607-5611 and VSBE005632-5642

Box 3 of 3:
Oversized Map Books (3);
"Map Book 1 Defendant-Intervenors' TX60-63, 65, 94-97, 99"
"Map Book 2 Defendant-Intervenors' TX91"
"Map Book 3 Defendant-Intervenors' TX92"

Please contact me if I can be of further assistance.

Very truly yours,

Terese M. Bull
Courtroom Deputy Clerk
to the Honorable Gerald Bruce Lee,
United States District Judge
(703) 299-2136

cc: Laurie C. Breeden, Appeals Clerk, Richmond
    Richard Banke, Division Manager, Alexandria