# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 6, 2016

Clerk
United States District Court for the Eastern District
of Virginia
Richmond Division
701 East Broad Street, Suite 3000
Richmond, VA 23219



Re: Golden Bethune-Hill, et al.
v. Virginia State Board of Elections, et al.
No. 15-680
(Your No. 3:14-cv-852)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

In this case probable jurisdiction is noted.

Sincerely,

Scott S. Harris, Clerk