AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Golden Bethune-Hill, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:14-cv-00852-REP-GBL-BMK |
| Virginia State Board of Elections, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Defendants listed on Attachment A                                                                .

Date:   03/03/2017

/s/ Stuart A. Raphael
*Attorney's signature*

Stuart A. Raphael, VSB No. 30380
*Printed name and bar number*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
*Address*

sraphael@oag.state.va.us
*E-mail address*

(804) 786-7240
*Telephone number*

(804) 371-0200
*FAX number*

## Attachment A

Notice of Appearance of Counsel for Defendants:

Virginia State Board of Elections;

James B. Alcorn, in his capacity as Chairman of the Virginia State Board of Elections;

Clara Belle Wheeler, in her capacity as Vice-Chair of the Virginia State Board of Elections;

Singleton B. McAllister, in her capacity as Secretary of the Virginia State Board of Elections;

Virginia Department of Elections; and,

Edgardo Cortes, in his capacity as Commissioner of the Virginia Department of Elections.