AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| Golden Bethune-Hill, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:14-cv-00852-REP-GBL-BMK |
| Virginia State Board of Elections, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Defendants listed on Attachment A        .

Date:  03/03/2017

/s/ Trevor S. Cox
*Attorney's signature*

Trevor S. Cox, VSB No. 78396
*Printed name and bar number*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
*Address*

tcox@oag.state.va.us
*E-mail address*

(804) 786-7704
*Telephone number*

(804) 371-0200
*FAX number*

**Attachment A**

Notice of Appearance of Counsel for Defendants:

    Virginia State Board of Elections;

    James B. Alcorn, in his capacity as Chairman of the Virginia State Board of Elections;

    Clara Belle Wheeler, in her capacity as Vice-Chair of the Virginia State Board of Elections;

    Singleton B. McAllister, in her capacity as Secretary of the Virginia State Board of Elections;

    Virginia Department of Elections; and,

    Edgardo Cortes, in his capacity as Commissioner of the Virginia Department of Elections.

## CERTIFICATE OF SERVICE

I certify that on March 3, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the counsel of record for the parties.

By:   /s/  
      Trevor S. Cox