IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al., ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 3:14-cv-00852 |
| ) | |
| VIRGINIA STATE BOARD OF ) | |
| ELECTIONS, et al., ) | |
| ) | |
| Respondents. ) | |

## CERTIFICATE OF SERVICE

  I certify that on March 3, 2017, I electronically filed the Notice of Appearance, ECF No. 121, with the Clerk of the Court using the CM/ECF system, which sent a notification of such filing (NEF) to the counsel of record for the parties.

            Respectfully submitted,

            VIRGINIA STATE BOARD OF ELECTIONS; JAMES B.
            ALCORN; VIRGINIA DEPARTMENT OF ELECTIONS;
            EDGARDO CORTES; CLARA BELLE WHEELER;
            SINGLETON B. MCALLISTER


           By:    /s/
             Stuart A. Raphael (VSB No. 30380)
             Solicitor General

             Office of the Attorney General
             202 North Ninth Street
             Richmond, Virginia 23219
             (804) 786-7240 – Telephone
             (804) 371-0200 – Facsimile
             sraphael@oag.state.va.us

Mark R. Herring
Attorney General of Virginia

Trevor S. Cox (VSB No. 78396)

Deputy Solicitor General
tcox@oag.state.va.us

Matthew R. McGuire (VSB No. 84194)
Assistant Attorney General
mmcguire@oag.state.va.us

*Counsel for Defendants Virginia*
 *State Board of Elections, et al.*

## CERTIFICATE OF SERVICE

    I certify that on March 3, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the counsel of record for the parties.


By:   /s/
       Stuart A. Raphael