# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants, <br><br> v. <br><br> VIRGINIA HOUSE OF DELEGATES, *et al.*, <br><br> Intervenor-Defendants. | Civil Action No. 3:14-cv-00852-REP-GBL-BMK |

## [PROPOSED] ORDER GRANTING
## PLAINTIFFS' MOTION FOR EXPEDITED BRIEFING

Upon consideration of Plaintiffs' Motion for Expedited Briefing, the Court hereby GRANTS the motion and ORDERS all parties to submit briefs on the following expedited schedule:

- March 10, 2017: All parties submit opening briefs.
- March 17, 2017: All parties submit response briefs.

SO ORDERED.

                                                                 Robert E. Payne
                                                          United States District Judge

DATED: _____, 2017