IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| GOLDEN BETHUNE-HILL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VIRGINIA STATE BOARD OF ELECTIONS, et al.,<br><br>Defendants,<br>and<br><br>WILLIAM J. HOWELL, SPEAKER OF THE HOUSE OF DELEGATES, and THE HOUSE OF DELEGATES,<br><br>Intervenor-Defendants. | ) | Civil Action No. 3:14-cv-00852-REP-GBL-BMK |

**MOTION TO PERMIT WITHDRAWAL OF PRIOR COUNSEL**

On March 3, 2017, the Solicitor General of Virginia and members of the Office of Attorney General of Virginia noted their appearance as counsel for Defendants:

- the Virginia State Board of Elections;
- James B. Alcorn, in his capacity as Chairman of the Virginia State Board of Elections;
- Clara Belle Wheeler, in her capacity as Vice-Chair of the Virginia State Board of Elections;
- Singleton B. McAllister, in her capacity as Secretary of the Virginia State Board of Elections;
- the Virginia Department of Elections; and
- Edgardo Cortés, in his capacity as Commissioner of the Virginia Department of Elections.

(ECF Nos. 121-23.)

Accordingly, Defendants and their counsel now request that the Court permit the withdrawal of the following private counsel, who were previously engaged by the Commonwealth to represent Defendants:

Anthony F. Troy
Eckert Seamans Cherin & Mellot LLC
707 East Main Street
Suite 1450
Richmond, VA 23219
(804) 788-7751
ttroy@eckertseamans.com

Daniel A. Glass
Eckert Seamans Cherin & Mellot LLC
1717 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC 20006
(202) 659-6651
dglass@eckertseamans.com

Jeffrey P. Brundage
Eckert Seamans Cherin & Mellot LLC
1717 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC 20006
(202) 659-6600
jbrundage@eckertseamans.com

Godfrey T. Pinn, Jr.
Harrell & Chambliss LLP
707 East Main Street
Suite 1000
Richmond, VA 23219
(804) 915-3220
gpinn@hclawfirm.com

Kathleen A. Gallagher
Cipriani & Werner, P.C.
8270 Greensboro Drive, Suite 810
McLean, VA 22102
(412) 563-2500
kgallagher@c-wlaw.com

Respectfully submitted,

VIRGINIA STATE BOARD OF ELECTIONS; JAMES B. ALCORN, in his capacity as Chairman of the Virginia State Board of Elections; CLARA BELLE WHEELER, in her capacity as Vice-Chair of the Virginia State Board of Elections; SINGLETON B. McALLISTER, in her capacity as Secretary of the Virginia State Board of Elections; VIRGINIA DEPARTMENT OF ELECTIONS; and EDGARDO CORTÉS, in his capacity as Commissioner of the Virginia Department of Elections

By: /s/
Stuart A. Raphael (VSB #30380)
Solicitor General of Virginia

202 North 9th Street
Richmond, Virginia 23219
(804) 786-7240 – Telephone
(804) 371-0200 – Facsimile
sraphael@oag.state.va.us

Mark R. Herring
Attorney General of Virginia

Trevor S. Cox, VSB # 78396
Deputy Solicitor General
Matthew R. McGuire, VSB # 84194
Assistant Attorney General
202 North 9th Street
Richmond, Virginia 23219
tcox@oag.state.va.us
mmcguire@oag.state.va.us
(804) 786-2071 – Telephone
(804) 371-0200 – Facsimile

**/s/**
Anthony F. Troy
Eckert Seamans Cherin & Mellot LLC
707 East Main Street
Suite 1450
Richmond, VA 23219
(804) 788-7751
ttroy@eckertseamans.com

**/s/**
Daniel A. Glass
Eckert Seamans Cherin & Mellot LLC
1717 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC 20006
(202) 659-6651
dglass@eckertseamans.com

**/s/**
Jeffrey P. Brundage
Eckert Seamans Cherin & Mellot LLC
1717 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC 20006
(202) 659-6600
jbrundage@eckertseamans.com

**/s/**
Godfrey T. Pinn, Jr.
Harrell & Chambliss LLP
707 East Main Street
Suite 1000
Richmond, VA 23219
(804) 915-3220
gpinn@hclawfirm.com

**/s/**
Kathleen A. Gallagher
Cipriani & Werner, P.C.
8270 Greensboro Drive, Suite 810
McLean, VA 22102
(412) 563-2500
kgallagher@c-wlaw.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the counsel of record for all parties.

By: /s/
Stuart A. Raphael