IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| VIRGINIA STATE BOARD OF ) | Civil Action No. 3:14-cv-00852- |
| ELECTIONS, et al., ) | REP-GBL-BMK |
| ) | |
| Defendants, ) | |
| and ) | |
| ) | |
| WILLIAM J. HOWELL, SPEAKER OF ) | |
| THE HOUSE OF DELEGATES, and ) | |
| THE HOUSE OF DELEGATES, ) | |
| ) | |
| Intervenor-Defendants. ) | |

**ORDER**

THIS MATTER CAME BEFORE THE COURT on Defendants' Motion to Permit Withdrawal of Prior Counsel. It appearing to the Court that the Solicitor General of Virginia and members of the Office of Attorney General of Virginia have entered their appearance as counsel for Defendants, and that Defendants and their counsel request that Defendants' prior counsel be permitted to withdraw, it is, therefore,

ORDERED that the Motion to Permit Withdrawal of Prior Counsel is GRANTED. The Clerk shall note the withdrawal of Anthony F. Troy, Daniel A. Glass, Jeffrey P. Brundage, Godfrey T. Pinn, Jr., and Kathleen A. Gallagher as counsel for

Defendants.

Date: _____          _____
                                 Judge Robert E. Payne
                                 United States District Judge

Richmond, Virginia