IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                      Civil Action No. 3:14cv852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

**ORDER**

Before the Court is the MOTION TO PERMIT WITHDRAWAL OF PRIOR COUNSEL (ECF No. 126). Having reviewed the motion, and for good cause shown, and it appearing that the Solicitor General of Virginia and members of the Office of Attorney General of Virginia have entered their appearance as counsel for the defendants herein (ECF Nos. 122 and 123), and that the defendants and their counsel request that the defendants' prior counsel be permitted to withdraw, it is hereby ORDERED that the MOTION TO PERMIT WITHDRAWAL OF PRIOR COUNSEL (ECF No. 126) is granted. It is further ORDERED that the Clerk shall remove the following attorneys as counsel for the defendants:

    Anthony F. Troy, Esquire
    Jeffrey P. Brundage, Esquire
    Daniel A. Glass, Esquire
    Kathleen A. Gallagher, Esquire
    Eckert Seamans Cherin & Mellott LLC

Godfrey T. Pinn, Jr., Esquire
Harrell & Chambliss LLP

It is so ORDERED.

/s/ REP

Robert E. Payne
For the Court

Richmond, Virginia
Date: March 8, 2017