IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                                Civil Case No. 3:14cv852

VIRGINIA STATE BOARD
OF ELECTIONS, et al.,

    Defendants.

**ORDER**

Having considered PLAINTIFFS' MOTION FOR EXPEDITED BRIEFING AND MEMORANDUM IN SUPPORT (ECF No. 125), as well as the opposition and reply thereto, and finding that this Court lacks jurisdiction because the Supreme Court judgment on review has not taken effect, it is hereby ORDERED that the PLAINTIFFS' MOTION FOR EXPEDITED BRIEFING AND MEMORANDUM IN SUPPORT (ECF No. 125) is DENIED.

This matter is adequately briefed and oral argument would not materially assist the decisional process.

It is so ORDERED.

                                          /s/        *REP*
                         Robert E. Payne
                         Senior United States District Judge
                         For the Court

Richmond, Virginia
Date: March 8, 2017