# Supreme Court of the United States

No. 15-680

### GOLDEN BETHUNE-HILL, ET AL.,

Appellants

v.

### VIRGINIA STATE BOARD OF ELECTIONS, ET AL.

ON APPEAL FROM the United States District Court for the Eastern District of Virginia.

THIS CAUSE came on to be heard on the transcript of the record from the above court and was argued by counsel.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Court that the judgment of the above court is affirmed in part with costs, vacated in part, and remanded to the United States District Court for the Eastern District of Virginia for further proceedings consistent with the opinion of this Court.

IT IS FURTHER ORDERED that the appellants Golden Bethune-Hill, et al. recover *one-half costs* from Virginia State Board of Elections, et al., of Forty-seven Thousand Seven Hundred and Fifty-two Dollars ($47,752.00) for costs herein expended.

March 1, 2017

| | |
|---|---|
| **Printing of record:** | $95,204.00 |
| **Clerk's costs:** | 300.00 |
| **Total:** | $95,504.00 |
| ***One-half costs***: | $47,752.00 |



SCOTT S. HARRIS
Clerk of the Supreme Court of the United States
by [signature]