# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 27, 2017

Clerk
United States District Court
 for the Eastern District of Virginia
U. S. Courthouse
701 E. Broad St., Suite 3000
Richmond, VA 23219

> Re: Golden Bethune-Hill, et al.
>  v. Virginia State Board of Elections, et al.,
>  No. 15-680 (Your docket No. 3:14-cv-852)

Dear Clerk:

   Attached please find a certified copy of the judgment of this Court in the above-entitled case. You may obtain a copy of the opinion by visiting our website, http://www.supremecourt.gov.

Sincerely,

SCOTT S. HARRIS, Clerk

By /s/ Hervé Bocage

Hervé Bocage
Judgments/Mandates Clerk

Enc.
cc:  Mr. Marc E. Elias, Esq.
     Mr. Paul D. Clement, Esq.
     Mr. Stuart A. Raphael, Esq.

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 27, 2017

Mr. Marc E. Elias, Esq.
Perkins Coie LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

Re: Golden Bethune-Hill, et al.
v. Virginia State Board of Elections, et al.,
No. 15-680

Dear Mr. Elias:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States District Court for the Eastern District of Virginia. You may obtain a copy of the opinion by visiting our website, http://www.supremecourt.gov.

Appellants are given recovery of *one-half* costs in this Court as follows:

| | |
|---|---|
| Printing of record: | $95,204.00 |
| Clerk's costs: | 300.00 |
| Total: | $95,504.00 |
| One-half costs: | $47,752.00 |

This amount may be collected from the appellees.

Sincerely,

SCOTT S. HARRIS, Clerk

By  Herve' Bocage
Herve' Bocage
Judgments/Mandates Clerk

cc: Mr. Paul D. Clement, Esq.
Mr. Stuart A. Raphael, Esq.
Clerk, U. S. District Court for the Eastern District of Virginia
    (Your docket No. 3:14-cv-852)

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 27, 2017

Mr. Paul D. Clement, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N. W.
Washington, D. C. 20005

Re: Golden Bethune-Hill, et al.
v. Virginia State Board of Elections, et al.,
No. 15-680

Dear Mr. Clement:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States District Court for the Eastern District of Virginia. You may obtain a copy of the opinion by visiting our website, http://www.supremecourt.gov.

Appellants are given recovery of **_one-half_** costs in this Court as follows:

| | |
|---|---|
| **Printing of record:** | $95,204.00 |
| **Clerk's costs:** | 300.00 |
| **Total:** | $95,504.00 |
| **One-half costs:** | $47,752.00 |

This amount may be collected from the appellees.

Sincerely,

SCOTT S. HARRIS, Clerk

By Herve' Bocage
Judgments/Mandates Clerk

cc: Mr. Marc E. Elias, Esq.
    Mr. Stuart A. Raphael, Esq.
    Clerk, U. S. District Court for the Eastern District of Virginia
        (Your docket No. 3:14-cv-852)