IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
AT RICHMOND

GOLDEN BETHUNE-HILL, an individual;
CHRISTA BROOKS, an individual; CHAUNCEY
BROWN, an individual; ATOY CARRINGTON,
an individual; DAVINDA DAVIS, an
individual; ALFREDA GORDON, an
individual; CHERRELLE HURT, an
individual; TERRELL KINGWOOD, an
individual; TAVARRIS SPINKS, an
individual; MATTIE MAE URQUHART, an
individual; VIVIAN WILLIAMSON, an
individual; and SHEPPARD ROLAND
WINSTON, an individual; and THOMAS
CALHOUN, an individual,

    Plaintiffs,

v.    No. 3:14-cv-00852-REP

VIRGINIA STATE BOARD OF ELECTIONS;
JAMES B. ALCORN, in his capacity as
Chairman of the Virginia State Board of
Elections; VIRGINIA DEPARTMENT OF
ELECTIONS; EDGARDO CORTES, in his
capacity as Commissioner of the
Virginia Department of Elections, CLARA
BELLE WHEELER, in her capacity as Vice-
Chair of the Virginia State Board of
Elections; and SINGLETON B. MCALLISTER,
in his capacity as Secretary of the
Virginia State Board of Elections,

    Defendants,

  and

VIRGINIA HOUSE OF DELEGATES and
WILLIAM J. HOWELL, Speaker

    Invervenor-Defendants.

O R D E R

IT APPEARING to the undersigned Chief Judge of the Fourth Judicial Circuit of the United States that it is necessary to designate a judge to replace the Honorable Gerald Bruce Lee as a member of the three-judge district court in this case,

NOW, THEREFORE, I DO HEREBY DESIGNATE the Honorable Arenda Wright Allen, United States District Judge for the Eastern District of Virginia, to replace the Honorable Gerald Bruce Lee and to serve with the Honorable Barbara Milano Keenan, United States Circuit Judge for the Fourth Circuit, and the Honorable Robert E. Payne, Senior United States District Judge for the Eastern District of Virginia, as a district court of three judges to hear and determine this matter as provided by law and in accordance with 28 U.S.C. § 2284.

This 9th day of March, 2017.

_____
Roger L. Gregory
Chief Judge, U.S. Court of Appeals
for the Fourth Circuit