# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants, <br><br> v. <br><br> VIRGINIA HOUSE OF DELEGATES, *et al.*, <br><br> Intervenor-Defendants. | Civil Action No. 3:14-cv-00852-REP-GBL-BMK |

### PLAINTIFFS' MOTION FOR BRIEFING AND MEMORANDUM IN SUPPORT

Pursuant to Local Civil Rule 7, Plaintiffs move this Court for an order setting an expedited schedule for briefing regarding the effect of the U.S. Supreme Court's decision in *Bethune-Hill v. Virginia State Board of Elections*, No. 15-680, 2017 WL 774194 (Mar. 1, 2017), on this case. Plaintiffs respectfully request that this Court set the following briefing schedule:

- April 10, 2017: Plaintiffs' opening brief is due.
- April 21, 2017: Defendants' response brief is due.
- April 28, 2017: Plaintiffs' reply brief is due.[1]

The Supreme Court issued its decision on the appeal of this case on March 1, 2017. It

---

[1] Plaintiffs submit this motion without request for oral argument, unless the Court determines it would be helpful in evaluating the parties' briefing on the impact of the Supreme Court's decision.

concluded that this Court applied an incorrect legal standard in determining that race did not predominate in eleven of the twelve challenged districts and remanded the case to this Court to resolve under the proper legal standard set forth by the Supreme Court. *Id*. at *11. Pursuant to U.S. Supreme Court Rule 45, Supreme Court judgments on review of a federal court decision take effect 25 days after they are announced, when the Court issues a certified copy of its opinion and judgment. *See* Sup. Ct. R. 45.3. The Supreme Court issued its decision in this case over 25 days ago, and the Supreme Court sent a certified copy of its opinion and judgment to this Court on March 27, 2017. *See* Dkt. No. 132. The Court therefore has jurisdiction to grant Plaintiffs' Motion.

Expedited briefing and decision in this case is necessary given that Virginia will hold its House of Delegates elections this year. This case involves questions of exceptional importance, including whether the Virginia House of Delegates map was unconstitutionally racially gerrymandered following the 2010 census and whether a remedial map is necessary, that must be resolved as soon as is practicable. Should the Court conclude, on remand, that some or all of the Challenged Districts amount to unconstitutional racial gerrymanders, it means that citizens within those districts have suffered irreparable injury for the better part of a decade. Every day that goes by—and every election that occurs under an unconstitutional map—adds to that injury. Accordingly, Plaintiffs respectfully request that the Court enter an order setting the briefing schedule above.

Plaintiffs have conferred with legal counsel for Defendants and Defendant-Intervenors, and understand that Defendant-Intervenors oppose the motion and Defendants neither support nor oppose the motion.

DATED: March 30, 2017               By: */s/ Aria C. Branch*
                                              Marc Erik Elias (admitted *pro hac vice*)
                                              Bruce V. Spiva (admitted *pro hac vice*)
                                              Elisabeth C. Frost (admitted *pro hac vice*)
                                              Aria C. Branch (VSB # 83682)
                                              **PERKINS COIE LLP**
                                              700 Thirteenth Street, N.W., Suite 600
                                              Washington, D.C. 20005-3960
                                               Telephone: 202.434.1627
                                               Facsimile: 202.654.9106

                                               Kevin J. Hamilton (admitted *pro hac vice*)
                                               Abha Khanna (admitted *pro hac vice*)
                                               Ryan Spear (admitted *pro hac vice*)
                                               William B. Stafford (admitted *pro hac vice*)
                                              **PERKINS COIE LLP**
                                               1201 Third Avenue, Suite 4900
                                               Seattle, WA 98101-3099
                                               Telephone: 206.359.8000
                                               Facsimile: 206.359.9000

                                               *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

On March 30, 2017, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Katherine Lea McKnight
Richard Raile
Baker & Hostetler LLP (DC)
1050 Connecticut Ave NW
Suite 1100
Washington, DC 20036
202-861-1504
Fax: 202-861-1783
rraile@bakerlaw.com
kmcknight@bakerlaw.com

Effrem Mark Braden
Baker & Hostetler LLP (DC-NA)
Washington Square
Suite 1100
1050 Connecticut Ave NW
Washington, DC 20036
202-861-1504
Fax: 202-861-1783
mbraden@bakerlaw.com

Of counsel:

Dale Oldham, Esq.
1119 Susan St.
Columbia, SC 29210
803-772-7729
dloesq@aol.com

*Attorneys for Defendant-Intervenors*

Jeffrey P. Brundage
Daniel Ari Glass
Kathleen Angell Gallagher
Eckert Seamans Cherin & Mellott LLC
1717 Pennsylvania Ave NW, Suite 1200
Washington, D.C. 20006
202-659-6600
Fax: 202-659-6699
jbrundage@eckertseamans.com
dglass@eckertseamans.com
kgallagher@eckertseamans.com

Godfrey T. Pinn, Jr.
Harrell & Chambliss LLP
Eighth and Main Building
707 East Main Street
Suite 1000
Richmond, VA 23219
gpinn@hclawfirm.com

Anthony F. Troy
Eckert Seamans Cherin & Mellott LLC
707 East Main Street
Suite 1450
Richmond, Virginia 23219
804-788-7751
Fax: 804-698-2950
ttroy@eckertseamans.com

Stuart A. Raphael
Trevor B. Cox
Matthew R. McGuire
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
804-786-7773
sraphael@oag.state.va.us
tcox@oag.state.va.us
mmcguire@oag.state.va.us

*Attorneys for Defendants*

- 5 -

By */s/ Aria C. Branch*
Aria C. Branch (VSB #83682)
Perkins Coie LLP
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Phone: (202) 654-6338
Fax: (202) 654-9106
ABranch@perkinscoie.com

*Attorneys for Plaintiffs*