# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants, <br><br> v. <br><br> VIRGINIA HOUSE OF DELEGATES, *et al.*, <br><br> Intervenor-Defendants. | Civil Action No. 3:14-cv-00852-REP-GBL-BMK |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR BRIEFING

Upon consideration of Plaintiffs' Motion for Expedited Briefing, the Court hereby GRANTS the motion and ORDERS all parties to submit briefs on the following expedited schedule:

- April 10, 2017: Plaintiffs' opening brief is due.
- April 21, 2017: Defendants' response brief is due.
- April 28, 2017: Plaintiffs' reply brief is due.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____, 2017