IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                                        Civil Case No. 3:14cv852

VIRGINIA STATE BOARD
OF ELECTIONS, et al.,

    Defendants.

## ORDER

Finding that it would aid the Court in understanding the oral argument that transpired before the United States Supreme Court, the Court hereby ORDERS that the parties file for the record in this case the Petition Appendix used on appeal before the Supreme Court.

It is so ORDERED.

                                                /s/       REP
                                Robert E. Payne
                                Senior United States District Judge
                                For the Court

Richmond, Virginia
Date: April 5, 2017