IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                            Civil Action No. 3:14cv852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

**ORDER**

This matter is before the Court having been remanded by the judgment of the Supreme Court of the United States. In consideration of that decision, and in the interest of justice and judicial efficiency, it is hereby ORDERED that:

(1) The PLAINTIFFS' MOTION FOR BRIEFING AND MEMORANDUM IN SUPPORT (ECF No. 134) is denied; and

(2) On April 17, 2017, the parties shall simultaneously file Statements of Position outlining their proposals for the conduct of further course of proceedings in this case; and

(3) On May 1, 2017, the parties shall submit responses to the Statements of Position; and

(4) The Statements of Position may address such proposals for future proceedings as are deemed appropriate; and, in addition, shall address the following:

    (a) The extent to which factual findings made in the MEMORANDUM OPINION (ECF No. 108) remain in effect following the decision of the Supreme Court of the United States;

    (b) The extent to which conclusions of law made in the MEMORANDUM OPINION (ECF No. 108) remain in effect following the decision of the Supreme Court of the United States; and

    (c) The extent to which further discovery or further evidentiary proceedings may be necessary; and

    (d) Whether the analysis required by the decision of the Supreme Court of the United States would be assisted by expert evidence on the topics discussed in the BRIEF OF POLITICAL SCIENTISTS THOMAS L. BRUNELL, CHARLES S. BULLOCK III, AND RONALD KEITH GADDIE *AS AMICI CURIAE IN SUPPORT OF APPELLEES* filed in the Supreme Court of the United States; and

(5) Should the parties disagree respecting the topics to be addressed generally under ¶¶ (4)(a) and (b), the Court will set a briefing schedule to address those issues in detail.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge
For the Court

Richmond, Virginia
Date: April 6, 2017