1403





1404





1405



1406



1407



1408



1409





1410





1411





1412





1413





1414



1415



1416





1417





1418





1419





1420





1421





1422





1423





1424





1425





1426





1427









1429



1430





1431





1432



1433



1434



1435



1436





1437



1438



1439





1440





1441





1442





1443





1444





1445





1446





1447





1448





1449





1450





1451





1452





1453





1454





1455





1456





1457



1458



1459



1460



1461





1462



1463



1464





1465





1466





1467



1468



1469





1470





1471





1472





1473



1474



1475





1476





1477





1478





1479



1480



## District 63, 2011, 2009 Governor, %Republican



DEFENDANT-INTERVENORS TX 092 - Page 002

## District 63, 2011, 2010 Census, %NH Black VAP



DEFENDANT-INTERVENORS TX 092 - Page 003

1482

### District 69, 2011, 2009 Governor, %Republican



DEFENDANT-INTERVENORS TX 092 - Page 004

### District 69, 2011, 2010 Census, %NH Black VAP



DEFENDANT-INTERVENORS TX 092 - Page 005

## District 70, 2011, 2009 Governor, %Republican



DEFENDANT-INTERVENORS TX 092 - Page 006

## District 70, 2011, 2010 Census, %NH Black VAP



DEFENDANT-INTERVENORS TX 092 - Page 007

1484

## District 71, 2011, 2009 Governor, %Republican



## District 71, 2011, 2010 Census, %NH Black VAP



1485

## District 74, 2011, 2009 Governor, %Republican



## District 74, 2011, 2010 Census, %NH Black VAP



1486

## District 75, 2011, 2009 Governor, %Republican



DEFENDANT-INTERVENORS TX 092 - Page 012

## District 75, 2011, 2010 Census, %NH Black VAP



DEFENDANT-INTERVENORS TX 092 - Page 013

## District 77, 2011, 2009 Governor, %Republican



DEFENDANT-INTERVENORS TX 092 - Page 014

## District 77, 2011, 2010 Census, %NH Black VAP



DEFENDANT-INTERVENORS TX 092 - Page 015

1488

## District 80, 2011, 2009 Governor, %Republican



DEFENDANT-INTERVENORS TX 092 - Page 016

## District 80, 2011, 2010 Census, %NH Black VAP



DEFENDANT-INTERVENORS TX 092 - Page 017

**District 89, 2011, 2009 Governor, %Republican**



**District 89, 2011, 2010 Census, %NH Black VAP**



DEFENDANT-INTERVENORS TX 092 - Page 018

DEFENDANT-INTERVENORS TX 092 - Page 019

1490

## District 90, 2011, 2009 Governor, %Republican



DEFENDANT-INTERVENORS TX 092 - Page 020

## District 90, 2011, 2010 Census, %NH Black VAP



DEFENDANT-INTERVENORS TX 092 - Page 021

## District 92, 2011, 2009 Governor, %Republican



DEFENDANT-INTERVENORS TX 092 - Page 022

## District 92, 2011, 2010 Census, %NH Black VAP



DEFENDANT-INTERVENORS TX 092 - Page 023

1492

### District 95, 2011, 2009 Governor, %Republican



DEFENDANT-INTERVENORS TX 092 - Page 024

### District 95, 2011, 2010 Census, %NH Black VAP



DEFENDANT-INTERVENORS TX 092 - Page 025

1493



DEFENDANT-INTERVENORS TX 093 - Page 001

DEFENDANT-INTERVENORS TX 093 - Page 002

1494



1495



DEFENDANT-INTERVENORS TX 093 - Page 005

DEFENDANT-INTERVENORS TX 093 - Page 006

1496



DEFENDANT-INTERVENORS TX 093 - Page 007

DEFENDANT-INTERVENORS TX 093 - Page 008

1497



1498



DEFENDANT-INTERVENORS TX 093 - Page 011

DEFENDANT-INTERVENORS TX 093 - Page 012