1499



DEFENDANT-INTERVENORS TX 093 - Page 013

| December 14, 2004 Special Election Official Results | | | | | | |
|---|---|---|---|---|---|---|
| 87th House of Delegates | | | | | | |
| | | Registered | Ballots | BALL | MILLER | | |
| | | Voters | Cast | Michael L. | Paula J. | Write-in | Total |
| | PROVISIONAL | | 1 | | 1 | | 1 |
| 0101 | GRANBY | 1,290 | 174 | 68 | 106 | | 174 |
| 0102 | OCEAN VIEW SCHOOL | 3,700 | 0.708 | 284 | 418 | 2 | 708 |
| 0103 | NORTHSIDE | 2,023 | 576 | 281 | 290 | | 576 |
| 0104 | TITUSTOWN | 688 | 10 | 5 | 5 | | 10 |
| 0217 | WESLEY | 2,139 | 237 | 90 | 144 | | 237 |
| 0406 | BARRON BLACK | 1,097 | 315 | 167 | 145 | | 315 |
| 0501 | BAYVIEW | 2,955 | 692 | 341 | 345 | | 692 |
| 0503 | EAST OCEAN VIEW | 2,586 | 353 | 172 | 179 | | 353 |
| 0504 | LARRYMORE | 2,134 | 583 | 295 | 284 | | 583 |
| 0505 | LITTLE CREEK | 1,594 | 383 | 194 | 177 | | 383 |
| 0506 | OCEAN VIEW CENTER | 2,557 | 683 | 274 | 400 | 4 | 683 |
| 0508 | OCEANAIR | 1,529 | 235 | 100 | 133 | | 235 |
| 0509 | TARRALLTON | 2,623 | 850 | 450 | 383 | 3 | 850 |
| 0510 | THIRD PRESB. | 2,699 | 855 | 454 | 393 | 1 | 855 |
| 0511 | CROSSROADS | 2,478 | 517 | 301 | 212 | | 517 |
| 0512 | AZALEA GARDENS | 1,510 | 484 | 254 | 226 | 2 | 484 |
| | CENTRAL ABSENTEE | | 58 | 36 | 22 | | 58 |
| | CITY TOTALS | 33,603 | 7,713 | 3765 | 3862 | 15 | 7713 |
| | % OF RACE | | 22.95% | 48.81% | 50.07% | | |

DEFENDANT-INTERVENORS TX 093 - Page 014

1500



DEFENDANT-INTERVENORS TX 093 - Page 015

DEFENDANT-INTERVENORS TX 093 - Page 016

## 1501



General Election- November 7, 2006

| | | | |
|---|---|---|---|
| Write Ins | | 481 | 0.28% |
| **View Results by Locality** | | **Total:** 173,159 | |

**Office: U.S. House of Representatives**
**Congressional District 003**
Precincts Reporting: 223 of 223 (100.00%)
Registered Voters: 383,366  Total Voting: 159,623  Voter Turnout: 41.97 %

| Candidates | Party | Vote Totals | Percentage |
|---|---|---|---|
| R C Scott | Democratic | 133,546 | 96.08% |
| Write Ins | | 5,448 | 3.92% |
| **View Results by Locality** | | **Total:** 138,994 | |

**Office: U.S. House of Representatives**
**Congressional District 004**
Precincts Reporting: 266 of 266 (100.00%)
Registered Voters: 424,486  Total Voting: 217,796  Voter Turnout: 51.31 %

| Candidates | Party | Vote Totals | Percentage |
|---|---|---|---|
| J R Forbes | Republican | 150,967 | 76.12% |
| A P Burckard Jr | Independent Green | 46,487 | 23.44% |
| Write Ins | | 886 | 0.45% |
| **View Results by Locality** | | **Total:** 198,340 | |

**Office: U.S. House of Representatives**
**Congressional District 005**
Precincts Reporting: 325 of 325 (100.00%)
Registered Voters: 407,643  Total Voting: 217,830  Voter Turnout: 53.44 %

| Candidates | Party | Vote Totals | Percentage |
|---|---|---|---|
| V H Goode Jr | Republican | 125,370 | 59.11% |
| A C Weed II | Democratic | 84,682 | 39.93% |
| J P Oddo | Independent Green | 1,928 | 0.91% |
| Write Ins | | 99 | 0.05% |
| **View Results by Locality** | | **Total:** 212,079 | |

**Office: U.S. House of Representatives**
**Congressional District 006**
Precincts Reporting: 278 of 278 (100.00%)
Registered Voters: 398,787  Total Voting: 220,323  Voter Turnout: 55.53 %

http://elections.virginia.gov/Files/ElectionResults/2006NovHtm/index.htm

DEFENDANT-INTERVENORS TX 093 - Page 017

---

General Election- November 7, 2006

| Candidates | Party | Vote Totals | Percentage |
|---|---|---|---|
| R W Goodlatte | Republican | 153,187 | 75.09% |
| B J Pryor | Independent | 25,129 | 12.32% |
| A D Peery | Independent | 24,731 | 12.12% |
| Write Ins | | 948 | 0.46% |
| **View Results by Locality** | | **Total:** 203,995 | |

**Office: U.S. House of Representatives**
**Congressional District 007**
Precincts Reporting: 266 of 266 (100.00%)
Registered Voters: 446,701  Total Voting: 261,976  Voter Turnout: 58.39 %

| Candidates | Party | Vote Totals | Percentage |
|---|---|---|---|
| E I Cantor | Republican | 163,706 | 63.85% |
| J M Nachman | Democratic | 88,206 | 34.40% |
| W B Blanton | Independent | 4,213 | 1.64% |
| Write Ins | | 272 | 0.11% |
| **View Results by Locality** | | **Total:** 256,397 | |

**Office: U.S. House of Representatives**
**Congressional District 008**
Precincts Reporting: 187 of 187 (100.00%)
Registered Voters: 431,013  Total Voting: 221,602  Voter Turnout: 53.70 %

| Candidates | Party | Vote Totals | Percentage |
|---|---|---|---|
| J P Moran Jr | Democratic | 144,700 | 66.40% |
| T M Odonoghue | Republican | 66,639 | 30.58% |
| J T Hurysz | Independent | 6,094 | 2.80% |
| Write Ins | | 476 | 0.22% |
| **View Results by Locality** | | **Total:** 217,909 | |

**Office: U.S. House of Representatives**
**Congressional District 009**
Precincts Reporting: 369 of 369 (100.00%)
Registered Voters: 393,677  Total Voting: 196,930  Voter Turnout: 50.04 %

| Candidates | Party | Vote Totals | Percentage |
|---|---|---|---|
| R C Boucher | Democratic | 129,705 | 67.76% |
| C W Carrico | Republican | 61,574 | 32.17% |
| Write Ins | | 136 | 0.07% |

http://elections.virginia.gov/Files/ElectionResults/2006NovHtm/index.htm

DEFENDANT-INTERVENORS TX 093 - Page 018

View Results by Locality — Total: 191,415

Office: U.S. House of Representatives

**Congressional District 010**

**Precincts Reporting: 197 of 197 (100.00%)**

**Registered Voters: 463,003 Total Voting: 243,602 Voter Turnout: 52.61 %**

| Candidates | Party | Vote Totals | Percentage |
|---|---|---|---|
| F R Wolf | Republican | 138,213 | 57.32% |
| J M Feder | Democratic | 98,769 | 40.96% |
| W N Wood III | Libertarian | 2,107 | 0.87% |
| N C Nigam | Independent | 1,851 | 0.77% |
| Write Ins | | 194 | 0.08% |
| View Results by Locality | | Total: 241,134 | |

Office: U.S. House of Representatives

**Congressional District 011**

**Precincts Reporting: 163 of 163 (100.00%)**

**Registered Voters: 444,234 Total Voting: 239,033 Voter Turnout: 53.81 %**

| Candidates | Party | Vote Totals | Percentage |
|---|---|---|---|
| T M Davis III | Republican | 130,468 | 55.45% |
| A L Hurst | Democratic | 102,511 | 43.57% |
| F C Greco | Independent Green | 2,042 | 0.87% |
| Write Ins | | 259 | 0.11% |
| View Results by Locality | | Total: 235,280 | |

