IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL, et al.,            )
                                        )
                    Plaintiffs,         )
                                        )        Civil Action No. 3:14cv852
v.                                      )
                                        )
VIRGINIA STATE BOARD OF                 )
ELECTIONS, et al.,                      )
                                        )
                    Defendants.         )

## ORDER

This matter is before the Court on the Motion of OneVirginia2021: Virginians for Fair Redistricting, for leave to file a Statement of Position as *Amicus Curiae* in response to this Court's order dated April 6, 2017. The Court finds that OneVirginia2021 has a sufficient special interest in the subject matter of the litigation and may contribute to the Court's consideration of the matters to be taken up in this case on remand. Accordingly, it is hereby ORDERED that the Motion of OneVirginia2021: Virginians for Fair Redistricting is GRANTED, and their Statement of Position as *Amicus Curiae* shall be filed and made a part of the record of this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: _____          _____
                                        United States District Judge

1