IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| VIRGINIA STATE BOARD OF ) | Civil Action No. 3:14-cv-00852-REP-AWA- |
| ELECTIONS, et al., ) | BMK |
| ) | |
| Defendants, ) | |
| and ) | |
| ) | |
| WILLIAM J. HOWELL, SPEAKER OF ) | |
| THE HOUSE OF DELEGATES, and THE ) | |
| HOUSE OF DELEGATES, ) | |
| ) | |
| Intervenor-Defendants. ) | |

## DEFENDANTS' STATEMENT OF POSITION

Defendants, the Virginia State Board of Elections *et al.*, state the following in response to the Court's order of April 6, 2017 (ECF No. 136).

1. As this Court has noted, "Defendants are 'administrative agencies that implement elections' but '[did] not draw the districts'" whose constitutionality is at issue in this case. (ECF No. 108 at 6 (quoting Trial Tr. 12:14-25).)

2. Throughout this case Intervenor-Defendants have asserted, and they continue to assert, the constitutionality of the challenged districts. Both in this court and the Supreme Court, they have "carr[ied] the burden of litigation." *Id. See also Bethune-Hill v. Va. State Bd. of Elections*, No. 15-680, slip op. at 5 (U.S. Mar. 1, 2017).

1

3. In light of those respective roles, Defendants express no position on the specific issues raised in Paragraph 4 of the Court's April 6 order.

4. Defendants support a speedy resolution of the issues in this case, however, and will endeavor to answer the Court's questions about the effect that a particular ruling may have on their operations or on the administration of elections.

    Respectfully submitted,

VIRGINIA STATE BOARD OF ELECTIONS; JAMES B. ALCORN, in his capacity as Chairman of the Virginia State Board of Elections; CLARA BELLE WHEELER, in her capacity as Vice-Chair of the Virginia State Board of Elections; SINGLETON B. McALLISTER, in her capacity as Secretary of the Virginia State Board of Elections; VIRGINIA DEPARTMENT OF ELECTIONS; and EDGARDO CORTÉS, in his capacity as Commissioner of the Virginia Department of Elections

By: /s/
Stuart A. Raphael (VSB #30380)
Solicitor General of Virginia
202 North 9th Street
Richmond, Virginia 23219
(804) 786-7240 – Telephone
(804) 371-0200 – Facsimile
sraphael@oag.state.va.us

Mark R. Herring
Attorney General of Virginia

Trevor S. Cox, VSB # 78396
Deputy Solicitor General
tcox@oag.state.va.us

Matthew R. McGuire, VSB # 84194
Assistant Solicitor General
mmcguire@oag.state.va.us

Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 371-0200 – Facsimile

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the counsel of record for all parties.

By:    /s/
      Stuart A. Raphael