IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| VIRGINIA STATE BOARD OF ) | Civil Action No. 3:14-cv-00852-REP-AWA- |
| ELECTIONS, et al., ) | BMK |
| ) | |
| Defendants, ) | |
| and ) | |
| ) | |
| WILLIAM J. HOWELL, SPEAKER OF ) | |
| THE HOUSE OF DELEGATES, and THE ) | |
| HOUSE OF DELEGATES, ) | |
| ) | |
| Intervenor-Defendants. ) | |

**DEFENDANTS' RESPONSE TO THE PARTIES' STATEMENTS OF POSITION
AND TO THE ISSUES RAISED IN THE COURT'S APRIL 21, 2017 ORDER**

Defendants, the Virginia State Board of Elections *et al*., state the following in response to the statements of position called for by the Court's April 6, 2017 order (ECF No. 136) and the Court's April 21, 2017 order (ECF No. 149) regarding the proposed amicus filing by OneVirginia2021.

1. Consistent with their role in this litigation, as described in their Statement of Position (ECF No. 147), Defendants express no position in response to the Statements of Position filed by Plaintiffs (ECF No. 148) and Intervenor-Defendants (ECF No. 146).

2. For the same reasons, Defendants take no position on the issues raised by OneVirginia2021 in its proposed amicus filing (ECF No. 145) and identified in the Court's April 21, 2017 order.

1

3. Defendants continue to stand ready to answer any questions the Court may have about the effect that a particular ruling may have on their operations or on the administration of elections.

        Respectfully submitted,

        VIRGINIA STATE BOARD OF ELECTIONS; JAMES B. ALCORN, in his capacity as Chairman of the Virginia State Board of Elections; CLARA BELLE WHEELER, in her capacity as Vice-Chair of the Virginia State Board of Elections; SINGLETON B. McALLISTER, in her capacity as Secretary of the Virginia State Board of Elections; VIRGINIA DEPARTMENT OF ELECTIONS; and EDGARDO CORTÉS, in his capacity as Commissioner of the Virginia Department of Elections

        By: /s/
        Stuart A. Raphael (VSB #30380)
        Solicitor General of Virginia
        202 North 9th Street
        Richmond, Virginia 23219
        (804) 786-7240 – Telephone
        (804) 371-0200 – Facsimile
        sraphael@oag.state.va.us

Mark R. Herring
Attorney General of Virginia

Trevor S. Cox, VSB # 78396
Deputy Solicitor General
tcox@oag.state.va.us

Matthew R. McGuire, VSB # 84194
Assistant Solicitor General
mmcguire@oag.state.va.us

Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 371-0200 – Facsimile

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the counsel of record for all parties.

By:    /s/
      Stuart A. Raphael