IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                                    Civil Action No. 3:14cv852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

## ORDER

Having considered the Defendant-Intervenors' Statement of Position Regarding the Conduct of Further Proceedings (ECF No. 146), the DEFENDANTS' STATEMENT OF POSITION (ECF No. 147), the PLAINTIFFS' STATEMENT OF POSITION REGARDING FURTHER PROCEEDINGS (ECF No. 148), and the respective responses thereto (ECF Nos. 150, 152, and 153), and it appearing that: (1) the parties differ respecting which factual findings and legal conclusions in the MEMORANDUM OPINION (ECF No. 108) remain in effect on remand; and (2) the Statements of Position on that topic are vague and even internally inconsistent, it is hereby ORDERED that, by May 16, 2017, the parties each shall file a copy of the MEMORANDUM OPINION (ECF No. 108) in which the factual findings that are thought to remain in effect are highlighted in yellow

and the legal conclusions thought to remain in effect are highlighted in pink.

It is further ORDERED that, by May 16, 2017, the parties shall file a brief, not to exceed ten (10) pages, that sets out the authority on which they rely to support the view that the highlighted text of the MEMORANDUM OPINION (ECF No. 108) remains in effect on remand.

It is so ORDERED.

/s/    REP
Robert E. Payne
Senior United States District Judge
For the Court

Richmond, Virginia
Date: May 5, 2017