IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| VIRGINIA STATE BOARD OF ) | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |
| ELECTIONS, et al., ) | |
| ) | |
| Defendants, ) | |
| and ) | |
| ) | |
| WILLIAM J. HOWELL, SPEAKER OF ) | |
| THE HOUSE OF DELEGATES, and THE ) | |
| HOUSE OF DELEGATES, ) | |
| ) | |
| Intervenor-Defendants. ) | |

**DEFENDANTS' RESPONSE TO THE COURT'S MAY 5, 2017 ORDER**

In response to the Court's May 5, 2017 Order (ECF No. 154), and consistent with their role in this litigation,[1] Defendants, the Virginia State Board of Elections, *et al*., express no position regarding which factual findings and legal conclusions in the Court's memorandum opinion (ECF No. 108) remain in effect on remand, and therefore are not filing a brief in support of any position.

Defendants continue to stand ready to answer any questions the Court may have about the effect that a particular ruling may have on their operations or on the administration of elections.

---

[1] *See* Defendants' Statement of Position (ECF No. 147); Defendants' Response to the Parties' Statements of Position and to the Issues Raised in the Court's April 21, 2017 Order (ECF No. 150).

1

Respectfully submitted,

VIRGINIA STATE BOARD OF ELECTIONS; JAMES B. ALCORN, in his capacity as Chairman of the Virginia State Board of Elections; CLARA BELLE WHEELER, in her capacity as Vice-Chair of the Virginia State Board of Elections; SINGLETON B. McALLISTER, in her capacity as Secretary of the Virginia State Board of Elections; VIRGINIA DEPARTMENT OF ELECTIONS; and EDGARDO CORTÉS, in his capacity as Commissioner of the Virginia Department of Elections

By: /s/
Stuart A. Raphael (VSB #30380)
Solicitor General of Virginia
202 North 9th Street
Richmond, Virginia 23219
(804) 786-7240 – Telephone
(804) 371-0200 – Facsimile
sraphael@oag.state.va.us

Mark R. Herring
Attorney General of Virginia

Trevor S. Cox, VSB #78396
Deputy Solicitor General
tcox@oag.state.va.us

Matthew R. McGuire, VSB #84194
Assistant Solicitor General
mmcguire@oag.state.va.us

Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 371-0200 – Facsimile

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the counsel of record for all parties.

By: /s/
Stuart A. Raphael