IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                                     Civil Action No. 3:14cv852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

**ORDER**

Having reviewed the MOTION OF ONEVIRGINIA 2021 FOR LEAVE TO FILE A STATEMENT OF POSITION AS *AMICUS CURIAE* (ECF No. 144), the proposed STATEMENT OF POSITION OF ONEVIRGINIA2021 AS *AMICUS CURIAE* (ECF No. 145), the submissions from the parties and OneVirginia2021 (ECF Nos. 150, 151, 152, and 155), and finding that the substantive issue (the constitutionality of partisan political gerrymandering) raised in the proposed STATEMENT OF POSITION OF ONEVIRGINIA2021 AS *AMICUS CURIAE* (ECF No. 145) is not presented by the pleadings in this action, was disclaimed by the parties, and was not tried by consent at the trial of this action, it is hereby ORDERED that the MOTION OF ONEVIRGINIA2021 FOR LEAVE TO FILE A STATEMENT OF POSITION AS *AMICUS CURIAE* (ECF No. 144) is denied.

It is further ORDERED that the facts and legal contentions are adequately presented in the materials before the Court and oral argument would not aid the decisional process.

It is so ORDERED.

                               /s/      REP
                               Robert E. Payne
                               Senior United States District Judge
                               For the Court

Richmond, Virginia
Date: May 31, 2017