IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al, <br><br>  Plaintiffs, <br><br> v. <br><br> VIRGINIA STATE BOARD OF ELECTIONS, et al., <br><br>  Defendants, | Civil Action No. 3:14-cv-852-REP-AWA-BMK |

### CONSENT MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO DISCLOSE EXPERT WITNESSES

In its Order of June 2, 2017, this Court directed Plaintiffs to file, by June 19, 2017, a list setting forth the names of the fact and expert witnesses that they intend to call at trial, including a statement of the topics to be addressed by each witness. ECF No. 160 ¶ 4. On June 16, 2017, Plaintiffs' lead expert since the beginning of this case—and the primary expert witness that Plaintiffs intended to call at trial—informed counsel for Plaintiffs that he will no longer be available to serve as an expert witness in this case (or to testify at trial) due to a family health emergency.

In accordance with the Court's June 2 order, on June 19, 2017, Plaintiffs will file a list setting forth the names of the fact and expert witnesses that have been identified at this point as witnesses that Plaintiffs may call at trial. Given this unexpected occurrence, however, Plaintiffs respectfully request an additional two weeks—until **July 3, 2017**—to identify one or more replacement expert witnesses and to file a correspondingly-amended list of expert witnesses with the Court. Given Plaintiffs' request, Defendants and Intervenor-

Defendants respectfully request to file a list identifying any witnesses they may call at trial in response to Plaintiffs' July 3, 2017 list on **July 14, 2017**, two weeks after Plaintiffs will file their list.

Plaintiffs, Defendants, and Intervenor-Defendants (collectively, the "Parties") have conferred and agree that this extension is appropriate. Pursuant to the Court's ECF Policies and Procedures, a consent order reflecting this proposed modification will be filed with the clerk's office.

Dated: June 19, 2017

Respectfully submitted,

By /s/  Aria C. Branch
   Aria C. Branch (VSB #83682)
   Marc Erik Elias (admitted *pro hac vice*)
   Bruce Spiva (admitted *pro hac vice*)
   Perkins Coie LLP
   700 13th St. N.W., Suite 600
   Washington, D.C. 20005-3960
   Phone:  (202) 434-1627
   Fax:  (202) 654-9106
   Email: ABranch@perkinscoie.com
   Email: MElias@perkinscoie.com
   Email: BSpiva@perkinscoie.com

   Kevin J. Hamilton (admitted *pro hac vice*)
   Abha Khanna (admitted *pro hac vice*)
   Ryan Spear (admitted *pro hac vice*)
   William B. Stafford (admitted *pro hac vice*)
   Perkins Coie LLP
   1201 Third Avenue, Suite. 4900
   Seattle, WA 98101-3099
   Phone:  (206) 359-8000
   Fax:  (206) 359-9000
   Email: KHamilton@perkinscoie.com
   Email: AKhanna@perkinscoie.com
   Email: RSpear@perkinscoie.com
   Email: BStafford@perkinscoie.com

   *Attorneys for Plaintiffs*

Stuart A. Raphael
Matthew R. McGuire
Trevor S. Cox
Office of the Attorney General
202 North 9th Street
Richmond, VA 23219
Phone: (804) 786-7240
Fax: 804-371-0200
Email: sraphael@oag.state.va.us
Email: mmcguire@oag.state.va.us
Email: tcox@oag.state.va.us
*Attorneys for Defendants*

Efrem Mark Braden (admitted *pro hac vice*)
Katherine McKnight (VSB # 81482)
Richard B. Raile  (VSB # 84340)
Baker & Hostetler LLP
1050 Connecticut Avenue NW
Washington, DC 20036
Phone: (202) 861-1504
Fax: (202) 861-1783
Email: mbraden@bakerlaw.com
Email: kmcknight@bakerlaw.com
Email: rraile@bakerlaw.com
*Attorneys for Intervenor-Defendants*

Dalton Oldham, Jr. (admitted *pro hac vice*)
Dalton L. Oldham LLC
1119 Susan Street
Columbia, SC 29210
Phone: (803) 237-0886
Email: dloesq@aol.com
*Attorney for Intervenor-Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 19th day of June, 2017, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the counsel of record in this case.

      Respectfully submitted,

By /s/ Aria C. Branch
   Aria C. Branch (VSB #83682)
   Perkins Coie LLP
   700 13th St. N.W., Suite 600
   Washington, D.C. 20005-3960
   Phone: (202) 434-1627
   Fax: (202) 654-9106
   Email: ABranch@perkinscoie.com

*Attorneys for Plaintiffs*