IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| VIRGINIA STATE BOARD OF ELECTIONS, et al., | ) ) ) |
| Defendants, | ) ) ) ) ) ) |

Civil Action No. 3:14-cv-852-REP-AWA-BMK

**[PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO DISCLOSE EXPERT WITNESSES**

THIS MATTER came to be heard upon the Parties' Consent Motion for Extension of Time for Plaintiffs to Disclose Expert Witnesses.

UPON CONSIDERATION WHEREOF AND FOR GOOD CAUSE SHOWN, it is hereby

ORDERED that Plaintiffs shall file a list disclosing the names of expert witnesses they may call at trial no later than **July 3, 2017.**

ORDERED that Defendants and Intervenor-Defendants shall file a list identifying any witnesses they may call at trial in response to Plaintiffs' July 3, 2017 designation, no later than **July 14, 2017**.

ENTERED this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE