IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                        Civil Action No. 3:14cv852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

**ORDER**

Having considered the CONSENT MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO DISCLOSE EXPERT WITNESSES (ECF No. 162), and finding good cause so to do, it is hereby ORDERED that the CONSENT MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO DISCLOSE EXPERT WITNESSES (ECF No. 162) is granted and that the dates for compliance with the requirements of paragraphs (4) and (5) of the ORDER (ECF No. 160) are extended from June 19, 2017 to July 3, 2017 and from June 30, 2017 to July 14, 2017, respectively.

It is so ORDERED.

                                     /s/      RSP
                              Robert E. Payne
                              Senior United States District Judge
                              For the Court

Richmond, Virginia
Date: June 21, 2017