IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| VIRGINIA STATE BOARD OF ELECTRONS, et al., | ) Civil Action No. 3:14-cv-00852-REP-AWA-BMK |
| Defendants, | ) |
| and | ) |
| WILLIAM J. HOWELL, SPEAKER OF THE HOUSE OF DELEGATES, and THE HOUSE OF DELEGATES, | ) |
| Intervenor-Defendants. | ) |

## **DEFENDANTS' WITNESS LIST**

In response to the Court's June 2, 2017 Order (ECF No. 160), and consistent with their role in this litigation,[1] Defendants, the Virginia State Board of Elections, *et al*., state as follows for their exhibit list:

Defendants reserve the right to rely on any witnesses listed by Plaintiffs and Intervenor-Defendants on each of their witness lists.

Respectfully submitted,

VIRGINIA STATE BOARD OF ELECTIONS;
JAMES B. ALCORN, in his capacity as Chairman
of the Virginia State Board of Elections; CLARA

---

[1] *See* Defs.' Statement of Position (ECF No. 147); Defs.' Response to the Parties' Statements of Position and to the Issues Raised in the Court's April 21, 2017 Order (ECF No. 150); Defs.' Response to the Court's May 5, 2017 Order (ECF No. 156).

1

BELLE WHEELER, in her capacity as Vice-Chair of the Virginia State Board of Elections; SINGLETON B. McALLISTER, in her capacity as Secretary of the Virginia State Board of Elections; VIRGINIA DEPARTMENT OF ELECTIONS; and EDGARDO CORTÉS, in his capacity as Commissioner of the Virginia Department of Elections

By:   /s/
Trevor S. Cox (VSB #78396)
Deputy Solicitor General
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
(804) 786-7704 – Telephone
(804) 371-0200 – Facsimile
tcox@oag.state.va.us

Mark R. Herring
Attorney General of Virginia

Stuart A. Raphael, VSB #30380
Solicitor General
sraphael@oag.state.va.us

Matthew R. McGuire, VSB #84194
Assistant Solicitor General
mmcguire@oag.state.va.us

Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 371-0200 – Facsimile

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the counsel of record for all parties.

By:     /s/
       Trevor S. Cox