IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| Golden Bethune-Hill, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Virginia State Board of Elections, *et al.* <br><br> Defendants. | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |

### Defendant-Intervenors' Motion
### To Amend the Scheduling Order

Defendant-Intervenors the Virginia House of Delegates and the Honorable Speaker William Howell, by undersigned counsel, respectfully request that the Court amend its Order of June 2, 2017, ECF No. 160, to reschedule the dates for the second evidentiary hearing in this case and to allow additional time for that hearing. The bases for this request and showing of good cause are provided in the accompanying memorandum in support of this Motion.

Counsel for Defendant-Intervenors conferred with Counsel for Plaintiffs and Counsel for Defendants concerning the relief requested in this Motion. Counsel for Plaintiffs represented that Plaintiffs oppose the requested relief, and Counsel for Defendants represented that Defendants take no position on the requested relief.

For the reasons stated in the accompanying memorandum in support of this Motion, Plaintiffs respectfully request that the Motion be granted and the dates of

2

the Evidentiary Hearing be rescheduled and that additional time for the Hearing be provided.

Dated: July 5, 2017

Respectfully Submitted,

*/s/ Katherine L. McKnight*
Katherine L. McKnight (VSB No. 81482)
Richard B. Raile (VSB No. 84340)
E. Mark Braden (*pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
kmcknight@bakerlaw.com
rraile@bakerlaw.com
mbraden@bakerlaw.com

*Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker William J. Howell*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July, 2017, a copy of the foregoing was filed and served on all counsel of record pursuant to the Court's electronic filing procedures using the Court's CM/ECF system.

/s/ Katherine L. McKnight
Katherine L. McKnight (VSB No. 81482)
Richard B. Raile (VSB No. 84340)
E. Mark Braden (*pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
kmcknight@bakerlaw.com
rraile@bakerlaw.com
mbraden@bakerlaw.com

*Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker William J. Howell*