IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| Golden Bethune-Hill, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Virginia State Board of Elections, *et al.* <br><br> Defendants. | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |

## [PROPOSED] Order

Having considered the Motion of Defendant-Intervenors to amend the Court's Scheduling Order of June 2, 2017, ECF No. 160, and the memorandum in support of the same Motion, and finding that there is good cause to amend the Scheduling Order, it is hereby ORDERED that Defendant-Intervenors' motion is GRANTED and trial is hereby rescheduled for _____. In all other respects, the Court's Scheduling Order, ECF No. 160, remains in effect.

It is so ORDERED.

_____
Robert E. Payne
Senior United States District Judge
For the Court

Richmond, Virginia
Date: July __, 2017