IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                             Civil Case No. 3:14cv852

VIRGINIA STATE BOARD
OF ELECTIONS, et al.,

    Defendants.

### ORDER

For reasons that will be set out in a forthcoming Memorandum Order, the Defendant-Intervenors' Motion To Amend the Scheduling Order (ECF No. 168) is hereby DENIED.

It is so ORDERED.

                                        /s/ REP
                                Robert E. Payne
                                Senior United States District Judge
                                For the Court

Richmond, Virginia
Date: July 12, 2017