- 1 -

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, <br><br>　　　　Defendants, <br><br>　　v. <br><br>VIRGINIA HOUSE OF DELEGATES, *et al.*, <br><br>　　　　Intervenor-Defendants. | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |

## JOINT STATEMENT OF QUESTIONS PRESENTED

Pursuant to the Court's Order of June 2, 2017, the parties submit this Joint Statement of Questions Presented, "identifying and summarizing up to ten primary issues that remain in dispute." Dkt. #160 at 4.

1. Whether Plaintiffs have met their burden of establishing that race predominated in the construction of House Districts 63, 69, 70, 71, 74, 77, 80, 89, 90, 92, and 95 (the "Challenged Districts").

2. If race predominated in the construction of any of the Challenged Districts, whether Defendants and Intervenor-Defendants have carried their burden of establishing that such districts are narrowly tailored to serve a compelling government interest.

Although the parties have collaborated in good faith to identify "primary" issues that remain in dispute, they recognize that it is possible that as discovery progresses and the trial

- 2 -

approaches, other primary issues of dispute may manifest and require the Court's resolution.

DATED: July 18, 2017

By /s/ Katherine L. McKnight
    Katherine L. McKnight (VSB No. 81482)
    E. Mark Braden (*pro hac vice*)
    Richard B. Raile (VSB No. 84340)
    Baker & Hostetler LLP
    1050 Connecticut Avenue NW, Ste. 1100
    Washington, DC 20036
    Phone: (202) 861-1500
    Fax (202) 861-1783
    Email: kmcknight@bakerlaw.com
    Email: mbraden@bakerlaw.com
    Email: rraile@bakerlaw.com

    *Attorneys for Defendant-Intervenors*

By /s/ Stuart A. Raphael
    Stuart A. Raphael (VSB No. 30380)
    Matthew R. McGuire (VSP No. 84194)
    Trevor S. Cox (VSB No. 78396)
    Office of the Attorney General
    202 North 9th Street
    Richmond, VA 23219
    Phone: (804) 786-7240
    Fax: (804) 371-0200
    Email: sraphael@oag.state.va.us
    Email: mmcguire@oag.state.va.us
    Email: tcox@oag.state.va.us

    *Attorneys for Defendants*

By /s/ Aria C. Branch
    Aria C. Branch (VSB #1014541)
    Marc E. Elias
    Bruce V. Spiva (*pro hac vice*)
    Perkins Coie LLP
    700 13th St. N.W., Suite 600
    Washington, D.C. 20005-3960
    Phone: (202) 434-1627
    Fax: (202) 654-9106
    Email: ABranch@perkinscoie.com
    Email: MElias@perkinscoie.com
    Email: BSpiva@perkinscoie.com

    Kevin J. Hamilton
    Abha Khanna (*pro hac vice*)
    William B. Stafford (*pro hac vice*)
    Ryan Spear (*pro hac vice*)
    Perkins Coie LLP
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101
    Phone: (206) 359-8000
    Fax: (206) 359-9000
    Email: KHamilton@perkinscoie.com
    Email: AKhanna@perkinscoie.com
    Email: BStafford@perkinscoie.com
    Email: RSpear@perkinscoie.com

    *Attorneys for Plaintiffs*

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of July, 2017, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the counsel of record in this case.

      By */s/ Aria C. Branch*
Aria C. Branch (VSB #83682)
Perkins Coie LLP
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Phone: (202) 654-6338
Fax: (202) 654-9106
ABranch@perkinscoie.com

*Attorneys for Plaintiffs*