# Exhibit B

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants, <br><br> v. <br><br> VIRGINIA HOUSE OF DELEGATES, *et al.*, <br><br> Intervenor-Defendants. | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO ALLOW FILING OF SECOND AMENDED COMPLAINT

Upon consideration of Plaintiffs' Unopposed Motion to Allow Filing of a Second Amended Complaint, the Court hereby ORDERS that the motion is GRANTED and the Plaintiffs shall file the Second Amended Complaint in the above-captioned matter.

Dated: August ____, 2017

_____
United States District Judge