IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| VIRGINIA STATE BOARD OF ) | Civil Action No. 3:14-cv-00852-REP-AWA- |
| ELECTIONS, et al., ) | BMK |
| ) | |
| Defendants, ) | |
| and ) | |
| ) | |
| WILLIAM J. HOWELL, SPEAKER OF ) | |
| THE HOUSE OF DELEGATES, and THE ) | |
| HOUSE OF DELEGATES, ) | |
| ) | |
| Intervenor-Defendants. ) | |

## MOTION TO WITHDRAW

In accordance with Local Rule 83.1(G), Solicitor General Stuart A. Raphael respectfully moves the Court to permit him to withdraw as one of the counsel of record for the defendants, Virginia State Board of Elections; James B. Alcorn, in his capacity as Chairman of the Virginia State Board of Elections; Clara Belle Wheeler, in her capacity as Vice-Chair of the Virginia State Board of Elections; Singleton B. McAllister, in her capacity as Secretary of the Virginia State Board of Elections; Virginia Department of Elections; and Edgardo Cortés, in his capacity as Commissioner of the Virginia Department of Elections.  Mr. Raphael is departing State service and returning to private practice, effective September 1, 2017.  Defendants will continue to be represented by Trevor S. Cox, Deputy Solicitor General, and Matthew R. McGuire, Assistant Solicitor General, who noted their appearances as counsel on March 3, 2017 (ECF Nos. 122 and 123).

1

A proposed order is attached.

Respectfully submitted,

/s/
Stuart A. Raphael
Solicitor General
(VSB No. 30380)
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-7240 – Telephone
(804) 371-0200 – Facsimile
sraphael@oag.state.va.us

*Counsel for Defendants*

Mark S. Herring
Attorney General of Virginia

Trevor S. Cox, VSB # 78396
Deputy Solicitor General
E-mail: tcox@oag.state.va.us

Matthew R. McGuire, VSB # 84194
Assistant Solicitor General
E-mail: mmcguire@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of August 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy to counsel of record.

/s/
Stuart A. Raphael