```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                      Richmond Division


GOLDEN BETHUNE-HILL, et al.,    )
                                )
     Plaintiffs,                )
                                )
     v.                         )
                                )
VIRGINIA STATE BOARD OF         )   No. 3:14-cv-00852-REP-AWA-BMK
ELECTIONS, et al.,              )
                                )
     Defendants,                )
                                )
And                             )
                                )
WILLIAM J. HOWELL, SPEAKER OF   )
THE HOUSE OF DELEGATES, and     )
THE HOUSE OF DELEGATES,         )
                                )
     Intervenor-Defendants.     )
```

**ORDER**

THIS MATTER CAME BEFORE THE COURT on the motion of Stuart A. Raphael to withdraw as one of the counsel of record for defendants, and, for good cause shown, it is hereby

ORDERED that the motion to withdraw is GRANTED.

Date: _____           _____
                                         Judge Robert E. Payne
                                         United States District Judge


Richmond, Virginia