IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                              Civil Action No. 3:14cv852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

## ORDER

Having considered the MOTION TO WITHDRAW (ECF No. 178), and for good cause shown, it is hereby ORDERED that the MOTION TO WITHDRAW (ECF No. 178) is granted.  It is further ORDERED that the Clerk shall remove Stuart A. Raphael, Esquire as counsel of record for the defendants.

It is so ORDERED.

                                            /s/
                              Robert E. Payne
                              Senior United States District Judge
                              For the Court

Richmond, Virginia
Date:  August 10, 2017