

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

GOLDEN BETHUNE-HILL, *et al.*,

      Plaintiffs,

      v.

VIRGINIA STATE BOARD OF ELECTIONS, *et al.*,

      Defendants,

      v.

VIRGINIA HOUSE OF DELEGATES, *et al.*,

      Intervenor-Defendants.

Civil Action No. 3:14-cv-00852-REP-AWA-BMK

## [PROPOSED] ORDER GRANTING CONSENT MOTION TO SUBSTITUTE PLAINTIFFS

Upon consideration of Parties' Consent Motion to Substitute Plaintiffs, the Court hereby ORDERS that the motion is GRANTED. Plaintiff Wayne Dawkins shall be substituted for Davinda Davis and Plaintiffs Atiba Muse and Nancy Ross shall be substituted for Vivian Williamson. The Amended Complaint filed by Plaintiffs (Dkt. No. 71) shall remain the operative complaint in this matter, and the answers previously filed by Defendants (Dkt. No. 31) and Intervenor-Defendants (Dkt. No. 27) shall remain the operative answers in this matter.

It is so ORDERED.

Dated: August _16_, 2017

                        /s/   R E P

                        Robert E. Payne
                        Senior United States District Judge
                        For the Court