IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                     Civil Action No. 3:14cv852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

## ORDER

It is hereby ORDERED that the UNOPPOSED MOTION TO ALLOW FILING OF SECOND AMENDED COMPLAINT (ECF No. 177) is denied as moot.

It is so ORDERED.

                          /s/     REP
                    Robert E. Payne
                    Senior United States District Judge
                    For the Court

Richmond, Virginia
Date:  August  16, 2017