IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                                  Civil Action No. 3:14cv852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

**ORDER**

It is hereby ORDERED that a Final Pretrial Conference, if necessary, shall be held at 9:30 A.M. September 29, 2017, Fourth Floor Conference Room, Albert V. Bryan United States Courthouse in Alexandria, Virginia. It is further ORDERED that the trial shall be held at 9:30 A.M. October 10, 11 and 12, 2017, Courtroom 7000, Spottswood W. Robinson III and Robert R. Merhige, Jr., United States Courthouse in Richmond, Virginia.

It is so ORDERED.

                                    /s/   REP
                              Robert E. Payne
                              Senior United States District Judge
                              For the Court

Richmond, Virginia
Date: August 24, 2017