IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL,
et al.,

     Plaintiffs,

v.                                    Civil Action No. 3:14cv852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

     Defendants.

## ORDER

It is hereby ORDERED that, for the trial to be held on October 10, 11 and 12, 2017, the parties shall use new sets of exhibits that are keyed to the issues actually to be tried in this trial and that the sets of exhibits to be used by the witnesses and the sets to be delivered to the chambers of the judges shall be placed in notebooks that are properly indexed and tabbed for easy reference.

It is further ORDERED that, by September 21, 2017, the parties shall file an agenda for the Final Pretrial Conference to be held on September 29, 2017.

It is so ORDERED.

                            /s/      REP
                        Robert E. Payne
                        Senior United States District Judge
                        For the Court

Richmond, Virginia
Date:  September 6, 2017