# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, <br><br>    Plaintiffs, <br><br>    v. <br><br> VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, <br><br>    Defendants, <br><br>    v. <br><br> VIRGINIA HOUSE OF DELEGATES, *et al.*, <br>    Intervenor-Defendants. | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |

## **PLAINTIFFS' WITNESS LIST**

- 2 -

## PLAINTIFFS' WITNESS LIST

Plaintiffs Golden Bethune-Hill, Christa Brooks, Chauncey Brown, Atoy Carrington, Wayne Dawkins, Alfreda Gordon, Cherrelle Hurt, Thomas Calhoun, Tavarris Spinks, Mattie Mae Urquhart, Atiba Muse, Nancy Ross, and Sheppard Roland Winston ("Plaintiffs") reserve the right to call the following witnesses at trial:

1. **Professor Maxwell Palmer:** Professor Palmer has been designated as an expert witness and will testify about the matters addressed in his expert reports.

2. **Professor Jonathan Rodden:** Professor Rodden has been designated as an expert witness and will testify about the matters addressed in his expert reports.

3. **Ward Armstrong:** Mr. Armstrong is a former delegate in the Virginia House of Delegates. He will testify about the 2010-11 redistricting process in the House of Delegates and related matters.

4. **Rosalyn Dance:** Ms. Dance is a former delegate in the Virginia House of Delegates and currently serves as a senator in the Virginia Senate. She will testify about the 2010-11 redistricting process in the House of Delegates and related matters.

5. **Jennifer McClellan:** Ms. McClellan is a former delegate in the Virginia House of Delegates and currently serves as a senator in the Virginia Senate. She will testify about the 2010-11 redistricting process in the House of Delegates and related matters.

6. **Algie Howell:** Mr. Howell is a former delegate in the Virginia House of Delegates. He will testify about the 2010-11 redistricting process in the House of Delegates and related matters.

7. **Matthew James:** Mr. James is a delegate in the Virginia House of Delegates. He will testify about the 2010-11 redistricting process in the House of Delegates and related matters.

- 3 -

8. **Delores McQuinn:** Ms. McQuinn is a delegate in the Virginia House of Delegates. She will testify about the 2010-11 redistricting process in the House of Delegates and related matters.

Plaintiffs also reserve the right to call any witnesses identified in the witness lists of other parties to this action.

Dated: September 8, 2017

Respectfully submitted,

By: */s/ Aria Branch*
Marc Erik Elias (*pro hac vice*)
Bruce V. Spiva (*pro hac vice*)
Aria Branch (VSB No. 83682)
**PERKINS COIE LLP**
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: 202.654.6338
Facsimile: 202.654.9106
Email: ABranch@perkinscoie.com
Email: MElias@perkinscoie.com
Email: BSpiva@perkinscoie.com

Kevin J. Hamilton (*pro hac vice*)
Abha Khanna (*pro hac vice*)
Ryan Spear (*pro hac vice*)
William B. Stafford (*pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: KHamilton@perkinscoie.com
Email: AKhanna@perkinscoie.com
Email: BStafford@perkinscoie.com
Email: RSpear@perkinscoie.com

*Attorneys for Plaintiffs*

- 4 -

## CERTIFICATE OF SERVICE

On September 8, 2017, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the above discovery requests.

VIA ELECTRONIC MAIL

Katherine L. McKnight (VSB No. 81482)
E. Mark Braden (*pro hac vice*)
Richard B. Raile (VSB No. 84340)
Baker & Hostetler LLP
1050 Connecticut Avenue NW, Ste. 1100
Washington, DC 20036
Phone: 202.861.1500
Fax: 202.861.1783
Email: kmcknight@bakerlaw.com
Email: mbraden@bakerlaw.com
Email: rraile@bakerlaw.com

Of counsel:
Dale Oldham, Esq. (*pro hac vice*)
1119 Susan Street
Columbia, SC 29210
Phone: 803.772.7729
Email: dloesq@aol.com

*Attorneys for Defendant-Intervenors*

Matthew R. McGuire (VSB No. 84194)
Trevor S. Cox (VSB No. 78396)
Office of the Attorney General
202 North 9th Street
Richmond, VA 23219
Phone: 804.786.7773
Fax: 804.371.0200
Email: mmcguire@oag.state.va.us
Email: tcox@oag.state.va.us

*Attorneys for Defendants*