IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

GOLDEN BETHUNE-HILL, *et al.*,

      Plaintiffs,

   v.

VIRGINIA STATE BOARD OF
ELECTIONS, *et al.*,

      Defendants.

Civil Action No. 3:14-cv-00852-REP-AWA-BMK

## DEFENDANT-INTERVENORS' TRIAL EXHIBIT LIST

Defendant-Intervenors the Virginia House of Delegates and Virginia House of Delegates

Speaker William J. Howell ("Defendant-Intervenors"), through counsel, attach as Exhibit A their

Trial Exhibit List.  Defendant-Intervenors' exhibit list consists of those exhibits that, pursuant to

the Court's September 6, 2017 Order (Dkt. No. 184), Defendant-Intervenors may utilize during

the course of the second trial in this matter.  Defendant-Intervenors have, where applicable,

retained the exhibit numbers used during the first trial, to ensure a clear and consistent record.

Defendant-Intervenors reserve the right to rely, in pretrial and post-trial briefing, on all exhibits

and evidence already in the record, whether or not identified on this list for use during trial.

Defendant-Intervenors will include specific record citations supporting any such briefing.

Dated: September 14, 2017

Respectfully submitted,

VIRGINIA HOUSE OF DELEGATES
AND VIRGINIA HOUSE OF DELEGATES
SPEAKER WILLIAM J. HOWELL

By Counsel

*/s/ Katherine L. McKnight*
Katherine L. McKnight (VSB No. 81482)
E. Mark Braden (*pro hac vice*)
Richard B. Raile (VSB No. 84340)
BAKER HOSTETLER LLP
1050 Connecticut Avenue, NW Suite 1100
Washington, DC 20036
Telephone:   202.861.1500
Facsimile:    202.861.1783
kmcknight@bakerlaw.com
mbraden@bakerlaw.com
rraile@bakerlaw.com


Dalton L. Oldham, Esq. (*pro hac vice*)
1119 Susan St.
Columbia, SC 29210
Telephone:  803-772-7729
dloesq@aol.com


*Attorneys for the Virginia House of Delegates and*
*Virginia House of Delegates Speaker William J. Howell*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2017, the foregoing Defendant-

Intervenors' Trial Exhibit List was filed and served on all counsel of record pursuant to the

Court's electronic filing procedures using the Court's CM/ECF system.


/s/ Katherine L. McKnight
Katherine L. McKnight (VSB No. 81482)
E. Mark Braden (*pro hac vice*)
Richard B. Raile (VSB No. 84340)
BAKER HOSTETLER LLP
1050 Connecticut Avenue, NW Suite 1100
Washington, DC  20036
Telephone:202.861.1500
Facsimile: 202.861.1783
kmcknight@bakerlaw.com
mbraden@bakerlaw.com
rraile@bakerlaw.com

*Attorneys for the Virginia House of Delegates and*
*Virginia House of Delegates Speaker William J. Howell*