# Exhibit A

# Defendant-Intervenors' Trial Exhibit List
*Bethune-Hill v. Virginia State Board of Elections, No. 3:14-cv-852*

| Exhibit # | Pages | Bates Range | Doc Type | Date | Description |
|---|---|---|---|---|---|
| DI-001 | 64 | None. | Transcript | 12/2/2010 | Redistricting Public Hearing, Virginia Senate Privileges and Elections Redistricting Subcommittee - Portsmouth, VA |
| DI-003 | N/A | HOD000007 | Video | 4/6/11 | 2011 Special Session I Virginia House of Delegates Redistricting Floor Debates |
| DI-004 | 25 | None. | Transcript | 4/6/2011 | 2011 Special Session I Virginia House of Delegates Redistricting Floor Debates |
| DI-006 | N/A | HOD000012 | Video | 4/25/11 | 2011 Special Session I Virginia House of Delegates Redistricting Floor Debates |
| DI-007 | 28 | None. | Transcript | 4/25/11 | 2011 Special Session I Virginia House of Delegates Redistricting Floor Debates |
| DI-008 | 1 | HOD013441 | Vote Roll | 4/27/2011 | House of Delegates Vote on HB 5005 |
| DI-009 | 1 | HOD013442 | Vote Roll | 4/28/2011 | House of Delegates Vote on HB 5005 |
| DI-010 | 1 | HOD013152 | Legislative History | 4/15/2011 | Governor's Veto of HB 5001 |
| DI-012 | 1 | HOD013156 | Legislative History | 3/19/2015 | Division of Legislative Services Summary of Legislative Activity for HB 5005 |
| DI-013 | 3 | None. | Guidance | 1/18/2001 | Guidance Concerning Redistricting and Retrogression Under Section 5 of the Voting Rights Act, as Amended, 42 U.S.C. 1973c, 66 Fed. Reg. 5412 (Jan. 18, 2001) |
| DI-014 | 86 | None. | Expert Report | 4/10/2015 | Declaration of Thomas Brooks Hofeller, Ph. D. |
| DI-015 | 36 | None. | Expert Report | 4/10/2015 | Declaration of M.V. Hood III |
| DI-016 | 31 | None. | Expert Report | 4/10/2015 | Expert Report for Bethune-Hill v. Virginia State Board of Elections by Jonathan N. Katz |
| DI-022 | 1 | None. | Letter | 4/15/2015 | Letter from Nelson D. Hermilla, Chief, Freedom of Information/Privacy Acts Branch, Civil Rights Division, US Department of Justice, to Rebecca Clark, Legal Researcher, BakerHostetler, regarding her March 26, 2015 Freedom of Information Act request |
| DI-023 | | VSBE 000042-VSBE005832 *(selected pages)* | Documents | 4/15/2015 | Excerpts from DOJ FOIA Response Sub. 2011-1805: Memoranda of Telephonic Communications (redacted as per TX DI-022) and Written Comments |
| DI-024 | 2 | VSBE 005591-VSBE 005592 | Memorandum | 5/26/2011 | Excerpt from DOJ FOIA Response Sub. 2011-1805: Memorandum of Telephonic Communication (redacted as per TX DI-022) |
| DI-027 | 1 | None. | Submission | 5/2/2001 | 2001 Commonwealth of Virginia Preclearance Submission |
| DI-028 | 1 | None. | Press Release | 2/3/2011 | U.S. Census Bureau News – U.S. Census Bureau Delivers Virginia's 2010 Census Population Totals, Including First Look at Race and Hispanic Origin Data for Legislative Redistricting *Available at:* https://www.census.gov/2010census/news/releases/operations/cb11-cn16.html |
| DI-029 | N/A | None. | Data | Undated | Block Assignment File - 2001 House Plan |
| DI-033 | N/A | None. | Data | Undated | Block Assignment File - HB 5005 |
| DI-034 | 7 | None. | Data | Undated | Compilation of Data: Reprecincting in the City of Richmond |
| DI-035 | 54 | HOD012319-HOD012372 | Report | 9/1/2001 | An Evaluation of the Geographic Compactness and Contiguity of Virginia's 2001 House of Delegates and Senate Districts, Expert Report of Gerald R. Webster, in *Wilkins v. Gilmore* |
| DI-036 | | None. | Report | 00/00/2001 | Expert Report of James Loewen, in *Wilkins v. Gilmore* |
| DI-037 | 7 | HOD013129-HOD013135 | Table/Chart | 3/8/2011 | Current House of Delegates Districts: District Population Summary, Demographic Population Totals, and Voting Age Population Totals |
| DI-038 | 11 | HOD013137-HOD013147 | Table/Chart | 3/12/2013 | HB 5005 Population Totals, Racial Demographics, Voting Age Population, and Election Data |
| DI-039 | 3 | HOD013291-HOD013293 | Table/Chart | 4/9/2015 | Maptitude Standardized Report: Population by District for HB 5005 as Enacted |
| DI-040 | 3 | HOD013294-HOD013296 | Table/Chart | 4/9/2015 | Maptitude Standardized Report: Population Summary by District for Current 2010 |
| DI-047 | 3 | HOD013327-HOD013329 | Table/Chart | 4/9/2015 | Maptitude Standardized Report: Population Summary by District for HB 5005 as Introduced by Delegate Jones |
| DI-049 | 3 | HOD013345-HOD013347 | Table/Chart | 4/9/2015 | Maptitude Standardized Report: Population Summary by District for HB 5005 Senate Substitute |

