IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants. | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |

**DEFENDANT-INTERVENORS' WITNESS LIST**

Defendant-Intervenors, the Virginia House of Delegates and Virginia House of Delegates Speaker William J. Howell ("Defendant-Intervenors"), through counsel, reserve their right to call the following witnesses at trial:

**I.     Fact Witnesses**

1. Delegate Chris Jones – a member of the Virginia House of Delegates and the architect of the redistricting plan at issue in this proceeding. He may testify about the plan and the 2011 redistricting process.

2. Delegate Christopher K. Peace – a member of the Virginia House of Delegates representing a district that borders one or more districts challenged in this proceeding. He may testify about borders of his district created by the 2011 redistricting process.

3. Delegate Christopher P. Stolle – a member of the Virginia House of Delegates representing a district that borders one or more districts challenged in this proceeding. He may testify about borders of his district created by the 2011 redistricting process.

4. Delegate John M. O'Bannon, III – a member of the Virginia House of Delegates representing a district that borders one or more districts challenged in this proceeding. He may testify about borders of his district created by the 2011 redistricting process.

5. Delegate Thomas Wright – a member of the Virginia House of Delegates representing a district that borders one or more districts challenged in this

       proceeding. He may testify about borders of his district created by the 2011 redistricting process.

6. Dr. James W. Loewen – a professor of sociology who submitted an expert report in the case *West v. Gilmore*, CL01-84 (Va. Cir. Ct.). Dr. Loewen may testify for the purposes of admitting his report under the Federal Rules of Evidence, identifying relevant conclusions of his report, and explaining how his report was prepared.

7. John Morgan – a demographer who assisted Delegate Jones and the House of Delegates in drawing the 2011 map. He may testify about the 2011 redistricting process.

Defendant-Intervenors submit this list of witnesses without waiving any of their rights, and specifically reserve the right to call any rebuttal or impeachment witnesses and to supplement this list if any listed witness becomes unavailable to testify at trial.

## II. **Expert Witnesses**

1. Thomas Hofeller – Dr. Hofeller has been designated as an expert witness and may testify about the matters addressed in his expert reports.

2. Trey Hood – Dr. Hood has been designated as an expert witness and may testify about the matters addressed in his expert reports.

3. Jonathan Katz – Dr. Katz has been designated as an expert witness and may testify about the matters addressed in his expert reports.

Defendant-Intervenors reserve the right to call any witness identified in the witness lists of other parties to this action.

Dated: September 14, 2017

Respectfully submitted,

VIRGINIA HOUSE OF DELEGATES
AND VIRGINIA HOUSE OF DELEGATES
SPEAKER WILLIAM J. HOWELL

By Counsel

*/s/ Katherine L. McKnight*
Katherine L. McKnight (VSB No. 81482)
E. Mark Braden (*pro hac vice*)
Richard B. Raile (VSB No. 84340)
BAKER HOSTETLER LLP
1050 Connecticut Avenue, NW Suite 1100
Washington, DC 20036
Telephone: 202.861.1500
Facsimile: 202.861.1783
kmcknight@bakerlaw.com
mbraden@bakerlaw.com
rraile@bakerlaw.com

Dalton L. Oldham, Esq. (*pro hac vice*)
1119 Susan St.
Columbia, SC 29210
Telephone: 803-772-7729
dloesq@aol.com

*Attorneys for the Virginia House of Delegates and*
*Virginia House of Delegates Speaker William J. Howell*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2017, the foregoing Defendant-Intervenors' Witness List was filed and served on all counsel of record pursuant to the Court's electronic filing procedures using the Court's CM/ECF system.

    */s/ Katherine L. McKnight*
Katherine L. McKnight (VSB No. 81482)
E. Mark Braden (*pro hac vice*)
Richard B. Raile (VSB No. 84340)
BAKER HOSTETLER LLP
1050 Connecticut Avenue, NW Suite 1100
Washington, DC  20036
Telephone: 202.861.1500
Facsimile: 202.861.1783
kmcknight@bakerlaw.com
mbraden@bakerlaw.com
rraile@bakerlaw.com

*Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker William J. Howell*