IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, <br><br>         Plaintiffs, <br><br>     v. <br><br> VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, <br><br>         Defendants, <br><br>     v. <br><br> VIRGINIA HOUSE OF DELEGATES, *et al.*, <br>         Intervenor-Defendants. | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |

**PLAINTIFFS' SUPPLEMENTAL EXHIBIT LIST**

- 2 -

## PLAINTIFFS' SUPPLEMENTAL EXHIBIT LIST

On September 8, 2017, Plaintiffs' filed their initial Exhibit List. Dkt. #186. In preparing their respective exhibit lists, the parties conferred and agreed that, in light of the fact that expert depositions extended through September 14, 2017, *see* Dkt. No. 173 ¶ 9, disclosure of expert-related exhibits would be deferred commensurately. To that end, the parties agreed that Plaintiffs would disclose a list of any additional expert-related exhibits by September 18, Defendants and Defendant-Intervenors would provide their list of any additional expert-related proposed exhibits by September 20, and the parties would file any supplemental objections to these exhibits no later than September 22.

Consistent with this agreement, Plaintiffs provide the following supplemental list of expert-related exhibits:

| TX No. | Bates No. Range / Document Length | Date | Doc Type | Description |
|---|---|---|---|---|
| P-088 | 6 pages | 08/15/2017 | Code | "get_ei_estimates.R *(Katz Deposition Ex. 7)* |
| P-089 | HOD0017258 - 36 pages | Undated | Code | "ei_mk_quantile.R" *(Katz Deposition Ex. 8)* |
| P-090 | 1 page | Undated | Commands used to produce EI estimates | "R Command for Ei.RxC *(Hood Deposition Ex. 5)* |

Plaintiffs also reserve the right to use any exhibits listed by Defendants and Defendant-Intervenors on each of their exhibit lists.

- 3 -

Dated:  September 18, 2017

Respectfully submitted,

By: */s/ Aria Branch*
    Marc Erik Elias (*pro hac vice*)
    Bruce V. Spiva (*pro hac vice*)
    Aria Branch (VSB No. 83682)
    **PERKINS COIE LLP**
    700 Thirteenth Street, N.W., Suite 600
    Washington, D.C. 20005-3960
    Telephone: 202.654.6338
    Facsimile: 202.654.9106
    Email: ABranch@perkinscoie.com
    Email: MElias@perkinscoie.com
    Email: BSpiva@perkinscoie.com

    Kevin J. Hamilton (*pro hac vice*)
    Abha Khanna (*pro hac vice*)
    Ryan Spear (*pro hac vice*)
    William B. Stafford (*pro hac vice*)
    **PERKINS COIE LLP**
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101-3099
    Telephone: 206.359.8000
    Facsimile: 206.359.9000
    Email: KHamilton@perkinscoie.com
    Email: AKhanna@perkinscoie.com
    Email: BStafford@perkinscoie.com
    Email: RSpear@perkinscoie.com

    *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

On September 18, 2017, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the above discovery requests.

VIA ELECTRONIC MAIL

Katherine L. McKnight (VSB No. 81482)
E. Mark Braden (*pro hac vice*)
Richard B. Raile (VSB No. 84340)
Baker & Hostetler LLP
1050 Connecticut Avenue NW, Ste. 1100
Washington, DC 20036
Phone: 202.861.1500
Fax: 202.861.1783
Email: kmcknight@bakerlaw.com
Email: mbraden@bakerlaw.com
Email: rraile@bakerlaw.com

Of counsel:
Dale Oldham, Esq. (*pro hac vice*)
1119 Susan Street
Columbia, SC 29210
Phone: 803.772.7729
Email: dloesq@aol.com

*Attorneys for Defendant-Intervenors*

Matthew R. McGuire (VSB No. 84194)
Trevor S. Cox (VSB No. 78396)
Office of the Attorney General
202 North 9th Street
Richmond, VA 23219
Phone: 804.786.7773
Fax: 804.371.0200
Email: mmcguire@oag.state.va.us
Email: tcox@oag.state.va.us

*Attorneys for Defendants*