IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants. | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |

**DEFENDANT-INTERVENORS' OBJECTIONS TO
PLAINTIFFS' DISCOVERY DESIGNATIONS & EXHIBIT LIST**

Defendant-Intervenors, the Virginia House of Delegates and Virginia House of Delegates Speaker William J. Howell ("Defendant-Intervenors"), through counsel, hereby identify their objections to Plaintiffs' discovery designations and exhibits.

**I.      Deposition Transcript of Delegate Roslyn C. Tyler**

Defendant-Intervenors object to the following designations on the grounds that they violate Federal Rules of Evidence 602, 701, and the rule against hearsay.

| | **Designation**[1] |
|---|---|
| a. | 63:24-66:16 |
| b. | 67:2-15 |
| c. | 70:16-76:17 |
| d. | 81:20-82:16 |
| e. | 84:6-10 |

---

[1] Cited sections include Plaintiffs' designations and Defendant-Intervenors' related counter-designations.

| | |
|---|---|
| f. | 84:25-85:8 |
| g. | 86:2-88:2 |
| h. | 89:10-21 |

**II.     Deposition Transcript of Christopher Michael Marston**

Defendant-Intervenors object to Plaintiffs' designations in the deposition transcript of Christopher M. Marston on the ground that they violate the rule against hearsay; Mr. Marston was not identified on any witness list in this matter and he has not been deemed unavailable as a witness for the purpose of satisfying any exception to the rule against hearsay.

**III.    Plaintiffs' Exhibit List**

Defendant-Intervenors object to Plaintiffs' proposed exhibits P-069 and P-070 on the grounds that they violate Federal Rules of Evidence 702 and 703.

Dated: September 18, 2017

Respectfully submitted,

VIRGINIA HOUSE OF DELEGATES
AND VIRGINIA HOUSE OF DELEGATES
SPEAKER WILLIAM J. HOWELL

By Counsel

*/s/ Katherine L. McKnight*
Katherine L. McKnight (VSB No. 81482)
E. Mark Braden (*pro hac vice*)
Richard B. Raile (VSB No. 84340)
BAKER HOSTETLER LLP
1050 Connecticut Avenue, NW Suite 1100
Washington, DC 20036
Telephone: 202.861.1500
Facsimile: 202.861.1783
kmcknight@bakerlaw.com
mbraden@bakerlaw.com
rraile@bakerlaw.com

Dalton L. Oldham, Esq. (*pro hac vice*)
1119 Susan St.
Columbia, SC 29210
Telephone: 803-772-7729
dloesq@aol.com

*Attorneys for the Virginia House of Delegates and*
*Virginia House of Delegates Speaker William J. Howell*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of September, 2017, the foregoing Defendant-Intervenors' Objections to Plaintiffs' Discovery Designations and Exhibits was filed and served on all counsel of record pursuant to the Court's electronic filing procedures using the Court's CM/ECF system.

                              */s/ Katherine L. McKnight*
                              Katherine L. McKnight (VSB No. 81482)
                              E. Mark Braden (*pro hac vice*)
                              Richard B. Raile (VSB No. 84340)
                              BAKER HOSTETLER LLP
                              1050 Connecticut Avenue, NW Suite 1100
                              Washington, DC  20036
                              Telephone:202.861.1500
                              Facsimile:  202.861.1783
                              kmcknight@bakerlaw.com
                              mbraden@bakerlaw.com
                              rraile@bakerlaw.com

                              *Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker William J. Howell*