# Exhibit C

| | |
|---|---|
| **From:** | Stephen Davis <stephen@vademocrats.org> |
| **Sent:** | Wednesday, November 17, 2010 4:14 PM |
| **To:** | Stephen Davis <stephen@vademocrats.org> |
| **Subject:** | Follow up from Caucus Retreat |
| **Attach:** | MasterTimeline2011.docx; Redistricting Timetable.docx; PrefilingNote.docx; Districts deviations.docx; 2011 VA Delegate Survey Schedule (2).pdf |

Delegates:

Thank you to everyone who attended the retreat this weekend. A few follow up items for everyone:

1) Pre-Session Survey Mailers: I sent information out on Monday about these and have attached it again. If you're interested in participating in the caucus survey program, the deadline will be December 2nd.

2) Incumbent Protection Ideas: We had a great discussion on Saturday about the various ideas members are using for incumbent protection. We are updating our master list for all members, so if you would email me with your 3-4 top activities, we'll combine them and make the full list available for everyone.

3) Please contact me if you are planning or need help planning a pre-session fundraiser and I'll make sure the date gets out to our Richmond list.


Finally, at the request of several of you, I've attached electronic versions of several of the handouts, including:

- 2011 Timeline
- 2011 vs 2001 Redistricting Timeline
- Legislative Pre-filing Note
- Caucus Survey Mailing info sheet
- District Deviations for Redistricting (based on 2010 population estimates)

Thank you and let me know if there are questions.

Stephen



--

Stephen Davis
Interim Executive Director

HOD010348

DEFENDANT-INTERVENORS TX 104 - Page 001

VA House Democratic Caucus
o - 804.644.1966 x228
m- 540.435.9021

www.vahousedems.com

HOD010349
DEFENDANT-INTERVENORS TX 104 - Page 002

| Democratic Held Districts that need to grow: | | | | Democratic Held Districts that need to shrink: | | | |
|---|---|---|---|---|---|---|---|
| District | 2010 Population | Percent Deviation from Ideal | Incumbent | District | 2010 Population | Percent Deviation from Ideal | Incumbent |
| 2 | 68,958 | -13.3% | Bud Phillips | 35 | 79,540 | 0.0% | Mark Keam |
| 95 | 68,965 | -13.3% | Mamye BaCote | 79 | 79,988 | 0.6% | Johnny Joannou |
| 11 | 70,446 | -11.4% | Onzlee Ware | 49 | 80,469 | 1.2% | Adam Ebbin |
| 92 | 70,471 | -11.4% | Jeion Ward | 48 | 83,267 | 4.7% | Bob Brink |
| 80 | 70,594 | -11.2% | Matthew James | 99 | 83,499 | 5.0% | Albert C. Pollard |
| 10 | 70,695 | -11.1% | Ward Armstrong | 64 | 85,801 | 7.9% | Bill Barlow |
| 69 | 70,708 | -11.1% | Betsy Carr | 52 | 99,032 | 24.6% | Luke Torian |
| 90 | 71,243 | -10.4% | Algie Howell | | | | |
| 63 | 71,355 | -10.3% | Rosalyn Dance | | | | |
| 41 | 71,382 | -10.2% | Eileen Filler-Corn | | | | |
| 75 | 71,387 | -10.2% | Roslyn Tyler | | | | |
| 89 | 72,116 | -9.3% | Kenneth Alexander | | | | |
| 87 | 72,383 | -9.0% | Paula Miller | | | | |
| 12 | 72,584 | -8.7% | Jim Shuler | | | | |
| 71 | 73,181 | -8.0% | Jennifer McClellan | | | | |
| 4 | 73,195 | -7.9% | Joe Johnson | | | | |
| 36 | 73,269 | -7.8% | Kenneth R. Plum | | | | |
| 57 | 73,734 | -7.3% | David Toscano | | | | |
| 93 | 74,743 | -6.0% | Robin Abbott | | | | |
| 39 | 74,787 | -5.9% | Vivian E. Watts | | | | |
| 37 | 74,806 | -5.9% | David Bulova | | | | |
| 44 | 74,839 | -5.9% | Scott Surovell | | | | |
| 43 | 75,099 | -5.5% | Mark D. Sickles | | | | |
| 38 | 75,918 | -4.5% | Kaye Kory | | | | |
| 100 | 76,395 | -3.9% | Lynwood Lewis | | | | |
| 47 | 76,426 | -3.9% | Patrick Hope | | | | |
| 70 | 76,773 | -3.4% | Delores McQuinn | | | | |
| 53 | 76,780 | -3.4% | Jim Scott | | | | |
| 77 | 76,923 | -3.3% | Lionell Spruill | | | | |
| 74 | 78,043 | -1.8% | Joseph D. Morrissey | | | | |
| 45 | 79,377 | -0.2% | David L. Englin | | | | |
| 46 | 79,404 | -0.1% | Charniele Herring | | | | |

