IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants. | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |

**NOTICE OF AGREEMENT REGARDING
EXTENSION OF TIME TO SERVE EXHIBITS AND FILE OBJECTIONS**

Defendant-Intervenors, the Virginia House of Delegates and Virginia House of Delegates Speaker William J. Howell ("Defendant-Intervenors"), through counsel, hereby notify the Court of an agreement between Plaintiffs and Defendant-Intervenors whereby Defendant-Intervenors served the parties with copies of Defendant-Intervenors' proposed exhibits 106-111 after the date on which objections to those exhibits were due, and agreed to not counter, on the basis of timeliness, any objections Plaintiffs file related to those exhibits by Thursday, September 21.

Dated: September 20, 2017

Respectfully submitted,

VIRGINIA HOUSE OF DELEGATES
AND VIRGINIA HOUSE OF DELEGATES
SPEAKER WILLIAM J. HOWELL

By Counsel

*/s/ Katherine L. McKnight*
Katherine L. McKnight (VSB No. 81482)
E. Mark Braden (*pro hac vice*)
Richard B. Raile (VSB No. 84340)
BAKER HOSTETLER LLP
1050 Connecticut Avenue, NW Suite 1100
Washington, DC 20036
Telephone: 202.861.1500
Facsimile: 202.861.1783
kmcknight@bakerlaw.com
mbraden@bakerlaw.com
rraile@bakerlaw.com

Dalton L. Oldham, Esq. (*pro hac vice*)
1119 Susan St.
Columbia, SC 29210
Telephone: 803-772-7729
dloesq@aol.com

*Attorneys for the Virginia House of Delegates and
Virginia House of Delegates Speaker William J. Howell*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of September, 2017, the foregoing Notice Of Agreement Regarding Extension Of Time To Serve Exhibits And File Objections was filed and served on all counsel of record pursuant to the Court's electronic filing procedures using the Court's CM/ECF system.

*/s/ Katherine L. McKnight*
Katherine L. McKnight (VSB No. 81482)
E. Mark Braden (*pro hac vice*)
Richard B. Raile (VSB No. 84340)
BAKER HOSTETLER LLP
1050 Connecticut Avenue, NW Suite 1100
Washington, DC  20036
Telephone:202.861.1500
Facsimile: 202.861.1783
kmcknight@bakerlaw.com
mbraden@bakerlaw.com
rraile@bakerlaw.com

*Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker William J. Howell*