IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants. | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |

**DEFENDANT-INTERVENORS' SUPPLEMENTAL EXHIBIT LIST**

Defendant-Intervenors the Virginia House of Delegates and Virginia House of Delegates Speaker William J. Howell ("Defendant-Intervenors"), through counsel, attach as Exhibit A a supplemental list of expert-related exhibits. As detailed in Plaintiffs' Supplemental Exhibit List filed on Monday, September 18, 2017 (Dkt. 191), the parties agreed to delay disclosure of expert-related exhibits because depositions of expert witnesses extended through September 14, 2017, *see* Dkt. No. 173 ¶ 9, beyond the due dates for the parties' initial Exhibit Lists. The parties agreed that Plaintiffs would disclose a list of any additional expert-related proposed exhibits by September 18, Defendants and Defendant-Intervenors would disclose their list of any additional expert-related proposed exhibits by September 20, and the parties would file any supplemental objections to these exhibits no later than September 22. Defendant-Intervenors reserve their right to use any exhibits listed by Plaintiffs or Defendants in their respective exhibit lists.

Dated: September 20, 2017

Respectfully submitted,

VIRGINIA HOUSE OF DELEGATES
AND VIRGINIA HOUSE OF DELEGATES
SPEAKER WILLIAM J. HOWELL

By Counsel

*/s/ Katherine L. McKnight*
Katherine L. McKnight (VSB No. 81482)
E. Mark Braden (*pro hac vice*)
Richard B. Raile (VSB No. 84340)
BAKER HOSTETLER LLP
1050 Connecticut Avenue, NW Suite 1100
Washington, DC  20036
Telephone:   202.861.1500
Facsimile:    202.861.1783
kmcknight@bakerlaw.com
mbraden@bakerlaw.com
rraile@bakerlaw.com


Of counsel:

Dalton L. Oldham, Esq.
1119 Susan St.
Columbia, SC  29210
Telephone:  803-772-7729
dloesq@aol.com

*Attorneys for the Virginia House of Delegates and*
*Virginia House of Delegates Speaker William J. Howell*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of September, 2017, the foregoing Defendant-Intervenors' Supplemental Exhibit List was filed and served on all counsel of record pursuant to the Court's electronic filing procedures using the Court's CM/ECF system.

/s/ Katherine L. McKnight
Katherine L. McKnight (VSB No. 81482)
E. Mark Braden (*pro hac vice*)
Richard B. Raile (VSB No. 84340)
BAKER HOSTETLER LLP
1050 Connecticut Avenue, NW Suite 1100
Washington, DC  20036
Telephone: 202.861.1500
Facsimile: 202.861.1783
kmcknight@bakerlaw.com
mbraden@bakerlaw.com
rraile@bakerlaw.com

*Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker William J. Howell*

3