Exhibit A

**Defendant-Intervenors' Expert-Related Exhibits**

*Bethune-Hill v. Virginia State Board of Elections, No. 3:14-cv-852*

| 2017 DI TX | Pages | Bates Range | Doc Type | Date | Description |
|---|---|---|---|---|---|
| DI-125 | 1 | None. | Map | Undated | 2001 House Districts 2010 Deviations -- Southeastern Virginia<br>*Proposed as DI-066 for 2015 trial.* |
| DI-126 | 1 | None. | Map | Undated | 2001 House Districts 2010 Deviations -- Northern Virginia<br>*Proposed as DI-067 for 2015 trial.* |
| DI-127 | 1 | None. | Map | Undated | 2001 House Districts 2010 Deviations -- Norfolk Area Virginia<br>*Proposed as DI-068 for 2015 trial.* |
| DI-128 | 1 | None. | Map | Undated | 2001 House Districts 2010 Deviations -- Richmond Area Virginia<br>*Proposed as DI-069 for 2015 trial.* |
| DI-129 | 1 | None. | Map | Undated | 2011 House District 79 Showing Water Crossing Between Portions of Districts<br>*Proposed as DI-070 for 2015 trial.* |
| DI-130 | 1 | None. | Map | Undated | 2011 House District 90 Showing Water Crossing Between Portions of Districts<br>*Proposed as DI-071 for 2015 trial.* |
| DI-131 | 1 | None. | Map | Undated | 2001 House Districts 2010 Deviations – Deviations Norfolk Area Virginia<br>*Proposed as DI-072 for 2015 trial.* |
| DI-132 | 1 | None. | Map | Undated | 2001 House Districts 2010 Deviations – Deviations Hampton-Newport w Pcts<br>*Proposed as DI-073 for 2015 trial.* |
| DI-133 | 1 | None. | Map | Undated | 2001 House Districts 2010 Deviations – Deviations Richmond Area w Pcts<br>*Proposed as DI-074 for 2015 trial.* |
| DI-134 | 1 | None. | Map | Undated | 2001 House Districts 2010 Deviations – Deviations Fairfax Arlington Alexandria Area w Pcts<br>*Proposed as DI-075 for 2015 trial.* |
| DI-135 | 1 | None. | Map | Undated | 2011 House District 77 Showing Water Crossings between Portions of Districts<br>*Proposed as DI-076 for 2015 trial.* |
| DI-136 | 1 | None. | Map | Undated | 2011 House District 80 Showing Water Crossings between Portions of Districts<br>*Proposed as DI-077 for 2015 trial.* |
| DI-137 | 1 | None. | Map | Undated | 2011 House District 83 Showing Water Crossings between Portions of Districts<br>*Proposed as DI-078 for 2015 trial.* |
| DI-138 | 1 | None. | Map | Undated | 2011 House District 94 Showing Water Crossings between Portions of Districts<br>*Proposed as DI-079 for 2015 trial.* |
| DI-139 | 1 | None. | Map | Undated | 2011 House District 76 Showing Water Crossings between Portions of Districts<br>*Proposed as DI-080 for 2015 trial.* |
| DI-140 | 1 | None. | Table/Chart | Undated | Table – 2001 House Plan Deviations, Norfolk Area<br>*Proposed as DI-085 for 2015 trial.* |

**Defendant-Intervenors' Expert-Related Exhibits**

*Bethune-Hill v. Virginia State Board of Elections, No. 3:14-cv-852*

| 2017 DI TX | Pages | Bates Range | Doc Type | Date | Description |
|---|---|---|---|---|---|
| DI-141 | 1 | None. | Table/Chart | Undated | Table – 2011 House Plan, Districts Not Connected by Road with Water or River Crossings<br>*Proposed as DI-086 for 2015 trial.* |
| DI-142 | 1 | None. | Table/Chart | Undated | Table – 2011 House of Delegates Plan, Combined Compactness Score<br>*Proposed as DI-087 for 2015 trial.* |
| DI-143 | 37 | None. | Brief | 10/24/2016 | Brief of Political Scientists Thomas L. Brunell, Charles S. Bullock III, and Ronald Keith Gaddie As Amici Curiae In Support of Appellees<br>*Exhibit 8 from Palmer Deposition.* |