IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |
| VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, | |
| Defendants. | |

## **JOINT PROPOSED AGENDA FOR FINAL PRETRIAL CONFERENCE**

The Parties jointly, through counsel, and pursuant to the Court's Order dated September 6, 2017 (Dkt. 184), identify the following agenda for the Final Pretrial Conference to be held on September 29, 2017:

1. Schedule for trial considering final trial witness lists.

2. Any Motions *in Limine* the Court would like to discuss and potentially resolve prior to trial.

3. Any outstanding objections to discovery designations.

4. Any miscellaneous trial administrative issues.

Dated: September 21, 2017

Respectfully submitted,

VIRGINIA HOUSE OF DELEGATES
AND VIRGINIA HOUSE OF DELEGATES
SPEAKER WILLIAM J. HOWELL

By Counsel

*/s/ Katherine L. McKnight*
Katherine L. McKnight (VSB No. 81482)
E. Mark Braden (*pro hac vice*)
Richard B. Raile (VSB No. 84340)
BAKER HOSTETLER LLP
1050 Connecticut Avenue, NW Suite 1100
Washington, DC 20036
Telephone: 202.861.1500
Facsimile: 202.861.1783
kmcknight@bakerlaw.com
mbraden@bakerlaw.com
rraile@bakerlaw.com


Of counsel:

Dalton L. Oldham, Esq.
1119 Susan St.
Columbia, SC 29210
Telephone: 803-772-7729
dloesq@aol.com

*Counsel for the Virginia House of Delegates and*
*Virginia House of Delegates Speaker William J. Howell*

Dated: September 21, 2017

Respectfully submitted,

*/s/ Aria Branch*
Marc Erik Elias (*pro hac vice*)
Bruce V. Spiva (*pro hac vice*)
Aria Branch (VSB No. 83682)
**PERKINS COIE LLP**
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: 202.654.6338
Facsimile: 202.654.9106
Email: ABranch@perkinscoie.com
Email: MElias@perkinscoie.com
Email: BSpiva@perkinscoie.com

Kevin J. Hamilton (*pro hac vice*) Abha Khanna (*pro hac vice*)
Ryan Spear (*pro hac vice*)
William B. Stafford (*pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900 Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: KHamilton@perkinscoie.com
Email: AKhanna@perkinscoie.com
Email: BStafford@perkinscoie.com
Email: RSpear@perkinscoie.com

*Counsel for Plaintiffs*

Dated: September 21, 2017

Respectfully submitted,

VIRGINIA STATE BOARD OF ELECTIONS; JAMES B. ALCORN, in his capacity as Chairman of the Virginia State Board of Elections; CLARA BELLE WHEELER, in her capacity as Vice-Chair of the Virginia State Board of Elections; SINGLETON B. McALLISTER, in her capacity as Secretary of the Virginia State Board of Elections; VIRGINIA DEPARTMENT OF ELECTIONS; and EDGARDO CORTÉS, in his capacity as Commissioner of the Virginia Department of Elections

By Counsel

*/s/ Trevor S. Cox*

Trevor S. Cox (VSB#78396)
Acting Solicitor General
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
(804) 786-7704 – Telephone
(804) 371-0200 – Facsimile
tcox@oag.state.va.us


Mark R. Herring
Attorney General of Virginia

Matthew R. McGuire, VSB #84194
Acting Deputy Solicitor General
mmcguire@oag.state.va.us

Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 371-0200 – Facsimile

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of September, 2017, the foregoing Joint Proposed Agenda For Final Pretrial Conference was filed and served on all counsel of record pursuant to the Court's electronic filing procedures using the Court's CM/ECF system.

        */s/ Katherine L. McKnight*
        Katherine L. McKnight (VSB No. 81482)
        E. Mark Braden (*pro hac vice*)
        Richard B. Raile (VSB No. 84340)
        BAKER HOSTETLER LLP
        1050 Connecticut Avenue, NW Suite 1100
        Washington, DC 20036
        Telephone:202.861.1500
        Facsimile: 202.861.1783
        kmcknight@bakerlaw.com
        mbraden@bakerlaw.com
        rraile@bakerlaw.com

        *Attorneys for the Virginia House of Delegates and*
        *Virginia House of Delegates Speaker William J. Howell*