# EXHIBIT A



- Welcome
- 2017 Survey
- **Manoli's Story**
- Legislation
- Photos
- News
- Contact

**Del. Loupassi's Law Firm**

www.LoupassiLaw.com

## Manoli's Story



*To view Delegate Loupassi's Resume, please click here*.



"My Dad came to America from Greece with $20 to his name and started The Robin Inn. The Italian eatery is a popular family restaurant in the Fan. At the age of ten, I worked at the restaurant washing dishes and mopping floors.

Now, The Robin Inn is managed by my sister, Niki Loupassi. My dad taught me the importance of hard work and giving back to the community.

I graduated from St. Christopher's School in 1985, Washington and Lee in 1989 and University of Richmond Law School in 1992. I clerked for The Honorable James B. Wilkinson in the Circuit Court.

After Law School, I passed on joining a big law firm. My conscience led me in a different direction. I decided to give back to the community that had so blessed our family. With crime destroying our

**DEFENDANT-INTERVENORS TX 106 - Page 001**

communities, I decided to go to work as a prosecutor– locking up child abusers, drug dealers, drunk drivers and murderers.

I grew up in Richmond where I learned the value of a dollar from working in my dad's restaurant. Hyde and I have been married almost ten years and we are raising three wonderful children, Doxey, Stewart, and Manoli.

Over a span of six years, I worked as a Prosecutor for Hanover County, the City of Richmond and Multi-jurisdictional Grand Jury for Chesterfield, Henrico, Hanover and the City of Richmond.

During my time as prosecutor, I locked up some of our area's most violent criminals – including sexual predators, murderers, rapists, burglars and drunk drivers."

I was first elected to the House of Delegates in 2007. As a Delegate, I have focused on finding solutions to the issues that you care about- supporting our schools to ensure our children receive a top-quality education, helping businesses create new jobs and opportunities, and keeping our families safe."

## Delegate Loupassi's Resume

### Education:

- St.Christopher's School-1985
- Washington and Lee University-1989
- J.D., T.C. Williams School of Law-1992

### Employment:

- Law Clerk for The Honorable James B. Wilkinson
- Circuit Court for the City of Richmond
- Assistant Commonwealth's Attorney for the City of Richmond
- Assistant Commonwealth's Attorney for the County of Hanover
- Special Counsel for the Richmond Metropolitan Multijurisdictional Grand Jury for Chesterfield, Henrico, Hanover and the City of Richmond
- Attorney-Virginia Law & Government Affairs, P.C.

### Government Service:

- Delegate 68th District, House of Delegates for the Commonwealth of Virginia (2008-present)
    - Courts of Justice Committee
    - Chairman, House Subcommittee Judicial Selections
    - Commerce and Labor Committee
- Member of the State Crime Commission (2011-present)
- Vice-Mayor and President of Richmond City Council (2005-2006)
- City Councilman, City of Richmond, First District (2000-2006)
- Chairman of City's Public Safety Commission (2000-2004)
- Member of City's Economic Development Committee (2000-2004)
- Member of City's Finance Committee (2000-2004)

### Awards:

- Outstanding College Students of America
- Who's Who Among American Law Students
- American Jurisprudence Award
- Citizen of the Year for Public Service, 2000
- Virginia Business Magazine's- Legal Elite Award (2003- present)
- Who's Who Among American Executives and Professionals
- Style Weekly's- Power List, 2006
- Style Weekly's- Forty Under Forty, 2006
- Defender of Liberty Award from the American Conservative Union, 2011
- Super Lawyer, 2012 – present

## Organizations and Civic Involvement:

- Board of the Richmond Holocaust Museum (2005-present)
- Board Member of Scottish-Rite Childhood Language Center (2006-2011)
- Board Member of Elk Hill Farm (2007-2014)
- Board of Richmond Ambulance Authority (2000-2003)
- St. Christopher's Alumni Board (1997-2003)
- Washington & Lee- Class Agent (1997-2001), AAP Committee, Chairman of Richmond Phonathon (1995-2000)
- Treasurer, Richmond Republican Committee (1998-2006)
- Virginians for Jerry Kilgore- Finance Committee-Central Virginia Committee Chair
- George Bush for President 2004- Richmond Chair
- Former President, Sauer's Garden Civic Association (1999-2000)
- American Hellenic Educational and Philanthropic Association
- Member of Richmond Downtown Rotary (1997-2004)
- Board of Police Athletic League (2002-2005)
- Board of Richmond Renaissance (2005-2006) Chairman, 2006
- Board of Greater Richmond Partnership- Chairman, 2006
- Board of the Richmond Stadium Operating Committee (2000-2006)
- CARITAS, Board of Directors (1996-2000)
- Sunday School Teacher- St. Constantine & Helen Greek Orthodox Cathedral (1994-Present)
- Richmond Bar Association
- Richmond Criminal Bar Association
- National Association of Criminal Defense Attorneys
- Virginia State Bar

## Areas of Practice:

- Residential and Commercial Landlord-Tenant Law;
  Criminal and Traffic Defense *

*Manoli is a noted lecturer in both Landlord-Tenant and Fair Housing issues across the Commonwealth of Virginia

**Manoli recently co-authored Virginia's Continuing Legal Education's Handbook "Defense of Serious Traffic Cases in Virginia" and lectures other attorneys across the state in the defense of these types of cases

***Manoli was the chief sponsor of 1. codifying the Commonwealth's Rules of Evidence and 2. establishing a statewide judicial evaluation program*

Tweet    Share / Save

Phone: (804) 440-6223 | Email: DelMLoupassi@house.virginia.gov

Copyright © 2017 Friends of Manoli Loupassi. All Rights Reserved.
Paid for and authorized by Friends of Manoli Loupassi.

**DEFENDANT-INTERVENORS TX 106 - Page 004**