# EXHIBIT B

# Niki Loupassi's
# ROBIN INN
### "At the Top of the Fan"

menu   directions   about   photos





The Robin Inn
Like Page   Liked   75

**The Robin Inn**
about 3 months ago



The Robin Inn is a great place for birthday parties! Book your next one

Welcome to the Robin Inn!
Come on in and check out our menu of classic Greek & Italian dishes.
Or give us a call to hear tonight's specials. We can also cater your next event,
at your place or ours, we have seating for up to 150 people. See you soon!

**LUNCH HOURS**
11am-2pm Tues-Fri
**DINNER HOURS**
5pm-9pm Tues-Thurs
5pm-10pm Friday
**WEEKEND HOURS**
12pm-10pm Sat
12pm-9pm Sun
**CARRY OUT SPECIAL**
Spaghetti w/Meat sauce w/Salad & Bread ONLY $5.00!
2601 Park Ave. RVA
804/ 353-0298

site design & maintenance Gillis Media Services



home   menu   directions   about   photos

 

    A historical marker graces the facade of the Robin Inn, dating its construction to 1909. Manuel Loupassi emigrated from Greece in 1956, and opened his first restaurant at 18th and Franklin Street in 1959. Closing shop after one year, Loupassi kept his eye on the then-new Robin Inn, situated at the corner of Park Avenue and Robinson Street. In 1964, lacking sufficient funds to change the neon "Robin Inn" sign in the window, Manuel Loupassi took charge of the Fan establishment, keeping its original name. Loupassi took the opportunity to introduce a few Greek and Italian dishes to the menu. For years since, the Robin Inn has received consistent accolates from the Richmond press for affordable meals and superb values.

    After serving this casual fare for 32 years, Manuel Loupassi decided to pass the restaurant and all of its responsibilities to his daughter, Niki Loupassi.

    Niki, to this day, still provides an unbeatable meal for an unbeatable price, maintaining the family atmosphere that is so central to the Fan District.

~The above excerpt was taken from Anne Meade Besenfelder's Signs of Good Taste, © 2000

**LUNCH HOURS**
11am-2pm Tues-Fri
**DINNER HOURS**
5pm-9pm Tues-Thurs
5pm-10pm Friday
**WEEKEND HOURS**
12pm-10pm Sat
12pm-9pm Sun
**CARRY OUT SPECIAL**
Spaghetti w/Meat sauce w/Salad & Bread ONLY $5.00!
2601 Park Ave. RVA
804/ 353-0298

site design & maintenance Gillis Media Services

DEFENDANT-INTERVENORS TX 107 - Page 002

 Search by business or keyw... | Where?    sign In • Join

Home > Apartments near Richmond, VA > Loupassi Properties > Directions

# Loupassi Properties

2601 Kensington Ave, Richmond, VA 23220

**(804) 358-3191**                                View Business Details

## MAP & DIRECTIONS                                                PRINT

A — Business, address or landmark

B — Loupassi Properties, 2601 Kensington...

☐ Round-trip | Reverse

Clear All        **Get Directions**



**ABOUT**
About Us
Site Feedback
Contact Us
Advertise with Us
Careers - We're Hiring
Corporate Blog
Engineering Blog
Legal | Terms of Service and Use
Privacy Policy
Small Business Advertising
Advertising Choices
About Call Recording

**SITE DIRECTORY**
Articles
News
Find a Business
White Pages
Mobile Apps
Reverse Phone Lookup
Site Map
Browse Restaurants
Mobile Web

**CITY GUIDES** More Cities »
Atlanta        Detroit        Miami
Austin         Houston        Milwaukee
Baltimore      Indianapolis   New York
Boston         Kansas City    Oklahoma City
Charlotte      Las Vegas      Orlando
Chicago        Los Angeles    Philadelphia
Dallas         Louisville     Phoenix
Denver         Memphis        Saint Louis

**YP**[SM] **FAMILY**
Corporate Site
Marketing Solutions
AnyWho

**AT&T FAMILY**
AT&T
AT&T Wireless

**DEFENDANT-INTERVENORS TX 107 - Page 003**

© 2017 DexYP. All rights reserved.
YP, the YP logo and all other YP marks contained herein are trademarks of YP LLC and/or YP affiliated companies.
AT&T, the AT&T Logo and all AT&T related marks are trademarks of AT&T Inc. or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

PRIVACY FEEDBACK
Powered by TRUSTe

**DEFENDANT-INTERVENORS TX 107 - Page 004**