# EXHIBIT E



| District | TOTPOP | Deviation | [% Deviation] | G05L_RV | G05L_DV | G05L_TV | [% G05L_RV | [% G06S_RV | [% G08P_RV | [% G09L_RV | [% G09K_RV | TOTVAP | BLKVAP | [% BLKVAP] | DOJBLKVAP | [% DOJBLKVAP] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | 79219 | -791 | -0.99% | 10379.1 | 8077.5 | 18464.5 | 56.21% | 57.79% | 50.55% | 62.51% | 92.83% | 62712 | 20290 | 32.35% | 20399 | 32.53% |
| 61 | 79792 | -218 | -0.27% | 10940.7 | 7782.1 | 18728.7 | 58.42% | 58.76% | 53.17% | 65.26% | 83.57% | 63280 | 21112 | 33.36% | 21215 | 33.53% |
| 62 | 79677 | -333 | -0.42% | 11200.8 | 7232.2 | 18457.8 | 60.68% | 59.34% | 54.07% | 63.5% | 96.78% | 61022 | 14785 | 24.23% | 14988 | 24.56% |
| 63 | 79602 | -408 | -0.51% | 6098.7 | 10586.7 | 16695.8 | 36.53% | 37.84% | 26.82% | 38.89% | 11% | 61404 | 36286 | 59.09% | 36553 | 59.53% |
| 64 | 79262 | -748 | -0.93% | 13733.0 | 9607.5 | 23423.6 | 58.63% | 57.98% | 57.98% | 63.71% | 57.38% | 61722 | 14847 | 24.05% | 14961 | 24.24% |
| 65 | 79364 | -646 | -0.81% | 14449.1 | 8156.2 | 22624.8 | 63.86% | 63.93% | 62.51% | 70.43% | 68.11% | 59232 | 8572 | 14.47% | 8666 | 14.63% |
| 66 | 79397 | -613 | -0.77% | 14709.9 | 7197.0 | 21936.4 | 67.06% | 65.83% | 63.32% | 71.69% | 97.3% | 58534 | 9245 | 15.79% | 9403 | 16.06% |

**Dataview4 - Pen...**

| District | 63 |
|---|---|
| TOTPOP | 79,602 |
| [Change - TOTPOP] | 0 |
| Deviation | -408 |
| [% Deviation] | -0.51% |
| G05L_RV | 6,098.66 |
| [Change - G05L_RV] | 0 |
| G05L_DV | 10,586.71 |
| [Change - G05L_DV] | 0 |
| G05L_TV | 16,695.8 |
| [Change - G05L_TV] | 0 |
| [% G05L_RV | 36.53% |
| [% G06S_RV | 37.84% |
| [% G08P_RV | 26.82% |
| [% G09L_RV | 38.89% |
| [% G09K_RV | 11% |
| TOTVAP | 61,404 |
| [Change - TOTVAP] | 0 |
| BLKVAP | 36,286 |
| [Change - BLKVAP] | 0 |
| [% BLKVAP] | 59.09% |
| DOJBLKVAP | 36,553 |
| [Change - DOJBLKVAP] | 0 |
| [% DOJBLKVAP] | 59.53% |





DEFENDANT-INTERVENORS TX 108 - Page 003





| District | TOTPOP | Deviation | [% Deviation] | G05L_RV | G05L_DV | G05L_TV | [% G05L_RV] | [% G06S_RV] | [% G08P_RV] | [% G09L_RV] | [% G03X_RV] | TOTVAP | BLKVAP | [% BLKVAP] | DOJBLKVAP | [% DOJBLKVAP] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 92 | 79689 | -321 | -0.4% | 4863.3 | 12148.4 | 17057.7 | 28.51% | 28.3% | 22.35% | 28.74% | 0.01% | 61309 | 36870 | 60.14% | 37224 | 60.72% |
| 93 | 79211 | -799 | -1% | 8916.4 | 9235.6 | 18188.7 | 49.02% | 46.59% | 42.95% | 52.21% | 52.66% | 62539 | 13783 | 22.04% | 14122 | 22.58% |
| 94 | 79429 | -581 | -0.73% | 10650.6 | 8560.0 | 19252.0 | 55.32% | 52.74% | 49.05% | 58.03% | 66.18% | 62412 | 12856 | 20.6% | 13120 | 21.02% |
| 95 | 80071 | 61 | 0.08% | 4905.3 | 10172.8 | 15113.0 | 32.46% | 31.93% | 23.85% | 32.43% | 16.55% | 59017 | 35028 | 59.35% | 35394 | 59.97% |
| 96 | 79217 | -793 | -0.99% | 12727.1 | 9484.9 | 22239.7 | 57.23% | 55.7% | 57.54% | 64.19% | 80.44% | 61067 | 8227 | 13.47% | 8373 | 13.71% |
| 97 | 79386 | -624 | -0.78% | 18084.7 | 8038.6 | 26142.7 | 69.18% | 68.2% | 67.66% | 75.2% | 89.85% | 60024 | 6433 | 10.72% | 6497 | 10.82% |
| 98 | 79251 | -759 | -0.95% | 13927.4 | 9206.8 | 23155.3 | 60.15% | 58.48% | 58.59% | 66.27% | 89.81% | 62740 | 10201 | 16.26% | 10318 | 16.45% |

VAHOD5005_BH_WORK_REFERENCE_HB5005.map - 2010 Final Census Blocks (Virginia) (Template)

Dataview3 - Pen...

| District | 95 |
|---|---|
| TOTPOP | 80,071 |
| [Change - TOTPOP] | 0 |
| Deviation | 61 |
| [% Deviation] | 0.08% |
| G05L_RV | 4,905.3 |
| [Change - G05L_RV] | 0 |
| G05L_DV | 10,172.8 |
| [Change - G05L_DV] | 0 |
| G05L_TV | 15,113.01 |
| [Change - G05L_TV] | 0 |
| [% G05L_RV] | 32.46% |
| [% G06S_RV] | 31.93% |
| [% G08P_RV] | 23.85% |
| [% G09L_RV] | 32.43% |
| [% G03X_RV] | 16.55% |
| TOTVAP | 59,017 |
| [Change - TOTVAP] | 0 |
| BLKVAP | 35,028 |
| [Change - BLKVAP] | 0 |
| [% BLKVAP] | 59.35% |
| DOJBLKVAP | 35,394 |
| [Change - DOJBLKVAP] | 0 |
| [% DOJBLKVAP] | 59.97% |

Map scale: 1 Inch = 3.57257 Miles (1:226,358)

DEFENDANT-INTERVENORS TX 108 - Page 005



| District | TOTPOP | Deviation | [% Deviation] | G05L_RV | G05L_DV | G05L_TV | [% G05L_RV] | [% G06S_RV] | [% G08P_RV] | [% G09L_RV] | [% G09X_RV] | TOTVAP | BLKVAP | [% BLKVAP] | DOJBLKVAP | [% DOJBLKVAP] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 92 | 79217 | -793 | -0.99% | 4881.8 | 12005.2 | 16932.8 | 28.83% | 28.53% | 22.69% | 29% | 0.7% | 60930 | 36652 | 60.15% | 36999 | 60.72% |
| 93 | 79695 | -315 | -0.39% | 8790.7 | 9197.8 | 18024.1 | 48.77% | 46.35% | 42.11% | 51.58% | 51.32% | 62535 | 14409 | 23.04% | 14739 | 23.57% |
| 94 | 79573 | -437 | -0.55% | 10106.0 | 8744.0 | 18889.8 | 53.5% | 50.88% | 46.42% | 55.84% | 63.59% | 61993 | 13746 | 22.17% | 14039 | 22.65% |
| 95 | 79549 | -461 | -0.58% | 5329.1 | 10353.5 | 15719.0 | 33.9% | 33.67% | 26.31% | 34.76% | 19.07% | 59352 | 35298 | 59.47% | 35662 | 60.09% |
| 96 | 79533 | -477 | -0.6% | 11523.2 | 9290.4 | 20842.3 | 55.29% | 53.65% | 54.42% | 62.28% | 82.22% | 60977 | 9887 | 16.21% | 10078 | 16.53% |
| 97 | 79386 | -624 | -0.78% | 18084.7 | 8038.6 | 26142.7 | 69.18% | 68.2% | 67.66% | 75.2% | 89.85% | 60024 | 6433 | 10.72% | 6497 | 10.82% |
| 98 | 79251 | -759 | -0.95% | 13927.4 | 9206.8 | 23155.3 | 60.15% | 58.48% | 58.59% | 66.27% | 99.81% | 62740 | 10201 | 16.26% | 10318 | 16.45% |







DEFENDANT-INTERVENORS TX 108 - Page 009