# EXHIBIT F



Northern Virginia



Tidewater Area



Central Virginia



Roanoke Area



# Senate Districts
# Ch.1, 2011 Acts of Assembly
# (Special Session I)

Division of Legislative Services
4/28/11

DEFENDANT-INTERVENORS TX 109 - Page 001



HB 5005
Senate District 1

DEFENDANT-INTERVENORS TX 109 - Page 002



HB 5005
Senate District 2



HB 5005
Senate District 3
Caroline
Essex
Richmond
Northumberland
Accomack
Hanover
King and Queen
King William
Lancaster
Middlesex
Henrico
New Kent
Gloucester
Mathews
Charles City
James City
Williamsburg
Chesterfield
Hopewell
Northampton
York
Petersburg
Poquoson
Prince George
Surry
Newport News
Hampton
Dinwiddie
Isle of Wight
Virginia Beach
Sussex
Norfolk
Southampton
Suffolk
Greensville
1
2
3
4
5
6
7
8
9
10
11
12
14
15
16
18
22