# EXHIBIT G

## Block Level Assignments; Chesapeake-Georgetown HD 77 and 78
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



# Block Level Assignments; Dinwiddie-Dinwiddie HD 63 and 75
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



# Block Level Assignments; Dinwiddie-Edgehill HD 63 and 75
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



# Block Level Assignments; Dinwiddie-New Hope HD 63 and 75
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



# Block Level Assignments; Dinwiddie-Rohoic HD 63 and 75
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



## Block Level Assignments; Franklin City-2-1 HD 64 and 75
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



# Block Level Assignments; Franklin City-6-1 HD 64 and 75

## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



# Block Level Assignments; Henrico-Belmont HD 72 and 74
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



# Block Level Assignments; Henrico-Brookland HD 72 and 74
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



# Block Level Assignments; Henrico-Dorey HD 62 and 70
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



# Block Level Assignments; Henrico-Moody HD 72 and 74
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



# Block Level Assignments; Hopewell-Ward 7 HD 62 and 63
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



# Block Level Assignments; Isle of Wight-Camps Mill HD 64 and 75
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



Southampton

**Hunterdale**
1909
1496
236

**Carrsville**
1217
926
221

064

Isle of Wight

**Precinct 6-1**
1411
1106
357

Franklin City

**Precinct 2-1**
1685
1242
294

**Camps Mill**
782
603
298

**Holland**
2399
1864
402

**Precinct 3-1**
1308
1037
939

**Precinct 4-1**
1518
1096
966

**Forks-Of-The-River**
857
683
211

**Precinct 5-1**
1334
938
859

075

Suffolk City

**DEFENDANT-INTERVENORS TX 110 - Page 013**

# Block Level Assignments; Isle of Wight-Carrsville HD 64 and 75
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



# Block Level Assignments; Newport News-Deer Park HD 94 and 95
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



# Block Level Assignments; Newport News-Denbigh HD 94 and 95
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



DEFENDANT-INTERVENORS TX 110 - Page 016

# Block Level Assignments; Newport News-Epes HD 94 and 95
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



# Block Level Assignments; Newport News-Jenkins HD 94 and 95
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



# Block Level Assignments; Newport News-Palmer HD 94 and 95
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



# Block Level Assignments; Newport News-Reservoir HDs 93,94,95
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



# Block Level Assignments; Norfo-Brambleton HD 89 and 90
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



# Block Level Assignments; Norfolk-Granby HD 89 and 100
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



# Block Level Assignments; Norfolk-Titustown Ctr HD 79 and 89
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



# Block Level Assignments; Norfolk-Zion Grace HD 79 and 89

## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



# Block Level Assignments; Portmouth-Nine HD 79 and 80
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



# Block Level Assignments; Richmond-211 HD 69 and 71
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



# Block Level Assignments; Richmond-410 HD 68 and 69
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



# Block Level Assignments; Richmond-505 HD 69 and 71
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



# Block Level Assignments; Richmond-609 HD 69 and 70
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



# Block Level Assignments; Richmond-703 HD 70 and 71
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



## Block Level Assignments; Southampton-Forks of the River, HD 64, 75
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



## Block Level Assignments; Suffolk-J.F. Kennedy HD76 and 77

## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



## Block Level Assignments; Suffolk-Lakeside HD76 and 77
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



# Block Level Assignments; Virginia Beach-Aragona HD 85 and 90
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



# Block Level Assignments; Virginia Beach-Reon HD 85 and 90
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



# Block Level Assignments; Virginia Beach-Shell HD 83 and 90
## Statistics: Geo Id; Total Pop; Total VAP; DOJ Black VAP



Summary of Population by District Components for Split VTDs for the 2011 Enacted Plan

Summary of Population by Split Components

| | | | | Recs | TotPop | TotVAP | BlkVap |
|---|---|---|---|---|---|---|---|
| 1 CHESAPEAKE | Georgetown | 51550012 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | VTD | 94 | 5445 | 4323 | 2783 |
| | | | 77 | 78 | 5445 | 4323 | 2783 |
| | | | 78 | 16 | 0 | 0 | 0 |
| 2 DINWIDDIE | Dinwiddie | 51053401 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | VTD | 262 | 2593 | 2019 | 821 |
| | | | 63 | 150 | 1436 | 1101 | 342 |
| | | | 75 | 112 | 1157 | 918 | 479 |
| 3 DINWIDDIE | Edgehill | 51053201 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | VTD | 61 | 2010 | 1528 | 552 |
| | | | 63 | 50 | 1531 | 1194 | 402 |
| | | | 75 | 11 | 479 | 334 | 150 |
| 4 DINWIDDIE | New Hope | 51053302 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | VTD | 266 | 4949 | 3957 | 1672 |
| | | | 63 | 231 | 3482 | 2865 | 1077 |
| | | | 75 | 35 | 1467 | 1092 | 595 |
| 5 DINWIDDIE | Rohoic | 51053101 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | VTD | 181 | 1957 | 1501 | 453 |
| | | | 63 | 115 | 1007 | 826 | 226 |
| | | | 75 | 66 | 950 | 675 | 227 |
| 6 FRANKLIN CITY | Precinct 2-1 | 51620201 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | VTD | 60 | 1685 | 1242 | 294 |
| | | | 64 | 38 | 894 | 697 | 92 |
| | | | 75 | 22 | 791 | 545 | 202 |
| 7 FRANKLIN CITY | Precinct 6-1 | 51620601 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | VTD | 79 | 1411 | 1106 | 357 |
| | | | 64 | 77 | 1411 | 1106 | 357 |
| | | | 75 | 2 | 0 | 0 | 0 |
| 8 HENRICO | Belmont | 51087203 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | VTD | 125 | 3429 | 2675 | 815 |
| | | | 72 | 59 | 1239 | 1024 | 59 |
| | | | 74 | 66 | 2190 | 1651 | 756 |

DEFENDANT-INTERVENORS TX 110 - Page 037

Summary of Population by District Components for Split VTDs for the 2011 Enacted Plan

| | | | Area | Recs | TotPop | TotVAP | BlkVap |
|---|---|---|---|---|---|---|---|
| 9 HENRICO | Brookland | 51087204 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | VTD | 25 | 1044 | 828 | 158 |
| | | | 72 | 20 | 839 | 661 | 88 |
| | | | 74 | 5 | 205 | 167 | 70 |
| 10 HENRICO | Dorey | 51087505 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | VTD | 63 | 2927 | 2344 | 637 |
| | | | 62 | 15 | 791 | 646 | 107 |
| | | | 70 | 48 | 2136 | 1698 | 530 |
| 11 HENRICO | Moody | 51087216 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | VTD | 56 | 1544 | 1244 | 221 |
| | | | 72 | 37 | 950 | 786 | 34 |
| | | | 74 | 19 | 594 | 458 | 187 |
| 12 HOPEWELL | Ward 7 | 51670701 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | VTD | 120 | 2942 | 2083 | 774 |
| | | | 62 | 104 | 2085 | 1527 | 385 |
| | | | 63 | 16 | 857 | 556 | 389 |
| 13 ISLE OF WIGHT | Camps Mill | 51093502 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | VTD | 159 | 782 | 603 | 298 |
| | | | 64 | 16 | 259 | 199 | 19 |
| | | | 75 | 143 | 523 | 404 | 279 |
| 14 ISLE OF WIGHT | Carrsville | 51093503 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | VTD | 84 | 1217 | 926 | 221 |
| | | | 64 | 65 | 915 | 699 | 150 |
| | | | 75 | 19 | 302 | 227 | 71 |
| 15 NEWPORT NEWS | Deer Park | 51700219 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | VTD | 177 | 8030 | 6610 | 1741 |
| | | | 94 | 148 | 8030 | 6610 | 1741 |
| | | | 95 | 29 | 0 | 0 | 0 |
| 16 NEWPORT NEWS | Denbigh | 51700101 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | VTD | 112 | 6960 | 5148 | 2656 |
| | | | 94 | 31 | 2626 | 2018 | 779 |
| | | | 95 | 81 | 4334 | 3130 | 1877 |

DEFENDANT-INTERVENORS TX 110 - Page 038

Summary of Population by District Components for Split VTDs for the 2011 Enacted Plan

| | | | | Recs | TotPop | TotVAP | BlkVap |
|---|---|---|---|---|---|---|---|
| 17 NEWPORT NEWS | Epes | 51700102 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | VTD | 103 | 7871 | 5347 | 3104 |
| | | | 94 | 14 | 994 | 752 | 216 |
| | | | 95 | 89 | 6877 | 4595 | 2888 |
| 18 NEWPORT NEWS | Jenkins | 51700103 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | VTD | 80 | 6616 | 4836 | 1907 |
| | | | 94 | 40 | 3322 | 2611 | 573 |
| | | | 95 | 40 | 3294 | 2225 | 1334 |
| 19 NEWPORT NEWS | Palmer | 51700211 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | VTD | 159 | 6213 | 4660 | 1039 |
| | | | 94 | 25 | 2252 | 1660 | 274 |
| | | | 95 | 134 | 3961 | 3000 | 765 |
| 20 NEWPORT NEWS | Reservoir | 51700106 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | VTD | 95 | 7636 | 5623 | 2171 |
| | | | 93 | 37 | 3479 | 2547 | 958 |
| | | | 94 | 27 | 1649 | 1294 | 361 |
| | | | 95 | 31 | 2508 | 1782 | 852 |
| 21 NORFOLK | Brambleton | 51710403 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | VTD | 177 | 4071 | 3403 | 3178 |
| | | | 89 | 146 | 1777 | 1118 | 1074 |
| | | | 90 | 31 | 2294 | 2285 | 2104 |
| 22 NORFOLK | Granby | 51710101 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | VTD | 142 | 6619 | 5327 | 1716 |
| | | | 89 | 101 | 5126 | 4106 | 1428 |
| | | | 100 | 41 | 1493 | 1221 | 288 |
| 23 NORFOLK | Titustown Center | 51710104 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | VTD | 226 | 7528 | 4990 | 1611 |
| | | | 79 | 205 | 6954 | 4561 | 1272 |
| | | | 89 | 21 | 574 | 429 | 339 |
| 24 NORFOLK | Zion Grace | 51710106 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | VTD | 485 | 27380 | 26147 | 1636 |
| | | | 79 | 428 | 25856 | 24898 | 1510 |
| | | | 89 | 57 | 1524 | 1249 | 126 |

DEFENDANT-INTERVENORS TX 110 - Page 039

Summary of Population by District Components for Split VTDs for the 2011 Enacted Plan

| | | | | | Recs | TotPop | TotVAP | BlkVap |
|---|---|---|---|---|---|---|---|---|
| 25 PORTSMOUTH | Nine | | 517409 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | | VTD | 203 | 3154 | 2372 | 1624 |
| | | | | 79 | 186 | 2752 | 2102 | 1360 |
| | | | | 80 | 17 | 402 | 270 | 264 |
| 26 RICHMOND CITY | | 211 | 51760211 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | | VTD | 59 | 5295 | 5215 | 1128 |
| | | | | 69 | 5 | 0 | 0 | 0 |
| | | | | 71 | 54 | 5295 | 5215 | 1128 |
| 27 RICHMOND CITY | | 410 | 51760410 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | | VTD | 112 | 4593 | 3758 | 1244 |
| | | | | 68 | 44 | 1060 | 904 | 90 |
| | | | | 69 | 68 | 3533 | 2854 | 1154 |
| 28 RICHMOND CITY | | 505 | 51760505 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | | VTD | 68 | 2793 | 2708 | 386 |
| | | | | 69 | 44 | 1245 | 1170 | 55 |
| | | | | 71 | 24 | 1548 | 1538 | 331 |
| 29 RICHMOND CITY | | 609 | 51760609 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | | VTD | 218 | 2140 | 1817 | 966 |
| | | | | 69 | 200 | 2140 | 1817 | 966 |
| | | | | 70 | 18 | 0 | 0 | 0 |
| 30 RICHMOND CITY | | 703 | 51760703 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | | VTD | 115 | 3315 | 2513 | 2250 |
| | | | | 70 | 77 | 2084 | 1596 | 1451 |
| | | | | 71 | 38 | 1231 | 917 | 799 |
| 31 SOUTHAMPTON | Forks-of-the-river | | 51175502 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | | VTD | 180 | 857 | 683 | 211 |
| | | | | 64 | 79 | 463 | 361 | 96 |
| | | | | 75 | 101 | 394 | 322 | 115 |
| 32 SUFFOLK | John F. Kennedy | | 51800302 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | | VTD | 205 | 4895 | 3509 | 1836 |
| | | | | 76 | 69 | 1242 | 987 | 80 |
| | | | | 77 | 136 | 3653 | 2522 | 1756 |

DEFENDANT-INTERVENORS TX 110 - Page 040

Summary of Population by District Components for Split VTDs for the 2011 Enacted Plan

| | | | Area | Recs | TotPop | TotVAP | BlkVap |
|---|---|---|---|---|---|---|---|
| 33 SUFFOLK | Lakeside | 51800601 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | VTD | 141 | 4376 | 3282 | 1506 |
| | | | 76 | 115 | 3313 | 2523 | 907 |
| | | | 77 | 26 | 1063 | 759 | 599 |
| 34 VIRGINIA BEACH | Aragona | 518100016 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | VTD | 155 | 7280 | 5447 | 1536 |
| | | | 85 | 144 | 5436 | 4168 | 773 |
| | | | 90 | 11 | 1844 | 1279 | 763 |
| 35 VIRGINIA BEACH | Reon | 518100080 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | VTD | 49 | 3722 | 2637 | 1344 |
| | | | 85 | 29 | 964 | 687 | 280 |
| | | | 90 | 20 | 2758 | 1950 | 1064 |
| 36 VIRGINIA BEACH | Shell | 518100069 | Area | Recs | TotPop | TotVAP | BlkVap |
| | | | VTD | 103 | 4516 | 3462 | 1226 |
| | | | 83 | 51 | 1048 | 877 | 94 |
| | | | 90 | 52 | 3468 | 2585 | 1132 |

DEFENDANT-INTERVENORS TX 110 - Page 041