# EXHIBIT H

DEFENDANT-INTERVENORS TX 111 - Page 001

File Edit Map Dataview Selection Tools Redistricting Window Help
Districts
Henrico
Hanover
Richmond City
Chesterfield
73
125
0.16%
58.57%
62.53%
13.26%
72
-3,813
-4.77%
59.56%
63.6%
13.44%
71
-349
-0.44%
23.93%
25.96%
40.68%
74
7,306
9.13%
31.04%
31%
59.43%
97
-624
-0.78%
69.18%
75.2%
10.72%
68
-9,600
-12%
59.75%
64.04%
7.54%
70
6,079
7.6%
29.94%
28.82%
58.73%
69
-624
-0.78%
23.93%
22.42%
54.78%
Districts: 74
James P. Massie, III
John M. O'Bannon III
G. M. "Manoli" Loupassi
Jennifer L. McClellan#
Betsy B. Carr
Delores L. McQuinn#
Christopher K. Peace@
Joseph D. Morrissey
Map scale: 1 Inch = 1.30803 Miles (1:82,877)

File Edit Map Dataview Selection Tools Redistricting Window Help
Districts
Bacon's Castle
Surry
Nelson
Denbigh
Bland
Epes
McIntosh
Kiln Creek
Harwoods Mill
Western
Eastern
York
Central
Poquoson City
Gordon Helsel@
R
91
93
-315
-0.39%
48.77%
51.58%
23.04%
Jenkins
Sanford
Charles
Palmer
Tabb
Coventry
Bethel
Lee Hall
64
-748
-0.93%
58.63%
63.71%
24.05%
94
-437
-0.55%
53.5%
55.84%
22.17%
Riverview
Newport News City
G. Glenn Oder
R
94
Yates
Deer Park
Robin A. Abbott
D
93
Saunders
Watkins
Burbank
Phillips
91
-731
-0.91%
60.71%
65.41%
13.67%
Asbury
Machen
Deep Creek
Hidenwood
South Morrison
Bethel
Jeion A. Ward#
D
92
Langley
Sedgefield
Kraft
Cooper
Tyler
Syms
Kecoughtan
Jones
Thomas
Rushmere
Riverside
Forrest
Aberdeen
Smith
Tucker Capps
Hampton City
Bryan
Mallory
Mamye E. BaCote#
D
95
City Hall
Hampton Library
Bassette
Warwick
Hilton
East Hampton
River
Briarfield
Phoebus
William K. Barlow
D
64
Newsome Park
Phenix
Washington
Wythe
92
-793
-0.99%
28.83%
29%
60.15%
Pons
95
-461
-0.58%
33.9%
34.76%
59.47%
Jefferson
Magruder
Ocean View Center
Ocean View School
Smithfield
Carrollton
Marshall
Wilson
Isle of Wight
Downtown
Reed
Titustown Center
Norfolk City
Paula J. Miller
D
87
Zion Grace
Bayview School
Dunbar
Armstrong
Thirty Nine
Bartlett
Ebenezer
Crossroads
Map scale: 1 Inch = 2.275 Miles (1:144,144)

DEFENDANT-INTERVENORS TX 111 - Page 003

File Edit Map Dataview Selection Tools Redistricting Window Help
Districts
Surry
Bacon's Castle
Roberts B
Greenwood
Edgehill
Harris Grove
Dare
Seaford
York
Richneck
Reservoir
Western
Harwoods Mill
Poquoson City
Eastern
Gordon Helsel@
R
91
Kiln Creek
Epes
Nelson
Denbigh
Central
93
-671
-0.84%
45.26%
46.89%
29.22%
64
-748
-0.93%
58.63%
63.71%
24.05%
Lee Hall
Newport News City
Jenkins
Tabb
91
-467
-0.58%
59.44%
63.98%
16.8%
Sanford
Charles
Palmer
Coventry
Bethel
Riverview
Robin
Abbott
D
93
Saunders
Burbank
Asbury
Deer Park
G. Glenn Oder
R
94
94
-386
-0.48%
54.67%
57.77%
21.74%
Phillips
Watkins
Machen
Jeion A. Ward#
D
92
Langley
Hidenwood
South Morrison
Hampton City
Deep Creek
Bethel
Kraft
Kecoughtan
Sedgefield
Cooper
Tyler
Jones
Thomas
Riverside
Forrest
Smith
Rushmere
Aberdeen
Tucker Capps
Bryan
City Hall
Hampton Library
Mallory
Mamye E. BaCote#
92
-268
-0.33%
30.83%
31.23%
56.59%
Warwick
Hilton
East Hampton
Briarfield
River
Phoebus
Phenix
William K. Barlow
D
64
Pons
Washington
Wythe
Virginia B
Ocean View School
Ocean View Center
Jefferson
Carrollton
Armstrong
95
-631
-0.79%
32.68%
33.58%
55.8%
Downtown
Magruder
Marshall
Wilson
Smithfield
Isle of Wight
Reed
Zion Grace
Norfolk City
Titustown Center
Bartlett
Bayview School
Dunbar
Map scale: 1 Inch = 2.45037 Miles (1:155,255)
(-76.181208, 37.012680)

File Edit Map Dataview Selection Tools Redistricting Window Help
Districts
Jamestown A
Roberts B
James City
Greenwood
Edgehill
Harris Grove
York
Seaford
Dare
Northamp
Surry
Surry
Reservoir
Richneck
Windsor
Epes
Western
Harwoods Mill
Kiln Creek
Poquoson City
Eastern
Gordon Helsel@
Nelson
Denbigh
Kiln Creek
Central
Lee Hall
Jenkins
Sanford
Charles
Palmer
Tabb
Bethel
64
-748
-0.93%
58.63%
63.71%
24.05%
93
202
0.25%
46.96%
49.23%
26.54%
91
-725
-0.91%
60.02%
64.49%
16.09%
100
27
0.03%
50.04%
53.96%
27.29%
Newport News City
Riverview
Yates
Saunders
Bacon's Castle
Robin A. Abbott
G. Glenn Oder
Burbank
Asbury
94
-778
-0.97%
53.56%
56.51%
22.6%
Watkins
Machen
Phillips
Langley
Hampton City
Deep Creek
Hidenwood
South Morrison
Bethel
Kraft
Cooper
Tyler
Kecoughtan
Jones
Sedgefield
Thomas
Smith
Bryan
Virginia Beac
Rushmere
Riverside
Forrest
Aberdeen
Tucker Capps
Mallory
Mamye E. BaCote
92
-321
-0.4%
28.51%
28.74%
60.14%
Warwick
Hilton
East Hampton
River
Briarfield
Phenix
Phoebus
William K. Barlow
Washington
Wythe
Pons
95
-799
-1%
33.93%
34.89%
55.17%
Carrollton
Magruder
Ocean View Center
Wilson
Smithfield
Isle of Wight
Reed
Bayview School
Norfolk City
Paula J. Miller
Zion Grace
Dunbar
Armstrong
Courthouse
Crossroads
Raynor
Bartlett
Ebenezer
Thirty Nine
Titustown Center
East Ocean View
Map scale: 1 Inch = 2.75487 Miles (1:174,548)

File Edit Map Dataview Selection Tools Redistricting Window Help
Districts
Jamestown B
Jamestown A
James City
Roberts B
Greenwood
Eugenill
York
Seaford
Harris Grove
Surry
Surry
Reservoir
Richneck
Windsor
Dare
Lee Hall
Epes
Kiln Creek
Harwoods Mill
Western
Eastern
Poquoson City
Tabb
Nelson
Denbigh
Kiln Creek
Central
Gordon Helsel@
R
91
64
-748
-0.93%
58.63%
63.71%
24.05%
93
-651
-0.81%
46.27%
48.29%
27.17%
Jenkins
Sanford
Charles
Palmer
Coventry
Bethel
91
-569
-0.71%
60.35%
65.07%
15.63%
Bacon's Castle
94
-747
-0.93%
53.86%
56.8%
22.9%
Riverview
Yates
Saunders
Burbank
Asbury
Newport News City
Robin A. Abbott
D
93
G. Glenn Oder
R
94
Watkins
Machen
Phillips
Hampton City
Deep Creek
Hidenwood
Jeion A. Ward#
D
92
Langley
South Morrison
Bethel
Kraft
Cooper
Tyler
Kecoughtan
Sedgefield
Jones
Rushmere
Riverside
Forrest
Thomas
Smith
Bryan
Virginia B
Aberdeen
Tucker Capps
Mallory
Mamye E. BaCote#
Hampton Library
Warwick
Hilton
River
Briarfield
92
327
0.41%
29.58%
29.75%
58.57%
William K. Barlow
D
64
Phenix
Phoebus
Pons
95
-781
-0.98%
32.83%
33.76%
55.88%
Washington
Wythe
Carrollton
Magruder
Armstrong
Ocean View Center
Norfolk City
Smithfield
Wilson
Downtown
Isle of Wight
Reed
Zion Grace
Raynor
Bartlett
Titustown Center
Bayview School
Dunbar
Map scale: 1 Inch = 2.68776 Miles (1:170,297)

