# EXHIBIT C



# Transcript of **CHRISTOPHER MICHAEL MARSTON**

**Date:** May 18, 2015

**Case:** BETHUNE-HILL, ET AL v. VIRGINIA STATE BOARD OF ELECTIONS, ET AL

Planet Depos
Phone: 888-433-3767
Fax: 888-503-3767
Email: transcripts@planetdepos.com
Internet: www.planetdepos.com

Worldwide Court Reporting | Interpretation | Trial Services

```
                                                              1

 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE EASTERN DISTRICT OF VIRGINIA

 3                       RICHMOND DIVISION

 4    -----------------------------------x

 5    GOLDEN BETHUNE-HILL, et al.,          :

 6             Plaintiffs,                  :

 7         v.                               : Civil Action No.

 8    VIRGINIA STATE BOARD OF ELECTIONS,    : 3:14-cv-852

 9    et al.,                               : REP-GBL-BMK

10             Defendants,                  :

11         and                              :

12    VIRGINIA HOUSE OF DELEGATES, et al.,  :

13             Intervenor-Defendants.       :

14    -----------------------------------x

15

16         Deposition of CHRISTOPHER MICHAEL MARSTON

17                       Washington, DC

18                    Monday, May 18, 2015

19                         9:51 a.m.

20    Job No.: 81719

21    Pages: 1 - 154

22    Reported By: Dawn M. Hart, Notary Public, RPR/RMR/CRR
```

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

2

1    Deposition of CHRISTOPHER MICHAEL MARSTON, held
2  at the law offices of:
3
4
5           PERKINS COIE, LLP
6           700 Thirteenth Street, NW
7           Suite 600
8           Washington, DC 20005
9           (202) 654-6200
10
11
12
13
14     Pursuant to Notice, before Dawn M. Hart,
15  RPR/RMR/CRR and Notary Public in and for the District
16  of Columbia.
17
18
19
20
21
22

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

3

```
 1              A P P E A R A N C E S

 2       ON BEHALF OF THE PLAINTIFFS:

 3              BRUCE V. SPIVA, ESQUIRE

 4              ARIA BRANCH, ESQUIRE

 5              PERKINS COIE, LLP

 6              700 Thirteenth Street, NW

 7              Suite 600

 8              Washington, DC 20005

 9              (202) 654-6200

10

11       ON BEHALF OF THE DEFENDANTS:

12              JEFFREY P. BRUNDAGE, ESQUIRE

13              ECKERT SEAMANS CHERIN & MELLOTT, LLC

14              1717 Pennsylvania Avenue, NW

15              Suite 1200

16              Washington, DC 20006

17              (202) 659-6600

18

19

20

21

22
```

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

```
                                                        4
 1        A P P E A R A N C E S   C O N T I N U E D

 2     ON BEHALF OF THE INTERVENOR-DEFENDANTS:

 3           JENNIFER M. WALRATH, ESQUIRE

 4           E. MARK BRADEN, ESQUIRE

 5           BAKER HOSTETLER, LLP

 6           Washington Square

 7           1050 Connecticut Avenue, NW

 8           Suite 1100

 9           Washington, DC 20036

10           (202) 861-1500

11

12           DALTON L. OLDHAM, ESQUIRE

13           SOUTHEASTERN LEGAL FOUNDATION

14           1419 Pendleton Street

15           Columbia, South Carolina 29210

16           (803) 772-7729

17

18

19

20

21

22
```

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

```
                                                          5
 1                      C O N T E N T S

 2   EXAMINATION OF CHRISTOPHER MICHAEL MARSTON       PAGE

 3       By Mr. Spiva                                    7

 4

 5

 6                      E X H I B I T S

 7                  (Attached to transcript)

 8   MARSTON DEPOSITION EXHIBIT                       PAGE

 9    Exhibit 1     Subpoena                            12

10    Exhibit 2     LinkedIn page re Marston            18

11    Exhibit 3     HOD12100                            55

12    Exhibit 4     HOD014137                           59

13    Exhibit 5     HOD011859 -  11862                  62

14    Exhibit 6     HOD011584 - 11585                   64

15    Exhibit 7     HOD011579 - 11581                   68

16    Exhibit 8     HOD014126                           72

17    Exhibit 9     HOD014119                           75

18    Exhibit 10    HOD011379                           78

19    Exhibit 11    HOD011646                           91

20    Exhibit 12    HOD08440 - 8442                     95

21    Exhibit 13    HOD011506 - 11507                  100

22
```

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

6

```
 1             E X H I B I T S   C O N T I N U E D

 2      MARSTON DEPOSITION EXHIBIT                       PAGE

 3       Exhibit 14    Transcript re 2011 Redistricting    107

 4                     Floor Debaters 4/5/11

 5       Exhibit 15    Transcript re Redistricting         115

 6                     Public Hearing 4/2/11

 7       Exhibit 16    Transcript re Redistricting         117

 8                     Senate Hearing 4/7/11

 9       Exhibit 17    HOD012146 - 12151                   119

10       Exhibit 18    HOD011839 - 11841                   123

11       Exhibit 19    HOD014110                           130

12       Exhibit 20    HOD011531                           132

13       Exhibit 21    HOD011497                           137

14       Exhibit 22    HOD011505                           138

15       Exhibit 23    HOD014121 - 14122                   140

16       Exhibit 24    HOD014133 - 14134                   146

17

18

19

20

21

22
```

47

1  plan.
2      Q    The data collection and analysis you've been
3  referring to, at least with regard to race, was that
4  aimed at determining whether the map would cause
5  retrogression?
6      A    Yes.
7      Q    How did you determine whether a minority
8  group or minority groups would have a lesser
9  opportunity to elect a candidate of their choice?
10     A    We didn't have a hard-and-fast rule to
11 determine that.  As with many things in the law, it's
12 a bit of a judgment call.
13          I don't recall how many court decisions I
14 read, but I couldn't get the same answer out of all of
15 them as to what I needed to do, so we did our best and
16 sought legal advice to see if what we were doing
17 appeared to be compliant.
18     Q    Did you do -- when I say did "you" do, I
19 mean did you do or direct or interact with one of your
20 consultants who was doing any data analysis to
21 determine whether a proposed plan would cause
22 retrogression?

DEPOSITION OF CHRISTOPHER MICHAEL MARSTON
CONDUCTED ON MONDAY, MAY 18, 2015

48

1  A    Yes.
2  Q    Tell me about that.
3  A    As we were preparing a plan and when we
4  finished a plan, we would ask our attorneys for their
5  opinion as to whether or not they thought that there
6  was retrogression and, more importantly, whether it
7  could be precleared.
8  Q    I guess I'm asking more of a factual
9  question, which is, how did you use the data to
10 determine whether or not there was retrogression?
11 A    So we would prepare a list of the 100
12 districts and their racial composition and consult
13 with our attorneys to see what they thought about
14 whether or not we could successfully get the plan
15 precleared.
16 Q    Did you do any other data analysis or
17 gathering other than creating a list of the 100
18 districts and the racial composition in terms of
19 trying to determine whether there would be
20 retrogression?
21 A    I gathered, but never used, information
22 about election contests that featured a Black and a