# Exhibit A

**In The Matter Of:**

*Golden Bethune-Hill, et al. v.*

*Virginia State Board of Elections, et al.*

---

*Delegate Roslyn C. Tyler*

*May 19, 2015*

---



208 E. Plume Street, Suite 214
Norfolk, Virginia 23510
*tel:* 757 627 6554  *fax:* 757 625 7077
*email:* info@zahncourtreporting.com

*Original File 051915kw-tyler.txt*

*Min-U-Script® with Word Index*

1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

GOLDEN BETHUNE-HILL,                )
et al.,                             )
                                    )
        Plaintiffs,                 )
                                    )Civil Action No.
    v.                              )3:14-cv-852-REP-GBL-BMK
                                    )
VIRGINIA STATE BOARD                )
OF ELECTIONS, et al.,               )
                                    )
        Defendants,                 )
                                    )
AND                                 )
                                    )
VIRGINIA HOUSE OF                   )
DELEGATES, et al.,                  )
                                    )
        Intervenor-Defendants.      )

DEPOSITION UPON ORAL EXAMINATION OF

DELEGATE ROSLYN C. TYLER

TAKEN ON BEHALF OF THE PLAINTIFFS

RICHMOND, VIRGINIA

MAY 19, 2015

Reported by:   Kimberly A. Watrous, RPR



1   number of black minority votes in that area.

2          Q     Let's focus on that for a minute.

3          A     Okay.

4          Q     So I will represent to you that in certain

5   context the VRA prohibits retrogression.  So let me

6   ask you what you think retrogression means.

7          A     Decreasing the number of voters.

8          Q     Okay.  So, for example, if the BVAP of a

9   district is 56 percent, and you take it down to

10  55 percent, you think that's retrogression?

11         A     Right.

12         Q     So another way to put that would be any

13  reduction in minority voting age population equals

14  retrogression?

15         A     Okay.  I got you.

16         Q     Just to be clear, I'm asking you for your

17  view there.

18         A     Okay.

19         Q     I'm not representing that that's the

20  complete answer.  But that's what I'm getting at.

21               Now, Delegate Tyler, during the 2010

22  redistricting cycle, did anyone ever tell you that

23  there's a predetermined fixed BVAP level that all

24  the majority-minority districts had to have?

25         A     No.  I've heard the percentage 55 percent



1    tossed around.  But then Chris Jones, with his
2    conversations, he always talked about plus and
3    minus.  I forgot whether it was 5 or 1 percent.  But
4    that plus-5 or plus-or-minus-1 deviation, that's
5    what I've heard most of the time during the process.
6         Q    So when you say plus-or-minus-1 deviation,
7    that sounds like you're talking about population
8    equality?
9         A    Yes.  That's what I heard most of the time
10   during the process.
11        Q    Thanks.  Then you also said you also heard
12   the number 55 percent with respect to BVAP?
13        A    I heard 55 percent.  I don't know if it
14   was related to BVAP or not.  I heard that
15   percentage.
16        Q    Who did you hear that 55 percent from?
17        A    Just overall, because there was some
18   discussion and in caucus and stuff, and they was
19   talking about a 55 percent.  But when it came to
20   drawing the lines, they was more deviation stuff
21   than anything else.
22        Q    Oh, I see.  You're saying that you thought
23   that there was more discussion about the --
24        A    Deviation population.
25        Q    -- deviation than the 55 percent BVAP?



1       A       Yeah.

2           Q       Okay.  Well, you said you just heard about

3  the 55 percent threshold from many people.  Do you

4  remember specifically talking about it?

5       A       Well, when you're talking to Lionell or

6  someone, they would say maybe 55 percent.  But when

7  you talk to Chris Jones, he talked about the

8  population deviation.

9           Q       So Chris Jones never said anything to you

10  about a 55 percent BVAP threshold?

11      A       No.

12          Q       Did Lionell Spruill say something to you

13  about that?

14      A       Lionell talked about it in discussion

15  about 55 percent.  But what that meant, I don't know

16  what it meant.  But my conversation was more the

17  percentage deviation, plus and minus of 5 or

18  whatever it was.

19          Q       So when Delegate Spruill talked to you

20  about this 55 percent figure, you're saying you

21  didn't understand what he was talking about?

22      A       Not as far as population.  He just kept

23  talking about 55 percent.

24          Q       Uh-huh.  And what did you think he meant

25  by 55 percent?



ZAHN
COURT REPORTING
www.zahncourtreporting.com

1          A       Well, Democratic performance.

2          Q       You thought Delegate Spruill was talking

3     about --

4          A       More Democratic performance.  More so than

5     black minority voters.

6          Q       So just to be clear, when you talked to

7     Delegate Spruill about this 55 percent figure, did

8     he explain to you that it was a criteria or a

9     requirement to apply to all the majority-minority

10    districts?

11         A       No.

12         Q       Okay.  So how did he characterize the

13    figure to you?

14         A       Well, he would just talk about the number

15    of districts as far as Democrats.

16         Q       Okay.  So just to make sure I have this

17    straight, and tell me if this is correct.  You

18    talked to Lionell Spruill on some occasions?

19         A       Uh-huh.

20         Q       The 55 percent figure came up?

21         A       Uh-huh.

22         Q       And you thought that he was talking about

23    Democratic performance of majority-minority

24    districts?

25         A       Yes.  Democratic performance.



www.zahncourtreporting.com

**Delegate Roslyn C. Tyler**                    59

1        Q      So you never understood the 55 percent to
2   refer to minority voting strength?
3        A      No.
4        Q      Did you discuss this with Delegate Dance?
5        A      No.
6        Q      Never had any conversations about the
7   55 percent with Delegate Dance?
8        A      No.
9        Q      How about Delegate McClellan?
10       A      No.
11              MR. SPEAR:  All right.  I'm now handing
12       the court reporter a document that she will
13       mark as Exhibit 8.
14              (Tyler Exhibit 8 marked for
15       identification.)
16   BY MR. SPEAR:
17       Q    Do you have that exhibit in front of you
18   now, Delegate Tyler?
19       A    I do.
20       Q      So as you can see, this is a transcript of
21   a Privileges and Elections Redistricting Public
22   Hearing dated April 4, 2011.
23              Have you seen this document before?
24       A      No.
25       Q      Do you remember this hearing?



1   voting than actually are voting because of the

2   population, including the prison population.

3           Q      Uh-huh.   But you're not talking about

4   55 percent Democratic performance here, are you?

5           A      Democratic -- well, 55 percent voter

6   population.

7           Q      Right.   Just to make sure I understand.

8   55 percent black voting age population is what that

9   figure refers to here, correct?

10          A      Yes.

11          Q      Now, why were you referring to the

12  55 percent black voting age population?   Why were

13  you referring to that specific figure right there?

14          A      Probably because still with prior

15  conversation they said you had to have 55 percent

16  Democratic population votes.

17          Q      So again -- and I don't want to put words

18  in your mouth.   Tell me if I'm wrong.   Are you

19  saying that, in your mind, black voting age

20  population is the same as Democratic performance?

21  In other words, there's a one-to-one correspondence?

22          A      What I'm saying is most of the time blacks

23  vote Democratic.   So 55 percent of the population.

24  And that's what I said here.   Draws minority

25  population with 55 percent.



1        Q     Right.  So just to be clear.  Sorry to

2   interrupt you.  Just to be clear, what you're

3   referring to here, though, is 55 percent black

4   voting age population?

5        A     Yes.

6        Q     You don't say 55 percent Democratic

7   votes --

8        A     55 percent population, correct.

9        Q     -- correct?

10             So does that refresh your memory that

11   maybe you did talk to folks about a 55 percent black

12   voting age population --

13        A     Correct.

14        Q     -- threshold?

15        A     Yes.

16        Q     Now that does refresh your memory?

17        A     Yes.  But 55 percent voter population,

18   yes.

19        Q     Right.  But in your mind, the purpose of

20   ensuring 55 percent BVAP was to help Democrats be

21   elected?

22        A     Democratic performance, yes.  That's

23   correct.

24             MR. SPEAR:  I am handing to the court

25        reporter an exhibit, which she will mark as



1          Exhibit 9.

2                (Tyler Exhibit 9 marked for

3          identification.)

4    BY MR. SPEAR:

5          Q    Do you have that exhibit in front of you,

6    Delegate Tyler?

7          A    I do.

8          Q    This is an email string produced by the

9    House.  What I would like for you to do is look at

10   the very bottom of the first page.  You see where it

11   says from Chris Jones?

12         A    Uh-huh.

13         Q    You have to say "yes."

14         A    Oh.  Yes.  I'm sorry.

15         Q    That's okay.

16              Do you see where it says date April 7,

17   2011?

18         A    Yes.

19         Q    Okay.  Turn over to the next page, very

20   top of the next page.  Do you see where it says to

21   G. Paul Nardo?

22         A    Yes.

23         Q    Under subject, it says "F/up"?

24         A    Uh-huh.

25         Q    Do you understand that "F/up" means follow



1   up?

2          A      Okay.

3          Q      Let me just say that that's what I think

4   it means.

5          A      Okay.

6          Q      And you're not disagreeing with that?

7          A      All right.

8          Q      Do you know who G. Paul Nardo is?

9          A      Yes.

10         Q      So I'm going to read the first paragraph

11  to you here.   This is from Chris Jones to G. Paul

12  Nardo.

13                It says:   GP, I followed up with Jennifer

14  McClellan this afternoon, and she reconfirmed that

15  the request of Kirk Showalter, Richmond Register,

16  exceeded the 55 percent threshold when they did on

17  the second floor for all affected districts and that

18  she would have never requested it if it didn't.   I'm

19  not sure what got lost in translation, but the good

20  news is it is fixed now, and Jennifer will explain

21  the Senate amendment on floor Monday if needed.

22                Did I read that correctly?

23         A      Correct.

24         Q      So when Delegate Jones is referring to the

25  55 percent threshold here --



**Delegate Roslyn C. Tyler**                    66

1      A      Yes.

2      Q      -- do you agree that he's referring to

3  that 55 percent BVAP threshold that we just

4  discussed?

5      A      Yes.

6      Q      So is it fair to read that message as

7  meaning that Delegate Jones thought there was a,

8  quote, 55 percent threshold for BVAP in the

9  majority-minority districts?

10     A      Yes.

11     Q      You do agree with that?

12     A      Uh-huh.

13     Q      And is that consistent with your

14  understanding during the redistricting process and

15  what you heard during the process?

16     A      Yes.

17            MR. SPEAR:  Why don't we take a break

18       here, folks.  We've been going for a while.

19            (Discussion held off the record.)

20            (Break from 2:45 to 2:58 p.m.)

21              EXAMINATION (continued)

22  BY MR. SPEAR:

23     Q   We are back on the record.  Thanks again

24  for being with us here today.

25            I just want to review quickly where we



```
 1    were when we went off the record.
 2              You recall that we looked at your comments
 3    at the April 4, 2011, public hearing.  And you
 4    explained that you were talking about a 55 percent
 5    BVAP floor.  And then we looked at this message,
 6    this email message from Chris Jones to Paul Nardo,
 7    and you saw that Chris Jones uses the phrase
 8    "55 percent threshold"?
 9         A    Uh-huh.
10         Q    Do you agree with that?
11         A    I agree.
12         Q    And that he is talking about a 55 percent
13    threshold for black voting age population, or BVAP,
14    in the majority-minority districts, correct?
15         A    Correct.
16         Q    At the end I asked you if that was
17    consistent with your understanding that there was a
18    predetermined 55 percent threshold for BVAP in all
19    of the majority-minority districts; is that correct?
20         A    I don't know whether it was 55 percent for
21    all minority districts, but 55 percent is what I
22    heard.
23         Q    55 percent is the figure you heard.  Let
24    me make sure I understand the distinction you're
25    drawing there.  Are you saying --
```



**Delegate Roslyn C. Tyler**                    69

 1        Q    Okay.  Is it fair to say, though, that you
 2   heard it so much that it seemed to be a matter of
 3   common knowledge, at least amongst people who
 4   represented the majority-minority districts?
 5        A    Probably so.  I guess it's correct to say
 6   that.  It was common knowledge.
 7        Q    So if you walked up to another delegate
 8   and said, I don't know about this 55 percent thing,
 9   they would probably know what you were talking
10   about?
11        A    They probably would, yeah.
12        Q    Okay.
13             MR. SPEAR:  Now I am handing the court
14        reporter another transcript she will mark as
15        Exhibit 10.
16             (Tyler Exhibit 10 marked for
17        identification.)
18   BY MR. SPEAR:
19        Q    All right, Delegate Tyler, do you have
20   Exhibit 10 in front of you?
21        A    I do.
22        Q    All right.  As you can see from the front
23   of the document, this is a Virginia House of
24   Delegates Redistricting Public Hearing dated April
25   2, 2011, and chaired by Delegate Chris Jones.



www.zahncourtreporting.com

1           Do you see where it says that?

2       A    Uh-huh.

3       Q    Do you remember this hearing?

4       A    No.

5       Q    Do you know if you attended this hearing?

6       A    No, I don't.

7       Q    Please turn to page 25.

8            Are you there?

9       A    Uh-huh.

10      Q    I would like to ask you to read from line

11  16 on page 25 all the way through to the first

12  paragraph of page 27.  Just to be clear, you don't

13  have to read it out loud.  Just read it to yourself,

14  and let me know when you're finished.

15      A    Okay.

16      Q    Thank you.  I would like to direct your

17  attention to page 26, line 21, and this is Delegate

18  Dance speaking as we just discussed.  Again, you

19  understand Delegate Dance is former Delegate Dance?

20      A    Yes.

21      Q    She's now Senator Dance?

22      A    Correct.

23      Q    Delegate Dance says:  I can tell you that,

24  if we don't -- whatever redistricting plan comes

25  out, if we don't have at least a 55 percent variance



**Delegate Roslyn C. Tyler**                    71

1   as far as minorities, then we don't really stand

2   much of a chance to be able to live up to what the

3   Department of Justice says we have a right to have.

4   And that also impacts the whole state of Virginia as

5   far as how things have to be shifted.

6              Did I read that correctly?

7        A    Correct.

8        Q    So do you agree that here Senator Dance is

9   saying that all majority-minority districts had to

10  have at least 55 percent BVAP?

11       A    Correct.

12       Q    And is that consistent with your

13  understanding that there was a predetermined

14  55 percent BVAP level at least for some districts?

15       A    Right.

16       Q    And I think you testified earlier that

17  Delegate Jones spoke frequently with Senator Dance

18  about the redistricting process, correct?

19       A    Uh-huh.

20       Q    So do you think it's likely that she

21  discussed this 55 percent predetermined threshold

22  with Delegate Jones?

23       A    Yes.  I don't know for sure, but from

24  reading this.

25       Q    Okay.  Do you think it's a fair reading of



1   this passage to say that Delegate Dance thinks that

2   the reason the 55 percent threshold is important is

3   because it ensures compliance with the VRA?

4        A    Yes.

5        Q    Do you know if Senator Dance was a member

6   of the Privileges and Elections Committee?

7        A    Yes, she was.

8        Q    I want to go back and take a look at

9   Exhibit 7 again.  This is the transcript of the

10  April 5, 2011, debate.

11            That's the one.  Remember there's four

12  pages per page on this one.

13       A    Okay.

14       Q    Do me a favor and turn to page 66.

15            Are you there?

16       A    Uh-huh.

17       Q    Do you see on page 66, line 7, where it

18  says "Del. Jones"?

19       A    Uh-huh.

20       Q    I'll represent to you that this is

21  Delegate Jones talking about the HB 5001 bill.

22       A    Okay.

23       Q    I'm going to read to you again.

24            Delegate Jones says:  Mr. Speaker, I'd

25  said to the gentleman of the plans that have been



1    submitted and/pr circulated around that were

2    complete and total plans, the plan that is before

3    you, in my opinion, fully complies with the Voting

4    Rights Act as 55 percent or higher, which is

5    testimony that we heard during the public hearings

6    of percentage voting age population.

7          Do you see that?

8    A    Yes.

9    Q    Did I read that correctly?

10   A    Correct.

11   Q    So do you agree that Delegate Jones is

12   saying that the Voting Rights Act requires

13   55 percent or higher, quote, percentage voting age

14   population?

15   A    Yes.

16   Q    Is that consistent with your understanding

17   that, in drawing the new map, Delegate Jones adopted

18   a policy under which all the majority-minority

19   districts had to have at least 55 percent BVAP?

20   A    Yes.

21   Q    And he did that it seems because he

22   thought the Voting Rights Act required it, correct?

23   A    Correct.

24   Q    Flip to page 70, please.

25         So Delegate Jones is still answering



1    questions about the map.

2            Take a look at line 5 on page 70.  He's

3    talking here about alternative maps I believe that

4    had been proposed by university students.  That's

5    not important but just for context.

6            He says, quote:  I have looked at the 12

7    and the 13th plan, Option 1 and Option 2, and

8    neither one of those plans met what I think from the

9    testimony that we heard throughout this process that

10   the effective voting age population needed to be

11   north of 55 percent.  Each of those plans had a low

12   of I think 52, 52 percent.

13           Did I read that correctly?

14      A    Correct.

15      Q    So again, does it seem to you that

16   Delegate Jones is saying that, under the VRA, each

17   majority-minority districts had to have a, quote,

18   effective voting age population north of 55 percent?

19      A    Yes.

20      Q    I'm going to ask the question again in a

21   much simpler form to make sure the record is clear.

22      A    Okay.

23      Q    So from this passage, you would understand

24   Delegate Jones to believe that each of the

25   majority-minority districts had to have at least



1   55 percent BVAP to comply with the VRA?

2        A      But when he says here the effective voter

3   age population needs to be north of 55 percent --

4        Q      Uh-huh.

5        A      -- what does he mean by north of

6   55 percent?  Meaning 55 percent and above?

7        Q      That's how I would read it.  How would you

8   read it?

9        A      Well, I don't know whether he meant north

10  of 55 percent or above 55 percent or more, or are he

11  talking about delegates in the northern area needing

12  55 percent?

13       Q      Do you think that's what he meant, that

14  delegates in the northern area needed more than

15  55 percent?

16       A      I'm assuming, because each of these plans

17  a low of I think 52, 52 percent.

18       Q      Well, let me just focus your attention on

19  the language that I read where he says:  We heard

20  throughout this process that the effective voting

21  age population needed to be north of 55 percent.

22              So do you think when he says north of

23  55 percent he's talking about effective voting age

24  population?

25       A      Well, I don't know whether he's talking



1  about 55 percent population, or is he talking about

2  delegates in the northern area that needs 55 percent

3  population.  I'm not sure.

4       Q     Okay.  Did you ever hear Chris Jones or

5  anyone else say that the 55 percent threshold only

6  applied to delegates in the northern part of the

7  state?

8       A     No.

9       Q     I'm sorry.  Did you say "no"?

10      A     No.

11      Q     So just to tie this one off, from the

12 documents we've looked at, do you think it's pretty

13 fair to say that there was, at least in Delegate

14 Jones' mind, a requirement that all the

15 majority-minority districts had to have at least

16 55 percent BVAP?

17      A     Yes.

18      Q     Again, is that consistent with your

19 recollection that you have of conversations with

20 people during the cycle?

21      A     Yes.

22      Q     And was it your understanding that this

23 55 percent minimum or quota was also applied to the

24 drawing of your district?  In other words, did

25 Delegate Jones try to make sure that you had at



www.zahncourtreporting.com

**Delegate Roslyn C. Tyler**                           81

```
 1              MR. SPEAR:  I'm handing the court reporter
 2         another transcript, which she will mark as
 3         Exhibit 11.
 4              (Tyler Exhibit 11 marked for
 5         identification.)
 6    BY MR. SPEAR:
 7         Q    Do you have that exhibit in front of you,
 8    Delegate Tyler?
 9         A    Yes.
10         Q    So as you can see from the cover, this is
11    another transcript of a Privileges and Elections
12    Redistricting Senate Hearing dated April 4, 2011.
13    My understanding is that this was produced by the
14    House as well.
15              Have you seen this before?
16         A    Not that I can recall.
17         Q    Do you recall whether you attended this
18    hearing?
19         A    I don't remember.
20         Q    If you would flip to page 15.  I'm going
21    to read to you starting on line 4.  Delegate Chris
22    Jones speaking.
23              Delegate Jones:  Nottoway was split.  And
24    so at the meeting with Delegate Tyler and Delegate
25    Wright, they felt they needed to leave it how it
```



**Delegate Roslyn C. Tyler**                    82

1    currently exists.   And so we made Nottoway whole,

2    and then we went in and took the existing two

3    precincts that are within Lunenburg, I think it was

4    Hounds Creek and Rosebud, and were able to

5    effectuate that change.   And then on the eastern

6    border I believe Delegate Dance made a couple of

7    trades of precincts in the Sussex and Southampton

8    areas, between the 64th and the 75th.

9            Did I read that correctly?

10    A    Correct.

11    Q    Do you see where there's a reference to a

12    meeting with Delegate Jones, yourself, and Delegate

13    Wright on lines 4 through 5?

14    A    There wasn't no meeting.

15    Q    I'm sorry?

16    A    There wasn't a meeting.

17    Q    There wasn't a meeting between you and

18    Delegate Wright and Delegate Jones?

19    A    No.

20    Q    Was it more of a conversation?

21    A    Conversation or something --

22    Q    Okay.

23    A    -- by them saying they met with Tommy, and

24    Tommy said it was fine to put those particular

25    areas.   But it wasn't no meeting.



1   pronouncing that correctly?

2          A    That's right.  I don't have that district.

3   That's Delegate Wright's.

4          Q    What is Nottoway, a precinct?

5          A    Uh-uh.  It's a county.

6          Q    So when Delegate Jones says "we made

7   Nottoway whole," what does he mean?

8          A    He didn't split the county.

9          Q    It remains one person's district?

10         A    That's right.

11         Q    And who -- which district is that?

12         A    Delegate Wright's.  And then I took in the

13  existing precincts that were within Lunenburg and

14  Hounds Creek and Rosebud.  Part of those are in my

15  district.

16         Q    And those ended up in your district in the

17  final map; is that correct?

18         A    That's correct.  So he was trying not to

19  split the counties.  But it wasn't no meeting.  It

20  was just a discussion of areas that he was trying

21  not to split counties --

22         Q    I understand.

23         A    -- and just trying to keep them whole.

24         Q    Okay.  Fair enough.

25              And then on lines 10 through 13, Delegate



**Delegate Roslyn C. Tyler**                                          85

1   Jones mentions that there's a couple -- he says,

2   quote:  A couple of trades of precincts in the

3   Sussex and Southampton areas between the 64th and

4   the 75th.

5               Did I read that correctly?

6        A    Yes.

7        Q    And the 75th is your district, correct?

8        A    75th is my district.

9        Q    So what was the purpose of those trades of

10  precincts?

11       A    It was just the way that it was trying to

12  make the line I guess a little bit more congruent

13  with the 64th district, because I split Southampton

14  and Sussex with another delegate.

15       Q    Uh-huh.  So were these trades intended to

16  increase the number of African-Americans in your

17  district?

18       A    I think it was done to not split precincts

19  in the area.

20       Q    Okay.  So you don't think it had anything

21  to do with voting age population?

22       A    No.

23       Q    Or the population of African-Americans in

24  your district?

25       A    No.



www.zahncourtreporting.com