# Exhibit B

**From:** gpnardo@house.virginia.gov
**To:** Chris Marston <chris.marston@gmail.com>
**Subject:** Fw: Status Update - House Redistricting
**Date:** 4/7/2011 10:31:27 PM
**Attachments:**

Meant to send this to you a moment ago. GP

----- Original Message -----
From: "G. Paul Nardo" [gpn740@gmail.com]
Sent: 04/07/2011 10:29 PM AST
To: Chris Jones <chris@schrisjones.com>
Subject: Re: Status Update - House Redistricting


Chris,

Yes, let's talk in am.

What would be need to come back for the week of April 18? Gov reax? I'm betting that he won't have his amdts back until later that week -- expect Bolling (with 3rd Floor pressure) to drag his heels in signing (he has up to 3 days).

Glad Richmond is OK.

Congressional Districts is a total Janis production and Ldrshp is in process of getting on top of it now that House plan is over to Senate (and coming back on Monday). Will talk to him in am too to see what he learned up in DC today and what all he's thinking.

Thanks,

GP

On 4/7/11, Chris Jones <chris@schrisjones.com> wrote:
>
>
> S. Chris Jones
>
> Begin forwarded message:
>
>> From: Chris Jones <chris@schrisjones.com>
>> Date: April 7, 2011 9:42:45 PM EDT



HOD011506

\>> To: "G. Paul Nardo" <gpn740@gmail.com>
\>> Subject: F/up
\>>
\>
\>> GP,
\>>
\>> I followed up with Jennifer McCllelan this afternoon and she reconfirmed
\>> that the request of Kirk Showalter, Richmond Register, exceeded the 55%
\>> threshold when they did on the 2nd floor for all affected districts and
\>> that she would have never requested it if it didn't. I am not sure what
\>> got lost in translation, but the good news is it is fixed now and Jennifer
\>> will explain the Senate amendment on floor Monday if needed.
\>>
\>> Janet Howell called and wanted to discuss schedule for Congressional plan
\>> and if we would come back the week of 18th to deal with HB 5001 if needed.
\>> I know it is the week of Easter, so we need to discuss tomorrow am if
\>> possible.
\>>
\>> So much for some R & R, lets chat mid morning. Thanks for sending out the
\>> e-mail for the 1pm mtg on Monday.
\>>
\>> Cheers,
\>>
\>> CJ
\>>
\>> S. Chris Jones
\>

--
Sent from my mobile device

G. Paul Nardo
Chief of Staff
Office of Speaker William J. Howell
Virginia House of Delegates
State Capitol
GAB Suite 635A
Richmond, Virginia 23219
O: (804) 698-1228
F: (804) 698-1828
M: (804) 614-0687 (legislative issues)
M: (804) 840-6915 (non-legislative issues)
E: gpnardo@house.virginia.gov (legislative)
E: gpn740@gmail.com (non-legislative)
W: www.williamjhowell.org