# Exhibit C

VIRGINIA HOUSE OF DELEGATES

REDISTRICTING PUBLIC HEARING

APRIL 2, 2011

7:00 P.M. - 7:32 P.M.

CHAIRED BY:

DELEGATE CHRIS JONES

Other Members in Attendance:



      Delegate John O'Bannon
      Delegate Johnny Joannou
      Delegate Rosalind Dance
      Delegate D.W. Marshall
      Delegate Don Merricks
      Senator Mary Margaret Whipple
      Senator Harry Blevins
      Senator Roscoe Reynolds

CENTRAL VIRGINIA REPORTERS

P.O. BOX 12628

ROANOKE, VA 24027

(540) 380-5017



EXHIBIT
Tyler 10
5-19-15 kw
PENGAD 800-631-6989

2

1       (7:00 p.m.)

2                                PROCEEDINGS

3

4               DELEGATE JONES:  I call the Joint Public

5       Hearing to order.  My name is Chris Jones, and I

6       represent the 76th District in Suffolk and

7       Chesapeake.

8               Before I make my opening remarks, I have the

9       Members of the General Assembly that traveled here

10      by plane.  This is our third public hearing today.

11      We've been in Harrisonburg, Shenandoah, and then we

12      went to Abingdon by way of Tennessee -- we couldn't

13      land in Virginia -- and we're finishing up here

14      this evening in Danville, and we thank you for

15      coming out.  Mr. Blevins?

16              SENATOR BLEVINS:  I'm Harry Blevins.  I

17      represent the 14th Senate District.  Can you hear

18      me?

19              AUDIENCE:  No.

20              SENATOR BLEVINS:  I'm Harry Blevins.  I

21      represent the 14th Senate District, which is

22      primarily Chesapeake, with a small part of Virginia

23      Beach.

24              DELEGATE JOANNOU:  My name is Johnny Joannou.

3

1        I represent the 79th District.  It includes

2        portions of the Cities of Norfolk, Chesapeake,

3        Portsmouth, and Suffolk.

4            SENATOR WHIPPLE:  I'm Mary Margaret Whipple

5        from Arlington.  I'm in Senate District 31, which

6        represents most of Arlington, the City of Falls

7        Church, and the eastern part of Fairfax County.

8            DELEGATE DANCE:  My name is Rosalind Dance.  I

9        serve in the 63rd House District, which encompasses

10       the City of Petersburg, Dinwiddie County, and parts

11       of Chesterfield, Ettrick and Matoaca.

12           DELEGATE O'BANNON:  Good evening.  Thank you

13       all for coming out tonight.  My name is John

14       O'Bannon.  I'm on the Privileges and Elections

15       Committee.  I represent Henrico County and two

16       precincts in the City of Richmond, and about 50

17       years ago I was up the road at Hargrove Military

18       Academy.

19           CHAIRMAN JONES:  We also have in the audience

20       D.W. Marshall and Don Merricks.  Thank you for

21       being such great hosts to us this afternoon, and

22       thank you for dinner as well.

23           Ladies and Gentlemen, Colleagues, and Engaged

24       Citizens, good evening.  It is my pleasure tonight

4

1      to welcome you to the seventh of our eight public

2      hearings on redistricting plans and maps that have

3      been introduced in the Virginia House of Delegates

4      and the Senate of Virginia.

5           Tonight's public hearing is sponsored by the

6      Privileges and Election Committee of the House and

7      Senate meeting jointly.  It underscores our belief

8      and our commitment in following an open and fair

9      process.

10          Let me be absolutely clear about our primary

11     purpose of these hearings:  We went to listen to

12     what you have to say.  We are here to listen to

13     your feedback and reaction to the maps that have

14     been posted on the website and the maps you have

15     before you this evening.

16          We're here to seek input from local elected

17     officials, from experts, from advocates and the

18     people of Virginia about the new boundaries in the

19     state legislative districts.  We want to know

20     what's important to you in redistricting.

21          The General Assembly and the Governor are the

22     officials who submit to the voters at elections,

23     and therefore are directly accountable to the

24     public, and are responsible for drawing legislative

5

1      boundaries.

2           That mandate is clearly spelled out in the

3      Virginia Constitution, which each of us takes an

4      oath of office to uphold.   It is one of the most

5      important duties we have as elected government

6      officials.

7           The time tested process of updating

8      legislative boundaries every ten years ensures that

9      every Virginian has a voice in redistricting.

10     Every Virginian is represented in the General

11     Assembly by a delegate and a senator.

12          Last fall the House and Senate P&E Committees

13     proactively sought to foster greater citizen

14     engagement and involvement through six public

15     hearings across Virginia.

16          This unprecedented action then underscores our

17     desire to encourage greater civic awareness and

18     facilitate more active participation by the public

19     in Virginia's 2011 redistricting process.   That

20     commitment continues this evening.

21          For more information about redistricting, you

22     can go to our website under the Division of

23     Legislative Services and google that.   In Virginia

24     you'll have a web page, and on the left banner you

6

1        will see a link called Redistricting.  You'll see

2        the maps that have been proposed, and you can

3        actually go to your area of the state and see

4        exactly what's happening in your neighborhood.

5            The primary difference between last year's six

6        public hearings and this year's eight is that now

7        there are actually bills and maps before you.

8            There are three that have introduced so far;

9        one by myself, House Bill 5001, and two others

10       patroned in the Senate by Senator Janet Howell of

11       Northern Virginia and John Watkins of Richmond.

12       All were made available to the public on the

13       General Assembly's website this past Tuesday.

14           Redistricting plans and maps are actually

15       pieces of legislation.  Like so many in the General

16       Assembly -- like so many the General Assembly

17       considers year in and year out.  That means

18       amendments in committee or on the floor are likely,

19       as is normal in the give and take of the

20       legislative process.

21           Both the House and the Senate introduced

22       redistricting plans to draw districts of equal

23       population as nearly as practicable, in accordance

24       with the Constitution and the principle of one

7

1      person and one vote.

2          The House plan deviates from the ideal of

3      district size of about 80,000, plus or minus 1

4      percent.  The House -- Senate plan deviates from

5      its ideal district size of about 200,000, by only

6      plus or minus 2 percent.  The plan by Senator

7      Watkins is plus/minus .5 percent.

8          Either of these House and Senate plans also

9      maintain other traditional redistricting

10     principles, such as compactness, contiguity,

11     communities of interest, and political subdivision

12     boundaries, in full compliance with the Voting

13     Rights Act and all other applicable federal and

14     state laws, as well as the court decisions applying

15     them.

16         There are several logistical requests to

17     ensure a smooth and as efficient process as may be

18     possible.  In order to respect the time of everyone

19     who is here tonight to provide input, I'd ask each

20     of you who speak to keep your comments to four,

21     five minutes tops, as a courtesy to others.

22         Also, please do not -- try not to repeat what

23     others have already said, so we may accommodate as

24     many speakers as possible.  I've asked staff to

8

1   keep a timer, which I don't think we'll need,

2   previously have not been keeping it.

3       Also because we want to maximize participation

4   by the citizens who are here, we're here to listen

5   to you and to not answer your questions directly.

6       Again, this will be a process and you stand

7   where you are.  If you would like, you might want

8   to talk louder.  Some of us who don't hear quite as

9   well as we used to, me included, that would be very

10  helpful.

11      I have a signup sheet.  And Senator Reynolds,

12  I believe -- Well, he's trying to hide.  He's

13  sitting kind of low there in the back.  (Laughter)

14  Thanks for joining us.  Was it the traffic that got

15  you?

16          SENATOR REYNOLDS:  I went to Bill's place.

17          CHAIRMAN JONES:  We did too.  (Laughter)

18      Our first speaker this evening is Mr. James

19  Snead.  Mr. Snead?

20          MR. SNEAD:  Yeah.  I represent the

21  Pittsylvania County Board of Supervisors.  I

22  represent the Dan River District.  If you just

23  leave here and go 15 east, you'll be in my district

24  in just a few minutes.

9

1          I've been looking at this for a number of
2     weeks on the log, and I have nothing against
3     Senator Roscoe Reynolds, first of all; but the fact
4     is this redistricting we're doing is splitting my
5     district that I represent.  I have one polling
6     place in another district and two polling places in
7     another district.
8          A little bit of confusion.  People in my
9     district have been contacting me quite a bit about
10    how are we going to go about voting for this?  Even
11    though we'll still, according to the bill here,
12    we'll still be voting on the 14th and the 16th,
13    which is Mr. Merricks and which we are very
14    familiar about and want to keep our delegates in
15    Pittsylvania County as much as possible.
16          The Senate bill, it's very confusing.  It
17    splits the City of Danville, which in turn splits
18    my district.  That's the one that's confusing to my
19    constituents in my district on the voting.
20          Like I said, it's very confusing for them.
21    They don't know or understand.  Roscoe Reynolds
22    will be in the 20th, from what I understand, and
23    Senator Ruff is the other part, which I would live
24    in Senator Ruff's district, but my two precincts,

10

1    voting precincts would be in another.  Do you see

2    what I'm saying?

3         So it's a little bit confusing.  I don't know

4    who's drawn the lines, but I know you're trying to

5    work it out as best you possibly can, but it's

6    drawn a lot of confusion by not having Pittsylvania

7    County wholly in one particular Senate race, the

8    whole county.  It would help, I think, the whole

9    county.

10        I think we have another one here from the

11   Pittsylvania County Board of Supervisors, and he

12   may elaborate on that also; but it will be a little

13   less confusing.

14        That's the only draw back that I see that I've

15   been looking at, is particularly for my district.

16   Thank you.

17        CHAIRMAN JONES:  Next we have Kurt Feiyel?  I

18   apologize.

19        MR. FEIGEL:  Did you say Feigel?

20        CHAIRMAN JONES:  Is that a G or a Y?

21        MR. FEIGEL:  Sorry.  I went to public school.

22   (Laughter)

23        CHAIRMAN JONES:  My writing is terrible.  I

24   thought it was a Y too.

11

1          MR. FEIGEL:  24502, is that the area?

2          CHAIRMAN JONES:  That's what I have.  Do you

3     want to see?

4          MR. FEIGEL:  Thank you.  My name is Kurt

5     Feigel.  I'm a member of the Tea Party, and I came

6     down here with one of our other members.  Just

7     wanted to see kind of an example of what was going

8     on.

9          I looked over it a little bit.  The concerns I

10    have when I looked at it from a split of, split

11    precincts is really the big one that I see.  You

12    know, you look at some of these other things,

13    they're shifted around.

14         Well, the 19th Senate District is pretty much,

15    I think the numbers are 67 percent Republican.  And

16    so it's really shifted the balance of power

17    towards, towards conservatives in that area.  Hey,

18    I'm a conservative, that's great; but what about

19    the other people who basically have no

20    representation in their eyes now?

21         There's a huge chunk of people there, some

22    30-some percent that are not going to have the

23    representation I think that they really feel they

24    would deserve.

12

1          And some of the other areas I've heard

2     complaints on from people I know within the Tea

3     Party are the Virginia Beach area where the

4     senators, I know in my case I'm actually going to

5     lose a senator.  And I mean I currently have Steve

6     Newman.  I understand that's going to change.

7          And so I just think that when we look at this

8     and look at the idea of gerrymandering, I see, I

9     see a lot of interesting direction here.

10          We've got tiny little slivers that go so that

11     we can then reach up into other areas, and that's

12     not something I think that is when we talk about

13     common interest, I don't think some of these areas

14     really have common interests.  They don't.  Some of

15     them are rural and farming, and then you've got

16     huge chunks of city next to them.

17          So that was, that's all I have to say.

18          CHAIRMAN JONES:  Next we have Charlie

19     Ferguson.

20          MR. FERGUSON:  No, I'm passing.

21          CHAIRMAN JONES:  You'll pass, okay.  We have

22     Fred Shanks.  Good evening.

23          MR. SHANKS:  Good evening.  Thank you all for

24     coming to Danville.  Welcome to Danville.  I'm a

13

1    member of the Danville City Council.  I'm a member

2    of the Danville Pittsylvania County Regional

3    Industrial Facilities Authority, the Danville

4    Pittsylvania County Metropolitan Planning

5    Organization, and the Danville Utilities

6    Commission, which serves a large portion of

7    Pittsylvania County.

8         I'm here because I have concerns about the

9    Senate map as it's drawn, in particular the 19th

10   District, which is the district we are currently

11   in.  And we're concerned or I'm concerned about the

12   lines that have been created to create the 20th and

13   the 15th districts.

14        The lines, the purpose of the lines as they're

15   created are obvious and their intent is obvious,

16   and that is not in the best interest of communities

17   of interest and compactness.

18        I don't see how anyone can look at that map as

19   it's drawn -- and I'm not referring to the Watkins

20   map -- the map as it's drawn and see anything but

21   lines drawn to pick up different areas for a

22   particular reason, with not the interest of the

23   community in mind.

24        My only comments after that are that it is

14

```
 1          important to us in Southside Virginia and this

 2          district that Danville remain whole and that

 3          Pittsylvania County remain whole.

 4              In my opinion, they both should remain

 5          together, because we are an example of how

 6          communities work together to develop a plan for the

 7          region.  And to split this region would be, would

 8          be a terrible thing to do.

 9              So I ask you to look at our Pittsylvania

10          County and Danville Regional cooperation, not try

11          to split that up.  Look at the lines, make sure

12          they make sense, and they don't have the political

13          purpose that's obvious right now.  Thank you.

14              CHAIRMAN JONES:  Thank you.  Mr. Darriel

15          Burkett?

16              MR. BURNETT:  Burnett.  I'm Darryl Burnett.  I

17          went to public schools, and I can't read the

18          pharmacist's writing.  (Laughter)

19              First, I'm with the Danville Tea Party.  Take

20          the banner away, we're a bunch of conservative

21          people; but let me state this:  I am apparently

22          amazed at the amount of work involved to produce

23          this plan, we'll call it.

24              I commend the effort of those that worked on
```

15

1          it.  It's apparently indefeasible -- indefeatable

2          (sic) work ethic.  However, it's unfortunate; it

3          strikes me as being self serving.

4               I am amazed also that this was published as a

5          viable answer for redistricting, when the real

6          reason is so blatantly obvious, right down to the

7          finite cutting of precincts, 12 right here in

8          Pittsylvania County.  That still leaves the State

9          of Virginia.

10              It strikes me as an effort of intent for 22

11         Virginia senators to control the destiny of nearly

12         eight million Virginia citizens.  The elected

13         officials have been put on notice for some time

14         now, and the electorate is not as dumb as John

15         Curry thinks.

16              Whether they're in Danville, Pittsylvania

17         County, Richmond, Washington, DC, this product is

18         exemplary of the driving force behind people, their

19         involvement to get involved, the desire to be

20         educated -- and the people are.  They're getting

21         educated.

22              This endeavor, you stretch the limits of

23         contiguous.  By definition you're there.  As for

24         logic, common sense, any thought of cost

16

1    consciousness; there's a complete void.  This is an

2    expensive proposal.

3         This is a tool the people in the Commonwealth

4    of Virginia established so as to get fair and

5    equitable representation throughout this region.

6    It is not to be a shackle for the Virginia Senate

7    at the cost and the behest of those in the northern

8    part of the state.

9         If this is, and I think it is, a power play, I

10   urge you to go back to Richmond.  You can redeem

11   yourself.  You can go back to Richmond, go back to

12   work, get it fair, get it equitable, present it to

13   the people when it's right.  Thank you.

14        CHAIRMAN JONES:  Thank you.  All right, did

15   anyone else?  I believe, Mr. Lancet, you have time

16   to speak.  I do have a George Stanhope.  Yes, sir?

17   Good evening.

18        MR. STANHOPE:  Yes.  I just wanted to

19   reiterate some of what all of these other people

20   have said, and that is I think this is an

21   abomination.

22        There is no reason why Pittsylvania County and

23   Danville aren't large enough, with maybe a little

24   addition, if necessary.  And these lines look

1    almost like somebody took and tried to adjust or

2    gerrymander things to come up to exactly what they

3    were looking for.

4         I spent some time in Massachusetts, where the

5    word "gerrymander" came up from, and this looks a

6    lot like what they did up there with Cohasset and

7    areas like that to make a particular voting

8    district.  Thank you.

9         CHAIRMAN JONES:  Thank you.  Anyone else

10   wishing to speak in the audience?  Yes, sir,

11   please.

12        MR. FRANKEN:  All right.  My name is Fred

13   Franken.  Can you hear me?

14        CHAIRMAN JONES:  Yes, sir, I can.

15        MR. FRANKEN:  I'm incensed with the work out

16   of Richmond, purely incensed.  Anyone can look at

17   lines and with the numbers you're working with

18   shift them out or in, or a little bit over and

19   back; but when you start cutting communities, it

20   just doesn't make sense.  It makes for stupidity.

21        You're cutting Danville.  You're cutting the

22   little community of Ringgold.  You're cutting the

23   little community of Kentuck.  They're nice

24   communities out there, and you've squiggled the

18

1    lines to cut those little communities.  I don't

2    think the state guide says to do that.

3         So remove stupidity from the operation.

4    Remove criminal politics from the operation and get

5    on with the work of the people, for pity's sakes.

6    That's the reason we're out there on the battle

7    field, so you folks can play around with crap like

8    that.  Get it right, or we'll sue and litigate and

9    get some folks to do some technical study to

10   balance the lines.

11        I agree directly with the sentiment we've

12   heard from some of the gentlemen here, and I'm very

13   upset with that.  Very upset.  It is giving me

14   anger to get on the street and do a hell of a lot

15   of volunteering, I'll tell you that.

16        And I appreciate you taking my comments.

17        CHAIRMAN JONES:  Yes, sir, thank you very much

18   for coming out.  Anyone else wishing to speak?

19        MR. BELLINGER:  Yes, sir, please.  My name's

20   Nate Bellinger.  I'm with the local chapter of

21   Virginia Organizing.  I just wanted to voice my

22   support for the Bipartisan Advisory Commission

23   findings.  There are other options out there.

24        MR. FRANKEN:  He's an ACORN worker.

19

1       MR. BELLINGER:  No.  That is absolutely not

2   true.

3       CHAIRMAN JONES:  There's no debate.

4       MR. BELLINGER:  But there is a Bipartisan

5   Advisory Commission appointed by the Governor that

6   has studied this subject without gerrymandering.

7   It's appointed by the Republican governor.  It

8   doesn't take into account the Republican/Democrat

9   gain, but instead they're actually looking at ways

10   that we can keep communities together and find a

11   way that isn't as politicized.

12       So I'd just like to say that I wish the

13   commission had some teeth to it.  Instead of just

14   advising, I wish they could actually have some,

15   have a little bit of a mandate behind it, instead

16   of going through the legislative process and being

17   tilted around like that.  Thank you.

18       CHAIRMAN JONES:  Anyone else wishing to speak?

19   Yes, sir, please.

20       MR. DANIEL:  Good evening.  My name is Chris

21   Daniel.  I'm a citizen of the City of Danville.

22       I'm personally very pleased at the prospect of

23   being represented in the state senate by Senator

24   Roscoe Reynolds.  I personally would be very

20

1   pleased to have state Senator Roscoe Reynolds as my

2   member of the state senate.

3       It's interesting that there's only one plan

4   offered from the House of Delegates, and all the

5   charges about gerrymandering, which may or may not

6   be true, of the two competing Senate plans, one

7   perhaps more so than the other one, but the same

8   can certainly be said, and I apologize, but I

9   believe it's your plan, Delegate Jones.

10      It's harder to see the gerrymandering, when

11  you're looking at a hundred sets of lines on a map

12  of the Commonwealth of Virginia on an 8 1/2 x 11

13  sheet of paper, but I know from previous experience

14  ten years ago and again in 2011 that the

15  gerrymandering occurs.

16      In 2001, the gerrymandering enabled the House

17  of Delegates, the Republican Party membership in

18  the House of Delegates to place three outstanding

19  members of the Democratic Party in the 10th House

20  District together.  This time the same folks in

21  charge have managed to place that esteemed member

22  of the House of Delegates in with one of his

23  Republican colleagues.

24      So while we're looking at gerrymandering, if

21

1    it's true in the Senate plan, it's also true of the

2    House plan as well.  I would champion, maybe a day

3    late and a dollar short, but I will join Mr.

4    Bellinger and suggest that perhaps moving in the

5    direction of looking at some sort of mandated

6    bipartisan effort would certainly avoid the

7    splitting of communities of interest.  It would

8    certainly avoid many of the problems we see.

9         I was reminded recently that in 1981 we were

10   unable to reach a redistricting plan quickly

11   enough.  I don't remember all the details, but

12   apparently there were state, Senate and House of

13   Delegate elections in 1981 and again in 1982.  Oh

14   my gosh; there would be two sets of elections in

15   two years; but if we drew fair lines that were

16   equitable and represented all of the citizens, that

17   would be a worthwhile game.  Thank you.

18        CHAIRMAN JONES:  Thank you.  Anyone else

19   wishing to speak?  Yes, sir, please.

20        MR. WARREN:  I don't even know Senator

21   Reynolds --

22        CHAIRMAN JONES:  Your name, please?

23        MR. WARREN:  Tom Warren.

24        CHAIRMAN JONES:  Thank you.

1      MR. WARREN:  I find that I can't even conceive

2   how you would split up a city of 48,000.  I can

3   understand you people in Northern Virginia, where

4   you have such a population that you have to do it;

5   but not in Danville and Pittsylvania County.

6      The 19th District, senatorial district is not

7   even anywhere close by, as I read this map.  That

8   does not make a great deal of sense to me.

9      You know, if, if this gentleman back here is,

10   is willing to have Roscoe Reynolds represent him in

11   Danville, he needs to figure out a lot of things.

12      We've got 17 polling districts in Danville.

13   How do you split that up?  I can't believe that our

14   registrar is not here like screaming.  You know,

15   how do you do that?  That means in any given year

16   we're going to have two senate races, a delegate

17   race, and then the federal years God only knows

18   what we're going to wind up with, as far as

19   representation is concerned.

20      This does not in my opinion make any sense at

21   all.  It has got to be done better.

22      CHAIRMAN JONES:  Thank you.  Yes, sir?

23      MR. TUCKER:  My name is Bobby Tucker.  And

24   forgive me; I'm kind of new at this, learning

23

1    process.

2         CHAIRMAN JONES:  Okay.

3         MR. TUCKER:  Although I do commend you for

4    your work, because from the way I see it, you

5    almost in a no win situation.  So thank you for

6    listening first.

7         I do want to say being in a part of

8    Pittsylvania County that in the House of Delegates

9    being represented by the Honorable Charles

10   Poindexter, I would like to say with Pittsylvania

11   County being square miles probably the largest, one

12   of the largest counties in the state, we have

13   multiple districts no matter which plan comes up,

14   it seems.

15        While I do like the, the Watkins plan in the

16   Senate there, with our Board of Supervisors, House

17   of Delegates and Senate, we have an older

18   population, which I'm now moving into.  It is very

19   confusing to some of the older people to get out

20   and vote, when they don't know really what district

21   they in, who they're voting for, until they get to

22   the polling places, quite honestly.  I've heard

23   those comments.

24        I would ask that you do take into

24

1    consideration of trying to keep the counties and

2    districts, as best you can even in the Senate

3    districts and the House districts, any way we can

4    keep those lines as close as we can to each other

5    to, to help alleviate some of this confusion with

6    people voting, and hopefully that would create

7    voter turnout.  And that's what we really want.  We

8    want everybody to have a voice.  Thank you.

9        CHAIRMAN JONES:  Thank you.  Anyone else

10   wishing to speak?

11       MR. HEDRICK:  I want to speak, but not as a

12   member of the media.  I'll speak as a citizen.

13       My name is Bruce Hedrick.  I represent WMDV-TV

14   in Danville, and I'm speaking as a private citizen

15   on this.

16       If 1990 was bad and 2000 was an anomaly, I

17   hope that this understands that the Legislature and

18   the citizens realize this redistricting needs to

19   done by a bipartisan process.  The victor goes the

20   spoils is good when your party's in power, and I

21   hope that everybody knows Governor McDonnell set a

22   bipartisan redistricting.  I think it's time for

23   that.

24       Now also, I also have dismay that tonight

25

1       while you're doing a great job, and I understand

2       you have to schedule as many meetings as possible

3       in all the different places; tonight's a Saturday

4       night at 7 p.m. in this area which has got so many

5       other activities going on, not to mention

6       Martinsville race weekend.  We've got a lot of

7       people that would love to be here and tell you

8       what's going on, but unfortunately due to the

9       scheduling, this is the crowd that you get.

10          The Southside cannot be ignored.  The

11      Southside cannot be ignored from Richmond, not from

12      Northern Virginia.  We are here, we vote.  We want

13      to hear from you.  (Applause)

14          CHAIRMAN JONES:  Anyone else wishing to speak?

15      Okay.

16          DELEGATE DANCE:  Mr. Chairman, even though I

17      am a member of the Redistricting Committee, this is

18      the third public hearing we've had today; and I

19      feel compelled to speak as an African American,

20      because I represent quite a few.

21          In your opening statement, you mentioned the

22      fact that Virginia is under the Voting Rights Act

23      that went into place in 1965, which says minorities

24      must have an opportunity to select who they would

1    like to serve.

2         There are 12 current minority districts, and

3    what has happened in the last 10 years is that

4    there has been a major shift.  Trending, we can't

5    tell people where they want to live.  They move

6    according to their life-style, economics, or

7    whatever.

8         But right now we're required to have 12

9    minority districts, and our districts have

10   switched.  They changed from like seven to more

11   than 12,000 people that have moved.

12        And so in order for this, whatever

13   redistricting plan we have to meet the test must be

14   reviewed by the Department of Justice, and

15   therefore there should show that we as minorities

16   have an opportunity to compete.

17        In the last month I've spent time with my

18   colleagues, and we've looked at the lines and we've

19   drafted a fair and equitable is what we're looking

20   at, and looking at how our areas have trended.

21        I can tell you that if we don't -- whatever

22   redistricting plan comes out, if we don't have at

23   least a 55 percent variance as far as minorities,

24   then we don't really stand much of a chance to be

27

1    able to live up to what the Department of Justice

2    says we have a right to have.  And that also

3    impacts the whole State of Virginia, as far as how

4    things have to be shifted.

5        The numbers grew in Northern Virginia.  So on

6    the borders facing North Carolina, you felt that in

7    the Southwest.  We felt it in the Tidewater area.

8    Minorities had to move forward, and we're all

9    moving towards the North, okay, because that's

10   where the numbers are.

11       So in order to make this happen, it requires

12   some shifting, if you will.  It's not a perfect

13   thing, but there is a mandate that those 12

14   minorities from the Senate and -- it's five

15   minority positions that have to be here.

16       So all that is in the mix, when we're trying

17   to develop the right fit for us.  I respect the

18   bipartisan committee, and I'm also concerned about,

19   though, the community of interest, and the

20   community of interest says that we are African

21   Americans.

22       There is a population of hispanics that have

23   come.  In 1965, it was African Americans they're

24   referring to.  I am an African American, and I

28

1    represent quite a few African Americans, and we are

2    expected to be able to obtain this.

3         So we're listening to all you say, and I tell

4    you, everything you say is important, and there

5    will be some amendments made as a result of what

6    you said today.  I assure that's going to happen.

7    Don't have to beat us up; but it's important that

8    you understand and review it, if you need to, the

9    Voting Rights Act of 1965 and what it requires

10   Virginia to do.

11        UNIDENTIFIED SPEAKER:  I've got a question.

12   Do these three plans that are being offered, do

13   they all meet that guideline?  So they all do meet

14   that guideline.  Thank you.

15        CHAIRMAN JONES:  And you were speaking about

16   55 percent voting population?

17        DELEGATE DANCE:  Yes, voting age, because you

18   know you can have a minority, but they can't vote.

19   That doesn't help you much, as far as being

20   competitive and being able to ensure that you're

21   representing.  Good point, I appreciate it.

22        CHAIRMAN JONES:  Another comment?

23        MR. FEIGEL:  I have a question.  What is the,

24   how does the equation work for -- I don't know;

29

1    providing equitable voting, or whatever you just

2    said?  You have to have so many black people,

3    hispanics, whites?

4         DELEGATE DANCE:  If you had enough --  If you

5    had an opportunity to go to the General Assembly's

6    website and look at legislative link, you can

7    actually look at the demographics and you can break

8    it down by each precinct, each block.  It will tell

9    you how many African Americans live there, how many

10   new Americans, asians, hispanics, and the whole

11   population from that area.

12        So as you cobble together to make sure that

13   there are 12 minority House districts and five

14   minority Senate districts, that's got to be in the

15   mix, and that has to impact what they have to do to

16   make sure everybody is called to be as responsible

17   as possible but still address that mandate.  Any

18   plan that we have must go to the Department of

19   Justice first.

20        UNIDENTIFIED SPEAKER:  This block, is this

21   like a majority/minority --

22        CHAIRMAN JONES:  We're not going to, we're not

23   going to do question and answer.  She was making a

24   statement, so if you'd like to make a statement,

1       that will be fine.

2              UNIDENTIFIED SPEAKER:  I don't know how to

3       make that, make it a statement, if I'm looking for

4       an answer.

5              CHAIRMAN JONES:  Anyone else wishing to speak

6       this evening?  (No response)

7              If not, I want to thank you for coming out

8       today.  This is a very large crowd.  We had about,

9       we had a couple of hundred at Hampton Roads on

10      Thursday.  We had a small crowd this morning at the

11      first one.  We had a larger crowd this afternoon.

12      This is the largest crowd.

13             DELEGATE O'BANNON:  You all are the best of

14      the day.  (Laughter)

15             CHAIRMAN JONES:  Thank you for coming out.

16

17   (7:32 p.m.)

18

19

20

21

22

23

24

31

1                         C E R T I F I C A T E

2     COMMONWEALTH OF VIRGINIA

3     COUNTY OF FRANKLIN

4          I, Cynthia N. Stiles, Notary Public in and for the

5     Commonwealth of Virginia, at Large, do hereby certify that

6     the foregoing proceedings were by me reduced to machine

7     shorthand in the presence of the named participants,

8     afterwards transcribed by me by means of computer, and that

9     to the best of my ability the foregoing is a true and correct

10    transcript of the proceedings as aforesaid.

11         I further certify that these proceedings was taken at

12    the time and place specified in the foregoing caption.

13         I further certify that I am not a relative, counsel or

14    attorney for either party, or otherwise interested in the

15    outcome of this action.

16         IN WITNESS WHEREOF, I have hereunto set my hand at Rocky

17    Mount, Virginia on the 15th day of April, 2011.

18

19    _____

                         CYNTHIA N. STILES
20                       NOTARY PUBLIC

21

22    My Commission expires December 31, 2014

23    Notary Registration Number:   266666

24

CENTRAL VIRGINIA REPORTERS   (540) 380-5017