# Exhibit D

1

PRIVILEGES AND ELECTIONS

REDISTRICTING

SENATE HEARING

_____


BEFORE:   DELEGATE MARK COLE, CHAIRMAN


PLACE:    COMMONWEALTH OF VIRGINIA

          GENERAL ASSEMBLY BUILDING

          RICHMOND, VIRGINIA 23218


DATE:     APRIL 4, 2011

TIME:     2:00 PM


Crane-Snead & Associates
4914 Fitzhugh Avenue, Ste 203
Henrico, Virginia 23230
804-355-4335

Crane-Snead & Associates, Inc.

EXHIBIT
Tyler 11
5-19-15  KW
PENGAD 800-631-6989

2

1          CHAIRMAN COLE:   The meeting will come to order.

2     The first order of business today is we're going to take

3     up a Senate Joint Resolution confirming some of the

4     appointments that the Governor has made.   It has been

5     distributed to the members, so please look at it.   It's

6     Senate Joint Resolution number 5001.

7          DELEGATE COSGROVE:   Motion to report.

8          CHAIRMAN COLE:   There's a motion to report.   Is

9     there a second?   All in favor of reporting will vote yes.

10    Has everyone voted?   Clerk will close the role.   The

11    resolution is reported.

12          All right.   We have, I think, two other bills on

13    the docket today.   What I would like to do is have a

14    presentation of both of the bills first, before we do any

15    notices, and at the request of the patron, I'll ask

16    Delegate Brink if he would present House Bill 5002.

17          DELEGATE BRINK:   Thank you Mr. Chairman and

18    Members of the Committee.   I deeply appreciate your giving

19    me the time to bring House Bill 5002 before you, given the

20    time constraints that you're working under, and also the

21    time that you have devoted over the past couple of weeks

22    to redistricting.

23          The Bill, House Bill 5002, is a product of the

24    Virginia Redistricting Competition, which was sponsored by

25    the Watson Center for Public Policy at Christopher Newport

3

1    University, and the Public Mapping Project at George Mason

2    University.  The goal was to educate Virginia college and

3    university students and the public about the process of

4    redistricting.  And, from what I understand from many of

5    the students, they learned more than they thought they

6    were going to through this process.

7         The student teams were tasked with drawing

8    districts for Congress, the State Senate and the State

9    House of Delegates using the 2010 census criteria.  There

10   were two divisions.  One of them followed criteria

11   originally articulated for this competition, and the

12   second division was tasked with using the criteria in

13   Governor McDonnell's executive order, establishing his

14   Advisory Redistricting Commission.

15        I'm told 55 plans were submitted to the

16   competition.  The volunteer judges for this were Thomas

17   Mann, who is the senior fellow at the Brookings

18   Institution, and Norman Ornstein, who is the resident

19   scholar at the American Enterprise Institute.  The winner

20   for the competition for the House of Delegates, using the

21   Governor's advisory criteria, was the team from the

22   University of Richmond, led by Professor Dan Falsore.

23        I introduced this plan by request as House Bill

24   5002; first, because I think that this student team and

25   the other student team deserve recognition for the time

4

1    that they've devoted to this project; and, second, because

2    in assembling its plan, I think you'll learn that the team

3    has discovered and experienced many of the time, legal,

4    and statistical challenges that confronted this committee

5    and you, Mr. Chairman, over the past couple of weeks.

6           Caleb Routhier of the University of Richmond is

7    here representing the team to describe the plan that's

8    embodied in 5002, and, if I could, I would like to have

9    him present it to you briefly.

10           CHAIRMAN COLE:  Sure.

11           MR. ROUTHIER:  I've been made aware that you each

12    have a plan in front of you.  I think that if you can

13    contrast them with House Bill 5001, you'll see that there

14    are a number of key differences.

15           I want to begin by saying that we developed this

16    plan from an apolitical prospective.  We didn't look at

17    voter registration data, or who voted for who in the past

18    elections.  We drew the precincts so that they would be

19    around communities of interest, around highways and rivers

20    and inlets, and we just let the politics fall where they

21    may.  As a result, our map ended up being very fair, in

22    terms of republicans versus democrats in the House that

23    would be elected, based on the 2009 results.

24           If you look at the southwest of Virginia, you'll

25    notice under House Bill 5001, there are a number of

5

1   districts that are very strung out; the 5th district, 6th,

2   14th.  In the session earlier today, the 17th was brought

3   up by Joe Morrissey as being shaped like the letter C.

4   Our plan does not create all of these strung-out

5   districts.  It keeps the communities of interest

6   together.

7           In Richmond, especially if you contrast 5001 to

8   5002, Richmond looks much better.  You have a nice little

9   diamond effect in Richmond, and then a square district,

10  and they still follow the minority/majority rules,

11  creating four minority/majority districts in the City of

12  Richmond, without sacrificing contingency and contiguity.

13          If you look at Hampton, especially the peninsula

14  from Williamsburg through Newport News, down to Hampton,

15  there are six districts on both plans.  But if you look at

16  how the districts are strung out, the 5001 bill creates

17  very long, stringy districts, and the 95th looks like a

18  ladle.

19          If you look at the 5002 plan, that peninsula of

20  six districts, which you could just switch that peninsula

21  in with the six-district peninsula from the other plan

22  with no effect to the rest of the state, our districts

23  make more sense.  They are all contiguous.  They are

24  compact, and this is the theme throughout the rest of the

25  map, as well.  If you look in the Tidewater region, the

6

1    district from the 5001 map looks like a jumbled mess.  If

2    you look at the 80th district, it's barely touching

3    itself, the two halves of it.

4         Our map still provides the same number of

5    minority/majority districts, and they're all contiguous

6    and compact.  And the lines just look much better, so that

7    people are living within the same community of interest as

8    their delegates.

9         If you go up to northern Virginia, the districts

10   there are reasonably similar, but there are a few notable

11   exceptions, like the 51st and the 39th and the 40th, where

12   the 5001 plan creates very strung-out districts, so that

13   people are not connected with other people in the

14   district, and they're not being represented by someone who

15   can actually represent all of them very well.

16        Finally, in northwest Virginia, you see around

17   the cities of Charlottesville and Harrisonburg a number of

18   districts that are strung out; like the 25th, the 20th,

19   excuse me, has a very similar situation to the 80th, and

20   then the 76th, down in the Tidewater region, where it's

21   just barely connected together.

22        Many of these districts from the 5001 map are

23   connected not even by roads.  They're connected only by

24   inlets of water, so you would have to take a boat or leave

25   the district in order to be able to access all parts of

7

1   the district.  We fixed this problem by making sure that

2   the 100th district was accessible by road.  The 79th

3   district is accessible by roads within the district.

4           We just wanted to present this plan to show that

5   the district, if you approach the process from an

6   apolitical perspective, you can draw districts that still

7   present representational fairness around the state, still

8   provide the number of minority/majority districts, and

9   create shapes that people will be able to look at and say,

10  oh, the redistricting plan actually made some sense this

11  year.

12          So this is the general layout of our plan.  Thank

13  you.

14          CHAIRMAN COLE:  All right.  Thank you very much.

15  Is that your presentation?

16          DELEGATE BRINK:  That's my presentation.

17          CHAIRMAN COLE:  All right.  Thank you very much.

18          Are there any questions or comments?  Delegate

19  Jones.

20          DELEGATE JONES:  What was the deviation on the

21  plan, do you know?

22          MR. ROUTHIER:  The deviation is plus or minus

23  five percent.

24          DELEGATE JONES:  So if I may, I guess your

25  emphasis would be more compactness and contiguity instead

8

1    of One Person/One Vote?

2            MR. ROUTHIER:  We were focusing more on

3    compactness and contiguity, yes.

4            DELEGATE JONES:  Thank you, gentlemen.

5            CHAIRMAN COLE:  All right.  Any other questions

6    or comments?

7            Thank you, gentlemen.

8            Delegate Jones, are you ready to present your

9    bill?

10           DELEGATE JONES:  I thought there was another bill

11   to be presented.  Is there another?

12           CHAIRMAN COLE:  No.

13           DELEGATE BRINK:  Thank you for your time,

14   Mr. Chairman.

15           DELEGATE JONES:  Mr. Chairman, I'm just going to

16   sit right here, if it's okay.  The body has before it

17   House Bill 5001.  I believe it's been a week and a half

18   ago, we had a meeting that dealt with criteria, and we had

19   plus or minus one percent, and we had as our second

20   criteria the compliance, the full compliance with the

21   Voting Rights Act.

22           What you have before you, in my opinion, does

23   that, Mr. Chairman, and I would say that, you know, we

24   have had a lot of amendments that have been offered to

25   this bill, and there are going to be individuals on this

9

1    committee that are going to be making recommendations and

2    amendments.

3            We have a substitute that was just delivered to

4    the second floor about 20 minutes ago, and in about 15

5    minutes we should have a report that looks like this, that

6    has every district with the precincts and where they're

7    cut and the districts, et cetera, as far as communities

8    and neighborhoods or jurisdictions.  This bill that was

9    put in last week did cause three districts to move from

10   the southern part of Virginia.  You have south side, you

11   have the great southwest, and you have Hampton Roads.

12           The population shifts over the last decade caused

13   a shift of approximately three seats from the -- if you

14   use as your latitude, I guess, Williamsburg, you go over

15   to Petersburg and you go to Lynchburg, and go over toward

16   West Virginia, everything below that had almost a three-

17   seat loss in population.  So what this map reflects is

18   evenly disbursed across the bottom part of Virginia,

19   moving into the growth areas of our Commonwealth, which

20   have Loudon County, Prince William County, and Stafford

21   County.

22           You will note that the gentleman to my right, my

23   good friend Phillips, he has moved to the northern part of

24   Stafford County.  Prince William, the 7th seat, has moved

25   from Norfolk to Loudon, and so has the 10th, has moved

1    from Southside to Loudon.  Those are the three major

2    differences, as far as the plan that was before us, as far

3    as the seats and how they were handled.  Now, what we do

4    have before you was my first best shot, after talking to

5    some of the individuals who came to see me, and many

6    members of the House of Delegates.

7           What happened after the bill was introduced, what

8    happened ten years ago, is that when they could see the

9    map and they could see various precincts and the splits

10   that occurred, there were requests that started coming in

11   almost immediately from last Tuesday.  Since Tuesday,

12   until today, I've probably met with 15 to 20 members,

13   either personally or on the phone.  I'm trying to deal

14   with some of the issues that they felt could be easily

15   corrected, and still adhere to the One Person/One Vote

16   criteria.

17          We had the public hearing.  The last was this

18   morning.  It was our eighth in the last three days.  We

19   had a good turnout in Hampton Roads last Thursday night.

20   We went to Rockingham.  We went to Abington, and then we

21   went to Danville on Saturday, and then we had our last

22   public hearing here this morning at 10:00.

23          So what I would like to do is bring up a couple

24   of technical amendments that were brought to my attention,

25   that will be in the substitute that you will see in a few

11

1   minutes.  And then, other members would probably like to

2   speak from various areas of the Commonwealth.

3           It was brought to our attention Saturday morning

4   that in the Town of Timberville there was an issue that we

5   needed to fix.  Delegate Landis and I can relate to that.

6   We moved population from the 15th to the 26th, and then we

7   had an issue in Ridgewater and we had to pick up a zero

8   census block.  We also had some issues that were raised at

9   the Abington meeting about the Town of Abington, and I

10  think the substitute will reflect keeping all of the Town

11  of Abington within one House district.

12          We also had a couple of requests.  I know that

13  York County had a request last Thursday night.  We looked

14  into that, and feel like that issue has been addressed and

15  taken care of.  There was also, I believe, a request from

16  the County of Frederick between the 29th and the 10th

17  districts.  We had a split precinct.  We had some serious

18  concerns with that, and I'm pleased to say we were able to

19  address that and make that fix after the session today.

20          I think there were technical amendments that are

21  much better included in the substitute that we will have

22  in a few minutes, as far as the listing.  Also, we had an

23  issue that was between the 5th and the 6th, which is

24  Delegate Carrico and Delegate Crockett-Stark.  I believe

25  we did in Smith County.  We took that and we flipped out

1    Seven Mile Ford precinct for Sugar Grove and Royal Oak

2    West.  That was something that was requested, and the

3    numbers worked and it made sense to do.  In the last

4    requests, we had a request from Deligate Cosgrove dealing

5    with an industrial park that has zero population, so that

6    would be a zero census block.

7         There were some questions and concerns about

8    maybe having too many members in one city.  The bill that

9    was introduced reduced the number of members that

10   represent the Chesapeake by one, and we reduced in the

11   79th district, which is Delegate Joannou, you went from

12   four jurisdictions to two.  That's in the original

13   substitute bill that's before us.  I tried to listen to

14   things along the way from the jurisdictions and from the

15   towns and the counties and cities.

16        I do believe that Delegate Spruill might have an

17   amendment he wants to make.  I know that Delegate Spruill

18   came to me last week, and there was some concern as far as

19   trying to get the 92 all in Hampton; is that correct,

20   Lionell?

21        DELEGATE SPRUILL:  That's correct.

22        DELEGATE JONES:  And so what we were able to do

23   was to rotate two precincts from the 92nd back into the

24   95th, and that took the 92nd out of Hampton.  And that

25   switch actually was done very easily by giving back a

13

1    whole precinct that the 92nd had lost to the 91st, and

2    picked up two split precincts that were split in the

3    introduced bill.  So that is what we did in the peninsula

4    and for Delegate Spruill.

5            Then, last week, we had a meeting with some

6    gentlewomen from Richmond City and on Southside.  So

7    Delegate Dance, if you would like to give some details as

8    to what we looked at and what we considered, and I'll give

9    a little more detail, if you like.

10   DELEGATE DANCE:  Thank you, Delegate Jones.

11   There were some issues between Delegate McClellan's area

12   and Delegate Carr, and with some help from you and working

13   with Delegate Loupassi, they were able to make some

14   changes that would strengthen their district, minority

15   district.

16           In the twelve minority districts that we have

17   around the state, two of the districts that we're talking

18   about, two minority districts, one held by an African

19   American, one held by a Euro-American, Delegate Clark, are

20   still minority districts.  Whether they serve or others

21   serve, or others have an opportunity, depends on how

22   strong it is.

23           In trying to get that straight, at least 55

24   percent performing, voting performing in districts, it

25   required some shifting between the three.  So I know

14

1   Delegate McClellan was at 50 percent, currently she's at a

2   50 percent district, as far as African American district.

3   For Delegate McClellan, that's not an issue.  Even though

4   she's an African American, she can win that district.  But

5   if Delegate McClellan leaves that and goes on to become a

6   State Representative, state-wide representative, Congress

7   or whatever, could another African American minority

8   person, if you will, still be able to keep that as one of

9   the 12 minority districts?  Not so.

10          So, in order to make it stronger, so that that

11  would be a position that an African American could hold,

12  then there needs to be some shifts.  And the three

13  parties, the delegates, are in agreement and we've made

14  that transition.

15          DELEGATE JONES:  And I would like to add that, in

16  the process of doing that, we actually took Delegate

17  Massie and Delegate O'Bannon completely out of Henrico.

18  We were able to do that, and that left Delegate McClellan

19  with just one precinct in Henrico.  I think that then

20  gives the City of Richmond, they know that they don't have

21  a split representation in that regard.  That move allowed

22  us to move those two individuals out of Richmond City, and

23  then make it more compact and contiguous, I belive, at the

24  end of the day.

25          DELEGATE DANCE:  Yes.

Crane-Snead & Associates, Inc.

15

1          DELEGATE JONES:   There was also an issue between

2    the 61st and the 75th.

3          DELEGATE DANCE:   That's so.

4          DELEGATE JONES:   Nottoway was split.   And so at

5    the meeting with Delegate Tyler and Delegate Wright, they

6    felt they needed to leave it how it currently exists.   And

7    so we made Nottoway whole, and then we went in and took

8    the existing two precincts that are within Lunenburg, I

9    think it was Hounds Creak and Rosebud, and were able to

10   effectuate that change.   And then, on the eastern border,

11   I believe Delegate Dance made a couple of trades of

12   precincts in the Sussex and South Hampton areas, between

13   the 64th and the 75th.

14         DELEGATE DANCE:   Yes, you're right.   I'm kind of

15   like switching my numbers around.   It's 68, 69 and 71, and

16   that's Loupassi, Carr and McClellan.   And then for 61, 64

17   and 75, that is Wright, Barlow and Tyler.   But Delegate

18   Tyler, of course, being the minority in the Southside

19   area, like you just mentioned, and McClellan and Carr are

20   minorities in Richmond.

21         DELEGATE JONES:   And I believe we also, between

22   the gentleman to my left here, Delegate Ingram, we made a

23   swap between him and Delegate McQuinn, which actually took

24   a southwestern precinct away from her, and we gave her

25   back a precinct that she currently has, which has made it

16

1   a little bit more compact in that regard.  So that was

2   something that was approved by me with my colleagues from

3   Richmond City.

4           DELEGATE DANCE:  That's correct.

5           DELEGATE JONES:  Anything that you may have?

6           DELEGATE DANCE:  That's what I've got.

7           DELEGATE JONES:  Okay.  Now we'll move north.  I

8   know that Delegate Sickles and I have sat down on several

9   occasions to go over some concerns about communities of

10  interest.  He knows where the Metro stops are, where the

11  communities exist, and where we might have cut something

12  in half.  So I'll just yield the mic at this point to

13  Delegate Sickles.

14          DELEGATE SICKLES:  Thank you, Delegate Jones.

15  First of all, I would like to say, on the Arlington part,

16  I don't know Arlington very well.  This work was done

17  mostly by Delegate Brink, inside the beltway.  But the

18  idea was to have a northern, central and south Arlington

19  district, to keep the communities of interest together in

20  that way.

21          And so from the introduced bill, we would suggest

22  moving from the 47th to the 48th precincts Woodlawn,

23  Cherrydale and Lyon Village.  From the 48th to the 49th --

24  the 49th is an open seat right now, because Delegate Ebbin

25  is not running for re-election to the House.  Moving from

1   48th to 49th is Hume, Virginia Highlands, Aurora Hills and

2   part of Oak Ridge.  Moving from the 49th to the 47th will

3   be Ashlawn, Arlington Forest, Glen Carolyn, Barcroft and

4   part of Jefferson.

5          Outside of the Beltway, and down in my neck of

6   the woods, I'm the recipient of two large precincts,

7   Lorton Station and Lorton, moved from the introduced bill

8   from the 39th district to my district, the 43rd.  And this

9   keeps all three Lorton precincts east of I-95 in the same

10  district.  To compensate for all that large group of new

11  people, Pioneer would be moved from the 43rd to the 39th,

12  along with parts of Van Dorn.

13         This move was made to give the 39th district,

14  which was strung out pretty good, from western Annandale

15  down to Norton.  The community of interest of Old

16  Springfield, basically older Springfield, would be all in

17  the 39th district.  Part of the Belvoir precinct was moved

18  into the 44th in order to make a good connection to the

19  Hayfield precinct.  Right now, because of the way the

20  census blocks were done in the introduced bill, there's a

21  split precinct that can be done away with if we move Fort

22  Belvoir, that has just a zero census block population,

23  into the 24th.

24         In order to get down to our very tight one man,

25  one vote, one percent, we had to make a couple of

18

1    changes.  Part of Huntington precinct goes to the 45th

2    district.  The part that goes in there is the same

3    neighbor, actually, it's just on the other side of the

4    street.  And then we split from the introduced plan two

5    precincts that are currently represented by incumbents

6    that were switched.  They were switched with population.

7    That's the reason we were able to switch them back.

8    That's Belle Haven and Belle View, in central Fairfax, in

9    the area where the 39th, the 41st and the 53rd all come

10   together.

11          In central Fairfax, we moved Camelot precinct

12   into the 39th district.  That keeps a neighborhood

13   together.  We moved some of southern Pine Ridge to the

14   39th, based on the natural boundary of a stream, and moved

15   Ridgely precinct into the 39th.  That also maintains the

16   district precinct, and it has a community of interest with

17   Camelot.

18          The one thing that we heard on Saturday was the

19   fact that Mantua precinct was split in the original plan.

20   This amendment would put Mantua back together and be

21   entirely in the 41st district, and so a reunited precinct

22   there.  And then, finally, the last thing is we switched a

23   precinct in the 37th district that was currently held,

24   that was taken out, back into a precinct for another

25   precinct, the 35th.  And that is the sum total, I

19

1    believe.

2           DELEGATE JONES:   Okay.   Thank you, Delegate

3    Sickles.

4           And, as you can see from the plus or minus one

5    percent when the bill was put in last week, much input has

6    been received since then.   I think, when you see a map,

7    that -- in about 30 to 45 minutes, you'll see a map --

8    that the Richmond area and northern Virginia looks a

9    little more compact and contiguous, I would think.

10          And that's really it, Mr. Chairman.   Maybe a few

11   more little nits and nats here.   We have got on the 14th

12   and 16th we took a precinct that was moved from the 14th

13   to the 16th, put it back into the 14th at Henry County.

14   We took a precinct, two precincts that were in the 16th,

15   and we put them in the 14th.   We have looked at that, and

16   have both of those precincts in the 16th district.   So I

17   think that puts us back more with the existing district as

18   it currently would sit.

19          There was a split between the 31st, Lingamfelter,

20   and Torian of the 52nd, and I think that pretty much

21   encompasses it.   I think the balance of the changes that

22   have been made will be included in the substitute.

23          DELEGATE LANDIS:   Mr. Chairman?

24          CHAIRMAN COLE:   Delegate Landis.

25          DELEGATE LANDIS:   Thank you, Mr. Chairman.   Can I

20

1    ask Delegate Jones one question?

2            CHAIRMAN COLE:  Sure.

3            DELEGATE LANDIS:  Delegate Jones, one of the

4    things that I think was discussed at the public hearing,

5    and I didn't hear any mention, was a census block for an

6    annexation area, the town of Bridgewater.  It doesn't have

7    any population in it, but it is just a geographic

8    adjustment.  Is that --

9            DELEGATE JONES:  Yes.

10           DELEGATE LANDIS:  -- Among the ones that have

11   been considered?

12           DELEGATE JONES:  That's right.  It's not a square

13   shape when I do it.  It kind of sticks up, but they

14   requested that, and I think it's something of an

15   annexation issue, and they asked that we would do that and

16   we did do that.

17           DELEGATE LANDIS:  Thank you, Mr. Chairman.

18           CHAIRMAN COLE:  All right.  Delegate Spruill.

19           DELEGATE SPRUILL:  On your plan I'm looking at

20   here, I'm trying to find my house.

21           DELEGATE JONES:  Keep looking.

22           DELEGATE SPRUILL:  Okay.  The question that --

23   the 77th district, I'm appointed on the 77th district.  On

24   your plan, the 77th district, I see that I'm no longer in

25   the 77th district.  Okay.  So I'm looking, trying to find

1    my house.  And my house is in the 79th District, and it's

2    being represented by a fellow named John Joannou.  And I

3    love you, but you aren't a minority, I don't think.

4              I just bought this house in June, and I can't

5    afford to move. So you took me out of the 77th district,

6    put me in the 79th district underneath Johnny Joannou.

7    That's point one.  And you use this term minority.  Okay.

8    Let's use the term minority.

9              Then I tried to find my friend, Delegate

10   Alexander.  He was one of the minorities you were talking

11   about.  He's in, his house is in Delegate Howell's

12   district.  So you were saying, young man, about keeping

13   the minority districts intact.

14             And then I looked for Delegate Matthew James.  So

15   you've got four of us right there, pooled together.  So

16   what you have done is, there is Spruill, Matthew James,

17   Algie Howell, and Alexander.  So we're in favor of what

18   you are talking about, but we're done looking at this

19   plan.  Yes, sir.

20             MR. ROUTHIER:  When we drew these plans, we did

21   not know where any of the delegates lived.  We drew them

22   from a completely apolitical perspective.  We just did not

23   have that data in front us.  We drew them in what looked

24   like should be a community of interest there.  The fact

25   that people are living all in the same area and

22

1    representing four districts almost seems to imply that

2    maybe those districts, the communities of interest have

3    nobody representing them right now.

4           I'm sorry that I drew your house out of your

5    district, but I didn't know where your house was when I

6    drew the district.

7           DELEGATE SPRUILL:  Thank you.  Mr. Chairman, I

8    have another question.  But you did say earlier about

9    keeping the minority districts intact, I believe.  Did I

10   misunderstand you when you said that point?  My concern

11   was that, even though, let's say I was drawn by mistake

12   out of my district.  My point was that the 12 minority

13   districts, that we were trying to keep them intact --

14          MR. ROUTHIER:  We did not keep them intact as

15   much as we kept their would-be 12.  They are in still

16   roughly the same location, but we tried to get closer to

17   50 percent or 51 percent minority for the

18   minority/majority districts, and keep them more contiguous

19   and compact, as a result.

20          DELEGATE SPRUILL:  If you would look at, if you

21   would try to keep it compact -- I'm trying to understand.

22   South Norfolk, Georgetown, where my house was, Providence,

23   all of those, they would love John Joannou, but he's of a

24   different persuasion, if I can use that word.

25          Thank you.  I'm satisfied now.

23

1            DELEGATE JONES:  Mr. Chairman, I would just

2    reiterate that this plan was drawn with the criteria in

3    mind that we passed.  And as I mentioned at the beginning

4    of the presentation of this bill, I think the young man

5    did a very good job presenting his bill and his case.  I

6    commend the students for their hard work and what they've

7    done.

8            What I think I've heard is that what our number

9    one and two priorities, which is One Person/One Vote, and

10   fully compliant with the Voting Rights Act, were not their

11   top two priorities.  I think I have heard testimony

12   Saturday night.  We heard testimony this morning.  We

13   heard testimony on the floor.  And you have to have an

14   effective minority population to be able to, for the

15   minority to elect the candidate of their choice.  Not to

16   reelect the incumbent, but to elect the candidate of their

17   choice.

18            And I think that many would say that if there are

19   50 or 51 percent voting-age population, that really puts

20   in play that ability, because if you look at the

21   registered voters and how it trends, you may have 60

22   percent of Delegate Joannou, of my persuasion, to use

23   Delegate Spruill's term.  Is that how you said it?  You

24   may be looking at, in reality, it might be 40 percent.

25            So we have a bleed off of the numbers who are

24

1   actually eligible to vote and who can vote.  Because 18

2   just states you're eligible because of your age to be able

3   to vote.  That's why they call it "voting-age

4   population."  That does not indicate nor dictate that

5   there are that many that would and actually can vote.

6        I would just point out this plan, 5001, took into

7   account parties of interest, took into account the One

8   Person/One Vote, and full compliance in the Voting Rights

9   Act, and took into account something that we should and

10  have as its original intent.

11       Mr. Chairman, I heard that we do not have a

12  substitute in front of us.  I think we'll have something

13  by the time the public comment is done to be able to have

14  that in front of us.

15       CHAIRMAN COLE:  All right.  Thank you, Delegate

16  Jones.  What I would like to do is open this up for any

17  public comments for either plan, House Bill 5001 or 5002.

18  So if anyone would like to speak to the committee and

19  address about either plan or redistricting, please step to

20  the podium and identify yourself.

21       MR. JACKSON:  Good afternoon, Mr. Chair and

22  Members of the Committee.  I'm looking around the room.  I

23  think some people have heard me speak before.  My name is

24  Andrew Jackson, and I ought to know a little something

25  about politics.  But it's just a little bit.

25

1        I have some concerns, and when I walk through

2   those doors, I have a habit.  I take my labels off.  I

3   come here as part of the "we the people" thing.  I'm not,

4   I'm not ashamed if somebody calls me a minority, or

5   African America, or black, blue, green, yellow, polka-

6   dot.

7        What I am concerned about is that when you talk

8   about representation -- I spent a good part of my life

9   defending representation.  A good third of my life was in

10  the military, 20 years plus.  And I went into the

11  military, I rose and I raised my hand, it had nothing to

12  do with what anybody looks like.  It had to do with what

13  creed I was going to defend, regardless of who came under

14  that umbrella.

15       And so a good part of my life was defending that,

16  even before we had these things called Voting Rights Act

17  and Civil Rights Act, and when I didn't have it, I

18  defended it.  And I have ever since then.  I would defend

19  your right, as well as my right.  And I have attended, as

20  some of you may know, most of the committees that went

21  around the State.  They saw me show up, and I spoke.

22       And my concern is that I am not sure, looking at

23  the plans, if everybody completely understood what

24  language we were talking, because most of the people in

25  those meetings were talking about the same thing; making

26

1    sure that everyone was represented, and being represented

2    by what their needs and their views were.  And so I'm

3    concerned about that.

4         We in Virginia Beach sat down and drew up a map.

5    We drew up something, and I think it has been

6    distributed.  But if it has not, I would ask permission

7    for someone to give that to the Clerk so that you all

8    would have a copy.  Because something, for all of those

9    years, that drove me to keep moving, was just a few simple

10   words that say, "we hold these truths to be self-evident,"

11   and that we live by, indeed, by what we, in fact, say is

12   creed.

13        That's important to me.  And I haven't laid down,

14   yet.  So you'll see me again and again and again until we

15   get this right.  We have too much at stake in this

16   Commonwealth, in Virginia Beach, in whatever city you're

17   talking about.  This is important to the people.  This is

18   not somebody looking at whether they're going to get

19   re-elected again.  The people didn't send any of you here

20   to get reelected again.  They sent you here to represent

21   us as a people.

22        And this is not here (tapping podium).  There's

23   no piece of paper here.  This is from here (tapping

24   chest).  This is what I've lived my whole life for, in

25   moving forward and getting something done.  And I want

1  representation.  And in Virginia Beach it's nonexistent.

2  We're asking for a minority/majority district.  And if you

3  look at that map and justification, we can do that in

4  Virginia Beach without a whole lot of turmoil.  And it

5  stays within the city.  It doesn't cross any boundaries.

6          So I'm going to ask you to consider that.  And,

7  in doing so, don't consider it now.  Go home, look in the

8  mirror, and remember we holds these truths to be self-

9  evident.

10          Thank you.

11          CHAIRMAN COLE:  Thank you.

12          Anyone else wish to speak?

13          MR. WRIGHT:  I don't know what else to say.

14          CHAIRMAN COLE:  Could you identify yourself for

15  the record?

16          MR. WRIGHT:  I'm sorry, Mr. Chairman.  Good

17  evening, Mr. Chairperson.  I apologize.  I'm pretty much

18  at a loss for words.  I really am.  Because I really

19  see --

20          CHAIRMAN COLE:  What's you're name, again?

21          MR. WRIGHT:  I'm sorry.  My name is Carl Wright.

22  I reside in the great city of Virginia Beach.  I came up

23  here to put in place a minority/majority district that my

24  folks have been working on for the last two months.  We

25  were up to 2:00 in the morning tweaking this thing.  And I

28

1   want to say that we had over 60 folks, and that was

2   unusual.  I'm really proud of them to come foward and work

3   to cross party lines to work on this district.

4           My concern is -- and I want to commend this young

5   man.  I want to say thank you, because I know where you

6   were coming from.  You didn't see any difference among

7   folks.  He was trying to do the right thing, and I want to

8   commend you on that.  Keep doing that.  Keep doing that.

9   Ten years from now, keep doing that.  I want to say that.

10          But I want to say to you all, this partisanship

11  thing, this power struggle thing to keep ourselves in

12  position so that we can be re-elected, be careful what you

13  hope for, because you might just get it and it might not

14  be what you want.  Because when you start seeing those

15  come up like myself, that may mean that the natives are

16  restless.  They're not just sitting back like they used

17  to, just being comfortable.  I take notice when people

18  come out, particularly folks that I haven't seen.  That

19  means that folks are listening, watching and learning.

20          I would say to you, once again, these folks that

21  have invested their time, energy and resources in drawing

22  these districts to have representation, they're not here

23  just to waste their time.  They didn't do it just to waste

24  their time.  And I would say, again, to our college

25  students, keep doing the right thing, regardless of what

1    folks say, because this partisanship situation right here

2    in Virginia has to cease.

3         I know I said this when I first came up, some

4    folks have already had their minds made up what they were

5    going to do.  And I'm not here to tongue lash anyone, but

6    I will tell you that, in the City of Virginia Beach, there

7    is no representation for African Americans.  Now, the way

8    this district is drawn now, it increases it to the south,

9    but it doesn't change the lack of representation

10   throughout the city.  The district that we drew up is a

11   true minority/majority district.

12        And I'll say to you all once again, please take a

13   look at it and set partisanship aside.  If there is

14   something that you all say that you can't really -- you

15   don't understand it, there's information up there, contact

16   information.  Get back with my folks.  But what I have

17   heard in here today is basically everybody trying to play

18   it safe, everybody trying to cover their districts.

19        So I'm just saying, I'm just going back home,

20   boots on the ground, as we say, and deal with it, talk

21   with the constituency there.  We're going to try to get

22   out and get good people in office, and make sure that,

23   when we look for representation, that our representatives

24   have the voice of the folks in mind, and not just, you

25   know, here it is.  We've already made our decisions.

30

1          And I would say to you all, take a look at that

2    again, you know, because what I heard here today basically

3    was that, when I filled my tank up this morning, leaving

4    Virginia Beach, it cost me about $70 to come here to

5    Richmond, I could have kept that in my pocket.  But I say

6    to you all, thanks for inviting us and hearing us out.

7    And please take a look at the district that we drew and

8    presented to you.

9          Thank you, again, for everything.

10          CHAIRMAN COLE:  Thank you.  Does anybody else

11    wish to speak?

12          All right.  Thank you.  I believe at least the

13    precinct list for the substitute has been distributed to

14    the committee members.

15          DELEGATE JONES:  Yes, sir.

16          CHAIRMAN COLE:  For 5001.

17          DELEGATE JONES:  Yes.  That is correct,

18    Mr. Chairman, and this will give you, in a report format,

19    what would be put into a substitute that would be probably

20    two or three pages long, front and back, when they're

21    sitting down with the precincts.  I'm going to answer any

22    questions that any members may have, once we've had a

23    chance to look over this.

24          I'm not sure what the posture would be, if we

25    wanted to approve the amendment and make the substitute in

1    concept, based on this work plan which has the House

2    District listed by precinct.

3              CHAIRMAN COLE:  Okay.  Is there any other

4    question or discussion?  Okay.

5              DELEGATE JONES:  Mr. Chairman, I would move

6    that we --

7              CHAIRMAN COLE:  That we adopt the substitute?

8              DELEGATE JONES:  The districts, as listed, the

9    document form of Committee Substitute for 5001.

10             DELEGATE DANCE:  I second.

11             CHAIRMAN COLE:  There's a motion to a adopt the

12   substitute for 5001.  Any other discussions?

13             DELEGATE SICKLES:  Mr. Chairman.

14             CHAIRMAN COLE:  Delegate Sickles.

15             DELEGATE SICKLES:  I just wanted to be clear that

16   when this is a substitute on the floor, will it be

17   amendable?

18             CHAIRMAN COLE:  Anything on the floor will be

19   amendable.

20             DELEGATE SICKLES:  Okay.  Thank you.

21             CHAIRMAN COLE:  Any other questions or

22   suggestions?  And all of those in favor of adopting the

23   substitute, say aye.  Opposed?  All right, the substitute

24   for 5001 is before us.  Is there a motion on the bill?

25   Motion to report?  Is there a second?

32

1          DELEGATE COSGROVE:  Second.

2          CHAIRMAN COLE:  Okay.  Any other House

3   discussions on the substitute for House Bill for 5001?

4   Now, all those in favor of reporting the substitute for

5   5001 will vote yes.

6          Okay.  Has everyone voted?  Clerk will close the

7   role.  The bill is reported.  Is there any other business

8   to come before the Committee?

9          DELEGATE ALBO:  I have a question.

10         CHAIRMAN COLE:  All right.

11         DELEGATE ALBO:  This computer program that you

12  guys have developed is phenomenal.  I mean, it's really

13  good.  If you go back, you can tag onto the HTML

14  attachment, and you can see all kinds of information.  Is

15  the bill that we just passed, when do you think that that

16  is going to be into the computer?

17         DELEGATE JONES:  It's being done now.  Shortly.

18         DELEGATE ALBO:  I just wanted to congratulate

19  you.  It's really good.

20         DELEGATE JONES:  Mr. Chairman, if I may, I would

21  ask all the Members of the Committee, the public included,

22  to please take a copy of this and go through it and look

23  at it and see that you know your districts, which all

24  members do.  I know what you came to talk to me about, or

25  to talk to them about.  We tried to reflect that.  But

33

1    sometimes, when you have multiple versions of a program,

2    you might lose something in the program.  But I think this

3    best represents what we have talked about before you

4    properly.

5              CHAIRMAN COLE:  Okay.  Is there any other

6    discussion or any other business to come before the

7    Committee?  If not, the committee will rise.

8

9              NOTE:  At this time the meeting was adjourned.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

34

1                    CERTIFICATE OF COURT REPORTER

2

3            I, Kellie Milner, hereby certify that I was

4    the court reporter in the Privileges and Elections Hearing

5    for the General Assembly on the 4th day of April, 2011, at

6    the time of the hearing herein.

7            I further certify that the foregoing transcript

8    is a true and accurate record of the incidents of the

9    hearing herein, to the best of my ability.

10           Given under my hand this 3rd day of May, 2011.

11

12

13                        _____

14                        Kellie Milner, Court Reporter

15

16

17

18

19

20

21

22

23

24

25