# Appendix B

TABLE 1: BOUNDARIES OF DISTRICT 63 BEFORE AND AFTER REDISTRICTING[1]

**District 63 (2001)**         **District 63 (2011)**

    

TABLE 2: BOUNDARIES OF DISTRICT 80 BEFORE AND AFTER REDISTRICTING

**District 80 (2001)**         **District 80 (2011)**

    

TABLE 3: BOUNDARIES OF DISTRICT 89 BEFORE AND AFTER REDISTRICTING

**District 89 (2001)**         **District 89 (2011)**

    

---

[1] All images shown in tables in this Appendix are taken from DI Ex. 98.

**Appendix B at 1**

TABLE 4: BOUNDARIES OF DISTRICT 95 BEFORE AND AFTER REDISTRICTING

**District 95 (2001)**　　　　　　　　**District 95 (2011)**

