# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, | |
| Plaintiffs, | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |
| v. | |
| VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, | |
| Defendants. | |
| v. | |
| VIRGINIA HOUSE OF DELEGATES, | |
| Intervenor-Defendants | |

## JOINT SUBMISSION REGARDING ANTICIPATED LENGTH OF WITNESS TESTIMONY

On Friday, September 22, the Court convened all counsel on a telephone conference to address various issues reflected in the Parties' Joint Proposed Agenda for Final Pretrial Conference, Dkt. No. 197. During that telephone conference, the Court requested that the Parties provide, in advance of the pretrial conference, their estimates of how long they anticipate each witness will testify. The Parties' estimates are set forth below.[1]

---

[1] Witnesses are listed in alphabetical order, which is not necessarily the order in which they will be called to testify. While the estimates provided are good faith estimates based on the overall time allotted for trial and the Parties' current assessment of each witness's likely testimony, the Parties are continuing to develop their trial presentations. Accordingly, the Parties note that their presentations may run longer or shorter than the provided estimates in some cases. Additionally, the estimates below do not include time allotted for Plaintiffs' rebuttal case, as any rebuttal case will depend entirely upon the testimony as presented during Intervenors' case-in-chief.

- ii -

## PLAINTIFFS' CASE

| Witness | Type | Direct Examination (Estimated Hours) | Cross Examination (Estimated Hours) |
|---|---|---|---|
| Ward Armstrong | Fact | 0.5 | 0.25 |
| Rosalyn Dance | Fact | 0.5 | 0.5 |
| Algie Howell | Fact | 0.5 | 0.5 |
| Matthew James | Fact | 0.5 | 0.5 |
| Jennifer McClellan | Fact | 0.5 | 0.5 |
| Delores McQuinn | Fact | 0.5 | 0.5 |
| Dr. Maxwell Palmer | Expert | 1.5 | 1.0 |
| Dr. Jonathan Rodden | Expert | 2.5 | 1.5 |
| **Total** | | **7.0** | **5.25** |

## INTERVENORS' CASE

| Witness | Type | Direct Examination (Estimated Hours) | Cross Examination (Estimated Hours) |
|---|---|---|---|
| Dr. Thomas Hofeller | Expert | 0.75 | 0.75 |
| Dr. Trey Hood | Expert | 0.75 | 0.75 |
| Chris Jones | Fact | 2.5 | 2.0 |
| Dr. Jonathan Katz | Expert | 0.75 | 0.75 |
| John Morgan | Fact | 2.5 | 1.0 |
| John O'Bannon | Fact | 0.5 | 0.5 |
| Christopher Peace | Fact | 0.5 | 0.5 |
| Christopher Stolle | Fact | 0.5 | 0.5 |
| Thomas Wright | Fact | 0.5 | 0.5 |
| **Total** | | **9.25** | **7.25** |

Date: September 28, 2017

Respectfully submitted,

| | |
|---|---|
| By /s/ Katherine L. McKnight<br>    Katherine L. McKnight (VSB No. 81482)<br>    E. Mark Braden (*pro hac vice*)<br>    Richard B. Raile (VSB No. 84340)<br>    Baker & Hostetler LLP<br>    1050 Connecticut Avenue NW, Ste. 1100<br>    Washington, DC 20036<br>    Phone: (202) 861-1500<br>    Fax (202) 861-1783<br>    Email: kmcknight@bakerlaw.com<br>    Email: mbraden@bakerlaw.com<br>    Email: rraile@bakerlaw.com<br><br>    *Attorneys for Defendant-Intervenors*<br><br>By /s/ Trevor S. Cox<br>    Matthew R. McGuire (VSP No. 84194)<br>    Trevor S. Cox (VSB No. 78396)<br>    Office of the Attorney General<br>    202 North 9th Street<br>    Richmond, VA 23219<br>    Phone: (804) 786-7240<br>    Fax: (804) 371-0200<br>    Email: mmcguire@oag.state.va.us<br>    Email: tcox@oag.state.va.us<br><br>    *Attorneys for Defendants* | By /s/ Aria C. Branch<br>    Aria C. Branch (VSB #1014541)<br>    Marc E. Elias<br>    Bruce V. Spiva (*pro hac vice*)<br>    Perkins Coie LLP<br>    700 13th St. N.W., Suite 600<br>    Washington, D.C. 20005-3960<br>    Phone: (202) 654-6338<br>    Fax: (202) 654-9106<br>    Email: ABranch@perkinscoie.com<br>    Email: MElias@perkinscoie.com<br>    Email: BSpiva@perkinscoie.com<br><br>    Kevin J. Hamilton<br>    Abha Khanna (*pro hac vice*)<br>    William B. Stafford (*pro hac vice*)<br>    Ryan Spear (*pro hac vice*)<br>    Perkins Coie LLP<br>    1201 Third Avenue, Suite 4900<br>    Seattle, WA 98101<br>    Phone: (206) 359-8000<br>    Fax: (206) 359-9000<br>    Email: KHamilton@perkinscoie.com<br>    Email: AKhanna@perkinscoie.com<br>    Email: BStafford@perkinscoie.com<br>    Email: RSpear@perkinscoie.com<br><br>    *Attorneys for Plaintiffs* |