# Exhibit A

| | |
|---|---|
| **From:** | Spear, Ryan M. (Perkins Coie) <RSpear@perkinscoie.com> |
| **Sent:** | Friday, September 8, 2017 4:27 PM |
| **To:** | McKnight, Katherine L.; Braden, E. Mark; Raile, Richard; dloesq@aol.com; Raphael, Stuart A.; McGuire, Matthew R.; Cox, Trevor S. |
| **Cc:** | Branch, Aria C. (Perkins Coie); Hamilton, Kevin J. (Perkins Coie); Khanna, Abha (Perkins Coie); Stafford, Ben (Perkins Coie); Louijeune, Ruthzee (Perkins Coie) |
| **Subject:** | Bethune-Hill v. Va. St. Bd. of Elections / Plaintiffs' initial discovery designations |
| **Attachments:** | 1-[Designated] Intervenors responses to Plaintiffs RFAs.pdf; 2-[Designated] Intervenors responses to Plaintiffs ROGs.pdf; 3-[Designated] Intervenors responses to Plaintiffs RFPs.pdf; 4-[Designated] Defendants responses to Plaintiffs RFPs.pdf; 5-[Designated] C. Marston deposition transcript.pdf; 6-[Designated] R. Tyler deposition transcript.pdf |
| **Importance:** | High |

Dear counsel,

Pursuant to paragraph 10 of the Court's Memorandum Order (Dkt. 173), please find attached Plaintiffs' initial discovery designations, consisting of portions of the following:

1. Intervenors' 7/26/17 responses to Plaintiffs' Requests for Admission
2. Intervenors' 7/26/17 responses to Plaintiffs' Interrogatories
3. Intervenors' 7/26/17 responses to Plaintiffs' Requests for Production
4. Defendants' 7/26/17 responses to Plaintiffs' Requests for Production
5. Transcript of 5/18/15 deposition of C. Marston
6. Transcript of 5/19/15 deposition of R. Tyler

We have highlighted in green our initial designations for these documents. Please note that our designations for the transcripts *include* the designations that *all* parties made before the first trial. In other words, the highlighted portions encompass both the designations that all parties made before the first trial *and* Plaintiffs' "new" designations.

We suggest using the same protocol that the parties used last time around. That is, once the parties have identified their initial designations and fairness or rebuttal designations, then we can create documents that show only those portions of the text that one or more parties have designated. We can then jointly file those documents as "conformed" copies for the Court. That assumes, of course, that there are no disputes over the designations, but I'm hopeful that will be the case.

We look forward to receiving Intervenors' and Defendants' designations.

Thanks,

Ryan

**Ryan Spear | Perkins Coie LLP**
COUNSEL
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099

1

D. +1.206.359.3039
F. +1.206.359.4039
E. [RSpear@perkinscoie.com](mailto:RSpear@perkinscoie.com)

---

**From:** McKnight, Katherine L. [mailto:kmcknight@bakerlaw.com]
**Sent:** Wednesday, July 26, 2017 8:59 PM
**To:** Spear, Ryan M. (SEA); Braden, E. Mark; Raile, Richard; dloesq@aol.com
**Cc:** Raphael, Stuart A.; McGuire, Matthew R.; Cox, Trevor S.; Branch, Aria C. (WDC); Hamilton, Kevin J. (SEA); Khanna, Abha (SEA); Stafford, Ben (SEA); Elias, Marc (WDC); Spiva, Bruce V. (WDC)
**Subject:** Bethune-Hill v. Va. St. Bd. of Elections - Defendant-Intervenors' objections, answers and responses to Plaintiffs' written discovery

Dear Counsel:

Attached are Defendant-Intervenors' objections, answers and responses to Plaintiffs' written discovery.

Kind regards,

Kate

**Katherine L. McKnight**
Partner



Washington Square
1050 Connecticut Ave, N.W. | Suite 1100
Washington, DC 20036-5304
T +1.202.861.1618

kmcknight@bakerlaw.com
bakerlaw.com

---

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.