IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                                        Civil Action No. 3:14cv852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

### ORDER

Having further considered the matter, it is hereby ORDERED that each counsel shall make opening statements and closing arguments that will not exceed fifteen minutes. In that regard, counsel are requested briefly to summarize new evidence addressing the factors other than race that were submitted in the formation of the districts.

It is further ORDERED that all trial sessions shall begin at 9:00 AM.

It is so ORDERED.

                                                  /s/    REP
                                  Robert E. Payne
                                  Senior United States District Judge
                                  For the Court

Richmond, Virginia
Date: October 4, 2017