

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                                              Civil Action No. 3:14cv852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

## ORDER

The parties having filed a STIPULATION REGARDING DISCOVERY DESIGNATIONS (ECF No. 214), which stipulation resolves PLAINTIFFS' OBJECTIONS TO DEFENDANT-INTERVENORS' DISCOVERY DESIGNATIONS (ECF No. 200) and DEFENDANT-INTERVENORS' OBJECTIONS TO PLAINTIFFS' DISCOVERY DESIGNATIONS (ECF No. 202), it is hereby ORDERED that the PLAINTIFFS' OBJECTIONS TO DEFENDANT-INTERVENORS' DISCOVERY DESIGNATIONS (ECF No. 200) and DEFENDANT-INTERVENORS' OBJECTIONS TO PLAINTIFFS' DISCOVERY DESIGNATIONS (ECF No. 202) are overruled as moot.

It is so ORDERED.

                                                    /s/ REP
                                      Robert E. Payne
                                      Senior United States District Judge
                                      For the Court

Richmond, Virginia
Date: October 5, 2017