# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, <br><br>　　　　　Defendants. | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |

## NOTICE OF FILING OF CONFORMED SET OF DESIGNATED DISCOVERY

Pursuant to this Court's scheduling order, *see* Dkt. 173, Plaintiffs and Defendant-Intervenors (the "Parties") hereby submit as exhibits to this notice a conformed set of all designated discovery in the above-referenced matter. The Parties' designated discovery consists of the following four exhibits: (1) the Parties' designations of discovery responses as Exhibit A; (2) the Parties' designations of the transcript of Christopher M. Marston's deposition testimony as Exhibit B; (3) the Parties' designations of the transcript of Delegate Roslyn C. Tyler's deposition testimony as Exhibit C; and (4) the Parties' designations of the transcript of James Loewen, Ph. D. as Exhibit D.

DATED: October 9, 2017

By: /s/ *Aria C. Branch*
　　　Aria C. Branch (VSB # 83682)
　　　Marc Erik Elias (admitted *pro hac vice*)
　　　Bruce V. Spiva (admitted *pro hac vice*)
　　　**PERKINS COIE LLP**
　　　700 Thirteenth Street, N.W., Suite 600
　　　Washington, D.C.  20005-3960
　　　Telephone: 202.434.1627
　　　Facsimile: 202.654.9106

        Kevin J. Hamilton (admitted *pro hac vice*)
        Abha Khanna (admitted *pro hac vice*)
        Ryan Spear (admitted *pro hac vice*)
        William B. Stafford
           (admitted *pro hac vice*)
        **PERKINS COIE LLP**
        1201 Third Avenue, Suite 4900
        Seattle, WA 98101-3099
        Telephone: 206.359.8000
        Facsimile: 206.359.9000

        *Attorneys for Plaintiffs*

DATED: October 9, 2017

        */s/ Katherine L. McKnight*
        Katherine L. McKnight (VSB No. 81482)
        E. Mark Braden (*pro hac vice*)
        Richard B. Raile (VSB No. 84340)
        BAKER HOSTETLER LLP
        1050 Connecticut Avenue, NW Suite 1100
        Washington, DC 20036
        Telephone: 202.861.1500
        Facsimile: 202.861.1783
        kmcknight@bakerlaw.com
        mbraden@bakerlaw.com
        rraile@bakerlaw.com

        Dalton L. Oldham, Esq. (*pro hac vice*)
        1119 Susan St.
        Columbia, SC 29210
        Telephone: 803-772-7729
        dloesq@aol.com

        *Attorneys for the Virginia House of Delegates*
        *and Virginia House of Delegates Speaker*
        *William J. Howell*