# CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

DATE: 10-10-17

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| Golden Bethune-Hill, et al. <br> v. <br> The Virginia State | Case No. 3:14 cv 852 <br> Judge: Judge Keenan <br> Judge Payne <br> Judge Allen <br> Court Reporter: Peppy Peterson <br> Tracy Stroh |

MATTER COMES ON FOR: (✓) BENCH TRIAL ( ) MOTION HEARING ( ) OTHER: _____

APPEARANCES: Parties by (✓) with ( ) counsel     Pro Se ( )

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )   DEFENDANT(S) ( )   Court ( )

OPENING STATEMENTS MADE (✓)     OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE (✓) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )  TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL 10-11-17 AT 9:00 am .M. FOR Bench Trial

ADDITIONAL NOTATIONS: _____

Counsel for Plaintiff(s): Kevin Hamilton, Abha Khanna, Aria Branch

Counsel for Defendant(s): Board of Elections - Matthew McGuire, Amy Tolbert; House of Delegates - Mark Braden, Katherine McKnight, Richard Raile

SET: 9:00    BEGAN: 9:05    ENDED: 5:15    Time in Court: 6:00

RECESSES: 10:50-11:10   3:45-4:05   1:10-2:00

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA-RICHMOND DIVISION

Golden Bethune-Hill, et al.

V.

The Virginia States Board of Elections, et al.

**EXHIBIT AND WITNESS LIST**

Case Number: 3:14cv852

| PRESIDING JUDGE Payne, Allen and Kennan | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| 10/10/17 | COURT REPORTER Peppy Peterson, Tracey Stroh | COURTROOM DEPUTY Kathy Hancock |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| xx | | 10/10 | | | Senator Jennifer McClellan |
| xx | | | | | Dft-Int TX 94, pg. 4 -- map |
| xx | | | | | email |
| | xx | | | | cross |
| | xx | | | | Dft-Int TX94, pg. 4 map |
| xx | | | | | Re-direct |
| xx | | | | | Delegate Matthew James |
| xx | | | | | Dft-Int TX94, pg 10 map |
| | xx | | | | Cross |
| | xx | | | | Dft-Int TX 94, pg 10 map |
| xx | | | | | Algie Howell, Jr. |
| | | | | | cross |
| | xx | | | | Dft-Int TX 94, pg 12 map |
| | xx | | | | Dft-Int TX 91, pg 180 map |
| xx | | | | | Redirect |
| xx | | | | | Dft-Int TX 91, pg 180 map |
| xx | | | | | Delegate Delores McQuinn |
| xx | | | | | Dft-Int TX 94, pg 3 |
| | xx | | | | cross |
| xx | | | | | No redirect |
| xx | | | | | Senator Rosalyn R. Dance |
| x | | | | | Dft –Int Ex 94- pg 1 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | Bethune-Hill, et al | | vs. | The Virginia State Board of Elections, et al | CASE NO. Day 1 3:14cv852 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| xx | | 10/10/2017 | | | Senator Rosalyn R. Dance continued |
| | xx | | | | cross |
| | xx | | | | demonstrative video (plf's ex 34) |
| xx | | | | | redirect |
| xx | | | | | plf's ex 33 page 43, 44 |
| xx | | | | | Dr. Jonathan Andrew Rodden expert geospacial data science (accepted as a expert, objection was overruled) |
| xx | | | | | plf's Ex. 69 |
| xx | | | | | plf's Ex. 70 |
| xx | | | | | expert report |