Day 2

**CIVIL NON-JURY TRIAL OR MOTION HEARING**
**MINUTE SHEET**

DATE: 10-11-17

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| Golden Bethune-Hill, et al. v. The Virginia State Board of Elections, et al. | Case No. 314CV852<br>Judge: Judge Keenan, Judge Payne, Judge Allen<br>Court Reporter: Peppy Peterson, Tracey Stroh |

MATTER COMES ON FOR: (✓) BENCH TRIAL ( ) MOTION HEARING ( ) OTHER: ____________

APPEARANCES: Parties by (✓) with ( ) counsel Pro Se ( )

MOTIONS BEFORE TRIAL: ______________________________

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) Court ( )

OPENING STATEMENTS MADE ( ) OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE (✓) RESTED (✓) 2:39pm MOTION ( ) ____________

DEFENDANT(S) ADDUCED EVIDENCE (✓) RESTED ( ) MOTION ( ) ____________

REBUTTAL EVIDENCE ADDUCED ( ) SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( ) ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( ) MONETARY AWARD $__________

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) ______________________

CLERK TO ENTER JUDGMENT ON DECISION ( ) TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL 10-12-17 AT 9:00 A.M. FOR Bench Trial

ADDITIONAL NOTATIONS:

Counsel for Plaintiff(s): Kevin Hamilton, Aria Branch, Abha Khanna

Counsel for Defendant(s): Board of Elections - Matthew McGuire; House of Delegates - Amy Jolbert, Mark Braden, Katherine McKnight, Richard Raile

SET: 9:00 BEGAN: 9:00 ENDED 5:55 Time in Court: 6:45

RECESSES: 10:55-11:15
12:55-1:45
3:50-4:10

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Golden Bethune-Hill, et al | vs. | The Virginia State Board of Elections, et al | CASE NO. DAY 2 -- 3:14cv852 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | xx | 10/11/2017 | | | Testimony of Jonathan Andrew Rodden continued |
| | xx | | | | Plfs TX 16 |
| | xx | | | | Plfs TX 69 |
| | xx | | | | Dft Int Ex 91 |
| | xx | | | | Dft Int Ex 94 pg 4 |
| | xx | | | | Expert Report of Rodden |
| xx | | | | | redirect |
| xx | | | | | Plfs TX 69 |
| xx | | | | | Dr. Maxwell Palmer - expert in redistricting, data analysis and political science - received as an expert |
| xx | | | | | Plfs TX 71 |
| | xx | | | | Cross |
| | xx | | | | Plfs TX 71 |
| | xx | | | | Dft Int TX 94 |
| xx | | | | | redirect |
| | xx | | | | Delegate Christopher Jones |
| | xx | | | | Plfs TX 16 |
| | xx | | | | DX6 video |
| | xx | | | | Plfs TX 69 |
| | xx | | | | Dft Int TX 91 |
| | xx | | | | Dft Int TX 14, pg 60 |
| | xx | | | | Dft Int TX 94 |
| | xx | | | | Dft Int TX 106 (plf objects -dft int withdraws exhibit) |
| | xx | | | | Plfs TX 69 |
| | xx | | | | Plfs TX 36 |
| xx | | | | | cross |
| xx | | | | | Plfs TX 16 |
| xx | | | | | Plfs TX 69 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Bethune-Hill, et al. | vs. | The Virginia State Board of Elections, et al. | CASE NO. DAY 2 3:14cv852 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| xx | | 10/11/2017 | | | testimony of Sentator Christopher Jones continued |
| xx | | | | | Dft Int TX 94 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |