# CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

DATE: 10/12/17

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| Golden Bethune-Hill, et al<br>v.<br>The Virginia State Board of Elections, et al. | Case No. 3:14cv852<br>Judge: Judge Keenan / Judge Payne / Judge Allen<br>Court Reporter: Peppy Peterson / Tracey Stroh |

MATTER COMES ON FOR: (✓) BENCH TRIAL ( ) MOTION HEARING ( ) OTHER: _____

APPEARANCES: Parties by ( ) with ( ) counsel    Pro Se ( )

MOTIONS BEFORE TRIAL: _____

## TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )  DEFENDANT(S) ( )  Court ( )

OPENING STATEMENTS MADE ( )    OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE (✓) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $ _____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL 10/13/17 AT 9:00 a.m. FOR Bench Trial

ADDITIONAL NOTATIONS: _____

Counsel for Plaintiff(s): Kevin Hamilton  Aria Branch  Abha Khanna

Counsel for Defendant(s): Board of Elections - Matthew McBride  Amy Tolbert
House of Delegates - Mark Braden, Katherine Mckinght, Richard Raile

SET: 9:00  BEGAN: 9:00  ENDED: 6:10  Time in Court: 7:30

RECESSES: 11 - 11:20
12:50 - 1:40
4:10 - 4:30

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | | |
|---|---|---|---|---|---|
| Bethune-Hill, et al. | | vs. | The Virginia State Board of Elections, et al. | CASE NO. DAY 3 -- 3:14cv852 | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | xx | 10/12/2017 | | | John Bennett Morgan - Demographer |
| | xx | | | | Plfs TX 16 |
| | xx | | | | Dft Int TX 91 |
| | xx | | | | video maping used objected to by plf objection sustained |
| | xx | | | | Plfs TX 69 |
| | xx | | | | Dft Int TX 96, pg. 3, pg. 2 |
| | xx | | | | Dft Int TX 97 pg 3, pg.2 |
| | xx | | | | Dft Int TX 94 |
| | xx | | | | Dft Int TX 108 - plf objected not used |
| | xx | | | | Dft Int TX 134 |
| | xx | | | | Dft Int TX 133 |
| | xx | | | | Dft Int TX 97 |
| xx | | | | | cross |
| xx | | | | | Plfs TX 69 (Rodden Expert Report) |
| xx | | | | | Dft Int 94 |
| | xx | | | | redirect |
| | xx | | | | Jonathan Neil Katz - Kay Sugahahra Professor of Social Sciences |
| | xx | | | | Dft Int TX 16 |
| | xx | | | | Dft Int TX 101 (Katz Report) |
| | xx | | | | Plfs TX 71 |
| | xx | | | | Dft Int TX 101 |
| xx | | | | | cross |
| xx | | | | | Dft Int TX 101 |
| | xx | | | | Dr. M.V. Hood, III |
| | xx | | | | Dft Int TX 103 (Court will not consider the 2015 evidence regarding demographics) |
| xx | | | | | cross |
| xx | | | | | Dft Int TX 103 |

Page 1 of _____ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | Bethune Hill, et al. | | vs. | | The Virginia State Board of Elections, et al. | CASE NO. Day 3 3:14cv852 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | | 10/12/2017 | | | Dr. M.V. Hood, III continued | |
| xx | | | | | Dft Int TX 15 | |
| | xx | | | | Dr. O'Bannon Delegate of District 73 | |
| | xx | | | | Dft Int TX 91 pgs 145, 146 | |
| | xx | | | | Dft Int TX 94, pg 4 | |
| xx | | | | | cross | |
| | xx | | | | Delegate Wright represents District 61 | |
| | xx | | | | Dft Int TX 91, pg 122 | |
| | xx | | | | Dft Int 94, pg 1 | |
| xx | | | | | Cross | |
| | xx | | | | Delegate Peace represents District 97 | |
| | xx | | | | Dft In TX 94 pg 5 | |
| xx | | | | | cross | |
| | xx | | | | redirect | |

Page   2   of _____ Pages