Day 4

| CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET | DATE: 10/13/17 |
|---|---|
| United States District Court | Eastern District of Virginia - Richmond Division |
| Golden Bethune-Hill, et al<br>v.<br>The Virginia State Board of Elections, et al, | Case No. 3:14cv852<br>Judge: Judge Keenan / Judge Payne / Judge Allen<br>Court Reporter: Peppy Peterson / Tracey Stroh |

MATTER COMES ON FOR: (✓) BENCH TRIAL ( ) MOTION HEARING ( ) OTHER: ____

APPEARANCES: Parties by ( ) with ( ) counsel     Pro Se ( )

MOTIONS BEFORE TRIAL: ____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )   DEFENDANT(S) ( )   Court ( )

OPENING STATEMENTS MADE ( )     OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) ____

DEFENDANT(S) ADDUCED EVIDENCE (✓) RESTED (✓) MOTION ( ) ____

REBUTTAL EVIDENCE ADDUCED (✓)   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED (✓)   ARGUMENTS OF COUNSEL HEARD (✓)

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $ ____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) ____

CLERK TO ENTER JUDGMENT ON DECISION ( ) ~~T~~RIAL EXHIBITS RETURNED TO COUNSEL (✓)

CASE CONTINUED UNTIL ____ AT ____ .M. FOR ____

ADDITIONAL NOTATIONS: *each judge kept a set of exhibits
*each law clerk kept a set of exhibits.

Notice Regarding Admission of Dft-Int Trial Exhibits attached for reference

Briefing Schedule — opening 10/30   Reply 11/13   Reply to Resp 11/22
40 pgs ok   40 pgs ok   25 pgs ok

Counsel for Plaintiff(s): Kevin Hamilton  Aria Branch
Abha Khanna

Counsel for Defendant(s): State Board of Elections — Trevor Cox
House of Delegates — Amy Tolbert, Mark Braden
Katherine McKnight
Richard Raile

SET: 9:00   BEGAN: 9:09   ENDED: 11:50   Time in Court: 2:13

RECESSES: 10:47 - 11:15

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Bethune-Hill, et al. | vs. | The Virginia State Board of Elections, et al. | CASE NO. Day 4 3:14cv852 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | xx | 10/13/2017 | | | Delegate (Dr.) Christopher P. Stolle |
| | xx | | | | Dft Int TX 94 |
| xx | | | | | Cross |
| | xx | | | | Delegate (Dr.) Thomas Hoffler |
| | xx | | | | Dft Int TX 14 |
| | xx | | | | Dft Int TX 102 |
| | xx | | | | Plfs TX 69 pg 18 |
| | xx | | | | Plfs TX 69 pg 36, 37 |
| | xx | | | | Dft Int TX 97 pg. 3 |
| | xx | | | | Plfs TX 69 pg 41 |
| | xx | | | | Dft Int TX 14 pg 82, 83, 84 |
| xx | | | | | cross |
| xx | | | | | Dft Int TX 14 pg 41, 42 |
| xx | | | | | Dr Hoffler's 2017 Report |
| xx | | | | | Rebuttal Case |
| xx | | | | | Senator Jennifer McClellan |
| | xx | | | | cross |
| xx | | | | | Dr. Jonathan Andrew Rodden |
| xx | | | | | Plfs TX 69, pg , at pg 53, Fig 18 |
| | xx | | | | cross |
| | xx | | | | Demonstrative Exhibit of a map (not admitted) |
| xx | | | | | redirect |
| xx | | | | | Dr. Matthew Palmer |
| xx | | | | | Plfs TX 72 pg 12 |

Page _____ of _____ Pages

## NOTICE REGARDING ADMISSION OF
## DEFENDANT-INTERVENORS' TRIAL EXHIBITS

Plaintiffs and Defendant-Intervenors' agree that the following Defendant-Intervenors' Trial Exhibits, listed fully on Docket Entry 187-1, are admitted:

- proposed
not objected
to

| | |
|---|---|
| 1. | DI-001 |
| 2. | DI-003 |
| 3. | DI-004 |
| 4. | DI-006 |
| 5. | DI-007 |
| 6. | DI-008 |
| 7. | DI-009 |
| 8. | DI-010 |
| 9. | DI-012 |
| 10. | DI-014 |
| 11. | DI-015 |
| 12. | DI-016 |
| 13. | DI-022 |
| 14. | DI-027*<br>*as edited by agreement of the Parties |
| 15. | DI-028 |
| 16. | DI-029 |
| 17. | DI-033 |
| 18. | DI-034 |
| 19. | DI-037 |
| 20. | DI-038 |
| 21. | DI-039 |
| 22. | DI-040 |
| 23. | DI-047 |
| 24. | DI-049 |
| 25. | DI-052 |
| 26. | DI-053 |
| 27. | DI-058 |
| 28. | DI-059 |
| 29. | DI-060 |
| 30. | DI-061 |
| 31. | DI-062 |
| 32. | DI-063 |
| 33. | DI-064 |

| | |
|---|---|
| 34. | DI-065 |
| 35. | DI-091 |
| 36. | DI-092 |
| 37. | DI-093 |
| 38. | DI-094 |
| 39. | DI-095 |
| 40. | DI-096 |
| 41. | DI-097 |
| 42. | DI-098 |
| 43. | DI-099 |
| 44. | DI-101 |
| 45. | DI-102* *as edited by agreement of the Parties* |
| 46. | DI-103 |
| 47. | DI-105 |
| 48. | DI-112 |
| 49. | DI-113 |
| 50. | DI-114 |
| 51. | DI-115 |
| 52. | DI-116 |
| 53. | DI-117 |
| 54. | DI-118 |
| 55. | DI-119 |
| 56. | DI-120 |
| 57. | DI-121 |
| 58. | DI-122 |
| 59. | DI-123 |
| 60. | DI-124 |