IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                                           Civil Action No. 3:14cv852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.



**ORDER**

For the reasons set forth on the record on October 13, 2017, it is hereby ORDERED that:

(1) The Plaintiffs' Post-trial opening brief (keyed to citations from the record) shall be filed by October 30, 2017; all opposition briefs (keyed to citations from the record) shall be filed by November 13, 2017; and Plaintiffs' reply brief (keyed to citations from the record) shall be filed by November 22, 2017;

(2) The briefs shall, inter alia, provide a district-by-district analysis for each challenged district;

(3) The parties shall explain in general terms the remedies available in the event that the Court concludes that one, some, or all of the districts are unconstitutional; and

(4)   The length of the opening and opposition briefs shall be not more than fifty (50) pages, and the length of the reply brief shall be not more than twenty-five (25) pages.

It is so ORDERED.

                                    /s/  REP
                              _____
                              Robert E. Payne
                              Senior United States District Judge
                              For the Court


Richmond, Virginia
Date: October 17, 2017