Appendix A

# HD 63



Pls.' Ex. 69 Rodden Amended Expert Report p. 36, Figure 11

**Appendix A at 1**

# HD 63



Pls.' Ex. 69 Rodden Amended Expert Report p. 38, Figure 12

**Appendix A at 2**



Lower BVAP                  Higher BVAP

0%  5%  10%  15%  20%  25%  30%  35%  40%

HB 71



Pls.' Ex. 69 Rodden Amended Expert Report p. 18, Figure 4

**Appendix A at 4**

# HD 77



Pls.' Ex. 69 Rodden Amended Expert Report p. 68, Figure 26

# HD 89



Pls.' Ex. 69 Rodden Amended Expert Report p. 58, Figure 20

# HD 90



Pls.' Ex. 69 Rodden Amended Expert Report p. 60, Figure 22

# HD 90



Pls.' Ex. 69 Rodden Amended Expert Report p. 61, Figure 23



Lower BVAP          Higher BVAP

0%   5%   10%   15%   20%   25%   30%

Pls.' Ex. 71 Palmer Expert Report, p. 33, Figure 5

**Appendix A at 9**

# HD 95



Pls.' Ex. 69 Rodden Amended Expert Report p. 47, Figure 16

**Appendix A at 10**