# Appendix A

## Summary of Voting Age Population In and Out Of the Challenged Districts

| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | TVAP: Total Voting Age Pop | | | | BVAP: Black Voting Age Pop | | | | RVAP: Rest, i.e., Non-Black VAP | | | |
| HD | TVAP Total | TVAP Same HD | TVAP In To | TVAP Out Of | In-Out Diff | BVAP Same HD | BVAP In To | BVAP Out Of | In-Out Diff | RVAP Same HD | RVAP In To | RVAP Out Of | In-Out Diff |
| 63 | 61,404 | 50,403 | 11,001 | 7,610 | 3,391 | 30,459 | 5,827 | 3,047 | 2,780 | 19,944 | 5,174 | 4,563 | 611 |
| 69 | 62,538 | 46,367 | 16,171 | 8,849 | 7,322 | 27,148 | 7,113 | 3,675 | 3,438 | 19,219 | 9,058 | 5,174 | 3,884 |
| 70 | 58,654 | 39,390 | 19,264 | 19,670 | (406) | 24,537 | 8,303 | 11,735 | (3,432) | 14,853 | 10,961 | 7,935 | 3,026 |
| 71 | 66,230 | 52,992 | 13,238 | 9,657 | 3,581 | 26,706 | 9,632 | 1,971 | 7,661 | 26,286 | 3,606 | 7,686 | (4,080) |
| 74 | 60,478 | 47,942 | 12,536 | 12,383 | 153 | 29,551 | 4,870 | 8,067 | (3,197) | 18,391 | 7,666 | 4,316 | 3,350 |
| 77 | 57,841 | 42,927 | 14,914 | 13,207 | 1,707 | 28,813 | 4,989 | 3,334 | 1,655 | 14,114 | 9,925 | 9,873 | 52 |
| 80 | 60,871 | 37,852 | 23,019 | 17,793 | 5,226 | 22,140 | 11,911 | 7,924 | 3,987 | 15,712 | 11,108 | 9,869 | 1,239 |
| 89 | 61,070 | 46,942 | 14,128 | 9,980 | 4,148 | 25,644 | 7,934 | 3,969 | 3,965 | 21,298 | 6,194 | 6,011 | 183 |
| 90 | 60,204 | 38,022 | 22,182 | 14,730 | 7,452 | 23,905 | 9,867 | 5,856 | 4,011 | 14,117 | 12,315 | 8,874 | 3,441 |
| 92 | 61,309 | 47,318 | 13,991 | 7,154 | 6,837 | 30,293 | 6,577 | 3,217 | 3,360 | 17,025 | 7,414 | 3,937 | 3,477 |
| 95 | 59,017 | 37,017 | 22,000 | 13,991 | 8,009 | 24,634 | 10,394 | 6,577 | 3,817 | 12,383 | 11,606 | 7,414 | 4,192 |
| Sum | 669,616 | 487,172 | 182,444 | 135,024 | 47,420 | 293,830 | 87,417 | 59,372 | 28,045 | 193,342 | 95,027 | 75,652 | 19,375 |
| Avg | 60,874 | 44,288 | 16,586 | 12,275 | 4,311 | 26,712 | 7,947 | 5,397 | 2,550 | 17,577 | 8,639 | 6,877 | 1,761 |
| Pct | | 27.25 | | | | 22.93 | 47.9 | 44.0 | | 32.95 | 52.1 | 56.0 | |

**Column Headings:**

- [A] District Number
- [B] Total Voting Age Pop (TVAP)
- [C] TVAP in same HD
- [D] TVAP assigned In To
- [E] TVAP assigned Out Of
- [F] Diff TVAP In - Out
- [G] BVAP in same HD
- [H] BVAP assigned In To
- [I] BVAP assigned Out Of
- [J] Diff BVAP In - Out
- [K] RVAP in same HD
- [L] RVAP assigned In To
- [M] RVAP assigned Out Of
- [N] Diff RVAP In - Out

**Pct Row:**

- [C] 27.25 Sum TVAP In To/Total VAP
- [G] 22.93 Sum BVAP In To/Total BVAP
- [K] 32.95 Sum RVAP In To/Total OVAP
- [H] 47.9 BVAP In To/Total TVAP In To
- [I] 44.0 BVAP Out Of/Total TVAP Out Of
- [L] 52.1 RVAP In To/Total TVAP In To
- [M] 56.0 RVAP Out Of/Total TVAP Out Of