Appendix B

# HD 63



Pls.' Ex. 69 Rodden Amended Expert Report p. 36, Figure 11

**Appendix A at 1**

# HD 63



Pls.' Ex. 69 Rodden Amended Expert Report p. 38, Figure 12

**Appendix A at 2**



Lower BVAP                                    Higher BVAP

0%   5%   10%  15%  20%  25%  30%  35%  40%

HD 71



**Legend**

- ⬤ Incumbent residence
- ▬ HB5005 District 71 boundary
- ▭ Benchmark District 71 boundary
- | Other HB 5005 district boundaries
- | County boundary
- · 1 Dot = 2
- · BLACKVAP
- · WHITEVAP
- ▭ Voting tabulation districts

**Appendix A at 4**

# HD 77



Pls.' Ex. 69 Rodden Amended Expert Report p. 68, Figure 26

# HD 89



Pls.' Ex. 69 Rodden Amended Expert Report p. 58, Figure 20

# HD 90



Pls.' Ex. 69 Rodden Amended Expert Report p. 60, Figure 22

# HD 90



Pls.' Ex. 69 Rodden Amended Expert Report p. 61, Figure 23



# HD 95



Pls.' Ex. 69 Rodden Amended Expert Report p. 47, Figure 16

**Appendix A at 10**