IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| VIRGINIA STATE BOARD OF ELECTIONS, et al., | ) Civil Action No. 3:14-cv-00852-REP-AWA-BMK |
| | ) |
| Defendants, | ) |
| and | ) |
| | ) |
| WILLIAM J. HOWELL, SPEAKER OF THE HOUSE OF DELEGATES, and THE HOUSE OF DELEGATES, | ) |
| | ) |
| Intervenor-Defendants. | ) |

### DEFENDANTS' POST-TRIAL SUBMISSION

In response to the Court's October 17, 2017 Order (ECF No. 225), and consistent with their role in this litigation,[1] Defendants, the Virginia State Board of Elections, *et al.*, are not filing their own post-trial brief but join the arguments offered by Defendant-Intervenors (ECF No. 231).

Respectfully submitted,

VIRGINIA STATE BOARD OF ELECTIONS; JAMES B. ALCORN, in his capacity as Chairman of the Virginia State Board of Elections; CLARA BELLE WHEELER, in her capacity as Vice-Chair

---

[1] *See* Defs.' Statement of Position, ECF No. 147; Defs.' Resp. to the Parties' Statements of Position & to the Issues Raised in the Court's April 21, 2017 Order, ECF No. 150; Defs.' Resp. to the Court's May 5, 2017 Order, ECF No. 156; Defs.' Pre-Trial Submission, ECF No. 204.

          of the Virginia State Board of Elections;
          SINGLETON B. McALLISTER, in her capacity as
          Secretary of the Virginia State Board of Elections;
          VIRGINIA DEPARTMENT OF ELECTIONS; and
          EDGARDO CORTÉS, in his capacity as
          Commissioner of the Virginia Department of
          Elections

          By: /s/_____
          Trevor S. Cox, VSB #78396
          Acting Solicitor General
          Office of the Attorney General
          202 North 9th Street
          Richmond, Virginia 23219
          (804) 786-7704 – Telephone
          (804) 371-0200 – Facsimile
          tcox@oag.state.va.us

Mark R. Herring
Attorney General of Virginia

Matthew R. McGuire, VSB #84194
Acting Deputy Solicitor General
mmcguire@oag.state.va.us

Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 371-0200 – Facsimile

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 13, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the counsel of record for all parties.

By:      /s/     
      Trevor S. Cox