```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA
                       Richmond Division
```

GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                                          Civil Action No. 3:14-cv-852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

**ORDER**

    For the reasons set forth in the Memorandum Opinion issued herein (ECF No. 234), it is hereby ORDERED that:

    (1) The Commonwealth of Virginia's House of Delegates Districts numbers 63, 69, 70, 71, 74, 77, 80, 89, 90, 92, and 95 ("Challenged Districts"), as drawn under the 2011 Redistricting Plan, Va. Code Ann. § 24.2-304.03, violate the Equal Protection Clause of the United States Constitution;

    (2) The Commonwealth of Virginia is hereby enjoined from conducting any elections after this date for the office of Delegate in the Commonwealth's House of Delegates in the Challenged Districts until a new redistricting plan is adopted; and

    (3) The matter of providing a redistricting plan to remedy the

constitutional violations found in this case is referred to the Virginia General Assembly for exercise of its primary jurisdiction. The Virginia General Assembly should exercise this jurisdiction as expeditiously as possible, but not later than October 30, 2018, by adopting a new redistricting plan that eliminates the constitutional infirmity in the Challenged Districts and reconfigures any other Districts that need to be redrawn to remedy the constitutional infirmity in the Challenged Districts.

It is so ORDERED.

/s/
Barbara Milano Keenan
United States Circuit Judge
For the Court

Richmond, Virginia
Date: June 26, 2018