IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| Golden Bethune-Hill, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Virginia State Board of Elections, *et al.* <br><br> Defendants. | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |

**Notice of Appeal to the Supreme Court of the United States**

Notice is given that the Virginia House of Delegates and M. Kirkland Cox, in his official capacity as Speaker of the Virginia House of Delegates, the Defendant-Intervenors in the above-captioned case, hereby appeal to the Supreme Court of the United States, pursuant to 28 U.S.C. § 1253, from the order of this three-judge court entered in this action on June 26, 2018, ECF No. 235, enjoining the defendants from employing the 2011 House of Delegates districting plan in future elections and ordering them to draw a remedial districting plan.

Dated: July 6, 2018

Respectfully Submitted,
/s/ *Katherine L. McKnight*

Katherine L. McKnight
E. Mark Braden
Richard B. Raile
BAKER & HOSTETLER LLP
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
kmcknight@bakerlaw.com
mbraden@bakerlaw.com
rraile@bakerlaw.com

*Counsel for Defendant-Intervenors*
*Virginia House of Delegates and*
*Virginia House of Delegates Speaker*
*M. Kirkland Cox*

## Certificate of Service

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Virginia by using the court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: July 6, 2018                                        /s/ *Katherine L. McKnight*
                                                                        Katherine L. McKnight