# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### OFFICE OF THE CLERK
701 EAST BROAD STREET
RICHMOND, VIRGINIA 23219

FERNANDO GALINDO  
CLERK OF COURT

REBECCA BEACH SMITH  
CHIEF JUDGE

July 9, 2018

**Via UPS**

Scott S. Harris, Clerk of the Court
Supreme Court of the United States
Office of the Clerk
1 First Street, NE
Washington, DC  20543-0001

Re:   Golden Bethune-Hill, et al
       v.
       Virginia State Board of Elections, et al
       Civil Case No. 3:14-cv-00852-REP-GBL-BMK

Dear Mr. Harris:

Enclosed are the Notice of Appeal (filed 7/6/18), Order, Memorandum Opinion and docket report in the above case which involves a three-judge panel pursuant to 28 U.S.C. § 2284. We understand that you will hold these documents until the appeal party has filed their jurisdictional statement pursuant to Rule 8.

Please let us know if you need any further information.

Very truly yours,

/s/

Laurie C. Breeden,
Appeals Clerk

LCB/

Enclosures

cc:  Registered CM/ECF users served electronically