# Exhibit B

*AP1043001*



ATTY NO. _04759._   OFFICE NO. _Washington, D. C. 03_
PREPARER'S NAME: _Dawn Inouye_   EXT: _6370_

## CHECK REQUEST

Check One:   Date/Time Requested: **_12/18/14 5:37pm_**
☒ Regular Account   Date/Time Needed: **_12/19/14_** ▓▓▓
☐ Trust Account   (if other than regular cycle)
☐ Partner's Corporation

2C0906-003

Issue   ☒ Check   ☐ Cashier's Check   ☐ Wire Transfer   ☐ Foreign Draft

Payable to: **_Clerk of the Court, U.S. District Court for Eastern District of Virginia_**

Amount: **_$400.00_**

Charge to: **_070916.0026_**   13504

Explanation: **_Filing Fee for Complaint_**

☐ Wireless Service: I confirm amount requested is for business use.
☐ Direct Deposit: I am set up for direct deposit.

Requested by:

Signature

Print Your Name

Mail check to:   Approved by:
☐ Payee
☐ Requester   Signature
☐ Other: **_Name_**
☐ Call for pickup  Ext.   **_Ext._**   Print Your Name

Seattle check requests must be received in Accounts Payable by 9:00 a.m. for the 10:00 a.m. check run and
2:00 p.m. for afternoon emergency checks.

Refer to the Firm Manual for policy and procedural information.

## ACCOUNTING USE ONLY

Check Signer's Initials: _____   Check #: _____ WDC
_____   Check Date: _____





205567-001

333806-2015/01

**Corporate Card**
**Statement of Account**

Sign-up For Online
Statements
www.americanexpress.com/checkyourbill

Closing Date
01/28/15

Page 1 of 3

For important information
regarding your account
refer to page 2.

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity

| Date | Description | | | Amount |
|------|-------------|--|--|--------|
| 01/08/15 | EDVA PAYGOV PAYMENTS ALEXANDRIA | VA | | 75.00 |
| | 999999950   0422-4255740   22314   01/05/15 | | | |
| | misc  court   fees   (NOA,  Pro  Hac Vice,  New | | | |
| | ROC NUMBER 9990999950060003B | | | |
| 01/08/15 | EDVA PAYGOV PAYMENTS ALEXANDRIA | VA | | 75.00 |
| | 999999950   0422-4255751   22314   01/05/15 | | | |
| | misc  court   fees   (NOA,  Pro  Hac Vice,  New | | | |
| | ROC NUMBER 9990999950060003B | | | |
| 01/08/15 | EDVA PAYGOV PAYMENTS ALEXANDRIA | VA | | 75.00 |
| | 999999950   0422-4255754   22314   01/05/15 | | | |
| | misc  court   fees   (NOA,  Pro  Hac Vice,  New | | | |
| | ROC NUMBER 9990999950060003B | | | |
| 01/08/15 | EDVA PAYGOV PAYMENTS ALEXANDRIA | VA | | 75.00 |
| | 999999950   0422-4255756   22314   01/05/15 | | | |
| | misc  court   fees   (NOA,  Pro  Hac Vice,  New | | | |
| | ROC NUMBER 9990999950060003B | | | |

Please tear on the perforation below, detach and return with your payment

Do not staple or use paper clips

**Payment  Coupon**

Continued on Page 3

Payable upon receipt in
U.S. Dollars.

Please enter account
number on all checks and
correspondence.

Checks or drafts must be
drawn against banks
located in the U.S.

Check here if address,
telephone number, or
e-mail address has
changed. Note changes on
reverse side

Mail Payment to:

AMERICAN  EXPRESS
PO BOX 360001
FT LAUDERDALE  FL  33336-0001

0000379633380631003 000221913000221913 28dd

150462_A0005395



205567-001
333806-2015/03

*AP1076925*

**Corporate Card**
**Statement of Account**

Sign-up For Online
Statements

www.americanexpress.com/checkyourbill

Closing Date
03/30/15

Page 1 of 3

For important information
regarding your account
refer to page 2.

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity
Date reflects either transaction or posting date

Card Number XXXX-XXXXX6-31003                         Reference Code                    Amount

| 03/18/15 | EDVA PAYGOV PAYMENTS ALEXANDRIA            VA | 9999995077 | 75.00 |
|          | 999999950  0422-4361561      22314  03/17/15 | | |
|          | misc court fees (NOA, Pro Hac Vice,  New | | |
|          | ROC NUMBER 9999999507700008 | | |

| 03/20/15 | EDVA PAYGOV PAYMENTS ALEXANDRIA            VA | 9999995079 | 75.00 |
|          | 999999950  0422-4366350      22314  03/19/15 | | |
|          | misc court fees (NOA, Pro Hac Vice,  New | | |
|          | ROC NUMBER 9999999507900008 | | |

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips
**Payment Coupon**

Payable upon receipt in
U.S. Dollars.

Please enter account
number on all checks and
correspondence.

Checks or drafts must be
drawn against banks
located in the U.S.

Check here if address,
telephone number, or
e-mail address has
changed. Note changes on
reverse side.

Mail Payment to:

AMERICAN  EXPRESS
PO  BOX  360001
FT  LAUDERDALE   FL   33336-0001

☐

0000379633806631003 0001602400001602400 30HH

150462_A0005497



| Clearing Date | Page 3 of 3 |
|---|---|
| 03/30/15 | |

**Activity Continued**

| | | Reference Code | Amount |
|---|---|---|---|
| 03/24/15 | EDVA PAYGOV PAYMENTS ALEXANDRIA           VA | 99999995083 | 75.00 |
| | 999999950   0422-4072799           22314   03/23/15 | | |
| | misc   court   fees   (NOA,   Pro   Hac   Vice,   New | | |
| | ROC NUMBER 9999999508300009 | | |

150462_A0005499

# PERKINSCOIe

INVOICE #: 5324860

Golden Bethune-Hill

116159.0001./ Bethune-Hill v. Virginia SBOE (EDVA-State House Shaw Claim)

**FOR SERVICES THROUGH 04/30/15**

For Legal Services Rendered

**FOR DISBURSEMENTS THROUGH 04/30/15**

| DESCRIPTION | AMOUNT |
|---|---|
| Outside copying expenses - Branch, Aria C. - A. Branch, Attorney admission fee for the US District Court Eastern District of Virginia for case., 04/03/2015 | $176.00 |

TOTAL FOR DISBURSEMENTS

$38,948.53

**AMERICAN EXPRESS**

## Corporate Card
## Statement of Account

Sign-up For Online
Statements

www.americanexpress.com/checkyourbill

Closing Date
04/29/15

Page 1 of 3

For important information
regarding your account
refer to page 2.

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com.  For additional
contact information, please see the reverse side of this page.

## Activity
Date reflects either transaction or posting date

| Date | Description | Reference Code | Amount $ |
|---|---|---|---|
| 03/31/15 | EDVA PAYGOV PAYMENTS ALEXANDRIA          VA<br>999999950   0422-4382988          22314   03/30/15<br>misc  court  fees  (NOA,  Pro  Hac  Vice,   New<br>ROC NUMBER 9999999509000008 | 99999995090 | 75.00 |
| 04/09/15 | EDVA PAYGOV PAYMENTS ALEXANDRIA          VA<br>999999950   0422-4400292          22314   04/08/15<br>misc  court  fees  (NOA,  Pro  Hac  Vice,   New<br>ROC NUMBER 9999999509900008 | 99999995099 | 75.00 |

✂ Please fold on the perforation below, detach and return with your payment ✂

Do not staple or use paper clips

**Payment Coupon**

Continued on Page 3

Payable upon receipt in
U.S. Dollars.

Please enter account
number on all checks and
correspondence.

Checks or drafts must be
drawn against banks
located in the U.S.

Check here if address,
telephone number, or
e-mail address has
changed. Note changes on
reverse side.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE  FL  33336-0001

⊡

000037963338063l003 0002246440002246644 29HH

150507_A0003791

PERKINSCOIe

INVOICE #: 5420988

Golden Bethune-Hill

116159.0001 / Bethune-Hill v. Virginia SBOE (EDVA-State House Shaw Claim)

**FOR SERVICES** THROUGH 11/30/15

For Legal Services Rendered

**FOR DISBURSEMENTS** THROUGH 11/30/15

| DESCRIPTION | AMOUNT |
|---|---|
| Filing fees - Clerk of the U.S. Supreme Court - Docketing fee | $300.00 |



## Corporate Card
## Statement of Account

Sign-up For Online
Statements

www.americanexpress.com/checkyourbill

Closing Date
10/28/15

Page 1 of 3

For important information
regarding your account
refer to page 2.

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

### Activity   Date reflects either transaction or posting date

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓
Do not staple or use paper clips
**Payment Coupon**

Payable upon receipt in
U.S. Dollars.

Enter 15 digit account
number on all payments.

Checks or drafts must be
drawn against banks
located in the U.S.

Check here if address,
telephone number, or
e-mail address has
changed. Note changes on
reverse side.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE  FL  33336-0001

□

lluludludludludludlumulllmuullud

0000379633380631003 000259517000261517 28␣

151175_A0004469



Prepared For
**MELODY K WATSON**
**PERKINS COIE LLP**

Account Number
XXXX-XXXXX6-31003

Closing Date
10/28/15

Page 3 of 3

## Activity Continued

| | | Reference Code | Amount $ |
|---|---|---|---|



| 10/27/15 | EDVA PAYGOV PAYMENTS ALEXANDRIA         VA | 99999996300 | 505.00 |
|---|---|---|---|

999999953   0422-4698593          22314   10/26/15
misc   court    fees  (NOA,  Pro  Hac  Vice,    New
ROC NUMBER 9999999530000008

151175_A0004471

*222118-001*



*AP1060535*

**...TED STATES DISTRICT COURT**
**... EASTERN DISTRICT OF VIRGINIA**

INVOICE NO: 00000610

Abha Khanna
Perkins Coie, LLP
1201 Third A Venue
Suite 4800
Seattle, WA 98101

Phone:

Received
MAR 0 4 2015
ACCOUNTS PAYABLE

**MAKE CHECKS PAYABLE TO:**

Peppy Peterson, RPR
Official Court Reporter
701 E. Broad Street - Ste. 7420
Richmond, VA 23219

Phone:    (804) 916-2267

Tax ID:   26-1346129
PeppyPeterson@gmail.com

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 02-24-2015 | DATE DELIVERED: 02-27-2015 |
|---|---|---|---|

**Case Style:** 3:14CV852, Golden Bethune-Hill, et al. v Va. State Board of Elections

Cost incident to transcribing the conference call in the above matter when heard on February 24, 2015, before The Honorable Robert E. Payne. This bill represents your portion of my total bill.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 40 | 1.82 | 72.80 | | | | 72.80 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | *Conference Call, 2/24* | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |
| | | | | | | | | TOTAL: | | 72.80 |
| | *13003* | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | |
| **OK TO PAY** | | | | | | | TAX (If Applicable): | | | |
| C/M *070916-0024* | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| | | | | | | | TOTAL REFUND: | | | |
| | | | | | | | TOTAL DUE: | | | $72.80 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 02-27-2015 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

150264_A0000331

PERKINSCOIe

INVOICE #: 5324860
Golden Bethune-Hill
116159.0001 / Bethune-Hill v. Virginia SBOE (EDVA-State House Show Claim)

**FOR SERVICES THROUGH 04/30/15**

For Legal Services Rendered

**FOR DISBURSEMENTS THROUGH 04/30/15**

| DESCRIPTION | AMOUNT |
|---|---|
| Other - - Treasurer of Virginia - DVD: Redistricting Files | $12.00 |

TOTAL FOR DISBURSEMENTS
$38,948.53

Page  2

AO44
(Rev. 11/07)

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:   00000625

**MAKE CHECKS PAYABLE TO:**

Bruce V. Spiva
Perkins Coie, LLP - D.C.
700 13th Street, NW
Suite 600
Washington, DC 20005

Phone:

Peppy Peterson, RPR
Official Court Reporter
701 E. Broad Street - Ste. 7420
Richmond, VA 23219

Phone:      (804) 916-2267

Tax ID:    26-1346129
*PeppyPeterson@gmail.com*

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | | 05-15-2015 | 05-15-2015 |

**Case Style:** 3:14CV852, Golden Bethune-Hill v Va. State Board of Elections

Cost incident to transcribing the conference call in the above matter when heard on May 14, 2015, before The Honorable Robert E. Payne.  This invoice represents your portion of my total bill.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 19 | 2.22 | 42.18 | | | | | | | 42.18 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 42.18 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $42.18 |

## ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
   I certify that the transcript fees  charged  and page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | 05-15-2015 |

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24214 | 5/18/2015 | 22969 |
| **Job Date** | **Case No.** | |
| 5/6/2015 | | |
| **Case Name** | | |
| Golden Bethune-Hill, et al -v- Virginia State Board of Elections, et al | | |
| **Payment Terms** | | |
| Net 30 | | |

COURT REPORTING

208 E. Plume Street, Suite 214
Norfolk, Virginia 23510
*tel:* 757 627 6554 *fax:* 757 625 7077
*email:* info@zahncourtreporting.com

Kevin J. Hamilton, Esquire
PERKINS COIE
700 13th Street, NW
Washington, DC 20005
Washington, DC 20005

| Original, condensed & E-Transcript: | | | |
|---|---|---|---|
| Delegate Chris Jones | | 176.00 Pages | 704.00 |
| Appearance fee | | | 160.00 |
| rough ASCII | | 146.00 | 182.50 |
| Delivery | | | 11.95 |
| | | **TOTAL DUE >>>** | **$1,058.45** |

Thank you for choosing Zahn Court Reporting.
Offices in Norfolk and Richmond
Invoice due upon receipt, not contingent upon client payment.



OK TO PAY/Charge # 116159-0001

**Tax ID:** 54-1020702

*Please detach bottom portion and return with payment.*

Kevin J. Hamilton, Esquire
PERKINS COIE
700 13th Street, NW
Washington, DC 20005
Washington, DC 20005

| Job No. | : 22969 | BU ID | : 1-MAIN |
|---|---|---|---|
| Case No. | : | | |
| Case Name | : Golden Bethune-Hill, et al -v- Virginia State Board of Elections, et al | | |
| Invoice No. | : 24214 | Invoice Date | : 5/18/2015 |
| **Total Due** | **: $ 1,058.45** | | |

Remit To: **Zahn Court Reporting, Ltd.**
**208 East Plume Street**
**Suite #214**
**Norfolk, VA 23510**

---

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



PLANET DEPOS
We make it Happen.
888.433.3767 | WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 101011 | 5/20/2015 | 81658 |
| **Job Date** | **Case No.** | |
| 4/29/2015 | | |
| **Case Name** | | |
| House of Delegates Meeting | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Aria Branch, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC  20005-3960

| EXPEDITED TRANSCRIPTION WITH INDEX OF: | | | |
|---|---|---|---|
| House of Delegates - Special Session 1 - April 5, 2011 | 208.00 | Pages | 1,508.00 |
| Rough ASCII | 11.00 | Pages | 16.50 |
| Conversion | | | 75.00 |
| Shipping & Handling | | | 25.00 |
| | **TOTAL DUE  >>>** | | **$1,624.50** |
| | AFTER 6/19/2015  PAY | | $1,705.73 |

3 Day Expedite

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 446005870679
Wire Routing Number: 026009593
ACH/EFT Routing Number: 052001633
SWIFT Code: BOFAUS3N

We accept all major credit cards, subject to a 3% service fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767
Thank you for your business.

116159.0001

**Tax ID:** 26-3280557

---

*Please detach bottom portion and return with payment.*

Aria Branch, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC  20005-3960

| | | |
|---|---|---|
| Invoice No. | : | 101011 |
| Invoice Date | : | 5/20/2015 |
| **Total Due** | **:** | **$1,624.50** |
| AFTER 6/19/2015  PAY | | $1,705.73 |

| | | |
|---|---|---|
| Remit To: | **Planet Depos, LLC** | |
| | **405 East Gude Drive** | |
| | **Suite 209** | |
| | **Rockville, MD  20850** | |

| | | |
|---|---|---|
| Job No. | : | 81658 |
| BU ID | : | 35-AUDTR |
| Case No. | : | |
| Case Name | : | House of Delegates Meeting |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 100787 | 5/20/2015 | 81922 |

| Job Date | Case No. |
|---|---|
| 5/1/2015 | |

| Case Name |
|---|
| House of Delegates Meeting |

| Payment Terms |
|---|
| Due upon receipt |

PLANET DEPOS
We make it happen.
888.433.3767   WWW.PLANETDEPOS.COM

Aria Branch, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC  20005-3960

| EXPEDITED TRANSCRIPTION WITH INDEX OF: | | | |
|---|---|---|---|
| VA House of Delegates Meeting - April 27, 2011 | 74.00 | Pages | 629.00 |
| Conversion | 1.50 | Hours | 75.00 |
| Shipping & Handling | | | 25.00 |
| | **TOTAL DUE >>>** | | **$729.00** |
| | AFTER 6/19/2015 PAY | | $765.45 |

Next Business Day Expedite

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 446005870679
Wire Routing Number: 026009593
ACH/EFT Routing Number: 052001633
SWIFT Code: BOFAUS3N

We accept all major credit cards, subject to a 3% service fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767
Thank you for your business.

116159.0001

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Aria Branch, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC  20005-3960

| | | |
|---|---|---|
| Invoice No. | : | 100787 |
| Invoice Date | : | 5/20/2015 |
| **Total Due** | : | **$729.00** |
| AFTER 6/19/2015 PAY | | $765.45 |

| | | |
|---|---|---|
| Remit To: | **Planet Depos, LLC** | |
| | **405 East Gude Drive** | |
| | **Suite 209** | |
| | **Rockville, MD  20850** | |

| | | |
|---|---|---|
| Job No. | : | 81922 |
| BU ID | : | 35-AUDTR |
| Case No. | : | |
| Case Name | : | House of Delegates Meeting |

# INVOICE



PLANET DEPOS

888.433.3767 | WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 101010 | 5/20/2015 | 82096 |

| Job Date | Case No. |
|---|---|
| 5/4/2015 | |

| Case Name |
|---|
| House of Delegates Meeting |

| Payment Terms |
|---|
| Due upon receipt |

Aria Branch, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC  20005-3960

---

EXPEDITED TRANSCRIPTION WITH INDEX OF:

| | | |
|---|---|---|
| VA House of Delegates Meeting - April 4, 2011 | 65.00  Pages | 552.50 |
| Conversion | | 50.00 |
| Shipping & Handling | | 25.00 |
| | **TOTAL DUE  >>>** | **$627.50** |
| | AFTER 6/19/2015  PAY | $658.88 |

Next Business Day Expedite

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 446005870679
Wire Routing Number: 026009593
ACH/EFT Routing Number: 052001633
SWIFT Code: BOFAUS3N

We accept all major credit cards, subject to a 3% service fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767
Thank you for your business.

116159.0001

---

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Aria Branch, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC  20005-3960

| | | |
|---|---|---|
| Invoice No. | : | 101010 |
| Invoice Date | : | 5/20/2015 |
| **Total Due** | : | **$627.50** |
| AFTER 6/19/2015  PAY | | $658.88 |

| | | |
|---|---|---|
| Remit To: | **Planet Depos, LLC** | |
| | **405 East Gude Drive** | |
| | **Suite 209** | |
| | **Rockville, MD  20850** | |

| | | |
|---|---|---|
| Job No. | : | 82096 |
| BU ID | : | 35-AUDTR |
| Case No. | : | |
| Case Name | : | House of Delegates Meeting |



PLANET DEPOS
We make it happen.
888.433.3767   WWW.PLANETDEPOS.COM

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 101956 | 5/21/2015 | 81552 |

| Job Date | Case No. | |
|---|---|---|
| 5/8/2015 | 3:14-CV-00852-REP-GBL-BMK | |

| Case Name | | |
|---|---|---|
| Bethune-Hill, et al -v- Virginia State Board of Elections, et al | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Kevin J. Hamilton, Esquire
Perkins Coie, LLP
1201 Third Avenue
Suite 4900
Seattle, WA  98101

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| John Bennett Morgan - LEF | 176.00 | Pages | 642.40 |
| Exhibits | 492.00 | Pages | 172.20 |
| LEF File | | | 95.00 |
| Processing Fee | | | 35.00 |
| Shipping & Handling | | | 35.00 |
| | **TOTAL DUE >>>** | | **$979.60** |
| | AFTER 6/20/2015 PAY | | $1,028.58 |

Ordered By       :  BETHUNE -v- VIRGINIA 3:14-CV-00852-REP-GBL-BMK (Perkins Coie)
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

Due upon receipt and is not contingent on client payment.

OK TO PAY/Charge # _116159-0001_

For your convenience we now accept payments via wire transfer.
Account Number: 446005870679          Wire Routing Number: 026009593
ACH/EFT Routing Number: 052001633      SWIFT Code: BOFAUS3N

We accept all major credit cards, subject to a 3% service fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Kevin J. Hamilton, Esquire
Perkins Coie, LLP
1201 Third Avenue
Suite 4900
Seattle, WA  98101

| | | |
|---|---|---|
| Invoice No. | : | 101956 |
| Invoice Date | : | 5/21/2015 |
| **Total Due** | : | **$1,043.27** |

Remit To:  **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 81552 |
| BU ID | : | 1-MAIN |
| Case No. | : | 3:14-CV-00852-REP-GBL-BMK |
| Case Name | : | Bethune-Hill, et al -v- Virginia State Board of Elections, et al |

AO44
(Rev. 11/07)

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

*222118-001*

INVOICE NO:   00000633

**MAKE CHECKS PAYABLE TO:**

Rachel M. Roberts
Perkins Coie, LLP - D.C.
700 13th Street, NW
Suite 600
Washington, I

Phone:

rroberts@perkins

*A P 1 0 9 0 9 3 5 *

Peppy Peterson, RPR
Official Court Reporter
701 E. Broad Street - Ste. 7420
Richmond, VA 23219

Phone:   (804) 916-2267

Tax ID:   26-1346129
PeppyPeterson@gmail.com

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | 05-27-2015 | 05-31-2015 |

**Case Style:** 3:15CV61, David Lambert, et al. v Democratic Party of Va
Cost incident to transcribing the motions hearing in the above matter
when heard on May 7, 2015, before The Honorable Robert E. Payne.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 59 | 4.85 | 286.15 | | | | | | | 286.15 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| *Transcript of hearing 5/7* | | TOTAL: | 286.15 |
| OK TO PAY/Charge # *116159.0001* | | LESS DISCOUNT FOR LATE DELIVERY: | |
| *13003* | | TAX (If Applicable): | |
| | Received | LESS AMOUNT OF DEPOSIT: | |
| *K. Hamilton* | JUL 20 2015 | TOTAL REFUND: | |
| | ACCOUNTS PAYABLE | TOTAL DUE: | $286.15 |

**ADDITIONAL INFORMATION**
   Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

**CERTIFICATION**
   I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | | DATE | 05-31-2015 |
|---|---|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

150677_A0000765

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 102730 | 6/3/2015 | 81555 |

| Job Date | Case No. | |
|---|---|---|
| 5/15/2015 | 3:14-CV-00852-REP-GBL-BMK | |

| Case Name | | |
|---|---|---|
| Bethune-Hill, et al -v- Virginia State Board of Elections, et al | | |

| | Payment Terms | |
|---|---|---|
| Due upon receipt | | |

Bruce V. Spiva, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC  20005-3960

---

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| M.V. Hood, III - LEF | 168.00 | Pages | 613.20 |
| Exhibits | 192.00 | Pages | 67.20 |
| LEF File | | | 95.00 |
| Shipping & Handling | | | 25.00 |

**TOTAL DUE  >>>**            **$800.40**
AFTER 7/3/2015  PAY            $840.42

Ordered By     :  BETHUNE -v- VIRGINIA 3:14-CV-00852-REP-GBL-BMK (Perkins Coie)
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 446005870679          Wire Routing Number: 026009593
ACH/EFT Routing Number: 052001633      SWIFT Code: BOFAUS3N

We accept all major credit cards, subject to a 3% service fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Thank you for your business.

1Nb159-0001

**Tax ID:** 26-3280557

---

*Please detach bottom portion and return with payment.*

Bruce V. Spiva, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC  20005-3960

| | | |
|---|---|---|
| Invoice No. | : | 102730 |
| Invoice Date | : | 6/3/2015 |
| **Total Due** | : | **$800.40** |
| AFTER 7/3/2015 | PAY | $840.42 |

| | | |
|---|---|---|
| Job No. | : | 81555 |
| BU ID | : | 1-MAIN |
| Case No. | : | 3:14-CV-00852-REP-GBL-BMK |
| Case Name | : | Bethune-Hill, et al -v- Virginia State Board of Elections, et al |

Remit To:   **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 102829 | 6/3/2015 | 81719 |

| Job Date | Case No. |
|---|---|
| 5/18/2015 | 3:14-CV-00852-REP-GBL-BMK |

| Case Name |
|---|
| Bethune-Hill, et al -v- Virginia State Board of Elections, et al |

| Payment Terms |
|---|
| Due upon receipt |

Bruce V. Spiva, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC  20005-3960

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| Christopher Michael Marston - LEF | 180.00  Pages | 657.00 |
| Exhibits | 208.00  Pages | 72.80 |
| LEF File | | 95.00 |
| Shipping & Handling | | 25.00 |
| | **TOTAL DUE  >>>** | **$849.80** |
| | AFTER 7/3/2015  PAY | $892.29 |

Ordered By     :  BETHUNE -v- VIRGINIA 3:14-CV-00852-REP-GBL-BMK (Perkins Coie)
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 446005870679        Wire Routing Number: 026009593
ACH/EFT Routing Number: 052001633        SWIFT Code: BOFAUS3N

We accept all major credit cards, subject to a 3% service fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Thank you for your business.

116159·0001

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment*

Bruce V. Spiva, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC  20005-3960

| | | |
|---|---|---|
| Invoice No. | : | 102829 |
| Invoice Date | : | 6/3/2015 |
| **Total Due** | : | **$849.80** |
| AFTER 7/3/2015  PAY | | $892.29 |

Remit To:  **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 81719 |
| BU ID | : | 1-MAIN |
| Case No. | : | 3:14-CV-00852-REP-GBL-BMK |
| Case Name | : | Bethune-Hill, et al -v- Virginia State Board of Elections, et al |

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 102502 | 6/3/2015 | 81553 |
| Job Date | Case No. | |
| 5/12/2015 | 3:14-CV-00852-REP-GBL-BMK | |
| Case Name | | |
| Bethune-Hill, et al -v- Virginia State Board of Elections, et al | | |
| Payment Terms | | |
| Due upon receipt | | |

Bruce V. Spiva, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC  20005-3960

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| Thomas Brooks Hofeller, Ph.D. - LEF | 214.00  Pages | 781.10 |
| Rough ASCII | 176.00  Pages | 264.00 |
| Exhibits | 283.00  Pages | 99.05 |
| LEF File | | 95.00 |
| Shipping & Handling | | 25.00 |
| | **TOTAL DUE  >>>** | **$1,264.15** |
| | AFTER 7/3/2015  PAY | $1,327.36 |

Ordered By     :   BETHUNE -v- VIRGINIA 3:14-CV-00852-REP-GBL-BMK (Perkins Coie)
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 446005870679          Wire Routing Number: 026009593
ACH/EFT Routing Number: 052001633     SWIFT Code: BOFAUS3N

We accept all major credit cards, subject to a 3% service fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Bruce V. Spiva, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC  20005-3960

| | | |
|---|---|---|
| Invoice No. | : | 102502 |
| Invoice Date | : | 6/3/2015 |
| **Total Due** | : | **$1,264.15** |
| AFTER 7/3/2015 PAY $1,327.36 | | |

116159.0001

| | | |
|---|---|---|
| Job No. | : | 81553 |
| BU ID | : | 1-MAIN |
| Case No. | : | 3:14-CV-00852-REP-GBL-BMK |
| Case Name | : | Bethune-Hill, et al -v- Virginia State Board of Elections, et al |

Remit To:   **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

22481-001

# INVOICE



**ZAHN**
COURT REPORTING

208 E. Plume Street, Suite 214
Norfolk, Virginia 23510
*tel:* 757 627 6554  *fax:* 757 625 7077
*email:* info@zahncourtreporting.com



Kevin J. Hamilton, Esquire
PERKINS COIE
700 13th Street, NW
Washington, DC 20005

* A P 1 0 8 4 6 3 4 *

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24327 | 6/4/2015 | 23020 |

| Job Date | Case No. |
|---|---|
| 5/19/2015 | |

| Case Name |
|---|
| Golden Bethune-Hill, et al -v- Virginia State Board of Elections, et al |

| Payment Terms |
|---|
| Net 30 |

| | | |
|---|---|---|
| Original, condensed & E-Transcript: | | |
| Del Roslyn Tyler | 107.00 Pages | 428.00 |
| Appearance fee | | 120.00 |
| Delivery | | 11.95 |
| | **TOTAL DUE >>>** | **$559.95** |

Thank you for choosing Zahn Court Reporting.
Offices in Norfolk and Richmond
Invoice due upon receipt, not contingent upon client payment.

*Received*
*JUN 2 4 2015*
*ACCOUNTS PAYABLE*

OK TO PAY/Charge # 116159-0001

13003

Depo of R. Tyler, 5/19

**Tax ID:** 54-1020702

*Please detach bottom portion and return with payment.*

Kevin J. Hamilton, Esquire
PERKINS COIE
700 13th Street, NW
Washington, DC 20005

| | | |
|---|---|---|
| Job No. | : 23020 | BU ID  :1-MAIN |
| Case No. | : | |
| Case Name | : Golden Bethune-Hill, et al -v- Virginia State Board of Elections, et al | |
| Invoice No. | : 24327 | Invoice Date :6/4/2015 |
| **Total Due** | : **$ 559.95** | |

Remit To: **Zahn Court Reporting, Ltd.**
**208 East Plume Street**
**Suite #214**
**Norfolk, VA 23510**

### PAYMENT WITH CREDIT CARD

MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

150581_A0002539

324981-001

# INVOICE



208 E. Plume Street, Suite 214
Norfolk, Virginia 23510
tel: 757 627 6554  fax: 757 625 7077
email: info@zahncourtreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24334 | 6/4/2015 | 23135 |

| Job Date | Case No. |
|---|---|
| 5/22/2015 | |

| Case Name |
|---|
| Golden Bethune-Hill, et al -v- Virginia State Board of Elections, et al |

| Payment Terms |
|---|
| Net 30 |

Kevin J. Hamilton, Esquire
PERKINS COIE
700 13th Street, NW
Washington, DC  20005



* A P 1 0 8 4 6 4 0 *

---

Original, condensed & E-Transcript:

Del. Jennifer McClellan          162.00  Pages          891.00

    Appearance fee                                        140.00

    Delivery                                                11.95

                  **TOTAL DUE >>>**          **$1,042.95**

5-day Expedite

Thank you for choosing Zahn Court Reporting.
Offices in Norfolk and Richmond
Invoice due upon receipt, not contingent upon client payment.

*Received*
*JUN 24 2015*
*ACCOUNTS PAYABLE*

OK TO PAY/Charge # *116159-0001*

*13003*

*Depo of J. McClellen, 5/22*

**Tax ID:** 54-1020702

---

*Please detach bottom portion and return with payment.*

Kevin J. Hamilton, Esquire
PERKINS COIE
700 13th Street, NW
Washington, DC  20005

Job No.     : 23135          BU ID        :1-MAIN
Case No.    :
Case Name   :  Golden Bethune-Hill, et al -v- Virginia State
               Board of Elections, et al

Invoice No. :  24334          Invoice Date : 6/4/2015
**Total Due** :  **$ 1,042.95**

| PAYMENT WITH CREDIT CARD | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

mit To:  **Zahn Court Reporting, Ltd.**
        **208 East Plume Street**
        **Suite #214**
        **Norfolk, VA  23510**

150581_A0002543

22498l-00l

# INVOICE



**COURT REPORTING**

208 E. Plume Street, Suite 214
Norfolk, Virginia 23510
*tel:* 757 627 6554  *fax:* 757 625 7077
*email:* info@zahncourtreporting.com



Kevin J. Hamilton, Esquire
PERKINS COIE
700 13th Street, NW
Washington, DC  20005

* A P 1 0 8 4 6 3 7 *

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24331 | 6/5/2015 | 23022 |
| **Job Date** | **Case No.** | |
| 5/21/2015 | | |

| **Case Name** |
|---|
| Golden Bethune-Hill, et al -v- Virginia State Board of Elections, et al |

| **Payment Terms** |
|---|
| Net 30 |

---

| Original, condensed & E-Transcript: | | | |
|---|---|---|---|
| Senator Rosalyn Dance | 241.00 Pages | | 1,205.00 |
| Appearance fee | | | 195.00 |
| Delivery | | | 11.95 |
| | **TOTAL DUE >>>** | | **$1,411.95** |

6-day Expedite

Thank you for choosing Zahn Court Reporting.
Offices in Norfolk and Richmond
Invoice due upon receipt, not contingent upon client payment.

*ok to pay - # 116159-0001*

*13003*

*Depo of Senator R. Dance, 5/21*

Received
JUN 2 4 2015
ACCOUNTS PAYABLE

**Tax ID:** 54-1020702

*Please detach bottom portion and return with payment.*

---

Kevin J. Hamilton, Esquire
PERKINS COIE
700 13th Street, NW
Washington, DC  20005

| | | |
|---|---|---|
| Job No. | : 23022 | BU ID       : 1-MAIN |
| Case No. | : | |
| Case Name | : Golden Bethune-Hill, et al -v- Virginia State Board of Elections, et al | |
| Invoice No. | : 24331 | Invoice Date  : 6/5/2015 |
| **Total Due** | : **$ 1,411.95** | |

Remit To: **Zahn Court Reporting, Ltd.**
**208 East Plume Street**
**Suite #214**
**Norfolk, VA  23510**

| **PAYMENT WITH CREDIT CARD** | MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

150581_A0002541



# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 102497 | 6/8/2015 | 82702 |

| Job Date | Case No. |
|---|---|
| 5/13/2015 | 3:14-CV-00852-REP-GBL-BMK |

| Case Name |
|---|
| Bethune-Hill, et al -v- Virginia State Board of Elections, et al |

| Payment Terms |
|---|
| Due upon receipt |

Kevin J. Hamilton, Esquire
Perkins Coie, LLP
1201 Third Avenue
Suite 4900
Seattle, WA 98101

---

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---:|
| Stephen Ansolabehere, Ph.D. - LEF | 254.00 | Pages | 749.30 |
| Rough ASCII | 211.00 | Pages | 284.85 |
| Exhibits | 110.00 | Pages | 27.50 |
| LEF File | | | 95.00 |

TOTAL DUE >>> **$1,156.65**

AFTER 7/8/2015 PAY $1,214.48

Ordered By : BETHUNE -v- VIRGINIA 3:14-CV-00852-REP-GBL-BMK (Perkins Coie)
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

Due upon receipt and is not contingent on client payment.

OK TO PAY/Charge # *116159-0001*

For your convenience we now accept payments via wire transfer.
Account Number: 446005870679          Wire Routing Number: 026009593
ACH/EFT Routing Number: 052001633          SWIFT Code: BOFAUS3N

We accept all major credit cards, subject to a 3% service fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Thank you for your business.

**Tax ID:** 26-3280557

---

*Please detach bottom portion and return with payment.*

Kevin J. Hamilton, Esquire
Perkins Coie, LLP
1201 Third Avenue
Suite 4900
Seattle, WA 98101

| | | |
|---|---|---|
| Invoice No. | : | 102497 |
| Invoice Date | : | 6/8/2015 |
| **Total Due** | : | **$1,214.48** |

| | | |
|---|---|---|
| Job No. | : | 82702 |
| BU ID | : | 1-MAIN |
| Case No. | : | 3:14-CV-00852-REP-GBL-BMK |
| Case Name | : | Bethune-Hill, et al -v- Virginia State Board of Elections, et al |

Remit To:  **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

# I N V O I C E



## ZAHN
### COURT REPORTING

208 E. Plume Street, Suite 214
Norfolk, Virginia 23510
*tel:* 757 627 6554  *fax:* 757 625 7077
*email:* info@zahncourtreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24374 | 6/8/2015 | 23129 |

| Job Date | Case No. |
|---|---|
| 5/20/2015 | |

| Case Name |
|---|
| Golden Bethune-Hill, et al -v- Virginia State Board of Elections, et al |

| Payment Terms |
|---|
| Net 30 |

Ryan Spear, Esquire
PERKINS COIE
700 13th Street, NW
Washington, DC  20005

---

Original, condensed & E-Transcript:

Ward Armstrong

    Appearance fee

    Delivery

**PAST DUE**

147.00  Pages         588.00

140.00

11.95

**TOTAL DUE  >>>**      **$739.95**

Thank you for choosing Zahn Court Reporting.
Offices in Norfolk and Richmond
Invoice due upon receipt, not contingent upon client payment.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 739.95 |

**Tax ID:** 54-1020702

---

*Please detach bottom portion and return with payment.*

Ryan Spear, Esquire
PERKINS COIE
700 13th Street, NW
Washington, DC  20005

*ok to pay _____ V. S.*
*116159.0001*

| Job No. | : 23129 | BU ID | : 1-MAIN |
|---|---|---|---|
| Case No. | : | | |
| Case Name | : Golden Bethune-Hill, et al -v- Virginia State Board of Elections, et al | | |
| Invoice No. | : 24374 | Invoice Date | : 6/8/2015 |
| **Total Due** | **: $ 739.95** | | |

mit To: **Zahn Court Reporting, Ltd.**
      **208 East Plume Street**
      **Suite #214**
      **Norfolk, VA  23510**

### PAYMENT WITH CREDIT CARD    MasterCard VISA

Cardholder's Name:

Card Number:

Exp. Date:           Phone#:

Billing Address:

Zip:       Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 103818 | 6/9/2015 | 83593 |

| Job Date | Case No. | |
|---|---|---|
| 5/20/2015 | | |

| Case Name | | |
|---|---|---|
| House of Delegates Meeting | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Aria Branch, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

TRANSCRIPTION WITH INDEX OF:

    Transcription - Meeting

                          109.00  Pages                  463.25

                          **TOTAL DUE >>>**           **$463.25**

                          AFTER 7/9/2015  PAY         $486.41

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 446005870679       Wire Routing Number: 026009593
ACH/EFT Routing Number: 052001633     SWIFT Code: BOFAUS3N

We accept all major credit cards, subject to a 3% service fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Thank you for your business.

1I6159·000I

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Aria Branch, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

| | | |
|---|---|---|
| Invoice No. | : | 103818 |
| Invoice Date | : | 6/9/2015 |
| **Total Due** | : | **$463.25** |
| AFTER 7/9/2015  PAY  $486.41 | | |

| | | |
|---|---|---|
| Job No. | : | 83593 |
| BU ID | : | 35-AUDTR |
| Case No. | : | |
| Case Name | : | House of Delegates Meeting |

Remit To:  **Planet Depos, LLC**
             **405 East Gude Drive**
             **Suite 209**
             **Rockville, MD 20850**

 **DTI**

**INVOICE**

Phone: 800-826-0277

Perkins Coie LLP
700 13th St NW
Washington DC 20005-3960

Attn:  Kevin Hamilton

**Invoice #:**  1893203
**Invoice Date:**  16-Jun-2015
**Our Order #:**  030-LA-042255-01

| Matter ID | Client Reference | Client PO | Claim Number | Claim Type | Name of Insured |
|---|---|---|---|---|---|
| | | | | | |
| Your File Number | Firm Matter ID | Claim Office | Sub Claim # | Date of Loss | |
| | | | | | |

Terms:  Due upon receipt

### Golden Bethune-Hill vs. Virgina State Board of Elections
### 3:14-cv-852-REP-GBL-BMK

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| **Job Date:** 28-May-2015 | | | | |
| **Deponent:** Jonathan Katz, Ph.D. | | | | |
| Deposition (Technical/Expert) Transcript - Original | 134 | Pg | $5.45 | $730.30 |
| Exhibit Copying & Scanning-Color | 21 | Pg | $1.10 | $23.10 |
| Exhibit Copying & Scanning-B&W | 195 | Pg | $.65 | $126.75 |
| Exhibit Linking - Per Transcript - LEF | 1 | Ea | $20.00 | $20.00 |
| TotalTranscript CD | 1 | Ea | $45.00 | $45.00 |
| Parking - Reporter | 1 | Ea | $28.00 | $28.00 |
| Delivery - Transcript | 1 | Ea | $25.00 | $25.00 |
| Production and Code Compliance | 1 | Ea | $50.00 | $50.00 |

*Special rates apply

| | |
|---|---|
| **Subtotal:** | **$1,048.15** |
| **Sales Tax** | **$.00** |
| **Total Invoice USD** | **$1,048.15** |

Service Location:

      Los Angeles CA

Thank You. Your Business is appreciated.

OK TO PAY/Charge #  *116159.0001*

**REMIT TO:**
**DTI**
**PO Box 936158**
**Atlanta, GA 31193-6158**

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**PLEASE PAY FROM THIS INVOICE**
**ABA Routing #: 121000248**
**Beneficiary Account #: 4125126904**
**Beneficiary Name: DTI**

Tax No:  58-2413793

AO44
(Rev. 11/07)

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO: 00000640

**MAKE CHECKS PAYABLE TO:**

Rachel M. Roberts
Perkins Coie, LLP - D.C.
700 13th Street, NW
Suite 600
Washington, DC 20005

Phone:

rroberts@perkinscoie.com

Peppy Peterson, RPR
Official Court Reporter
701 E. Broad Street - Ste. 7420
Richmond, VA 23219

Phone:     (804) 916-2267

Tax ID:   26-1346129
PeppyPeterson@gmail.com

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 06-10-2015 | DATE DELIVERED: 06-16-2015 |
|---|---|---|---|

**Case Style:** 3:14CV852, Golden Bethune-Hill v Va. State Board of Elections
Cost incident to transcribing the conference call in the above matter
when heard on June 4, 2015, before The Honorable Robert E. Payne.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 53 | 4.85 | 257.05 | | | | | | | 257.05 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 257.05 |
| | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| | | | | | | | TOTAL REFUND: | | | |
| | | | | | | | TOTAL DUE: | | | $257.05 |

X _Bruce V. Spiva_

116159.0001

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE | | DATE 06-16-2015 |
|---|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

PDF created with pdfFactory trial version www.pdffactory.com

*222118-001*



*AP1086240*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO: 00000654

**MAKE CHECKS PAYABLE TO:**

Kevin Hamilton
Perkins Coie, LLP
1201 Third Avenue
Suite 4800
Seattle, WA 98101

Phone:

Troy Costello, Client Acct Supv
Approved (Y / N) Date ___ Initial ___
Account over 50? (Yes / No )
1st Payment Rcvd? (Yes / No )
Fee to Cost Ratio AVR
Other Reasoning

Peppy Peterson, RPR
Official Court Reporter
01 E. Broad Street - Ste. 7420
Richmond, VA 23219

Phone: (804) 916-2267

Tax ID: 26-1346129
PeppyPeterson@gmail.com

| | CRIMINAL | [X] CIVIL | DATE ORDERED: 07-13-2015 | DATE DELIVERED: 07-13-2015 |

**Case Style:** 3:14CV852, Golden Bethune-Hill, et al. v Va. State Brd of Elections
Cost incident to providing daily copy transcripts in the above matter when heard on July 7, 8, 9, and 13, 2015 before The Hons. Robert E. Payne, Gerald Bruce Lee, and Barbara M. Keenan. This bill represents your portion of my total bill.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 870 | 5.00 | 4,350.00 | | | | | | | 4,350.00 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 4,350.00 |

**OK TO PAY/Charge #** 116159.0001

13003

K. Hamilton

Received

JUL 20 2015

| | |
|---|---|
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $4,350.00 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | Received | DATE 07-17-2015 |
|---|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

JUL 27 2015

ACCOUNTS PAYABLE

PDF created with pdfFactory trial version www.pdffactory.com

150715_A0000573



United States District Court
Eastern District of Virginia - Richmond Division

7/17/17
Invoice Number: 20170050

To:
**Cindy Anderson**
**Perkins Coie, LLP - Seattle**
1201 Third Avenue
Suite 4800
Seattle, Washington 98101
Email: canderson@perkinscoie.com

From:
Payable To:
**Peppy Peterson**
**Official U.S. Court Reporter**
701 East Broad
Room 7420
Richmond, Virginia 23219
Phone: 804.916.2267

Transcripts:
**Criminal or Civil:** Civil
**Date Ordered:** Jul 13, 2017
**Date Delivered:** Jul 17, 2017

**Case Style:** 3:14cv852 - Golden Bethune-Hill vs. Virginia State Board
of Elections
**Description:** Conference call heard July 12, 2017

Charges:

| | Original | | First Copy | Second Copy |
|---|---|---|---|---|
| Expedited | 35 | $4.85 | $169.75 | |

**Total:** $169.75
**Less discount for late delivery:** $0.00
**Amount of deposit:** $0.00
**Paid:** $0.00
**Total refund:** $0.00
**Amount Due:** $169.75

**Additional Information**

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

/s/ *Peppy Peterson*



DIGITAL
EVIDENCE
GROUP LLC

# Invoice

Digital Evidence Group
1730 M Street NW
Suite 812
Washington, DC 20036
202-232-0646

| Date | Invoice # |
|------|-----------|
| 9/6/2017 | 17-22292 |

Tax ID # 30-0168697

| Bill To | Case Caption | Deponent |
|---------|--------------|----------|
| Perkins Coie, LLP<br>Michelle DePass<br>700 Thirteenth Street, N.W. Suite 600<br>Washington, DC 20005-3960 | Golden Bethune v. VA | John Morgan |

| | Terms | Due Date |
|--|-------|----------|
| | Net 30 | 10/6/2017 |

| Description | Serviced | Amount |
|-------------|----------|--------|
| Transcript- 2 day turnaround DC | 8/31/2017 | 1,863.20 |
| Rough Draft | | 408.00 |
| Exhibit Scanning B&W | | 69.25 |
| Exhibit Scanning color | | 20.70 |
| Shipping & Handling  -  Transcript, Exhibits, eTran | | 25.00 |

| | |
|--|--|
| **Total** | $2,386.15 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,386.15 |

Please remit to above address within 30 days. If you have
any questions or concerns please contact Digital Evidence
Group at 202-232-0646.

171071_A0002133

**RECEIVED**
By Accounts Payable at 8:29 am, Sep 18, 2017


**Planet Depos**
We Make It Happen

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 183541 | 9/8/2017 | 156585 |
| **Job Date** | **Case No.** | |
| 8/22/2017 | 3:14-CV-00852-REP-GBL-BMK | |
| | **Case Name** | |
| Bethune-Hill, et al. -v- Virginia State Board of Elections, et al. | | |
| | **Payment Terms** | |
| Due upon receipt | | |

Bruce V. Spiva, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

EXPEDITED TRANSCRIPT WITH INDEX OF:

John M. O'Bannon, III - LEF

| | | |
|---|---|---|
| | 133.00 Pages | 1,243.55 |
| Attendance | | 150.00 |
| Exhibits | 170.00 Pages | 59.50 |
| LEF File | | 95.00 |
| Shipping & Handling | | 35.00 |

* A P 1 2 3 4 2 5 8 *

**TOTAL DUE >>>** **$1,583.05**

AFTER 10/8/2017 PAY $1,662.20

Ordered By : BETHUNE -v- VIRGINIA 3:14-CV-00852-REP-GBL-BMK (Perkins Coie)
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

Due upon receipt and is not contingent on client payment.

Approved for Payment — *Bruce V. Spiva*

Sign Here

Client matter # 125320 .0005

For your convenience we now accept payments via wire transfer.
Account Number: 1048289 Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Bruce V. Spiva, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

| | | |
|---|---|---|
| Invoice No. | : | 183541 |
| Invoice Date | : | 9/8/2017 |
| **Total Due** | : | **$1,583.05** |
| AFTER 10/8/2017 PAY | | $1,662.20 |

Remit To: **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

| | | |
|---|---|---|
| Job No. | : | 156585 |
| BU ID | : | 23-SoVa-R |
| Case No. | : | 3:14-CV-00852-REP-GBL-BMK |
| Case Name | : | Bethune-Hill, et al. -v- Virginia State Board of Elections, et al. |

171013_A0004853



206849-001

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 184228 | 9/18/2017 | 157377 |

| Job Date | Case No. | |
|---|---|---|
| 8/25/2017 | 3:14-CV-00852-REP-GBL-BMK | |

| Case Name |
|---|
| Bethune-Hill, et al. -v- Virginia State Board of Elections, et al. |

| Payment Terms |
|---|
| Due upon receipt |



Bruce V. Spiva, Esquire
Perkins Cole, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

EXPEDITED TRANSCRIPT WITH INDEX OF:
Delores McQuinn - LEF    8/25

| | | |
|---|---|---|
| 100.00 Pages | | 560.00 |
| 25.00 Pages | | 8.75 |
| Exhibits | | 95.00 |
| LEF File | | |

TOTAL DUE >>>  **$663.75**
AFTER 10/18/2017 PAY    $696.94

Ordered By    : BETHUNE -v- VIRGINIA 3:14-CV-00852-REP-GBL-BMK (Perkins Cole)
Perkins Cole, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

Due upon receipt and is not contingent on client payment.

Approved for Payment

Sign Here _____

Client matter # 125320.0005

13003

For your convenience we now accept payments via wire transfer.
Account Number: 1048289    Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Bruce V. Spiva, Esquire
Perkins Cole, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

| | | |
|---|---|---|
| Invoice No. | : | 184228 |
| Invoice Date | : | 9/18/2017 |
| Total Due | : | $663.75 |
| AFTER 10/18/2017 PAY | | $696.94 |

Received

SEP 27 2017

ACCOUNTS PAYABLE

Remit To:  Planet Depos, LLC
405 East Gude Drive
Suite 209
Rockville, MD 20850

| | | |
|---|---|---|
| Job No. | : | 157377 |
| BU ID | : | 23-SoVa-R |
| Case No. | : | 3:14-CV-00852-REP-GBL-BMK |
| Case Name | : | Bethune-Hill, et al. -v- Virginia State Board of Elections, et al. |

1711D7_A0003837



206849-W1



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 184211 | 9/19/2017 | 156149 |

| Job Date | Case No. |
|---|---|
| 8/23/2017 | 3:14-CV-00852-REP-GBL-BMK |

| Case Name |
|---|
| Bethune-Hill, et al. -v- Virginia State Board of Elections, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Bruce V. Spiva, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

EXPEDITED TRANSCRIPT WITH INDEX OF:

| Delegate Chris Jones - LEF | 1 8 23 | 407.00 Pages | | 3,296.70 |
|---|---|---|---|---|
| Attendance | | | | 300.00 |
| Exhibits | | 16.00 Pages | | 5.60 |
| LEF File | | | | 95.00 |
| Shipping & Handling | | | | 35.00 |

|  | TOTAL DUE >>> | $3,732.30 |
|---|---|---|
|  | AFTER 10/19/2017 PAY | $3,918.92 |

Ordered By     :   BETHUNE -v- VIRGINIA 3:14-CV-00852-REP-GBL-BMK (Perkins Coie)
                   Perkins Coie, LLP
                   700 Thirteenth Street, NW
                   Suite 600
                   Washington, DC 20005-3960

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289          Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

Approved for Payment
Sign Here
Client matter # 125320.0005
13003

Tax ID: 26-3280557

*Please detach bottom portion and return with payment*

Bruce V. Spiva, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

| Invoice No. | : | 184211 |
|---|---|---|
| Invoice Date | : | 9/19/2017 |
| Total Due | : | $3,732.30 |
| AFTER 10/19/2017 PAY | | $3,918.92 |

Received
SEP 27 2017
ACCOUNTS PAYABLE

Remit To:   Planet Depos, LLC
            405 East Gude Drive
            Suite 209
            Rockville, MD 20850

| Job No. | : | 156149 |
|---|---|---|
| BU ID | : | 23-SoVa-R |
| Case No. | : | 3:14-CV-00852-REP-GBL-BMK |
| Case Name | : | Bethune-Hill, et al. -v- Virginia State Board of Elections, et al. |

171107_A0003839

*201998=WI-J*



## INVOICE
Page 1

**Phone:** 800-826-0277

Perkins Coie LLP
1201 3rd Avenue
Suite 4900
Seattle, WA 98101-3266

Attn: ABHA KHANNA

* A P 1 2 4 0 0 3 4 *

Invoice #: M-149210
Invoice Date: 09/19/17
Order #: LA-141883-01
Customer #: 105898

Terms: NET 30 DAY

Case No: 3:14-cv-852-REP-GBL-BMK

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Golden Bethune-Hill vs. | | | | |
| Virgina State Board of Elections | | | | |
| | | | | |
| Job Date: 09/12/17 | | | | |
| Deponent: Jonathan Neil Katz, Ph.D. , *9/12* | | | | |
| Word Index | 38 | EACH | $5.45 | $207.10 |
| Deposition (Technical/Expert) Transcript - | 212 | PAGE | $9.81 | $2,079.72 |
| Original-Pg-Expedited 3 days | | | | |
| Delivery - Transcript | 1 | EACH | $20.00 | $20.00 |
| Parking - Reporter | 1 | EACH | $28.00 | $28.00 |
| Production and Code Compliance | 1 | EACH | $50.00 | $50.00 |
| Rough ASCII | 212 | EACH | $1.15 | $243.80 |
| Exhibit Linking - Per Transcript - SBF | 1 | PAGE | $20.00 | $20.00 |
| TotalTranscript CD | 1 | EACH | $45.00 | $45.00 |
| Early Appearance | 0.25 | EACH | $40.00 | $10.00 |
| Exhibit Copying & Scanning-B&W | 227 | PAGE | $0.40 | $90.80 |
| Exhibit Copying & Scanning-Color | 73 | PAGE | $1.10 | $80.30 |

| | |
|---|---|
| Subtotal: | $2,874.72 |
| Sales Tax | $0.00 |
| Total Invoice USD | $2,874.72 |

**Depo Location:**      1888 Century Park East
Suite 1700
Los Angeles, CA  90067

*125320 - 0005*

*( -13003 )*

Thank You. Your Business is appreciated.

Received

**SEP 29 2017**

ACCOUNTS PAYABLE

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**PLEASE PAY FROM THIS INVOICE**
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

171107_A0001697

*206849-001*



Planet **Depos**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 184318 | 9/19/2017 | 156150 |
| **Job Date** | **Case No.** | |
| 8/23/2017 | 3:14-CV-00852-REP-GBL-BMK | |
| **Case Name** | | |
| Bethune-Hill, et al. -v- Virginia State Board of Elections, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Bruce V. Spiva, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

---

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Delegate Chris Jones - VIDEO  *8/23*

| | | |
|---|---|---|
| Set-up and 1st hour | | 350.00 |
| Subsequent Hours | 6.00 Hours | 750.00 |
| Video Upload/Archive | | 25.00 |
| | **TOTAL DUE >>>** | **$1,125.00** |
| | AFTER 10/19/2017 PAY | $1,181.25 |

Ordered By : BETHUNE -v- VIRGINIA 3:14-CV-00852-REP-GBL-BMK (Perkins Coie)
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289        Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

Approved for Payment

Sign Here *Glab*

Client matter # *125320.0005*

*13005*

Tax ID: 26-3280557

---

*Please detach bottom portion and return with payment.*

Bruce V. Spiva, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

| | | |
|---|---|---|
| Invoice No. | : | 184318 |
| Invoice Date | : | 9/19/2017 |
| **Total Due** | : | **$1,125.00** |
| AFTER 10/19/2017 PAY | $1,181.25 | |

Received

SEP 27 2017

ACCOUNTS PAYABLE

Remit To: **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

| | | |
|---|---|---|
| Job No. | : | 156150 |
| BU ID | : | 24-SoVa-V |
| Case No. | : | 3:14-CV-00852-REP-GBL-BMK |
| Case Name | : | Bethune-Hill, et al. -v- Virginia State Board of Elections, et al. |





# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 185414 | 9/20/2017 | 156790 |
| Job Date | Case No. | |
| 8/25/2017 | 3:14-CV-00852-REP-GBL-BMK | |
| Case Name | | |
| Bethune-Hill, et al. -v- Virginia State Board of Elections, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |



Aria Branch, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

| TRANSCRIPT WITH INDEX OF: | | | |
|---|---|---|---|
| Thomas C. Wright, Jr. - LEF | 113.00 | Pages | 480.25 |
| | | | 150.00 |
| Attendance | | | |
| Exhibits | 140.00 | Pages | 49.00 |
| LEF File | | | 95.00 |
| Shipping & Handling | | | 25.00 |

**TOTAL DUE >>>**   **$799.25**

AFTER 10/20/2017 PAY   $839.21

Ordered By : BETHUNE -v- VIRGINIA 3:14-CV-00852-REP-GBL-BMK (Perkins Coie)
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289       Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

*125320.0005*
*13003*
*Transcript of T. Wright, Jr - LEF, 8/25*

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Aria Branch, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

| | | |
|---|---|---|
| Invoice No. | : | 185414 |
| Invoice Date | : | 9/20/2017 |
| **Total Due** | : | **$839.21** |

| | | |
|---|---|---|
| Job No. | : | 156790 |
| BU ID | : | 23-SoVa-R |
| Case No. | : | 3:14-CV-00852-REP-GBL-BMK |
| Case Name | : | Bethune-Hill, et al. -v- Virginia State Board of Elections, et al. |

Remit To:   **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

171201_A0003971

[206-849-00]




## Planet **Depos**°
We Make It Happen™

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 185410 | 9/20/2017 | 157389 |

| Job Date | Case No. |
|---|---|
| 8/25/2017 | 3:14-CV-00852-REP-GBL-BMK |

| Case Name |
|---|
| Bethune-Hill, et al. -v- Virginia State Board of Elections, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Aria Branch, Esquire
Perkins Cole, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

Approved for payment
bill to 125320.0005

/ 3003

| TRANSCRIPT WITH INDEX OF: | | | | |
|---|---|---|---|---|
| Ward L. Armstrong - LEF | DEPO OF W. ARMSTRONG, 8/25 | 62.00 Pages | | 182.90 |
| Exhibits | | 14.00 Pages | | 4.90 |
| LEF File | | | | 95.00 |
| | | **TOTAL DUE >>>** | | **$282.80** |
| | | AFTER 10/20/2017 PAY | | $296.94 |

Ordered By     :  BETHUNE -v- VIRGINIA 3:14-CV-00852-REP-GBL-BMK (Perkins Cole)
                 Perkins Cole, LLP
                 700 Thirteenth Street, NW
                 Suite 600
                 Washington, DC 20005-3960

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289        Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Aria Branch, Esquire
Perkins Cole, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

| Invoice No. | : | 185410 |
|---|---|---|
| Invoice Date | : | 9/20/2017 |
| **Total Due** | : | **$282.80** |
| AFTER 10/20/2017 PAY $296.94 | | |

Remit To:   **Planet Depos, LLC**
            **405 East Gude Drive**
            **Suite 209**
            **Rockville, MD 20850**

| Job No. | : | 157389 |
|---|---|---|
| BU ID | : | 23-SoVa-R |
| Case No. | : | 3:14-CV-00852-REP-GBL-BMK |
| Case Name | : | Bethune-Hill, et al. -v- Virginia State Board of Elections, et al. |

171080_A0000909

*[206849-0017]* (handwritten)

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 187463 | 10/6/2017 | 160623 |
| **Job Date** | **Case No.** | |
| 9/20/2017 | 3:14-CV-00852-REP-GBL-BMK | |
| **Case Name** | | |
| Bethune-Hill, et al. -v- Virginia State Board of Elections, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |



Bruce V. Spiva, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

```
* A P 1 2 3 8 1 4 5 *
```

| EXPEDITED TRANSCRIPT WITH INDEX OF: | | |
|---|---|---|
| James Loewen, Ph.D., - LEF | 96.00  Pages | 700.80 |
| Exhibits | 103.00  Pages | 36.05 |
| LEF File | | 95.00 |
| Shipping & Handling | | 35.00 |



TOTAL DUE >>>     $866.85
AFTER 11/5/2017  PAY     $910.19

Ordered By    :  BETHUNE -v- VIRGINIA 3:14-CV-00852-REP-GBL-BMK (Perkins Coie)
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

Due upon receipt and is not contingent on client payment.

*[25320.0005]* (handwritten)
*[13003]* (handwritten)

Received
OCT 19 2017
ACCOUNTS PAYABLE

For your convenience we now accept payments via wire transfer.
Account Number: 1048289          Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within
30 days of receipt. Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment*

Bruce V. Spiva, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

| Invoice No. | : | 187463 |
|---|---|---|
| Invoice Date | : | 10/6/2017 |
| Total Due | : | $866.85 |
| AFTER 11/5/2017  PAY | : | $910.19 |

Remit To:   Planet Depos, LLC
405 East Gude Drive
Suite 209
Rockville, MD 20850

| Job No. | : | 160623 |
|---|---|---|
| BU ID | : | 01-MAIN |
| Case No. | : | 3:14-CV-00852-REP-GBL-BMK |
| Case Name | : | Bethune-Hill, et al. -v- Virginia State Board of Elections, et al. |

171126_A0005113



*206849-W1*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 186185 | 9/21/2017 | 156155 |

| Job Date | Case No. |
|---|---|
| 8/31/2017 | 3:14-CV-00852-REP-GBL-BMK |

| Case Name |
|---|
| Bethune-Hill, et al. -v- Virginia State Board of Elections, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Bruce V. Spiva, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

| | | | | |
|---|---|---|---|---|
| TRANSCRIPT WITH INDEX OF: | | | | |
| Jennifer L. McClellan - LEF , 8/3/ | 154.00 | Pages | | 454.30 |
| TRANSCRIPT WITH INDEX OF: | | | | |
| Rosalyn R. Dance - LEF  8/31 | 110.00 | Pages | | 324.50 |
| Rough ASCII | 198.00 | Pages | | 297.00 |
| Exhibits | 165.00 | Pages | | 57.75 |
| LEF File | 2.00 | Files | | 190.00 |
| | TOTAL DUE >>> | | | $1,323.55 |
| | AFTER 10/21/2017 PAY | | | $1,389.73 |

Ordered By : BETHUNE -v- VIRGINIA 3:14-CV-00852-REP-GBL-BMK (Perkins Coie)
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289    Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within

Approved for Payment
Sign Here _____
Client matter # 125320.0005
13003

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Bruce V. Spiva, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

| | | |
|---|---|---|
| Invoice No. | : | 186185 |
| Invoice Date | : | 9/21/2017 |
| Total Due | : | $1,323.55 |
| AFTER 10/21/2017 PAY | | $1,389.73 |

Received

SEP 27 2017

ACCOUNTS PAYABLE

Remit To: **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

| | | |
|---|---|---|
| Job No. | : | 156155 |
| BU ID | : | 23-SoVa-R |
| Case No. | : | 3:14-CV-00852-REP-GBL-BMK |
| Case Name | : | Bethune-Hill, et al. -v- Virginia State Board of Elections, et al. |



*AP1241454*

206849 – 001 - - -

# Planet Depos

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 186188 | 9/21/2017 | 156587 |

| Job Date | Case No. |
|---|---|
| 8/31/2017 | 3:14-CV-00852-REP-GBL-BMK |

| Case Name |
|---|
| Bethune-Hill, et al. -v- Virginia State Board of Elections, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Bruce V. Spiva, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

| | | | |
|---|---|---|---|
| TRANSCRIPT WITH INDEX OF: | 8/31 | | |
| Christopher K. Peace - LEF | | 175.00  Pages | 743.75 |
| Attendance | | | 150.00 |
| Rough ASCII | | 134.00  Pages | 201.00 |
| Exhibits | | 47.00  Pages | 16.45 |
| LEF File | | | 95.00 |
| Shipping & Handling | | | 35.00 |

| | |
|---|---|
| TOTAL DUE >>> | **$1,241.20** |
| AFTER 10/21/2017 PAY | $1,303.26 |

Ordered By    :  BETHUNE -v- VIRGINIA 3:14-CV-00852-REP-GBL-BMK (Perkins Coie)
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289        Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within

Approved for Payment  -13003

Sign Here _____

Client matter # 125320.0005

**Tax ID: 26-3280557**

*Please detach bottom portion and return with payment.*

Bruce V. Spiva, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

| | | |
|---|---|---|
| Invoice No. | : | 186188 |
| Invoice Date | : | 9/21/2017 |
| **Total Due** | **:** | **$1,241.20** |
| AFTER 10/21/2017 PAY | $1,303.26 | |

Received

**SEP 27 2017**

ACCOUNTS PAYABLE

| | | |
|---|---|---|
| Job No. | : | 156587 |
| BU ID | : | 23-SoVa-R |
| Case No. | : | 3:14-CV-00852-REP-GBL-BMK |
| Case Name | : | Bethune-Hill, et al. -v- Virginia State Board of Elections, et al. |

Remit To:   **Planet Depos, LLC
405 East Gude Drive
Suite 209
Rockville, MD  20850**

171107_A0003845

**Eastern District of Virginia - Richmond Division**

## To:

**Kevin J. Hamilton**
1201 Third Avenue
Suite 4800
Seattle, Washington, 98101
**Phone:** (206) 359-9000
**Email:** khamilton@perkinscoie.com

## Make Checks Payable To:

**Peppy Peterson**
**Official US Court Reporter**
701 East Broad
Room 7420
Richmond, Virginia, 23219
**Phone:** (804) 916-2267
**Email:** peppypeterson@gmail.com

## Case Details:

**Case Number:** 3:14cv852
**Case Title:** Golden Bethune-Hill, et al. vs. Virginia
State Board of Elections, et al.
**Case Description:** Conference call
**Criminal or Civil:** Civil

**Proceeding Date:** Sep 22, 2017
**Judge Hearing Case:** Robert E. Payne

## Transcripts:

**Date Ordered:** Sep 22, 2017
**Date Delivered:** Sep 23, 2017

## Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Expedited Original | 18 | $2.22 | $39.96 |

**Total:** $39.96
**Amount Due:** $39.96

/s/ Peppy Peterson



# INVOICE



## Planet Depos
We Make It Happen

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 185897 | 9/26/2017 | 157384 |

| Job Date | Case No. |
|---|---|
| 8/30/2017 | 3:14-CV-00852-REP-GBL-BMK |

| Case Name |
|---|
| Bethune-Hill, et al. -v- Virginia State Board of Elections, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Bruce V. Spiva, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

Received
SEP 26 2017
ACCOUNTS PAYABLE

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Matthew James - LEF | 80.00 Pages | | 236.00 |
| Exhibits | 85.00 Pages | | 29.75 |
| LEF File | | | 95.00 |
| | **TOTAL DUE >>>** | | **$360.75** |
| | AFTER 10/26/2017 PAY | | $378.79 |

Ordered By : BETHUNE -v- VIRGINIA 3:14-CV-00852-REP-GBL-BMK (Perkins Coie)
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289      Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

Ruthzee Louijeune
Approved for Payment
Sign Here
Client/matter # 125.320.0005

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Bruce V. Spiva, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

| | | |
|---|---|---|
| Invoice No. | : | 185897 |
| Invoice Date | : | 9/26/2017 |
| **Total Due** | : | **$360.75** |
| AFTER 10/26/2017 PAY $378.79 | | |

| | | |
|---|---|---|
| Job No. | : | 157384 |
| BU ID | : | 23-SoVa-R |
| Case No. | : | 3:14-CV-00852-REP-GBL-BMK |
| Case Name | : | Bethune-Hill, et al. -v- Virginia State Board of Elections, et al. |

Remit To: **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

171071_A0004519



```
┌ 206849-001 ┐
```



**‖ * A P 1 2 3 6 0 8 0 * ‖**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 185809 | 9/27/2017 | 157379 |

| Job Date | Case No: |
|---|---|
| 8/29/2017 | 3:14-CV-00852-REP-GBL-BMK |

| Case Name |
|---|
| Bethune-Hill, et al. -v- Virginia State Board of Elections, et al. |

| Payment Terms |
|---|
| Due upon receipt |

## Planet Depos
### We Make it Happen

Bruce V. Spiva, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

Transcript #8  TRANSCRIPT WITH INDEX OF:
Delegate Algie Howell - LEF, 8/29

| | | | |
|---|---|---|---|
| | 97.00 Pages | | 286.15 |
| Exhibits | 23.00 Pages | | .8.05 |
| Rough ASCII | 61.00 Pages | | 91.50 |
| LEF File | | | 95.00 |

TOTAL DUE >>> $480.70
AFTER 10/27/2017: PAY $504.74

Ordered By    :   BETHUNE -v- VIRGINIA 3:14-CV-00852-REP-GBL-BMK (Perkins Coie)
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1046289        Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

*Approved for Payment*
Sign Here _____    Ruthzee Louijeune
Client matter # 125320-0005
                          13003

Tax ID: 26-3280557

Received
SEP 28 2017
ACCOUNTS PAYABLE

*Please detach bottom portion and return with payment.*

Bruce V. Spiva, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

| | | |
|---|---|---|
| Invoice No. | : | 185809 |
| Invoice Date | : | 9/27/2017 |
| Total Due | : | $480.70 |
| AFTER 10/27/2017 PAY | | $504.74 |

| | | |
|---|---|---|
| Job No. | : | 157379 |
| BU ID | : | 23-SoVa-R |
| Case No. | : | 3:14-CV-00852-REP-GBL-BMK |
| Case Name | : | Bethune-Hill, et al. -v- Virginia State Board of Elections, et al. |

Remit To:    Planet Depos, LLC
405 East Gude Drive
Suite 209
Rockville, MD 20850

171071_A0004413



206849-001



# Planet Depos
### We Make It Happen



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 188183 | 9/27/2017 | 157391 |
| **Job Date** | **Case No.** | |
| 8/29/2017 | 3:14-CV-00852-REP-GBL-BMK | |
| **Case Name** | | |
| Bethune-Hill, et al. -v- Virginia State Board of Elections, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Bruce V. Spiva, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

125320.0005
13003-

| TRANSCRIPT WITH INDEX OF: | | | |
|---|---|---|---|
| Christopher P. Stolle - LEF ( Baker Hostetler Copy), 8/29 | 120.00 Pages | | 354.00 |
| Rough ASCII | 82.00 Pages | | 123.00 |
| Exhibits | 59.00 Pages | | 20.65 |
| LEF File | | | 95.00 |

TOTAL DUE >>>    $592.65
AFTER 10/27/2017 PAY    $622.28

Ordered By      :  BETHUNE -v- VIRGINIA 3:14-CV-00852-REP-GBL-BMK (Perkins Coie)
                   Perkins Coie, LLP
                   700 Thirteenth Street, NW
                   Suite 600
                   Washington, DC 20005-3960

Per instructions, you are responsible for paying for Baker Hostetler copy transcript, if this is incorrect please contact us immediately.

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289          Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

**Received**
**OCT 19 2017**
**ACCOUNTS PAYABLE**

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Bruce V. Spiva, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

| | | |
|---|---|---|
| Invoice No. | : | 188183 |
| Invoice Date | : | 9/27/2017 |
| **Total Due** | : | **$592.65** |
| AFTER 10/27/2017 PAY | | $622.28 |

## Approved for Payment

Sign Here _____

Client matter # _____

| | | |
|---|---|---|
| Job No. | : | 157391 |
| BU ID | : | 23-SoVa-R |
| Case No. | : | 3:14-CV-00852-REP-GBL-BMK |
| Case Name | : | Bethune-Hill, et al. -v- Virginia State Board of Elections, et al. |

Remit To:   Planet Depos, LLC
            405 East Gude Drive
            Suite 209
            Rockville, MD 20850

171126_A0005119

[201849-001]



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 185815 | 9/27/2017 | 157391 |

| Job Date | Case No. |
|---|---|
| 8/29/2017 | 3:14-CV-00852-REP-GBL-BMK |

| Case Name |
|---|
| Bethune-Hill, et al. -v- Virginia State Board of Elections, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Bruce V. Spiva, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

[125320,0005
13003

| TRANSCRIPT WITH INDEX OF: | | |
|---|---|---|
| Christopher P. Stolle - LEF | 120.00 Pages | 510.00 |
| Attendance | | 105.00 |
| Rough ASCII | 82.00 Pages | 123.00 |
| Exhibits | 59.00 Pages | 20.65 |
| LEF File | | 95.00 |
| Shipping & Handling | | 25.00 |

TOTAL DUE >>> $878.65

AFTER 10/27/2017 PAY $922.58

Ordered By : BETHUNE -v- VIRGINIA 3:14-CV-00852-REP-GBL-BMK (Perkins Coie)
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289.   Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within

**Approved for Payment**

Sign Here_____

Client matter # _____

Received
OCT 19 2017
ACCOUNTS PAYABLE

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Bruce V. Spiva, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

| | | |
|---|---|---|
| Invoice No. | : | 185815 |
| Invoice Date | : | 9/27/2017 |
| **Total Due** | : | **$878.65** |
| AFTER 10/27/2017 PAY | | $922.58 |

Remit To: Planet Depos, LLC
405 East Gude Drive
Suite 209
Rockville, MD 20850

| | | |
|---|---|---|
| Job No. | : | 157391 |
| BU ID | : | 23-SoVa-R |
| Case No. | : | 3:14-CV-00852-REP-GBL-BMK |
| Case Name | : | Bethune-Hill, et al, -v- Virginia State Board of Elections, et al. |

171126_A0005137

**Eastern District of Virginia - Richmond Division**                                                   Invoice Number: 20170082

## To:

**Kevin J. Hamilton**
1201 Third Avenue
Suite 4800
Seattle, Washington, 98101
**Phone:** (206) 359-9000
**Email:** khamilton@perkinscoie.com

## Make Checks Payable To:

**Peppy Peterson**
**Official US Court Reporter**
701 East Broad
Room 7420
Richmond, Virginia, 23219
**Phone:** (804) 916-2267
**Email:** peppypeterson@gmail.com

## Case Details:

**Case Number:** 3:14cv852
**Case Title:** Golden Bethune-Hill, et al. vs. Virginia State Board of Elections, et al.
**Case Description:** Final pretrial conference
**Criminal or Civil:** Civil

**Proceeding Date:** Sep 29, 2017
**Judge Hearing Case:** Robert E. Payne

## Transcripts:

**Date Ordered:** Sep 29, 2017
**Date Delivered:** Oct 01, 2017

## Charges:

| Page Type | Page Count | Rate | Sub-Total |
| --- | --- | --- | --- |
| Expedited Original | 50 | $2.22 | $111.00 |

**Total:** $111.00
**Amount Due:** $111.00

/s/ Peppy Peterson

# INVOICE

Discovery Court Reporters and Legal Videographers, LLC
4208 Six Forks Road
Suite 1000
Raleigh, NC 27609
Phone:919-424-8242   Fax:919-570-1569

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111016 | 10/2/2017 | 46634 |
| **Job Date** | **Case No.** | |
| 9/12/2017 | 3:14-cv-852-REP-GBL-BMK | |
| **Case Name** | | |
| Golden Bethune-Hill, et al. v. Virginia State Board of Elections, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kevin Hamilton, Esq.
Perkins Coie LLP
1201 Third Avenue
Suite 4800
Seattle, WA  98101

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| Thomas Hofeller, Ph.D. | 112.00 Pages | 588.00 |
| Exhibit | 110.00 Pages | 55.00 |
| Per Diem | | 150.00 |
| Color Laser Copies | 24.00 | 30.00 |
| Litigation Support Pack O+1 | | 0.00 |
| Wit Letter (Code Compl) | | 12.00 |
| Processing O+1 - P/H | | 43.00 |

| | |
|---|---|
| TOTAL DUE >>> | **$878.00** |
| AFTER 11/1/2017 PAY | $965.80 |

We appreciate your business.  Thank you!

We accept Visa, Mastercard and AmericanExpress with a 3.5% processing fee.

**Tax ID:** 35-2480397

Phone: 206-359-8694   Fax:206-359-9694

*Please detach bottom portion and return with payment.*

Kevin Hamilton, Esq.
Perkins Coie LLP
1201 Third Avenue
Suite 4800
Seattle, WA  98101

Job No.       : 46634          BU ID       : 2-NC
Case No.      : 3:14-cv-852-REP-GBL-BMK
Case Name  : Golden Bethune-Hill, et al. v. Virginia State
                    Board of Elections, et al.
Invoice No.  : 111016          Invoice Date  : 10/2/2017
**Total Due   :  $ 878.00**
AFTER 11/1/2017  PAY $965.80

| PAYMENT WITH CREDIT CARD | AMEX  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:  **Discovery Court Reporters and Legal**
                   **Videographers, LLC**
                   **4208 Six Forks Road**
                   **Suite 1000**
                   **Raleigh, NC  27609**



[ 206849-001 ]



**Planet Depos**
We Make It Happen

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 187300 | 10/4/2017 | 158732 |
| **Job Date** | **Case No.** | |
| 9/8/2017 | 3:14-CV-00852-REP-GBL-BMK | |
| **Case Name** | | |
| Bethune-Hill, et al. -v- Virginia State Board of Elections, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Bruce V. Spiva, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

< 125320.0005
13003

| | | |
|---|---|---|
| TRANSCRIPT WITH INDEX OF: | | |
| Dr. M.V. Hood, III, 9/8 | | |
| Attendance | 355.00 Pages | 1,508.75 |
| | | 350.00 |
| Conference Room(s) | | 201.25 |
| Rough ASCII | 258.00 Pages | 387.00 |
| Exhibits | 331.00 Pages | 115.85 |
| LEF File | | 95.00 |
| Shipping & Handling | | 35.00 |
| | **TOTAL DUE >>>** | **$2,692.85** |
| | AFTER 11/3/2017 PAY | $2,827.49 |

Ordered By    :  BETHUNE -v- VIRGINIA 3:14-CV-00852-REP-GBL-BMK (Perkins Coie)
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289        Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

Received
OCT 19 2017
ACCOUNTS PAYABLE

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Bruce V. Spiva, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

| | | |
|---|---|---|
| Invoice No. | : | 187300 |
| Invoice Date | : | 10/4/2017 |
| **Total Due** | : | **$2,692.85** |
| AFTER 11/3/2017 PAY | | $2,827.49 |

| | | |
|---|---|---|
| Job No. | : | 158732 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 3:14-CV-00852-REP-GBL-BMK |
| Case Name | : | Bethune-Hill, et al. -v- Virginia State Board of Elections, et al. |

Remit To:  Planet Depos, LLC
405 East Gude Drive
Suite 209
Rockville, MD 20850

171126_A0005131



[206849-001]

# INVOICE



## Planet Depos
We Make It Happen

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 187923 | 10/5/2017 | 158355 |
| **Job Date** | **Case No.** | |
| 9/14/2017 | 3:14-CV-00852-REP-GBL-BMK | |
| **Case Name** | | |
| Bethune-Hill, et al. -v- Virginia State Board of Elections, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Bruce V. Spiva, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960



[125320.0005
 13003 ]

| EXPEDITED TRANSCRIPT WITH INDEX OF: | | |
|---|---|---|
| Jonathan Rodden, Ph.D. - LEF, 9/14 | 297.00 Pages | 1,351.35 |
| Exhibits | 375.00 Pages | 131.25 |
| LEF File | | 95.00 |
| | **TOTAL DUE >>>** | **$1,577.60** |
| | AFTER 11/4/2017 PAY | ~~$1,656.48~~ |

Ordered By      :  BETHUNE -v- VIRGINIA 3:14-CV-00852-REP-GBL-BMK (Perkins Coie)
                    Perkins Coie, LLP
                    700 Thirteenth Street, NW
                    Suite 600
                    Washington, DC 20005-3960

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289        Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

Received
OCT 19 2017
ACCOUNTS PAYABLE

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Bruce V. Spiva, Esquire
Perkins Coie, LLP
700 Thirteenth Street, NW
Suite 600
Washington, DC 20005-3960

| | | |
|---|---|---|
| Invoice No. | : | 187923 |
| Invoice Date | : | 10/5/2017 |
| **Total Due** | : | **$1,577.60** |
| AFTER 11/4/2017 PAY | | $1,656.48 |

Remit To:   Planet Depos, LLC
            405 East Gude Drive
            Suite 209
            Rockville, MD 20850

| | | |
|---|---|---|
| Job No. | : | 158355 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 3:14-CV-00852-REP-GBL-BMK |
| Case Name | : | Bethune-Hill, et al. -v- Virginia State Board of Elections, et al. |

171126_A0005125

**United States District Court**
Date: 10/16/2017
**Eastern District of Virginia - Richmond Division**
Invoice Number: 20170097

## To:

**Kevin J. Hamilton**
1201 Third Avenue
Suite 4800
Seattle, Washington, 98101
**Phone:** (206) 359-9000
**Email:** khamilton@perkinscoie.com
**Assistant's Name:** Trish Marino
**Assistant's Email:** tmarino@perkinscoie.com
**Assistant's Phone:** (206) 359-3486

## Make Checks Payable To:

**Peppy Peterson**
**Official US Court Reporter**
701 East Broad
Room 7420
Richmond, Virginia, 23219
**Phone:** (804) 916-2267
**Email:** peppypeterson@gmail.com

## Case Details:

**Case Number:** 3:14cv852
**Case Title:** Golden Bethune-Hill vs. Virginia State
Board of Elections
**Case Description:** Three-judge panel bench trial with
daily copy transcripts
**Criminal or Civil:** Civil

**Proceeding Date:** Oct 10, 2017
**Courthouse:** Richmond
**Judge Hearing Case:** Robert E. Payne, et al.

## Transcripts:

**Date Ordered:** Oct 10, 2017
**Date Delivered:** Oct 10, 2017

## Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Daily Original | 378 | $4.35 | $1,644.30 |

**Total:** $1,644.30
**Amount Due:** $1,644.30

/s/ Peppy Peterson

*125320.0005*

OK TO PAY/Charge # _____

Stroh Court Reporting, LLC
Tracy J. Stroh, RPR, CCR, CLR
8322 Waldron Way
Mechanicsville, Virginia 23111
(804)304-4932  Fax (866)882-5809

October 16, 2017
Invoice No. 17-1000

Trish Marino
Perkins Coie
700 13th Street, NW, Suite 600
Washington, DC 20005-3960

Re:  Golden Bethune-Hill, et al.  v. Virginia State Board of Elections, et al.
Trial transcript October 10, 2017  -  October 13, 2017

Split cost for Daily Transcript  (627 pages)                    $2708.64


**TOTAL AMOUNT DUE:  $2708.64**


OK TO PAY/Charge # _125320.0005_

PERKINSCOIe

INVOICE #: 5280850

Golden Bethune-Hill

116159.0001 / Bethune-Hill v. Virginia SBOE (EDVA-State House Shaw Claim)

**FOR DISBURSEMENTS** THROUGH 01/31/15

| | |
|---|---|
| Photocopies and printing | $26.80 |

**PERKINS COIE**

INVOICE #: 5280850

Golden Bethune-Hill

116159.0001 / Bethune-Hill v. Virginia SBOE (EDVA-State House Shaw Claim)

| DESCRIPTION | AMOUNT |
| --- | --- |
| Photocopies and printing-color | $8.00 |



207672-001



*AP1068543*

# BDS
**BARRISTER DIGITAL SOLUTIONS®**
1700 K Street, NW, Ste B-100
Washington, DC 20006
Tel. (202) 289-7279

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/9/2015 | 49232 |

**Bill To**
Perkins Coie LLP
700 13th St., NW
Suite 600
Washington, DC 20005-3960
Attn: Accounts Payable
**Contact Name**
Elisabeth Frost

**Ship To**
Perkins Coie LLP
600 14th Street, NW
Washington, DC 20005

| Client - Matter # | Case Name | Job No. | Terms | Rep | Ship Date | Due Date |
|---|---|---|---|---|---|---|
| | | 201504047 | Net 30 | JC | 4/9/2015 | 5/9/2015 |

| Description | Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| Color Scanning | 141 | | 0.75 | 105.75T |
| Scan to TIFF – Heavy Litigation | 4,669 | | 0.14 | 653.66T |
| Scanning 11x17 color | 304 | | 0.75 | 228.00T |
| Data Capture | 160 | | 0.15 | 24.00T |
| | | | | |
| NDVRT_VA_CTRL22 | | | | |
| NDVRT_VA-CTRL0140925 – | | | | |
| NDVRT_VA-CTRL0146038 | | | | |

14099
4/2015

Approved

70116.0026

**Received**
**APR 16 2015**
**ACCOUNTS PAYABLE**

Approved

| | |
|---|---|
| **Subtotal** | $1,011.41 |
| **Sales Tax (5.75%)** | $58.16 |
| **Total** | $1,069.57 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,069.57 |

Barrister Digital Solutions, LLC delivers invoices electronically. Please indicate any discrepancies or disputes upon delivery. The responsibility to pay this invoice within 30 days rests with the recipient and not a 3rd party. Failure to pay within 90 days will result in a 1.5% additional charge monthly. Thank you for your business.

Please Remit Payment to:
Barrister Digital Solutions, LLC
1700 K St., NW, Suite B-100
Washington, DC 20006
EIN 54-2037890

150382_A0000649



PERKINSCOIE

INVOICE #: 5332029

Golden Bethune-Hill

116159.0001 / Bethune-Hill v. Virginia SBOE (EDVA-State House Shaw Claim)

| DESCRIPTION | AMOUNT |
| --- | --- |
| Photocopies and printing | $754.00 |
| Photocopies and printing-color | $81.00 |



# Invoice

| Invoice Number: | 50014094 |
|---|---|
| Invoice Date: | 6/24/2015 |

**Innovative Litigation Solutions**

Remit to Address:
Altep California, LLC
2479 East Bayshore Road
Suite#215
Palo Alto, CA 94303
(650) 691-4500

### Please note new remit to address

**Bill To:**

Perkins Coie
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099

**Ship To:**

Perkins Coie
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099

| Job No. | Matter Number | Terms | Order Date | Contact | Rep | Tax ID |
|---|---|---|---|---|---|---|
| 43925 | 116159.0001 | Net 30 | 06/19/2015 | Trish Marino | TR | 46-2333329 |

| Description | Quantity | Amount |
|---|---|---|
| B&W Blowbacks - Assembled (Page) | 25,256 | 3,030.72T |
| Color Blowbacks (Page) | 3,892 | 3,074.68T |
| Color Blowbacks - 11 x 17 (Page) | 42 | 62.58T |
| Tabs | 952 | 238.00T |

*OK for payment trial exhibits court/clerk/witness description billing # 116159-0001*

*x [signature] Kevin Hamilton*

**Thank you for your business.**



**PLEASE PAY FROM THIS INVOICE**

Altep California, LLC recognizes project costs may be passed on to your client for payment. Under these circumstances, unless other arrangements are made with Altep California, LLC, the payment of this invoice is the responsibility of the party this invoice was "Sold To".

| Subtotal | $6,405.98 |
|---|---|
| Sales Tax | $614.97 |
| **Total** | **$7,020.95** |
| **Balance Due** | $7,020.95 |

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE**

Received/Approved:X_____



# Invoice

| Invoice Number: | 50014090 |
|---|---|
| Invoice Date: | 6/24/2015 |

Innovative Litigation Solutions

**Remit to Address:**
Altep California, LLC
2479 East Bayshore Road
Suite#215
Palo Alto, CA 94303
(650) 691-4500

## Please note new remit to address

**Bill To:**
Perkins Coie
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099

**Ship To:**
Perkins Coie
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099

| Job No. | Matter Number | Terms | Order Date | Contact | Rep | Tax ID |
|---|---|---|---|---|---|---|
| 43860 | 116159.0001 | Net 30 | 06/12/2015 | Trish Marino | TR | 46-2333329 |

| Description | Quantity | Amount |
|---|---|---|
| B&W Copies (Page) | 13,323 | 2,264.91T |
| Color Copies (Page) | 2,898 | 2,289.42T |
| Tabs | 588 | 147.00T |

*OK for payment*
*description: trial exhibits/ attorney working sets*

*billing # 116159-0001*

*x [signature]*
*Kevin Hamilton*

Thank you for your business.



**PLEASE PAY FROM THIS INVOICE**

Altep California, LLC recognizes project costs may be passed on to your client for payment. Under these circumstances, unless other arrangements are made with Altep California, LLC, the payment of this invoice is the responsibility of the party this invoice was "Sold To".

| Subtotal | $4,701.33 |
|---|---|
| Sales Tax | $451.33 |
| **Total** | **$5,152.66** |
| **Balance Due** | $5,152.66 |

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE**

Received/Approved:X_____

*214230-001*

INVOICE

# WILSON-EPES PRINTING CO., INC.

## LEGAL AND COMMERCIAL PRINTING SINCE 1941

**775 H ST., NE**            **TEL: 202-789-0096**            **WASHINGTON, DC 20002**
                             **FAX: 202-842-4896**

PERKINS COIE LLP
700 THIRTEENTH STREET, NW, SUITE 600
WASHINGTON, DC 20005-3960

ATTN: MARC E. ELIAS, ESQ.


* A P 1 1 2 2 4 9 5 *

Invoice #   26709

11/20/2015

---

TERMS: Due Upon Receipt

---

| 78 | JURISDICTIONAL STATEMENT, #15- (BETHUNE-HILL v. VIRGINIA BOARD OF ELECTIONS) | | $ | 8,545.09 |
| | | 5.75% TAX | $ | 491.34 |
| | | Total Due | $ | 9,036.43 |

Approved for Payment
Sign Here
Client matter # 116159.0001

14099
11/2015

Received
DEC 1 5 2015
ACCOUNTS PAYABLE

160012_A0004131

INVOICE

# WILSON-EPES PRINTING CO., INC.

*LEGAL AND COMMERCIAL PRINTING SINCE 1941*

**775 H St., NE**           **TEL: 202-789-0096**           **WASHINGTON, DC 20002**
                            **FAX: 202-842-4896**

PERKINS COIE
700 13TH STREET NW, STE 600
WASHINGTON, DC 20005

ATTN: MARC E. ELIAS, ESQ.

Invoice #   27138                                              12/30/2015

TERMS:  Due Upon Receipt

| | | |
|---|---|---|
| 59 | BRIEF OPPOSITION MOTION TO DISMISS OR AFFIRM, #15-680 BETHUNE-HILL v. VA STATE BOARD OF ELECTIONS) | $ 1,424.55 |
| | 5.75% Sales Tax | $ 81.91 |
| | Total Due | $ 1,506.46 |

Approved for Payment

Sign Here

Client matter #   116159.0001

*214 230—001*

INVOICE

# WILSON-EPES PRINTING CO., INC.

## LEGAL AND COMMERCIAL PRINTING SINCE 1941

**775 H ST., NE**                **TEL: 202-789-0096**                **WASHINGTON, DC 20002**
                                 **FAX: 202-842-4896**

PERKINS COIE
700 13TH STREET NW, STE 600
WASHINGTON, DC 20005

ATTN: MARC E. ELIAS, ESQ.

*A P 1 1 3 5 6 4 7*

Invoice #   27243                                                            1/27/2016

TERMS: Due Upon Receipt

| | | |
|---|---|---|
| 52 | BRIEF FOR APPELLEES, #14-1504 | $   3,353.68 |
| | (WITMAN v. PERSONHUBALLAH) | |
| | 5.75% Sales Tax | $   192.84 |
| | Total Due | $   3,546.52 |

Approved for Payment

Sign _____

_____ matter # _____

Approved for Payment

Sign Here _____ *Marc Elias*

Client matter # *116159 — 0001*

*14099*
*1/2016*

**Received**

**FEB 1 8 2016**

**ACCOUNTS PAYABLE**

160313_A0001485

# WILSON-EPES PRINTING CO., INC.

### LEGAL AND COMMERCIAL PRINTING SINCE 1941

**775 H ST., NE**          **TEL: 202–789–0096**          **WASHINGTON, DC 20002**
                           **FAX: 202–842–4896**

PERKINS COIE
700 13TH STREET NW, STE 600
WASHINGTON, DC 20005

ATTN: MARC E. ELIAS, ESQ.

Invoice #    27307                                              2/19/2016

TERMS: Due Upon Receipt

| | | | |
|---|---|---|---|
| 53 | NOTICE OF SUPPLEMENTAL AUTHORITY, #15-680 | $ | 650.00 |
| | (BETHUNE-HILL v. VA STATE BOARD OF ELECTIONS) | | |
| | 5.75% Sales Tax | $ | 37.38 |
| | Total Due | $ | 687.38 |

Approved for Payment

Sign Here _____

Client matter # *116159, 0001*



PERKINSCOIe

INVOICE #: 5360056

Golden Bethune-Hill

116159.0001 / Bethune-Hill v. Virginia SBOE (EDVA-State House Shaw Claim)

| DESCRIPTION | AMOUNT |
|---|---|
| Photocopies and printing | $55.30 |



PERKINSCOIE

INVOICE #: 5348129

Golden Bethune-Hill

116159.0001 / Bethune-Hill v. Virginia SBOE (EDVA-State House Shaw Claim)

| DESCRIPTION | AMOUNT |
|---|---|
| Photocopies and printing | $115.80 |

**PERKINSCOIe**

INVOICE #: 5528653

Golden Bethune-Hill

116159.0001 / Bethune-Hill v. Virginia SBOE (EDVA-State House Shaw Claim)

**FOR SERVICES** THROUGH 06/30/16

For Legal Services Rendered

**FOR DISBURSEMENTS** THROUGH 06/30/16

| DESCRIPTION | AMOUNT |
|---|---|
| Photocopies and printing | $10.30 |

PERKINSCOIE

INVOICE #: 5688373

Golden Bethune-Hill

116159.0001 / Bethune-Hill v. Virginia SBOE (EDVA-State House Shaw Claim)

| | |
|---|---|
| Photocopies and printing | $20.80 |
| Photocopies and printing-color | $104.30 |



WILSON-EPES PRINTING CO., INC.

775 H Street, NE
Washington, DC 20002
Tel: (202) 789-0096
briefs@wilsonepes.com
www.wilsonepes.com

Perkins Coie
1201 Third Avenue
Suite 4900
Seattle, WA 98101
**Attn:** Abha Khanna



\* A P 1 1 9 2 4 3 9 \*

# Invoice

| | |
|---|---|
| **Invoice No:** | 00028031 |
| **Invoice Date:** | 11/16/2016 |
| **Order No:** | N/A |
| **Account No:** | PERKINSC |

| Quantity | Description | Sub Total |
|---|---|---|
| 66 | F/S Reply | $1,902.63 |
| | Reply Brief, #15-680 | |
| | Golden Bethune-Hill  v.  Va Board of Elections | |

**Thank you for your prompt attention.**

**TERMS:** Due Upon Receipt
Checks are made payable to Wilson-Epes Printing Co., Inc.
Please contact us for additional payment options.
For questions, please contact robyndorsey@wilsonepes.com.

| | |
|---|---|
| Sub Total: | $1,902.63 |
| Shipping: | $0.00 |
| Tax: | $0.00 |
| Amount Due: | $1,902.63 |

# PERKINSCOIE

INVOICE #: 5688373

Golden Bethune-Hill

116159.0001 / Bethune-Hill v. Virginia SBOE (EDVA-State House Shaw Claim)

| DESCRIPTION | AMOUNT |
|---|---|
| Photocopies and printing | $20.80 |
| Photocopies and printing-color | $104.30 |



PERKINSCOIE

INVOICE #: 5664697

National Redistricting Foundation

125320.0001 / Tax Advice



FOR DISBURSEMENTS AND OTHER SERVICES THROUGH 04/30/17

| DESCRIPTION | AMOUNT |
|---|---|
| Photocopies and printing | $428.20 |
| Photocopies and printing-color | $296.70 |



214230-001

# WILSON-EPES PRINTING CO.

775 H Street, NE
Washington, DC 20002
Tel: (202) 789-0096
briefs@wilsonepes.com
www.wilsonepes.com

Perkins & Coie LLP
1201 Third Avenue 40th Floor
Seattle, WA 98101-3099

Attn: Abha Khanna


\* A P 1 2 1 5 8 5 1 \*

# Invoice

**Invoice No:** 00028639
**Invoice Date:** 04/07/2017
**Order No:**
**Account No:** PERKI6

| Quantity | Description | Sub Total |
|----------|-------------|-----------|
| 4 | Additional Copies of Joint Appendix (Bethune-Hill) | $2,600.00 |
| 3 | Hand Delivery to Norfolk, VA & Richmond VA Courts | $1,000.00 |

116159-0001
14099

**TERMS: Due Upon Receipt**
Checks are made payable to Wilson-Epes Printing Co., Inc.
Please contact robyndorsey@wilsonepes.com for any questions or additional payment options.

| | |
|---|---|
| **Sub Total:** | $3,600.00 |
| **Tax:** | $0.00 |
| **Amount Due:** | $3,600.00 |

PERKINSCOIe

INVOICE #: 5715072

National Redistricting Foundation

125320.0005 / EDVA-State House-Shaw Claim

| DESCRIPTION | AMOUNT |
|---|---|

Photocopies and printing-color     $0.10



PERKINSCOIE

INVOICE #: 5728888

National Redistricting Foundation

125320.0005 / EDVA-State House Shaw Claim

| DESCRIPTION | AMOUNT |
|---|---|
| | $10.16 |
| Photocopies and printing | $1.60 |
| Photocopies and printing-color | $1.20 |

**Altep® | CALINIA** ☆

## Invoice

| Invoice Number: | 50031222 |
|---|---|
| Invoice Date: | 9/25/2017 |

Remit to Address:
Altep California, LLC
2479 East Bayshore Road
Suite#215
Palo Alto, CA 94303
(650) 691-4500

**Bill To:**

Perkins Coie
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099

**Ship To:**

Perkins Coie
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099

| Job No. | Matter Number | Terms | Order Date | Contact | Rep | Tax ID |
|---|---|---|---|---|---|---|
| 55473 | 125320-0005 | Net 30 | 09/19/2017 | Trish Marino | TR | 46-2333329 |

| Description | Quantity | Amount |
|---|---|---|
| B&W Blowbacks - Assembled (Page) | 31,060 | 2,484.80T |
| Color Blowbacks (Page) | 13,313 | 8,653.45T |
| Color Blowbacks - 11 x 17 (Page) | 18 | 35.82T |
| Tabs - Index | 2,004 | 501.00T |
| | | |
| -6 sets - attorney working materials/comprehensive sets of all parties trial exhibits (2015 and 2017 case) | | |
| -8 sets of Defendant trial exhibits for court (2017 case) | | |

*OK for payment*
*c/m #125320-0005*
*description: Trial Exhibit Materials for PC Attorney Teams + Court copies*
*X Kevin Hamilton*

**Privileged and Confidential.**
**Thank you for your business.**

**PLEASE PAY FROM THIS INVOICE**

Altep California, LLC recognizes project costs may be passed on to your client for payment. Under these circumstances, unless other arrangements are made with Altep California, LLC, the payment of this invoice is the responsibility of the party this invoice was "Sold To".

| Subtotal | $11,675.07 |
|---|---|
| Sales Tax (10.1%) | $1,179.18 |
| Total | **$12,854.25** |
| **Balance Due** | $12,854.25 |

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE**

Received/Approved:X_____

**PERKINSCOIE**

INVOICE #: 5739353

National Redistricting Foundation

125320.0005 / EDVA-State House Shaw Claim

| DESCRIPTION | AMOUNT |
|---|---|

for trial), 10/04/2017

| Photocopies and printing | $3.50 |



**FedEx Office**

October 09, 2017 17:23                          Page: 1
Receipt #: 0136247461
MasterCard #: XXXXXXXXXXX1141
2017/10/09 17:09

| Qty | Description | Amount |
|-----|-------------|--------|
| 350 | PNG Color S/S 8.5x11 & 8.5x14 | 227.50 |
| 75  | PNG B&W S/S 8.5x11 & 8.5x14 | 9.75 |

|  | SubTotal | 237.25 |
|--|----------|--------|
|  | Taxes    | 12.57  |
|  | Total    | 249.82 |

The Cardholder agrees to pay the issuer of the charge
card in accordance with the agreement between the
issuer and the Cardholder.

FedEx Office Print & Ship Centers

1111 E. Main St.
Richmond, VA 23219
804-783-9880
www.FedExOffice.com

Tell us how we're doing and receive
$5 off your next $30 print order
fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 12/31/2017

Get your message out in a big way with
everything from full-color banners to
photo-quality posters, yard signs,
auto magnets and more.

Please Recycle This Receipt

10/9/2017

c/m # 125320-0005

Copies of documents/
demonstratives/maps
for use at trial

$249.82

205509-001

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW
Washington, DC 20009-5526
Phone: (202) 667-0050
Fax: (202) 667-2520
info@capitolprocess.com
www.capitolprocess.com



*AP1056817*

John K. Roche, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

**INVOICE:** 15-117425
1/27/2015
Days Past Due: **0**

---

**Job ID:** 15-117425      **Reference:** 70916.0026      **Completed** 1/12/2015
2:00 PM
**Civil No.:** 3:14cv852
**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.
**Serve To:** Edgardo Cortes, in his official capacity as Commissioner of the Virginia State Board of Elections
**Location:** Washington Building, 1100 Bank Street, First Floor, Richmond, Virginia 23219

| Item | Qty. | Unit | Total |
|------|------|------|-------|
| Service of Process (out of state) - Add'l service at same address | 1 | $75.00 | $75.00 |
|  | **Total Fees** |  | $75.00 |
|  | **Payment -** |  |  |
|  | **Balance Due** |  | $75.00 |

**Thank You!**
Balance due upon receipt.  Please provide the invoice number on your check.

**FEIN:** 52-2283731

13510    1/2015

Approved:

Clm #
Cm# 70616 - 0026

OK to pay
Ike

Received
FEB 10 2015
ACCOUNTS PAYABLE

Tuesday, January 27, 2015                                                                 Page 1 of 1

150184_A0001503

205509-001

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW
Washington, DC 20009-5526
Phone: (202) 667-0050
Fax: (202) 667-2520
info@capitolprocess.com
www.capitolprocess.com

*AP1056820*

John K. Roche, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

**INVOICE:** 15-117426
1/27/2015
Days Past Due: 0

**Job ID:** 15-117426
**Civil No.:** 3:14cv852
**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.
**Serve To:** Virginia Department of Elections
**Location:** Washington Building, 1100 Bank Street, Richmond, Virginia 23219

**Reference:** 70916.0026

**Completed** 1/12/2015
2:00 PM

| Item | Qty. | Unit | Total |
|------|------|------|-------|
| Courier Service | 1 | $17.50 | $17.50 |
| Federal Express To Server - pak | 1 | $40.00 | $40.00 |
| Service of Process (out of state) | 1 | $150.00 | $150.00 |
| Federal Express From Server | 1 | $27.00 | $27.00 |
| Hand File Affidavit(s) of Service | 1 | $30.00 | $30.00 |
| | | **Sub-Total** | **$264.50** |
| | | **Total Fees** | **$264.50** |
| | | **Payment -** | |
| | | **Balance Due** | **$264.50** |

**Thank You!**
Balance due upon receipt. Please provide the invoice number on your check.

**FEIN:** 52-2283731

Received
FEB 10 2015
ACCOUNTS PAYABLE

Vendor #  13510
CM #  70916 - 0026
Code
1/2015
Description
Approval  Jck

Tuesday, January 27, 2015

Page 1 of 1

150184_A0001505

205509-001

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW
Washington, DC 20009-5526
Phone: (202) 667-0050
Fax: (202) 667-2520
Info@capitolprocess.com
www.capitolprocess.com

*AP1056763*

John K. Roche, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

**INVOICE:** 15-117424
1/27/2015
Days Past Due: **0**

| | |
|---|---|
| **Job ID:** 15-117424 | **Reference:** 70916.0026 | **Completed** 1/12/2015 1:55 PM |

**Civil No.:** 3:14cv852
**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.
**Serve To:** James B. Alcorn, in his official capacity as Secretary of the Virginia State Board of Elections
**Location:** Washington Building, 1100 Bank Street, First Floor, Richmond, Virginia 23219

| Item | Qty. | Unit | Total |
|---|---|---|---|
| Service of Process (out of state) - Add'l service at same address | 1 | $75.00 | $75.00 |
| | | **Total Fees** | $75.00 |
| | | **Payment** - | |
| | | **Balance Due** | $75.00 |

**Thank You!**
Balance due upon receipt. Please provide the invoice number on your check.

**FEIN:** 52-2283731

Vendor # _____13510_____

C/M # _____709160-0026_____

Office Code _____ Disd Code _____

G/L # _____

Description _____1 | 2015_____

Approval _____JKR_____

Received

FEB 10 2015

ACCOUNTS PAYABLE

Tuesday, January 27, 2015

Page 1 of 1

150184_A0001507

205509-001

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW
Washington, DC 20009-5526
Phone: (202) 667-0050
Fax: (202) 667-2520
info@capitolprocess.com
www.capitolprocess.com


* A P 1 0 5 6 7 7 5 *

John K. Roche, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

**INVOICE:** 15-117421
1/27/2015
Days Past Due: **0**

| | |
|---|---|
| **Job ID:** 15-117421 | **Reference:** 70916.0026 | **Completed** 1/14/2015 6:55 PM |

**Civil No.:** 3:14cv852
**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.
**Serve To:** Charlie Judd, in his official capacity as Chairman of the Virginia State Board of Elections
**Location:** Washington Building, 1100 Bank Street, First Floor, Richmond, Virginia 23219

| Item | Qty. | Unit | Total |
|---|---|---|---|
| Attempted Service of Process (out of state) / Incorrect Address: | 1 | $75.00 | $75.00 |
| 1100 Bank Street, First Floor, Richmond, Virginia 23219 | | | |
| Service of Process (out of state): | 1 | $150.00 | $150.00 |
| 12436 Trumpington Court, Chesterfield, Virginia 23838 | | | |
| | | **Sub-Total** | $225.00 |
| | | **Total Fees** | $225.00 |
| | | **Payment** | - |
| | | **Balance Due** | $225.00 |

**Thank You!**

Balance due upon receipt. Please provide the invoice number on your check.

**FEIN:** 52-2283731

13510
70916 - 0026
1/2015
Approval _JKR_

Received
FEB 10 2015
ACCOUNTS PAYABLE

150184_A0001509

205509-001

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW
Washington, DC 20009-5526
Phone: (202) 667-0050
Fax: (202) 667-2520
info@capitolprocess.com
www.capitolprocess.com



\* A P 1 0 5 6 7 7 8 \*

John K. Roche, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

**INVOICE:** 15-117423
1/27/2015
Days Past Due: **0**

| | |
|---|---|
| **Job ID:** 15-117423 | **Reference:** 70916.0026 | **Completed** 1/12/2015 |

**Job ID:** 15-117423
**Civil No.:** 3:14cv852
**Reference:** 70916.0026
**Completed** 1/12/2015 1:55 PM

**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.
**Serve To:** Kimberly Bowers, in her official capacity as Vice-Chair of the Virginia State Board of Elections
**Location:** Washington Building, 1100 Bank Street, First Floor, Richmond, Virginia 23219

| Item | Qty. | Unit | Total |
|---|---|---|---|
| Service of Process (out of state) - Add'l service at same address | 1 | $75.00 | $75.00 |
| | | **Total Fees** | $75.00 |
| | | **Payment -** | |
| | | **Balance Due** | $75.00 |

Thank You!
Balance due upon receipt.  Please provide the invoice number on your check.

**FEIN:** 52-2283731

Vendor # 13510

C/M # 70916 - 0026

Office Code _____ Disd Code _____

G/L # _____

Description 1/2015

Approval JKR

Received
FEB 10 2015
ACCOUNTS PAYABLE

Tuesday, January 27, 2015

Page 1 of 1

150184_A0001511

# CAPITOL PROCESS SERVICES, INC.

205509-001

1827 18th Street, NW
Washington, DC 20009-5526
Phone: (202) 667-0050
Fax: (202) 667-2520
info@capitolprocess.com
www.capitolprocess.com



* A P 1 0 5 6 8 5 2 *

John K. Roche, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

**INVOICE:** 15-117419
1/27/2015
Days Past Due: **0**

---

**Job ID:** 15-117419
**Civil No.:** 3:14cv852
**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.
**Serve To:** Virginia State Board of Elections
**Location:** Washington Building, 1100 Bank Street, First Floor, Richmond, Virginia 23219

**Reference:** 70916.0026

**Completed** 1/12/2015
1:55 PM

| Item | Qty. | Unit | Total |
|------|------|------|-------|
| Service of Process (out of state) - Add'l service at same address | 1 | $75.00 | $75.00 |

| | |
|---|---|
| **Total Fees** | $75.00 |
| **Payment -** | |
| **Balance Due** | $75.00 |

**Thank You!**
Balance due upon receipt.  Please provide the invoice number on your check.

**FEIN:** 52-2283731

Vendor # _____ 13510 _____
C/M # _____ 70916 - 0026 _____
Office Code _____ ...d Code _____
G/L # _____ 1|2015 _____
Description _____
Approval _____ JKR

Received
FEB 10 2015
ACCOUNTS PAYABLE

Tuesday, January 27, 2015

Page 1 of 1

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW
Washington, DC 20009-5526
Phone: (202) 667-0050
Fax: (202) 667-2520
info@capitolprocess.com
www.capitolprocess.com

James O. Bickford, Esquire
Perkins Coie LLP
700 13th Street, NW
Washington, DC 20005

**INVOICE:** 15-121603
5/1/2015
Days Past Due: 0

**Job ID:** 15-121603          **Reference:** N/A                    **Completed** 4/18/2015
**Case No.:** 3:14-cv-852-REP-                                                          11:42 AM
**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.

| Item | Qty. | Unit | Total |
|------|------|------|-------|
| Location Research | 1 | $250.00 | $250.00 |
| Federal Express To Server | 1 | $27.00 | $27.00 |
| Service of Process - RUSH | 1 | $190.00 | $190.00 |
| | | **Sub-Total** | $467.00 |
| | | **Total Fees** | $467.00 |
| | | **Payment -** | |
| | | **Balance Due** | $467.00 |

**Thank You!**
Balance due upon receipt.  Please provide the invoice number on your check.

**FEIN:** 52-2283731

116159.0001

Friday, May 01, 2015                                                                    Page 1 of 1

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW
Washington, DC 20009-5526
Phone: (202) 667-0050
Fax: (202) 667-2520
info@capitolprocess.com
www.capitolprocess.com

James O. Bickford, Esquire
Perkins Coie LLP
700 13th Street, NW
Washington, DC 20005

**INVOICE:** 15-121604
5/1/2015
Days Past Due: 0

**Job ID:** 15-121604
**Case No.:** 3:14-cv-852-REP-
**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.

**Reference:** N/A

**Completed** 4/13/2015
4:10 PM

| Item | Qty. | Unit | Total |
|------|------|------|-------|
| Courier Service - RUSH | 1 | $25.00 | $25.00 |
| Location Research | 1 | $250.00 | $250.00 |
| Federal Express To Server | 1 | $27.00 | $27.00 |
| Service of Process - RUSH | 1 | $190.00 | $190.00 |
| | | **Sub-Total** | $492.00 |
| | | **Total Fees** | $492.00 |
| | | **Payment -** | |
| | | **Balance Due** | $492.00 |

**Thank You!**
Balance due upon receipt. Please provide the invoice number on your check.

**FEIN:** 52-2283731

116159.0001

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW
Washington, DC 20009-5526
Phone: (202) 667-0050
Fax: (202) 667-2520
info@capitolprocess.com
www.capitolprocess.com

James O. Bickford, Esquire
Perkins Coie LLP
700 13th Street, NW
Washington, DC 20005

**INVOICE:** 15-121992
5/6/2015
Days Past Due: 0

---

**Job ID:** 15-121992     **Reference:** N/A     Completed 4/23/2015
**Case No.:** 3:14-cv-852-REP-                                         7:50 PM
**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.

| Item | Qty. | Unit | Total |
|------|------|------|-------|
| Location Research | 1 | $250.00 | $250.00 |
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Check Tendered | 1 | $201.00 | $201.00 |
| Service of Process - RUSH | 1 | $190.00 | $190.00 |
| | | Sub-Total | $651.00 |
| | | Total Fees | $651.00 |
| | | Payment - | |
| | | Balance Due | $651.00 |

**Thank You!**
Balance due upon receipt.  Please provide the invoice number on your check.

**FEIN:** 52-2283731

116159.0001

Wednesday, May 06, 2015                 Page 1 of 1

# CAPITOL PROCESS SERVICES, INC.

ℒC5509-00



1827 18th Street, NW
Washington, DC 20009-5526
Phone: (202) 667-0050
Fax: (202) 667-2520
info@capitolprocess.com
www.capitolprocess.com

*Bruce V. Spiva*
James O. Bickford, Esquire
Perkins Coie LLP
700 13th Street, NW
Washington, DC 20005

**INVOICE:** 15-121991
5/6/2015
**Days Past Due:** 4

| **Job ID:** 15-121991 | **Reference:** N/A | **Completed** 4/23/2015 |
|---|---|---|
| **Case No.:** 3:14-cv-852-REP- | | 5:50 PM |

**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.

███████████████████████

| Item | Qty. | Unit | Total |
|---|---|---|---|
| Location Research | 1 | $250.00 | $250.00 |
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Check Tendered | 1 | $161.90 | $161.90 | *returned* |
| Service of Process - RUSH | 1 | $190.00 | $190.00 |
| | | **Sub-Total** | **$611.90** |

| | |
|---|---|
| **Total Fees** | $611.90 |
| | $161.90 |
| **Balance Due** | $450.00 |

| Check # | Date | Applied |
|---|---|---|
| Credit | 06-09-15 | $161.90 |

Received
JUN 23 2015
ACCOUNTS PAYABLE

**Thank You!**
Balance due upon receipt. Please provide the invoice number on your check.

**FEIN:** 52-2283731

Approved ✓

x ⟍⟍⟍
*Bruce V. Spiva*
clm #
116159 .0001

135 10
4/2015

150572_A0002819

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW
Washington, DC 20009-5526
Phone: (202) 667-0050
Fax: (202) 667-2520
info@capitolprocess.com
www.capitolprocess.com

James O. Bickford, Esquire
Perkins Coie LLP
700 13th Street, NW
Washington, DC 20005

**INVOICE:** 15-121988
5/22/2015
Days Past Due: **0**

**Job ID:** 15-121988          **Reference:** N/A          **Completed** 5/12/2015
**Case No.:** 3:14-cv-852-REP-                                          2:20 PM
**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.

| Item | Qty. | Unit | Total |
|------|------|------|-------|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Check Tendered | 1 | $194.10 | $194.10 |
| Federal Express To Server | 1 | $27.00 | $27.00 |
| Location Research | 1 | $250.00 | $250.00 |
| Service of Process - RUSH | 1 | $190.00 | $190.00 |
| | | **Sub-Total** | $671.10 |
| | | **Total Fees** | $671.10 |
| | | **Payment -** | |
| | | **Balance Due** | $671.10 |

**Thank You!**

Balance due upon receipt.  Please provide the invoice number on your check.

**FEIN:** 52-2283731

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW
Washington, DC 20009-5526
Phone: (202) 667-0050
Fax: (202) 667-2520
info@capitolprocess.com
www.capitolprocess.com

James O. Bickford, Esquire
Perkins Coie LLP
700 13th Street, NW
Washington, DC 20005

**INVOICE:** 15-121990
5/27/2015
Days Past Due: **0**

**Job ID:** 15-121990       **Reference:** N/A       **Completed** 4/27/2015
**Case No.:** 3:14-cv-852-REP-                                        5:00 PM
**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.

| Item | Qty. | Unit | Total |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Check Tendered | 1 | $232.05 | $232.05 |
| Location Research: | 1 | $250.00 | $250.00 |
| Attempted Service of Process - RUSH: | 1 | $190.00 | $190.00 |
| Service of Process - RUSH: | 1 | $190.00 | $190.00 |
| | | **Sub-Total** | $872.05 |
| | | **Total Fees** | $872.05 |
| | | **Payment -** | |
| | | **Balance Due** | $872.05 |

**Thank You!**
Balance due upon receipt.  Please provide the invoice number on your check.

**FEIN:** 52-2283731

# CAPITOL PROCESS SERVICES, INC.

(205509-001)

1827 18th Street, NW
Washington, DC 20009-5526
Phone: (202) 667-0050
Fax: (202) 667-2520
info@capitolprocess.com
www.capitolprocess.com



*AP1089736*

Aria C. Branch, Esquire
Perkins Coie LLP
700 Thirteenth Street, N.W., Suite 600
Washington, DC 20005

**INVOICE:** 15-124249
6/26/2015
Days Past Due:  0

---

**Job ID:** 15-124249          **Reference:**  N/A          **Completed** 6/12/2015
**Civil No.:** 3:14-cv-00852-REP-                                          3:15 PM
**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.

| Item | Qty. | Unit | Total |
|------|------|------|-------|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Check Tendered | 1 | $40.00 | $40.00 |
| Immediate Service of Process | 1 | $250.00 | $250.00 |
| | | **Sub-Total** | **$300.00** |
| | | **Total Fees** | $300.00 |
| | | **Payment -** | |
| | | **Balance Due** | $300.00 |

**Thank You!**
Balance due upon receipt.  Please provide the invoice number on your check.

**FEIN:** 52-2283731

Received

JUL 2 4 2015

ACCOUNTS PAYABLE

13510

Approved:

@ M #

X 116159-0001

Approved:

Friday, June 26, 2015                                                                                          Page 1 of 1

150878_A0002043

# CAPITOL PROCESS SERVICES, INC.

*205509-001*

1827 18th Street, NW
Washington, DC 20009-5526
Phone: (202) 667-0050
Fax: (202) 667-2520
info@capitolprocess.com
www.capitolprocess.com



* A P 1 0 8 9 7 3 3 *

Aria C. Branch, Esquire
Perkins Coie LLP
700 Thirteenth Street, N.W., Suite 600
Washington, DC 20005

**INVOICE:** 15-124255
6/26/2015
Days Past Due: 0

---

**Job ID:** 15-124255
**Civil No.:** 3:14-cv-00852-REP-
**Reference:** N/A
**Completed** 6/12/2015
3:04 PM

**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.

| Item | Qty. | Unit | Total |
|------|------|------|-------|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Check Tendered | 1 | $40.00 | $40.00 |
| Immediate Service of Process | 1 | $250.00 | $250.00 |
| Additional Time / Mileage | 1 | $50.00 | $50.00 |
| | | Sub-Total | $350.00 |
| | | Total Fees | $350.00 |
| | | Payment - | |
| | | Balance Due | $350.00 |

**Thank You!**

Balance due upon receipt. Please provide the invoice number on your check.

**FEIN:** 52-2283731

**Received**

JUL 2 4 2015

ACCOUNTS PAYABLE

Approved:

13510

Approved: X clw#16159.0001

Friday, June 26, 2015

Page 1 of 1

150678_A0002049

# CAPITOL PROCESS SERVICES, INC.

*205509-001*

1827 18th Street, NW
Washington, DC 20009-5526
Phone: (202) 667-0050
Fax: (202) 667-2520
info@capitolprocess.com
www.capitolprocess.com



\* A P 1 0 8 9 7 5 9 \*

Aria C. Branch, Esquire
Perkins Coie LLP
700 Thirteenth Street, N.W., Suite 600
Washington, DC 20005

**INVOICE:** 15-124252
6/26/2015
Days Past Due: 0

---

**Job ID:** 15-124252        **Reference:** N/A            **Completed** 6/13/2015
**Civil No.:** 3:14-cv-00852-REP-                                          10:00 AM
**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.

| Item | Qty. | Unit | Total |
|------|------|------|-------|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Check Tendered | 1 | $40.00 | $40.00 |
| Immediate Service of Process | 1 | $250.00 | $250.00 |
|  |  | Sub-Total | $300.00 |
|  |  | Total Fees | $300.00 |
|  |  | Payment - |  |
|  |  | Balance Due | $300.00 |

**Thank You!**

Balance due upon receipt.  Please provide the invoice number on your check.

**FEIN:** 52-2283731

**Received**
**JUL 2 4 2015**
ACCOUNTS PAYABLE

13510

Approved: _____

Approved: X _____
6159.0001

150678_A0002055

205509-001

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 --- FAX 202 667-2520
tfelter@capitolprocess.com


* A P 1 2 1 3 4 9 6 *

Bruce V. Spiva, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

**Due By:** 05/19/2017
Invoice Date: 4/19/2017
Invoice #: 1525459
Job#: 1525459
Client File#: 116159-001

### TOTAL INVOICE AMOUNT DUE

## $202.75

---

| Job #: 1525459    Client File # 116159-001 | Recipient: | Date Received: |
|---|---|---|
| **Plaintiff:** Golden Bethune-Hill, et al. | Court Filing at United States Courthouse | 4/18/2017 |
| **Defendant:** Virginia State Board of Elections, et al. | | Completed: |
| **Case Number** 3:14-cv-852--REP-AWABMK | | 4/19/2017 |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Copy Charges | 111 | $0.25 | $27.75 |
| Court Filing - RUSH | 1 | $175.00 | $175.00 |
| | | Job Total Due = | $202.75 |

**TOTAL INVOICE AMOUNT DUE:**                                    $202.75

*Received*
*APR 1 9 2017*
*ACCOUNTS PAYABLE*

**Terms:** Thank you for your business! Please provide the invoice number on your check.
FEIN: 52-2283731

Approved for Payment
Sign Here _____
Client matter # 116159-001

14099

4/2017

170398_A0002225

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 — FAX 202 667-2520
tfelter@capitolprocess.com



Aria C. Branch, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

**Due By: 08/26/2017**
Invoice Date: 7/27/2017
Invoice #: 1529898
Job#: 1529898
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

**$100.00**

---

| | | |
|---|---|---|
| **Job #:** 1529898    **Client File #** N/A | **Recipient:** | **Date Received:** |
| **Plaintiff:** Golden Bethune-Hill, et al. | Former Delegate G. Glenn Oder c/o Katherine | 7/24/2017 |
| **Defendant:** Virginia State Board of Elections, et al. | Lea McKnight, Esquire | **Completed:** |
| **Case Number** 3:14-cv-852-REP-GBL-BMK | Baker & Hostetler LLP, 1050 Connecticut | 7/21/2017 |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Tendered | 1 | $40.00 | $40.00 |
| Service of Process - RUSH / Additional Service at Same Address (Discount) | 1 | $50.00 | $50.00 |

Job Total Due = _____ $100.00

Job Total Recd = _____

---

**TOTAL INVOICE AMOUNT DUE:**                                      **$100.00**

Received
AUG 2 2 2017
ACCOUNTS PAYABLE



**Terms:** Thank you for your business! Please provide the invoice number on your check.
FEIN: 52-2283731

## Approved for Payment

Sign Here

Client matter # 125,320 -0005

170033_A0001263

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 — FAX 202 667-2520
tfelter@capitolprocess.com

**Due By: 08/26/2017**
Invoice Date: 7/27/2017
Invoice #: 1529902
Job#: 1529902
Client File#: N/A

Aria C. Branch, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

**TOTAL INVOICE AMOUNT DUE**

$100.00

---

**Job #:** 1529902    **Client File #** N/A
**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.
**Case Number** 14-cv-852

**Recipient:**
Former Delegate John A. Cox c/o Katherine
Lea McKnight
Baker & Hostetler LLP, 1050 Connecticut

**Date Received:**
7/24/2017
**Completed:**
7/21/2017

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Tendered | 1 | $40.00 | $40.00 |
| Service of Process - RUSH / Additional Service at Same Address (Discount) | 1 | $50.00 | $50.00 |
| | | Job Total Due = | $100.00 |

---

**TOTAL INVOICE AMOUNT DUE:**                                      **$100.00**

Received
AUG 2 2 2017
ACCOUNTS PAYABLE

**Terms:** Thank you for your business! Please provide the invoice number on your check.
FEIN: 52-2283731

Approved for Payment

Sign Here _____

Client matter # 25320 - 0005

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 – FAX 202 667-2520
tfelter@capitolprocess.com

*AP1235238*

Aria C. Branch, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

Due By: 08/26/2017
Invoice Date: 7/27/2017
Invoice #: 1529903
Job#: 1529903
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$100.00

---

**Job #:** 1529903   **Client File #** N/A
**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.
**Case Number** 14-cv-852

**Recipient:**
Delegate Roxann L. Robinson c/o Katherine
Lea McKnight
Baker & Hostetler LLP, 1050 Connecticut

**Date Received:**
7/24/2017
**Completed:**
7/21/2017

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Tendered | 1 | $40.00 | $40.00 |
| Service of Process - RUSH / Additional Service at Same Address (Discount) | 1 | $50.00 | $50.00 |
| | | Job Total Due = | $100.00 |

**TOTAL INVOICE AMOUNT DUE:**   **$100.00**

Received
AUG 2 2 2017
ACCOUNTS PAYABLE

**Terms:** Thank you for your business! Please provide the invoice number on your check.
FEIN: 52-2283731

**Approved for Payment**

Sign Here _____

Client matter # 125320.0005

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
tfelter@capitolprocess.com



**Due By: 08/26/2017**
Invoice Date: 7/27/2017
Invoice #: 1529904
Job#: 1529904
Client File#: N/A

Aria C. Branch, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

**TOTAL INVOICE AMOUNT DUE**

$100.00

| | | |
|---|---|---|
| **Job #:** 1529904    **Client File #** N/A | **Recipient:** | **Date Received:** |
| **Plaintiff:** Golden Bethune-Hill, et al. | Delegate Thomas Wright c/o Katherine Lea | 7/24/2017 |
| **Defendant:** Virginia State Board of Elections, et al. | McKnight | **Completed:** |
| **Case Number** 14-cv-852 | Baker & Hostetler LLP, 1050 Connecticut | 7/21/2017 |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Tendered | 1 | $40.00 | $40.00 |
| Service of Process - RUSH / Additional Service at Same Address (Discount) | 1 | $50.00 | $50.00 |
| | | Job Total Due = | $100.00 |

**TOTAL INVOICE AMOUNT DUE:**                          **$100.00**

Received
AUG 2 2 2017
ACCOUNTS PAYABLE

**Terms:** Thank you for your business! Please provide the invoice number on your check.
FEIN: 52-2283731

Approved for Payment

Sign Here _____

Client matter # 025320.0005

170933_A0001269

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
tfelter@capitolprocess.com

*A P 1 2 3 5 2 4 4 *

Aria C. Branch, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

**Due By: 08/26/2017**
Invoice Date: 7/27/2017
Invoice #: 1529905
Job#: 1529905
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$100.00

---

**Job #:** 1529905   **Client File #** N/A
**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.
**Case Number** 3:14-cv-852-REP-GBL-BMK

**Recipient:**
Former Delegate Bill Janis c/o Katherine Lea
McKnight, Esquire
Baker & Hostetler LLP, 1050 Connecticut

**Date Received:**
7/24/2017
**Completed:**
7/21/2017

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Tendered | 1 | $40.00 | $40.00 |
| Service of Process - RUSH / Additional Service at Same Address (Discount) | 1 | $50.00 | $50.00 |
| | | Job Total Due = | $100.00 |
| | | Job Total Recd = | |

**TOTAL INVOICE AMOUNT DUE:** **$100.00**

Received
AUG 2 2 2017
ACCOUNTS PAYABLE

**Terms:** Thank you for your business! Please provide the invoice number on your check.
FEIN: 52-2283731

Approved for Payment

Sign Here _____

Client matter # 125320.0005

170933_A0001271

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009     Phone 202 667-0050 — FAX 202 667-2520
tfelter@capitolprocess.com

\* A P 1 2 3 5 2 4 7 \*

Aria C. Branch, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

**Due By: 08/26/2017**
Invoice Date: 7/27/2017
Invoice #: 1529916
Job#: 1529916
Client File#: N/A

### TOTAL INVOICE AMOUNT DUE

## $100.00

---

**Job #:** 1529916     **Client File #** N/A
**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.
**Case Number** 14-cv-852

**Recipient:**
John Morgan c/o Katherine Lea McKnight
Baker & Hostetler LLP, 1050 Connecticut

**Date Received:**
7/24/2017
**Completed:**
7/21/2017

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Tendered | 1 | $40.00 | $40.00 |
| Service of Process - RUSH / Additional Service at Same Address (Discount) | 1 | $50.00 | $50.00 |
| | | **Job Total Due** = | $100.00 |

---

**TOTAL INVOICE AMOUNT DUE:**     **$100.00**

Received
AUG 2 2 2017
ACCOUNTS PAYABLE

**Terms:** Thank you for your business! Please provide the invoice number on your check.
FEIN: 52-2283731

Approved for Payment

Sign Here

Client matter # 125320.0005

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
tfelter@capitolprocess.com



Due By: 08/26/2017
Invoice Date: 7/27/2017
Invoice #: 1529917
Job#: 1529917
Client File#: N/A

Aria C. Branch, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

TOTAL INVOICE AMOUNT DUE

$100.00

---

**Job #:** 1529917     **Client File #** N/A
**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.
**Case Number** 3:14-cv-852-REP-GBL-BMK

**Recipient:**
Former Delegate Robert Tata c/o Katherine Lea
McKnight, Esquire
Baker & Hostetler LLP, 1050 Connecticut

Date Received:
7/24/2017
Completed:
7/21/2017

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Tendered | 1 | $40.00 | $40.00 |
| Service of Process - RUSH / Additional Service at Same Address (Discount) | 1 | $50.00 | $50.00 |

Job Total Due = $100.00

Job Total Recd =

---

**TOTAL INVOICE AMOUNT DUE:** **$100.00**

Received
AUG 22 2017
ACCOUNTS PAYABLE

**Terms:** Thank you for your business! Please provide the invoice number on your check.
FEIN: 52-2283731

Approved for Payment

Sign Here _____

Client matter # 125320.0005

170933_A0001275

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 — FAX 202 667-2520
tfelter@capitolprocess.com

Aria C. Branch, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

**Due By: 08/26/2017**
Invoice Date: 7/27/2017
Invoice #: 1529918
Job#: 1529918
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$100.00

---

**Job #:** 1529918    **Client File #** N/A
**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.
**Case Number** 3:14-cv-852-REP-GBL-BMK

**Recipient:**
Senator John A. Cosgrove c/o Katherine Lea
McKnight, Esquire
Baker & Hostetler LLP, 1050 Connecticut

**Date Received:**
7/24/2017
**Completed:**
7/21/2017

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Tendered | 1 | $40.00 | $40.00 |
| Service of Process - RUSH / Additional Service at Same Address (Discount) | 1 | $50.00 | $50.00 |

Job Total Due = _____ $100.00

Job Total Recd =

---

**TOTAL INVOICE AMOUNT DUE:**                    **$100.00**

Received
AUG 2 2 2017
ACCOUNTS PAYABLE

**Terms:** Thank you for your business! Please provide the invoice number on your check.
FEIN: 52-2283731

Approved for Payment

Sign Here _____

Client matter # 125320.0005

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
tfelter@capitolprocess.com



Aria C. Branch, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

Due By: 08/26/2017
Invoice Date: 7/27/2017
Invoice #: 1529919
Job#: 1529919
Client File#: N/A

### TOTAL INVOICE AMOUNT DUE

$100.00

---

**Job #:** 1529919    **Client File #** N/A
**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.
**Case Number** 3:14-cv-852-REP-GBL-BMK

**Recipient:**
Dr. Thomas Hofeller c/o Katherine Lea
McKnight, Esquire
Baker & Hostetler LLP, 1050 Connecticut

**Date Received:**
7/24/2017
**Completed:**
7/21/2017

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Tendered | 1 | $40.00 | $40.00 |
| Service of Process - RUSH / Additional Service at Same Address (Discount) | 1 | $50.00 | $50.00 |
| | | Job Total Due = | $100.00 |
| | | Job Total Recd = | |

**TOTAL INVOICE AMOUNT DUE:**          $100.00

Received
AUG 22 2017
ACCOUNTS PAYABLE



**Terms:** Thank you for your business! Please provide the invoice number on your check.
FEIN: 52-2283731

## Approved for Payment

Sign Here _____

Client matter # 125320.0005

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 — FAX 202 667-2520
tfelter@capitolprocess.com



Aria C. Branch, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

Due By: 08/26/2017
Invoice Date: 7/27/2017
Invoice #: 1529920
Job#: 1529920
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

**$100.00**

---

**Job #:** 1529920     **Client File #** N/A
**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.
**Case Number** 14-cv-852

**Recipient:**
Dr. Trey Hood c/o Katherine Lea McKnight
Baker & Hostetler LLP, 1050 Connecticut

**Date Received:**
7/24/2017
**Completed:**
7/21/2017

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Tendered | 1 | $40.00 | $40.00 |
| Service of Process - RUSH / Additional Service at Same Address (Discount) | 1 | $50.00 | $50.00 |
| | | Job Total Due = | $100.00 |

**TOTAL INVOICE AMOUNT DUE:** · **$100.00**

Received
AUG 2 7 2017
ACCOUNTS PAYABLE

**Terms:** Thank you for your business! Please provide the invoice number on your check.
FEIN: 52-2283731

Approved for Payment

Sign Here

Client matter # 125320.0005

170933_A0001281

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
tfelter@capitolprocess.com



**Due By: 08/26/2017**
Invoice Date: 7/27/2017
Invoice #: 1529921
Job#: 1529921
Client File#: N/A

Aria C. Branch, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

**TOTAL INVOICE AMOUNT DUE**

$100.00

---

**Job #:** 1529921    **Client File #** N/A
**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.
**Case Number** 14-cv-852

**Recipient:**
Dr. Jonathan Katz c/o Katherine Lea McKnight
Baker & Hostetler LLP, 1050 Connecticut

**Date Received:**
7/24/2017
**Completed:**
7/21/2017

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Tendered | 1 | $40.00 | $40.00 |
| Service of Process - RUSH / Additional Service at Same Address (Discount) | 1 | $50.00 | $50.00 |
| | | **Job Total Due** | $100.00 |

**TOTAL INVOICE AMOUNT DUE:**     **$100.00**

Received
AUG 2 2 2017
ACCOUNTS PAYABLE

**Terms:** Thank you for your business! Please provide the invoice number on your check.
FEIN: 52-2283731

Approved for Payment

Sign Here

Client matter # 125320.0005

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 — FAX 202 667-2520
tfelter@capitolprocess.com

**A P 1 2 2 8 8 1 3**

**Due By: 08/26/2017**
Invoice Date: 7/27/2017
Invoice #: 1529922
Job#: 1529922
Client File#: N/A

Aria C. Branch, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

**TOTAL INVOICE AMOUNT DUE**

$100.00

---

**Job #:** 1529922     **Client File #** N/A
**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.
**Case Number** 14-cv-852

**Recipient:**
Delegate Chris Jones c/o Katherine Lea McKnight
Baker & Hostetler LLP, 1050 Connecticut

**Date Received:**
7/24/2017
**Completed:**
7/21/2017

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Tendered | 1 | $40.00 | $40.00 |
| Service of Process - RUSH / Additional Service at Same Address (Discount) | 1 | $50.00 | $50.00 |
| | | Job Total Due = | $100.00 |

---

**TOTAL INVOICE AMOUNT DUE:**     **$100.00**

Received
AUG 2 2 2017
ACCOUNTS PAYABLE

**Terms:** Thank you for your business! Please provide the invoice number on your check.
FEIN: 52-2283731

## Approved for Payment

Sign Here _____

Client matter # 125.320 .0005

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009      Phone 202 667-0050 — FAX 202 667-2520

tfelter@capitolprocess.com



**Due By: 08/26/2017**
Invoice Date: 7/27/2017
Invoice #: 1529923
Job#: 1529923
Client File#: N/A

Aria C. Branch, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

**TOTAL INVOICE AMOUNT DUE**

$100.00

- - - - - - -                - - - - - - -

| | | | |
|---|---|---|---|
| **Job #:** 1529923    **Client File #** N/A | **Recipient:** | | **Date Received:** 7/24/2017 |
| **Plaintiff:** Golden Bethune-Hill, et al. | Delegate Riley E. Ingram c/o Katherine Lea | | |
| **Defendant:** Virginia State Board of Elections, et al. | McKnight, Esquire | | **Completed:** |
| **Case Number** 3:14-cv-852-REP-GBL-BMK | Baker & Hostetler LLP, 1050 Connecticut | | 7/21/2017 |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Tendered | 1 | $40.00 | $40.00 |
| Service of Process - RUSH / Additional Service at Same Address (Discount) | 1 | $50.00 | $50.00 |
| | | Job Total Due = | $100.00 |
| | | Job Total Rec'd = | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**TOTAL INVOICE AMOUNT DUE:**                                                 **$100.00**

*Received*
*AUG 2 2 2017*
*ACCOUNTS PAYABLE*



**Terms:** Thank you for your business! Please provide the invoice number on your check.
FEIN: 52-2283731

## Approved for Payment

Sign Here _____

Client matter # 125320.0005

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
tfelter@capitolprocess.com

Aria C. Branch, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

\* A P 1 2 3 2 9 2 6 \*

Due By: 08/26/2017
Invoice Date: 7/27/2017
Invoice #: 1529925
Job#: 1529925
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$100.00

---

| Job #: 1529925 | Client File # N/A | | Recipient: | | Date Received: |
|---|---|---|---|---|---|

**Job #:** 1529925   **Client File #** N/A
**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.
**Case Number** 3:14-cv-852-REP-GBL-BMK

**Recipient:**
Delegate Barry D. Knight c/o Katherine Lea
McKnight, Esquire
Baker & Hostetler LLP, 1050 Connecticut

Date Received:
7/24/2017
**Completed:**
7/21/2017

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Tendered | 1 | $40.00 | $40.00 |
| Service of Process - RUSH / Additional Service at Same Address (Discount) | 1 | $50.00 | $50.00 |
| | | Job Total Due = | $100.00 |
| | | Job Total Recd = | |

---

**TOTAL INVOICE AMOUNT DUE:**  $100.00

Received
AUG ... 2017
ACCOUNTS PAYABLE

**Terms:** Thank you for your business! Please provide the invoice number on your check.
FEIN: 52-2283731

Approved for Payment

Sign Here _____

Client matter # 125320.0005

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
tfelter@capitolprocess.com



Aria C. Branch, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

**Due By: 08/26/2017**
Invoice Date: 7/27/2017
Invoice #: 1529926
Job#: 1529926
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

**$100.00**

| Job #: 1529926   Client File # N/A | Recipient: | Date Received: |
|---|---|---|
| Plaintiff: Golden Bethune-Hill, et al. | Delegate Brenda L. Pogge c/o Katherine Lea | 7/24/2017 |
| Defendant: Virginia State Board of Elections, et al. | McKnight | Completed: |
| Case Number 14-cv-852 | Baker & Hostetler LLP, 1050 Connecticut | 7/21/2017 |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Tendered | 1 | $40.00 | $40.00 |
| Service of Process - RUSH / Additional Service at Same Address (Discount) | 1 | $50.00 | $50.00 |
| | | Job Total Due = | $100.00 |

**TOTAL INVOICE AMOUNT DUE:**                                    **$100.00**

Received
AUG 2 ? 2017
ACCOUNTS PAYABLE

**Terms:** Thank you for your business! Please provide the invoice number on your check.
FEIN: 52-2283731

## Approved for Payment

Sign Here _____

Client matter # 125320. 0005

170933_A0001291

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 — FAX 202 667-2520
tfelter@capitolprocess.com

**A P 1 2 3 2 9 3 2**

Aria C. Branch, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

**Due By: 08/26/2017**
Invoice Date: 7/27/2017
Invoice #: 1529927
Job#: 1529927
Client File#: N/A

### TOTAL INVOICE AMOUNT DUE

$100.00

---

**Job #:** 1529927    **Client File #** N/A
**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.
**Case Number** 3:14-cv-852-REP-GBL-BMK

**Recipient:**
Delegate Christopher K. Peace c/o Katherine
Lea McKnight, Esquire
Baker & Hostetler LLP, 1050 Connecticut

**Date Received:**
7/24/2017
**Completed:**
7/21/2017

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Tendered | 1 | $40.00 | $40.00 |
| Service of Process - RUSH / Additional Service at Same Address (Discount) | 1 | $50.00 | $50.00 |

Job Total Due = $100.00
Job Total Recd =

---

**TOTAL INVOICE AMOUNT DUE:** **$100.00**

Received
AUG 2 ? 2017
ACCOUNTS PAYABLE



**Terms:** Thank you for your business! Please provide the invoice number on your check.
FEIN: 52-2283731

## Approved for Payment

Sign Here _____

Client matter # 125320.0005

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
tfelter@capitolprocess.com



**Due By: 08/26/2017**
Invoice Date: 7/27/2017
Invoice #: 1529928
Job#: 1529928
Client File#: N/A

Aria C. Branch, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

**TOTAL INVOICE AMOUNT DUE**

$100.00

---

**Job #:** 1529928    **Client File #** N/A
**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.
**Case Number** 14-cv-852

**Recipient:**
Baker & Hostetler LLP, 1050 Connecticut

**Date Received:**
7/24/2017
**Completed:**
7/21/2017

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Tendered | 1 | $40.00 | $40.00 |
| Service of Process - RUSH / Additional Service at Same Address (Discount) | 1 | $50.00 | $50.00 |
| | | **Job Total Due =** | $100.00 |

---

**TOTAL INVOICE AMOUNT DUE:** **$100.00**

Received
AUG 2 ? 2017
ACCOUNTS PAYABLE

**Terms:** Thank you for your business! Please provide the invoice number on your check.
FEIN: 52-2283731

Approved for Payment

Sign Here _____

Client matter # 125.320.0005

170933_A0001295

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 — FAX 202 667-2520
tfelter@capitolprocess.com



**Due By: 08/26/2017**
Invoice Date: 7/27/2017
Invoice #: 1529936
Job#: 1529936
Client File#: N/A

Aria C. Branch, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

**TOTAL INVOICE AMOUNT DUE**

$100.00

---

| Job #: 1529936    Client File #  N/A | | | | |
|---|---|---|---|---|
| **Plaintiff:** Golden Bethune-Hill, et al. | Recipient: Delegate Gordon C. Helsel, Jr. c/o Katherine | | | Date Received: 7/25/2017 |
| **Defendant:** Virginia State Board of Elections, et al. | Lea McKnight, Esquire | | | Completed: |
| **Case Number** 3:14-cv-852-REP-GBL-BMK | Baker & Hostetler LLP, 1050 Connecticut | | | 7/21/2017 |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Tendered | 1 | $40.00 | $40.00 |
| Service of Process - RUSH / Additional Service at Same Address (Discount) | 1 | $50.00 | $50.00 |
| | | Job Total Due = | $100.00 |
| | | Job Total Recd = | |

---

**TOTAL INVOICE AMOUNT DUE:**                                    **$100.00**





**Terms:** Thank you for your business! Please provide the invoice number on your check.
FEIN: 52-2283731

Approved for Payment

Sign Here _____

Client matter # 125320.0005

170933_A0001297

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 — FAX 202 667-2520
tfelter@capitolprocess.com



**Due By: 08/26/2017**
Invoice Date: 7/27/2017
Invoice #: 1529937
Job#: 1529937
Client File#: N/A

Aria C. Branch, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

*AP1232941*

### TOTAL INVOICE AMOUNT DUE

$100.00

---

| Job #:  1529937       Client File #  N/A | | Recipient: | Date Received: |
|---|---|---|---|
| Plaintiff:  Golden Bethune-Hill, et al. | | Delegate M. Kirkland Cox c/o Katherine Lea | 7/25/2017 |
| Defendant:  Virginia State Board of Elections, et al. | | McKnight | Completed: |
| Case Number  14-cv-852 | | Baker & Hostetler LLP, 1050 Connecticut | 7/21/2017 |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Tendered | 1 | $40.00 | $40.00 |
| Service of Process - RUSH / Additional Service at Same Address (Discount) | 1 | $50.00 | $50.00 |

Job Total Due = _____ $100.00

---

**TOTAL INVOICE AMOUNT DUE:** **$100.00**

*Received AUG 2 · 2017 Accounts Payable*

**Terms:** Thank you for your business! Please provide the invoice number on your check.
FEIN: 52-2283731

## Approved for Payment

Sign Here _____

Client matter # 125320.0005

170933_A0001299

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 – FAX 202 667-2520
tfelter@capitolprocess.com



Aria C. Branch, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

Due By: 08/26/2017
Invoice Date: 7/27/2017
Invoice #: 1529939
Job#: 1529939
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$100.00

---

**Job #:** 1529939   **Client File #** N/A
**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.
**Case Number** 3:14-cv-852-REP-GBL-BMK

**Recipient:**
Delegate G. M. (Manoli) Loupassi c/o Katherine
Lea McKnight, Esquire
Baker & Hostetler LLP, 1050 Connecticut

Date Received:
7/25/2017
Completed:
7/21/2017

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Tendered | 1 | $40.00 | $40.00 |
| Service of Process - RUSH / Additional Service at Same Address (Discount) | 1 | $50.00 | $50.00 |

Job Total Due = $100.00

Job Total Rec'd =

- - - - - - - - - - - - - - - - - - -

**TOTAL INVOICE AMOUNT DUE:**                                    **$100.00**

Received
AUG 22 2017
ACCOUNTS PAYABLE



**Terms:** Thank you for your business! Please provide the invoice number on your check.
FEIN: 52-2283731

Approved for Payment

Sign Here _____

Client matter # 125320.0005

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 — FAX 202 667-2520
tfelter@capitolprocess.com



Aria C. Branch, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

*AP1232947*

Due By: 08/26/2017
Invoice Date: 7/27/2017
Invoice #: 1529940
Job#: 1529940
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$100.00

---

**Job #:** 1529940    **Client File #** N/A
**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.
**Case Number** 14-cv-852

**Recipient:**
Delegate James P. Massie, III c/o Katherine
Lea McKnight
Baker & Hostetler LLP, 1050 Connecticut

**Date Received:**
7/25/2017
**Completed:**
7/21/2017

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Tendered | 1 | $40.00 | $40.00 |
| Service of Process - RUSH / Additional Service at Same Address (Discount) | 1 | $50.00 | $50.00 |
| | | Job Total Due = | $100.00 |

---

**TOTAL INVOICE AMOUNT DUE:**      **$100.00**

Received
AUG 2 2 2017
ACCOUNTS PAYABLE

**Terms:** Thank you for your business! Please provide the invoice number on your check.
FEIN: 52-2283731

Approved for Payment

Sign Here

Client matter # 125320.0005

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 — FAX 202 667-2520
tfelter@capitolprocess.com



Aria C. Branch, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

* A P 1 2 3 2 9 5 0 *

**Due By: 08/26/2017**
Invoice Date: 7/27/2017
Invoice #: 1529942
Job#: 1529942
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

**$800.00**

---

**Job #:** 1529942   **Client File #** N/A
**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.
**Case Number** 3:140-cv-852-REP-GBL-BMK

**Recipient:**
Delegate John M. O'Bannon, III c/o Katherine
Lea McKnight, Esquire
Baker & Hostetler LLP, 1050 Connecticut

**Date Received:**
7/25/2017
**Completed:**
7/21/2017

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Tendered | 1 | $40.00 | $40.00 |
| Standby Time on 07/19/2017: | 2.5 | $100.00 | $250.00 |
| 2.5 hours x $100.00 per hour | | | |
| Standby Time on 07/20/2017: | 4 . | $100.00 | $400.00 |
| 4.0 hours x $100.00 per hour | | | |
| Service of Process - RUSH | 1 | $100.00 | $100.00 |

**Job Total Due** = $800.00

**Job Total Recd** =

---

**TOTAL INVOICE AMOUNT DUE:**                                **$800.00**

Received
AUG 2 2 2017
ACCOUNTS PAYABLE

**Terms:** Thank you for your business! Please provide the invoice number on your check.
FEIN: 52-2283731

Approved for Payment

Sign Here

Client matter # 125320.0005

170933_A0001305

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
tfelter@capitolprocess.com

**Due By: 09/13/2017**
Invoice Date: 8/14/2017
Invoice #: 1530977
Job#: 1530977
Client File#: N/A

Aria C. Branch, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

*A P 1 2 3 5 5 3 8 *

**TOTAL INVOICE AMOUNT DUE**

$150.00

*125320.0005*

Job #: 1530977    Client File # N/A
Plaintiff: Golden Bethune-Hill, et al.
Defendant: Virginia State Board of Elections, et al.
Case Number 14-cv-852

Recipient:
Dr. James W. Loewen c/o Katherine Lea
McKnight, Esquire
Baker & Hostetler LLP, 1050 Connecticut

Date Received:
8/10/2017
Completed:
8/10/2017

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Tendered | 1 | $40.00 | $40.00 |
| Service of Process - RUSH | 1 | $100.00 | $100.00 |
| | | Job Total Due = | $150.00 |

**TOTAL INVOICE AMOUNT DUE:**                                                $150.00

Terms: Thank you for your business! Please provide the invoice number on your check.
FEIN: 52-2283731

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 — FAX 202 667-2520
tfelter@capitolprocess.com

```
* A P 1 2 3 5 5 3 5 *
```

Aria C. Branch, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

**Due By: 09/22/2017**
Invoice Date: 8/23/2017
Invoice #: 1531394
Job#: 1531394
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$260.00

*125320.0005*

---

**Job #:** 1531394   **Client File #** N/A

**Plaintiff:** Golden Bethune-Hill, et al.
**Defendant:** Virginia State Board of Elections, et al.
**Case Number** 3:14-cv-852-REP-AWA-BMK

**Recipient:**
Delegate Matthew James
Pocahontas Building, 900 East Main Street,

**Date Received:**
8/18/2017
**Completed:**
8/23/2017

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Attempted Service of Process | 1 | $150.00 | $150.00 |
| Priority Fee - IMMEDIATE | 1 | $100.00 | $100.00 |
| | | Job Total Due = | $260.00 |

---

**TOTAL INVOICE AMOUNT DUE:**                                    **$260.00**

---

**Terms:** Thank you for your business! Please provide the invoice number on your check.
FEIN: 52-2283731

170968_A0000661

*205509-001*

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009 | Phone 202 667-0050 -- FAX 202 667-2520
tfelter@capitolprocess.com

**Due By:** 10/14/2017
**Invoice Date:** 9/14/2017
**Invoice #:** 1532073
**Job#:** 1532073
**Client File#:** N/A

Aria C. Branch, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

*A P 1 2 3 6 0 2 5 *

**TOTAL INVOICE AMOUNT DUE**

**$414.90**

125320.0005
13510

| Job #: 1532073 | Client File # | N/A | | | | Date Received: 9/6/2017 |
|---|---|---|---|---|---|---|
| Plaintiff: Golden Bethune-Hill, et al. | | | | | | Completed: 9/6/2017 |
| Defendant: Virginia State Board of Elections, et al. | Recipient: | | | | | |
| Case Number 14-cv-852 | | | | | | |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee (Over $100.00) | 1 | $25.00 | $25.00 |
| Witness Fee Tendered | 1 | $139.90 | $139.90 |
| Service of Process | 1 | $150.00 | $150.00 |
| Priority Fee - IMMEDIATE | 1 | $100.00 | $100.00 |
| | | Job Total Due = | $414.90 |

**TOTAL INVOICE AMOUNT DUE:** $414.90

Terms: Thank you for your business! Please provide the invoice number on your check.
FEIN: 52-2283731

Received
SEP 2 5 2017
ACCOUNTS PAYABLE

171071_A0001653

205569-00

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009    Phone 202 667-0050 -- FAX 202 667-2520
tfelter@capitolprocess.com

*AP1236022*

Aria C. Branch, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

Due By: 10/14/2017
Invoice Date: 9/14/2017
Invoice #: 1532064
Job#: 1532064
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$550.00

125320.0005
13510

| | | Recipient: | | Date Received: |
|---|---|---|---|---|
| Job #: 1532064    Client File # N/A | | | | 9/6/2017 |
| Plaintiff: Golden Bethune-Hill, et al. | | | | Completed: |
| Defendant: Virginia State Board of Elections, et al. | | | | 9/6/2017 |
| Case Number 14-cv-852 | | | | |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Tendered | 1 | $40.00 | $40.00 |
| Attempted Service of Process: | 1 | $150.00 | $150.00 |
| ███████████████ | 1 | $100.00 | $100.00 |
| Priority Fee - IMMEDIATE | 1 | $100.00 | $100.00 |
| Service of Process: | 1 | $150.00 | $150.00 |
| ███████████████ | | | |
| Priority Fee - IMMEDIATE | 1 | $100.00 | $100.00 |

Job Total Due = $550.00

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**TOTAL INVOICE AMOUNT DUE:**                                $550.00



Terms: Thank you for your business! Please provide the invoice number on your check.
FEIN: 52-2283731

Received
SEP 2 9 2017
ACCOUNTS PAYABLE

171071_A0001643

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
tfelter@capitolprocess.com

Due By: **10/19/2017**
Invoice Date: 9/19/2017
Invoice #: 1532205
Job#: 1532205
Client File#: N/A

Aria C. Branch, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

**TOTAL INVOICE AMOUNT DUE**

$800.00

- - - - - - -

- - - - - - -

Job #:  1532205        Client File #  N/A
Plaintiff:  Golden Bethune-Hill, et al.
Defendant:  Virginia State Board of Elections, et al.
Case Number:  14-cv-852

Recipient:

Date Received:
9/7/2017
Completed:
9/12/2017

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| | 1 | $10.00 | $10.00 |
| Check Issue Fee | 1 | $40.00 | $40.00 |
| Witness Fee Tendered | 1 | $150.00 | $150.00 |
| Attempted Service of Process: | | | |
| | 1 | $100.00 | $100.00 |
| Priority Fee - IMMEDIATE | 1 | $150.00 | $150.00 |
| Attempted Service of Process: | | | |
| | 1 | $100.00 | $100.00 |
| Priority Fee - IMMEDIATE | 1 | $150.00 | $150.00 |
| Service of Process: | | | |
| | 1 | $100.00 | $100.00 |
| Priority Fee - IMMEDIATE | | | |

Job Total Due =        $800.00

Job Total Recd =

- - - - - - -

TOTAL INVOICE AMOUNT DUE:        $800.00

Approved for Payment

Bruce V. Spiva

Sign Here

Client matter #                116159.0001

Terms: Thank you for your business! Please provide the invoice number on your check.
FEIN: 52-2283731

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050  --  FAX 202 667-2520
tfelter@capitolprocess.com

**Due By: 10/19/2017**
Invoice Date: 9/19/2017
Invoice #: 1532448
Job#: 1532448
Client File#: N/A

Aria C. Branch, Esquire
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005

**TOTAL INVOICE AMOUNT DUE**

$404.76

- - - - - - -                                                                                          - - - - - - -

**Job #:**  1532448        **Client File #**  N/A
**Plaintiff:**  Golden Bethune-Hill, et al.
**Defendant:**  Virginia State Board of Elections, et al.
**Case Number**  14-cv-852

**Recipient:**

**Date Received:**
9/11/2017
**Completed:**
9/11/2017

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Tendered | 1 | $144.76 | $144.76 |
| Service of Process | 1 | $150.00 | $150.00 |
| Priority Fee - IMMEDIATE | 1 | $100.00 | $100.00 |

**Job Total Due =** _____  $404.76

**Job Total Recd =**

**TOTAL INVOICE AMOUNT DUE:**                                                  $404.76

**Terms:** Thank you for your business! Please provide the invoice number on your check.
FEIN:  52-2283731

**Approved for Payment**

Sign Here _____ - Michelle DePass

Client matter # 116159.0001

perkinscoie

INVOICE #: 5379777

Golden Bethune-Hill

116159.0001 / Bethune-Hill v. Virginia SBOE (EDVA-State House;Shaw Claim)

| DESCRIPTION | AMOUNT |
|---|---|
| Professional services - other - Ward L. Armstrong, Attorney-At-Law - Expenses associated with expert witness travel for trial 7/7/15 | $387.40 |

# ARMSTRONG & ARMSTRONG

## ATTORNEYS AT LAW

**WARD ARMSTRONG**
**COURTNEY ARMSTRONG**

One Walnut Street
P.O. Box 1431
Martinsville, VA 24114-1431
Phone 276.632.7022
Fax 276.632.2935

August 4, 2015

Ms. Aria Branch, Associate
Perkins Coie LLP
700 Thirteenth Street, N.W. Suite 600
Washington, DC 20005-3960

**Re: Travel expense reimbursement**

Dear Aria:

Per your recent email here is an itemization of my travel expenses relative to my appearance in U.S. District Court for the Eastern District of Virginia on July 7, 2015.

1. Mileage (July 6 through July 7, 2015)

    A. Roundtrip – Martinsville to
       Alexandria (251 miles each way)    502 miles

    B. 2 Roundtrips - 9322 Jackson Street,
       Burke, Va.  22015 to Federal Courthouse
       in Alexandria (12.5 miles each way)    50 miles

    Total miles    552 miles

2. Parking (July 6 through July 7, 2015)    $50.00

3. Lodging    -0-

4. Meals (dinner on evening of July 6, 2015 at
   Nationals Park)    20.00

The above itemization is true and correct to the best of my knowledge and represents actual expenses incurred for this court appearance.

Ms. Aria Branch, Associate
Page 2
August 4, 2015


     With kindest personal regards, I am

               Sincerely yours,


               Ward L. Armstrong,
               Attorney-at-Law

WLA/btp

PERKINSCOIe

INVOICE #: 5728888

National Redistricting Foundation

125320.0005 / EDVA-State House Shaw Claim

**FOR DISBURSEMENTS AND OTHER SERVICES** THROUGH 09/30/17

| DESCRIPTION | AMOUNT |
| --- | --- |

Ward L. Armstrong, Attorney-At-Law – Professional services – other 9/2017    $175.38

# Armstrong, Ward, Whitney, SG
# And Pam
## Omni Richmond Hotel

Arrival:    **Thu   8/24/2017**          Room: **1003**
Nights:    **1**
Departure: **Fri   8/25/2017**           Type: **KN**

Credit Typ **CV**

Balance:                   Tax: **Y**

Account:  **12201301473**     **Init.** _____
Group:

Resv Date: **8/24/2017 7:42 AM**
Code: **AAA**      Market: **QDIS**

| Rate by Date | |
| --- | --- |
| 8/24/2017 | $152.15 |

Must present AAA ID at registration
to receive this discounted rate

Strong Wifi Signal Request          Turndown
Wifi Complimentary

The Hotel Departure time is 12:00 PM.  Safe deposit boxes are available at the Front Desk.  The Hotel assumes no responsibility for loss of money, jewels or other valuables, unless placed in our safe deposit boxes at the Front Desk.  We are not responsible for articles left in the room or auto.  I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.  Registration rates do not include applicable taxes. At the Omni Richmond Hotel we are committed to providing our guests with a smoke-free environment. We do provide designated smoking areas outside the building to accommodate the needs of guests who smoke. Should you be in violation of our smoke-free environment, this will result in a $200.00 cleaning fee. This charge will assist in the deep cleaning and purification of your guest room. I have requested weekday delivery of USA Today.  If refused, a credit of 75 cents will be made to my account.

**E Mail Address:**   PARMSTRONG@WARDARMSTRONG.

**Signature:**   _____

▓ Valet Parking: $25.00/Night _____

The Westin Alexandria
Beth Nelson

**Perkins Coie LLP June Meet Att - Account No  27003**
**INVOICE**

14-Jul-2015 04:03 PM

**\*\*\* Individual Guest Charges \*\*\***

| Guest Name | Room # | Folio # | Room Chg | Room Tax | Food & Bev | Parking | Phone/Int | Other | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Dance, Rosalyn | 469 | 452572 | $159.00 | $24.06 | $0.00 | $26.00 | $0.00 | $0.00 | $209.06 |
| | | | | | | | | | |
| McClellan, Jennifer | 722 | 452575 | $159.00 | $24.06 | $45.95 | $0.00 | $9.95 | $0.00 | $238.96 |
| Reed, Ed | 422 | 452573 | $159.00 | $24.06 | $99.20 | $0.00 | $0.00 | $0.00 | $282.26 |
| | | | | | | | | | |

Page 5 of 6

# OMNI 🦁 HOTELS & RESORTS
## richmond
100 South 12th Street
Richmond, VA 23219
Phone: 804-344-7000 • Fax: 804-648-6704
Reservations: 800-843-6664

Group Folio Detail

PERKINS COIE LLP

Room Number:
Package Rate: 0.00
Room Type: ROHDLX
No. of Guests: 0 / 0



| 12201307078 | ARMSTRONG, WARD | | |
|---|---|---|---|
| 10/9/2017 | ROOM CHARGE | FROM ACCT #12201307078 #1115 ARMSTRONG, | $179.00 |
| 10/9/2017 | OCCUPANCY TAX 8% | FROM ACCT #12201307078 #1115 ARMSTRONG, | $14.32 |
| 10/9/2017 | SALES TAX 5.3% | FROM ACCT #12201307078 #1115 ARMSTRONG, | $9.49 |
| | | Sub Total: | $202.81 |
| 12201307079 | JAMES, MATTHEW | | |
| 10/9/2017 | ROOM CHARGE | FROM ACCT #12201307079 #1716 JAMES, MATT | $179.00 |
| 10/9/2017 | OCCUPANCY TAX 8% | FROM ACCT #12201307079 #1716 JAMES, MATT | $14.32 |
| 10/9/2017 | SALES TAX 5.3% | FROM ACCT #12201307079 #1716 JAMES, MATT | $9.49 |
| | | Sub Total: | $202.81 |

CONTINUED ON NEXT PAGE

TERMS:   DUE AND PAYABLE UPON PRESENTATION.  I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

171226_A0002203

Page 6 of 6

# OMNI ✤ HOTELS & RESORTS

### richmond

100 South 12th Street
Richmond, VA 23219
Phone: 804-344-7000 • Fax: 804-648-6704
Reservations: 800-843-6664

Group Folio Detail

PERKINS COIE LLP

Room Number:
Package Rate: 0.00
Room Type: ROHDLX
No. of Guests: 0 / 0

| 12201307080 | HOWELL, ALGIE | | |
|---|---|---|---|
| 10/9/2017 | ROOM CHARGE | FROM ACCT #12201307080 #1725 HOWELL, ALG | $179.00 |
| 10/9/2017 | OCCUPANCY TAX 8% | FROM ACCT #12201307080 #1725 HOWELL, ALG | $14.32 |
| 10/9/2017 | SALES TAX 5.3% | FROM ACCT #12201307080 #1725 HOWELL, ALG | $9.49 |
| | | Sub Total: | $202.81 |

CREDIT DUE:          ($0.00)

TERMS:   DUE AND PAYABLE UPON PRESENTATION.   I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

171226_A0002235