# EXHIBIT A

DECLARATION OF KEVIN J. HAMILTON IN SUPPORT OF FEE PETITION

**PERKINS**COIE

# Professional Biography



**ARIA C. BRANCH  |  ASSOCIATE**

WASHINGTON, D.C.
700 13th Street, NW, Suite 600
Washington, DC
+1.202.654.6200
ABranch@perkinscoie.com

Aria Branch, an associate with the firm's Political Law practice, counsels federal and state elected officials, candidates, political parties, trade associations, corporations, PACs and other political organizations on campaign finance and ethics issues. She has represented clients before the Federal Election Commission, the Office of Congressional Ethics, and state ethics and campaign finance regulators.

Aria also litigates political law cases, most notably in the areas of voting rights and redistricting. Her recent litigation engagements include representation of plaintiffs challenging burdensome voting laws in Virginia and Wisconsin. Aria was also a member of the teams that successfully briefed and argued two cases on redistricting before the U.S. Supreme Court: *Bethune-Hill v. Virginia State Board of Elections*  and *McCrory v. Harris*.

## RELATED EMPLOYMENT

- Organizing for America, Chesapeake, VA, Organizing Fellow, 2012
- Judicial Extern for Hon. Justice Patricia Timmons-Goodson, Supreme Court of North Carolina, 2010

## EXPERIENCE

**BETHUNE-HILL V. VIRGINIA STATE BOARD OF ELECTIONS**
U.S. District Court for the Eastern District of Virginia
Represented 12 Virginia voters in constitutional challenge to Virginia House of Delegate redistricting plan arising under the Equal Protection Clause of the Fourteenth Amendment. Perkins Coie secured a significant victory on behalf of Virginia voters on June 26, 2018, when the United States District Court for the Eastern District of Virginia, Richmond Division held that all 11 of the House of Delegates districts that were challenged by Perkins Coie in October 2017 were unconstitutional racial gerrymanders in violation of the Fourteenth Amendment.

**COOPER V. HARRIS**
Supreme Court of the United States
U.S. District Court for the Middle District of North Carolina
Secured a victory in the U.S. Supreme Court on May 22, 2017 on behalf of two North Carolina residents seeking invalidation of North Carolina's 1st and 12th Congressional Districts as racial gerrymanders in violation of the Equal Protection Clause of the 14th Amendment. Following trial in October 2015, on February 6, 2016, a three-judge panel of the U.S. District Court for the Middle District of North Carolina found in our team's favor, striking down the congressional plan originally drawn in 2011, enjoining further elections under it, and directing the North Carolina General Assembly to adopt a new map. The three-judge panel then denied the defendants' motion to stay, as did the U.S. Supreme Court. The Supreme Court Opinion, authored by Justice Kagan, upheld the district court's judgment that the North Carolina General

Assembly had unlawfully used race to draw congressional districts.

**WISCONSIN VOTING RIGHTS VICTORY**

Secured a significant victory in Wisconsin striking down eight recently-enacted voting restrictions, including those involving strict voter identification requirements and substantial restrictions to early and absentee voting. The judge found a number of the challenged provisions unconstitutional, including the voter ID law as implemented, restrictions on the use of student ID as voter ID, certain restrictions that limited early and absentee voting, and a provision that increased the residency requirement before an otherwise eligible voter may participate in elections in Wisconsin. The court further affirmatively ordered the state to issue valid photo IDs for voters who are trying to obtain them but lack certain credentials (e.g. birth certificates).

**VIRGINIA NOMINATION PROCESS CHALLENGE**

U.S. District Court for the Eastern District of Virginia

Successfully defended the Democratic Party of Virginia against a lawsuit that challenged the Party's First Amendment right to choose the means by which it selected its nominee in a special election to fill a vacant seat in the Virginia House of Delegates.

**VIRGINIA LONG LINES SETTLEMENT**

Successfully represented the Democratic Party of Virginia and two Virginia voters in settlement negotiations with the Virginia State Board of Elections and the Virginia Department of Elections that culminated in a favorable consent decree in which the Board and Department agreed to take critical, significant steps to remedy Virginia's historical problem with long wait times to vote.

**VIRGINIA HOUSE OF DELEGATES RECOUNT**

Represented a democratic candidate for the Virginia House of Delegates in a high profile, closely watched election recount, the results of which determined party control of the House.


**NEWS**

05.22.2017

*Perkins Coie Wins SCOTUS Ruling in North Carolina Congressional Redistricting Case*

Press Releases

In a third time win for Perkins Coie attorney Marc Elias before the U.S. Supreme Court in redistricting lawsuits, on May 22, 2017, the Court upheld a federal district court decision that struck down North Carolina's 1st and 12th Congressional Districts as racial gerrymanders in violation of the Equal Protection Clause of the 14th Amendment.

12.05.2016

*Marc Elias Featured in the National Law Journal Supreme Court Brief Article - A SCOTUS Juggling Act for Perkins Coie's Marc Elias*

General News

*National Law Journal Supreme Court Brief*

Marc Elias was featured in *National Law Journal Supreme Court Brief*  article, "A SCOTUS Juggling Act for Perkins Coie's Marc Elias" noting that his arguments on two separate but related cases before the high court on Monday was just one of several career highlights this year alone.

Abha Khanna, Kevin Hamilton, Aria Branch and Elisabeth Frost were also mentioned regarding their contributions to both cases. To read more, click here.

07.16.2015

*Perkins Coie and Microsoft Join Forces on Women in Law Program*

Press Releases

Women attorneys from Perkins Coie and Microsoft Corporation recently teamed up on a new program as part of ongoing gender diversity initiatives to inform and inspire women law students about their future in the legal field. The program included an event in Chicago called "Women in Law: Being Successful and Making an Impact," and another in Washington, D.C. titled "Women in Law: Navigating the Politics of Success."


**AREAS OF FOCUS**


**PRACTICES**

- Political Law
- Political Parties, Campaigns and Committees
- Political Law Litigation

## BAR AND COURT ADMISSIONS

- District of Columbia
- Virginia
- U.S. District Court for the Eastern District of Virginia
- U.S. District Court for the Western District of Wisconsin

## EDUCATION

- Harvard Law School, J.D., 2012, General Board, *Civil Rights-Civil Liberties Law Review*
- Duke University, A.B., Political Science and African and African-American Studies, *cum laude*, 2009

---

© 2018 Perkins Coie LLP

PERKINSCOIE

# Professional Biography



**AMANDA R. CALLAIS  |  ASSOCIATE**

WASHINGTON, D.C.
700 13th Street, NW, Suite 600
Washington, DC
+1.202.654.6396
ACallais@perkinscoie.com

Amanda Callais focuses her practice on political litigation. She represents voters, campaigns, political committees and activists at the state and federal level in actions related to elections, including redistricting and voting rights, as well as cases implicating important matters of First Amendment speech and association. In particular, Amanda has considerable experience successfully challenging repressive voting measures, including voter identification and registration laws, as well as other restrictions that make it more difficult for eligible voters to participate in their representative democracy. Amanda regularly achieves favorable outcomes in high-profile, complex cases, from the trial through appellate levels.

Amanda's background includes assisting clients in the financial services sector with complex state and federal civil litigation and representing clients on antitrust-related matters and in investigations before government agencies and regulatory bodies. She also served as a law clerk for the Honorable Carl J. Barbier of the U.S. District Court for the Eastern District of Louisiana.

Prior to beginning her legal career, Amanda was active in several political campaigns and causes. She served as canvass director for Kirsten Gillibrand's 2008 run for Congress and as a field organizer for Hillary Clinton's 2008 presidential bid. Amanda was also a policy associate and lobbyist for the Louisiana Maternal and Child Health Coalition.

Maintaining an active pro bono practice, Amanda recently assisted international law scholars and organizations in preparing U.S. Supreme Court and Fourth Circuit amicus briefs in high-profile immigration law cases. She has also helped immigrants obtain asylum and successfully represented blind federal contractors in a nationwide disability rights class action.

## PROFESSIONAL LEADERSHIP

- D.C. Bar John C. Payton 2015 Leadership Academy, Member
- Women's Bar Association of D.C., Member, Former - Litigation Forum, Co-Chair
- American Bar Association, Member
- Louisiana School for Math, Science, and the Arts Foundation, Board Member

## RELATED EMPLOYMENT

- Sutherland Asbill & Brennan LLP, Washington, D.C., Summer Associate, 2011; Associate, 2013 - 2014
- Louisiana Maternal and Child Health Coalition, Baton Rouge, LA, Policy Associate; Lobbyist, 2009
- Kirsten Gillibrand for Congress, Clifton Park, NY, Canvass Director; GOTV Director, 2008

- Harry Teague for Congress, Las Cruces, NM, Western Field Director; Deputy Campaign Manager, 2008

- Hillary Clinton for President, Des Moines, IA, Field Organizer, 2007 - 2008

## CLERKSHIPS

- Hon. Carl Barbier, U.S. District Court for the Eastern District of Louisiana, 2012 - 2013

## EXPERIENCE

### NEWTON V. WALKER
Court of Appeals of Wisconsin
Obtained a writ of mandamus requiring Governor Scott Walker of Wisconsin to call special elections in two legislative districts left vacant when the former office holders resigned to take positions in the Governor's administration. In the process of the litigation, which lasted, in all, a little over four weeks, the case was argued before two different judges and presented to three different courts (two judges in the circuit court and a court of appeals). At each stage, the courts ruled in favor of the eight Wisconsin voters on whose behalf the case was filed, culminating in an order issued by the Wisconsin Court of Appeals, which, in denying Governor Walker's request for an extension of time to comply with the writ of mandamus, wrote: "We … disagree with the Governor's assertion that the special elections 'are an unnecessary waste of taxpayer resources and confusing to voters.' . . . Representative government and the election of our representatives are never 'unnecessary,' [and] never a 'waste of taxpayer resources'". Governor Walker complied with the court order and called the special elections on March 29, 2018.

### WISCONSIN VOTING RIGHTS VICTORY
Secured a significant victory in Wisconsin striking down eight recently-enacted voting restrictions, including those involving strict voter identification requirements and substantial restrictions to early and absentee voting. The judge found a number of the challenged provisions unconstitutional, including the voter ID law as implemented, restrictions on the use of student ID as voter ID, certain restrictions that limited early and absentee voting, and a provision that increased the residency requirement before an otherwise eligible voter may participate in elections in Wisconsin. The court further affirmatively ordered the state to issue valid photo IDs for voters who are trying to obtain them but lack certain credentials (e.g. birth certificates).

### NORTH CAROLINA VOTING RIGHTS CHALLENGE
Represents a group of North Carolina voters in a federal voting rights litigation in which a three-judge panel of the U.S. Court of Appeals for the Fourth Circuit issued a unanimous ruling that the State's Republican-led General Assembly intentionally discriminated against African Americans when it enacted several new voting restrictions in 2013. The Fourth Circuit reversed the district court's dismissal of all of the plaintiffs' claims in *North Carolina State Conference of the NAACP, et al. v. McCrory, et al.*, finding that North Carolina's elimination of same day registration, out-of-precinct provisional voting, preregistration, reduction of early voting, and enactment of voter-ID law were unconstitutional and in violation of the 14th Amendment and Section 2 of the Voting Rights Act. The decision invalidates the changes to North Carolina's voting mechanisms, meaning that same-day registration, out-of-precinct provisional voting, preregistration, and the lost early voting days will be reinstated. North Carolina's voter ID law is also completely enjoined.

### OHIO GOLDEN WEEK REINSTATEMENT
Secured a victory for voters in Ohio by obtaining a ruling that the State's elimination of Ohio's Golden Week – a period during which early voting and registration overlapped, such that voters could both register to vote and cast their ballot at the same time – violated Section 2 of the Voting Rights Act and was unconstitutional under the 14th Amendment's Equal Protection Clause.

### VIRGINIA BALLOT CHALLENGE
Successfully defended the Virginia Democratic Party against a motion for a preliminary injunction that, if granted, would have halted the printing of ballots for a primary election and required court review of the Party's decision not to certify a candidate for the ballot.

## AREAS OF FOCUS

## PRACTICES

- Political Law
- Political Law Litigation

## BAR AND COURT ADMISSIONS

- District of Columbia
- Virginia
- U.S. Court of Appeals for the Fourth Circuit
- U.S. Court of Appeals for the Ninth Circuit
- U.S. Court of Appeals for the Sixth Circuit
- U.S. District Court for the District of Columbia
- U.S. District Court for the Eastern District of Virginia

## EDUCATION

- Tulane University Law School, J.D., *summa cum laude*, 2012, Order of the Coif
- Louisiana State University, B.A., Political Science; History, *summa cum laude*, 2006

## LANGUAGES

- Spanish

---

© 2018 Perkins Coie LLP

PERKINSCOIE

# Professional Biography



**MARC E. ELIAS** | **PARTNER**

*Firmwide Chair, Political Law Practice; Member, Firmwide Executive Committee*

WASHINGTON, D.C.
700 13th Street, NW, Suite 600
Washington, DC
+1.202.654.6200
MElias@perkinscoie.com

Marc Elias is the chair of Perkins Coie's Political Law Group, where he is a preeminent counselor in the areas of federal and state campaign finance law, ethics, lobbying and gift rules, as well as recounts and election contests. He is also a nationally recognized authority and spearheads litigation efforts in the areas of voting rights and redistricting.

Marc's clients include dozens of U.S. senators, governors, representatives and their campaigns. Marc served as general counsel to Hillary for America, Hillary Rodham Clinton's presidential campaign in 2016. He served in the same role for John Kerry's presidential campaign in 2004. His political committee clients include the Democratic National Committee, Democratic Senatorial Campaign Committee, Democratic Congressional Campaign Committee, Democratic Governors Associations, National Democratic Redistricting Committee, Priorities USA, Senate Majority PAC, House Majority PAC and EMILY's List.

As a litigator, Marc has handled dozens of cases involving politics, campaign finance and voting rights. In 2016, he successfully argued three cases challenging unlawful Republican gerrymandering in the U.S. Supreme Court: *Wittman v. Personhuballah*, *Bethune-Hill v. Virginia State Bd. of Elections*, *Cooper v. Harris*.

Also in 2016, Marc successfully represented Governor Roy Cooper in the North Carolina post-election and recount process. He served in the same role for Attorney General Mark Herring in the Virginia Attorney General's successful recount in 2013. Marc also served as lead counsel for Senator Al Franken in the 2008 Minnesota Senate election recount and contest—the largest recount and contest in American history.

Marc has represented numerous clients in public corruption and campaign finance matters before the U.S. Department of Justice, as well as before committees of both the House and Senate, and federal agencies.

## POLITICAL LAW LEADERSHIP

Named by *Politico Magazine* as one of the "50 Politicos to Watch," Marc is frequently quoted on political law matters by the national media, and he has spoken and written extensively about both politics and political law.

He currently serves as the chair of two organizations: Democracy Forward and We the Action. He serves on the board of directors of Priorities USA and on the advisory board of Let America Vote and Access Democracy. Marc is the former co-chair of the bipartisan Committee to Modernize Voter Registration. Marc served on the American Bar Association's Standing Committee on Election Law and as an adviser to two American Law Institute projects: Principles of Government Ethics and Principles of Election Law: Resolution of Election Disputes.

Marc has taught both law and political science, including "Post Election Litigation and Advanced Election Law" at William & Mary Law School and "Modern Campaigns and Elections" at Hamilton College.

"Democratic super lawyer"

*- The Washington Post*

"A dominant force in U.S. election law"

*- Politico*

"A go-to lawyer for Democrats in recount fights and redistricting battles."

*- The Washington Post*

"The Democrats' go-to attorney … an indispensable figure in the party."

*- CQ Roll Call*

## PROFESSIONAL RECOGNITION

- Named the *Best Lawyers*' Washington, D.C. "Government Relations Practice Lawyer of the Year," 2018
- Named by *Washingtonian Magazine* as a "Top Lawyer" for campaign finance and ethics and campaign and election law
- Listed in *The Best Lawyers in America* 2008 - Present: Criminal Defense: White-Collar; Government Relations Practice
- Listed in *Chambers USA* as a leading political law attorney
- Listed in *Washington D.C. Super Lawyers*
- Listed by *American Lawyer Media* as "Top Rated Lawyer in Criminal Defense - White Collar," 2012

## EXPERIENCE

### POLITICAL LAW

**NEWTON V. WALKER**
Court of Appeals of Wisconsin
Obtained a writ of mandamus requiring Governor Scott Walker of Wisconsin to call special elections in two legislative districts left vacant when the former office holders resigned to take positions in the Governor's administration. In the process of the litigation, which lasted, in all, a little over four weeks, the case was argued before two different judges and presented to three different courts (two judges in the circuit court and a court of appeals). At each stage, the courts ruled in favor of the eight Wisconsin voters on whose behalf the case was filed, culminating in an order issued by the Wisconsin Court of Appeals, which, in denying Governor Walker's request for an extension of time to comply with the writ of mandamus, wrote: "We … disagree with the Governor's assertion that the special elections 'are an unnecessary waste of taxpayer resources and confusing to voters.' . . . Representative government and the election of our representatives are never 'unnecessary,' [and] never a 'waste of taxpayer resources'". Governor Walker complied with the court order and called the special elections on March 29, 2018.

**COOPER V. HARRIS**
Supreme Court of the United States
U.S. District Court for the Middle District of North Carolina
Secured a victory in the U.S. Supreme Court on May 22, 2017 on behalf of two North Carolina residents seeking invalidation of North Carolina's 1st and 12th Congressional Districts as racial gerrymanders in violation of the Equal Protection Clause of the 14th Amendment. Following trial in October 2015, on February 6, 2016, a three-judge panel of the U.S. District Court for the Middle District of North Carolina found in our team's favor, striking down the congressional

plan originally drawn in 2011, enjoining further elections under it, and directing the North Carolina General Assembly to adopt a new map. The three-judge panel then denied the defendants' motion to stay, as did the U.S. Supreme Court. The Supreme Court Opinion, authored by Justice Kagan, upheld the district court's judgment that the North Carolina General Assembly had unlawfully used race to draw congressional districts.

## WISCONSIN VOTING RIGHTS VICTORY

Secured a significant victory in Wisconsin striking down eight recently-enacted voting restrictions, including those involving strict voter identification requirements and substantial restrictions to early and absentee voting. The judge found a number of the challenged provisions unconstitutional, including the voter ID law as implemented, restrictions on the use of student ID as voter ID, certain restrictions that limited early and absentee voting, and a provision that increased the residency requirement before an otherwise eligible voter may participate in elections in Wisconsin. The court further affirmatively ordered the state to issue valid photo IDs for voters who are trying to obtain them but lack certain credentials (e.g. birth certificates).

## NORTH CAROLINA VOTING RIGHTS CHALLENGE

Represents a group of North Carolina voters in a federal voting rights litigation in which a three-judge panel of the U.S. Court of Appeals for the Fourth Circuit issued a unanimous ruling that the State's Republican-led General Assembly intentionally discriminated against African Americans when it enacted several new voting restrictions in 2013. The Fourth Circuit reversed the district court's dismissal of all of the plaintiffs' claims in *North Carolina State Conference of the NAACP, et al. v. McCrory, et al.*, finding that North Carolina's elimination of same day registration, out-of-precinct provisional voting, preregistration, reduction of early voting, and enactment of voter-ID law were unconstitutional and in violation of the 14th Amendment and Section 2 of the Voting Rights Act. The decision invalidates the changes to North Carolina's voting mechanisms, meaning that same-day registration, out-of-precinct provisional voting, preregistration, and the lost early voting days will be reinstated. North Carolina's voter ID law is also completely enjoined.

## U.S. SUPREME COURT RACIAL GERRYMANDERING VICTORY

Secured a unanimous victory in the U.S. Supreme Court, cementing a win for several Virginia voters previously obtained from a three-judge panel of the U.S. District Court of Virginia, which found Virginia's 3rd Congressional District to be an unconstitutional racial gerrymander. In a vote of 8-0, the Court dismissed the appeal, brought by Virginia's Republican Congressional delegation, who had intervened as defendants in the action, based on argument that the delegation lacked standing to maintain the appeal.

## OHIO GOLDEN WEEK REINSTATEMENT

Secured a victory for voters in Ohio by obtaining a ruling that the State's elimination of Ohio's Golden Week – a period during which early voting and registration overlapped, such that voters could both register to vote and cast their ballot at the same time – violated Section 2 of the Voting Rights Act and was unconstitutional under the 14th Amendment's Equal Protection Clause.

## VIRGINIA LONG LINES SETTLEMENT

Successfully represented the Democratic Party of Virginia and two Virginia voters in settlement negotiations with the Virginia State Board of Elections and the Virginia Department of Elections that culminated in a favorable consent decree in which the Board and Department agreed to take critical, significant steps to remedy Virginia's historical problem with long wait times to vote.

## VIRGINIA BALLOT CHALLENGE

Successfully defended the Virginia Democratic Party against a motion for a preliminary injunction that, if granted, would have halted the printing of ballots for a primary election and required court review of the Party's decision not to certify a candidate for the ballot.

## VIRGINIA NOMINATION PROCESS CHALLENGE

U.S. District Court for the Eastern District of Virginia
Successfully defended the Democratic Party of Virginia against a lawsuit that challenged the Party's First Amendment right to choose the means by which it selected its nominee in a special election to fill a vacant seat in the Virginia House of Delegates.

## DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE

General Counsel to the Democratic Senatorial Campaign Committee.

## NATIONAL DEMOCRATIC REDISTRICTING TRUST

General Counsel to national organization in charge of advancing Democratic congressional redistricting efforts following the 2010 census.

**KERRY-EDWARDS 2004**
General Counsel to 2004 Democratic presidential nominee.

**CHRIS DODD FOR PRESIDENT**
General Counsel to 2008 Democratic presidential campaign.

**PEREZ, ET AL. V. PERRY, ET AL.**
U.S. Supreme Court
Represented Democratic voters in lawsuit over Texas congressional redistricting. 132 S.Ct. 934 (2012)

**IN RE SENATE JOINT RESOLUTION OF LEGISLATIVE APPORTIONMENT**
Supreme Court of Florida
Represented Democratic Party in state redistricting proceeding. 83 So.3d 597, Supreme Court of Florida (2012)

**HIPPERT, ET AL. V. RITCHIE, ET AL.**
Supreme Court of Minnesota
Represented Democratic voters in state redistricting proceeding. 813 NW 2d 374 (Minn. 2012)

**NEVADA STATE DEMOCRATIC PARTY V. NEVADA REPUBLICAN PARTY**
Supreme Court of Nevada
Represented state Democratic Party in lawsuit over special congressional election. 256 P.3d 1 (NV 2011)

**IN RE 2010 GUBERNATORIAL ELECTION**
Supreme Court of Minnesota
Successfully argued Supreme Court case in connection with 2010 gubernatorial recount. 793 N.W.2d 256 (Minn. 2010)

**COMMITTEE TO RECALL ROBERT MENENDEZ FROM THE OFFICE OF U.S. SENATOR V. WELLS, ET AL.**
Supreme Court of New Jersey
Successfully argued case for Senator Menendez against constitutionality of recall under New Jersey's Uniform Recall Election Law. 7 A.3d 720 (NJ 2010)

**IN RE CONTEST OF GENERAL ELECTION HELD ON NOV. 4, 2008**
Supreme Court of Minnesota
Obtained a unanimous decision affirming that Al Franken had received the highest number of votes legally cast in the 2008 general election for United States Senator and therefore was entitled to receive the certificate of election.  Perkins Coie also represented Franken during the election, a six-week recount involving nearly three million ballots—the largest in American history, a seven-week trial, and multiple appearances before the Minnesota Supreme Court. 767 N.W.2d 453 (Minn. 2009).

**FRANKEN V. PAWLENTY, ET AL.**
Supreme Court of Minnesota
Represented certified election winner in lawsuit to compel issuance of a certificate of election. 762 N.W.2d 558 (Minn. 2009)

**NADER V. DEMOCRATIC NATIONAL COMMITTEE**
U.S. Court of Appeals for the District of Columbia Circuit
Represented 2004 Democratic presidential nominee, John Kerry, in lawsuit over third party ballot access. 567 F.3d 692 (D.C. Cir. 2009)

**MENG V. SCHWARTZ, ET AL.**
U.S. Court of Appeals for the District of Columbia Circuit
Represented national political party committees in shareholder derivatives action in Washington D.C. 48 Fed. Appx. 1 (D.C. Cir. 2002)

**DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE V. FEC**
U.S. Court of Appeals for the District of Columbia Circuit
Represented national party committee in lawsuit to compel agency action. 139 F.3d 951, 329 U.S.App.D.C. 258 (1998)

**FAVORS, ET AL. V. CUOMO, ET AL.**
U.S. District Court for the Eastern District of New York
Represented Democratic voters in redistricting lawsuit. 11-cv-5632 (E.D.N.Y. March 19, 2012)

**GUY, ET AL. V. MILLER**
U.S. District Court for the District of Nevada
Represented Democratic voters in redistricting lawsuit. 11-oc-00042-1B (Nev. Dist. Ct., Carson City Oct. 27, 2011)

**DEMOCRATIC LEADERSHIP COUNCIL INC. V. UNITED STATES OF AMERICA**
U.S. District Court for the District of Columbia
In a leading case regarding section 501(c)(4) organizations and political activity, successfully contested IRS determination that issues advocacy by individuals associated with a political party was incompatible with the terms of a 501(c)(4) "social welfare" exemption. 542 F.Supp.2d 63 (D.D.C. 2008).

**SYKES V. FEC, ET AL.**
U.S. District Court for the District of Columbia
Action challenging constitutionality of non-resident campaign contributions to Alaska Senate campaign. 335 F. Supp. 2d 84 (D.D.C. 2004)

**FEC V. FRIENDS OF CONGRESSWOMAN JANE HARMAN, ET AL.**
U.S. District Court for the Central District of California
Defense of FEC enforcement action alleging illegal use of corporate resources to raise money for a candidate. 59 F. Supp. 2d 1046 (C.D. Cal. 1999)

**FORRESTER V. THE NEW JERSEY DEMOCRATIC PARTY INC., ET AL.**
U.S. Supreme Court
Successfully opposed emergency application for stay regarding U.S. Senate election in New Jersey. 537 U.S. 803 (2002)

**FEINSTEIN FOR SENATE, FEC ADVISORY OPINION 2012-7**
Obtained advisory opinion regarding the application of contribution limits where a treasurer embezzled campaign funds.

**DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE, FEC ADVISORY OPINION 2011-13**
Successfully obtained advisory opinion regarding disclaimers for Internet solicitations, including on mobile Internet devices.

**MAJORITY PAC AND HOUSE MAJORITY PAC, FEC ADVISORY OPINION 2011-12**
Successfully obtained advisory opinion permitting fundraising by Federal candidates and officeholders for independent expenditure-only committees (superpacs).

**FACEBOOK, FEC ADVISORY OPINION 2011-9**
Represented leading social media company regarding the exemption from full disclaimer requirements of character-limited ads.

**DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE, FEC ADVISORY OPINION 2011-3**
Successfully obtained advisory opinion permitting the use of recount fund for litigation expenses.

**ROBIN CARNAHAN FOR SENATE, FEC ADVISORY OPINION 2011-1**
Successfully obtained advisory opinion regarding the establishment of a legal defense fund.

**GOOGLE, FEC ADVISORY OPINION 2010-19**
Represented leading Internet company in obtaining advisory opinion regarding the exemption from full disclaimer requirements of character-limited text ads.

**MINNESOTA DEMOCRATIC-FARMER-LABOR PARTY, FEC ADVISORY OPINION 2010-18**
Successfully obtained advisory opinion regarding the transfer or redesignation of excess recount funds to State party committee's general Federal account.

**DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE, FEC ADVISORY OPINION 2010-14**
Successfully obtained advisory opinion permitting disbursements from national party committee's recount fund before general election for recount-related expenses.

**COMMONSENSE TEN, FEC ADVISORY OPINION 2010-11**
Successfully obtained advisory opinion permitting superpac to accept unlimited corporate and union contributions to make independent expenditures.

**NATIONAL DEMOCRATIC REDISTRICTING TRUST, FEC ADVISORY OPINION 2010-3**
Successfully obtained advisory opinion permitting fundraising by Federal candidates and officeholders for redistricting trust.

**NEVADA STATE DEMOCRATIC PARTY, FEC ADVISORY OPINION 2010-1**
Sought advisory opinion regarding the application of the exemption for the cost of campaign materials used in connection with volunteer activities on behalf of a party's presumptive nominees.

**TECHNET, FEC ADVISORY OPINION 2009-30**
Successfully obtained advisory opinion regarding corporate payments for outside fundraising consultants.

**DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE, FEC ADVISORY OPINION 2009-22**
Obtained advisory opinion regarding filing Lobbyist Bundling Disclosure Reports on a quarterly basis.

**SENATOR JOHN KERRY, FEC ADVISORY OPINION 2009-11**
Sought advisory opinion regarding campaign investment in documentary film.

**AL FRANKEN FOR U.S. SENATE, FEC ADVISORY OPINION 2009-4**
Successfully obtained advisory opinion regarding the funding of recount and contest activities.

**SENATOR FRANK LAUTENBERG, FEC ADVISORY OPINION 2008-22**
Successfully obtained advisory opinion regarding repayment of personal loans by candidate.

**MELOTHE, INC., FEC ADVISORY OPINION 2008-14**
Successfully obtained advisory opinion regarding application of media exemption to Internet TV station.

**SENATOR FRANK LAUTENBERG, FEC ADVISORY OPINION 2008-9**
Sought advisory opinion regarding loan repayment provision of the "Millionaires' Amendment."

**DEMOCRATIC PARTY OF VIRGINIA, FEC ADVISORY OPINION 2008-6**
Successfully obtained advisory opinion regarding slate card exemption for state parties.

**CHRIS DODD FOR PRESIDENT, FEC ADVISORY OPINION 2008-4**
Successfully obtained advisory opinion regarding redesignation of contributions.

**CHRIS DODD FOR PRESIDENT, FEC ADVISORY OPINION 2007-30**
Successfully obtained advisory opinion regarding online credit card contributions.

**DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE, FEC ADVISORY OPINION 2007-17**
Successfully obtained advisory opinion regarding contributions in the form of bank checks.

**KERRY-EDWARDS 2004, FEC ADVISORY OPINION 2007-09**
Successfully obtained advisory opinion regarding payment of media compliance costs.

**MICHAEL KING, FEC ADVISORY OPINION 2007-08**
Represented individual seeking to establish charitable matching program for volunteer entertainers aiding candidates.

**SENATOR CLAIRE MCCASKILL, FEC ADVISORY OPINION 2007-1**
Sought advisory opinion clarifying application of the "Millionaires' Amendment" to state committee debt retirement.

**SENATOR ROBERT CASEY, FEC ADVISORY OPINION 2006-38**
Represented client in advisory opinion request regarding the disposition of state campaign funds.

**DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE, FEC ADVISORY OPINION 2006-24**
Sought advisory opinion on options for financing recounts.

**WASHINGTON DEMOCRATIC STATE CENTRAL COMMITTEE, FEC ADVISORY OPINION 2006-11**
Obtained clarification of so-called "hybrid" advertising.

**FIRED UP! LLC, FEC ADVISORY OPINION 2005-16**
Represented new media company in successful effort to extend "media exemption" to bloggers.

**SENATOR CHRISTOPHER DODD, FEC ADVISORY OPINION 2005-9**

Sought advisory opinion clarifying "personal use" rules.

**SENATOR JON CORZINE, FEC ADVISORY OPINION 2005-2**
Represented Senator running for Governor on scope of soft money ban when officeholders seek state office.

**SENATOR KEN SALAZAR, FEC ADVISORY OPINION 2004-45**
Sought advisory opinion on proper interpretation of the "Millionaires' Amendment" refund provision.

**KERRY-EDWARDS 2004, FEC ADVISORY OPINION 2004-35**
Sought advisory opinion on options for financing recounts.

**SENATOR JON CORZINE, FEC ADVISORY OPINION 2004-25**
Clarified rights of elected officials to make soft money donations from personal funds.

**MEETUP INC., FEC ADVISORY OPINION 2004-6**
Represented web company in advisory opinion request regarding political uses of Meetup.com site.

**INEZ TENENBAUM, FEC ADVISORY OPINION 2003-32**
Sought advisory opinion regarding the disposition of state campaign funds.

**SENATOR MARK DAYTON, FEC ADVISORY OPINION 2003-31**
Sought advisory opinion clarifying application of "Millionaires' Amendment" to candidate advances.

**RORY REID, FEC ADVISORY OPINION 2003-10**
Represented family member of elected official in defining scope of "soft money" fundraising ban.

**CHRISTOPHER KENNEDY, FEC MATTER UNDER REVIEW 6196**
Represented individual in successful dismissal of FEC complaint involving pre-candidacy activity.

**FRIENDS OF MARY LANDRIEU, FEC MATTER UNDER REVIEW 6234**
Represented Senate campaign in successful dismissal of FEC complaint involving disgorgement of funds.

**FISHER FOR OHIO, FEC MATTER UNDER REVIEW 6383**
Represented Senate campaign in successful dismissal of FEC complaint involving candidate debates.

**BLUMENTHAL FOR SENATE, FEC MATTER UNDER REVIEW 6410**
Represented Senator and Senate campaign in successful dismissal of FEC complaint involving alleged illegal coordination.

**WOMEN VOTE! AND THE AMERICAN WORKER, FEC MATTER UNDER REVIEW 6411**
Represented outside groups in successful dismissal of FEC complaint involving alleged illegal coordination.

**SENATOR RICHARD BLUMENTHAL, FEC MATTER UNDER REVIEW 6412**
Represented Senator and Senate campaign in successful dismissal of FEC complaint involving candidate contribution to his own campaign.

**DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE AND MIDWEST VALUES PAC, FEC MATTER UNDER REVIEW 6445**
Represented political committees in successful dismissal of FEC complaint involving lawfulness of contributions.

**MUSGROVE FOR U.S. SENATE, FEC MATTER UNDER REVIEW 6044**
Represented Senate candidate and campaign in successful dismissal of FEC complaint involving party issue ads.

**SENATOR JEFF MERKLEY, FEC MATTER UNDER REVIEW 6037**
Represented Senate candidate and campaign in successful dismissal of FEC complaint involving party issues ads.

**HAGAN SENATE COMMITTEE, FEC MATTER UNDER REVIEW 6031**
Represented Senate campaign in successful dismissal of FEC complaint alleging excessive campaign contributions.

**JIM PEDERSON, FEC MATTER UNDER REVIEW 5878**
Represented Senate candidate in successful dismissal of FEC complaint alleging improper use of non-federal funds.

**MONTANANS FOR TESTER, FEC MATTER UNDER REVIEW 5869**
Represented campaign in successful dismissal of FEC complaint involving ballot initiative activity.

**THE LANTERN PROJECT, FEC MATTER UNDER REVIEW 5854**
Represented issue group in successful dismissal of FEC complaint alleging that it acted as a political committee.

**KATHLEEN CANNON, FEC MATTER UNDER REVIEW 5849**
Represented former bank executive in FEC investigation.

**FRIENDS FOR HARRY REID, FEC MATTER UNDER REVIEW 5848**
Represented campaign and Senator in successful dismissal of FEC complaint alleging personal use of campaign funds.

**MCCASKILL FOR MISSOURI, FEC MATTER UNDER REVIEW 5837**
Represented Senate campaign in successful dismissal of FEC complaint involving state party mail program.

**FRIENDS OF SHERROD BROWN, FEC MATTER UNDER REVIEW 5833**
Represented Senate campaign in successful dismissal of FEC complaint involving state party mail program.

**JIM PEDERSON, FEC MATTER UNDER REVIEW 5785**
Represented Senate candidate in successful dismissal of FEC complaint involving reporting of personal funds expenditures.

**SENATOR BARACK OBAMA, FEC MATTER UNDER REVIEW 5718**
**SPEAKER NANCY PELOSI, SENATOR BARBARA BOXER, AND SENATOR DIANE FEINSTEIN, FEC MATTER UNDER REVIEW 5711**
Represented elected officials in successful dismissal of FEC complaint involving endorsements on the campaign website.

**BOB CASEY FOR PENNSYLVANIA COMMITTEE, FEC MATTER UNDER REVIEW 5679**
Represented Senate campaign in successful dismissal of FEC complaint involving newspaper promotional advertising.

**TONY KNOWLES FOR U.S. SENATE, FEC MATTER UNDER REVIEW 5564, 5575 AND 5576**
Represented Senate campaign in successful dismissal of complaint involving Democratic coordinated campaign activities.

**CLARK CAMPER, FEC MATTER UNDER REVIEW 5390**
Represented former Freddie Mac lobbyist in FEC enforcement action involving corporate contributions and expenditures.

**DEMOCRATIC SENATE MAJORITY PAC, MATTER UNDER REVIEW 5343**
Represented client in successful dismissal of FEC complaint for alleged violation of Bipartisan Campaign Reform Acts's (BCRA's) prohibition on raising non-federal funds.

**NEW YORK SENATE 2000, FEC MATTER UNDER REVIEW 5225**
Represented joint fundraising committee in FEC enforcement action.

**BILL NELSON FOR U.S. SENATE, CARNAHAN FOR SENATE COMMITTEE, ROBB FOR U.S. SENATE AND STABENOW FOR U.S. SENATE, FEC MATTER UNDER REVIEW 5158**
Represented Senate campaigns in successful dismissal of FEC complaint involving endorsements by non-profit organization.

**DEAR FOR CONGRESS, FEC MATTER UNDER REVIEW 4935**
Represented House campaign in enforcement action concerning alleged contributions in the name of another.

**FRIENDS OF LOIS CAPPS, FEC MATTER UNDER REVIEW 4788**
Represented House campaign in successful dismissal of FEC complaint involving party spending.

**DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE, FEC MATTER UNDER REVIEW 4516**
Represented national party committee, Senate campaigns, and state parties in successful dismissal of complaint regarding party issue ad program.

**SENATOR CHRIS DODD, SENATE ETHICS COMMITTEE INVESTIGATION**
Represented U.S. Senator in connection with Senate Ethics Committee investigation (2009).

**SENATOR ROBERT TORRICELLI, SENATE ETHICS COMMITTEE INVESTIGATION**
Represented Senator Robert Torricelli (NJ) in connection with Senate Ethics Committee investigation.

**SENATE RULES & ADMINISTRATION COMMITTEE ELECTION CONTEST**
Represented Senate Rules & Administration Committee in connection with 1996 contested Senate seat in Louisiana (1997).

**OFFICE OF THE SENATE DEMOCRATIC LEADER**
Consultant to the Office of Senate Democratic Leader Tom Daschle in connection with the investigation of alleged fundraising abuses during the 1996 Presidential campaign (1997).

**DAYTON 2010 RECOUNT**
Lead Recount lawyer for Governor Mark Dayton's 2010 Minnesota Governor's recount.

**FRANKEN 2008 RECOUNT**
Lead Recount lawyer for Senator Al Franken's 2008 U.S. Senate recount.

**CANTWELL 2000 RECOUNT**
Counsel to U.S. Senator Maria Cantwell's United States Senate recount.

**REID 1998 RECOUNT**
Counsel to U.S. Senator Harry Reid's U.S. Senate recount.


**NEWS**

05.03.2018
*Perkins Coie Named Among Top Firms in 2018 Chambers USA*
Press Releases
Perkins Coie is proud to announce that it has again been ranked by Chambers & Partners, publishers of *Chambers USA: America's Leading Lawyers for Business*, as one of the top law firms in the United States. For 2018, the firm is recognized in 51 practice areas and 130 individual attorneys were also recognized.

02.13.2018
*Perkins Coie Named Appellate Group of the Year by Law360*
Press Releases
Perkins Coie is pleased to announce that the firm's Appellate practice was named 2017 Appellate Group of the Year by *Law360*. Only five nationally ranked law firms received this distinction.

01.22.2018
*Perkins Coie Awarded Appellate Group of the Year By Law360*
General News
*Law360*
Law360 named Perkins Coie Appellate Group Of The Year for its outstanding appellate work.
Perkins Coie LLP's appellate attorneys were undefeated at the U.S. Supreme Court in the last term and delivered major wins in two voting rights cases, earning the firm a spot as one of *Law360*'s 2017 Appellate Groups of the Year.

10.30.2017
*Perkins Coie and Partner Marc Elias Named to "The 2017 Appellate Hot List" by the National Law Journal*
General News
Perkins Coie and Partner Marc Elias are among a list of 20 firms and attorneys included in the 2017 *National Law Journal* Appellate Hot List Honorees. The 2017 special report features an elite group of lawyers and law firms that posted hard-fought wins at the U.S. Supreme Court or in federal circuit courts. Read the full article here.

08.15.2017
*Best Lawyers® 2018 Recognizes 281 Perkins Coie Attorneys*
Press Releases
Perkins Coie is proud to announce that 281 of its attorneys were selected by their peers for inclusion in the 2018 edition of *The Best Lawyers In America®*.

08.15.2017
*35 Perkins Coie Attorneys Named 2018 Lawyers of the Year by Best Lawyers®*
Press Releases
Perkins Coie is proud to announce that 35 of its attorneys have been named 2018 Lawyers of the Year by Best Lawyers®.

08.13.2017

*Marc Elias Quoted in ABA Journal Article - Will the Supreme Court get to 'a Bridge Too Far' in Big Cases Next Term?*

General News

*ABA Journal*

Marc Elias was quoted in the *ABA Journal* article, "Will the Supreme Court get to 'a Bridge Too Far' in Big Cases Next Term," regarding the possibility that civil rights could be diluted by upcoming U.S. Supreme Court decisions.

08.11.2017

*Marc Elias Interviewed by The National Law Journal*

General News

*The National Law Journal*

Marc Elias sat down with *The National Law Journal* to discuss the uptick in business opportunities and job demands for election law attorneys in the relatively small field.

07.28.2017

*Marc Elias Quoted in Multiple Articles Regarding the Launch of the We the Action Website*

General News

Marc Elias was quoted in multiple articles regarding the launch of the We the Action website. We the Action is an online portal to connect lawyers with non-profits legal work waiting to be done, from reviewing leases and contracts to filing Social Security claims to potentially heading to court in immigration cases.

*Politico* - 07.28.2017 - Match Site Launches for Progressive Lawyers and Non-Profits
*The Daily Dot* - 07.28.2017 - Meet We the Action, a Website Connecting Lawyers and Nonprofits in the Age of Trump
*Australasian Lawyer* - 07.30.2017 - Women Still Under-Represented in Judiciary Says Study

06.26.2017

*Perkins Coie, Marc Elias and Eric Miller Featured in Law360 - The Firms That Won Big At The Supreme Court*

General News

*Law360*

Perkins Coie, Marc Elias and Eric Miller were featured in the *Law360* article, "The Firms That Won Big At The Supreme Court," regarding Perkins Coie going undefeated at the Supreme Court with 3 wins in 2017.

05.26.2017

*Perkins Coie Named Among Top Firms In 2017 Chambers USA*

Press Releases

Perkins Coie is proud to announce that it has again been ranked by Chambers & Partners, publishers of *Chambers USA*: *America's Leading Lawyers for Business* , as one of the top law firms in the United States. For 2017, the firm is recognized in 40 practice areas and 131 individual attorneys were recognized.

05.22.2017

*Perkins Coie Wins SCOTUS Ruling in North Carolina Congressional Redistricting Case*

Press Releases

In a third time win for Perkins Coie attorney Marc Elias before the U.S. Supreme Court in redistricting lawsuits, on May 22, 2017, the Court upheld a federal district court decision that struck down North Carolina's 1st and 12th Congressional Districts as racial gerrymanders in violation of the Equal Protection Clause of the 14th Amendment.

05.22.2017

*Marc Elias Quoted in Multiple Publications Regarding Supreme Court Decision to Return North Carolina Congressional Districts*

General News

Marc Elias was quoted in multiple publications regarding the U.S. Supreme Court ruling that upheld the federal district court's decision that struck down North Carolina's 1st and 12th Congressional Districts as racial gerrymanders in violation of the Equal Protection Clause of the 14th Amendment.

03.15.2017

*Marc Elias Featured in the National Journal - Wednesday Q & A With Marc Elias*

General News

*National Journal*

Marc Elias was featured in the *National Journal* article, "Wednesday Q & A with Marc Elias," discussing the fight against gerrymandering and voter ID laws by Democrats.

03.01.2017

*Marc Elias Quoted in Multiple Publications Regarding Supreme Court Decision to Return Virgina Voting District Case to Lower Court*

General News

Multiple Publications

Marc Elias was quoted in multiple publications regarding the U.S. Supreme Court ruling that a lower court erred in deciding that 11 of 12 Virginia state legislative districts were not racially gerrymandered.

01.25.2017

*Partner Marc Elias Quoted on First on CNN - Democrats Prepare to Battle Trump on Voting Access*

General News

*First on CNN*

Partner Marc Elias was quoted on *First on CNN* in the segment "Democrats Prepare to Battle Trump on Voting Access," regarding voting rights through out the United States.

01.23.2017

*Marc Elias Quoted in The Hill - Supreme Court Rejects Texas Voter ID Appeal*

General News

*The Hill*

Marc Elias was quoted in "Supreme Court Rejects Texas Voter ID Appeal," an article in *The Hill*, regarding the successful development to strike down efforts to suppress voter ID rights in Texas.

01.11.2017

*Marc Elias Quoted in New York Times Article - Eric Holder to Lead Democrats' Attack on Republican Gerrymandering*

General News

*New York Times* *

Marc Elias was quoted in the *New York Times* article, "Eric Holder to Lead Democrats' Attack on Republican Gerrymandering" regarding Republican-drawn maps and party lines.

*Subscription based publication.

12.05.2016

*Marc Elias Featured in the National Law Journal Supreme Court Brief Article - A SCOTUS Juggling Act for Perkins Coie's Marc Elias*

General News

*National Law Journal Supreme Court Brief*

Marc Elias was featured in *National Law Journal Supreme Court Brief* article, "A SCOTUS Juggling Act for Perkins Coie's Marc Elias" noting that his arguments on two separate but related cases before the high court on Monday was just one of several career highlights this year alone.

Abha Khanna, Kevin Hamilton, Aria Branch and Elisabeth Frost were also mentioned regarding their contributions to both cases. To read more, click here.

10.01.2016

*Partner Mark Elias Mentioned in Politico - Plaintiffs in North Carolina Voting Rights Case Target Early Voting Restriction*

General News

*Politico*

Partner Mark Elias was mentioned in a *Politico* article, "Plaintiffs in North Carolina Voting Rights Case Target Early Voting Restriction" regarding a court motion in North Carolina on early voting times and locations.

09.29.2016

*Perkins Coie Attorney Marc Elias featured in TIME Magazine, "How Hillary Clinton's Allies Are Expanding the Vote Behind the Scenes"*

General News

*TIME*

Marc Elias was featured in *TIME*, "How Hillary Clinton's Allies Are Expanding the Vote Behind the Scenes" regarding his efforts to challenge voter ID laws and expand early voting hours in key swing states. To continue reading click here.

09.24.2016

*Marc Elias Interviewed For PBS Weekend NewsHour - North Carolina and Maryland Challenge Gerrymandering*

General News

*PBS Weekend NewsHour*

Marc Elias was interviewed for *PBS Weekend NewsHour* in a segment, "North Carolina and Maryland Challenge Gerrymandering," regarding the district voter boundaries for North Carolina and Maryland.

09.05.2016

*Partner Marc Elias Quoted in Washington Post Article - Without Conservative Supreme Court Majority, Voter-Law Challengers Make Gains*
General News
*Washington Post*
Partner Marc Elias was quoted in the *Washington Post* article "Without Conservative Supreme Court Majority, Voter-Law Challengers Make Gains," regarding election law appeals.

08.29.2016

*Perkins Coie Attorneys Featured in Law360 Article - Wis. Voter ID Law Likely To Stay In Place For Election*
General News
*Law360*
Perkins Coie attorneys Marc Elias, Bruce Spiva, Elisabeth Frost, Rhett Martin, Joshua Kaul, Charles Curtis Jr. and Bobbie Wilson were mentioned in the *Law360* article, "Wis. Voter ID Law Likely To Stay In Place For Election," regarding their representation of One Wisconsin Institute and Citizen Action of Wisconsin Education Fund and the firm's efforts in invalidating a Wisconsin voter ID law.

08.15.2016

*Best Lawyers® 2017 Recognizes 252 Perkins Coie Attorneys*
Press Releases
Perkins Coie is proud to announce that 252 of its attorneys were selected by their peers for inclusion in the 2017 edition of *The Best Lawyers In America ®*, the oldest and most respected peer-review publication in the legal profession.

08.07.2016

*Partner Marc Elias Featured in the Washington Post Article - The Crusade of a Democratic Superlawyer with Multimillion-Dollar Backing*
General News
*Washington Post*
Partner Marc Elias was featured in the *Washington Post* article, "The Crusade of a Democratic Superlawyer with Multimillion-Dollar Backing," regarding his experience in political law and voting rights.

07.18.2016

*Marc Elias Quoted in Law360 - Ex-Sidley Austin Atty Loses Bid To Block DNC Superdelegates*
General News
*Law360*
Marc Elias was quoted in the *Law360* article, "Ex-Sidley Austin Atty Loses Bid To Block DNC Superdelegates," regarding the rejected lawsuit to keep superdelegates from voting at the Democratic National Convention.

07.14.2016

*Marc Elias Quoted in Law360 - Ex-Sidley Austin Atty Moves To Block Dem Superdelegates*
General News
*Law360*
Marc Elias was quoted in the *Law360* article, "Ex-Sidley Austin Atty Moves To Block Dem Superdelegates" regarding Hillary Clinton's status as the Democratic Party's presumptive nominee.

06.03.2016

*Marc Elias Quoted in The Hill and The Boston Globe*
General News
*The Hill* -  "Reid looking into replacing Warren if she's Clinton's VP: report"

*The Boston Globe* - " Reid reviews scenarios for filling Senate seat if Warren is VP pick  "

Mark Elias was quoted in *The Hill* and *The Boston Globe* regarding Hillary Clinton's potential running mate, Elizabeth Warren, and Massachusetts rules for filling a U.S. Senate seat vacancy should Warren be chosen.

05.27.2016

*Perkins Coie Named Among Top Firms in 2016 Chambers USA*
Press Releases
Perkins Coie is proud to announce that it has again been ranked by Chambers & Partners, publishers of Chambers USA:

America's Leading Lawyers for Business, as one of the top law firms in the United States. For 2016, the firm is recognized in 37 practice areas and 127 individual attorneys were recognized.

05.23.2016
### U.S. Supreme Court Decides 8-0 With Perkins Coie in Virginia Voting Rights Case
General News
Perkins Coie secured a unanimous victory in the U.S. Supreme Court, cementing a win for several Virginia voters previously obtained from a three-judge panel of the U.S. District Court of Virginia, which found Virginia's 3rd Congressional District to be an unconstitutional racial gerrymander.

04.14.2016
### Marc Elias Quoted Regarding Arizona Voting Rights Lawsuit
General News
Marc Elias was quoted regarding the Arizona voting rights Democratic lawsuit in multiple publications including, The Huffington Post, U.S. News & World Reports and MSNBC.

03.21.2016
### Marc Elias Appears Before U.S. Supreme Court Defending Voting Rights
General News
Marc Elias appeared before the U.S. Supreme Court on March 21, 2016 for an oral argument urging the high court to reject a Republican appeal over congressional districts in Virginia.

01.27.2016
### Perkins Coie Honors 2016 Firm Diversity Champions
Press Releases
Perkins Coie is proud to announce the winners of its 2016 Diversity Champions Awards. Now in its second year, the Diversity Champions Awards are designed to recognize Perkins Coie lawyers and staff for their support and commitment to diversity as a key ingredient to driving excellence throughout the firm.

08.17.2015
### Best Lawyers® 2016 Recognizes 245 Perkins Coie Attorneys
Press Releases
Perkins Coie is proud to announce that 245 of its attorneys were selected by their peers for inclusion in the 2016 edition of The Best Lawyers In America ®, the oldest and most respected peer-review publication in the legal profession; a more than 10 percent increase over the 221 firm attorneys recognized by Best Lawyers in the 2015 edition.

06.16.2015
### Partner Marc Elias Quoted in The Huffington Post
General News
The Huffington Post
Partner Marc Elias was quoted in The Huffington Post in an article titled, "As Hillary Clinton Pitches Voting Rights On The Trail, Her Counsel Looks To Fight For Them In Court," regarding three high-profile lawsuits against Republican-backed voting restrictions in Ohio, Virginia and Wisconsin that will disproportionately impact racial minorities.

06.04.2015
### Perkins Coie's Marc Elias Featured on MSNBC's Hardball
General News
Hardball with Chris Matthews, MSNBC
Perkins Coie Partner Marc Elias appeared on the June 3 MSNBC program Hardball with Chris Matthews in a segment called "Fight for the Right to Vote". Watch it here.

05.19.2015
### Perkins Coie Named Among Top Firms in 2015 Chambers USA
Press Releases
Perkins Coie is proud to announce that it has again been ranked by Chambers & Partners, publishers of Chambers USA: America's Leading Lawyers for Business, as one of the top law firms in the United States.

04.12.2015
### The Power Players Behind Hillary Clinton's Campaign
General News
Politico has published a guide to some of the most influential people in Hillary Clinton's 2016 presidential bid, including Marc Elias as general counsel.

12.04.2014

*DNC Rolls Out Midterm Task Force*
General News
The announcement that Washington, D.C. partner Marc Elias has been appointed to the Democratic Victory Task Force, an initiative of the Democratic National Committee that aims to review recent elections and make suggestions moving forward, has been reported in Politico and many other national news outlets.

12.04.2014

*DNC Chair Wasserman Schultz Announces Democratic Victory Task Force Members*
General News
Marc Elias was named as a member of The Democratic Victory Task Force by DNC chair representative Debbie Wasserman Schultz.

11.04.2014

*Runoffs in Louisiana and Georgia could unleash expensive new campaign for Senate*
General News
Washington, D.C.'s Marc Elias is profiled in an article titled, ""Runoffs in Louisiana and Georgia could unleash expensive new campaign for Senate" in the November 4 edition of The Washington Post.

10.31.2014

*Senate Democrats' Super Lawyer Preps for Overtime*
General News
Washington, D.C.,'s Marc Elias is profiled in an article titled, "Senate Democrats' Super Lawyer Preps for Overtime ," in the October 31 edition of *Roll Call*.

10.15.2014

*Arkansas Supreme Court Finds Voter ID Law Violates the State Constitution*
General News
The Arkansas Supreme Court issued an opinion yesterday striking down the State's voter ID law on the ground that it violates the State Constitution's voter qualification clause, which exclusively provides the requirements that a voter must meet in order to participate in elections in Arkansas.

10.08.2014

*Redistricting Victory In Virginia*
Press Releases
A three-judge panel in the U.S. District Court for the Eastern District of Virginia ruled today that the Commonwealth's current congressional reapportionment plan violates the Equal Protection Clause of the Fourteenth Amendment of the U.S. Constitution and ordered the Virginia legislature to enact a remedial plan by no later than April 1, 2015.

10.01.2014

*Major Victory For Voters' Rights In North Carolina*
Press Releases
In a major victory for voting rights, the Fourth Circuit today issued an order forbidding the State of North Carolina from implementing certain provisions in a law impeding voters rights in that state.

08.18.2014

*Best Lawyers® 2015 Recognizes 221 Perkins Coie Attorneys*
Press Releases
Perkins Coie is proud to announce that 221 of its attorneys were selected by their peers for inclusion in the 2015 edition of *The Best Lawyers In America* ®,  the oldest and most respected peer-review publication in the legal profession.

07.11.2014

*Perkins Coie Wins Significant Victory in Florida Redistricting Case*
Press Releases
In a case with national political implications, Perkins Coie won a significant victory on behalf of Florida voters who challenged the lawfulness of Florida's congressional voting map.

07.05.2014

*Perkins Coie Partner Marc E. Elias Quoted in The New York Times*
General News
Marc Elias was quoted in *The New York Times*  in an article titled, "Students Joining Battle to Upend Laws on Voter

ID," regarding how voter ID laws discriminate based on age.

11.14.2013

*Perkins Coie Partner Marc Elias Referenced in Staunton Newsleader*
General News
Perkins Coie Partner Marc Elias was referenced in a *Staunton Newsleader* article titled, "AG's race still too close to call," that discussed the Virginia attorney general election.

11.13.2013

*Perkins Coie Partner Marc Elias Quoted in North Jefferson News*
General News
Perkins Coie Partner Marc Elias was quoted in a *North Jefferson News* article titled, "Twitter postings alert Va. vote-counters to errors in race."   The article discusses the reaction from state officials to the tweets from a political analyst who called out the problems and discrepancies in the vote count for Virginia's Nov. 5 election via Twitter.

08.21.2013

*Best Lawyers 2014 Recognizes 206 Perkins Coie Attorneys*
Press Releases
Perkins Coie is proud to announce that 206 of its attorneys were selected by their peers for inclusion in the 2014 edition of *The Best Lawyers In America* ®.

09.12.2012

*197 Perkins Coie Lawyers Recognized In 2013 Best Lawyers*
Press Releases
Perkins Coie is proud to announce that 197 of its attorneys were selected by their peers for inclusion in the 2013 edition of *The Best Lawyers in America* ®.  Thirty-five attorneys were listed this year for the first time, representing a 22 percent increase in the number of Perkins Coie attorneys who appeared in the 2012 edition.

08.30.2012

*Perkins Coie Successfully Represents Minority Voters in Texas Redistricting Case*
Press Releases
Perkins Coie LLP successfully represented a group of African-American and Hispanic voters from Texas in a case involving discrimination in Texas voting maps [Texas v. United States, Civil Action No. 11-1303 (D.D.C. Aug. 28, 2012).].

08.31.2011

*The Best Lawyers in America Recognizes 163 Perkins Coie Lawyers*
Press Releases
Perkins Coie is proud to announce that 163 of its attorneys throughout the country were selected by their peers for inclusion in the 2012 edition of *The Best Lawyers in America* ® (Copyright 2011 by Woodward/White, Inc., of Aiken, S.C.).

08.03.2011

*Marc Elias Named to Politico's "50 Politicos to Watch" List*
General News
The all-things political news outlet *Politico* recently named Washington, D.C. Political Law partner Marc Elias to its "50 Politicos to Watch" list. The annual special section focuses on "up and comers" in a variety of categories such as candidates, journalists, lawyers, fundraisers, consultants and others that will be taking center stage in the political arena in 2012.

03.01.2011

*Perkins Coie Named Among Top Firms in Chambers USA 2011*
Press Releases
Perkins Coie proudly announces that once again it has been ranked by Chambers & Partners, publishers of *Chambers USA: America's Leading Lawyers for Business,* as a top law firm in the United States.

08.13.2010

*The Best Lawyers in America Recognizes 143 Perkins Coie Lawyers*
Press Releases
Perkins Coie is proud to announce that 143 of its attorneys throughout the country were selected by their peers for inclusion in the 2011 edition of *The Best Lawyers in America*  (Copyright 2010 by Woodward/White, Inc., of Aiken, S.C.).

11.16.2009

*Perkins Coie Names Marc Elias as Political Law Group Chair*

Press Releases

Perkins Coie announced today Marc Elias will become the new chair of the firm's Political Law Group.  Elias succeeds Bob Bauer who was recently appointed White House Counsel.

09.25.2009

*Elias Profiled in Minnesota Recount Article*

General News

A *TwinCities.com* article entitled "Overtime, the 2008 U.S. Senate Race, Chapter 3: How Franken's attorneys outmaneuvered Coleman's team to secure the Senate seat" chronicles the 6-month legal battle for the Minnesota U.S. Senate seat. The article describes how Franken attorneys and Perkins Coie partners Marc Elias and Kevin Hamilton "outfoxed, out-argued, and out-dataed" their opponents, resulting in a pronouncement by the Minnesota Supreme Court that Al Franken would be Minnesota's next Senator and reaffirming that "No Elias client had ever lost a recount or post-election court fight."

08.03.2009

*The Best Lawyers in America Recognizes 141 Perkins Coie Lawyers*

Press Releases

Perkins Coie is proud to announce that 141 of its attorneys across the country were selected for inclusion in the 2010 edition of *Best Lawyers of America*.

07.07.2009

*Partners Marc Elias and Kevin Hamilton Recognized During Swearing in of Sen. Al Franken*

General News

Partners Marc Elias and Kevin Hamilton, along with co-counsel David Lillehaug, received a rare show of recognition after the swearing in of firm client Sen. Al Franken today.


**PUBLICATIONS**

03.23.2018

*FEC Releases NPRM for Disclaimers on Internet Communications*

Updates

The Federal Election Commission took a step last week toward clarifying the "paid for by" and other disclaimer requirements that apply to political advertisements that appear on digital media.

09.05.2017

*CEOs, Politics and the Law: Guidelines for a New Era in Corporate Social Speech*

Updates

In recent weeks, America's CEOs have spoken out on social issues like never before, placing the business community firmly within the national debate.

2017

*Political Participation in 2017: Top Legal Concerns for Your Company*

Attorney Publications

Change has come to Washington, D.C. and state legislatures around the country. The fast pace of political changes ushered in during early 2017 can create both challenges and opportunities when it comes to complying with the rules governing corporate participation in the political process. Review our list of key areas to focus on when reviewing company practices and ways to navigate the most common issues that can arise.

06.20.2014

*After McCutcheon*

Attorney Publications

*Harvard Law Review*

In *McCutcheon v. Federal Election Commission* , the Supreme Court struck down the "biennial aggregate limit" — a federal law limiting the total amount of money that an individual may contribute to federal candidates, party committees, and political action committees ("PACs") in each two-year period. The per-candidate and per-committee limits (known as the "base limits") remain in place, so the practical effect of *McCutcheon* is that individuals may now contribute the maximum amount to as many federal candidates, parties, and PACs as they please. Read the full article.

01.28.2010

*Supreme Court Makes Landmark Decision on Political Advertising Funding*
Updates
The U.S. Supreme Court issued its decision in *Citizens United v. FEC* , a case examining the legality of a documentary film released in 2008 about Hillary Clinton's candidacy for president. In a 5-4 ruling, the court struck down laws banning independent electoral and issue advocacy sponsored by nonprofit and for-profit corporations.

## PRESENTATIONS

08.12.2017
*Advancing Civil Rights and Social Justice in the New Supreme Court*
Speaking Engagements
Panelist
2017 ABA Annual Meeting, Section of Civil Rights and Social Justice / New York, NY

## AREAS OF FOCUS

### PRACTICES

- Political Law
- Political Law Litigation
- White Collar & Investigations
- Appellate Law
- Tax-Exempt Organizations
- Political Parties, Campaigns and Committees
- Corporate Political Activity
- Political Counsel for Tax-Exempt Organizations
- Litigation

## BAR AND COURT ADMISSIONS

- District of Columbia
- Supreme Court of the United States
- U.S. Court of Appeals for the District of Columbia Circuit
- U.S. Court of Appeals for the Fifth Circuit
- U.S. District Court for the District of Columbia

## EDUCATION

- Duke University School of Law, J.D., 1993
- Duke University, M.A., Political Science, 1993
- Hamilton College, B.A., Government, 1990

## HIGHLIGHTS

**PERKINS**coie

# Professional Biography



**ELISABETH (LIS) C. FROST**  |  **PARTNER**

WASHINGTON, D.C.
700 13th Street, NW, Suite 600
Washington, DC
+1.202.654.6256
EFrost@perkinscoie.com

Elisabeth "Lis" Frost, a partner in the Political Law group, focuses on political litigation. She has extensive experience representing voters, campaigns, political committees and others with an interest in the political process in actions in state and federal courts. These include redistricting, voting rights and campaign finance, as well as cases implicating important matters of First Amendment speech and association.

Several notable cases highlight the significant experience Lis has in voting rights matters. Most recently, Lis was the lead attorney in *Newton v. Walker*, in which she successfully obtained an order requiring Governor Scott Walker to call special elections to fill vacancies in two state legislative districts that had remained vacant since the former office holders resigned to work for the Governor two months earlier. The case arose after Governor Walker refused to call special elections to allow the voters to select new representatives. Lis argued that the Governor's position was directly contrary to his plain and clear duties under Wisconsin law, and the Wisconsin courts agreed.

In 2016, Lis was a member of the teams that successfully briefed and argued three cases on redistricting before the U.S. Supreme Court: *Wittman v. Personhuballah*, *Bethune-Hill v. Virginia State Board of Elections*, and *McCrory v. Harris*. Lis also served on the trial and appellate teams in the case of *Romo v. Detzner*, obtaining a historic ruling that Florida's 2011 congressional map was an impermissible political gerrymander, in violation of the State Constitution.

More broadly, Lis has considerable experience successfully challenging repressive voting measures, including voter identification laws and other restrictions that make it more difficult for eligible voters to participate in their representative democracy. Lis regularly litigates election-related issues that involve important First Amendment questions and, on multiple occasions, has successfully used state anti-SLAPP statutes to obtain dismissal of litigation brought against candidates and campaigns by their political rivals. She has also achieved several victories in cases involving challenges to political nominations processes or involving ballot access issues.

Before joining Perkins Coie, Lis was an associate attorney at Cleary Gottlieb in New York and also served as a law clerk to two federal district court judges. Prior to law school, Lis worked as a criminal defense investigator, assisting attorneys with the representation of clients charged with state and federal crimes. She has earned recognition on the D.C. Court's Capital Pro Bono Honor Roll for her work representing indigent clients in civil and criminal matters.

**RELATED EMPLOYMENT**

- Cleary Gottlieb Steen & Hamilton LLP, New York, NY, Associate, 2008 - 2009; Summer Associate, 2006
- Washington State House of Representatives, Office of Program Research, Olympia, WA, Legal Intern, 2005, 2006
- Criminal Defense Investigator, 2000 - 2004

**CLERKSHIPS**

- Hon. Margaret B. Seymour, U.S. District Court for the District of South Carolina, 2010 - 2011
- Hon. John C. Coughenour, U.S. District Court for the Western District of Washington, 2007 - 2008

**EXPERIENCE**

**VOTING RIGHTS**

**COOPER V. HARRIS**
Supreme Court of the United States
U.S. District Court for the Middle District of North Carolina
Secured a victory in the U.S. Supreme Court on May 22, 2017 on behalf of two North Carolina residents seeking invalidation of North Carolina's 1st and 12th Congressional Districts as racial gerrymanders in violation of the Equal Protection Clause of the 14th Amendment. Following trial in October 2015, on February 6, 2016, a three-judge panel of the U.S. District Court for the Middle District of North Carolina found in our team's favor, striking down the congressional plan originally drawn in 2011, enjoining further elections under it, and directing the North Carolina General Assembly to adopt a new map. The three-judge panel then denied the defendants' motion to stay, as did the U.S. Supreme Court. The Supreme Court Opinion, authored by Justice Kagan, upheld the district court's judgment that the North Carolina General Assembly had unlawfully used race to draw congressional districts.

**WISCONSIN VOTING RIGHTS VICTORY**
Secured a significant victory in Wisconsin striking down eight recently-enacted voting restrictions, including those involving strict voter identification requirements and substantial restrictions to early and absentee voting. The judge found a number of the challenged provisions unconstitutional, including the voter ID law as implemented, restrictions on the use of student ID as voter ID, certain restrictions that limited early and absentee voting, and a provision that increased the residency requirement before an otherwise eligible voter may participate in elections in Wisconsin. The court further affirmatively ordered the state to issue valid photo IDs for voters who are trying to obtain them but lack certain credentials (e.g. birth certificates).

**NORTH CAROLINA VOTING RIGHTS CHALLENGE**
Represented a group of North Carolina voters in a federal voting rights litigation in which a three-judge panel of the U.S. Court of Appeals for the Fourth Circuit issued a unanimous ruling that the State's Republican-led General Assembly intentionally discriminated against African Americans when it enacted several new voting restrictions in 2013. The Fourth Circuit reversed the district court's dismissal of all of the plaintiffs' claims in *North Carolina State Conference of the NAACP, et al. v. McCrory, et al.*, finding that North Carolina's elimination of same day registration, out-of-precinct provisional voting, preregistration, reduction of early voting, and enactment of voter-ID law were unconstitutional and in violation of the 14th Amendment and Section 2 of the Voting Rights Act. The decision invalidates the changes to North Carolina's voting mechanisms, meaning that same-day registration, out-of-precinct provisional voting, preregistration, and the lost early voting days will be reinstated. North Carolina's voter ID law is also completely enjoined.

**U.S. SUPREME COURT RACIAL GERRYMANDERING VICTORY**
Secured a unanimous victory in the U.S. Supreme Court, cementing a win for several Virginia voters previously obtained from a three-judge panel of the U.S. District Court of Virginia, which found Virginia's 3rd Congressional District to be an unconstitutional racial gerrymander. In a vote of 8-0, the Court dismissed the appeal, brought by Virginia's Republican Congressional delegation, who had intervened as defendants in the action, based on argument that the delegation lacked standing to maintain the appeal.

**NEVADA VOTER ID LAW**
Successfully challenged, at the nascent signature-gathering stage, a petition that, if successful, would have amended the Nevada Constitution to require voters to present photo identification to cast an in-person ballot.

**FLORIDA CONGRESSIONAL REAPPORTIONMENT VICTORY**
Represented a group of Florida voters in a successful challenge to the state's congressional reapportionment map, brought under a new provision in the state constitution prohibiting political gerrymandering.

**VOTER ID CHALLENGE IN ARKANSAS**
Submitted an amicus brief on behalf of a voting rights organization in support of the successful challenge to Arkansas's voter identification law, which the Arkansas Supreme Court struck down as contrary to the state constitution.

**VIRGINIA LONG LINES SETTLEMENT**
Successfully represented the Democratic Party of Virginia and two Virginia voters in settlement negotiations with the Virginia State Board of Elections and the Virginia Department of Elections that culminated in a favorable consent decree in which the Board and Department agreed to take critical, significant steps to remedy Virginia's historical problem with long wait times to vote.

## CAMPAIGN FINANCE

**COUNSEL TO PAC IN PENNSYLVANIA**
Represented a PAC in a successful challenge against certain provisions in Pennsylvania's campaign finance laws and negotiated an agreement with the state to pay the client's attorneys' fees.

## ELECTION LITIGATION

**NEWTON V. WALKER**
Court of Appeals of Wisconsin
Obtained a writ of mandamus requiring Governor Scott Walker of Wisconsin to call special elections in two legislative districts left vacant when the former office holders resigned to take positions in the Governor's administration. In the process of the litigation, which lasted, in all, a little over four weeks, the case was argued before two different judges and presented to three different courts (two judges in the circuit court and a court of appeals). At each stage, the courts ruled in favor of the eight Wisconsin voters on whose behalf the case was filed, culminating in an order issued by the Wisconsin Court of Appeals, which, in denying Governor Walker's request for an extension of time to comply with the writ of mandamus, wrote: "We … disagree with the Governor's assertion that the special elections 'are an unnecessary waste of taxpayer resources and confusing to voters.' . . . Representative government and the election of our representatives are never 'unnecessary,' [and] never a 'waste of taxpayer resources'". Governor Walker complied with the court order and called the special elections on March 29, 2018.

**ANTI-SLAPP VICTORY IN CALIFORNIA**
Obtained an order under California's anti-SLAPP statute dismissing action brought by failed Republican challenger to incumbent member of Congress alleging defamation and intentional infliction of emotional distress from campaign advertisements run during the election cycle.

**VIRGINIA NOMINATION PROCESS CHALLENGE**
Successfully defended the Democratic Party of Virginia against a lawsuit that challenged the Party's First Amendment right to choose the means by which it selected its nominee in a special election to fill a vacant seat in the Virginia House of Delegates.

**VIRGINIA BALLOT CHALLENGE**
Successfully defended the Virginia Democratic Party against a motion for a preliminary injunction that, if granted, would have halted the printing of ballots for a primary election and required court review of the Party's decision not to certify a candidate for the ballot.

**HAWAII 17TH AMENDMENT CHALLENGE**
Obtained an order dismissing a complaint that argued that Hawaii's interim appointment and elections process for filling Senate vacancies violated the Seventeenth Amendment of the U.S. Constitution.

**TRIUMPH IN KANSAS BALLOT CHALLENGE**
Challenged successfully Kansas Secretary of State Kris Kobach's refusal to remove a candidate's name from the ballot in the weeks before the election.

**DISMISSAL OF NADER SUIT IN MAINE**
Obtained an order under Maine's anti-SLAPP statute dismissing an action brought by Ralph Nader against the Kerry-Edwards presidential campaign and the Maine Democratic Party.

## NEWS

05.22.2017
*Perkins Coie Wins SCOTUS Ruling in North Carolina Congressional Redistricting Case*

Press Releases
In a third time win for Perkins Coie attorney Marc Elias before the U.S. Supreme Court in redistricting lawsuits, on May 22, 2017, the Court upheld a federal district court decision that struck down North Carolina's 1st and 12th Congressional Districts as racial gerrymanders in violation of the Equal Protection Clause of the 14th Amendment.

01.03.2017
*Perkins Coie Announces 2017 Partner Class*
Press Releases
Perkins Coie is pleased to announce that 24 counsel and senior counsel have been promoted to partner.

12.05.2016
*Marc Elias Featured in the National Law Journal Supreme Court Brief Article - A SCOTUS Juggling Act for Perkins Coie's Marc Elias*
General News
*National Law Journal Supreme Court Brief*
Marc Elias was featured in *National Law Journal Supreme Court Brief* article, "A SCOTUS Juggling Act for Perkins Coie's Marc Elias" noting that his arguments on two separate but related cases before the high court on Monday was just one of several career highlights this year alone.

Abha Khanna, Kevin Hamilton, Aria Branch and Elisabeth Frost were also mentioned regarding their contributions to both cases. To read more, click here.

08.29.2016
*Perkins Coie Attorneys Featured in Law360 Article - Wis. Voter ID Law Likely To Stay In Place For Election*
General News
*Law360*
Perkins Coie attorneys Marc Elias, Bruce Spiva, Elisabeth Frost, Rhett Martin, Joshua Kaul, Charles Curtis Jr. and Bobbie Wilson were mentioned in the *Law360* article, "Wis. Voter ID Law Likely To Stay In Place For Election," regarding their representation of One Wisconsin Institute and Citizen Action of Wisconsin Education Fund and the firm's efforts in invalidating a Wisconsin voter ID law.

05.23.2016
*U.S. Supreme Court Decides 8-0 With Perkins Coie in Virginia Voting Rights Case*
General News
Perkins Coie secured a unanimous victory in the U.S. Supreme Court, cementing a win for several Virginia voters previously obtained from a three-judge panel of the U.S. District Court of Virginia, which found Virginia's 3rd Congressional District to be an unconstitutional racial gerrymander.

02.02.2015
*Perkins Coie Announces 2015 Counsel Promotions*
Press Releases
Perkins Coie has announced that 46 attorneys have been promoted to the firm's counsel position, effective January 1, 2015.

10.15.2014
*Arkansas Supreme Court Finds Voter ID Law Violates the State Constitution*
General News
The Arkansas Supreme Court issued an opinion yesterday striking down the State's voter ID law on the ground that it violates the State Constitution's voter qualification clause, which exclusively provides the requirements that a voter must meet in order to participate in elections in Arkansas.

10.08.2014
*Redistricting Victory In Virginia*
Press Releases
A three-judge panel in the U.S. District Court for the Eastern District of Virginia ruled today that the Commonwealth's current congressional reapportionment plan violates the Equal Protection Clause of the Fourteenth Amendment of the U.S. Constitution and ordered the Virginia legislature to enact a remedial plan by no later than April 1, 2015.

10.01.2014
*Major Victory For Voters' Rights In North Carolina*
Press Releases
In a major victory for voting rights, the Fourth Circuit today issued an order forbidding the State of North Carolina from

implementing certain provisions in a law impeding voters rights in that state.

07.11.2014
*Perkins Coie Wins Significant Victory in Florida Redistricting Case*
Press Releases
In a case with national political implications, Perkins Coie won a significant victory on behalf of Florida voters who challenged the lawfulness of Florida's congressional voting map.

**AREAS OF FOCUS**

**PRACTICES**

- Political Law
- Political Law Litigation
- Appellate Law

**BAR AND COURT ADMISSIONS**

- District of Columbia
- New York
- Supreme Court of the United States
- U.S. Court of Appeals for the Fourth Circuit
- U.S. Court of Appeals for the Seventh Circuit
- U.S. Court of Appeals for the Ninth Circuit
- U.S. Court of Appeals for the Eleventh Circuit
- U.S. Court of Appeals for the District of Columbia Circuit
- U.S. District Court for the District of Columbia
- U.S. District Court for the Eastern District of New York
- U.S. District Court for the Northern District of New York
- U.S. District Court for the Southern District of New York
- U.S. District Court for the Western District of Wisconsin

**EDUCATION**

- University of Washington School of Law, J.D., with honors, Order of the Coif, 2007, Editor-in-Chief, *Washington Law Review*
- Carleton College, B.A., English Literature, awarded distinction, 1999

© 2018 Perkins Coie LLP

**PERKINS**COIE

# Professional Biography



**KEVIN J. HAMILTON** | **PARTNER**

*Firmwide Chair, Retail & Consumer Products Group*

SEATTLE
1201 Third Avenue, Suite 4900
Seattle, WA
+1.206.359.8741
KHamilton@perkinscoie.com

---

Kevin J. Hamilton focuses his practice on labor and employment counseling and litigation. Mr. Hamilton has addressed, through counseling, negotiation, or litigation, a broad range of key issues critical to the modern workplace. Mr. Hamilton has extensive experience with non-competition, trade secret, discrimination, multiple plaintiff and wrongful discharge litigation. Mr. Hamilton chairs the firm's nationally-recognized Retail & Consumer Industry practice, including more than 260 lawyers throughout the firm who focus on issues across the spectrum confronting the retail and consumer products industry.

Mr. Hamilton has worked closely with a wide variety of clients on employment-related issues, including Starbucks, Microsoft, Vulcan Inc., Eddie Bauer, The Boeing Company, Intellectual Ventures, Puget Energy, Amazon.com, F-5 Networks, Outdoor Voices, Alpha Technologies and J.Crew, among others.

In addition, Mr. Hamilton has deep experience with election and political law, including recounts, election contests, redistricting, Voting Rights Act litigation, campaign finance issues, and the administration of elections. Mr. Hamilton has represented numerous candidates in statewide recounts, including North Carolina Governor Roy Cooper (2016), Virginia Attorney General Mark Herring (2013), Minnesota Governor Mark Dayton (2010), Minnesota Senator Al Franken (2008), Washington Governor Christine Gregoire (2004), and Washington Senator Maria Cantwell (2000). Mr. Hamilton represented both Senator Franken and Governor Gregoire as trial counsel in election contests in 2005 (Gregoire) and 2009 (Franken).

Mr. Hamilton has represented Democrats in litigation challenging congressional and state legislative redistricting plans in Texas, Florida, Virginia, Ohio, Nevada, Minnesota, New York, North Carolina and elsewhere. In the 2016 election cycle, Mr. Hamilton was involved in litigation over voter registration deadlines in Florida, North Carolina and Arizona.

Other election law clients have included the Washington State Democrats, Jay Inslee for Governor (2012 and 2016), U.S. Senator Patty Murray (2004 and 2010), U.S. Senator Maria Cantwell (2000, 2006, 2012), Darcy Burner for Congress (2006 and 2008), Suzan DelBene (2010), Washington Families Standing Together (supporting Referendum 71, 2009), King County Executive Dow Constantine (2009), and various other federal, state and local candidates.

## PROFESSIONAL RECOGNITION

- American College of Trial Lawyers, Fellow
- Listed in *Chambers USA*, "America's Leading Labor and Employment Lawyers," 2012 - Present
- Named Best Lawyers' Seattle, "Litigation - Labor and Employment Lawyer of the Year," 2015
- Listed in *The Best Lawyers in America*  2007 - Present: Commercial Litigation; Employment Law - Management; Labor Law - Management; Litigation - First Amendment; Litigation - Labor and Employment
- Listed in *Super Lawyers Magazine* , "Washington's Super Lawyers," 2003 - Present

- Listed in Corporate Counsel, "Labor & Employment Law," 2008

- Listed in Seattle Metropolitan Magazine, "Best Lawyers"

- Peer Review Rated AV in Martindale-Hubbell
  (AV®, BV® and CV® are registered certification marks of Reed Elsevier Properties Inc., used in accordance with the Martindale-Hubbell certification procedures, standards and policies.)

## PROFESSIONAL LEADERSHIP

- ABA, Section of Litigation, Associate Editor, *Litigation Magazine*

- The American Law Institute (ALI), Member

- Principles of Election Law; The American Law Institute, Adviser

- King County Redistricting Commission, Member, 1996

- American Employment Law Council (AELC), Member

- Georgetown University Law Center Alumni Board, Member

## COMMUNITY INVOLVEMENT

- YMCA Youth & Government Board, Member

## CLERKSHIPS

- Hon. J. Skelly Wright, U.S. Court of Appeals for the District of Columbia Circuit, 1985 - 1986
- Hon. Howard Holtzmann, Iran-United States Claims Tribunal, 1986 - 1987

## EXPERIENCE

### LABOR & EMPLOYMENT

**AIRLINES FOR AMERICA V. PORT OF SEATTLE, ET AL.**
U.S. District Court for the Western District of Washington
Represented trade group for major American air carriers in challenge to wage ordinance adopted by the Port of Seattle, imposing minimum wage, training, and other requirements. Case involves challenge based on labor preemption, Airline Deregulation Act (ADA), and state statutory authority issues.

**STATE OF WASHINGTON V. GROCERY MANUFACTURERS ASSOCIATION**
Superior Court of Washington, Thurston County
Represented Biotechnology Industry Association, a third party in the underlying litigation, objecting to the State's subpoena for documents in connection with underlying litigation over campaign finance disclosure allegations.

**ISOFTSTONE V. LAUNCH CONSULTING, INC.**
**ISOFTSTONE V. LAUNCH CONSULTING AND WANIS NADIR**
**ISOFTSTONE V. LAUNCH CONSULTING AND JEFFREY HIGGINS**
Superior Court of Washington, King County
Represented iSoftStone in several coordinated lawsuits against employees and new employers in lawsuits to enforce non-competition and confidentiality agreements.

**CEDAR GROVE COMPOSTING, INC. V. CITY OF MARYSVILLE**
**DAVIS V. CEDAR GROVE COMPOSTING, INC.**

Superior Court of Washington, Snohomish County
Represented Strategies 360, a political consulting firm and a third party in the litigation, objecting to serial subpoenas for documents. Obtained order quashing overbroad subpoena.

**KATHY LEODLER V. VULCAN INC., ET AL.**
**JEFF BENOIT V. VULCAN INC., ET AL.**
**THOMAS ROSEHALEY V. VULCAN INC., ET AL.**
**TRACI TURNER V. VULCAN INC., ET AL.**
**RAMON SANDOVAL V. VULCAN INC., ET AL.**
Superior Court of Washington, King County
Represented Vulcan and principals in litigation and arbitration arising over workplace disputes.

**MMMT HOLDINGS CORPORATION V. NSGI**
U.S. District Court for the Western District of Washington
Represented MMMT Holdings in litigation arising over valuation of flour mills in international sale transaction.

**WILEY V. MICROSOFT**
Superior Court of Washington, King County
Represented Microsoft in defense of gender discrimination, retaliation, and employment "handbook" claim. After extensive discovery, summary judgment granted dismissing all claims on eve of trial.

**MICROSOFT V. MISZEWSKI**
Superior Court of Washington, King County
Represented Microsoft in successful enforcement of non-competition agreement against departing employee and his new employer. Court entered preliminary injunction enforcing noncompetition agreement.

**LESANN MCENROE V. MICROSOFT CORPORATION**
U.S. District Court for the Eastern District of Washington
Represented Microsoft in Americans with Disabilities Act discrimination lawsuit by difficult pro se plaintiff. The Court ultimately dismissed every claim brought by the plaintiff, ruling on two separate motions to dismiss and, ultimately, a final summary judgment dismissing the remaining claims and entering judgment for the defendant, Microsoft.

**KARL LEAVERTON V. RBC CAPITAL MARKETS CORPORATION, ET AL.**
U.S. District Court for the Western District of Washington
Represented RBC Capital Markets in age discrimination and ERISA lawsuit involving ERISA and age discrimination claims asserted by former co-President of RBC Wealth Management. Court dismissed ERISA claims on summary judgment, after which the parties resolved the remaining claims amicably.

**FLUKE CORPORATION AND DANAHER CORPORATION V. MILWAUKEE ELECTRIC TOOL COMPANY, ET AL.**
Superior Court of Washington, King County
Represented Fluke Corporation and Danaher Corporation in noncompetition and misappropriation of trade secrets case against several former employees and their new employer, Milwaukee Tool. Secured temporary restraining order and, after expedited discovery and a one-week evidentiary hearing, a preliminary injunction.

**UTILX V. BERTINI, ET AL.**
Superior Court of Washington, King County
Represented UTILX in aggressive litigation enforcing noncompetition agreement and trade secrets misappropriation claims involving silicone injection technology for buried power cable life extension. Six-week jury trial resulted in verdict for UTILX and entry of injunction extending and enforcing noncompetition against defendant Bertini.

**JONES, ET AL. V. THE BOEING COMPANY**
Superior Court of Washington, King County
Represented Boeing in defense of race discrimination and retaliation claims brought by twelve current and former Boeing employees, who opted out of class action settlement, and pursued aggressive litigation over 5-year period. All claims either dismissed or dropped.

**HOM-ENG, ET AL. V. STARBUCKS CORPORATION, ET AL.**
U.S. District Court for the Western District of Washington
Represented Starbucks and several senior executives in connection with multi-plaintiff sex harassment, discrimination, and retaliation claims.

**MALDEN MILLS V. DYERSBURG FABRICS**

Superior Court of Washington, King County
Represented Dyersburg Fabrics and individual employee defending against enforcement of noncompetition agreement. One-day injunction hearing resulted in denial of motion for preliminary injunction.

**MARTIN WILLIAMS V. THE BOEING COMPANY**
U.S. District Court for the Western District of Washington
Represented Boeing in federal and state race retaliation claims brought by former Boeing machinist. Defense verdict obtained on all counts following two-week jury trial. Trial court was affirmed on appeal, Williams v. Boeing, 166 F.3rd 1219 (9th Cir. 1999).

**BYNUM, ET AL. V. THE BOEING COMPANY**
Superior Court of Washington, King County
State Court of Appeals of Washington
Represented Boeing in defense of 18-plaintiff breach of contract and fraud in employment claims. Seven-week jury trial resulted in unanimous defense verdicts for Boeing across the board for all plaintiffs on all claims. Verdicts were affirmed on appeal. Bynum, et al. v. The Boeing Co., 85 Wn. App. 1065 (1997).

**SEATTLE MUNICIPAL COURT**
Represented the Seattle Municipal Court and all of its judges in dispute with the City of Seattle over the elimination of a judicial position. The dispute was resolved amicably after an exchange of correspondence.


**POLITICAL LAW**

**BAILEY V. ALPHA TECHNOLOGIES INCORPORATED, ET AL.**
U.S. District Court for the Western District of Washington
Represented Alpha Technologies and Altair Advanced Industries and their respective CEOs in a hotly contested public policy wrongful termination, defamation, and wage-and-hour case brought by a former senior international buyer. All claims except the wrongful termination claim were dismissed on motions to dismiss or on summary judgment. After a six-day trial, the court granted defendants' motion for a directed verdict and dismissed the sole remaining claim against all four defendants. The court also entered judgment against the plaintiff on the defendants' counterclaim on several outstanding promissory notes, with attorneys' fees and interest

**COOPER V. HARRIS**
Supreme Court of the United States
U.S. District Court for the Middle District of North Carolina
Secured a victory in the U.S. Supreme Court on May 22, 2017 on behalf of two North Carolina residents seeking invalidation of North Carolina's 1st and 12th Congressional Districts as racial gerrymanders in violation of the Equal Protection Clause of the 14th Amendment. Following trial in October 2015, on February 6, 2016, a three-judge panel of the U.S. District Court for the Middle District of North Carolina found in our team's favor, striking down the congressional plan originally drawn in 2011, enjoining further elections under it, and directing the North Carolina General Assembly to adopt a new map. The three-judge panel then denied the defendants' motion to stay, as did the U.S. Supreme Court. The Supreme Court Opinion, authored by Justice Kagan, upheld the district court's judgment that the North Carolina General Assembly had unlawfully used race to draw congressional districts.

**FLORIDA DEMOCRATIC PARTY V. SCOTT**
U.S. District Court for the Northern District of Florida
Represented Florida Democratic Party in a lawsuit alleging claims under the Equal Protection Clause and Voting Rights Act based on Florida's refusal to extend voter-registration deadlines for the 2016 general election in light of Hurricane Matthew. Obtained injunction requiring Florida to extend registration deadlines, allowing more than 100,000 voters to register for the election.

**U.S. SUPREME COURT RACIAL GERRYMANDERING VICTORY**
Secured a unanimous victory in the U.S. Supreme Court, cementing a win for several Virginia voters previously obtained from a three-judge panel of the U.S. District Court of Virginia, which found Virginia's 3rd Congressional District to be an unconstitutional racial gerrymander. In a vote of 8-0, the Court dismissed the appeal, brought by Virginia's Republican Congressional delegation, who had intervened as defendants in the action, based on argument that the delegation lacked standing to maintain the appeal.

**BETHUNE-HILL V. VIRGINIA STATE BOARD OF ELECTIONS**
U.S. District Court for the Eastern District of Virginia

Represented 12 Virginia voters in constitutional challenge to Virginia House of Delegate redistricting plan arising under the Equal Protection Clause of the Fourteenth Amendment. Perkins Coie secured a significant victory on behalf of Virginia voters on June 26, 2018, when the United States District Court for the Eastern District of Virginia, Richmond Division held that all 11 of the House of Delegates districts that were challenged by Perkins Coie in October 2017 were unconstitutional racial gerrymanders in violation of the Fourteenth Amendment.

**HARRIS V. MCCRORY**
U.S. District Court for the Middle District of North Carolina
Represented several North Carolina voters in challenge to North Carolina redistricting scheme as violative of the Fourteenth Amendment Equal Protection Clause.

**ROGELIO MONTES, ET AL. V. CITY OF YAKIMA, ET AL.**
U.S. District Court for the Eastern District of Washington
Represented several Yakima voters in Voting Rights Act, Section 2, challenge to at-large election system for electing city council members. After more than a year of extensive discovery and litigation, court granted summary judgment in favor of plaintiffs, finding electoral system in violation of the Voting Rights Act and implementing remedial electoral districts for future elections. 40 F supp. 3d 1377 (2014)

**WARINNER V. DETZNER**
U.S. District Court for the Middle District of Florida
Represented several Florida voters in challenge to a Florida congressional redistricting as racial gerrymander in violation of Fourteenth Amendment.

**STATE OF TEXAS V. UNITED STATES**
U.S. District Court for the District of Columbia
Represented several voters in federal Voting Rights Act preclearance action under Section 5 to Texas federal congressional redistricting.

**PEREZ, ET AL. V. PERRY, ET AL.**
U.S. District Court for the Western District of Texas
Represented several voters in Voting Rights Act, Section 2, challenge to Texas federal congressional redistricting.

**ROMO V. DETZNER**
Second Judicial Circuit of Florida, Leon County
Litigation on behalf of Florida voters challenging the lawfulness of Florida's congressional voting map under Florida Constitution which prohibits the legislature from drawing voting maps that favor one political party over another or that protect incumbent members of the United States Congress. After more than two years of intensive discovery battles that included a landmark interlocutory ruling from the Supreme Court of Florida allowing the deposing of sitting members of the Florida Legislature, the case went to trial in May 2014. Court found violation and invalidated map. No. 2012 - CA - 00412 (Fla. Cir. Ct. Leon County)

**BARBER FOR CONGRESS V. ARIZONA**
U.S. District Court for the District of Arizona
Represented Ron Barber for Congress Campaign in preliminary injunction hearing over failure of Arizona counties to include wrongfully-rejected absentee and provisional ballots in recount of closely-watched congressional election.

**PAGE V. VIRGINIA STATE BOARD OF ELECTIONS**
U.S. District Court for the Eastern District of Virginia
Represented several individual voters in challenge to Virginia's congressional redistricting arising under the Equal Protection Clause of the Fourteenth Amendment for unconstitutional use of race in redistricting. Following a bench trial, court entered judgment finding a violation. Decision was subsequently vacated by the U.S. Supreme Court and remanded for further consideration in light of Alabama Legislative Black Caucus v. State of Alabama (No. 13-895) (Mar. 25, 2015). On June 5, 2015, the three-judge panel reaffirmed its prior decision and ordered the Virginia General Assembly to redraft the Congressional districting plan by September 1, 2015. No. 3:13 cv 678 (E.D. Va. Jun. 5, 2015)

**OBENSHAIN V. VIRGINIA ATTORNEY GENERAL MARK HERRING**
Circuit Court Virginia, Henrico County
Represented Virginia Attorney General Mark Herring in statewide recount and related Virginia State court proceedings governing recount procedure and certification. Court confirmed the results of the recount, holding that Mark Herring had received the highest number of lawfully cast ballots and was entitled to receive the certificate of election.

**CHARLES WILSON, ET AL. V. GOVERNOR JOHN KASICH, ET AL.**

Supreme Court of Ohio
Represented several individual voters in redistricting challenge to Ohio reapportionment under Ohio State Constitution in action filed under original jurisdiction of Ohio Supreme Court.

**WASHINGTON STATE DEMOCRATIC CENTRAL COMMITTEE V. WASHINGTON STATE SECRETARY OF STATE**
Superior Court of Washington, Thurston County
Represented Washington State Democrats in preliminary injunction action challenging use of "GOP" description on gubernatorial ballot by Republican gubernatorial candidate Dino Rossi.

**GUY V. MILLER**
U.S. District Court for the District of Nevada
Appearance in advocacy during Nevada congressional redistricting proceedings in Las Vegas and Carson City.

**IN RE PETITION REGARDING 2010 GUBERNATORIAL ELECTION (MINNESOTA GOV. MARK DAYTON)**
Minnesota State Canvassing Board (St. Paul)
Represented Minnesota's now-Governor-Elect Mark Dayton in this action filed in the Minnesota Supreme Court under that Court's original jurisdiction. The action sought an injunction relating to the recount of the 2010 gubernatorial election and was handled on a highly accelerated basis, resulting in a unanimous decision in favor of Governor-Elect Dayton. Also represented Governor-Elect Dayton before the Minnesota State Canvassing Board in connection with the recount, which culminated in the certification of Mr. Dayton's election on Wednesday, December 8, 2010.

**IN RE INITIATIVE 1105 BALLOT TITLE CHALLENGE**
Superior Court of Washington, Thurston County
Represented coalition supporting Initiative 1105 in statutory action challenging ballot title to 2010 Washington Initiative 1105 (which would have authorized the private sale of hard liquor in Washington State). Defended the ballot title and description drafted by Washington's Attorney General for the Voter's Pamphlet and the ballot itself in the 2010 General Election in Washington and appeared during the course of the hearing on the action.

**DOE, ET AL. V. REED, ET AL.**
U.S. Supreme Court
Represented respondent Washington Families Standing Together in opposing First Amendment challenge to disclosure, under state's Public Records Act, of petitions for initiatives and referenda filed with the state as part of direct democratic processes. In an 8-1 decision, the Justices agreed with respondent Washington Families Standing Together that the disclosure of referendum petitions does not facially violate the First Amendment. Doe v. Reed, 130 U.S. 2811 (2010). Also represented Washington Families Standing Together in its effort to support Washington's domestic partnership law in earlier stages of the litigation and related lawsuits.

**IN RE CONTEST OF GENERAL ELECTION HELD ON NOV. 4, 2008 (U.S. SENATOR AL FRANKEN)**
Supreme Court of Minnesota
Represented U.S. Senator Al Franken in six-week recount involving nearly three million ballots—the largest in American history—and subsequent election contest and related seven-week trial before three-judge panel. Represented Senator Franken in several related proceedings before the Minnesota lower courts and Supreme Court. 767 N.W.2d 453 (Minn. 2009). Three-judge trial court ultimately concluded, unanimously, that Al Franken had received the highest number of votes legally cast in the 2008 general election for United States Senator and therefore was entitled to receive the certificate of election. Final margin was 312 votes (out of 2.9 million ballots cast).

**BORDERS, ET AL. V. KING COUNTY, ET AL. AND WASHINGTON STATE DEMOCRATIC CENTRAL COMMITTEE (WASHINGTON GOV. CHRISTINE GREGOIRE)**
Superior Court of Washington, Chelan County
Represented Washington State Democratic Central Committee during the course of the recount and subsequent election contest of Washington's 2004 gubernatorial election, the closest gubernatorial election in United States history. After two-week election contest trial, the court concluded that Governor Gregoire had received the highest number of lawfully cast ballots in the 2004 General Election and rejected the contest brought by Republican candidate Dino Rossi. Final margin was 132 votes (out of 2.8 million ballots cast).

**CANTWELL 2000 RECOUNT**
Represented U.S. Senator Maria Cantwell in closely watched recount of her election to the United States Senate.

**PEACE ACTION V. CITY OF MEDINA**
U.S. District Court for the Western District of Washington
Represented advocacy group and individual citizens in First Amendment challenge to local restrictions on political and

religious speech in public parks, sidewalks and neighborhoods. Court granted preliminary injunction enjoining enforcement of the statute, declaring it unconstitutional, and awarding attorneys' fees.

## PRO BONO

**STATE OF ARIZONA V. WILLIAM LYLE WORATZEK**

Pro bono representation of William Lyle Woratzek, a convicted inmate on Arizona's death row for 10 years (1987 - 1997), in original federal habeas corpus proceedings from the U.S. District Court for the District of Arizona, through the United States Court of Appeals to the Ninth Circuit, and to the United States Supreme Court; in a second federal habeas proceeding through the federal system; in Section 1983 emergency stay litigation up to and through the U.S. Supreme Court; and in clemency proceedings before the Arizona Board of Pardons and Parole.

## NEWS

05.03.2018
*Perkins Coie Named Among Top Firms in 2018 Chambers USA*
Press Releases
Perkins Coie is proud to announce that it has again been ranked by Chambers & Partners, publishers of *Chambers USA: America's Leading Lawyers for Business*, as one of the top law firms in the United States. For 2018, the firm is recognized in 51 practice areas and 130 individual attorneys were also recognized.

04.24.2018
*Kevin Hamilton Quoted in The Independent Record Article - Decision Not Expected Soon in Montana Democrats' Attempt to Get Green Party Off Ballot*
General News
*The Independent Record*
Partner Kevin Hamilton was quoted in *The Independent Record* article, "Decision Not Expected Soon in Montana Democrats' Attempt to Get Green Party Off Ballot," regarding the efforts of the Montana Democratic Party in removing the Green Party from ballots before the June primary election.

01.01.2018
*Kevin Hamilton Quoted in Law360 - Retail Developments To Watch In 2018*
General News
*Law360*
Kevin Hamilton was quoted in a *Law360* article, "Retail Developments To Watch In 2018," regarding the FCC's decision to override net neutrality regulations and its effect on online retailers, as well as privacy and security for retailers.

08.15.2017
*Best Lawyers® 2018 Recognizes 281 Perkins Coie Attorneys*
Press Releases
Perkins Coie is proud to announce that 281 of its attorneys were selected by their peers for inclusion in the 2018 edition of *The Best Lawyers In America®*.

05.26.2017
*Perkins Coie Named Among Top Firms In 2017 Chambers USA*
Press Releases
Perkins Coie is proud to announce that it has again been ranked by Chambers & Partners, publishers of *Chambers USA: America's Leading Lawyers for Business* , as one of the top law firms in the United States. For 2017, the firm is recognized in 40 practice areas and 131 individual attorneys were recognized.

05.22.2017
*Perkins Coie Wins SCOTUS Ruling in North Carolina Congressional Redistricting Case*
Press Releases
In a third time win for Perkins Coie attorney Marc Elias before the U.S. Supreme Court in redistricting lawsuits, on May 22, 2017, the Court upheld a federal district court decision that struck down North Carolina's 1st and 12th Congressional Districts as racial gerrymanders in violation of the Equal Protection Clause of the 14th Amendment.

12.05.2016
*Marc Elias Featured in the National Law Journal Supreme Court Brief Article - A SCOTUS Juggling Act for Perkins Coie's Marc Elias*

General News

*National Law Journal Supreme Court Brief*

Marc Elias was featured in *National Law Journal Supreme Court Brief* article, "A SCOTUS Juggling Act for Perkins Coie's Marc Elias" noting that his arguments on two separate but related cases before the high court on Monday was just one of several career highlights this year alone.

Abha Khanna, Kevin Hamilton, Aria Branch and Elisabeth Frost were also mentioned regarding their contributions to both cases. To read more, click here.

10.31.2016

### Kevin Hamilton Quoted in seattlepi.com - Secretary of State Will Send 136,000 Letters to Fix Error in Spanish Translation

General News

*seattlepi.com*

Kevin Hamilton was quoted in "Secretary of State Will Send 136,000 Letters to Fix Error in Spanish Translation," an article in *seattlepi.com*, regarding his letter to Washington Secretary of State Kim Wyman to fix an error in Spanish translation in a mailing to voters.

10.27.2016

### Partner Kevin Hamilton Quoted in seattlepi.com - Pierce County Faces Lawsuit For Telling Voters to Mail Ballots by Nov. 4

General News

*seattlepi.com*

Partner Kevin Hamilton was quoted in, "Pierce County Faces Lawsuit For Telling Voters to Mail Ballots by Nov. 4," an article in *seattlepi.com*, regarding incorrect voters pamphlets incorrectly informing voters to mail their ballots by Nov. 4, four days before the Nov. 8 election.

08.15.2016

### Best Lawyers® 2017 Recognizes 252 Perkins Coie Attorneys

Press Releases

Perkins Coie is proud to announce that 252 of its attorneys were selected by their peers for inclusion in the 2017 edition of *The Best Lawyers In America* ®, the oldest and most respected peer-review publication in the legal profession.

05.27.2016

### Perkins Coie Named Among Top Firms in 2016 Chambers USA

Press Releases

Perkins Coie is proud to announce that it has again been ranked by Chambers & Partners, publishers of Chambers USA: America's Leading Lawyers for Business, as one of the top law firms in the United States. For 2016, the firm is recognized in 37 practice areas and 127 individual attorneys were recognized.

05.23.2016

### U.S. Supreme Court Decides 8-0 With Perkins Coie in Virginia Voting Rights Case

General News

Perkins Coie secured a unanimous victory in the U.S. Supreme Court, cementing a win for several Virginia voters previously obtained from a three-judge panel of the U.S. District Court of Virginia, which found Virginia's 3rd Congressional District to be an unconstitutional racial gerrymander.

05.18.2016

### Partner Kevin Hamilton Quoted in Law360 - Attorneys React To DOL's Final Overtime Exemption Rule

General News

*Law360*

Partner Kevin Hamilton was quoted in "Attorneys React To DOL's Final Overtime Exemption Rule," a *Law360* article, regarding the minimum salary requirement for workers to qualify for a white-collar overtime exemption.

04.24.2016

### Kevin Hamilton Quoted in KUOW.org - Dark Money, Unflattering Photos: Battle Over Unions Rages in Washington

General News

*KUOW.org*

Kevin was quoted in the *KUOW.org* article, "Dark money, unflattering photos: Battle over unions rages in Washington."

11.04.2015

### Kevin Hamilton Mentioned in seattlepi.com

General News

*seattlepi.com*

Kevin Hamilton was mentioned in *seattlepi.com* in an article, "Historic Verdict, Historic Election: Yakima Picks its First Latino Council Members," as part of the team that represented ACLU.

08.17.2015

*Best Lawyers® 2016 Recognizes 245 Perkins Coie Attorneys*

Press Releases

Perkins Coie is proud to announce that 245 of its attorneys were selected by their peers for inclusion in the 2016 edition of *The Best Lawyers In America* ®, the oldest and most respected peer-review publication in the legal profession; a more than 10 percent increase over the 221 firm attorneys recognized by *Best Lawyers* in the 2015 edition.

05.19.2015

*Perkins Coie Named Among Top Firms in 2015 Chambers USA*

Press Releases

Perkins Coie is proud to announce that it has again been ranked by Chambers & Partners, publishers of *Chambers USA: America's Leading Lawyers for Business*, as one of the top law firms in the United States.

02.18.2015

*Perkins Coie Successfully Secures Restructuring of District Voting System in Yakima, WA for Stronger Latino Voice in Elections*

Press Releases

Perkins Coie attorneys Kevin Hamilton, Abha Khanna and Ben Stafford, working on a pro bono basis with the ACLU, successfully brought about a court order requiring Yakima, Washington to implement a plan for seven single-member districts for City Council elections.

10.08.2014

*Redistricting Victory In Virginia*

Press Releases

A three-judge panel in the U.S. District Court for the Eastern District of Virginia ruled today that the Commonwealth's current congressional reapportionment plan violates the Equal Protection Clause of the Fourteenth Amendment of the U.S. Constitution and ordered the Virginia legislature to enact a remedial plan by no later than April 1, 2015.

08.27.2014

*30 Perkins Coie Attorneys Named 2015 Lawyers of the Year by Best Lawyers®*

Press Releases

Perkins Coie is proud to announce that 30 of its attorneys have been named Lawyers of the Year by Best Lawyers®, the oldest and most respected peer-review publication in the legal profession.

08.18.2014

*Best Lawyers® 2015 Recognizes 221 Perkins Coie Attorneys*

Press Releases

Perkins Coie is proud to announce that 221 of its attorneys were selected by their peers for inclusion in the 2015 edition of *The Best Lawyers In America* ®,  the oldest and most respected peer-review publication in the legal profession.

07.11.2014

*Perkins Coie Wins Significant Victory in Florida Redistricting Case*

Press Releases

In a case with national political implications, Perkins Coie won a significant victory on behalf of Florida voters who challenged the lawfulness of Florida's congressional voting map.

11.26.2013

*Perkins Coie's Kevin J. Hamilton Elected to The American Law Institute*

Press Releases

Kevin J. Hamilton, a partner and chair of both Perkins Coie's Labor & Employment practice and Retail and Consumer Products group, has been elected as a member of The American Law Institute (ALI). Hamilton joins six other Perkins Coie attorneys who are members of ALI: Randy Bain, David Burman, Tim Burns, Martin Lybecker, Katie O'Sullivan and John Skilton.

08.21.2013

*Best Lawyers 2014 Recognizes 206 Perkins Coie Attorneys*

Press Releases

Perkins Coie is proud to announce that 206 of its attorneys were selected by their peers for inclusion in the 2014 edition of *The Best Lawyers In America* ®.

09.12.2012
### *197 Perkins Coie Lawyers Recognized In 2013 Best Lawyers*
Press Releases
Perkins Coie is proud to announce that 197 of its attorneys were selected by their peers for inclusion in the 2013 edition of *The Best Lawyers in America* ®.  Thirty-five attorneys were listed this year for the first time, representing a 22 percent increase in the number of Perkins Coie attorneys who appeared in the 2012 edition.

08.30.2012
### *Perkins Coie Successfully Represents Minority Voters in Texas Redistricting Case*
Press Releases
Perkins Coie LLP successfully represented a group of African-American and Hispanic voters from Texas in a case involving discrimination in Texas voting maps [Texas v. United States, Civil Action No. 11-1303 (D.D.C. Aug. 28, 2012).].

03.30.2012
### *Kevin J. Hamilton Admitted to American College of Trial Lawyers*
Press Releases
Kevin J. Hamilton has become a Fellow of the American College of Trial Lawyers, one of the premier legal associations in America.

08.31.2011
### *The Best Lawyers in America Recognizes 163 Perkins Coie Lawyers*
Press Releases
Perkins Coie is proud to announce that 163 of its attorneys throughout the country were selected by their peers for inclusion in the 2012 edition of *The Best Lawyers in America* ® (Copyright 2011 by Woodward/White, Inc., of Aiken, S.C.).

11.01.2010
### *Lizard People: Election recounts lawyered up, ready to go*
General News
The Seattle Post Intelligencer published an article by Joel Connelly, a long-time political reporter in Seattle, who described a recent book signing event in Perkins Coie's offices for the book "This is NOT Florida:  How Al Franken Won the Minnesota Senate Recount." The event, which featured Jay Weiner, the author of the book, underscored lessons for the current 2010 election cycle.  Perkins Coie partner Kevin Hamilton's and Weiner 's presentation is summarized by Connelly in the article.  Connelly frequently quotes both speakers, noting that Perkins Coie is a pioneering firm in election litigation.

08.13.2010
### *The Best Lawyers in America Recognizes 143 Perkins Coie Lawyers*
Press Releases
Perkins Coie is proud to announce that 143 of its attorneys throughout the country were selected by their peers for inclusion in the 2011 edition of *The Best Lawyers in America*  (Copyright 2010 by Woodward/White, Inc., of Aiken, S.C.).

07.08.2010
### *Perkins Coie's Retail Group Ranked #1 Nationally by Chambers USA*
General News
In its 2010 edition of *Chambers USA*, Chambers and Partners ranked Perkins Coie's Retail & Consumer Products industry group in the #1 band nationally. The group has received this distinction each year since Chambers began ranking practices in this area. Noting the group's broad reach, Chambers described the group as "well equipped to advise on the full range of retail and consumer-related matters." "The firm is making real progress in this arena. It is quite possibly the leader of the e-commerce market at the moment," sources were quoted as saying in the listing.

06.09.2010
### *90 Perkins Coie Attorneys Named Super Lawyers*
Press Releases
Ninety Perkins Coie attorneys have been honored by their peers as "Washington Super Lawyers" for 2010. Nine were named to the Top 100 list and four were named to the Top 50 Women list. The list of Super Lawyers is published in the June edition of *Washington Law & Politics*  magazine.

08.03.2009

*The Best Lawyers in America Recognizes 141 Perkins Coie Lawyers*

Press Releases

Perkins Coie is proud to announce that 141 of its attorneys across the country were selected for inclusion in the 2010 edition of *Best Lawyers of America.*

07.07.2009

*Partners Marc Elias and Kevin Hamilton Recognized During Swearing in of Sen. Al Franken*

General News

Partners Marc Elias and Kevin Hamilton, along with co-counsel David Lillehaug, received a rare show of recognition after the swearing in of firm client Sen. Al Franken today.

## PUBLICATIONS

12.27.2016

*When 'Fraud' Is Just Another Word For Disenfranchisement*

Articles

The Washington Post

For years, "voter fraud" has been a conservative rallying cry, used to justify ever more demanding voter identification and registration requirements. Read the full article.

11.04.2016

*$18 Million Fine Levied for Campaign Finance Violation in Washington State*

Updates

On November 3, 2016, a Thurston County Superior Court judge levied an $18 million penalty against a trade association for violations of Washington campaign finance laws.

09.20.2016

*Seattle's New Secure Scheduling Ordinance*

Updates

The Seattle City Council unanimously passed the Secure Scheduling Ordinance (Ordinance) on September 19, 2016.

05.19.2016

*Defend Trade Secrets Act Contains New Immunity Notification Requirements for Employers*

Updates

The new Defend Trade Secrets Act (DTSA), signed into law by President Obama on May 11, 2016, creates a new private civil cause of action in federal court for trade secret misappropriation.

03.03.2016

*New Law Increases Scrutiny for Importing Goods Made with Forced Labor*

Updates

The federal government took another step in the fight against human trafficking and forced labor.  President Obama signed into law on February 24, 2016, the Trade Facilitation and Trade Enforcement Act of 2015 (TFTEA).

09.03.2014

*Patterson v. Domino's Pizza, LLC: Franchisors Are Not Vicariously Liable as "Employers" or "Principals" for Their Franchisees' Employees' Workplace Conduct, California High Court Rules*

Updates

In a significant win for franchisors, the California Supreme Court ruled 4-3 that although Domino's "imposes comprehensive and meticulous standards for marketing its trademarked brand and operating its franchises in a uniform way," it cannot be held vicariously liable as an "employer" or "principal" in a sexual harassment lawsuit filed by an employee of a Domino's franchisee.

11.20.2012

*Supreme Court to Hear Another Case on Class Arbitration Waivers*

Updates

On November 9, 2012, the U.S. Supreme Court agreed to consider the enforceability of a class action waiver clause in agreements between American Express and merchants that accepted its cards. The merchants filed a proposed class action suit against Amex, alleging that its "Honor All Cards" policy—which required stores to accept Amex's charge cards as well as its credit cards—violated federal antitrust law.

04.10.2012

*Alert: Apple's Supply Chain Fair Labor Report*
Updates
In the wake of the recent negative publicity deluge, including a segment on a national newsmagazine show, alleging labor violations including the use of child labor, safety violations and unfair pay practices, late last week Apple released a third-party report detailing problems and proposed solutions at one of its largest suppliers.

11.01.2011
*Top Ten Employment "Potholes" to Avoid in California*
Updates
California, standing alone, has the eighth largest economy in the world, with a gross state product of nearly $2 trillion in 2010. It is no surprise that the state is an irresistible market for many leading (and emerging) companies with significant workforce populations. But California is also one of the most perilous jurisdictions for employers, featuring a harsh, unforgiving and sometimes unexpectedly quirky regulatory environment, all enforced by a large population of zealous plaintiffs' lawyers. Doing business in California can be perilous indeed.

07.19.2011
*Federal Reserve Board's Final Rule Implementing the "Durbin Interchange Amendment" to the Dodd–Frank Act*
Updates
On October 1, 2011 a new Federal Reserve Board Final Rule implementing the "Durbin Interchange Amendment" to the Dodd-Frank Act will go into effect.

06.21.2011
*Supreme Court Tightens The Rules for Employment Class Actions*
Updates
The U.S. Supreme Court issued its opinion in the long-awaited Wal-Mart v. Dukes decision yesterday. The Court's decision is good news for employers as it will make it more difficult for plaintiffs to pursue large class actions against employers.

## PRESENTATIONS

06.13.2017
*2017 Labor & Employment Law Workshop*
Seminars
Our annual employment law workshop covered multiple topics.

06.09.2016
*2016 Labor & Employment Law Workshop*
Seminars
Discussion of recent developments in federal and state employment legislation and case law, noncompete agreements and protecting proprietary information, and discipline and discharge of employees.

06.25.2015
*2015 Employment Law Workshop*
Seminars
Topics discussed include recent NLRB rulings, guidelines for employee handbooks, wage and hour and leave and accommodation issues and a general update on the latest employment law developments.

07.07.2014
*Recounts in the Post-Bush v. Gore Era*
Speaking Engagements
Williams & Mary Law School / Williamsburg, VA

05.06.2014
*Recounts in the Post-Bush v. Gore Era*
Speaking Engagements
American Constitutional Society / Seattle, WA

06.05.2012
*2012 Employment Law Workshop*
Seminars
Advanced Issues in Employee Leave Law / Bellevue, WA

05.19.2010
*2010 Employment Law Workshop*

Seminars

**AREAS OF FOCUS**

**PRACTICES**

- Labor & Employment Law
- Political Law
- Litigation
- Employment Counseling & Preventive Law/Training
- Employment Litigation
- Employment Privacy
- Workplace Investigations
- Noncompetition Litigation
- Intellectual Property Law
- Financial Services Litigation & Investigations
- Class Action Defense
- Supply Chain Compliance & Corporate Social Responsibility
- Trade Secrets
- Workplace Harassment

**INDUSTRIES**

- Retail & Consumer Products
- Food & Beverage
- Professional Sports

**BAR AND COURT ADMISSIONS**

- Washington
- U.S. Court of Appeals for the Ninth Circuit
- U.S. District Court for the Eastern District of Washington
- U.S. District Court for the Western District of Washington
- Supreme Court of the United States

**EDUCATION**

- Georgetown University Law Center, J.D., *magna cum laude*, 1985, Editor-in-Chief, *Georgetown Law Journal*
- University of Washington, B.A., Political Science, *cum laude*, Phi Beta Kappa, 1980

**LANGUAGES**

- French

**HIGHLIGHTS**



View a full collection of book reviews by Kevin J. Hamilton

"Enter Laughing: Al Franken's Long Road to Washington," *The New Yorker* , July 20, 2009

Hamilton argues challenge to Ohio legislative redistricting plan before the Ohio Supreme Court.

- The Cleveland Plain Dealer

- The Columbus Dispatch

© 2018 Perkins Coie LLP

**PERKINS**COIE

# Professional Biography



**ABHA KHANNA** | **PARTNER**

SEATTLE
1201 Third Avenue, Suite 4900
Seattle, WA
+1.206.359.8312
AKhanna@perkinscoie.com

Abha Khanna is a partner in the firm's Litigation practice. She has experience in a range of matters, including intellectual property, antitrust, commercial contract disputes, constitutional issues, and political law. Abha has represented both plaintiffs and defendants before numerous courts across the country, from state and federal courts in Washington, Texas, Florida, and the District of Columbia, to the U.S. Supreme Court.

Prior to joining the firm, Abha served as a law clerk to Judge Judith W. Rogers of the United States Court of Appeals for the District of Columbia Circuit and Judge Robert S. Lasnik of the United States District Court for the Western District of Washington. As a law student, she served as Comments Editor of the *Yale Law Journal* and directed a clinic providing legal advocacy for victims of domestic violence. Before law school, Abha was a high school English teacher.

Abha's pro bono work includes matters related to civil rights, international law, and custody determinations in child abuse and neglect cases.

## PROFESSIONAL RECOGNITION

- Listed as a "Washington Rising Star" by *Super Lawyers Magazine* , 2015 - Present

## RELATED EMPLOYMENT

- Neal Katyal, Research Assistant, 2006 - 2007
- Wilmer Cutler Pickering Hale and Dorr LLP, Washington, D.C., Summer Associate, 2006
- Robert Post, David Boies Professor of Law, Yale Law School, New Haven, CT, Research Assistant, 2006
- Department of Homeland Security, Office of the Chief Counsel of the TSA, Washington, D.C., Law Clerk, Summer 2005
- Jerome N. Frank Legal Services Organization, Community Lawyering Clinic, Yale Law School, New Haven, CT, Student Supervisor, 2005 - 2006

## CLERKSHIPS

- Hon. Robert Lasnik, U.S. District Court for the Western District of Washington, 2008 - 2009
- Hon. Judith Rogers, U.S. Court of Appeals for the District of Columbia Circuit, 2007 - 2008

## EXPERIENCE

**BETHUNE-HILL V. VIRGINIA STATE BOARD OF ELECTIONS**
U.S. District Court for the Eastern District of Virginia
Represented 12 Virginia voters in constitutional challenge to Virginia House of Delegate redistricting plan arising under the Equal Protection Clause of the Fourteenth Amendment. Perkins Coie secured a significant victory on behalf of Virginia voters on June 26, 2018, when the United States District Court for the Eastern District of Virginia, Richmond Division held that all 11 of the House of Delegates districts that were challenged by Perkins Coie in October 2017 were unconstitutional racial gerrymanders in violation of the Fourteenth Amendment.

**COOPER V. HARRIS**
Supreme Court of the United States
U.S. District Court for the Middle District of North Carolina
Secured a victory in the U.S. Supreme Court on May 22, 2017 on behalf of two North Carolina residents seeking invalidation of North Carolina's 1st and 12th Congressional Districts as racial gerrymanders in violation of the Equal Protection Clause of the 14th Amendment. Following trial in October 2015, on February 6, 2016, a three-judge panel of the U.S. District Court for the Middle District of North Carolina found in our team's favor, striking down the congressional plan originally drawn in 2011, enjoining further elections under it, and directing the North Carolina General Assembly to adopt a new map. The three-judge panel then denied the defendants' motion to stay, as did the U.S. Supreme Court. The Supreme Court Opinion, authored by Justice Kagan, upheld the district court's judgment that the North Carolina General Assembly had unlawfully used race to draw congressional districts.

**NORTH CAROLINA VOTING RIGHTS CHALLENGE**
Represents a group of North Carolina voters in a federal voting rights litigation in which a three-judge panel of the U.S. Court of Appeals for the Fourth Circuit issued a unanimous ruling that the State's Republican-led General Assembly intentionally discriminated against African Americans when it enacted several new voting restrictions in 2013. The Fourth Circuit reversed the district court's dismissal of all of the plaintiffs' claims in *North Carolina State Conference of the NAACP, et al. v. McCrory, et al.*, finding that North Carolina's elimination of same day registration, out-of-precinct provisional voting, preregistration, reduction of early voting, and enactment of voter-ID law were unconstitutional and in violation of the 14th Amendment and Section 2 of the Voting Rights Act. The decision invalidates the changes to North Carolina's voting mechanisms, meaning that same-day registration, out-of-precinct provisional voting, preregistration, and the lost early voting days will be reinstated. North Carolina's voter ID law is also completely enjoined.

**U.S. SUPREME COURT RACIAL GERRYMANDERING VICTORY**
U.S. Supreme Court
Secured a unanimous victory in the U.S. Supreme Court, cementing a win for several Virginia voters previously obtained from a three-judge panel of the U.S. District Court of Virginia, which found Virginia's 3rd Congressional District to be an unconstitutional racial gerrymander. In a vote of 8-0, the Court dismissed the appeal, brought by Virginia's Republican Congressional delegation, who had intervened as defendants in the action, based on argument that the delegation lacked standing to maintain the appeal.

**OBERGEFELL, ET. AL V. HODGES, ET AL.**
Supreme Court of the United States
Represent "The Alliance: State Advocates for Women's Rights and Gender Equality" and Legal Voice of Washington as amicus curiae in support of parties challenging constitutionality of laws and practices that deny same-sex couples the right to marry.

**VIRGINIA REDISTRICTING**
Brought a challenge on behalf of several Virginia voters, whose voting rights were diluted under the existing congressional reapportionment plan, in which the Virginia legislature used the preclearance requirements of Section 5 of the Voting Rights Act as a pretext to pack African-American voters into Virginia's gerrymandered 3rd Congressional District. A three-judge panel found that the Commonwealth's current congressional reapportionment plan violates the Equal Protection Clause of the Fourteenth Amendment and ordered the Virginia legislature to enact a remedial plan. The court agreed that the 3rd Congressional District was a racial gerrymander and found that, after the Supreme Court's decision in *Shelby County v. Holder*, Section 5 can no longer justify race-based reapportionment. The opinion was the result of a multiday trial held in Richmond.

**FLORIDA REDISTRICTING**
Won a significant victory on behalf of Florida voters challenging the lawfulness of Florida's congressional voting map in a

case with national political implications. Filed in February 2012, the lawsuit alleged that the voting map enacted by the Florida Legislature violated a provision of the Florida Constitution that prohibits the legislature from drawing voting maps that favor one political party over another or that protect incumbent members of the United States Congress. After more than two years of intensive discovery battles that included a landmark interlocutory ruling from the Supreme Court of Florida allowing the deposing of sitting members of the Florida Legislature, the case went to trial in May 2014 before a state court judge.

**SHANNON PEREZ, ET AL. V RICK PERRY, ET AL.**
Helped secure significant victory for voting rights when a Texas federal district court ruled that Texas' Republican-drawn congressional map violated the Voting Rights Act and the Equal Protection clause of the Fourteenth Amendment, finding that several districts were illegal racial gerrymanders.

## NEWS

05.22.2017
*Perkins Coie Wins SCOTUS Ruling in North Carolina Congressional Redistricting Case*
Press Releases
In a third time win for Perkins Coie attorney Marc Elias before the U.S. Supreme Court in redistricting lawsuits, on May 22, 2017, the Court upheld a federal district court decision that struck down North Carolina's 1st and 12th Congressional Districts as racial gerrymanders in violation of the Equal Protection Clause of the 14th Amendment.

01.03.2017
*Perkins Coie Announces 2017 Partner Class*
Press Releases
Perkins Coie is pleased to announce that 24 counsel and senior counsel have been promoted to partner.

12.05.2016
*Marc Elias Featured in the National Law Journal Supreme Court Brief Article - A SCOTUS Juggling Act for Perkins Coie's Marc Elias*
General News
*National Law Journal Supreme Court Brief*
Marc Elias was featured in *National Law Journal Supreme Court Brief*   article, "A SCOTUS Juggling Act for Perkins Coie's Marc Elias" noting that his arguments on two separate but related cases before the high court on Monday was just one of several career highlights this year alone.

Abha Khanna, Kevin Hamilton, Aria Branch and Elisabeth Frost were also mentioned regarding their contributions to both cases. To read more, click here.

05.23.2016
*U.S. Supreme Court Decides 8-0 With Perkins Coie in Virginia Voting Rights Case*
General News
Perkins Coie secured a unanimous victory in the U.S. Supreme Court, cementing a win for several Virginia voters previously obtained from a three-judge panel of the U.S. District Court of Virginia, which found Virginia's 3rd Congressional District to be an unconstitutional racial gerrymander.

02.18.2015
*Perkins Coie Successfully Secures Restructuring of District Voting System in Yakima, WA for Stronger Latino Voice in Elections*
Press Releases
Perkins Coie attorneys Kevin Hamilton, Abha Khanna and Ben Stafford, working on a pro bono basis with the ACLU, successfully brought about a court order requiring Yakima, Washington to implement a plan for seven single-member districts for City Council elections.

10.08.2014
*Redistricting Victory In Virginia*
Press Releases
A three-judge panel in the U.S. District Court for the Eastern District of Virginia ruled today that the Commonwealth's current congressional reapportionment plan violates the Equal Protection Clause of the Fourteenth Amendment of the U.S. Constitution and ordered the Virginia legislature to enact a remedial plan by no later than April 1, 2015.

07.11.2014

*Perkins Coie Wins Significant Victory in Florida Redistricting Case*
Press Releases
In a case with national political implications, Perkins Coie won a significant victory on behalf of Florida voters who challenged the lawfulness of Florida's congressional voting map.

01.13.2014
*Perkins Coie Announces 2014 Counsel Promotions*
Press Releases
Perkins Coie has announced that 39 attorneys have been promoted to the position of Counsel, effective January 1, 2014.

08.30.2012
*Perkins Coie Successfully Represents Minority Voters in Texas Redistricting Case*
Press Releases
Perkins Coie LLP successfully represented a group of African-American and Hispanic voters from Texas in a case involving discrimination in Texas voting maps [Texas v. United States, Civil Action No. 11-1303 (D.D.C. Aug. 28, 2012).].

## AREAS OF FOCUS

### PRACTICES

- Litigation

## BAR AND COURT ADMISSIONS

- Washington
- New York

## EDUCATION

- Yale Law School, J.D., 2007, Comments Editor, *Yale Law Journal* ; Editor, *Yale Law and Humanities Journal*
- Yale University, B.A., Psychology, *summa cum laude* ; Phi Beta Kappa, 2001

---

© 2018 Perkins Coie LLP

PERKINSCOIE

# Professional Biography



**RUTHZEE LOUIJEUNE** | **ASSOCIATE**

WASHINGTON, D.C.
700 13th Street, NW, Suite 600
Washington, DC
+1.202.654.6200
RLouijeune@perkinscoie.com

Political law attorney Ruthzee Louijeune represents federal and state elected officials, candidates, national and state political parties, political action committees, corporations and other entities as they navigate the complexities of campaign finance, ethics and regulatory laws. She counsels campaigns on their day-to-day activity and successfully defends candidates against false political advertisements. In her practice, she represents organizations advocating reform by supporting progressive candidates in local races. Ruthzee has represented clients before the Federal Elections Commission, the Office of Congressional Ethics and regulatory agencies across the country.

Ruthzee also represents and defends clients in litigation and in response to subpoenas. She works on racial gerrymandering litigation, which helps create more equitable voting maps around the country. She was a member of the teams that successfully argued three cases on racial gerrymandering before the U.S. Supreme Court: *Wittman v. Personhuballah, Cooper v. Harris* and *Bethune-Hill v. Virginia State Board of Elections* .

Ruthzee volunteers at the Washington School for Girls.

## CLERKSHIPS

- Hon. Benita Y. Pearson, U.S. District Court for the Northern District of Ohio, 2014 - 2015

## EXPERIENCE

**COOPER V. HARRIS**
Supreme Court of the United States
U.S. District Court for the Middle District of North Carolina
Secured a victory in the U.S. Supreme Court on May 22, 2017 on behalf of two North Carolina residents seeking invalidation of North Carolina's 1st and 12th Congressional Districts as racial gerrymanders in violation of the Equal Protection Clause of the 14th Amendment. Following trial in October 2015, on February 6, 2016, a three-judge panel of the U.S. District Court for the Middle District of North Carolina found in our team's favor, striking down the congressional plan originally drawn in 2011, enjoining further elections under it, and directing the North Carolina General Assembly to adopt a new map. The three-judge panel then denied the defendants' motion to stay, as did the U.S. Supreme Court. The Supreme Court Opinion, authored by Justice Kagan, upheld the district court's judgment that the North Carolina General Assembly had unlawfully used race to draw congressional districts.

**U.S. SUPREME COURT RACIAL GERRYMANDERING VICTORY**
Secured a unanimous victory in the U.S. Supreme Court, cementing a win for several Virginia voters previously obtained from a three-judge panel of the U.S. District Court of Virginia, which found Virginia's 3rd Congressional District to be an unconstitutional racial gerrymander. In a vote of 8-0, the Court dismissed the appeal, brought by Virginia's Republican

Congressional delegation, who had intervened as defendants in the action, based on argument that the delegation lacked standing to maintain the appeal.

## NEWS

05.22.2017

*Perkins Coie Wins SCOTUS Ruling in North Carolina Congressional Redistricting Case*
Press Releases
In a third time win for Perkins Coie attorney Marc Elias before the U.S. Supreme Court in redistricting lawsuits, on May 22, 2017, the Court upheld a federal district court decision that struck down North Carolina's 1st and 12th Congressional Districts as racial gerrymanders in violation of the Equal Protection Clause of the 14th Amendment.

05.23.2016

*U.S. Supreme Court Decides 8-0 With Perkins Coie in Virginia Voting Rights Case*
General News
Perkins Coie secured a unanimous victory in the U.S. Supreme Court, cementing a win for several Virginia voters previously obtained from a three-judge panel of the U.S. District Court of Virginia, which found Virginia's 3rd Congressional District to be an unconstitutional racial gerrymander.

## AREAS OF FOCUS

### PRACTICES

- Political Law
- Political Law Litigation
- Political Parties, Campaigns and Committees

## BAR AND COURT ADMISSIONS

- District of Columbia
- Massachusetts

## EDUCATION

- Harvard Law School, J.D., 2014, Harvard Legal Aid Bureau
- Harvard University, John F. Kennedy School of Government, M.P.P., 2014
- Columbia University, B.A., Political Science; French and Francophone Studies, 2008

## LANGUAGES

- French
- Haitian Creole

© 2018 Perkins Coie LLP

PERKINSCOIE

# Professional Biography



**JOHN K. ROCHE | PARTNER**

WASHINGTON, D.C.
700 13th Street, NW, Suite 600
Washington, DC
+1.202.434.1627
JRoche@perkinscoie.com

John Roche is a member of the firm's Commercial Litigation practice and the Privacy & Security Law practice. He focuses his practice on commercial litigation and counseling, particularly in the areas of privacy, security, internet and communications law.

## COMMERCIAL LITIGATION

John has tried numerous cases in addition to briefing and arguing appeals in state and federal courts and handling matters before various arbitration authorities. He routinely briefs and argues matters involving electronic surveillance issues on behalf of communications providers, and has litigated numerous matters involving novel issues under the First and Fourth Amendments. He was on the trial team for the nation's first federal jury trial regarding unsolicited commercial email, briefed the nation's first successful motion to quash a search warrant brought by a communications provider in state court, and likewise briefed and argued the nation's first motion to quash a search warrant ever brought by a communications provider in federal court (the warrant was subsequently withdrawn).

Cases in which John has been involved include:

- *In re Grand Jury Subpoena Issued to Twitter, Inc.*, No. 3:17-mc-40-M-BN, 2018 WL 2095173 (N.D. Texas, May 3, 2018), adopted by 2018 WL 2095326 (N.D. Texas, May 3, 2018) (partially quashing grand jury subpoena issued to service provider on First Amendment grounds)

- *In re Grand Jury Subpoena Issued to Twitter, Inc.*, No. 3:17-mc-40-M-BN, 2017 WL 9287146 (N.D. Texas, Sept. 22, 2017), adopted by 2017 WL 9287147 (N.D. Texas, Oct. 19, 2017) (vacating gag order issued to service provider on statutory and First Amendment grounds)

- *In re Facebook, Inc. v. United States of America*, Nos. 17-SS-388, 17-SS-389, 17-SS-390 (D.C. Court of Appeals, 2017) (successful appeal of order denying motion to vacate gag order related to search warrants in investigation of inauguration day riots in District of Columbia)

- *Bennett v. Google Inc.*, No. 1:16-cv-02283 (TFH), 2017 WL 2692607 (D.D.C. June 21, 2017) (granting motion to dismiss defamation claim under the Communications Decency Act), affirmed by 882 F.3d 1163 (D.C. Cir. 2018)

- *Beyond Systems, Inc. v. Kraft Foods, Inc.*, 972 F. Supp. 2d 748 (D. Md. 2013) (after 2-week advisory jury trial, granting client's motion for summary judgment defeating plaintiff's $600 million "spam" email claims), affirmed by 777 F.3d 712 (4th Cir. 2015)

- *CTIA - Wireless Ass'n v. Telecommunications Regulatory Bd. of Puerto Rico*, 2012 WL 3151377 (D. Puerto Rico 2012) (denying opponent's motion to dismiss and subsequently granting client's request for permanent injunction of state law under the Stored Communications Act), affirmed by 752 F.3d 60 (1st Cir. 2014)

- *People v. Harris*, 949 N.Y.S.2d 590 (N.Y. City Crim. Ct., 2012) (case of first impression granting in part and denying in part communications provider's motion to quash subpoena for user records)

- *CRGT, Inc. v. Northrop Grumman Systems Corp*., 2012 WL 3776369 (E.D. Va. 2012) (case of first impression upholding defense contractor's reliance on Federal Officer Removal Statute)

- *Dodge v. CDW-Government, Inc*., 415 Fed. Appx. 485 (4th Cir. 2011) (victory in breach of contract/employment action)
- *Qwest Corp. v. Colorado Public Utilities Com'n,* 656 F.3d 1093 (10th Cir. 2011) (victory in action under the Telecommunications Act)
- *Qwest Corp. v. Arizona Corp. Com'n,* 567 F.3d 1109 (9th Cir. 2009) (victory in action under the Telecommunications Act)
- *Jayne v. Sprint PCS*, 2009 WL 426117 (E.D. Cal. 2009) (granting client's motion to dismiss § 1983 claims under the Stored Communications Act)

## PRIVACY, SECURITY, INTERNET & COMMUNICATIONS LAW

John's practice includes litigation and regulatory compliance counseling with regard to privacy, Internet and communications issues. He helps manage and oversee perhaps the largest subpoena, court order and search warrant compliance program in the country for numerous communications providers (e.g., phone companies, email services, wireless providers, social networks, etc.) regarding issues related to the federal Stored Communications Act, Wiretap Act, Pen-Trap Statute, Telecommunications Act, and Communications Assistance for Law Enforcement Act.

John is also highly experienced in a host of other areas ranging from Customer Proprietary Network Information (CPNI) to the Controlling the Assault of Non-Solicited Pornography and Marketing (CAN-SPAM) Act, the Communications Decency Act (CDA) and telemarketing laws.

John also has experience assisting clients in their response to computer intrusions and theft of trade secrets, including actions related to the Computer Fraud and Abuse Act (CFAA) and state computer intrusion laws.

John has also represented clients before the FCC, FTC and numerous state commissions in privacy-related investigations and telecommunications matters.

## UNMANNED AERIAL SYSTEMS (UAS)

John has counseled UAS clients on privacy issues, including the development of UAS privacy policies. He has represented a major UAS client in a successful multi-stakeholder proceeding before the National Telecommunications and Information Administration that resulted in the adoption of voluntary privacy best practices regarding commercial and private UAS use in the national airspace.

## EMPLOYMENT LAW

John has counseled clients and litigated on their behalf regarding employment related matters, including wage claims, restrictive covenant and trade secret litigation, security policies, and employee privacy issues. These matters include briefing and arguing a successful appeal before the Fourth Circuit Court of Appeals related to a wage dispute for a major client in Virginia.

## INTELLECTUAL PROPERTY

John has litigated numerous matters on behalf of the world's largest software manufacturer in a comprehensive domestic brand integrity, trademark and copyright litigation effort, involving successful lawsuits in Maryland, Virginia and other jurisdictions against retailers, suppliers, and vendors engaged in the distribution of infringing items.

## PRO BONO

John does a great deal of pro bono litigation to assist survivors of domestic violence and is a recipient of the firm's prestigious Pro Bono Leadership Award for his work on behalf of domestic violence survivors in Virginia state court.

## PROFESSIONAL RECOGNITION

- Listed in *Washington D.C. Super Lawyers*, 2013 - 2014

**PROFESSIONAL LEADERSHIP**

- International Association of Privacy Professionals
- American Bar Association
- Virginia Bar Association
- District of Columbia Bar Association

**COMMUNITY INVOLVEMENT**

- Virginia Committee for Employer Support of the Guard & Reserve, Ombudsman, 2007 - 2016
- Legal Services of Northern Virginia, Domestic Violence Project, Volunteer Trial Counsel
- Legal Aid Society of the District of Columbia, Volunteer Trial Counsel
- Just Neighbors Immigrant Ministry, Volunteer Attorney
- William & Mary School of Law, Co-Counsel Mentoring Program
- Blessed Sacrament School, Annual Fund Committee

**EXPERIENCE**

**COMMUNICATIONS**

**AMERICAN COUNCIL ON EDUCATION V. F.C.C.**
U.S. Court of Appeals for the District of Columbia Circuit
Appeal of F.C.C. order regarding CALEA and broadband access and services.

**AT&T CORPORATION V. BELLSOUTH LONG DISTANCE INC. & QWEST COMMUNICATIONS CORPORATION**
U.S. District Court for the Southern District of New York
Defense of action for tortious interference with contract and unjust enrichment.

**PACIFIC BELL TELEPHONE COMPANY V. CALIFORNIA PUBLIC UTILITIES COMMISSION, ET AL.**
U.S. District Court for the Northern District of California
Defense of action related to an appeal from a state commission rate-setting order.

**QWEST COMMUNICATIONS CORPORATION V. CITY OF NEW YORK**
U.S. District Court for the Eastern District of New York
Challenge to municipal telecommunications franchise agreement, under section 253 of the Telecommunications Act of 1996 and the Civil Rights Act.

**QWEST CORPORATION V. ARIZONA CORPORATION COMMISSION, ET AL.**
U.S. District Court for the District of Arizona
Prosecution of claims under sections 251 & 271 of the Telecommunications Act of 1996.

**QWEST CORPORATION V. PUBLIC SERVICE COMMISSION OF UTAH**
U.S. Court of Appeals for the Tenth Circuit
Appeal under the Telecommunications Act of 1996 regarding the jurisdiction of state administrative agencies to review commercial agreements between telecommunications carriers.

**QWEST CORPORATION V. PUBLIC UTILITIES COMMISSION OF COLORADO**
U.S. Court of Appeals for the Tenth Circuit
Appeal under the Telecommunications Act of 1996 regarding the jurisdiction of state administrative agencies to review commercial agreements between telecommunications carriers.

**CAPTARIS INC. V. CAPTARA CORPORATION, ET AL.**
U.S. District Court for the Eastern District of Virginia
Prosecution of action for trademark infringement.

**BIG FISH GAMES INC. V. IWIN INC.**
U.S. District Court for the Western District of Washington
Obtained preliminary and permanent injunctive relief for client Big Fish Games, in a case alleging violations of the Computer Fraud and Abuse Act, RICO, Uniform Trade Secrets Act, Unfair Business Practices Act, and other statutes, based upon a competitor's unauthorized access to Big Fish Games' proprietary and trade secret information. The case was favorably resolved, after substantial discovery, through a confidential settlement.

**SMARTIRE SYSTEMS INC. V. SIEMENS VDO**
U.S. District Court for the Eastern District of Virginia
Action for patent infringement.

**BULLETIN NEWS NETWORK INC. V. BRIEFINGS INC., ET AL.**
Circuit Court of Virginia, Fairfax County
Representation of Bulletin News Network in successful action against an electronic publisher and three of its officers and employees for violation of non-compete agreement and theft of trade secrets. Case settled after three-day evidentiary hearing.

**MICROSOFT CORPORATION V. AFFORDABLE COMPUTER SOLUTIONS, LLC**
U.S. District Court for the District of Maryland
Prosecution of action for trademark and copyright infringement.

**MICROSOFT CORPORATION V. ONLINE DISCOUNT SERVICE**
U.S. District Court for the Eastern District of Virginia
Prosecution of action for trademark and copyright infringement.


**LITIGATION**

**IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH [REDACTED]@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, INC., NO. 17-MJ-757 (GMH)**
U.S. District Court for the District of Columbia
Represent Google in ongoing litigation regarding whether a search warrant issued pursuant to the Stored Communications Act, 18 U.S.C. §§ 2701-2710, can be used to compel a communications service provider to seize customer communications stored outside the United States and disclose them to the government.

**BEYOND SYSTEMS INC. V. KRAFT FOODS INC., ET AL.**
U.S. District Court for the District of Maryland
Defense of action for alleged violations of Maryland and California anti-spam laws.

**HOLLANDER V. WATSON**
U.S. District Court for the District of Columbia
Prosecution of action for breach of contract.

**BOGGESS V. VALLEY BRONZE OF OREGON INC.**
Circuit Court of Virginia, Loudoun County
Defense of action for breach of contract.

**BRAZEAL V. SMI INT'L, LLC, ET AL.**
U.S. District Court for the Eastern District of Virginia
Defense of Title VII discrimination claim against employer.

**BROS. SIGNAL COMPANY V. HONEYWELL INTERNATIONAL INC., ET AL.**
Circuit Court of Virginia, Loudoun County
Defense of action for breach of contract, unjust enrichment, fraud and negligence.

**GREENWAY APARTMENTS, LP V. TATE-SMITH**

Superior Court of the District of Columbia
Pro bono defense of landlord-tenant action.

**GROSS V. DAEDALUS BOOKS INC.**
Superior Court of the District of Columbia
Prosecution of action for breach of contract.

**SEGOVIA INC. V. SYSOREX FEDERAL INC., ET AL.**
Circuit Court of Virginia, Fairfax County
Defense of action between government contractors for breach of contract and fraud.

**CTIA - WIRELESS ASS'N V. TELECOMMUNICATIONS REGULATORY BD. OF PUERTO RICO**
Denying opponent's motion to dismiss and subsequently granting client's request for permanent injunction of state law under the Stored Communications Act.

**JAYNE V. SPRINT PCS**
Granting client's motion to dismiss § 1983 claims under the Stored Communications Act.

**DODGE V. CDW-GOVERNMENT, INC.**
Victory in breach of contract/employment action.

**PEOPLE V. HARRIS**
A case of first impression granting in part and denying in part communications provider's motion to quash subpoena for user records.

**CRGT, INC. V. NORTHROP GRUMMAN SYSTEMS CORP.**
A case of first impression upholding defense contractor's reliance on Federal Officer Removal Statute.


**NEWS**

01.18.2018
*John Roche Quoted by Law360 - Google Rules Undercut Decency Law Immunity, D.C. Circ. Told*
General News
*Law360*
John Roche was quoted in the *Law360* article, "Google Rules Undercut Decency Law Immunity, D.C. Circ. Told," about an attempt to revive a suit against Google regarding its immunity under the Communications Decency Act.

10.08.2014
*Redistricting Victory In Virginia*
Press Releases
A three-judge panel in the U.S. District Court for the Eastern District of Virginia ruled today that the Commonwealth's current congressional reapportionment plan violates the Equal Protection Clause of the Fourteenth Amendment of the U.S. Constitution and ordered the Virginia legislature to enact a remedial plan by no later than April 1, 2015.

01.07.2014
*Perkins Coie Announces 2014 Partner Class*
Press Releases
Perkins Coie has announced that 21 associates and of counsel have been promoted to partner.

01.16.2013
*Perkins Coie Announces Counsel Promotions*
Press Releases
Perkins Coie has announced that 88 attorneys have been promoted to the firm's newly created Counsel position, effective January 1, 2013.  Counsel is a partnership track position for attorneys with at least six years of experience, recognizing consistently high quality legal work and the ability to supervise junior lawyers and staff and collaborate with partners on the strategy, development and management of client matters.

10.19.2012
*Perkins Coie Wins Injunction Against Puerto Rico on ECPA Grounds*
General News

Perkins Coie, representing CTIA - The Wireless Association, enjoined Puerto Rico in the U.S. District Court for the District of Puerto Rico from enforcing a law that would have required pre-paid mobile phone providers to collect subscriber information and submit it to a government agency - the Telecommunications Regulatory Board of Puerto Rico - so that the Board could maintain a registry of pre-paid mobile phone users.

08.28.2012

*Perkins Coie Successfully Removes Multimillion Dollar State Law Contract Claim To Federal Court*
Press Releases
In April of this year, CRGT, a provider of technology solutions for the Federal government, filed a complaint in Virginia state court alleging that Perkins Coie client Northrop Grumman had breached a subcontract arising out of the U.S. Army's Defense Knowledge On-Line program.


## PUBLICATIONS

05.07.2018

*Offer Wi-Fi or Internet Service to Customers? These Are Your New Legal Obligations*
Updates
It would be unusual these days to find a hotel, coffee shop, cruise line or airline that doesn't offer some form of internet access to its customers. It's unlikely, however, that those businesses have had occasion to give much thought to the Stored Communications Act.

06.29.2017

*Drones: What Legal Issues Should You Be Thinking About?*
Articles
*Best Lawyers*
Unmanned aerial vehicles (UAVs), commonly known as drones, have the potential to reshape commerce in ways that have not been seen since the early days of the Internet. Unsurprisingly, this potential is likely to draw interest from companies that have little to no experience with aviation or drones into the market by manufacturing drones, their components, or the software that they use.

10.04.2017

*Top 5 Questions From Our UVS Clients*
Articles

05.23.2016

*New Privacy Best Practices for Drone Use Adopted by Industry, Consumer and Media Organizations*
Updates
Consensus was reached in a proceeding of the NTIA of the U.S. Department of Commerce on a set of privacy best practices for the commercial and recreational use of unmanned aerial systems (UAS), more commonly referred to as "drones."

02.17.2015

*FAA Proposes Rules for Commercial UAVs; White House Launches UAV Privacy Initiative*
Updates
On February 15, 2015, the FAA issued its long-awaited notice of proposed rulemaking on small unmanned aerial vehicles (UAVs). Currently, federal law prohibits commercial use of UAVs without advance approval, typically through the so-called Section 333 approval process.

02.04.2013

*Are You Recording Your Customers' Calls? Better Listen*
Updates
Federal law and most states only require one party to a phone call to consent to recording it, which means the person recording the call doesn't need anyone else's permission; however, a minority of states, including California, require all parties to a call to provide consent.  While you might think you are safe if you do the recording in a one-party consent state, like Georgia, California's highest court has made clear that California law will apply no matter where you are located if you do business in California and record a call with a California client. *Kearney v. Salomon Smith Barney, Inc.*, 39 Cal. 4th 95 (2006).

01.28.2013

*New HIPAA Omnibus Rule Implementing Provisions of the HITECH Act: An Overview of Changes*
Updates

Final implementing regulations for many provisions of the HITECH Act (Health Insurance Technology for Economic and Clinical Health Act) were issued by the Department of Health and Human Services recently, and will appear in the Federal Register on January 25, 2013. Informally referred to as the Omnibus Rule, the regulations address a number of changes to the HIPAA Privacy Rule, HIPAA Security Rule, HIPAA breach notification rule, HIPAA privacy and security enforcement provisions, Business Associate definition and agreement requirements, and the interaction between HIPAA and the Genetic Information Nondiscrimination Act.

## PRESENTATIONS

01.24.2017
*NTIA: Best Practices for Privacy, Accountability and Transparency Issues Concerning UAS*
Speaking Engagements
Drone Law, The Seminar Group / San Francisco, CA

## AREAS OF FOCUS

### PRACTICES

- Trademark & Copyright Litigation
- Litigation
- Intellectual Property Law
- Privacy & Security Law
- Tech Amicus

### INDUSTRIES

- Communications
- Internet & E-Commerce
- Unmanned Vehicle Systems
- Internet of Things (IoT)

## BAR AND COURT ADMISSIONS

- District of Columbia
- Virginia
- U.S. Court of Appeals for the First Circuit
- U.S. Court of Appeals for the Fourth Circuit
- U.S. Court of Appeals for the Sixth Circuit
- U.S. Court of Appeals for the District of Columbia Circuit
- U.S. District Court for the District of Columbia
- U.S. District Court for the Eastern District of Virginia
- U.S. District Court for the District of Maryland
- U.S. Bankruptcy Court for the District of Columbia
- U.S. Bankruptcy Court for the Eastern District of Virginia
- U.S. Bankruptcy Court for the District of Maryland

## EDUCATION

- William & Mary Law School, J.D., 2004, Notes Editor, *William & Mary Bill of Rights Journal*

- Georgetown University, B.A.S., Government, 1999

## LANGUAGES

- Spanish

---

© 2018 Perkins Coie LLP

PERKINS**COIE**

# Professional Biography



**RYAN SPEAR** | **PARTNER**

SEATTLE
1201 Third Avenue, Suite 4900
Seattle, WA
+1.206.359.3039
RSpear@perkinscoie.com

Ryan Spear counsels some of the world's most innovative companies on cutting-edge privacy and data-security issues, including computer intrusion, biometric data and machine learning. He also helps emerging and established companies protect their computer networks and their online platforms from a wide range of threats, including hacking, infringement and other abuse.

As a litigator, Ryan has extensive experience handling individual and class action cases involving the Electronic Communications Privacy Act (ECPA), the Computer Fraud and Abuse Act (CFAA) and other laws governing privacy and security. He also routinely represents clients in cases involving free speech and online publishing, including cases arising under the Communications Decency Act (CDA) and the First Amendment. He has litigated in federal and state courts throughout the country.

In addition to his litigation practice, Ryan represents clients in complex and high-stakes regulatory actions by the Federal Trade Commission and state regulators.

Ryan also maintains an active political law practice in which he litigates voting-rights cases across the United States. He has helped clients achieve landmark victories in the United States Supreme Court, the Florida Supreme Court and other federal and state courts.

Before joining Perkins Coie, Ryan served as a law clerk to the Honorable Paul L. Friedman of the United States District Court for the District of Columbia. He later joined the Congressional Oversight Panel (COP), a bipartisan organization created by Congress to oversee the U.S. Department of the Treasury's response to the 2008 financial crisis.

Ryan received his law degree from Harvard Law School and served as an editor of the *Harvard Law Review* . Prior to attending law school, Ryan worked in publishing and social services, with a focus on affordable housing and refugee rights. He continues to advocate for immigrants and refugees through his pro bono work, including his work with the non-profit legal services organization Kids in Need of Defense (KIND).

## PROFESSIONAL RECOGNITION

- Listed as a "Washington Rising Star" by *Super Lawyers Magazine* , 2017 - 2018

## RELATED EMPLOYMENT

- Congressional Oversight Panel, Washington, D.C., Legislative Fellow, 2009
- Perkins Coie LLP, Seattle, WA, Summer Associate, 2006
- Counterterrorism Section of the U.S. Department of Justice, Washington, D.C., Clinical Intern, Fall 2005

## CLERKSHIPS

- Hon. Paul Friedman, U.S. District Court for the District of Columbia, 2007 - 2009

## EXPERIENCE

### LITIGATION

**RUDGAYZER V. GOOGLE INC., AMALFITANO V. GOOGLE INC.**
U.S. District Court for the Eastern District of New York
U.S. Court of Appeals for the Second Circuit
U.S. District Court for the Northern District of California
U.S. Court of Appeals for the Ninth Circuit
Represented Google in defense of purported class action challenging previous class-action settlement and alleging claims under the Stored Communications Act in connection with the launch of Google Buzz social networking application. Obtained order transferring case from the U.S. District Court for the Eastern District of New York to the U.S. District Court for the Northern District of California and successfully defended that order before the U.S. Court of Appeals for the Second Circuit. After case was transferred, the district court dismissed plaintiffs' claims with prejudice and the Ninth Circuit affirmed. The Supreme Court recently denied plaintiff's petition for certiorari.

**ARCHER-HAYES V. TOYTALK, INC., ET AL.**
U.S. District Court for the Central District of California
State Superior Court of California
Defended ToyTalk, Inc. (now PullString, Inc.) and Mattel, Inc., in a purported nationwide class action asserting claims for unfair competition, negligence, unjust enrichment, invasion of privacy and violations of the California Invasion of Privacy Act based on allegations that Hello Barbie violated the Children's Online Protection Privacy Act. Following ToyTalk and Mattel's removal of case to federal court and filing of motions to dismiss and to compel arbitration, the case was voluntarily dismissed with prejudice.

**ICF TECHNOLOGY, INC. V. GOOGLE INC.**
U.S. District Court for the Western District of Washington
Successfully represented Google in defense of complaint seeking to force Google to change its Search results. The complaint alleged tortious interference, defamation and violation of the Washington Consumer Protection Act. Obtained denial of motion for temporary restraining order, after which the plaintiff voluntarily dismissed the case.

**FACEBOOK INC. V. BANANA ADS, ET AL.**
U.S. District Court for the Northern District of California
Represented Facebook in a lawsuit against more than 20 defendants who registered and used domain names incorporating Facebook's trademarks or deliberate misspellings of Facebook's trademarks (cybersquatting or typosquatting). Obtained default judgments awarding statutory damages of $2.8 million and requiring transfer of dozens of infringing domain names to Facebook.

**SVENSON V. GOOGLE INC.**
U.S. District Court for the Northern District of California
Represented Google in putative class action asserting violations of the Stored Communications Act, breach of Privacy Policies, and violations of California's Unfair Competition Law. Obtained dismissal of Stored Communications Act claims for failure to state a claim, dismissal of remaining claims on summary judgment based on lack of Article III and statutory standing, and denial of plaintiff's motion for class certification on typicality and adequacy grounds.

### COMMUNICATIONS DECENCY ACT LITIGATION

**LA'TIEJIRA V. FACEBOOK, INC.**
U.S. Court of Appeals for the Fifth Circuit
U.S. District Court for the Southern District of Texas

Represented Facebook in a lawsuit in which the plaintiff alleged various claims based on user-generated content and, in addition, sought a declaration that the Communications Decency Act is unconstitutional. Obtained dismissal of plaintiff's claims, with prejudice, under the Communications Decency Act and the Texas anti-SLAPP statute. Also obtained order awarding attorneys' fees to Facebook.

**CARACCIOLI V. FACEBOOK, INC.**
U.S. Court of Appeals for the Ninth Circuit
U.S. District Court for the Northern District of California
Represented Facebook in a lawsuit alleging breach of contract, unfair competition, and various torts based on user-generated content. Obtained dismissal of plaintiff's claims, with prejudice, under the Communications Decency Act and Facebook's terms of service. On appeal, the Ninth Circuit affirmed the dismissal in its entirety. The Supreme Court recently denied plaintiff's petition for certiorari.

**HOWARD V. FACEBOOK, INC.**
U.S. District Court for the District of Hawaii
Represented Facebook in a lawsuit alleging negligence, libel and intentional infliction of emotional distress based on user-generated content. After the court tentatively granted Facebook's motion to dismiss based on the Communications Decency Act, plaintiff voluntarily dismissed his claims with prejudice.

## FEDERAL TRADE COMMISSION AND STATE ATTORNEYS GENERAL INVESTIGATIONS

**CLOUD COMPUTING PROVIDER**
Federal Trade Commission
Represented cloud computing provider in Federal Trade Commission investigation under Section 5 of the FTC Act regarding security practices for mobile access to cloud computing service. Investigation closed.

**INQUIRY INTO GOOGLE WIFI DATA COLLECTION VIA STREET VIEW**
Federal Trade Commission
Represented Google before regulatory bodies globally, and in litigation, regarding Google's Wi-Fi data collection via Street View. Successfully obtained closing letter from the Federal Trade Commission, completing its investigation.

## POLITICAL LAW

**BETHUNE-HILL V. VA. ST. BD. OF ELECTIONS**
U.S. Supreme Court
U.S. District Court for the Eastern District of Virginia
Represented 12 Virginia voters in constitutional challenge to Virginia House of Delegate redistricting plan arising under the Equal Protection Clause of the Fourteenth Amendment. Perkins Coie secured a significant victory on behalf of Virginia voters on June 26, 2018, when the United States District Court for the Eastern District of Virginia, Richmond Division held that all 11 of the House of Delegates districts that were challenged by Perkins Coie in October 2017 were unconstitutional racial gerrymanders in violation of the Fourteenth Amendment.

**FLORIDA DEMOCRATIC PARTY V. SCOTT**
U.S. District Court for the Northern District of Florida
Represented Florida Democratic Party in a lawsuit alleging claims under the Equal Protection Clause and Voting Rights Act based on Florida's refusal to extend voter-registration deadlines for the 2016 general election in light of Hurricane Matthew. Obtained injunction requiring Florida to extend registration deadlines, allowing more than 100,000 voters to register for the election.

**ROMO V. DETZNER**
Florida Supreme Court
Second Judicial Circuit of Florida, Leon County
In a voter redistricting case in Florida state court, represented voters who challenged the lawfulness of Florida's voting plan for the U.S. House of Representatives under the Florida Constitution. Obtained landmark ruling authorizing depositions and discovery from Florida state lawmakers and prevailed after three-week trial on the merits, resulting in a judgment that the State's plan was infected with partisan political intent in violation of the Florida Constitution.

## NEWS

01.02.2018

*Perkins Coie Announces 2018 Partner Class*
Press Releases
Perkins Coie is pleased to announce that 17 counsel and senior counsel have been promoted to partner.

07.11.2014

*Perkins Coie Wins Significant Victory in Florida Redistricting Case*
Press Releases
In a case with national political implications, Perkins Coie won a significant victory on behalf of Florida voters who challenged the lawfulness of Florida's congressional voting map.

01.13.2014

*Perkins Coie Announces 2014 Counsel Promotions*
Press Releases
Perkins Coie has announced that 39 attorneys have been promoted to the position of Counsel, effective January 1, 2014.

03.2013

*Perkins Coie Helps Boeing Win Dismissal of Securities Class Action*
Press Releases
A Perkins Coie team scored a victory for Boeing in a securities class action over the 787 Dreamliner's first flight.  In a unanimous opinion authored by Judge Richard Posner, the U.S. Court of Appeals for the Seventh Circuit affirmed dismissal of the complaint and remanded to the district court for the limited purpose of determining whether plaintiffs' attorneys, the Robbins Geller law firm, violated Rule 11.


## PUBLICATIONS

08.01.2016

*Commission Holds FTC Unfairness Claim Does Not Require "Probable" or Tangible Injury in LabMD Data Security Case*
Updates
The Federal Trade Commission unanimously (3-0) ruled on July 29, 2016 that LabMD's data security practices were "unfair" under Section 5 of the FTC Act, reversing a decision of its Administrative Law Judge.

08.26.2015

*Third Circuit Affirms FTC Authority to Police Whether Companies Have Reasonable Data Security*
Updates
Since at least 2005, the Federal Trade Commission has asserted that it may regulate lax data security practices as an "unfair" business practice under Section 5 of the FTC Act. The Wyndham hotel chain was the first to challenge this authority in court. In a highly anticipated opinion, the U.S. Court of Appeals for the Third Circuit resoundingly agreed with the FTC that a failure to implement reasonable data security measures may constitute an unfair business practice under Section 5.

04.09.2014

*Federal Court Holds That FTC May Regulate Company Data Security Practices*
Updates
In a closely watched and first-of-its-kind case, the U.S. District Court for the District of New Jersey rejected, for purposes of a motion to dismiss, a defendant company's argument that the Federal Trade Commission (FTC) lacks authority to regulate data security practices under Section 5 of the FTC Act.


## AREAS OF FOCUS

### PRACTICES

- Litigation
- Privacy & Security Law
- Tech Amicus
- Biometric Law

**INDUSTRIES**

- Internet & E-Commerce

**BAR AND COURT ADMISSIONS**

- Washington
- Supreme Court of the United States
- U.S. Court of Appeals for the Ninth Circuit
- U.S. District Court for the Western District of Washington
- U.S. District Court for the Eastern District of Washington

**EDUCATION**

- Harvard Law School, J.D., 2007, Editor, *Harvard Law Review*
- University of Washington, B.A., English, *magna cum laude*, Phi Beta Kappa, 1997

---

© 2018 Perkins Coie LLP

PERKINSCOIE

# Professional Biography



**BRUCE V. SPIVA | PARTNER**

*Member, Firmwide Executive Committee*

WASHINGTON, D.C.
700 13th Street, NW, Suite 600
Washington, DC
+1.202.654.6203
BSpiva@perkinscoie.com

Bruce V. Spiva has tried cases, conducted arbitrations and argued appeals in such areas as congressional redistricting, civil rights, First Amendment law, securities and antitrust. In his representation of businesses and associations, Bruce handles a broad range of commercial litigation and arbitration matters, including antitrust, class actions, contracts, securities, partnership disputes and insurance coverage cases.

In addition to his trial practice, Bruce has written and contributed to briefs to the United States Supreme Court, and has argued appeals in the U.S. Court of Appeals for the District of Columbia Circuit. He has successfully represented both plaintiffs and defendants in nationwide class action lawsuits. He has litigated consumer protection and housing discrimination matters, and brought a case on behalf of a sexual assault survivor that led to the recent overhaul of police and hospital response procedures in D.C.

Bruce has published, spoken and testified on antitrust, voting rights and other issues. He has served as the chair of the board of directors of DC Vote and as co-chair of the D.C. Bar Litigation Section Steering Committee. He testified before the U.S. Congress in favor of the proposed D.C. Voting Rights Act, a bill that would have given residents of D.C. a voting representative in Congress. Bruce currently serves on the advisory boards of the Institute for Consumer Antitrust Studies and the American Antitrust Institute. He also serves on the Board of Directors of the D.C. Bar Foundation.

Prior to joining Perkins Coie, Bruce headed his own law firm and was a partner at another national law firm.

### PROFESSIONAL RECOGNITION

- Honored as Champion of Democracy by D.C. Vote
- Recognized as a Rising Star by *Super Lawyers,* 2018

### PROFESSIONAL LEADERSHIP

- DC Vote, Board, Former Chair
- D.C. Bar Litigation Section Steering Committee, Former Co-Chair
- Institute for Consumer Antitrust Studies, Advisory Board
- American Antitrust Institute, Advisory Board
- D.C. Bar Foundation, Board of Directors

**CLERKSHIPS**

- Hon. Jerome Farris, U.S. Court of Appeals for the Ninth Circuit

**EXPERIENCE**

**COOPER V. HARRIS**
Supreme Court of the United States
U.S. District Court for the Middle District of North Carolina
Secured a victory in the U.S. Supreme Court on May 22, 2017 on behalf of two North Carolina residents seeking invalidation of North Carolina's 1st and 12th Congressional Districts as racial gerrymanders in violation of the Equal Protection Clause of the 14th Amendment. Following trial in October 2015, on February 6, 2016, a three-judge panel of the U.S. District Court for the Middle District of North Carolina found in our team's favor, striking down the congressional plan originally drawn in 2011, enjoining further elections under it, and directing the North Carolina General Assembly to adopt a new map. The three-judge panel then denied the defendants' motion to stay, as did the U.S. Supreme Court. The Supreme Court Opinion, authored by Justice Kagan, upheld the district court's judgment that the North Carolina General Assembly had unlawfully used race to draw congressional districts.

**WISCONSIN VOTING RIGHTS VICTORY**
Secured a significant victory in Wisconsin striking down eight recently-enacted voting restrictions, including those involving strict voter identification requirements and substantial restrictions to early and absentee voting. The judge found a number of the challenged provisions unconstitutional, including the voter ID law as implemented, restrictions on the use of student ID as voter ID, certain restrictions that limited early and absentee voting, and a provision that increased the residency requirement before an otherwise eligible voter may participate in elections in Wisconsin. The court further affirmatively ordered the state to issue valid photo IDs for voters who are trying to obtain them but lack certain credentials (e.g. birth certificates).

**NORTH CAROLINA VOTING RIGHTS CHALLENGE**
Represents a group of North Carolina voters in a federal voting rights litigation in which a three-judge panel of the U.S. Court of Appeals for the Fourth Circuit issued a unanimous ruling that the State's Republican-led General Assembly intentionally discriminated against African Americans when it enacted several new voting restrictions in 2013. The Fourth Circuit reversed the district court's dismissal of all of the plaintiffs' claims in *North Carolina State Conference of the NAACP, et al. v. McCrory, et al.*, finding that North Carolina's elimination of same day registration, out-of-precinct provisional voting, preregistration, reduction of early voting, and enactment of voter-ID law were unconstitutional and in violation of the 14th Amendment and Section 2 of the Voting Rights Act. The decision invalidates the changes to North Carolina's voting mechanisms, meaning that same-day registration, out-of-precinct provisional voting, preregistration, and the lost early voting days will be reinstated. North Carolina's voter ID law is also completely enjoined.

**OHIO GOLDEN WEEK REINSTATEMENT**
Secured a victory for voters in Ohio by obtaining a ruling that the State's elimination of Ohio's Golden Week – a period during which early voting and registration overlapped, such that voters could both register to vote and cast their ballot at the same time – violated Section 2 of the Voting Rights Act and was unconstitutional under the 14th Amendment's Equal Protection Clause.

**VIRGINIA LONG LINES SETTLEMENT**
Successfully represented the Democratic Party of Virginia and two Virginia voters in settlement negotiations with the Virginia State Board of Elections and the Virginia Department of Elections that culminated in a favorable consent decree in which the Board and Department agreed to take critical, significant steps to remedy Virginia's historical problem with long wait times to vote.

**VIRGINIA BALLOT CHALLENGE**
Successfully defended the Virginia Democratic Party against a motion for a preliminary injunction that, if granted, would have halted the printing of ballots for a primary election and required court review of the Party's decision not to certify a candidate for the ballot.

**VIRGINIA NOMINATION PROCESS CHALLENGE**
Successfully defended the Democratic Party of Virginia against a lawsuit that challenged the Party's First Amendment right to choose the means by which it selected its nominee in a special election to fill a vacant seat in the Virginia House

of Delegates.

## NEWS

04.02.2018
*Perkins Coie Names Diverse Partners to Leadership Positions*
Press Releases
Perkins Coie is pleased to announce that it has appointed numerous diverse partners to leadership positions, including women and partners of color.

05.22.2017
*Perkins Coie Wins SCOTUS Ruling in North Carolina Congressional Redistricting Case*
Press Releases
In a third time win for Perkins Coie attorney Marc Elias before the U.S. Supreme Court in redistricting lawsuits, on May 22, 2017, the Court upheld a federal district court decision that struck down North Carolina's 1st and 12th Congressional Districts as racial gerrymanders in violation of the Equal Protection Clause of the 14th Amendment.

12.13.2016
*Bruce Spiva Quoted in The Washington Post - Appeals Court Upholds Virginia's Voter-ID Law*
General News
*The Washington Post*
Bruce Spiva was quoted in *The Washington Post* article, "Appeals Court Upholds Virginia's Voter-ID Law" regarding, regarding a federal appeals court's decision to uphold Virginia's voter-ID law requiring residents to present photo identification to cast ballots.

10.07.2016
*Perkins Coie Partner Bruce Spiva Quoted in BBC News - US Election 2016: Voter ID laws threaten lifelong voters*
*BBC News*
Perkins Coie Partner Bruce Spiva was quoted in a *BBC News* article titled "US Election 2016: Voter ID laws threaten lifelong voters," regarding Wisconsin's new voter ID law which now requires registered voters to show photo ID, such as a driving licence or passport, before they are allowed to cast their ballot.

09.22.2016
*Partner Bruce Spiva Quoted in The Washington Post - The Latest: Attorneys spar over Virginia voter ID law*
General News
*The Washington Post*
Partner Bruce Spiva was quoted in *The Washington Post* article, "The Latest: Attorneys spar over Virginia voter ID law" regarding Virginia's voter ID law argued before the federal appeals court.

09.22.2016
*Partner Bruce Spiva Quoted in The Washington Post - Court that nixed NC voter ID law studies Virginia's*
General News
*The Washington Post*
Partner Bruce Spiva was quoted in *The Washington Post* article, "Court that nixed NC voter ID law studies Virginia's" regarding discrimination caused by the Virginia's voter ID law.

09.22.2016
*Partner Bruce Spiva Interviewed for NBC29 - Richmond Federal Appeals Court Hearing Voter ID Case*
General News
*NBC29*
Partner Bruce Spiva was interviewed for *NBC29* in a segment titled, "Richmond Federal Appeals Court Hearing Voter ID Case," regarding voters showing an official photo ID before voting.

08.29.2016
*Perkins Coie Attorneys Featured in Law360 Article - Wis. Voter ID Law Likely To Stay In Place For Election*
General News
*Law360*
Perkins Coie attorneys Marc Elias, Bruce Spiva, Elisabeth Frost, Rhett Martin, Joshua Kaul, Charles Curtis Jr. and Bobbie Wilson were mentioned in the *Law360* article, "Wis. Voter ID Law Likely To Stay In Place For Election," regarding their representation of One Wisconsin Institute and Citizen Action of Wisconsin Education Fund and the firm's efforts in invalidating a Wisconsin voter ID law.

03.11.2015

*Perkins Coie Welcomes Leading Voting Rights Advocate to Political Law Group*

Press Releases

Perkins Coie is pleased to announce that Bruce V. Spiva has joined the firm's Political Law group as a partner in the Washington, D.C. office. Bruce was most recently head of his own law firm; earlier in his career he was a partner at another national law firm.

## AREAS OF FOCUS

### PRACTICES

- Political Law
- Antitrust & Unfair Competition Litigation
- Business Litigation
- Political Law Litigation
- Appellate Law

## BAR AND COURT ADMISSIONS

- District of Columbia
- Maryland
- California
- Supreme Court of the United States

## EDUCATION

- Harvard Law School, J.D., 1992, Editor and Treasurer, *Harvard Law Review*
- Yale University, B.A., 1988

---

© 2018 Perkins Coie LLP

**PERKINS**COIE

# Professional Biography



**WILLIAM (BEN) STAFFORD** | **PARTNER**

SEATTLE
1201 Third Avenue, Suite 4900
Seattle, WA
+1.206.359.6217
BStafford@perkinscoie.com

Ben Stafford is a partner in the firm's Labor & Employment practice who focuses his practice on employment litigation and counseling.

Ben has extensive experience defending complex wage-and-hour class action cases for clients including The Boeing Company, Comcast, OfficeMax, and Les Schwab. Ben's experience extends to all aspects of such cases, including managing electronic discovery, defeating class certification, taking a case to trial, and appellate practice.

Ben's other areas of experience include proactive defense of individual discrimination, harassment, retaliation, and wage and hour claims arising from federal and state laws such as the Civil Rights Act, the Fair Labor Standards Act, the Americans with Disabilities Act, and the Washington Law Against Discrimination. Representative clients include The Boeing Company and Microsoft.

## PROFESSIONAL RECOGNITION

- Listed in *Super Lawyers Magazine* , "Washington Rising Star," 2013 - Present

## PROFESSIONAL LEADERSHIP

- Franklin High School Mock Trial Team, Coach
- Municipal League of King County, Board Member

## RELATED EMPLOYMENT

- U.S. District Court for the Western District of Washington, Hon. Thomas S. Zilly, Externship, 2007
- Perkins Coie LLP, Seattle, WA, Summer Associate, 2006
- Washington State Office of the Attorney General, Seattle, WA, Law Clerk, 2005 - 2006

## EXPERIENCE

**EMPLOYMENT CLASS ACTIONS**

**SOTELO, ET AL. V. MEDIANEWS GROUP INC., ET AL.**
Defense of wage-and-hour lawsuit involving over two dozen newspapers and alleged class of 5,000+ independent contractor delivery service providers. Class certification denied.

**GINSBURG, ET AL. V. COMCAST**
Defense of putative wage and hour class action involving alleged class of call center employees. Class certification denied.

**LUCKE, ET AL. V. COMCAST**
Defense of putative wage and hour class action involving alleged class of service technician employees. No motion for class certification filed.

**MINTER V. OFFICEMAX**
Defense of putative wage and hour class action and Private Attorneys General Act (PAGA) case filed in federal court in California related to meals and rest periods. PAGA claim dismissed on summary judgment. Class certification denied.

**EEOC V. LES SCHWAB TIRE CENTERS INC. AND STRANGE & MORRIS V. LES SCHWAB TIRE CENTERS INC.**
Defense of consolidated EEOC pattern and practice claims and private putative class action discrimination claims brought against Les Schwab Tire Centers.

**ADOLF V. LES SCHWAB TIRE CENTERS, INC.**
A wage and hour case filed in state court in California related to meals and rest periods. PAGA claim dismissed on summary judgment. Class certification denied.

**GERARD V. LES SCHWAB TIRE CENTERS, INC.**
Defense of putative class claims alleging violations of California state wage and hour laws.

**ROGERS V. LES SCHWAB TIRE CENTERS, INC.**
A wage and hour case involving alleged classification of assistant managers filed in state court in California.


**POLITICAL LAW**

**COOPER V. HARRIS**
Supreme Court of the United States
U.S. District Court for the Middle District of North Carolina
Secured a victory in the U.S. Supreme Court on May 22, 2017 on behalf of two North Carolina residents seeking invalidation of North Carolina's 1st and 12th Congressional Districts as racial gerrymanders in violation of the Equal Protection Clause of the 14th Amendment. Following trial in October 2015, on February 6, 2016, a three-judge panel of the U.S. District Court for the Middle District of North Carolina found in our team's favor, striking down the congressional plan originally drawn in 2011, enjoining further elections under it, and directing the North Carolina General Assembly to adopt a new map. The three-judge panel then denied the defendants' motion to stay, as did the U.S. Supreme Court. The Supreme Court Opinion, authored by Justice Kagan, upheld the district court's judgment that the North Carolina General Assembly had unlawfully used race to draw congressional districts.

**U.S. SUPREME COURT RACIAL GERRYMANDERING VICTORY**
Secured a unanimous victory in the U.S. Supreme Court, cementing a win for several Virginia voters previously obtained from a three-judge panel of the U.S. District Court of Virginia, which found Virginia's 3rd Congressional District to be an unconstitutional racial gerrymander. In a vote of 8-0, the Court dismissed the appeal, brought by Virginia's Republican Congressional delegation, who had intervened as defendants in the action, based on argument that the delegation lacked standing to maintain the appeal.

**IN RE CONTEST OF GENERAL ELECTION HELD ON NOV. 4, 2008**
Obtained a unanimous decision affirming that Al Franken had received the highest number of votes legally cast in the 2008 general election for United States Senator and therefore was entitled to receive the certificate of election. Perkins Coie also represented Franken during the election, a six-week recount involving nearly three million ballots—the largest in American history, a seven-week trial, and multiple appearances before the Minnesota Supreme Court. 767 N.W.2d 453 (Minn. 2009).

**DOE #1, ET AL. V. REED, ET AL.**

Represented respondent Washington Families Standing Together in opposing First Amendment challenge to disclosure, under state's Public Records Act, of petitions for initiatives and referenda filed with the state as part of direct democratic processes. In an 8-1 decision, the Justices agreed with respondent Washington Families Standing Together that the disclosure of referendum petitions does not facially violate the First Amendment.; 130 U.S. 2811 (2010); Also represented Washington Families Standing Together in its effort to support Washington's domestic partnership law in earlier stages of this litigation and related lawsuits.

**IN RE PARNELL RECALL PETITION**
Represented public hospital district in attempt to recall elected commissioner. Defeated recall petition at sufficiency hearing. (2011)

**LEGISLATIVE DISTRICT 25 2010 RECOUNT**
Represented candidate in recount.

**IN RE CONLIN RECALL PETITION**
Assisted in defense of attempt to recall City Council President. Defeated recall petition at sufficiency hearing. (2011)

**HIPPERT, ET AL. V. RITCHIE, ET AL.**
Represented Democratic voters in state redistricting proceeding. 813 NW 2d 374 (Minn. 2012)

**ANDERSON V. WASHINGTON DEPARTMENT OF CORRECTIONS***
Prepared supplemental briefing and argued before Washington State Supreme Court a case involving Rule 9 representation of inmates challenging Department of Corrections statutory authority. 159 Wn.2d 849


## SINGLE PLAINTIFF LITIGATION

**MICROSOFT V. MISZEWSKI**
Successful enforcement of non-competition agreement against departing employee; injunction issued.

**SEARS V. BOEING**
Successful defense of gender discrimination and harassment claims. Summary judgment granted dismissing all claims.

**WILEY V. MICROSOFT**
Successful defense of gender discrimination and employment "handbook" claim. Summary judgment granted dismissing all claims.


## NEWS

05.22.2017
*Perkins Coie Wins SCOTUS Ruling in North Carolina Congressional Redistricting Case*
Press Releases
In a third time win for Perkins Coie attorney Marc Elias before the U.S. Supreme Court in redistricting lawsuits, on May 22, 2017, the Court upheld a federal district court decision that struck down North Carolina's 1st and 12th Congressional Districts as racial gerrymanders in violation of the Equal Protection Clause of the 14th Amendment.

05.23.2016
*U.S. Supreme Court Decides 8-0 With Perkins Coie in Virginia Voting Rights Case*
General News
Perkins Coie secured a unanimous victory in the U.S. Supreme Court, cementing a win for several Virginia voters previously obtained from a three-judge panel of the U.S. District Court of Virginia, which found Virginia's 3rd Congressional District to be an unconstitutional racial gerrymander.

01.04.2016
*Perkins Coie Announces 2016 Partner Class*
Press Releases
Perkins Coie announced that 22 counsel and senior counsel have been promoted to partner.

02.18.2015
*Perkins Coie Successfully Secures Restructuring of District Voting System in Yakima, WA for Stronger Latino Voice in Elections*

Press Releases
Perkins Coie attorneys Kevin Hamilton, Abha Khanna and Ben Stafford, working on a pro bono basis with the ACLU, successfully brought about a court order requiring Yakima, Washington to implement a plan for seven single-member districts for City Council elections.

01.13.2014
*Perkins Coie Announces 2014 Counsel Promotions*
Press Releases
Perkins Coie has announced that 39 attorneys have been promoted to the position of Counsel, effective January 1, 2014.


# PUBLICATIONS

11.04.2016
*$18 Million Fine Levied for Campaign Finance Violation in Washington State*
Updates
On November 3, 2016, a Thurston County Superior Court judge levied an $18 million penalty against a trade association for violations of Washington campaign finance laws.

05.19.2016
*Defend Trade Secrets Act Contains New Immunity Notification Requirements for Employers*
Updates
The new Defend Trade Secrets Act (DTSA), signed into law by President Obama on May 11, 2016, creates a new private civil cause of action in federal court for trade secret misappropriation.

05.18.2016
*New DOL Overtime Rules: Compliance and Litigation Prevention Tips*
Updates
On May 18, 2016, the U.S. Department of Labor (DOL) announced the publication of a new final rule that substantially revises existing overtime regulations to narrow the scope of overtime "exemptions," requiring the reclassification of a large number of employees.

07.01.2015
*DOL's Proposed Extension of Overtime Pay Will Have Vast Impact*
Updates
President Barack Obama issued a memorandum in March 2014 that directed U.S. Secretary of Labor Thomas Perez to "modernize and streamline" the regulations on exemptions from the Fair Labor Standards Act's (FLSA) minimum wage and overtime pay requirements.  On June 30, 2015, the Department of Labor (DOL) issued a Notice of Proposed Rulemaking (NPRM) that would substantially narrow the scope of these exemptions, requiring the reclassification of a large number of employees.

04.18.2013
*Supreme Court Rules FLSA Collective Action Is Moot When the Individual Plaintiff's Claims Are Resolved Before Certification*
Updates
On April 16, 2013, the U.S. Supreme Court concluded, in a 5-4 decision, that when the individual plaintiff in a "collective action" under the Fair Labor Standards Act (FLSA) resolves her own claims before certification, the case is moot and must be dismissed.  *Genesis Healthcare Corp v. Symczyk*, No. 11-1059 (U.S. 2013).

04.12.2012
*California Supreme Court Issues Decision on Meal and Rest Breaks*
Updates
The California Supreme Court has issued its much anticipated decision on meal and rest breaks, *Brinker Restaurant Corp. v. Superior Court*.

Winter 2011 - 2012
*Temporary Restraining Orders*
Articles
Litigation News


# PRESENTATIONS

06.20.2018

*2018 Labor & Employment Law Workshop*

Seminars

In-house CLE / Bellevue, WA

Our workshop will cover a variety of critical employment law issues.


06.13.2017

*2017 Labor & Employment Law Workshop*

Seminars

Our annual employment law workshop covered multiple topics.


06.25.2015

*2015 Employment Law Workshop*

Seminars

Topics discussed include recent NLRB rulings, guidelines for employee handbooks, wage and hour and leave and accommodation issues and a general update on the latest employment law developments.


11.05.2016, 11.06.2014

*Fall 2014 Labor & Employment Law Breakfast Seminars*

Seminars

Topics include news on the Affordable Care Act, new EEOC guidance, Seattle's minimum wage law, how the Supreme Court's ruling on the President's NLRB appointments impacts employers, the enforceability of arbitration agreements barring class actions, independent contractors and employer liability, and a general update on the latest employment law developments.


## AREAS OF FOCUS

### PRACTICES

- Labor & Employment Law
- E-Discovery Services & Strategy
- Political Law
- Class Action Defense
- Noncompetition Litigation
- Workplace Harassment

### INDUSTRIES

- Professional Sports


## BAR AND COURT ADMISSIONS

- Washington


## EDUCATION

- University of Washington School of Law, J.D., High honors, Order of the Coif, 2007, Executive Notes & Comments Editor, *Washington Law Review*
- Willamette University, B.A., Politics, *magna cum laude*, Phi Beta Kappa, 2003