IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> VIRGINIA STATE BOARD OF ) <br> ELECTIONS, et al., ) <br> ) <br> Defendants, ) <br> and ) <br> ) <br> WILLIAM J. HOWELL, SPEAKER OF ) <br> THE HOUSE OF DELEGATES, and THE ) <br> HOUSE OF DELEGATES, ) <br> ) <br> Intervenor-Defendants. ) | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |

## **MOTION TO WITHDRAW**

In accordance with Local Rule 83.1(G), Senior Appellate Counsel Trevor S. Cox respectfully moves the Court to permit him to withdraw as one of the counsel of record for the defendants, the Virginia State Board of Elections; James B. Alcorn, in his capacity as Chairman of the Virginia State Board of Elections; Clara Belle Wheeler, in her capacity as Vice-Chair of the Virginia State Board of Elections; Singleton B. McAllister, in her capacity as Secretary of the Virginia State Board of Elections; Virginia Department of Elections; and Edgardo Cortés, in his capacity as Commissioner of the Virginia Department of Elections. Mr. Cox is departing State service effective July 13, 2018 and returning to private practice. Defendants will continue to be represented by Matthew R. McGuire, Deputy Solicitor General, who noted his appearance as counsel on March 3, 2017 (ECF No. 123). Notice of this Motion has been provided to Defendants.

A proposed order is attached.

Respectfully submitted,

/s/
Trevor S. Cox
Senior Appellate Counsel
(VSB #78396)
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-7704 – Telephone
(804) 371-0200 – Facsimile
tcox@oag.state.va.us

*Counsel for Defendants*

Mark R. Herring
Attorney General of Virginia

Matthew R. McGuire, VSB #84194
Deputy Solicitor General
E-mail: mmcguire@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy to counsel of record.

/s/
Trevor S. Cox