IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| VIRGINIA STATE BOARD OF ELECTIONS, et al., | ) No. 3:14-cv-00852-REP-AWA-BMK |
| Defendants, | ) |
| And | ) |
| WILLIAM J. HOWELL, SPEAKER OF THE HOUSE OF DELEGATES, and THE HOUSE OF DELEGATES, | ) |
| Intervenor-Defendants. | ) |

**ORDER**

THIS MATTER CAME BEFORE THE COURT on the motion of Trevor S. Cox to withdraw as one of the counsel of record for defendants, and, for good cause shown, it is hereby

ORDERED that the motion to withdraw is GRANTED.

Date: _____        _____
                              Judge Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia