IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| VIRGINIA STATE BOARD OF ) | Civil Action No. 3:14-cv-00852-REP-AWA- |
| ELECTIONS, et al., ) | BMK |
| ) | |
| Defendants, ) | |
| and ) | |
| ) | |
| WILLIAM J. HOWELL, SPEAKER OF ) | |
| THE HOUSE OF DELEGATES, and THE ) | |
| HOUSE OF DELEGATES, ) | |
| ) | |
| Intervenor-Defendants. ) | |

**Consent Motion for Extension of Time to Reply to
Plaintiffs' Motion for Attorneys' Fees and Litigation Expenses**

Defendants, by counsel, respectfully request that this Court grant an extension of time to reply to Plaintiffs' Motion for Attorneys' Fees and Litigation Expenses. Defendants' counsel has consulted with counsel for Plaintiffs and for Intervenor-Defendants, and they consent to Defendants' request for an extension of time.

On July 10, 2018, Plaintiffs filed their Motion for Attorneys' Fees and Litigation Expenses, Dkt. Nos. 240-41. Plaintiffs seek $3,302,915.25 in attorneys' fees and $558,389.96 in litigation expenses, for a total award of more than $3.8 million. In support of their request, Plaintiffs have submitted approximately 295 pages of billing records and invoices. Given the total amount of fees and costs sought, Defendants need additional time to evaluate the merits of Plaintiffs' motion and review the accompanying billing records and invoices. Defendants ask

1

that their response be due on or before August 9, 2018, which is 30 days from the filing of Plaintiffs' motion.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that their response to Plaintiffs' Motion for Attorneys' Fees and Litigation Expenses be due on or before August 9, 2018.

Respectfully submitted,

By:     /s/
Matthew R. McGuire, VSB # 84194
Deputy Solicitor General
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-7773 – Telephone
(804) 371-0200 – Facsimile
mmcguire@oag.state.va.us

Mark R. Herring
Attorney General of Virginia

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2018, a true and accurate copy of this paper was filed electronically with the Court's CM/ECF system, which will then send a notification of such filing to the counsel of record in this case

By:   /s/
      Matthew R. McGuire