IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| VIRGINIA STATE BOARD OF ELECTIONS, et al., | ) Civil Action No. 3:14-cv-00852-REP-AWA-BMK |
| Defendants, | ) |
| and | ) |
| WILLIAM J. HOWELL, SPEAKER OF THE HOUSE OF DELEGATES, and THE HOUSE OF DELEGATES, | ) |
| Intervenor-Defendants. | ) |

**AGREED ORDER TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION FOR ATTORNEYS FEES AND LITIGATION COSTS**

Upon consideration of Defendants' Consent Motion for Extension of Time to Respond to Plaintiffs' Motion for Attorneys' Fees and Litigation Costs, Defendants' Motion is GRANTED and Defendants shall file a response to Plaintiffs' Motion for Attorneys' Fees and Litigation Costs on or before August 9, 2018.

_____
United States District Judge
Richmond, Virginia

Date: July _____, 2018