IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.    Civil Action No. 3:14-cv-852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

**ORDER**

Having considered the CONSENT MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES (ECF No. 243), and the parties having agreed to the extension sought, it is hereby ORDERED that the CONSENT MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES (ECF No. 243) is granted. Defendants' response to PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES (ECF No. 240) shall be filed no later than August 9, 2018.

    It is so ORDERED.

                                /s/    *REP*
                            Robert E. Payne
                            Senior United States District Judge
                            For the Court

Richmond, Virginia
Date: July 13, 2018