IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL, et al., )
)
    Plaintiffs, )
)
v. )
)
VIRGINIA STATE BOARD OF ) No. 3:14-cv-00852-REP-AWA-BMK
ELECTIONS, et al., )
)
    Defendants, )
)
And )
)
WILLIAM J. HOWELL, SPEAKER OF )
THE HOUSE OF DELEGATES, and )
THE HOUSE OF DELEGATES, )
)
    Intervenor-Defendants. )

## ORDER

THIS MATTER CAME BEFORE THE COURT on the motion of Trevor S. Cox to withdraw as one of the counsel of record for defendants, and, for good cause shown, it is hereby

ORDERED that the motion to withdraw is GRANTED.

Date: July 13, 2018

                                              /s/ REP
                                         Judge Robert E. Payne
                                         Senior United States District Judge
                                         For the Court

Richmond, Virginia