AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Golden Bethune-Hill, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:14-cv-00852-REP-GBL-BMK |
| Virginia State Board of Elections, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Defendants Listed on Attachment A .

Date: 07/23/2018

/s/ Toby J. Heytens
*Attorney's signature*

Toby J. Heytens, VSB No. 90788
*Printed name and bar number*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
*Address*

theytens@oag.state.va.us
*E-mail address*

(804) 786-7240
*Telephone number*

(804) 371-0200
*FAX number*

1

## Attachment A

Notice of Appearance of Counsel for Defendants:

    Virginia State Board of Elections;

    James B. Alcorn, in his capacity as Chairman of the Virginia State Board of Elections;

    Clara Belle Wheeler, in her capacity as Vice-Chair of the Virginia State Board of Elections;

    Singleton B. McAllister, in her capacity as Secretary of the Virginia State Board of Elections;

    Virginia Department of Elections; and,

    Edgardo Cortes, in his capacity as Commissioner of the Virginia Department of Elections.

## CERTIFICATE OF SERVICE

I certify that on July 23, 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which sent a notification of such filing (NEF) to the counsel of record for the parties.

/s/
Toby J. Heytens