IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                                                   Civil Action No. 3:14cv852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

**ORDER**

It appearing that Defendant-Intervenor William J. Howell is no longer the Speaker of the House of Delegates, that Defendant-Intervenors' NOTICE OF APPEAL TO THE SUPREME COURT OF THE UNITED STATES (ECF No. 236) was filed on behalf of the present Speaker of the House of Delegates, M. Kirkland Cox, who has not been made a party to this case, and that Defendant-Intervenors' subsequent motions and papers inconsistently have been filed on behalf of M. Kirkland Cox and William J. Howell, see DEFENDANT-INTERVENORS' MOTION TO STAY INJUNCTION PENDING APPEAL UNDER 28 U.S.C. § 1253 (ECF No. 237); REPLY BRIEF IN SUPPORT OF MOTION FOR STAY (ECF No. 249), Defendant-Intervenors are hereby advised that appropriate steps must

be taken forthwith to ensure that the proper persons, and only such persons, are designated as parties to this action.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge
For the Court

Richmond, Virginia
Date: August 7, 2018