IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| Golden Bethune-Hill, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Virginia State Board of Elections, *et al.*<br><br>　　　　Defendants. | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |

## Notice of Substitution Under Rule 25(d)

Please take notice that, under Federal Rule of Civil Procedure 25(d), M. Kirkland Cox has been substituted for William J. Howell as a Defendant-Intervenor in this matter. Speaker Howell participated in this matter in his capacity as Speaker of the Virginia House of Delegates, and Speaker Cox assumed that office in January 2018. By operation of Rule 25(d), Speaker Cox was "automatically substituted as a party." Fed. R. Civ. P. 25(d); *Kentucky v. Graham*, 473 U.S. 159, 166 n.11 (1985) ("replacement of the named official will result in automatic substitution of the official's successor in office"). Accordingly, Speaker Cox is a Defendant-Intervenor, and Speaker Howell is no longer a party in any capacity.

Counsel for Defendant-Intervenors apologize for inaccurate references to Speaker Howell in post-January 2018 briefing. They respectfully observe, however, that "any misnomer not affecting the parties' substantial rights must be disregarded." Fed. R. Civ. P. 25(d).

2

| | |
|---|---|
| Dated: August 8, 2018 | Respectfully Submitted,<br><br>/s/ Katherine L. McKnight<br>Katherine L. McKnight (VSB No. 81482)<br>Richard B. Raile (VSB No. 84340)<br>E. Mark Braden (*pro hac vice*)<br>BAKER & HOSTETLER LLP<br>1050 Connecticut Ave NW, Suite 1100<br>Washington, DC 20036<br>Tel: (202) 861-1500<br>Fax: (202) 861-1783<br>kmcknight@bakerlaw.com<br>rraile@bakerlaw.com<br>mbraden@bakerlaw.com<br><br>*Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker M. Kirkland Cox* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2018, a copy of the foregoing was filed and served on all counsel of record pursuant to the Court's electronic filing procedures using the Court's CM/ECF system.

/s/ Katherine L. McKnight
Katherine L. McKnight (VSB No. 81482)
Richard B. Raile (VSB No. 84340)
E. Mark Braden (*pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
kmcknight@bakerlaw.com
rraile@bakerlaw.com
mbraden@bakerlaw.com