IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                                              Civil Action No. 3:14cv852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

### ORDER

A Notice of Appeal to the Supreme Court of the United States (ECF No. 236) has been filed and there is pending Defendant-Intervenors' Motion to Stay Injunction Pending Appeal Under 28 U.S.C. § 1253 (ECF No. 237). In the Defendants' Opposition to Intervenor-Defendants' Motion to Stay Injunction Pending Appeal Under 28 U.S.C. § 1253 (ECF No. 246) ("Defendants' Opp."), it is represented that the Intervenor-Defendants do not intend to take the opportunity to redistrict afforded in paragraph 3 of the ORDER (ECF No. 235), (Defendants' Opp. p. 5 text and fn. 3) and, in their Reply Brief in Support of Motion for Stay (ECF No. 249), the Intervenor-Defendants have neither refuted, nor even responded to, that assertion.

Under the current state of the record, and in the interest of justice and judicial economy, and in order that the Court can

assess the Defendant-Intervenors' Motion to Stay Injunction Pending Appeal Under 28 U.S.C. § 1253 (ECF No. 237) with knowledge of whether there will be redistricting activity as envisioned by the ORDER (ECF No. 235), it is hereby ORDERED that, by August 24, 2018, the Intervenor-Defendants shall file a Statement of Position advising the Court whether the redistricting opportunity afforded in paragraph 3 of the ORDER (ECF No. 235) will, or will not, be pursued.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge
For the Court

Richmond, Virginia
Date: August 8, 2018