Civil Action No. 3:14-cv-00852-REP-AWA-BMK
(Bethune-Hill v. Virginia State Board of Elections)
Reply - Appendix A

| Timekeeper Name | Date | Hours | Rate (Billed) | Subtotal (Billed) | Rate (Richmond) | Subtotal (at Richmond Rate) | Description of Work |
|---|---|---|---|---|---|---|---|
| Stafford, William B. | 6/27/2018 | 1.30 | 675.00 | 877.50 | 545.00 | 708.50 | Draft email regarding agenda for discussion on next steps in light of memorandum opinion (.3); conference with A. Branch regarding staffing on fee petition (.3); outline list of necessary tasks and gather information for preparation of fee petition (.7); |
| Stafford, William B. | 6/28/2018 | 3.80 | 675.00 | 2,565.00 | 545.00 | 2,071.00 | Prepare fee petition by reviewing time entries and exercising billing judgment; |
| Stafford, William B. | 6/29/2018 | 2.40 | 675.00 | 1,620.00 | 545.00 | 1,308.00 | Prepare fee petition by reviewing time entries and exercising billing judgment; |
| Stafford, William B. | 6/30/2018 | 1.50 | 675.00 | 1,012.50 | 545.00 | 817.50 | Prepare fee petition by reviewing time entries and exercising billing judgment; |
| Branch, Aria C. | 7/2/2018 | 1.20 | 720.00 | 864.00 | 430.00 | 516.00 | Legal research regarding fee petition (1.0); circulate email regarding same to litigation team (.2); |
| Hamilton, Kevin J. | 7/2/2018 | 1.50 | 795.00 | 1,192.50 | 725.00 | 1,087.50 | Conference with team regarding fee application, deadlines and motion (.9); conference with B. Stafford regarding fee application (.3); conference with team regarding same (.3); |
| Branch, Aria C. | 7/4/2018 | 1.20 | 720.00 | 864.00 | 430.00 | 516.00 | Work on cost bill by identifying categorizes of recoverable costs and coordinating identification and organization of supporting records; |
| Stafford, William B. | 7/4/2018 | 2.00 | 675.00 | 1,350.00 | 545.00 | 1,090.00 | Prepare fee petition by reviewing time entries and exercising billing judgment; |
| Depass, Michelle | 7/5/2018 | 3.40 | 310.00 | 1,054.00 | 235.00 | 799.00 | Assist with bill of costs by identifying and organizing categories and records of expenses; |
| Hamilton, Kevin J. | 7/5/2018 | 1.00 | 795.00 | 795.00 | 725.00 | 725.00 | Follow up regarding attorneys' fee motion and supporting papers; |
| Stafford, William B. | 7/5/2018 | 3.10 | 675.00 | 2,092.50 | 545.00 | 1,689.50 | Revise fee petition memorandum and, in course of doing same, prepare supporting declaration; |
| Branch, Aria C. | 7/6/2018 | 3.30 | 720.00 | 2,376.00 | 430.00 | 1,419.00 | Review expenses for cost bill and motion for attorneys fees; |
| Depass, Michelle | 7/6/2018 | 3.50 | 310.00 | 1,085.00 | 235.00 | 822.50 | Assist with bill of costs by identifying and organizing categories and records of expenses; |
| Branch, Aria C. | 7/8/2018 | 0.80 | 720.00 | 576.00 | 430.00 | 344.00 | Finalize and circulate draft cost bill; |
| Stafford, William B. | 7/9/2018 | 1.20 | 675.00 | 810.00 | 545.00 | 654.00 | Review preliminary draft of cost bill and related information regarding categories of expenses and exercise billing discretion with regard to same; |
| Branch, Aria C. | 7/10/2018 | 1.00 | 720.00 | 720.00 | 430.00 | 430.00 | Draft attorney fee and expense petition; |
| Depass, Michelle | 7/10/2018 | 10.10 | 310.00 | 3,131.00 | 235.00 | 2,373.50 | Assist with preparation and file motion for attorney fees; |
| Hamilton, Kevin J. | 7/10/2018 | 0.70 | 795.00 | 556.50 | 725.00 | 507.50 | Review and revise draft Hamilton Declaration in support of Fee Petition; |
| Stafford, William B. | 7/10/2018 | 4.20 | 675.00 | 2,835.00 | 545.00 | 2,289.00 | Finalize fee petition and related papers; |
| Hamilton, Kevin J. | 7/11/2018 | 1.00 | 795.00 | 795.00 | 725.00 | 725.00 | Review and revise draft fee petition; conference with B. Stafford regarding same; |
| Stafford, William B. | 7/30/2018 | 0.70 | 675.00 | 472.50 | 545.00 | 381.50 | Conference with State Defendants' counsel regarding requested extension to respond to fee application and exchange correspondence with team regarding same; |
|  |  | 48.90 |  | 27,644.00 |  | 21,274.00 |  |