# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>VIRGINIA STATE BOARD OF ELECTIONS, *et al.*,<br><br>   Defendants.<br><br>VIRGINIA HOUSE OF DELEGATES, *et al.*,<br><br>   Intervenor-Defendants. | Civil Action No. 3:14-cv-00852-REP-GBL-BMK |

## SECOND DECLARATION OF KEVIN J. HAMILTON

I, Kevin J. Hamilton, state that I have personal knowledge of the matters set forth in this declaration and, if sworn as a witness, would testify as follows:

1. I am an attorney practicing at the firm of Perkins Coie LLP and served as a lead counsel for the plaintiffs in this matter. I hereby submit this second declaration in support of Plaintiffs' Motion for Attorneys' Fees and Litigation Expenses.

2. In conjunction with their reply in support of their Motion for Attorneys' Fees and Litigation Expenses, Plaintiffs seek recovery for work performed between June 1, 2018, through July 31, 2018, related to preparation of Plaintiffs' fee petition and cost bill. I have exercised billing judgment to write off 44.4 hours of work on related tasks.

3. The following table identifies the attorneys and staff members from Perkins Coie as to whom Plaintiffs seek recovery for time incurred preparing Plaintiffs' fee petition and cost bill. All timekeepers charged the usual rates charged by each individual for cases of similar complexity, which are consistent with the prevailing market rates for individuals with their skills and levels of experience. For each of the timekeepers below, and as explained in my first declaration (Dkt. #241-3 ¶¶ 11, 16), I have stated the "Richmond" hourly rate, the number of hours worked, and the total amount of the fee:

| TIMEKEEPER | RATE | TOTAL HOURS | TOTAL |
| --- | --- | --- | --- |
| Aria Branch | $430 | 7.50 | $3,225.00 |
| Michelle DePass | $235 | 17.00 | $3,995.00 |
| Kevin Hamilton | $725 | 4.20 | $3,045 |
| William Stafford | $545 | 20.20 | $11,009.00 |
| **Total** | | **48.90** | **$21,274.00** |

4. Michelle DePass is a paralegal based in Perkins Coie's Washington D.C. office, who assisted in the preparation of Plaintiffs' fee petition and cost bill. Plaintiffs seek recovery for Ms. DePass's time at a rate consistent with that requested for paralegal Patricia Marino, as set out in my first declaration (Dkt. #241-3 ¶ 16). With respect to work performed in 2018 by Aria Branch and William Stafford, Plaintiffs seek an upward adjustment to reflect increases in Plaintiffs' counsels' rates in 2018.

5. All attorneys involved in this matter on behalf of Plaintiffs recorded their time contemporaneously. All attorneys are instructed that they are legally and ethically obligated to accurately record their time. To the best of my knowledge, Perkins Coie billing records

- 3 -

accurately reflect the time that the firm's attorneys and other timekeepers devoted to this matter. I have reviewed those records and they are consistent with my recollection of the work performed by each timekeeper. Plaintiffs have submitted detailed time entries as Appendix A to Plaintiffs' reply, which were compiled from contemporaneously created time records maintained by Plaintiffs' counsel, isolating the total number of hours for which Plaintiffs seek fees for each timekeeper between June 1, 2018 and July 31, 2018, and reflecting both the actual rates charged and, as described above, the local "Richmond" rate for each timekeeper.

6. I further certify that the work performed, and expenses and costs incurred, was reasonably necessary to the preparation and presentation of the fee petition and supporting materials.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed this 15th day of August, 2018 in Seattle, Washington.

_____
Kevin J. Hamilton

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy to counsel of record.

                                                      /s/ *Aria Branch*
                                                     ARIA BRANCH