IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| VIRGINIA STATE BOARD OF ELECTIONS, et al., | ) Civil Action No. 3:14-cv-00852-REP-AWA-BMK |
| Defendants, | ) |
| and | ) |
| M. KIRKLAND COX, SPEAKER OF THE HOUSE OF DELEGATES, and THE HOUSE OF DELEGATES, | ) |
| Intervenor-Defendants. | ) |

**MOTION TO MODIFY THIS COURT'S JUNE 26, 2018 ORDER
AND PROCEED IMMEDIATELY WITH REMEDIAL PHASE**

The Attorney General, on behalf of the Defendants, respectfully moves that this Court modify paragraph 3 of its June 26, 2018 order and proceed promptly with the remedial phase of creating a new redistricting plan that eliminates the constitutional infirmities identified in this Court's June 26, 2018 decision in time for the 2019 election cycle. The reasons for this motion are more explained in the attached memorandum of law in support of this motion.

Respectfully submitted,

By:     /s/
Toby J. Heytens, VSB # 90788
Solicitor General
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-7773 – Telephone
(804) 371-0200 – Facsimile
SolicitorGeneral@oag.state.va.us

1

Mark R. Herring  
Attorney General

Matthew R. McGuire, VSB # 84194  
Principal Deputy Solicitor General

Stephen A. Cobb  
Deputy Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2018, a true and accurate copy of this paper was filed electronically with the Court's CM/ECF system, which will then send a notification of such filing to the counsel of record in this case

                By:  /s/
                      Toby J. Heytens