IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                    Civil Action No. 3:14cv852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

## ORDER

Having reviewed the Defendants' MOTION TO MODIFY THIS COURT'S JUNE 26, 2018 ORDER AND PROCEED IMMEDIATELY WITH REMEDIAL PHASE (ECF No. 257), and finding it in the interest of justice so to do, it is hereby ORDERED that:

(1) Plaintiffs and Intervenor-Defendants shall file responses to the MOTION TO MODIFY THIS COURT'S JUNE 26, 2018 ORDER AND PROCEED IMMEDIATELY WITH REMEDIAL PHASE (ECF No. 257) by September 18, 2018; and

(2) Defendants shall file a reply by September 21, 2018; and

(3) In their response, the Intervenor-Defendants shall set forth in detail the measures taken (including dates), and to be taken, (including projected dates) to pursue the redistricting opportunity afforded in the ORDER (ECF No. 235) as was

represented to be the Intervenor-Defendants' intention in the Defendant-Intervenors' Statement of Position In Response to Court Order ECF No. 252 (ECF No. 255).

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge
For the Court

Richmond, Virginia
Date: September 11, 2018