IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                           Civil Action No. 3:14-cv-852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

**ORDER**

Having considered the MOTION TO MODIFY THIS COURT'S JUNE 26, 2018 ORDER AND PROCEED IMMEDIATELY WITH REMEDIAL PHASE (ECF No. 257) and the supporting briefs, MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO MODIFY THIS COURT'S JUNE 26, 2018 ORDER AND PROCEED IMMEDIATELY WITH REMEDIAL PHASE (ECF No. 258), DEFENDANT-INTERVENOR'S RESPONSE IN OPPOSITION TO MOTION TO MODIFY THIS COURT'S JUNE 26, 2018 ORDER (ECF No. 260), PLAINTIFF'S RESPONSE TO MOTION TO MODIFY THIS COURT'S JUNE 26, 2018 ORDER AND PROCEED IMMEDIATELY WITH REMEDIAL PHASE (ECF No. 261), and REPLY IN SUPPORT OF DEFENDANT'S MOTION TO MODIFY THIS COURT'S JUNE 26, 2018 ORDER AND PROCEED IMMEDIATELY WITH REMEDIAL PHASE (ECF No. 262), and finding it in the interest of justice so to do, it is ORDERED that the MOTION TO MODIFY THIS COURT'S JUNE 26, 2018 ORDER AND PROCEED IMMEDIATELY

WITH REMEDIAL PHASE (ECF No. 257) is granted in part and thus it is ORDERED that:

(1) On September 20, 2018, the parties shall propose the names of candidates to serve herein as Special Master to aid in the redistricting process if that should become necessary; and, in their proposals, the parties shall set out the candidates' qualifications and experience, the fee proposal by each candidate, and any restrictions on the candidates' ability or availability to serve as Special Master; and

(2) By September 25, 2018, the parties shall have conferred and, on that date, the parties shall report whether they have agreed on any candidate(s); and, if there is objection to any proposed candidate, the objection shall be filed on September 26, 2018; and

(3) Responses to any objections shall be filed on September 28, 2018; and

(4) On September 28, 2018; October 5, 2018; October 19, 2018; and November 2, 2018, the Intervenor-Defendants shall file status reports on the progress of the redistricting efforts in the General Assembly.

Otherwise, the MOTION TO MODIFY THIS COURT'S JUNE 26, 2018 ORDER AND PROCEED IMMEDIATELY WITH REMEDIAL PHASE (ECF No. 257) is denied.

The issues are adequately briefed and oral argument will not aid the decisional process.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge
For the Court

Richmond, Virginia
Date: September 14, 2018

3