# EXHIBIT B

# PERSILY CURRICULUM VITAE

9/17/2018

# NATHANIEL PERSILY

*Stanford Law School*
*559 Nathan Abbott Way*
*Stanford, CA 94305-8610*

Phone: (917) 570-3223                                  Email: npersily@stanford.edu
Fax:    (650) 725-0253                                 Web: http://www.persily.com/

**ACADEMIC APPOINTMENTS**

    STANFORD LAW SCHOOL                                   STANFORD, CA
        JAMES B. MCCLATCHY  PROFESSOR OF LAW          2013 – present

- *Courtesy Appointments*: Departments of Communication, Political Science, and Freeman Spogli Institute for International Studies.
- *Courses*: The Law of Democracy; Regulation of the Political Process; Constitutional Law, First Amendment; Free Speech, Democracy and the Internet; Political Campaigning in the Internet Age; Contemporary Issues in Law and Politics; Policy Practicum on Campaign Finance.
- *Service*: Appointments Committee (Chair 2017-18); Careers in Teaching Committee; Workshops Chair; Co-PI for Stanford Project on Democracy and the Internet.
- *Significant Grants, Awards, and Fellowships*: Center for Advanced Study in the Behavioral Sciences (2017-2019); Andrew Carnegie Fellowship (2016-17); Stanford Cyber Initiative Grant (2016-17); Hewlett Foundation and Democracy Fund Grants for Campaign Finance Task Force (2016-17).

    COLUMBIA LAW SCHOOL                                   NEW YORK, NY
        CHARLES KELLER BEEKMAN PROFESSOR OF
          LAW AND PROFESSOR OF POLITICAL SCIENCE    2008 – 2013
        PROFESSOR OF LAW                              2007 – 2008

- *Courtesy Appointment*: Department of Political Science (2007– 2013).
- *Courses*: Constitutional Law; Advanced Constitutional Law: The Political Process; Freedom of Expression; Contemporary Issues in Law and Politics; Redistricting and Gerrymandering.
- *Service*: Lateral Appointments Committee Chair (2010-2012), Curriculum Committee Chair (2009-2010), Advisory Committee Chair (2008-2009), Intellectual Life Committee; Resources and Development Committee, Committee on Professional Development.
- *Center for Law and Politics***:** Founding Director.
- *DrawCongress.org*: Founder.
- Instructor in University of Amsterdam Summer Program, July 2011.

1

| | |
|---|---|
| UNIVERSITY OF PENNSYLVANIA LAW SCHOOL | PHILADELPHIA, PA |
|     PROFESSOR OF LAW | 2005 – 2007 |
|     ASSISTANT PROFESSOR OF LAW | 2001 – 2005 |

- *Secondary Appointment*: Department of Political Science (2003-2007).
- *Courses*: Law and the Political Process; Contemporary Issues in Law and Politics; Constitutional Law, First Amendment.
- *Service*: Tenure and Promotion Committee, Judicial Clerkship Committee, Nominations Committee, Committee on Academic Standing; Coordinator of Faculty Retreat and Legal Studies Workshop.
- *Teaching Award*: Winner of the Robert A. Gorman Award for Excellence in Teaching.

**VISITING PROFESSORSHIPS**

| | |
|---|---|
| UNIVERSITY OF MELBOURNE LAW SCHOOL | August 2014 |
| PRINCETON UNIVERSITY | |
|     Law and Public Affairs Fellow | |
|     Woodrow Wilson School | 2012-2013 |
| UNIVERSITY OF AMSTERDAM (COLUMBIA LAW PROGRAM) | Summer 2010 |
| HARVARD LAW SCHOOL | |
|     SIDLEY AUSTIN VISITING PROFESSOR | Fall 2007 |
| STANFORD LAW SCHOOL | Spring 2006 |
| NEW YORK UNIVERSITY LAW SCHOOL | Fall 2004 |

**OTHER WORK EXPERIENCE**

| | |
|---|---|
| SOCIAL SCIENCE ONE | April 2018 – Present |
|     Co-Chair | |

    Established commission to facilitate access to Facebook data for worldwide coalition of social scientists – www.socialscience.one .

PRESIDENTIAL COMMISSION ON ELECTION ADMINISTRATION  June 2013 - Jan. 2014
    Senior Research Director

    Conducted research and wrote report on "The American Voting Experience," available at http://web.mit.edu/supportthevoter/www/.

SPECIAL MASTER OR COURT-APPOINTED EXPERT

 Redistricting of Pennsylvania      Feb. 2018
 Congressional Districts        Pittsburgh, PA

  Appointed by Supreme Court of Pennsylvania as advisor to assist the Court in drawing Congressional district map pursuant to *League of Women Voters v. Commonwealth*, 178 A.3d 737 (S. Ct. Pa. 2018).

Special Master for Redistricting of North Carolina   Nov.-Dec. 2017
State Legislative Districts           Greensboro, NC

  Appointed Special Master by U.S. District Court for the Middle District of North Carolina to draw remedial state legislative redistricting plan pursuant to *Covington v. North Carolina,* 283 F. Supp.3d 410 (MDNC 2018).

Redistricting of New York        Feb.-Mar. 2012
Congressional Districts         New York, NY

  Appointed by U.S. District Court for the Eastern District of New York to assist Magistrate Judge in drawing state's Congressional districts pursuant to *Favors v. Cuomo,* 2012 WL 928223 (EDNY 2012). Plan adopted on March 19, 2012,

Special Master for Redistricting of     Jan.-Feb. 2012
Connecticut Congressional Districts    Hartford, CT

  Appointed by Supreme Court of Connecticut to draw state's Congressional districts, pursuant to *In Re Petition of Reapportionment Commission, Ex. Rel.*, 36 A.3d 661 (Ct. Sup. Ct. 2012). Plan adopted Feb. 12, 2012.

Redistricting of Georgia General     Feb.-March 2004
Assembly               Atlanta, GA

  Appointed by U.S. District Court for the Northern District of Georgia to draw districts for Georgia House of Representatives and Senate. Plan adopted in *Larios v. Cox*, 314 F.Supp.2d 1357 (N.D. Ga., 2004).

Redistricting of Maryland State     June 2002
Legislative Districts          Annapolis, MD

  Appointed by Maryland Court of Appeals to draw Court plan, currently in effect, for 2002 state legislative districts. Plan adopted in *In re Legislative Redistricting of State*, 805 A.2d 292 (Md. 2002).

Redistricting of New York        May-June 2002
Congressional Districts         New York, NY

3

        Pursuant to *Rodriguez v. Pataki*, 2002 WL 1058054 (S.D.N.Y. 2002), appointed by Special Master, Judge Frederick B. Lacey, to draw plan for New York State's congressional districts, later superseded by state legislature's plan.

REDISTRICTING CONSULTANT

| | |
|---|---|
| Consultant to Redistricting Commission of Prince George's County | 2011<br>Upper Marlboro, MD |

    Consultant to redistricting commission of Prince George's County, Maryland, concerning County Council Districts.

| | |
|---|---|
| Consultant to the Chief Justice of Puerto Rico | 2011<br>San Juan, PR |

    Consultant to Chief Justice Federico Hernández Denton during the process of redistricting of districts for the Senate and house of Representatives of Puerto Rico.

EXPERT WITNESS

| | |
|---|---|
| California State Senate<br>Redistricting Litigation | 2002-2003<br>Sacramento, CA |

    Served as an expert to evaluate the 2002 California Senate and Congressional redistricting plans concerning those plans' compliance with state constitutional provisions requiring respect for political subdivisions and geographic regions.

OUTSIDE COUNSEL

| | |
|---|---|
| Bethlehem Area Unified School District | 2008<br>Bethlehem, PA |

    Consultant to school district in settlement concerning lawsuit alleging vote dilution in school district boundaries.

| | |
|---|---|
| Miami-Dade County Attorneys Office | 2002<br>Miami, Florida |

    Consultant to Miami-Dade County in litigation involving the 2000 redistricting process and challenges to the structure of local government.

| | |
|---|---|
| ASSOCIATE COUNSEL<br>    Brennan Center for Justice at NYU School of Law | 1999-2001<br>New York, NY |
| LAW CLERK<br>    The Honorable David S. Tatel<br>    U.S. Court of Appeals, D.C. Circuit | 1998-1999<br>Washington, DC |
| LEGAL EXTERN<br>    The Honorable John T. Noonan | June-August 1996<br>San Francisco, CA |

9/17/2018

    U.S. Court of Appeals, Ninth Circuit

GRADUATE STUDENT INSTRUCTOR &
RESEARCH ASSISTANT                                                              1994-1995
    Professor Nelson Polsby                                     Berkeley, CA
    Institute of Governmental Studies, U.C. Berkeley

## EDUCATION

STANFORD LAW SCHOOL, J.D. with Distinction, 1998
- President, Volume 50, *Stanford Law Review*.

U.C. BERKELEY, M.A., 1994; Ph.D. in Political Science, 2002
- Recipient of the Edith Pence and Jacob Javits Scholarships.
- Thesis Title: *When Political Parties Go to Court*.
- Thesis Committee: Nelson Polsby, Bruce Cain, Raymond Wolfinger, Robert Post.

HEBREW UNIVERSITY OF JERUSALEM, 1992-1993
    Raoul Wallenberg & Rotary Foundation Scholar.

YALE UNIVERSITY, B.A. & M.A. in Political Science, 1992
    *Phi Beta Kappa*, *Magna Cum Laude*, Distinction in the Major, Recipient of the Haas Prize, Richard Sewall Cup, and Frank M. Patterson Prize for the finest senior project in American Politics.

## PUBLICATIONS

CAMPAIGN FINANCE IN THE UNITED STATES: ASSESSING AN ERA OF FUNDAMENTAL CHANGE (Bipartisan Policy Center, 2018)

*Can Democracy Survive the Internet?*, 28 JOURNAL OF DEMOCRACY 63 (2017).

*Who Counts for One Person, One Vote?*, 50 U.C. DAVIS LAW REVIEW 1395 (2017)

THE LAW OF DEMOCRACY: LEGAL STRUCTURE OF THE POLITICAL PROCESS (5th ed., Foundation Press, forthcoming 2016) (with Samuel Issacharoff, Pamela Karlan & Richard Pildes).

*Revisiting Public Opinion on Voter Identification and Voter Fraud in an Era of Increasing Partisan Polarization,* 68 STANFORD LAW REVIEW 1455 (2016) (with Charles Stewart III and Stephen Ansolabehere).

*When is a Legislature Not a Legislature? When Voters Regulate Elections Through Direct Democracy?*, 77 OHIO STATE LAW JOURNAL 689 (2016) (with Samuel Byker, William Evans, and Alon Sachar).