**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants. <br><br> VIRGINIA HOUSE OF DELEGATES, *et al.* <br><br> Intervenor-Defendants. | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |

**PLAINTIFFS' NOTICE OF PROPOSED SPECIAL MASTER CANDIDATES**

Plaintiffs submit this response to the Court's September 14, 2018 order instructing the parties to propose candidates to serve as Special Master.

Prior to their submission of this response, Plaintiffs had an opportunity to review the submission of the State Defendants. The State Defendants propose Professor Bernard Grofman and Professor Nathaniel Persily and set out relevant information regarding these candidates. At this time, Plaintiffs have no significant concerns with either candidate.

In particular, Plaintiffs would submit the appointment of Professor Grofman given his recent experience serving as a special master in this Court. Professor Grofman's familiarity with the Commonwealth's redistricting data and this Court would facilitate an efficient remedial process.

- 2 -

Dated: September 20, 2018       Respectfully submitted,

By: */s/ Aria C. Branch*
    Marc Erik Elias (admitted *pro hac vice*)
    Bruce V. Spiva (admitted *pro hac vice*)
    Aria Branch (VSB No. 83682)
    **PERKINS COIE LLP**
    700 Thirteenth Street, N.W., Suite 600
    Washington, D.C. 20005-3960
    Telephone: 202.434.1627
    Facsimile: 202.654.9106

    Kevin J. Hamilton (admitted *pro hac vice*)
    Abha Khanna (admitted *pro hac vice*)
    Ryan Spear (admitted *pro hac vice*)
    William B. Stafford (admitted *pro hac vice*)
    **PERKINS COIE LLP**
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101-3099
    Telephone: 206.359.8000
    Facsimile: 206.359.9000

    *Attorneys for Plaintiffs*

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on the 20th day of September, 2018, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the counsel of record in this case.

      Respectfully submitted,

By /s/ *Aria C. Branch*
  Aria C. Branch (VSBNo. 83682)
  Perkins Coie LLP
  700 13th St. N.W., Suite 600
  Washington, D.C. 20005-3960
  Phone: (202) 654-6338
  Fax: (202) 654-9106
  Email: ABranch@perkinscoie.com

*Attorneys for Plaintiffs*