IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| Golden Bethune-Hill, *et al.*,<br><br>                Plaintiffs,<br><br>        v.<br><br>Virginia State Board of Elections, *et al.*,<br><br>                Defendants. | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |

**Defendant-Intervenors' Notice of Proposed Names of Candidates
To Serve as Special Master**

Pursuant to this Court's order of September 14, 2018, ECF No. 263 at 2, requiring the parties "to propose the names of candidates to serve herein as Special Master to aid in the redistricting process," Defendant-Intervenors propose two candidates:

    1.    **Dr. Douglas Johnson.** Dr. Johnson holds a Ph.D. in political science from Claremont Graduate University. He has led districting and redistricting projects for over 250 non-partisan jurisdictions and advised and drawn maps for numerous jurisdictions, including at the statewide and local levels. Dr. Johnson also has extensive experience in conducting racial-bloc voting analyses for Voting Rights Act compliance. Dr. Johnson has been an expert witness in at least 10 redistricting cases. Dr. Johnson is currently a fellow at the Rose Institute of State and Local Government at Claremont McKenna College and President of the National Demographics Corporation, which advises jurisdictions on redistricting and related

issues. Dr. Johnson advised that his rate is $350 per hour. Dr. Johnson represented that he is not limited in his ability or availability to participate as Special Master. Dr. Johnson's curriculum vitae is attached as Exhibit A.

    2.    **Dr. Thomas Brunell**. Professor Brunell holds a Ph.D. in political science from the University of California, Irvine, and is a professor of political science and former Senior Associate Dean at the University of Texas at Dallas. Dr. Brunell has written and spoken extensively on redistricting and elections. Dr. Brunell has served as an expert witness in at least 15 redistricting cases. Dr. Brunell advised that his rate is $500 per hour. Dr. Brunell represented that he is not limited in his ability or availability to participate as Special Master. Dr. Brunell's curriculum vitae is attached as Exhibit B.

Dated: September 20, 2018                          Respectfully Submitted,

/s/ Katherine L. McKnight
Katherine L. McKnight (VSB No. 81482)
Richard B. Raile (VSB No. 84340)
E. Mark Braden (*pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
kmcknight@bakerlaw.com
rraile@bakerlaw.com
mbraden@bakerlaw.com

*Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker M. Kirkland Cox*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2018, a copy of the foregoing was filed and served on all counsel of record pursuant to the Court's electronic filing procedures using the Court's CM/ECF system.

/s/ Katherine L. McKnight
Katherine L. McKnight (VSB No. 81482)
Richard B. Raile (VSB No. 84340)
E. Mark Braden (*pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
kmcknight@bakerlaw.com
rraile@bakerlaw.com
mbraden@bakerlaw.com

*Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker M. Kirkland Cox*