# Exhibit A

# Resume of Douglas Johnson, Ph.D.

P.O. Box 5271      mobile: (310) 200-2058
Glendale, CA 91221      office: (909) 624-1442
djohnson@NDCresearch.com      fax: (818) 254-1221

## Employment
Fellow, Rose Institute of State and Local Government, 2001 – present.
President, National Demographics Corporation, 2006 – present.
Senior Analyst, National Demographics Corporation, 2001 – 2006.
Project Manager and Senior Manager at three internet startup companies, 1999 - 2001.
U.S. Representative Stephen Horn, Legislative Director and System Manager. 1993 – 1997.
Coro Foundation, Fellowship in Public Affairs. 1992 – 1993.
Rose Institute for State and Local Government, Student Manager. 1989 – 1992.

## Education
Claremont Graduate University, Ph.D. in Political Science, 2015.
    Dissertation: "Independent Redistricting Commissions: Hopes and Lessons Learned."
UCLA Anderson Graduate School of Management, MBA, 1999.
Claremont McKenna College, BA in Government (Political Science), 1992.

## Academic Honors
Graduated Cum Laude from Claremont McKenna College.
Phi Beta Kappa. Philip Roland Prize for Excellence in Public Policy.

## Publications and Articles
The CVRA [California Voting Rights Act] Tsunami Rolls Across California, with Dr. Justin Levitt. Paper presented at the American Political Science Association 2018 conference as part of the August 31, 2018, panel entitled "California Election Reform: Has It Improved Representation and Participation?"
Quiet Revolution in California Local Government Gains Momentum, Rose Institute of State and Local Government White Paper on California Voting Rights Act, November 3, 2016.
Visalia Times, "How to draw new city council districts," September 19, 2014.
Christian Science Monitor "Let the public help draw voting districts," October 25, 2013.
New York Times, "The Case for Open Primaries," February 19, 2009.
Los Angeles Times Opinion Articles:
    "A neighbor's help on redistricting" June 24, 2007.
    "A Trojan horse primary for the GOP" February 25, 2007.
    "Where a porn palace stood" (article on redevelopment), July 30, 2006.
Fresno Bee Opinion Article: "The Poison Handshake" June 15, 2004.
Redistricting in America. Rose Institute of State and Local Government, 2010.
Restoring the Competitive Edge: California's Need for Redistricting Reform and the Likely Impact of Proposition 77. Rose Institute of State and Local Government, 2005.
"Competitive Districts in California" Rose Institute of State and Local Government, 2005.
Latinos and Redistricting: "Californios For Fair Representation" and California Redistricting in the 1980s. Rose Institute of State and Local Government, 1991.



# Douglas M. Johnson, Ph.D.

## Independent and Advisory Commission Redistricting Projects
    City of Menlo Park Advisory Districting Commission, lead technical consultant, 2018
    Arizona Independent Redistricting Commission, lead technical consultant, 2001-2008
    San Diego City Council Independent Redistricting Commission, lead technical consultant, 2011
    City of Surprise Advisory Commission on Redistricting, 2011
    Pasadena City Council Advisory Commission on Redistricting, co-lead technical consultant, 2011
    Pasadena Unified School Board Advisory Commission on Redistricting, co-lead technical consultant, 2011
    City of Modesto Independent Redistricting Commission, lead technical consultant, 2011
    City of Modesto Independent Districting Commission, lead technical consultant, 2008

## Speaker or Panelist
    League of Women Voters of Burbank and Glendale, Keynote Speaker, "Town Hall meeting on SB415" (The California Voter Participation Rights Act), May 8, 2018.
    California League of Cities, Mayors and Councilmembers Executive Forum, Moderator, "The California Voting Rights Act and the District-Drawing Process," June 29, 2018.
    California League of Cities, City Attorney Department, panelist, "The California Voting Rights Act: Recent Legislation & Litigation Outcomes," May 3, 2018.
    California League of Cities, City Clerk Department, Co-Presenter, "California Voting Rights Act – Transitioning From At-Large To By-District Elections: A Practical Guide For City Clerks," April 19, 2018.
    California School Board Association Annual Education Conference panelist: "15 Years with the California Voting Rights Act: Lessons Learned and Challenges Ahead." December 1, 2017.
    University of California's National Public Service Law Conference: Civil Rights in the 21st Century: Moderator, "Voting Rights 101." September 23, 2017.
    City Clerks Association of California Annual Conference panelist: "California Voting Rights Act: Putting the 2016 Legislation into Practice." April 13, 2017.
    California School Board Association Annual Education Conference panelist: "The California Voting Rights Act: What Board Members Must Know." December 4, 2015.
    Associated Cities of California – Orange County, Keynote Speaker, Newly Elected Officials' Reception and Dinner, "The California Voting Rights Act," January 29, 2015.
    California League of Cities, City Manager Department, 2015 Department Meeting: "Opportunity to Engage Residents: The California Voting Rights Act." January 29, 2015.
    California League of Cities, City Clerk Department, 2014 Annual Meeting: "Whose Line Is It Anyway: Making the transition from at-large to by-district elections." September 3, 2014.
    National Conference of State Legislatures, Redistricting and Elections Standing Committee: 2007 Spring Forum, "The Arizona Independent Redistricting Commissions' experiences with the first-ever independent redistricting."
    National Conference of State Legislatures, Redistricting and Elections Standing Committee: 2008 Spring Forum, "Communities of Interest In Redistricting: A Practical Guide."
    National Conference of State Legislatures, Redistricting and Elections Standing Committee: 2009 Fall Forum, "The Key to Successful Redistricting."
    National Conference of State Legislatures, Redistricting and Elections Standing Committee: 2010 Spring Forum, "Communities of Interest in Redistricting: A key to drawing 2011 plans (and for their defense)."
    National Conference of State Legislatures, Redistricting and Elections Standing Committee: 2011 Winter Forum, "Citizen Voting Age Data from a line-drawer's viewpoint."
    Luncheon Keynote Speaker, Santa Barbara's <u>Channel Cities Club</u>, "California's next experiment: independent, public redistricting," January 18, 2011.
    <u>Annual Conference</u>, Arizona League of Cities and Towns, Presenter at "Redistricting Law and the Voting Rights Act: What It Means for Your City or Town in 2011," August 25, 2010.
    <u>Redistricting, The 2010 Census, and Your Budget</u>, Sponsored by the Rose Institute of State and Local Government, California League of Cities, October 15, 2009.
    <u>Arizona Election Law 2010 Continuing Legal Education Conference</u>, "Communities of interest and technology in redistricting," sponsored by the Arizona State Bar Association, March 2010.

# Douglas M. Johnson, Ph.D.

## Speaker or Panelist (continued)

<u>California's New Independent Redistricting Commission</u>, sponsored by the Irvine Foundation and the California Redistricting Collaborative, December 15, 2009.

<u>Tribal Association of Sovereign Indian Nations (TASIN) Legislative Day 2009</u>, "The 2010 Census and 2011 Redistricting in California," December 2, 2009.

<u>California School Board Association</u>, "Litigation Issues and the California Voting Rights Act," December 4, 2009.

<u>California Latino School Boards Association</u>, "Introduction to the California Voting Rights Act," August 20, 2009.

<u>Building a National Reform Movement</u>, Salt Lake City, Utah, 2006, conference on redistricting .reform hosted by the League of Women Voters, Campaign Legal Center, and The Council for Excellence in Government.

<u>Texas Tech University</u>, "A Symposium on Redistricting," May, 2006.

California League of Cities, "Introduction to the California Voting Rights Act."

<u>Voices of Reform</u>, a project of the Commonwealth Club of San Francisco: multiple forums on redistricting and / or term limits, 2006 – 2007.

Classroom speaker at Bellflower High School, Pepperdine University, the University of La Verne, Pomona College and Claremont McKenna College.

## Charter and/or Ballot Language Consultant

Castaic Lake Water Agency and Newhall County Water District consultant advising on process, rules and legislation language for merger of the two districts including changing from at-large to by-district election system. (2015-2016)

City of Corona: consultant for City Council on a potential city charter and a move to by-district elections. (2015-2016)

City of El Cajon: consulted on writing of charter revision and public education campaign for ballot measure changing from at-large to by-district City Council elections. (2016)

City of Goleta: consulted on development of ordinances and ballot language asking voters what election system they preferred. (2003 – 2004)

City of Menifee: advised commission considering language on by-district elections. (2009 – 2010)

City of Modesto: advised commission that successfully developed a city charter change moving Pasadena Unified from at-large to by-district elections and created an independent redistricting commission. (2006 – 2008)

City of Pasadena (on behalf of Pasadena Unified School District): advised commission that successfully developed a city charter change moving Pasadena Unified from at-large to by-district elections and created a redistricting commission. (2011 – 2012)

## Litigation Experience

Expert witness declaration for the City of Redondo Beach, California, in *City of Redondo Beach vs State of California*, Los Angeles County Superior Court Case Case No. BS172218 litigation regarding the California Voter Participation Act (currently pending).

Expert witness declaration for West Contra Costa Unified School District in *Ruiz-Lozito vs West Contra Costa Unified School District* litigation under the California Voting Rights Act, Contra Costa Superior Court Case Number C18-00570 (currently pending).

Expert witness declaration, deposition and testimony for Kern County, California, in *Luna v County of Kern* litigation under the Federal Voting Rights Act.

Expert witness declaration and testimony for North Carolina in *Covington v State of North Carolina* litigation under the Federal Voting Rights Act.

Expert witness declaration for City of Fullerton in *Jamarillo v City of Fullerton* litigation under the California Voting Rights Act.

Expert witness declaration for City of Whittier in *Diego v City of Whittier* litigation under the California Voting Rights Act.

# Douglas M. Johnson, Ph.D.

## Litigation Experience (continued)

Expert witness declaration and deposition for plaintiff in *Harris vs Arizona Independent Redistricting Commission* litigation.

Expert witness declaration and deposition for Santa Clarita Community College District in *Solis v Santa Clarita Community College District* litigation under the California Voting Rights Act.

Expert witness declaration, deposition and testimony for City of Highland in *Garrett v City of Highland* litigation under the California Voting Rights Act.

Expert witness declaration, deposition and testimony for City of Palmdale in *Jauregui et al vs City of Palmdale* and *Garrett v City of Highland* litigation under the California Voting Rights Act.

Testified as 30(b)(6) "Most Knowledgeable" witness for Arizona Independent Redistricting Commission in *Arizona Minority Coalition v Arizona Independent Redistricting Commission*, including seven days of direct testimony and cross-examination in the state court case. Also testified in the related federal court case.

Consulting expert for the following jurisdictions on their California Voting Rights Act-related cases, including preparing analysis and assisting with witness and attorney preparation: Cities of Anaheim; Compton, Modesto, Poway, Santa Clara, Santa Clarita, and Whittier; Santa Clarita Community College District; and Tulare Health Care District.

## Voting Rights Act and Racial Bloc Voting Analysis

Attorney-client privilege bars the listing of most of NDC's specific clients, but NDC has performed racial bloc voting analysis for clients of the following law firms (and for other jurisdictions):

Nielsen, Merksamer, Parrinello, Gross & Leoni: Compiled and analyzed data for over 120 different jurisdictions facing voting rights litigation;

Lozano, Smith: Performed analysis of racial bloc voting in 4 separate jurisdictions.

Richards, Watson & Gerson: Compiled and analyzed potential liability under California Voting Rights Act and California Voter Participation Rights Act for about a dozen cities.

Atkinson, Andelson, Loya, Ruud & Romo: Performed/performing on analysis of racial bloc voting in dozens of jurisdictions and California Voter Participation Rights Act liability analysis for multiple school districts.

Dooley, Herr & Peltzer: Performed racial bloc voting analysis of 7 elections in 4 different election years. Also advised attorneys on rebuttal of plaintiff's racial bloc voting analysis.

## Districting and Redistricting Projects

Led districting and redistricting projects for over 250 non-partisan jurisdictions, including county supervisors, city councils, school boards, water districts, health care districts, and other special districts. A sample list of clients is available at https://www.ndcresearch.com/clients/.