IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| VIRGINIA STATE BOARD OF ELECTIONS, et al., | ) Civil Action No. 3:14-cv-00852-REP-AWA-BMK |
| Defendants, | ) |
| and | ) |
| M. KIRKLAND COX, SPEAKER OF THE HOUSE OF DELEGATES, and THE HOUSE OF DELEGATES, | ) |
| Intervenor-Defendants. | ) |

**PARTIES' REPORT ABOUT DISCUSSIONS REGARDING
CANDIDATES TO SERVE AS SPECIAL MASTER**

Pursuant to this Court's September 14, 2018 order (ECF No. 263), the parties have conferred but have been unable to agree unanimously upon any candidate(s) to serve as Special Master in this case.

Respectfully submitted,

By:     /s/
Toby J. Heytens, VSB # 90788
Solicitor General
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-7773 – Telephone
(804) 371-0200 – Facsimile
SolicitorGeneral@oag.state.va.us

1

| | |
|---|---|
| Mark R. Herring<br>Attorney General | Matthew R. McGuire, VSB # 84194<br>Principal Deputy Solicitor General |
| Stephen A. Cobb<br>Deputy Attorney General | Michelle S. Kallen<br>Deputy Solicitor General |

## CERTIFICATE OF SERVICE

    I hereby certify that on September 25, 2018, a true and accurate copy of this paper was filed electronically with the Court's CM/ECF system, which will then send a notification of such filing to the counsel of record in this case

By:   /s/                         
        Toby J. Heytens