IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| Golden Bethune-Hill, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Virginia State Board of Elections, *et al.*, <br><br> Defendants. | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |

### Defendant-Intervenors' Status Report

Pursuant to this Court's order of September 14, 2018, ECF No. 263 at 2, requiring the Defendant-Intervenors to file periodic "status reports on the progress of the redistricting efforts in the General Assembly," Defendant-Intervenors respectfully state the following.

Since this Court's September 14 order, negotiations have been ongoing and at least the following redistricting efforts have been undertaken in the General Assembly:

1. On September 18, a remedial map was presented as HB7002 and referred to the Committee on Privileges and Elections. According to a hearing on the Bill, HB7002 focused on addressing this Court's concerns as detailed in its Memorandum Opinion (Dkt. 234), without pairing any incumbents and avoiding any partisan shift.

2. On September 26, an amendment to HB7002, fixing technical errors, was presented through a substitute.

3. On that same date, HB7003, a remedial map negotiated with bi-partisan input,[1] was presented and referred to the Committee on Privileges and Elections.

4. On September 27, during a hearing of the Committee on Privileges and Elections, HB7001 was voted down. HB7001 was a remedial map presented in August, which, according to a hearing on the Bill, combined four Republican incumbents and included a partisan advantage for Democrats.

5. On that same date, HB7003 was reported from the Committee to the Floor of the House for a vote.

---

[1] *See*, Va. House GOP introduces new redistricting plan with some Democratic support, RICHMOND TIMES-DISPATCH, Sept. 26, 2018 (available at: https://www.richmond.com/news/virginia/government-politics/exclusive-va-house-gop-introducing-new-redistricting-plan-with-some/article_22b9f4ec-dd94-54bf-8f55-d7bd793890ee.html).

Dated: September 28, 2018	Respectfully Submitted,

/s/ Katherine L. McKnight
Katherine L. McKnight (VSB No. 81482)
Richard B. Raile (VSB No. 84340)
E. Mark Braden (*pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
kmcknight@bakerlaw.com
rraile@bakerlaw.com
mbraden@bakerlaw.com

*Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker M. Kirkland Cox*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2018, a copy of the foregoing was filed and served on all counsel of record pursuant to the Court's electronic filing procedures using the Court's CM/ECF system.

/s/ Katherine L. McKnight
Katherine L. McKnight (VSB No. 81482)
Richard B. Raile (VSB No. 84340)
E. Mark Braden (*pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
kmcknight@bakerlaw.com
rraile@bakerlaw.com
mbraden@bakerlaw.com

*Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker M. Kirkland Cox*