IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                                 Civil Action No. 3:14-cv-852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

## ORDER

    Pursuant to Fed. R. Civ. P. 53, and having considered the parties' briefing on the matter, the Court hereby appoints Dr. Bernard Grofman as Special Master to assist and advise the Court on the redistricting remedy. The Commonwealth of Virginia shall be responsible to pay the fees of the Special Master with the right to seek apportionment thereof at the end of the case.

    It is so ORDERED.

                                        /s/      REP
                              Robert E. Payne
                              Senior United States District Judge
                              For the Court

Richmond, Virginia
Date: October 18, 2018