IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                              Civil Action No. 3:14cv852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

**ORDER**

During the telephone conference to be held at 2:00 p.m. October 19, 2018, counsel shall be prepared to discuss the following topics:

(1) A schedule that will permit a new redistricting plan to be in place by March 28, 2019;

(2) Whether non-parties should be permitted to submit proposed redistricting plans (See Personhuballah, et al. v. Alcorn, et al., Civil Action No. 3:13cv678, ECF No. 221); and

(3) Whether proposed plans should be available online on the internet (See Personhuballah, et al. v. Alcorn, et al., Civil Action No. 3:13cv678, ECF No. 237); and

(4) Whether the Special Master can use the facilities and the services of employees of the Virginia Division of

Legislative Service (See <u>Personhuballah, et al. v. Alcorn, et al.</u>, Civil Action No. 3:13cv678, ECF No. 245); and

(5) Whether the criteria outlined in HOUSE COMMITTEE ON PRIVILEGES AND ELECTIONS COMMITTEE RESOLUTION NO. 1 (Approved 3/24/11) can be used by the Court and, if so, to what extent; and, in particular, whether it is necessary or appropriate to use the population deviation of ± 1% as set out in Criterion I.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge
For the Court

Richmond, Virginia
Date: October 18, 2018