IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                                    Civil Action No. 3:14-cv-852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

**ORDER**

Having conferred with counsel by telephone and finding it in the interest of justice and efficiency so to do, it is ORDERED that:

(1) On November 2, 2018, the parties, and any non-parties desiring to do so, shall file their proposed remedial plans and maps with supporting data and briefs explaining their respective proposals; and

(2) On November 16, 2018, the parties, and any non-parties desiring to do so, shall submit their objections to, if any, and briefs in response to the remedial plans, maps, and briefs submitted on November 2, 2018; and

(3) On December 7, 2018, the Special Master, Dr. Bernard Grofman, shall file his proposed remedial plan and maps with supporting data and briefing explaining his proposal; and

(4) On December 14, 2018, the parties, and any non-parties desiring to do so, shall submit their objections to, if any, and briefs in response to the remedial plan, maps, and briefing submitted by Dr. Grofman on December 7, 2018; and

(5) On January 3, 2019 at 9:30 a.m., the Court shall hold a hearing on Dr. Grofman's proposal at the Spottswood W. Robinson III and Robert R. Merhige, Jr. United States Courthouse, Richmond VA.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge
For the Court

Richmond, Virginia
Date: October 19, 2018