IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                                   Civil Action No. 3:14cv852

VIRGINIA STATE BOARD
OF ELECTIONS, et al.,

    Defendants.

**ORDER REGARDING SUBMISSION OF PROPOSED REMEDIAL PLANS**

The Court's October 19, 2018 ORDER (ECF No. 278) directs that "the parties, and any non-parties desiring to do so, shall file their proposed remedial plans" and supporting data on November 2, 2018. To facilitate the efficient and appropriate submission and consideration of any proposed remedial plans, it is hereby further ORDERED that:

1. All parties and non-parties desiring to submit proposed remedial plans shall not submit any supporting data through the Court's CM/ECF electronic filing system, except as provided in paragraph 3.

2. All parties and non-parties instead shall submit Shapefiles and Block Equivalency Files compatible with Maptitude For Redistricting software for each proposed

remedial plan in accordance with the procedures outlined in paragraphs 3 and 4 of this Order.

3. On November 2, 2018, all Shapefiles and Block Equivalency Files for each proposed remedial plan shall be filed with the Court and delivered to the Virginia Division of Legislative Services ("DLS") in native format on CD-ROM disc.

4. On November 2, 2018, all Shapefiles and Block Equivalency Files for each proposed remedial plan must be served electronically and in native format on all counsel of record for all parties and on all non-parties or their counsel.

5. All parties and non-parties submitting proposed remedial plans shall file their briefs supporting their respective proposals, along with any supporting exhibits, except any Shapefiles and Block Equivalency Files, through the Court's CM/ECF system on November 2, 2018.

6. All parties and non-parties shall also provide the Court with color hard copies of their proposed maps.

7. DLS is authorized to post on its public website, and make available for download, all remedial plans and supporting materials submitted for the Court's consideration per the Court's October 19, 2018 ORDER (ECF No. 275) and this ORDER.

8. Parties and non-parties proposing plans are deemed to have granted consent to DLS to make their plans and supporting materials available for download on its website.

It is SO ORDERED.

/s/ REP
For the Court
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: October 23, 2018