IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                                         Civil Action No. 3:14cv852

VIRGINIA STATE BOARD
OF ELECTIONS, et al.,

    Defendants.

### ORDER

By ORDER (ECF No. 276) entered on October 18, 2018, the Court appointed Dr. Bernard Grofman as Special Master. The Special Master has proposed that employees of the Virginia Division of Legislative Services ("DLS") be available to assist him in carrying out his duties under this appointment. Two individuals of DLS have been identified to provide that assistance: Kent Stigall and Julie Smith. The parties and DLS do not object to the Special Master's reliance on these specific DLS employees for technical assistance, provided that each of these individuals sign oaths of confidentiality in the form attached to this order and that the confidentiality of their working papers and communications is protected.

Accordingly, it is hereby ORDERED that:

(1) The Special Master is authorized to rely on DLS employees, Kent Stigall and Julie Smith, to provide any technical assistance he may require to carry out his duties under his appointment;

(2) Before receiving confidential information or providing assistance to the Special Master, DLS employees, Kent Stigall and Julie Smith, shall execute an oath of confidentiality in the form appended to this ORDER and deliver the signed original to the Special Master and a copy to counsel for Defendants, who shall promptly serve a copy on counsel for the other parties;

(3) The Special Master, Mr. Stigall and Ms. Smith are prohibited from communicating by electronic mail with one another in connection with their assignment. They may communicate in writing only by facsimile transmission (that does not utilize electronic mail), by U.S. Mail, or by third-party commercial carrier. Nothing in this ORDER is intended to prohibit the Special Master, Mr. Stigall or Ms. Smith from communicating with one another by telephone;

(4) Mr. Stigall and Ms. Smith shall take all reasonable steps to safeguard the security and confidentiality of their working papers, communications, and materials created in connection with their assistance to the Special Master from disclosure to third-parties, including, without limitation,

other DLS employees or any other individuals employed by the Commonwealth of Virginia; and

(5) Notwithstanding any contrary requirement of Virginia law, Mr. Stigall and Ms. Smith shall not disclose any working papers, communications, or materials created in connection with that assistance, and upon notification by the Special Master that their assignment is completed, such DLS employees shall destroy their working papers, communications, and materials in their possession that were created in connection with assisting the Special Master.

The Clerk is directed to send a copy of this ORDER to the Special Master.

It is SO ORDERED.

                                                /s/      REP
                              For the Court
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: October 23, 2018