IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| VIRGINIA STATE BOARD OF ELECTIONS, et al., | ) Civil Action No. 3:14-cv-00852-REP-AWA-BMK |
| Defendants, | ) |
| and | ) |
| M. KIRKLAND COX, SPEAKER OF THE HOUSE OF DELEGATES, and THE HOUSE OF DELEGATES, | ) |
| Intervenor-Defendants. | ) |

**<u>Consent Motion to Amend the Court's October 23, 2018 Order (Doc. No. 281)</u>**

Defendants, by counsel, respectfully request that this Court amend its October 23, 2018 order (Doc. No. 281) to add Amigo R. Wade as an additional employee of the Virginia Division of Legislative Services (DLS) who is authorized to assist the Special Master, Dr. Bernard Grofman. Mr. Wade serves as the manager of DLS's General Laws, Administration, and Elections section, which is the section Kent Stigall and Julie Smith will be assigned to as of November 1, 2018. Mr. Wade has agreed to assist Dr. Grofman subject to the terms provided in the Court's initial order and the oath of confidentiality. Defendants' counsel has consulted with counsel for the Plaintiffs and Intervenor-Defendants, and they consent to the addition of Mr. Wade.

For the foregoing reasons, Defendants respectfully request that the Court's October 23, 2018 order (Doc. No. 281) be amended to add Mr. Wade.

Respectfully submitted,

By: _____/s/_____
Matthew R. McGuire, VSB # 84194
Principal Deputy Solicitor General
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-7773 – Telephone
(804) 371-0200 – Facsimile
mmcguire@oag.state.va.us

Mark R. Herring
Attorney General of Virginia

Toby J. Heytens, VSB # 90788
Solicitor General
E-mail: theytens@oag.state.va.us

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 24, 2018, a true and accurate copy of this paper was filed electronically with the Court's CM/ECF system, which will then send a notification of such filing to the counsel of record in this case

<pre>
                        By:   /s/
                              Matthew R. McGuire
</pre>