IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| VIRGINIA STATE BOARD OF ELECTIONS, et al., | ) Civil Action No. 3:14-cv-00852-REP-AWA-BMK |
| Defendants, | ) |
| and | ) |
| M. KIRKLAND COX, SPEAKER OF THE HOUSE OF DELEGATES, and THE HOUSE OF DELEGATES, | ) |
| Intervenor-Defendants. | ) |

**AGREED ORDER TO AMEND THE COURT'S OCTOBER 23, 2018 ORDER**

Upon consideration of Defendants' Consent Motion to Amend the Court's October 23, 2018 Order (Doc. No. 281) to add Amigo R. Wade as an individual authorized to assist the Special Master, the motion is GRANTED.

_____
For the Court
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: October ____, 2018