

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> VIRGINIA STATE BOARD OF ) <br> ELECTIONS, et al., ) <br> ) <br> Defendants, ) <br> and ) <br> ) <br> M. KIRKLAND COX, SPEAKER OF ) <br> THE HOUSE OF DELEGATES, and THE ) <br> HOUSE OF DELEGATES, ) <br> ) <br> Intervenor-Defendants. ) | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |

**AGREED ORDER TO AMEND THE COURT'S OCTOBER 23, 2018 ORDER**

Upon consideration of Defendants' Consent Motion to Amend the Court's October 23, 2018 Order (Doc. No. 281) to add Amigo R. Wade as an individual authorized to assist the Special Master, the motion is GRANTED.

/s/ REP
For the Court
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: October 24, 2018

1