

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                              Civil Action No. 3:14-cv-852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

**ORDER**

The Special Master has advised the Court that, barring unusual circumstances, he intends to stay within the plus-or-minus one percent population deviation goal outlined by the House Committee on Privileges and Elections (ECF No. 72-11) in redrawing the House of Delegates districts. The Special Master shall alert the Court if he is unable to stay within the plus-or-minus one percent population deviation goal.

The Clerk is directed to send a copy of this Order to the Special Master.

It is so ORDERED.

                                                /s/    REP
                                      Robert E. Payne
                                      Senior United States District Judge
                                      For the Court

Richmond, Virginia
Date: October 26, 2018