

September 15, 2018

Judge Robert Payne
Spottswood Federal Courthouse
701 East Broad Street
Richmond, VA 23219

Judge Payne

I was very pleased to read of your recent decision to declare the current Congressional district map as illegal. Gerrymandering is a scourge on our country and allowing political parties of any sort to control the process inevitably leads to each side seeking to maximize the results in their favor.

Your order is to seek a special master to draw the maps. While an independent party might be able to draw compact districts and might be able to minimize racial, ethnic, and political issues I believe that there is a better way. Having the process "owned" by human beings must always include a bias in the process. Humans make choices and even sub-consciously introduce their own biases into the process.

We have massive computer power available, we can programmatically produce maps that have very "compact" districts. Using census data the computer program can ignore everything but geography and "headcount". There are no designated seats, there are no boundaries moved back or forth to accommodate one office-seeker or another.

Did some research today and found that a programmer has already created the software that I've imagined. The programmer is Brian Olson, here is his website

https://bdistricting.com/2010/

When I googled "brian olson district maps" his site comes up as a top result.

Some may argue that there are many considerations for drawing districts but I think that that is just another set of biases. What one citizen thinks of as important many others might find incorrect, unfair, even illegal.

Don't know if using computers to draw the map (vs as an aid to people) would fall in your "comfort zone" but I think it would solve most of the redistricting issues and has the advantage of being fast, inexpensive, and much less subject to argument and challenge. I have some background in software development and am comfortable with creating and using programs to help people do things more easily, faster, and cheaper. Using Mr. Olson's solution or something like it would fit the need.

I hope that you will seriously consider this suggestion.

Thank you

Paul M. DeMarsh
224 N. First Street
Hampton VA 23664

713.870.3535
pauldemarsh@yahoo.com