

Paul De Marsh
224 N First St
Hampton, VA 23664

RICHMOND VA 230

17 SEP 2018 PM 5 L



SEP 19 2018

COURT

Judge Robert Payne
Spottswood Federal Courthouse
701 East Broad St
Richmond VA 23219

23219-183399