# APPENDIX A

**Virginia House Districts**
**Basic District Statistics**
**Virginia NAACP Remedial Plan**

| District | Population | 18+_Pop | % Deviation | % NH18+_Wht | % NH18+_Blk | % H18+_Pop | % NH18+_Asn |
|---|---|---|---|---|---|---|---|
| 27 | 79,287 | 58,901 | -0.90% | 63.13% | 24.84% | 7.28% | 2.95% |
| 62 | 79,248 | 60,326 | -0.95% | 49.99% | 43.12% | 3.46% | 0.89% |
| 63 | 79,229 | 62,309 | -0.98% | 35.92% | 57.49% | 3.82% | 0.89% |
| 69 | 79,224 | 61,953 | -0.98% | 34.63% | 49.46% | 11.83% | 2.20% |
| 70 | 79,557 | 59,794 | -0.57% | 41.45% | 45.66% | 8.14% | 2.70% |
| 71 | 79,237 | 65,398 | -0.97% | 42.70% | 49.12% | 2.36% | 3.52% |
| 74 | 80,604 | 61,065 | 0.74% | 47.35% | 41.79% | 2.96% | 6.16% |
| 76 | 79,379 | 58,373 | -0.79% | 52.35% | 41.97% | 2.45% | 1.69% |
| 77 | 80,541 | 58,924 | 0.66% | 44.86% | 46.65% | 4.57% | 1.82% |
| 80 | 80,762 | 60,992 | 0.94% | 44.60% | 49.02% | 2.65% | 1.76% |
| 85 | 80,099 | 60,552 | 0.11% | 55.75% | 28.12% | 6.72% | 6.49% |
| 89 | 80,801 | 66,524 | 0.99% | 38.63% | 50.21% | 5.98% | 2.42% |
| 90 | 80,414 | 61,317 | 0.50% | 43.00% | 44.91% | 5.31% | 4.24% |
| 92 | 79,344 | 61,999 | -0.83% | 35.16% | 56.16% | 3.92% | 1.93% |
| 94 | 79,738 | 60,994 | -0.34% | 59.59% | 28.13% | 6.22% | 3.15% |
| 95 | 79,762 | 60,435 | -0.31% | 40.37% | 49.45% | 5.63% | 2.01% |