# APPENDIX B



# NAACP House District Plan A Remedial Districts