# APPENDIX D

