# APPENDIX E

Case 3:14-cv-00852-REP-AWA-BMK   Document 286-5   Filed 11/02/18   Page 2 of 2 PageID# 10126

