# APPENDIX F



Case 3:14-cv-00852-REP-AWA-BMK Document 286-6 Filed 11/02/18 Page 2 of 2 PageID# 10128