# APPENDIX G

