# APPENDIX H

