# APPENDIX I

