# APPENDIX J

