# APPENDIX K

