# APPENDIX L

