# APPENDIX M

