# APPENDIX N

