# APPENDIX O

