# APPENDIX P

<a><b></b></a>
