# APPENDIX Q

