# APPENDIX R

