IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> VIRGINIA STATE BOARD OF ) <br> ELECTIONS, *et al.*, ) <br> ) <br> Defendants, ) <br> ) <br> ) | Civil Action No. 3:14-cv-852 |

**CORPORATE DISCLOSURE STATEMENT OF THE VIRGINIA STATE CONFERENCE OF NAACP BRANCHES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1(A), the Virginia State Conference of NAACP Branches states that it is a non-profit entity, has no corporate parent and otherwise has nothing to disclose pursuant to these Rules.

Dated this 2nd day of November, 2018.

/s/   David O. Prince
David. O. Prince, Esquire (VSB # 17044)
411 East Franklin Street
Richmond, VA 23219
804-788-4861
princelaw@aol.com

Allison Riggs (*pro hac vice* admission pending)
Jeff Loperfido (*pro hac vice* admission pending)
SOUTHERN COALITION FOR SOCIAL JUSTICE
1415 W. Highway 54, Suite 101
Durham, N.C.  27707
Telephone: (919) 323-3380
Facsimile: (919) 323-3942
Email: allisonriggs@southerncoalition.org
jeffloperfido@scsj.org
*Counsel for the Virginia NAACP*

**Certificate of Service**

      I hereby certify that on this 2nd day of November, 2018, I have electronically filed the foregoing document with the Clerk of Court using the United States District Court, Eastern District of Virginia, Richmond Division, CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record, including Plaintiffs, Defendants, and Defendant-Intervenors.

    /s/___David O. Prince
David. O. Prince, Esquire
VSB # 17044
411 East Franklin Street
Richmond, VA 23219
804-788-4861
princelaw@aol.com