IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| GOLDEN BETHUNE-HILL, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| VIRGINIA STATE BOARD OF ELECTIONS, et al., | ) ) ) ) | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |
| Defendants, | ) ) | |
| and | ) ) | |
| M. KIRKLAND COX, SPEAKER OF THE HOUSE OF DELEGATES, and THE HOUSE OF DELEGATES, | ) ) ) ) | |
| Intervenor-Defendants. | ) | |

**Defendants' Response to October 19, 2018 Order**

In response to the Court's order issued on October 19, 2018 (Doc. No. 278), and consistent with their actions in *Personhuballah v. Alcorn*, No. 3:13-cv-678 (E.D. Va. Sept. 18, 2015), Doc. No. 223, Defendants hereby notify the Court that they are not submitting a proposed remedial plan. Defendants reserve their right to participate fully in all other aspects of the remedial process.

Respectfully submitted,

By:     /s/
      Matthew R. McGuire, VSB # 84194
      Principal Deputy Solicitor General
      Office of the Attorney General
      202 North Ninth Street
      Richmond, Virginia 23219
      (804) 786-7773 – Telephone
      (804) 371-0200 – Facsimile
      mmcguire@oag.state.va.us

Mark R. Herring
Attorney General of Virginia

Toby J. Heytens, VSB # 90788
Solicitor General
E-mail: theytens@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2018, a true and accurate copy of this paper was filed electronically with the Court's CM/ECF system, which will then send a notification of such filing to the counsel of record in this case

                By:  /s/
                     Matthew R. McGuire