## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**GOLDEN BETHUNE-HILL,** *et al.,*

    **Plaintiffs,**

    **v.**                                                    **Civil Action No. 3:14-cv-852**

**VIRGINIA STATE BOARD OF
ELECTIONS,** *et al.,*

    **Defendants.**

### ORDER

Upon consideration of the Defendant-Intervenors' Proposed Remedial Plans [ECF No. 291], the Court hereby ORDERS the defendant-intervenors to re-submit their proposed remedial plans in compliance with paragraphs 3 and 4 of the Court's October 23, 2018 order [ECF No. 279] no later than 5:00 p.m. on November 7, 2018.

It is so ORDERED.

_____
/s/
_____
For the Court
Barbara Milano Keenan
United States Circuit Judge

Richmond, Virginia
Date: November 6, 2018