Reset Form | Print Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number **3:14-cv-852**, Case Name **Bethune-Hill v. Virginia State Bd. of Elections**
Party Represented by Applicant: **The Virginia State Conference of NAACP Branches**

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) **Allison Riggs**
Bar Identification Number **15597**    State **North Carolina**
Firm Name **The Southern Coalition for Social Justice**
Firm Phone # **919-323-3380**    Direct Dial # **919-323-3909**    FAX # **919-323-3942**
E-Mail Address **allisonriggs@southerncoalition.org**
Office Mailing Address **1415 W. Highway 54, Suite 101, Durham, NC 27707**

Name(s) of federal court(s) in which I have been admitted **E.D.N.C., M.D.N.C., 4th & 5th Cir. Court of Appeals, U.S. Supreme Court**

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not **X** a full-time employee of the United States of America, and if so, request exemption from the admission fee.
                                                                    (Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ David O. Prince                        November 2, 2018
(Signature)                                (Date)
David O. Prince                            17044
(Typed or Printed Name)                    (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ✓ ____ or Exemption Granted ____

The motion for admission is GRANTED ✓ ____ or DENIED ____

/s/ M. Hannah Lauck
United States District Judge
(Judge's Signature)                         NOV - 7 2018
                                            (Date)

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2018, I have electronically filed the foregoing document with the Clerk of Court using the United States District Court, Eastern District of Virginia, Richmond Division, CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record, including Plaintiffs, Defendants, and Defendant-Intervenors.

/s/ David O. Prince
David. O. Prince, Esquire
VSB # 17044
411 East Franklin Street
Richmond, VA 23219
804-788-4861
princelaw@aol.com