# BakerHostetler

**RECEIVED**
**NOV 7 2018**
**CLERK, U.S. DISTRICT COURT**
**RICHMOND, VA**

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5403

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

November 6, 2018

Katherine L. McKnight
direct dial: (202) 861-1618
kmcknight@bakerlaw.com

**VIA FEDEX**

The Honorable Barbara M. Keenan
Bostetler Courthouse
200 S. Washington St., Third Floor,
Alexandria, VA 22314

The Honorable Arenda Wright Allen
Walter E. Hoffman United States Courthouse
600 Granby Street
Norfolk, VA 23510

The Honorable Robert E. Payne
Spottswood W. Robinson III and Robert R.
Merhige, Jr., Federal Courthouse
701 East Broad Street
Richmond, VA 23219

Re: *Bethune-Hill, et al., v. Virginia State Board of Elections, et al.*, Civil Action No. 3:14-cv-00852-REP-GBL-BMK: *Defendant-Intervenors' Courtesy Copy CD-ROM Discs*

Dear Judge Keenan, Judge Payne, and Judge Allen:

Pursuant to this Court's Order dated November 6, 2018 (Dkt. 293), please find enclosed courtesy copies of Defendant-Intervenors' Shapefiles and Block Equivalency Files on CD-ROM discs.

Kind regards,

Katherine L. McKnight

Enclosures

cc: E. Mark Braden, Esq.
Richard B. Raile, Esq.