IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL, *et al.*,

    **Plaintiffs,**

v.                                            Civil Action No. 3:14-cv-852

VIRGINIA STATE BOARD OF
ELECTIONS, *et al.*,

    **Defendants.**

### ORDER

Upon consideration of the proposed legislative redistricting plan submitted on November 2, 2018 by the Virginia State Conference of NAACP Branches ("the Virginia NAACP") pursuant to this Court's order of October 19, 2018, ECF No. 278, the Court hereby requests the Virginia NAACP to re-submit an amended proposed plan no later than 5:00 p.m. on November 19, 2018. As submitted, the party's proposed plan appears to assign numeric labels to certain districts in an inconsistent manner than the districts as enumerated in the 2011 plan.

It is so ORDERED.

                                                                   /s/
                                            For the Court
                                            Barbara Milano Keenan
                                            United States Circuit Judge

Richmond, Virginia
Date: November 15, 2018