# **APPENDIX**

**Central Virginia**

Caroline

Essex

King and Queen
98

55

Hanover

Goochland

56

King William
30

72

Glen Allen

Lakeside

97

73

Tuckahoe

Mechanicsville

65

71

Powhatan

Richmond City
Richmond

Highland Springs

74

68

69

New Kent

27

Henrico

70

James City

Chesterfield

62

Charles City

96

66

Chester

106

Amelia

Hopewell City
Hopewell

63

Colonial Heights City

64

Prince George

Surry

Nottoway
61

Dinwiddie

75

Petersburg City
Petersburg

Sources: Esri, HERE, Garmin, USGS, Intermap, INCREMENT P, NRCan, Esri Japan, METI, Esri China (Hong Kong), Esri Korea, Esri (Thailand), NGCC, © OpenStreetMap contributors, and the GIS User Community















District 90





**36** of the current districts were affected by changes.

**25** districts other than the **11** that were invalidated by the court ruling were also altered in some way.