IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> VIRGINIA STATE BOARD OF ) <br> ELECTIONS, et al., ) <br> ) <br> Defendants, ) <br> ) <br> ) | Civil Action No. 3:14-cv-852 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey A. Breit of Breit Drescher Imprevento, P.C. is admitted to practice in this Court, and enters his appearance as counsel for *amicus curiae* New Virginia Majority. Please note the following contact information for Jeffrey A. Breit:

Jeffrey A. Breit
Breit Drescher Imprevento, P.C.
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, VA 23451
Telephone: 757-670-3888
Facsimile: 757-670-3939
E-Mail: Jeffrey@breit.law

Dated: November 16, 2018

Respectfully submitted,

/s/
Jeffrey A. Breit (VSB No. 18876)
BREIT DRESCHER IMPREVENTO, P.C.
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Telephone: 757.622.6000
Facsimile: 757.670.3939
Email: Jeffrey@breit.law

*Counsel for Amicus Curiae New Virginia Majority*

Certificate of Service

I hereby certify that on this 16th day of November, 2018, I have electronically filed the foregoing document with the Clerk of Court using the United States District Court, Eastern District of Virginia, Richmond Division, CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

Dated:  November 16, 2018    Respectfully submitted,

/s/
Jeffrey A. Breit (VSB No. 18876)
BREIT DRESCHER IMPREVENTO, P.C.
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Telephone: 757.622.6000
Facsimile: 757.670.3939
Email: Jeffrey@breit.law

*Counsel for Amicus Curiae New Virginia Majority*