# EXHIBIT B

Plan: vaLD_W&M-Owens-mw-H311_H352_rk15b
Plan Type:

Administrator
User:

# Districts & Their Incumbents

Thursday, November 15, 2018                                                   1:52 PM

| District | Name | Party | Previous District |
|---|---|---|---|
| 001 | Terry Kilgore | R | 1 |
| 002 | Jennifer Carroll Foy | D | 2 |
| 003 | James Morefield | R | 3 |
| 004 | Todd Pillion | R | 4 |
| 005 | Israel O'Quinn | R | 5 |
| 006 | Jeffrey Campbell | R | 6 |
| 007 | L. Nick Rush | R | 7 |
| 008 | Gregory Habeeb | R | 8 |
| 009 | Charles Poindexter | R | 9 |
| 010 | Gwendolyn Gooditis | D | 10 |
| 011 | Sam Rasoul | D | 11 |
| 012 | Chris Hurst | D | 12 |
| 013 | Danica Roem | D | 13 |
| 014 | Daniel Marshall | R | 14 |
| 015 | C. Todd Gilbert | R | 15 |
| 016 | Leslie Adams | R | 16 |
| 017 | Christopher Head | R | 17 |
| 018 | Michael Webert | R | 18 |
| 019 | Terry Austin | R | 19 |
| 020 | Richard Bell | R | 20 |
| 021 | Kelly Convirs-Fowler | D | 21 |
| 022 | Kathy Byron | R | 22 |
| 023 | T. Scott Garrett | R | 23 |
| 024 | Benjamin Cline | R | 24 |
| 025 | R. Steve Landes | R | 25 |

Plan: vaLD_W&M-Owens-mw-H311-H352_rk1 Administrator:
Type: User:
Case 3:14-cv-00852-REP-AWA-BMK   Document 304-2   Filed 11/16/18   Page 3 of 5 PageID# 10360

| District | Name | Party | Previous District |
|---|---|---|---|
| 026 | Tony Wilt | R | 26 |
| 027 | Roxann Robinson | R | 27 |
| 028 | Robert Thomas | R | 28 |
| 029 | Christopher Collins | R | 29 |
| 030 | Nicholas Freitas | R | 30 |
| 031 | Elizabeth Guzman | D | 31 |
| 032 | David Reid | D | 32 |
| 033 | David LaRock | R | 33 |
| 034 | Kathleen Murphy | D | 34 |
| 035 | Mark Keam | D | 35 |
| 036 | Kenneth Plum | D | 36 |
| 037 | David Bulova | D | 37 |
| 038 | Kaye Kory | D | 38 |
| 039 | Vivian Watts | D | 39 |
| 040 | Timothy Hugo | R | 40 |
| 041 | Eileen Filler-Corn | D | 41 |
| 042 | Kathy Tran | D | 42 |
| 043 | Mark Sickles | D | 43 |
| 044 | Paul Krizek | D | 44 |
| 045 | Mark Levine | D | 45 |
| 046 | Charniele Herring | D | 46 |
| 047 | Patrick Hope | D | 47 |
| 048 | Richard Sullivan | D | 48 |
| 049 | Alfonso Lopez | D | 49 |
| 050 | Lee Carter | D | 50 |
| 051 | Hala Ayala | D | 51 |
| 052 | Luke Torian | D | 52 |
| 053 | Marcus Simon | D | 53 |
| 054 | Robert Orrock | R | 54 |
| 055 | Hyland Fowler | R | 55 |
| 056 | John McGuire | R | 56 |
| 057 | David Toscano | D | 57 |

| District | Name | Party | Previous District |
|---|---|---|---|
| 058 | Robert Bell | R | 58 |
| 059 | C. Matthew Fariss | R | 59 |
| 060 | James Edmunds | R | 60 |
| 061 | Thomas Wright | R | 61 |
| 062 | M. Kirkland Cox | R | 66 |
| 062 | Riley Ingram | R | 62 |
| 063 | Lashrecse Aird | D | 63 |
| 064 | Emily Brewer | R | 64 |
| 065 | R. Lee Ware | R | 65 |
| 066 | | | |
| 067 | Karrie Delaney | D | 67 |
| 068 | Dawn Adams | D | 68 |
| 068 | Betsy Carr | D | 69 |
| 069 | | | |
| 070 | | | |
| 071 | Delores McQuinn | D | 70 |
| 071 | Jeffrey Bourne | D | 71 |
| 072 | Schuyler VanValkenburg | D | 72 |
| 072 | Lamont Bagby | D | 74 |
| 073 | Debra Rodman | D | 73 |
| 074 | | | |
| 075 | Roslyn Tyler | D | 75 |
| 076 | S. Chris Jones | R | 76 |
| 077 | C. E. (Cliff) Hayes | D | 77 |
| 078 | James Leftwich | R | 78 |
| 079 | | | |
| 080 | Matthew James | D | 80 |
| 080 | Stephen Heretick | D | 79 |
| 081 | Barry Knight | R | 81 |
| 082 | Jason Miyares | R | 82 |
| 083 | Christopher Stolle | R | 83 |
| 084 | Glenn Davis | R | 84 |

| District | Name | Party | Previous District |
|---|---|---|---|
| 085 | Cheryl Turpin | D | 85 |
| 086 | Jennifer Boysko | D | 86 |
| 087 | John Bell | D | 87 |
| 088 | Mark Cole | R | 88 |
| 089 | Jerrauld Jones | D | 89 |
| 090 | Joseph Lindsey | D | 90 |
| 091 | Jeion Ward | D | 92 |
| 091 | Gordon Helsel | R | 91 |
| 092 | | | |
| 093 | Michael Mullin | D | 93 |
| 094 | | | |
| 095 | David Yancey | R | 94 |
| 095 | Marcia Price | D | 95 |
| 096 | Brenda Pogge | R | 96 |
| 097 | Christopher Peace | R | 97 |
| 098 | M. Keith Hodges | R | 98 |
| 099 | Margaret Ransone | R | 99 |
| 100 | Robert Bloxom | R | 100 |

| | |
|---|---|
| Number of Incumbents in District with more than one Incumbent: | 14 |
| Number of Districts with No Incumbent: | 7 |
| Number of Districts with Incumbents of more than one party: | 2 |
| Number of Districts with Paired Democrats: | 4 |
| Number of Districts with Paired Republicans: | 1 |