Office: House of Delegates

**State House District 050**

**Precincts Reporting: 17 of 17 (100.00%)**

**Registered Voters: 35,686 Total Voting: 15,260 Voter Turnout: 42.76 %**

| Candidates | Party | Vote Totals | Percentage |
|---|---|---|---|
| J H Miller | Republican | 7,900 | 52.80% |
| J M Rishell | Democratic | 7,039 | 47.04% |
| Write Ins | | 24 | 0.16% |
| View Results by Locality | | Total: 14,963 | |

Office: Clerk of Court

**Alleghany County and Covington City**





**Precincts Reporting: 19 of 19 (100.00%)**

**Registered Voters: 13,886 Total Voting: 7,213 Voter Turnout: 51.94 %**

| Candidates | Party | Vote Totals | Percentage |
|---|---|---|---|
| D N Byer | Independent | 6,550 | 99.67% |
| Write Ins | | 22 | 0.33% |
| View Results by Locality | | Total: 6,572 | |

Office: Clerk of Court

**Bedford County and Bedford City**

**Precincts Reporting: 35 of 35 (100.00%)**

**Registered Voters: 47,139 Total Voting: 27,468 Voter Turnout: 58.27 %**

| Candidates | Party | Vote Totals | Percentage |
|---|---|---|---|
| C C Hogan | Independent | 16,440 | 64.46% |
| J E Craft | Republican | 9,020 | 35.37% |
| Write Ins | | 45 | 0.18% |
| View Results by Locality | | Total: 25,505 | |

Office: Commonwealth's Attorney

**Grayson County and Galax City**

**Precincts Reporting: 20 of 20 (100.00%)**

**Registered Voters: 12,078 Total Voting: 6,744 Voter Turnout: 55.84 %**

| Candidates | Party | Vote Totals | Percentage |
|---|---|---|---|
| D D Cox | Republican | 4,883 | 98.65% |
| Write Ins | | 67 | 1.35% |
| View Results by Locality | | Total: 4,950 | |

1503



DEFENDANT-INTERVENORS TX 093 - Page 021

DEFENDANT-INTERVENORS TX 093 - Page 022

1504



DEFENDANT-INTERVENORS TX 093 - Page 023

DEFENDANT-INTERVENORS TX 093 - Page 024

# 1505



5/8/2015

Commonwealth Of Virginia Election Results - Jan 31, 2006 Special Election

| | | | | |
|---|---|---|---|---|
| 906MIRROR RIDGE | 118 | 181 | 1 | 300 |
| 701SULLY | 147 | 181 | 1 | 329 |
| 702PARK VIEW | 215 | 271 | 0 | 486 |
| 703ROLLING RIDGE | 119 | 160 | 1 | 280 |
| 704GUILFORD | 113 | 147 | 1 | 261 |
| 705FOREST GROVE | 199 | 226 | 0 | 425 |
| 806STONEBRIDGE | 188 | 271 | 0 | 459 |
| 808RUSSELL BRANCH | 137 | 240 | 2 | 379 |
| 810CEDAR LANE | 112 | 177 | 0 | 289 |
| 811COMMON | 145 | 230 | 0 | 375 |
| 812FARMWELL STATION | 182 | 281 | 0 | 463 |
| 813SELDENS LANDING | 305 | 490 | 2 | 795 |
| 814NEWTON-LEE | 157 | 251 | 0 | 408 |
| AB | CENTRAL ABSENTEE PRECINCT | 105 | 208 | 0 | 313 |
| CV | CONDITIONAL VOTES | 1 | 2 | 0 | 3 |
| Loudoun County Total | | 6586 | 10092 | 18 | 16696 |
| Grand Total | | 7986 | 12561 | 20 | 20060 |

**DEFENDANT-INTERVENORS TX 093 - Page 025**

| CandIdateL FirstName | MiddleNan LastName | SufTX | TOTAL_VO Party | WriteInVot LocalityId LocalityCo LocalityNa PrecinctUit PrecinctNa DistrictUid |
|---|---|---|---|---|
| (02D641)FC ALBERT | CLARKSON POLLARD  Jr. | | 138 Democrati | 0 {827E9F7l-            33 CAROLINE- (3235606C101 - BOW l6F60AD7f |
| (45E5AE3S LEE | ANNE WASHINGTON | | 262 Republican | 0 {827E9F7l-            33 CAROLINE- (3235606C101 - BOW l6F60AD7f |

**DEFENDANT-INTERVENORS TX 093 - Page 026**

1506

| DistrictTyp | DistrictNar | OfficeUid | OfficeTitle | ElectionUid | ElectionTyp | ElectionDa | ElectionName | 6888 | 5096 | 11994 | 57.60 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| House of D | 99 | 13FF0ACC3 | Member, F | 08E6591EF | Special | ######## | 2008 February Special - HD 99i | 538 | 0 | | Dem |
| House of D | 99 | 13FF0ACC3 | Member, F | 08E6591EF | Special | ######## | 2008 February Special - HD 99 | 0 | 282 | | POLLARD |

DEFENDANT-INTERVENORS TX 093 - Page 027



DEFENDANT-INTERVENORS TX 093 - Page 028

1507



DEFENDANT-INTERVENORS TX 093 - Page 029

DEFENDANT-INTERVENORS TX 093 - Page 030

1508



DEFENDANT-INTERVENORS TX 093 - Page 031



DEFENDANT-INTERVENORS TX 093 - Page 032

1509



| | | |
|---|---|---|

*Election Primaries - June 10, 2003*

**M D Tate** — Republican — 7,389 — 49.64%
Total: 14,884
View Results by Locality

**Office: Senate of Virginia (Republican Primary)**
**State Senate District 028**
Precincts Reporting: 72 of 72 (100.00%)
Registered Voters: 106,366  Total Voting: 15,832  Voter Turnout: 14.88 %

| Candidates | Party | Vote Totals: | Percentage |
|---|---|---|---|
| J H Chichester | Republican | 11,165 | 70.52% |
| M I Rothfeld | Republican | 4,668 | 29.48% |
| | Total: | 15,833 | |

View Results by Locality

**Office: Senate of Virginia (Republican Primary)**
**State Senate District 032**
Precincts Reporting: 41 of 41 (100.00%)
Registered Voters: 113,143  Total Voting: 6,449  Voter Turnout: 8.70 %

| Candidates | Party | Vote Totals: | Percentage |
|---|---|---|---|
| D M Hunt | Republican | 4,031 | 64.64% |
| H R Lind | Republican | 2,205 | 35.36% |
| | Total: | 6,236 | |

View Results by Locality

**Office: Senate of Virginia (Republican Primary)**
**State Senate District 034**
Precincts Reporting: 49 of 49 (100.00%)
Registered Voters: 114,329  Total Voting: 7,190  Voter Turnout: 6.29 %

| Candidates | Party | Vote Totals: | Percentage |
|---|---|---|---|
| J A Devolites | Republican | 5,240 | 74.89% |
| L J Zone Jr | Republican | 1,757 | 25.11% |
| | Total: | 6,997 | |

View Results by Locality

**Office: House of Delegates (Democratic Primary)**
**State House District 011**
Precincts Reporting: 27 of 27 (100.00%)
Registered Voters: 27,122  Total Voting: 3,366  Voter Turnout: 9.06 %

| Candidates | Party | Vote Totals: | Percentage |
|---|---|---|---|
| O Ware | Democratic | 1,898 | 56.44% |
| B M Shepard | Democratic | 1,465 | 43.56% |

http://elections.virginia.gov/Files/ElectionResults/2003/JuneHtmIndex.htm

---

*Election Primaries - June 10, 2003*

View Results by Locality — Total: 3,363

**Office: House of Delegates (Republican Primary)**
**State House District 030**
Precincts Reporting: 33 of 33 (100.00%)
Registered Voters: 42,694  Total Voting: 6,063  Voter Turnout: 14.20 %

| Candidates | Party | Vote Totals: | Percentage |
|---|---|---|---|
| E T Scott | Republican | 3,215 | 53.04% |
| S R Found | Republican | 1,526 | 25.18% |
| D W Rogers | Republican | 1,320 | 21.78% |
| | Total: | 6,061 | |

View Results by Locality

**Office: House of Delegates (Democratic Primary)**
**State House District 049**
Precincts Reporting: 18 of 18 (100.00%)
Registered Voters: 28,740  Total Voting: 2,629  Voter Turnout: 9.15 %

| Candidates | Party | Vote Totals: | Percentage |
|---|---|---|---|
| A P Ebbin | Democratic | 771 | 29.65% |
| T M Martinez | Democratic | 728 | 28.00% |
| A Tobar | Democratic | 695 | 26.73% |
| M J Graham | Democratic | 273 | 10.50% |
| N R Morell | Democratic | 133 | 5.12% |
| | Total: | 2,600 | |

View Results by Locality

**Office: House of Delegates (Republican Primary)**
**State House District 062**
Precincts Reporting: 17 of 17 (100.00%)
Registered Voters: 38,217  Total Voting: 2,655  Voter Turnout: 6.77 %

| Candidates | Party | Vote Totals: | Percentage |
|---|---|---|---|
| J M Frederick | Republican | 1,541 | 58.04% |
| J A Rollison III | Republican | 1,114 | 41.96% |
| | Total: | 2,655 | |

View Results by Locality

**Office: House of Delegates (Republican Primary)**
**State House District 091**
Precincts Reporting: 18 of 18 (100.00%)
Registered Voters: 39,163  Total Voting: 6,038  Voter Turnout: 15.41 %

http://elections.virginia.gov/Files/ElectionResults/2003/JuneHtmIndex.htm

## 1510



1511



DEFENDANT-INTERVENORS TX 093 – Page 037

DEFENDANT-INTERVENORS TX 093 – Page 038

1512



5/7/2016                              Primary Election June 14, 2005

**View Results by Locality**                   **Total:**  4,973

**Office: House of Delegates (Republican)**
**State House District 035**
**Precincts Reporting: 18 of 18 (100.00%)**
**Registered Voters: 52,146   Total Voting: 2,975   Voter Turnout: 5.71 %**

| | Vote Totals | Percentage |
|---|---|---|
| J E Hyland | 1,525 | 51.26% |
| E M Robinson | 1,188 | 39.93% |
| A G Purves | 262 | 8.81% |
| | **Total:**  2,975 | |

**View Results by Locality**

**Office: House of Delegates (Democrat)**
**State House District 037**
**Precincts Reporting: 20 of 20 (100.00%)**
**Registered Voters: 88,084   Total Voting: 3,565   Voter Turnout: 4.16 %**

| | Vote Totals | Percentage |
|---|---|---|
| D L Bulova | 2,066 | 57.95% |
| J S Oleszek | 1,499 | 42.05% |
| | **Total:**  3,565 | |

**View Results by Locality**

**Office: House of Delegates (Republican)**
**State House District 037**
**Precincts Reporting: 20 of 20 (100.00%)**
**Registered Voters: 88,084   Total Voting: 2,783   Voter Turnout: 3.25 %**

| | Vote Totals | Percentage |
|---|---|---|
| J Mason | 1,683 | 60.47% |
| J L Kaplan | 1,100 | 39.53% |
| | **Total:**  2,783 | |

**View Results by Locality**

**Office: House of Delegates (Republican)**
**State House District 041**
**Precincts Reporting: 16 of 16 (100.00%)**
**Registered Voters: 46,591   Total Voting: 3,207   Voter Turnout: 6.87 %**

| | Vote Totals | Percentage |
|---|---|---|
| M J Golden | 2,359 | 73.56% |
| W A Finerfrock | 848 | 26.44% |

http://elections.virginia.gov/Files/ElectionResults/2005/June2005PrimaryIndex.htm        3/7

**DEFENDANT-INTERVENORS TX 093 - Page 039**

5/7/2016                              Primary Election June 14, 2005

**View Results by Locality**                   **Total:**  3,207

**Office: House of Delegates (Democrat)**
**State House District 045**
**Precincts Reporting: 26 of 26 (100.00%)**
**Registered Voters: 55,929   Total Voting: 6,881   Voter Turnout: 12.30 %**

| | Vote Totals | Percentage |
|---|---|---|
| D L Englin | 2,094 | 30.43% |
| E T Garvey | 1,727 | 25.10% |
| E M Mosqueda | 893 | 12.98% |
| L J Mandala | 823 | 11.96% |
| J K Lay | 816 | 11.86% |
| R R G Hobson | 528 | 7.67% |
| | **Total:**  6,881 | |

**View Results by Locality**

**Office: House of Delegates (Republican)**
**State House District 050**
**Precincts Reporting: 14 of 14 (100.00%)**
**Registered Voters: 36,139   Total Voting: 3,530   Voter Turnout: 9.77 %**

| | Vote Totals | Percentage |
|---|---|---|
| H J Parrish | 1,936 | 54.84% |
| S H Chapman | 1,594 | 45.16% |
| | **Total:**  3,530 | |

**View Results by Locality**

**Office: House of Delegates (Republican)**
**State House District 054**
**Precincts Reporting: 21 of 21 (100.00%)**
**Registered Voters: 51,616   Total Voting: 3,635   Voter Turnout: 7.04 %**

| | Vote Totals | Percentage |
|---|---|---|
| R D Orrock | 2,009 | 55.27% |
| S V Kenney | 1,626 | 44.73% |
| | **Total:**  3,635 | |

**View Results by Locality**

**Office: House of Delegates (Republican)**
**State House District 055**
**Precincts Reporting: 27 of 27 (100.00%)**
**Registered Voters: 49,254   Total Voting: 4,585   Voter Turnout: 9.31 %**

http://elections.virginia.gov/Files/ElectionResults/2005/June2005PrimaryIndex.htm        4/7

**DEFENDANT-INTERVENORS TX 093 - Page 040**

1513



1514



Primary Election June 14, 2005

**Precincts Reporting: 20 of 20 (100.00%)**
**Registered Voters: 33,996  Total Voting: 1,710  Voter Turnout: 5.07 %**

| | Vote Totals | Percentage |
|---|---|---|
| A T Howell Jr | 1,040 | 60.82% |
| K A Boose | 670 | 39.18% |
| **Total:** | 1,710 | |

View Results by Locality

DEFENDANT-INTERVENORS TX 093 - Page 043

## 2007 June Democratic Primary Official Results

General Assembly | Local Office | Voter Turnout Report | *By County/City

State Senate | House of Delegates

| RACE | CANDIDATE | VOTE | VOTE% | STATISTICS | DETAILS |
|---|---|---|---|---|---|
| Member House of Delegates (House of Delegates 3) | Danny C. "Dan" Bowling | 3,351 | 54.62% | Precincts Reporting: 44 of 44 (100%) | Votes by County/City |
| | Mickey G. McGlothlin | 2,784 | 45.37% | Voter Turnout: 6,135 of 42,747 (14.35%) | |

| RACE | CANDIDATE | VOTE | VOTE% | STATISTICS | DETAILS |
|---|---|---|---|---|---|
| Member House of Delegates (House of Delegates 34) | Margaret G. Vanderhye | 1,727 | 52.25% | Precincts Reporting: 19 of 19 (100%) | Votes by County/City |
| | R. C. "Rip" Sullivan, Jr. | 1,578 | 47.74% | Voter Turnout: 3,305 of 52,047 (6.350%) | |

| RACE | CANDIDATE | VOTE | VOTE% | STATISTICS | DETAILS |
|---|---|---|---|---|---|

DEFENDANT-INTERVENORS TX 093 - Page 044

1515

3/10/2015 https://voterinfo.sbe.virginia.gov/electionData/2007/FF531BB4-AA39-47BF-9CCE-21986D9EC84D/officialR_s.shtml

| RACE | CANDIDATE | VOTE | VOTE% | STATISTICS | DETAILS |
|------|-----------|------|-------|------------|---------|
| Member House of Delegates (House of Delegates 40) | Rex A. Simmons | 984 | 62.04% | Precincts Reporting: 15 of 15 (100%) | Votes by County/City |
| | Morris A. Meyer IV | 602 | 37.95% | Voter Turnout: 1,586 of 47,799 (3.318%) | |

| RACE | CANDIDATE | VOTE | VOTE% | STATISTICS | DETAILS |
|------|-----------|------|-------|------------|---------|
| Member House of Delegates (House of Delegates 74) | Joseph D. Morrissey | 2,056 | 37.85% | | |
| | Floyd H. Miles, Sr. | 1,488 | 27.39% | Precincts Reporting: 30 of 30 (100%) | Votes by County/City |
| | J. M. "Jackie" Jackson | 1,053 | 19.38% | Voter Turnout: 5,431 of 42,749 (12.70%) | |
| | David M. Lambert | 546 | 10.05% | | |
| | Shirley McCall Goodall | 288 | 5.30% | | |

| RACE | CANDIDATE | VOTE | VOTE% | STATISTICS | DETAILS |
|------|-----------|------|-------|------------|---------|
| Member House of Delegates (House of Delegates 74) | Johnny S. Joannou | 2,552 | 58.37% | Precincts Reporting: 25 of 24 (104.1%) | Votes by County/City |
| | Henry D. | | | Voter Turnout: 4,372 of | |

https://voterinfo.sbe.virginia.gov/electionData/2007/FF531BB4-AA39-47BF-9CCE-21986D9EC84D/officialR_s.shtml    2/3

6/7/2015 https://voterinfo.sbe.virginia.gov/electionData/2007/FF531BB4-AA39-47BF-9CCE-21986D9EC84D/officialR_s.shtml

| | | | | | |
|---|---|---|---|---|---|
| | Light | 1,820 | 41.62% | 41,218 (10.60%) | |

https://voterinfo.sbe.virginia.gov/electionData/2007/FF531BB4-AA39-47BF-9CCE-21986D9EC84D/officialR_s.shtml    3/3

1516



DEFENDANT-INTERVENORS TX 093 - Page 047

DEFENDANT-INTERVENORS TX 093 - Page 048

1517



DEFENDANT-INTERVENORS TX 093 - Page 049

DEFENDANT-INTERVENORS TX 093 - Page 050

1518

| RACE | CANDIDATE | VOTE | VOTE% | STATISTICS | DETAILS |
|---|---|---|---|---|---|
| Member Senate of Virginia (State Senate 13) | Frederick M. Quayle | 2,012 | 84.14% | Precincts Reporting: 78 of 78 (100%) | Votes by County/City |
| | Richard H. Ramsey, Sr. | 379 | 15.85% | Voter Turnout: 2,391 of 122,030 (1.959%) | |

| RACE | CANDIDATE | VOTE | VOTE% | STATISTICS | DETAILS |
|---|---|---|---|---|---|
| Member Senate of Virginia (State Senate 22) | Ralph K. Smith | 3,645 | 50.51% | Precincts Reporting: 69 of 69 (100%) | Votes by County/City |
| | J. Brandon Bell II | 3,570 | 49.48% | Voter Turnout: 7,215 of 121,545 (5.936%) | |

| RACE | CANDIDATE | VOTE | VOTE% | STATISTICS | DETAILS |
|---|---|---|---|---|---|
| Member Senate of Virginia (State Senate 24) | Emmett W. Hanger, Jr. | 7,619 | 53.01% | Precincts Reporting: 74 of 74 (100%) | Votes by County/City |
| | R. Scott Sayre | 6,753 | 46.98% | Voter Turnout: 14,372 of 110,794 (12.97%) | |

| RACE | CANDIDATE | VOTE | VOTE% | STATISTICS | DETAILS |
|---|---|---|---|---|---|
| Member Senate of Virginia (State Senate 27) | Jill Holtzman Vogel | 5,139 | 64.86% | Precincts Reporting: 65 of 65 (100%) | |

DEFENDANT-INTERVENORS TX 093 - Page 051

DEFENDANT-INTERVENORS TX 093 - Page 052

1519



DEFENDANT-INTERVENORS TX 093 - Page 053

DEFENDANT-INTERVENORS TX 093 - Page 054

1520

5/7/2015                    https://voterinfo.sbe.virginia.gov/election/DATA00085FH00085E-A4DC-4C27-BC06-30C6F2F73F92/Office09_s.shtml

|   | | VOTE | VOTE% | STATISTICS | DETAILS |
|---|---|---|---|---|---|
| | Miles F. Grant | 1,136 | 14.11% | 8,051 of 57,801 total voters (13.92%) | |
| | Andres Tobar | 1,027 | 12.75% | | |

| RACE | CANDIDATE | VOTE | VOTE% | STATISTICS | DETAILS |
|---|---|---|---|---|---|
| Member House of Delegates (53D) Last Reported: Jun 10 2005 2:48PM EST | Luke E. Torian | 1,812 | 68.14% | Precincts Reporting: 19 of 19 (100%) Voter Turnout: 2,659 of 49,703 active voters (5.349%) 2,659 of 51,210 total voters (5.192%) | Votes by County/City See History of Changes |
| | Michael A. Hodge | 847 | 31.85% | | |

| RACE | CANDIDATE | VOTE | VOTE% | STATISTICS | DETAILS |
|---|---|---|---|---|---|
| Member House of Delegates (69th) Last Reported: Jun 9 2009 9:10PM EST | Betsy B. Carr | 1,714 | 44.48% | Precincts Reporting: 23 of 23 (100%) Voter Turnout: 3,853 of 39,578 active voters (9.735%) 3,853 of 40,648 total voters (9.478%) | Votes by County/City |
| | Carlos M. Brown | 1,626 | 42.20% | | |
| | Antione M. Green | 513 | 13.31% | | |

| RACE | CANDIDATE | VOTE | VOTE% | STATISTICS | DETAILS |
|---|---|---|---|---|---|
| Member House of Delegates (70th) Last Reported: Jun 9 2009 9:10PM EST | Matthew James | 2,652 | 45.22% | Precincts Reporting: 26 of 26 (100%) Voter Turnout: 5,864 of 41,930 active voters | Votes by County/City See History of Changes |
| | Doug L. Smith | 2,088 | 35.60% | | |

https://voterinfo.sbe.virginia.gov/election/DATA00085FH00085E-A4DC-4C27-BC06-30C6F2F73F92/Office09_s.shtml                    3/4

**DEFENDANT-INTERVENORS TX 093 – Page 055**

5/7/2015                    https://voterinfo.sbe.virginia.gov/election/DATA00085FH00085E-A4DC-4C27-BC06-30C6F2F73F92/Office09_s.shtml

|   | | VOTE | VOTE% | STATISTICS | DETAILS |
|---|---|---|---|---|---|
| | Elijah "Buddy" Sharp III | 1,124 | 19.16% | (13.98%) 5,864 of 43,045 total voters (13.62%) | Changes |

| RACE | CANDIDATE | VOTE | VOTE% | STATISTICS | DETAILS |
|---|---|---|---|---|---|
| Member House of Delegates (90th) Last Reported: Jun 9 2009 8:55PM EST | Algie T. Howell, Jr. | 1,888 | 69.61% | Precincts Reporting: 21 of 21 (100%) Voter Turnout: 2,712 of 38,890 active voters (6.973%) 2,712 of 41,082 total voters (6.601%) | Votes by County/City See History of Changes |
| | Lionell Spruill, Jr. | 824 | 30.38% | | |

https://voterinfo.sbe.virginia.gov/election/DATA00085FH00085E-A4DC-4C27-BC06-30C6F2F73F92/Office09_s.shtml                    4/4

**DEFENDANT-INTERVENORS TX 093 - Page 056**

1521



DEFENDANT-INTERVENORS TX 093 – Page 057

DEFENDANT-INTERVENORS TX 093 – Page 058

1522



DEFENDANT-INTERVENORS TX 093 - Page 059

DEFENDANT-INTERVENORS TX 093 - Page 060

1523



DEFENDANT-INTERVENORS TX 093 – Page 061

DEFENDANT-INTERVENORS TX 093 – Page 062

1524



DEFENDANT-INTERVENORS TX 093 - Page 063

DEFENDANT-INTERVENORS TX 093 - Page 064

1525

5/10/2016

https://voterinfo.sbe.virginia.gov/election/DATA/2011/FC2CC80F-A94D-4058-BF3F-BCA2004CDA9F/Official7_s.shtml

| | | | | STATISTICS | DETAILS |
|---|---|---|---|---|---|
| Senate of Virginia (031) | David A. "Dave" Nutter | 1,854 | 66.26% | Precincts Reporting: 70 of 70 (100%) | Votes by County/City |
| | E. C. Tripp Godsey III | 944 | 33.73% | | |

| RACE | CANDIDATE | VOTE | VOTE% | STATISTICS | DETAILS |
|---|---|---|---|---|---|
| Member Senate of Virginia (033) | Thomas A. "Tom" Garrett, Jr. | 3,240 | 25.96% | Precincts Reporting: 86 of 86 (100%) | Votes by County/City |
| | Brian D. Bates | 3,069 | 24.59% | | |
| | Mark J. Peake | 2,810 | 22.52% | | See History of Changes |
| | Bryan M. Rhode | 2,560 | 20.51% | | |
| | Claudia D. Tucker | 797 | 6.38% | | |

| RACE | CANDIDATE | VOTE | VOTE% | STATISTICS | DETAILS |
|---|---|---|---|---|---|
| Member Senate of Virginia (035) | Jeffrey M. Frederick | 3,670 | 68.64% | Precincts Reporting: 50 of 50 (100%) | Votes by County/City |
| | Tito A. Munoz | 1,676 | 31.35% | | See History of Changes |

| RACE | CANDIDATE | VOTE | VOTE% | STATISTICS | DETAILS |
|---|---|---|---|---|---|
| Member Senate of | Jason A. | 3,131 | 54.93% | | Votes by |

https://voterinfo.sbe.virginia.gov/election/DATA/2011/FC2CC80F-A94D-4058-BF3F-BCA2004CDA9F/Official7_s.shtml          2/3

**DEFENDANT-INTERVENORS TX 093 - Page 065**

5/10/2016

https://voterinfo.sbe.virginia.gov/election/DATA/2011/FC2CC80F-A94D-4058-BF3F-BCA2004CDA9F/Official7_s.shtml

| | | | | STATISTICS | DETAILS |
|---|---|---|---|---|---|
| Virginia (037) | Flanary | | | Precincts Reporting: 44 of 44 (100%) | County/City |
| | Stephen M. "Steve" Hunt | 2,568 | 45.06% | | See History of Changes |

| RACE | CANDIDATE | VOTE | VOTE% | STATISTICS | DETAILS |
|---|---|---|---|---|---|
| Member Senate of Virginia (039) | M. Miller Baker | 4,201 | 73.32% | Precincts Reporting: 47 of 47 (100%) | Votes by County/City |
| | Scott M. Martin | 1,528 | 26.67% | | See History of Changes |

https://voterinfo.sbe.virginia.gov/election/DATA/2011/FC2CC80F-A94D-4058-BF3F-BCA2004CDA9F/Official7_s.shtml          3/3

**DEFENDANT-INTERVENORS TX 093 - Page 066**

1526



DEFENDANT-INTERVENORS TX 093 - Page 067

DEFENDANT-INTERVENORS TX 093 - Page 068

1527



| RACE | CANDIDATE | VOTE | VOTE% | STATISTICS | DETAILS |
|------|-----------|------|-------|------------|---------|
| Member Senate of Virginia [037] | **Republican**<br>Jason A. Flanary | 3,131 | 54.93% | Precincts Reporting: 44 of 44 (100%) | Votes by County/City |
| | **Republican**<br>Stephen M. "Steve" Hunt | 2,568 | 45.06% | | See History of Changes |

| RACE | CANDIDATE | VOTE | VOTE% | STATISTICS | DETAILS |
|------|-----------|------|-------|------------|---------|
| Member Senate of Virginia [039] | **Republican**<br>M. Miller Baker | 4,201 | 73.32% | Precincts Reporting: 47 of 47 (100%) | Votes by County/City |
| | **Republican**<br>Scott M. Martin | 1,528 | 26.67% | | See History of Changes |

**DEFENDANT-INTERVENORS TX 093 - Page 089**

**DEFENDANT-INTERVENORS TX 093 - Page 070**

1528



DEFENDANT-INTERVENORS TX 093 - Page 071



DEFENDANT-INTERVENORS TX 093 - Page 072

1529



1530



DEFENDANT-INTERVENORS TX 093 - Page 075

1531



1532



1533



DEFENDANT-INTERVENORS TX 093 - Page 081



DEFENDANT-INTERVENORS TX 093 - Page 082

1534



DEFENDANT-INTERVENORS TX 093 - Page 083

DEFENDANT-INTERVENORS TX 093 - Page 084

1535



DEFENDANT-INTERVENORS TX 093 - Page 085

DEFENDANT-INTERVENORS TX 093 - Page 086

1536



DEFENDANT-INTERVENORS TX 093 – Page 087

DEFENDANT-INTERVENORS TX 093 - Page 088

1537

3/15/2015                             Election Results | Virginia Department of Elections

* VIRGINIA *
DEPARTMENT *of* ELECTIONS

Washington Building First Floor
1100 Bank Street,
Richmond, VA 23219
Phone (804) 864-8901
Toll Free (800) 552-9745
Fax (804) 371-0194
Email: info@elections.virginia.gov

# 2014 Election Results

Virginia Department of Elections > Results/Reports > Election Results > December 9, 2014 .

December 9, 2014-Special-Election Results

## Official Results

**Precincts Reported of Total (Percent)**
40 of 40 (100%)
Download precinct results (.csv)

### Summary Results

**2014 December Special - HOD 4**

4th District - Member House of Delegates

| Candidate | Votes | Percent | Graph |
|---|---|---|---|

http://results.elections.virginia.gov/publicarchive/120902014.html         1/5

DEFENDANT-INTERVENORS TX 093 - Page 089

3/15/2015                             Election Results | Virginia Department of Elections

| Candidate | Votes | Percent | Graph |
|---|---|---|---|
| Todd E. Pillion<br>*Republican* | 4,570 | 66.11% | |
| Donnie W. Rife<br>*Democrat* | 2,327 | 33.66% | |
| Write-in | 16 | 0.23% | |

### Locality Results

**2014 December Special - HOD 4**

4th District - Member House of Delegates

Locality - DICKENSON COUNTY

| Candidate | Votes | Percent | Graph |
|---|---|---|---|
| Todd E. Pillion<br>*Republican* | 912 | 48.2% | |
| Donnie W. Rife<br>*Democrat* | 971 | 51.32% | |
| Write-in | 9 | 0.48% | |

Locality - RUSSELL COUNTY

| Candidate | Votes | Percent | Graph |
|---|---|---|---|
| Todd E. Pillion<br>*Republican* | 1,535 | 70.74% | |
| Donnie W. Rife<br>*Democrat* | 631 | 29.08% | |
| Write-in | 4 | 0.18% | |

Locality - WASHINGTON COUNTY

| Candidate | Votes | Percent | Graph |
|---|---|---|---|

http://results.elections.virginia.gov/publicarchive/120902014.html         2/5

DEFENDANT-INTERVENORS TX 093 - Page 090

1538



1539



DEFENDANT-INTERVENORS TX 093 – Page 093

DEFENDANT-INTERVENORS TX 093 – Page 094

1540

DEFENDANT-INTERVENORS TX 093 - Page 095

DEFENDANT-INTERVENORS TX 093 - Page 096

1541

| | | | |
|---|---|---|---|
| **Kathleen J. Murphy** <br> Democrat | 6,419 | 51.24% | |
| **Craig A. Parisot** <br> Republican | 6,093 | 48.64% | |
| **Write-In** | 16 | 0.12% | |

### 63rd District - Member House of Delegates    Local Results

| Candidate | Votes | Percent | Graph |
|---|---|---|---|
| **Joseph E. Preston** <br> Democrat | 1,213 | 78.61% | |
| **W. H. "Mouse" Jones, Jr.** <br> Independent | 285 | 18.47% | |
| **Write-In** | 45 | 2.92% | |

DEFENDANT-INTERVENORS TX 093 - Page 097

---

★ VIRGINIA ★
DEPARTMENT *of* ELECTIONS

Washington Building First Floor
1100 Bank Street,
Richmond, VA 23219
Phone (804) 864-8901
Toll Free (800) 552-9745
Fax (804) 371-0194
Email: info@elections.virginia.gov

## 2015 Election Results

Virginia Department of Elections > Results/Reports > Election Results > 2015 Election Results

### Official Results

2015 January Special – HOD 74 : 01/13/2015

| Precincts Reported of Total (Percent) |
|---|
| 33 of 33 (100%) |

### SUMMARY RESULTS

| 74th District - Member House of Delegates | | |
|---|---|---|
| Candidate | Votes | Percent |

DEFENDANT-INTERVENORS TX 093 - Page 098

1542

3/10/2015 — January 13, 2015 – House of Delegates 74th District Special Election

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton, Republican | 1622 | 24.14% |
| Kevin J. Sullivan, Democrat | 2242 | 33.36% |
| Joseph D. Morrissey, Independent | 2840 | 42.26% |
| Write-In | 15 | 0.22% |

**LOCALITY RESULTS**

**74th District - Member House of Delegates - CHARLES CITY COUNTY**

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton, Republican | 282 | 25.42% |
| Kevin J. Sullivan, Democrat | 343 | 30.92% |
| Joseph D. Morrissey, Independent | 474 | 42.74% |
| Write-In | 10 | 0.9% |

**74th District - Member House of Delegates - HENRICO COUNTY**

| Candidate | Votes | Percent |
|---|---|---|

DEFENDANT-INTERVENORS TX 093 - Page 099

3/10/2015 — January 13, 2015 – House of Delegates 74th District Special Election

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton, Republican | 1334 | 24.27% |
| Kevin J. Sullivan, Democrat | 1855 | 33.75% |
| Joseph D. Morrissey, Independent | 2301 | 41.87% |
| Write-In | 5 | 0.09% |

**74th District - Member House of Delegates - RICHMOND CITY**

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton, Republican | 6 | 5.21% |
| Kevin J. Sullivan, Democrat | 44 | 38.26% |
| Joseph D. Morrissey, Independent | 65 | 56.52% |
| Write-In | 0 | 0% |

**PRECINCT RESULTS**

**74th District - Member House of Delegates - CHARLES CITY COUNTY ###Provisional**

| Candidate | Votes | Percent |
|---|---|---|

DEFENDANT-INTERVENORS TX 093 - Page 100

1543

3/10/2015                              January 13, 2015 – House of Delegates 74th District Special Election

| Matt D. Walton | | |
|---|---|---|
| Matt D. Walton<br>Republican | 0 | 0% |
| Kevin J. Sullivan<br>Democrat | 0 | 0% |
| Joseph D. Morrissey<br>Independent | 0 | 0% |
| Write-In | 0 | 0% |

**74th District - Member House of Delegates - CHARLES CITY COUNTY ##Central Absentee**

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton<br>Republican | 15 | 36.58% |
| Kevin J. Sullivan<br>Democrat | 8 | 19.51% |
| Joseph D. Morrissey<br>Independent | 17 | 41.46% |
| Write-In | 1 | 2.43% |

**74th District - Member House of Delegates - CHARLES CITY COUNTY 101 - PRECINCT 1-1**

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton | | |

http://elections.virginia.gov/index.php/results-reports/election-results/2015-election-results/011132015Results.html                    42/1

3/10/2015                              January 13, 2015 – House of Delegates 74th District Special Election

| Republican | 93 | 28.01% |
|---|---|---|
| Kevin J. Sullivan<br>Democrat | 103 | 31.02% |
| Joseph D. Morrissey<br>Independent | 136 | 40.96% |
| Write-In | 0 | 0% |

**74th District - Member House of Delegates - CHARLES CITY COUNTY 201 - PRECINCT 2-1**

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton<br>Republican | 57 | 18.62% |
| Kevin J. Sullivan<br>Democrat | 86 | 28.1% |
| Joseph D. Morrissey<br>Independent | 159 | 51.96% |
| Write-In | 4 | 1.3% |

**74th District - Member House of Delegates - CHARLES CITY COUNTY 301 - PRECINCT 3-1**

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton<br>Republican | 117 | 27.2% |

http://elections.virginia.gov/index.php/results-reports/election-results/2015-election-results/011132015Results.html                    5/21

1544

3/10/2015                                    January 13, 2015 – House of Delegates 74th District Special Election

| Kevin J. Sullivan Democrat | 146 | 33.95% |
|---|---|---|
| Joseph D. Morrissey Independent | 162 | 37.67% |
| Write-In | 5 | 1.16% |

### 74th District – Member House of Delegates – HENRICO COUNTY ###Provisional

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton Republican | 0 | 0% |
| Kevin J. Sullivan Democrat | 2 | 100% |
| Joseph D. Morrissey Independent | 0 | 0% |
| Write-In | 0 | 0% |

### 74th District – Member House of Delegates – HENRICO COUNTY ##Central Absentee

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton Republican | 41 | 39.42% |
| Kevin J. Sullivan | | |

http://elections.virginia.gov/index.php/resultsreports/election-results/2015-election-results/01132015Results.html                                    5/21

3/10/2015                                    January 13, 2015 – House of Delegates 74th District Special Election

| Democrat | 21 | 20.19% |
|---|---|---|
| Joseph D. Morrissey Independent | 42 | 40.38% |
| Write-In | 0 | 0% |

### 74th District – Member House of Delegates – HENRICO COUNTY 201 - ADAMS

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton Republican | 4 | 1.47% |
| Kevin J. Sullivan Democrat | 67 | 24.72% |
| Joseph D. Morrissey Independent | 200 | 73.8% |
| Write-In | 0 | 0% |

### 74th District – Member House of Delegates – HENRICO COUNTY 202 - AZALEA

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton Republican | 10 | 4.13% |
| Kevin J. Sullivan Democrat | 105 | 43.38% |

http://elections.virginia.gov/index.php/resultsreports/election-results/2015-election-results/01132015Results.html                                    7/21

1545

3/19/2015        January 13, 2015 – House of Delegates 74th District Special Election

| Joseph D. Morrissey<br>Independent | 126 | 52.06% |
|---|---|---|
| Write-In | 1 | 0.41% |

### 74th District – Member House of Delegates – HENRICO COUNTY
### 203 – BELMONT

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton<br>Republican | 45 | 39.82% |
| Kevin J. Sullivan<br>Democrat | 32 | 28.31% |
| Joseph D. Morrissey<br>Independent | 36 | 31.85% |
| Write-In | 0 | 0% |

### 74th District – Member House of Delegates – HENRICO COUNTY
### 204 – BROOKLAND

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton<br>Republican | 13 | 36.11% |
| Kevin J. Sullivan<br>Democrat | 13 | 36.11% |
| Joseph D. Morrissey | | |

http://elections.virginia.gov/index.php/results/election-results/2015-election-results/011320155results.html     6/21

DEFENDANT-INTERVENORS TX 093 - Page 105

---

3/19/2015        January 13, 2015 – House of Delegates 74th District Special Election

| Independent | 10 | 27.77% |
|---|---|---|
| Write-In | 0 | 0% |

### 74th District – Member House of Delegates – HENRICO COUNTY
### 207 – CHAMBERLAYNE

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton<br>Republican | 125 | 22.81% |
| Kevin J. Sullivan<br>Democrat | 227 | 41.42% |
| Joseph D. Morrissey<br>Independent | 196 | 35.76% |
| Write-In | 0 | 0% |

### 74th District – Member House of Delegates – HENRICO COUNTY
### 208 – FAIRFIELD

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton<br>Republican | 11 | 4.62% |
| Kevin J. Sullivan<br>Democrat | 75 | 31.51% |
| Joseph D. Morrissey<br>Independent | 152 | 63.86% |

http://elections.virginia.gov/index.php/results/election-results/2015-election-results/011320155results.html     6/21

DEFENDANT-INTERVENORS TX 093 - Page 106

1546

| Write-In | 0 | 0% |

**74th District – Member House of Delegates – HENRICO COUNTY**
**209 – GLEN LEA**

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton<br>Republican | 25 | 16.23% |
| Kevin J. Sullivan<br>Democrat | 40 | 25.97% |
| Joseph D. Morrissey<br>Independent | 89 | 57.79% |
| Write-In | 0 | 0% |

**74th District – Member House of Delegates – HENRICO COUNTY**
**210 – GREENWOOD**

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton<br>Republican | 18 | 9.62% |
| Kevin J. Sullivan<br>Democrat | 104 | 55.61% |
| Joseph D. Morrissey<br>Independent | 65 | 34.75% |
| Write-In | 0 | 0% |

DEFENDANT-INTERVENORS TX 093 - Page 107

**74th District – Member House of Delegates – HENRICO COUNTY**
**211 – HIGHLAND GARDENS**

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton<br>Republican | 2 | 1.23% |
| Kevin J. Sullivan<br>Democrat | 53 | 32.71% |
| Joseph D. Morrissey<br>Independent | 107 | 66.04% |
| Write-In | 0 | 0% |

**74th District – Member House of Delegates – HENRICO COUNTY**
**212 – HOLLYBROOK**

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton<br>Republican | 23 | 27.38% |
| Kevin J. Sullivan<br>Democrat | 40 | 47.61% |
| Joseph D. Morrissey<br>Independent | 21 | 25% |
| Write-In | 0 | 0% |

DEFENDANT-INTERVENORS TX 093 - Page 108

1547

### 74th District - Member House of Delegates - HENRICO COUNTY
### 213 - HUNGARY

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton<br>Republican | 18 | 9.62% |
| Kevin J. Sullivan<br>Democrat | 86 | 45.98% |
| Joseph D. Morrissey<br>Independent | 83 | 44.38% |
| Write-In | 0 | 0% |

### 74th District - Member House of Delegates - HENRICO COUNTY
### 214 - LONGDALE

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton<br>Republican | 39 | 41.05% |
| Kevin J. Sullivan<br>Democrat | 30 | 31.57% |
| Joseph D. Morrissey<br>Independent | 26 | 27.36% |
| Write-In | 0 | 0% |

### 74th District - Member House of Delegates - HENRICO COUNTY

DEFENDANT-INTERVENORS TX 093 - Page 109

### 215 - MAPLEWOOD

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton<br>Republican | 14 | 3.53% |
| Kevin J. Sullivan<br>Democrat | 190 | 47.97% |
| Joseph D. Morrissey<br>Independent | 192 | 48.48% |
| Write-In | 0 | 0% |

### 74th District - Member House of Delegates - HENRICO COUNTY
### 216 - MOODY

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton<br>Republican | 0 | 0% |
| Kevin J. Sullivan<br>Democrat | 2 | 66.66% |
| Joseph D. Morrissey<br>Independent | 1 | 33.33% |
| Write-In | 0 | 0% |

### 74th District - Member House of Delegates - HENRICO COUNTY
### 219 - RANDOLPH

DEFENDANT-INTERVENORS TX 093 - Page 110

1548

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton<br>Republican | 5 | 9.09% |
| Kevin J. Sullivan<br>Democrat | 24 | 43.63% |
| Joseph D. Morrissey<br>Independent | 26 | 47.27% |
| Write-In | 0 | 0% |

**74th District - Member House of Delegates - HENRICO COUNTY<br>222 - WILDER**

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton<br>Republican | 62 | 16.62% |
| Kevin J. Sullivan<br>Democrat | 170 | 45.57% |
| Joseph D. Morrissey<br>Independent | 139 | 37.26% |
| Write-In | 2 | 0.53% |

**74th District - Member House of Delegates - HENRICO COUNTY<br>223 - YELLOW TAVERN**

| Candidate | Votes | Percent |
|---|---|---|

DEFENDANT-INTERVENORS TX 093 - Page 111

| Matt D. Walton<br>Republican | 138 | 42.2% |
|---|---|---|
| Kevin J. Sullivan<br>Democrat | 113 | 34.55% |
| Joseph D. Morrissey<br>Independent | 76 | 23.24% |
| Write-In | 0 | 0% |

**74th District - Member House of Delegates - HENRICO COUNTY<br>501 - ANTIOCH**

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton<br>Republican | 231 | 73.1% |
| Kevin J. Sullivan<br>Democrat | 61 | 19.3% |
| Joseph D. Morrissey<br>Independent | 24 | 7.59% |
| Write-In | 0 | 0% |

**74th District - Member House of Delegates - HENRICO COUNTY<br>502 - CEDAR FORK**

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton | 20 | 15.03% |

DEFENDANT-INTERVENORS TX 093 - Page 112

1549

3/10/2016   January 13, 2015 – House of Delegates 74th District Special Election

Republican

| Kevin J. Sullivan Democrat | 31 | 23.3% |
| Joseph D. Morrissey Independent | 82 | 61.65% |
| Write-In | 0 | 0% |

**74th District - Member House of Delegates - HENRICO COUNTY 503 - CHICKAHOMINY**

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton Republican | 187 | 53.89% |
| Kevin J. Sullivan Democrat | 81 | 23.34% |
| Joseph D. Morrissey Independent | 79 | 22.76% |
| Write-In | 0 | 0% |

**74th District - Member House of Delegates - HENRICO COUNTY 504 - DONAHOE**

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton Republican | 33 | 21.56% |

http://elections.virginia.gov/index.php/results/reports/election-results/2015-election-results/011320015Results.html

3/10/2015   January 13, 2015 – House of Delegates 74th District Special Election

| Kevin J. Sullivan Democrat | 45 | 29.41% |
| Joseph D. Morrissey Independent | 75 | 49.01% |
| Write-In | 0 | 0% |

**74th District - Member House of Delegates - HENRICO COUNTY 507 - ELKO**

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton Republican | 94 | 71.75% |
| Kevin J. Sullivan Democrat | 12 | 9.16% |
| Joseph D. Morrissey Independent | 25 | 19.08% |
| Write-In | 0 | 0% |

**74th District - Member House of Delegates - HENRICO COUNTY 508 - HIGHLAND SPRINGS**

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton Republican | 44 | 23.4% |
| Kevin J. Sullivan | 54 | 28.72% |

http://elections.virginia.gov/index.php/results/reports/election-results/2015-election-results/011320015Results.html

1550

| Democrat | | |
|---|---|---|
| Joseph D. Morrissey<br>Independent | 90 | 47.87% |
| Write-In | 0 | 0% |

### 74th District - Member House of Delegates - HENRICO COUNTY 509 - LABURNUM

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton<br>Republican | 40 | 21.16% |
| Kevin J. Sullivan<br>Democrat | 55 | 29.1% |
| Joseph D. Morrissey<br>Independent | 93 | 49.2% |
| Write-In | 1 | 0.52% |

### 74th District - Member House of Delegates - HENRICO COUNTY 512 - NINE MILE

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton<br>Republican | 59 | 47.96% |
| Kevin J. Sullivan<br>Democrat | 18 | 14.63% |

http://elections.virginia.gov/index.php/resultsreport/election-results/2015-election-results/01132015Results.html

| Joseph D. Morrissey<br>Independent | 46 | 37.39% |
|---|---|---|
| Write-In | 0 | 0% |

### 74th District - Member House of Delegates - HENRICO COUNTY 513 - PLEASANTS

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton<br>Republican | 33 | 9.76% |
| Kevin J. Sullivan<br>Democrat | 104 | 30.76% |
| Joseph D. Morrissey<br>Independent | 200 | 59.17% |
| Write-In | 1 | 0.29% |

### 74th District - Member House of Delegates - RICHMOND CITY ###Provisional

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton<br>Republican | 0 | 0% |
| Kevin J. Sullivan<br>Democrat | 0 | 0% |
| Joseph D. Morrissey | | |

http://elections.virginia.gov/index.php/resultsreport/election-results/2015-election-results/01132015Results.html

1551

| | | |
|---|---|---|
| Independent | 0 | 0% |
| Write-In | 0 | 0% |

**74th District - Member House of Delegates - RICHMOND CITY ##Central Absentee**

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton<br>Republican | 0 | 0% |
| Kevin J. Sullivan<br>Democrat | 0 | 0% |
| Joseph D. Morrissey<br>Independent | 0 | 0% |
| Write-In | 0 | 0% |

**74th District - Member House of Delegates - RICHMOND CITY 301 - THREE HUNDRED ONE**

| Candidate | Votes | Percent |
|---|---|---|
| Matt D. Walton<br>Republican | 6 | 5.21% |
| Kevin J. Sullivan<br>Democrat | 44 | 38.26% |
| Joseph D. Morrissey<br>Independent | 65 | 56.52% |

http://electionu.virginia.gov/index.php/results/reports/election-results/2015-election-results/011020159/results.html        20/21

| | | |
|---|---|---|
| Write-In | 0 | 0% |

http://electionu.virginia.gov/index.php/results/reports/election-results/2015-election-results/011020159/results.html        21/21

1552

★ VIRGINIA ★
DEPARTMENT *of* ELECTIONS

Washington Building First Floor
1100 Bank Street,
Richmond, VA 23219
Phone: (804) 864-8901
Toll-free: (800) 552-9745
Fax: (804) 371-0194
Email: info@elections.virginia.gov

## 2014 Election Results

Virginia Department of Elections > Results/Reports > Election Results > 2014 Election Results

### November 4 2014 General Elections

### Official Results

### SUMMARY RESULTS

Download Complete Results (CSV)

#### Statewide - United States Senate

| Candidate | Votes | Percent |
|---|---|---|
| Ed W. Gillespie<br>Republican | 1,055,940 | 48.33% |

http://elections.virginia.gov/index.php/results/reports/election-results/2014-election-results/2014-nov-general/110452014_final.html

DEFENDANT-INTERVENORS TX 093 - Page 119

| | | |
|---|---|---|
| Mark R. Warner<br>Democrat | 1,073,667 | 49.14% |
| Robert C. Sarvis<br>Libertarian | 53,102 | 2.43% |
| Write-In | 1,764 | 0.08% |

See Locality Results

#### 1st District - Member House of Representatives

| Candidate | Votes | Percent |
|---|---|---|
| Robert J. "Rob" Wittman<br>Republican | 131,861 | 62.5% |
| Norman G. "Norm" Mosher<br>Democrat | 72,059 | 34.37% |
| Glenda Gail Parker<br>Independent Green | 5,097 | 2.43% |
| Write-In | 604 | 0.28% |

See Locality Results

#### 2nd District - Member House of Representatives

| Candidate | Votes | Percent |
|---|---|---|
| E. Scott Rigell<br>Republican | 101,558 | 58.68% |

http://elections.virginia.gov/index.php/results/reports/election-results/2014-election-results/2014-nov-general/110452014_final.html

DEFENDANT-INTERVENORS TX 093 - Page 120

1553

5/6/2015                     November 4 2014 General Elections

| | Votes | Percent |
|---|---|---|
| Suzanne D. Patrick<br>Democrat | 71,178 | 41.12% |
| Write-In | 324 | 0.18% |

See Locality Results

### 3rd District - Member House of Representatives

| Candidate | Votes | Percent |
|---|---|---|
| Robert C. "Bobby" Scott<br>Democrat | 139,197 | 94.43% |
| Write-In | 8,205 | 5.56% |

See Locality Results

### 4th District - Member House of Representatives

| Candidate | Votes | Percent |
|---|---|---|
| J. Randy Forbes<br>Republican | 120,684 | 60.15% |
| Elliott G. Fausz<br>Democrat | 75,270 | 37.51% |
| Bo C. Brown<br>Libertarian | 4,427 | 2.2% |
| Write-In | 257 | 0.12% |

http://elections.virginia.gov/resultsreports/election-results/2014-election-results/2014-nov-general/H104/2014_final.html     3/9

5/6/2015                     November 4 2014 General Elections

See Locality Results

### 5th District - Member House of Representatives

| Candidate | Votes | Percent |
|---|---|---|
| Robert Hurt<br>Republican | 124,735 | 60.86% |
| W. Lawrence Gaughan<br>Democrat | 73,482 | 35.85% |
| Paul F. Jones<br>Libertarian | 4,298 | 2.09% |
| Kenneth J. Hildebrandt<br>Independent Green | 2,209 | 1.07% |
| Write-In | 221 | 0.1% |

See Locality Results

### 6th District - Member House of Representatives

| Candidate | Votes | Percent |
|---|---|---|
| Robert W. "Bob" Goodlatte<br>Republican | 133,898 | 74.5% |
| William M. "Will" Hammer<br>Libertarian | 22,161 | 12.33% |
| Elaine B. Hildebrandt<br>Independent Green | 21,447 | 11.93% |

http://elections.virginia.gov/resultsreports/election-results/2014-election-results/2014-nov-general/H104/2014_final.html     4/9

1554

| Write-In | 2,202 | 1.22% |
|---|---|---|

See Locality Results

### *7th District - Member House of Representatives – Special

| Candidate | Votes | Percent |
|---|---|---|
| Dave A. Brat<br>Republican | 148,841 | 61.67% |
| John K. "Jack" Trammell<br>Democrat | 91,236 | 37.8% |
| Write-In | 1,236 | 0.51% |

See Locality Results

### 7th District - Member House of Representatives

| Candidate | Votes | Percent |
|---|---|---|
| Dave A. Brat<br>Republican | 148,026 | 60.82% |
| John K. "Jack" Trammell<br>Democrat | 89,914 | 36.94% |
| James A. Carr, Jr.<br>Libertarian | 5,086 | 2.09% |
| Write-In | 325 | 0.13% |

DEFENDANT-INTERVENORS TX 093 - Page 123

See Locality Results

### 8th District - Member House of Representatives

| Candidate | Votes | Percent |
|---|---|---|
| Micah K. Edmond<br>Republican | 63,810 | 31.42% |
| Donald S. Beyer, Jr.<br>Democrat | 128,102 | 63.08% |
| Jeffrey S. Carson<br>Libertarian | 4,409 | 2.17% |
| Gerard C. "Gerry" Blais III<br>Independent Green | 963 | 0.47% |
| Gwendolyn J. Beck<br>Independent | 5,420 | 2.66% |
| Write-In | 372 | 0.18% |

See Locality Results

### 9th District - Member House of Representatives

| Candidate | Votes | Percent |
|---|---|---|
| H. Morgan Griffith<br>Republican | 117,465 | 72.14% |
| William R. Carr, Jr.<br>Independent | 39,412 | 24.2% |

DEFENDANT-INTERVENORS TX 093 - Page 124

1555

November 4 2014 General Elections

| Write-In | 5,938 | 3.64% |
|---|---|---|

See Locality Results

### 10th District - Member House of Representatives

| Candidate | Votes | Percent |
|---|---|---|
| Barbara J. Comstock<br>Republican | 125,914 | 56.48% |
| John W. Foust<br>Democrat | 89,957 | 40.35% |
| William B. Redpath<br>Libertarian | 3,393 | 1.52% |
| Dianne L. Blais<br>Independent Green | 946 | 0.42% |
| Brad A. Eickholt<br>Independent | 2,442 | 1.09% |
| Write-In | 258 | 0.11% |

See Locality Results

### 11th District - Member House of Representatives

| Candidate | Votes | Percent |
|---|---|---|
| Suzanne K. Scholte<br>Republican | 75,796 | 40.35% |

http://elections.virginia.gov/index.php/resultsreports/election-results/2014-election-results/2014-nov-general/4110492014_final.html

7th

DEFENDANT-INTERVENORS TX 093 - Page 125

November 4 2014 General Elections

| Gerald E. "Gerry" Connolly<br>Democrat | 106,780 | 56.85% |
|---|---|---|
| Joe F. Galdo<br>Green | 1,739 | 0.92% |
| Marc M. Harrold<br>Libertarian | 3,264 | 1.73% |
| Write-In | 226 | 0.12% |

See Locality Results

### *16th District - Member Senate of Virginia – Special

| Candidate | Votes | Percent |
|---|---|---|
| Rosalyn R. Dance<br>Democrat | 29,237 | 73.03% |
| Preston T. "Famous" Brown<br>Independent | 10,154 | 25.36% |
| Write-In | 640 | 1.59% |

See Locality Results

### Statewide - Proposed Constitutional Amendment

| Candidate | Votes | Percent |
|---|---|---|
| Yes | 1,841,034 | 87.3% |

http://elections.virginia.gov/index.php/resultsreports/election-results/2014-election-results/2014-nov-general/4110492014_final.html

8th

DEFENDANT-INTERVENORS TX 093 - Page 126

1556

5/9/2015                                      November 4 2014 General Elections

| No | 267,622 | 12.69% |
|----|---------|--------|
| See Locality Results | | |

**LOCAL OFFICE RESULTS**

DEFENDANT-INTERVENORS TX 093 - Page 127





DEFENDANT-INTERVENORS TX 094 - Page 001

DEFENDANT-INTERVENORS TX 094 - Page 002

1558



DEFENDANT-INTERVENORS TX 094 - Page 003



DEFENDANT-INTERVENORS TX 094 - Page 004

1559



DEFENDANT-INTERVENORS TX 094 - Page 005



DEFENDANT-INTERVENORS TX 094 - Page 006

1560





DEFENDANT-INTERVENORS TX 094 - Page 007

DEFENDANT-INTERVENORS TX 094 - Page 008



DEFENDANT-INTERVENORS TX 094 - Page 009



DEFENDANT-INTERVENORS TX 094 - Page 010

1562





DEFENDANT-INTERVENORS TX 094 - Page 011

DEFENDANT-INTERVENORS TX 094 - Page 012

1563



DEFENDANT-INTERVENORS TX 094 - Page 013



DEFENDANT-INTERVENORS TX 094 - Page 014

1564





1565





1566



1567





1568





1569





1570





1571

## District 5, 2001



## District 5, 2011



1572

# District 13, 2001



# District 13, 2011



1573

# District 17, 2001



# District 17, 2011



1574

## District 20, 2001



## District 20, 2011



1575

**District 22, 2001**



**District 22, 2011**



1576

# District 35, 2001



# District 35, 2011



1577

# District 48, 2001



# District 48, 2011



1578

# District 96, 2001



# District 96, 2011



1579