Defendant-Intervenors' Trial Exhibit List
*Bethune-Hill v. Virginia State Board of Elections, No. 3:14-cv-852*

| Exhibit # | Pages | Bates Range | Doc Type | Date | Description |
|---|---|---|---|---|---|
| DI-052 | 23 | HOD013455-HOD013477 | Table/Chart | 3/23/2015 | Maptitude Standardized Report: Core Constituencies Report for 2010 Benchmark |
| DI-053 | 23 | HOD013478-HOD013500 | Table/Chart | 3/23/2015 | Maptitude Standardized Report: Core Constituencies Report for HB 5005 |
| DI-058 | N/A | None. | Data | Undated | P.L. 94-171 Redistricting Data for 2000 *Available at:* http://www2.census.gov/census_2000/datasets/redistricting_file--pl_94-171/Virginia/ |
| DI-059 | N/A | None. | Data | Undated | P.L. 94-171 Redistricting Data for 2010 *Available at:* http://redistricting.dls.virginia.gov/2010/Census2010.aspx |
| DI-060 | 1 | None. | Map | Undated | Map of Virginia Counties |
| DI-061 | 1 | None. | Map | Undated | Virginia - 2010 Census Results - Total Population by County |
| DI-062 | 1 | None. | Map | Undated | Virginia - 2010 Census Results - Percent Change in Population by County: 2000 to 2010 |
| DI-063 | 1 | None. | Map | Undated | Virginia - 2010 Census Results - Percent Change in Population by House District: 2000 to 2010 |
| DI-064 | 12 | None. | Map | 00/00/2000 | Virginia Counties and Independent Cities |
| DI-065 | 2 | None. | Map | Undated | Richmond Area-2011 Plan-Political and Racial Demographics |
| DI-091 | 201 | None. | Map | Undated | Comparison of All 100 Districts - 2001 and 2011 Plans |
| DI-092 |  | None. | Map | Undated | Collection of Maps:  Maps Showing Political/Racial Data for District or Districts |
| DI-093 | 127 | None. | Table/Chart | Undated | Collection of Data:  Virginia Department of Elections  Election Results 2000-2015 |
| DI-094 | 14 | None. | Map | Undated | Collection of Maps:  Maps of Challenged Districts - Old HDs & Enacted HDs (HB 5005) |
| DI-095 | 5 | None. | Map | Undated | Collection of Maps:  Maps of HDs 27, 62, 69, 70, 71 -- Vetoed (HB 5001 Conf. Report) & Enacted HDs (HB 5005) |
| DI-096 | 4 | None. | Map | Undated | Collection of Maps:  Districts by Region - 2001 Plan |
| DI-097 | 4 | None. | Map | Undated | Collection of Maps:  Districts by Region - 2011 Plan |
| DI-098 | 26 | None. | Map | Undated | Collection of Maps:  Silhouettes of Selected Districts, 2001 and 2011 Plans |
| DI-099 | 1 | None. | Map | Undated | Statewide Population Deviation |
| DI-101 | 16 | None. | Expert Report | 8/15/2017 | Supplemental Expert Report of Jonathan Katz |
| DI-102 | 290 | None. | Expert Report | 8/15/2017 | First Supplemental Declaration of Thomas Brooks Hofeller |
| DI-103 | 83 | None. | Expert Report | 8/15/2017 | Supplemental Expert Report of M.V. Hood III |
| DI-104 | 4 | HOD010348 - HOD010349 HOD010355 - HOD010356 | Email | 11/17/2010 | Email from Stephen David to Stephen David; Subject: Follow up from Caucus Retreat |
| DI-105 | 3 | None. | News Article | 4/3/2011 | Assembly Begins a Complex Balancing, Richmond Times-Dispatch Commentary by Delegate Jennifer McClellan (Exhibit 3 from the 2017 McClellan Deposition) |
| DI-106 |  | None. | Screenshots |  | Screenshots from Delegate Loupassi's website |
| DI-107 |  | None. | Screenshots |  | Screenshots of Loupassi family business websites |
| DI-108 |  | None. | Screenshots |  | Screenshots of Maptitude showing the software's display of information |
| DI-109 |  | None. | Maps |  | Maps of senate districts |
| DI-110 |  | None. | Maps |  | Maps of split VTDs |
| DI-111 |  | None. | Maps |  | Maps of alternative challenged district boundaries |
| DI-112 | 34 | None. | Transcript | 9/8/2010 | In Re: Public Hearing Drawing the Line 2011 Redistricting in Virginia |
| DI-113 | 58 | None. | Transcript | 10/27/2010 | Senate of Virginia Public Hearing In Re: Drawing the Line 2011 Redistricting in Virginia |
| DI-114 | 57 | None. | Transcript | 11/4/2010 | Senate Committee on Privileges and Elections Subcommittee on Redistricting Public Hearing |
| DI-115 | 52 | None. | Transcript | 12/17/2010 | Joint Reapportionment Committee Meeting |
| DI-116 | 19 | None. | Transcript | 12/17/2010 | House of Delegates Privileges and Elections Committee Public Hearing In Re: Redistricting |
| DI-117 | 69 | None. | Transcript | 3/25/2011 | General Assembly Hearing Senate Committee on Privileges and Elections Committee Resolution |

**Defendant-Intervenors' Trial Exhibit List**
*Bethune-Hill v. Virginia State Board of Elections, No. 3:14-cv-852*

| Exhibit # | Pages | Bates Range | Doc Type | Date | Description |
|---|---|---|---|---|---|
| DI-118 | 17 | None. | Transcript | 4/11/2011 | The Committee on Privileges and Elections Public Meeting |
| DI-119 | 5 | None. | Transcript | 4/11/2011 | In the Matter of the Joint Conference Committee Discussion of Senate Bill No. 5001 |
| DI-120 | 27 | None. | Transcript | 4/12/2011 | In the Matter of the Committee on Privileges and Elections Notice of Public Meeting for House Bill No. 5004 Amending in the Nature of a Substitute |
| DI-121 | 26 | None. | Transcript | 4/12/2011 | In the Matter of the Senate Privileges and Elections Committee Notice of Public Meeting for the Discussion on Senate Bill 5003 and Senate Bill 5004 Morning Session |
| DI-122 | 11 | None. | Transcript | 4/18/2011 | Virginia House of Delegates House Committee Operations House Privileges and Elections Committee Meeting |
| DI-123 | 11 | None. | Transcript | 4/28/2011 | In the Matter of the Senate Committee on Privileges and Elections Meeting |
| DI-124 | 13 | None. | Transcript | 1/11/2012 | House of Delegates Privileges and Elections Committee Public Hearing In Re: Redistricting |