Republican Held Districts that need to grow:

HOD010355

**DEFENDANT-INTERVENORS TX 104 - Page 003**

| District | 2010 Population | Percent Deviation from Ideal | Incumbent | District | 2010 Population | Percent Deviation from Ideal | Incumbent |
|---|---|---|---|---|---|---|---|
| 14 | 66,826 | -16.0% | Danny Marshall | 62 | 80,353 | 1.1% | Riley Ingram |
| 3 | 67,252 | -15.4% | Will Morefield | 72 | 80,758 | 1.6% | Jimmie Massie |
| 16 | 69,561 | -12.5% | Donald Merricks | 25 | 80,831 | 1.7% | Steve Landes |
| 5 | 69,941 | -12.0% | Bill Carrico | 26 | 80,948 | 1.8% | Tony Wilt |
| 94 | 70,047 | -11.9% | Glenn Oder | 78 | 81,188 | 2.1% | John Cosgrove |
| 82 | 70,292 | -11.6% | Harry 'Bob' Purkey | 55 | 82,291 | 3.5% | John Cox |
| 6 | 71,520 | -10.0% | Anne B. Crockett-Stark | 27 | 85,446 | 7.5% | Roxann Robinson |
| 60 | 71,536 | -10.0% | James Edmunds | 18 | 85,572 | 7.6% | Clay Athey |
| 34 | 71,974 | -9.5% | Barbara Comstock | 58 | 86,846 | 9.2% | Rob Bell |
| 61 | 72,444 | -8.9% | Tommy Wright | 29 | 87,199 | 9.7% | Beverly Sherwood |
| 1 | 72,817 | -8.4% | Terry Kilgore | 66 | 87,450 | 10.0% | Kirk Cox |
| 17 | 73,313 | -7.8% | Bill Cleaveland | 31 | 87,538 | 10.1% | Scott Lingamfelter |
| 85 | 73,323 | -7.8% | Bob Tata | 76 | 87,884 | 10.5% | Chris Jones |
| 91 | 73,674 | -7.3% | Tom Gear | 96 | 88,041 | 10.7% | Brenda Pogge |
| 24 | 73,937 | -7.0% | Ben Cline | 97 | 88,365 | 11.1% | Chris Peace |
| 83 | 74,310 | -6.5% | Chris Stolle | 67 | 88,553 | 11.4% | James LeMunyon |
| 68 | 74,380 | -6.5% | Manoli Loupassi | 86 | 88,816 | 11.7% | Tom Rust |
| 73 | 74,382 | -6.5% | John O'Bannon | 65 | 90,115 | 13.3% | Lee Ware |
| 8 | 74,499 | -6.3% | Morgan Griffith | 28 | 92,043 | 15.8% | Bill Howell |
| 21 | 74,609 | -6.2% | Ron Villanueva | 56 | 92,586 | 16.4% | Bill Janis |
| 42 | 75,228 | -5.4% | Dave Albo | 30 | 92,897 | 16.8% | Ed Scott |
| 22 | 75,787 | -4.7% | Kathy Byron | 88 | 94,055 | 18.3% | Mark Cole |
| 51 | 75,794 | -4.7% | Richard L. Anderson | 54 | 99,455 | 25.1% | Bobby Orrock |
| 81 | 75,905 | -4.5% | Barry Knight | 33 | 114,641 | 44.2% | Joe T. May |
| 20 | 76,216 | -4.1% | Richard P. Bell | 32 | 130,091 | 63.6% | Tag Greason |
| 84 | 77,232 | -2.9% | Sal Iaquinto | 13 | 148,322 | 86.5% | Bob Marshall |
| 7 | 77,263 | -2.8% | Dave Nutter | | | | |
| 59 | 77,376 | -2.7% | Watkins Abbitt, Jr. | | | | |
| 40 | 77,453 | -2.6% | Tim Hugo | | | | |
| 23 | 77,509 | -2.5% | Scott Garrett | | | | |
| 98 | 77,898 | -2.0% | Harvey Morgan | | | | |
| 9 | 78,557 | -1.2% | Charles Poindexter | | | | |
| 15 | 78,772 | -0.9% | Todd Gilbert | | | | |
| 19 | 79,178 | -0.4% | Lacey E. Putney | | | | |
| 50 | 79,391 | -0.2% | Jackson H. Miller | | | | |

Republican Held Districts that need to shrink: