# EXHIBIT C

```
Redistricting Plan Comparison (RPC) for VA STATE HOUSE                                  [H311-H345]
                                                                                         Page 1
DLS 1_ENACTED-HB5005 with 2018-PTF-PropA(2018 inc.)


Plan 1: H311 DLS 1_ENACTED-HB5005
Plan 2: H345 2018-PTF-PropA-Nov02


 Dst    TotalPop    Same Dst    %Same    Diff Dst    %Diff    Member
===================================================================================================
   1      80,508      80,508    100.0           0      0.0    KILGORE, TERRY G. (REP)
   2      79,491      79,491    100.0           0      0.0    Foy, Jennifer D. Carroll (Dem)
   3      80,583      80,583    100.0           0      0.0    MOREFIELD, JAMES W. 'WILL' (REP)
   4      80,446      80,446    100.0           0      0.0    PILLION, TODD E. (REP)
   5      80,600      80,600    100.0           0      0.0    O'QUINN, ISRAEL D. (REP)
   6      79,608      79,608    100.0           0      0.0    CAMPBELL, JEFFREY L. (REP)
   7      80,146      80,146    100.0           0      0.0    RUSH, LARRY N. 'NICK' (REP)
   8      80,685      80,685    100.0           0      0.0    HABEEB, GREGORY D. (REP)
   9      80,574      80,574    100.0           0      0.0    POINDEXTER, CHARLES D. (REP)
  10      80,617      80,617    100.0           0      0.0    Gooditis, Wendy W. (Dem)
  11      80,132      80,132    100.0           0      0.0    Rasoul, S. (Sam) (Dem)
  12      80,492      80,492    100.0           0      0.0    Hurst, Chris L. (Dem)
  13      80,579      80,579    100.0           0      0.0    Roem, Danica A. (Dem)
  14      79,407      79,407    100.0           0      0.0    MARSHALL, D. W. 'DANNY', III (REP)
  15      80,630      80,630    100.0           0      0.0    GILBERT, C. TODD (REP)
  16      79,692      79,692    100.0           0      0.0    ADAMS, LES R. (REP)
  17      80,631      80,631    100.0           0      0.0    HEAD, CHRISTOPHER T. (REP)
  18      79,450      79,450    100.0           0      0.0    WEBERT, MICHAEL J. (REP)
  19      80,080      80,080    100.0           0      0.0    AUSTIN, TERRY L. (REP)
  20      79,334      79,334    100.0           0      0.0    BELL, RICHARD P. 'DICKIE' (REP)
  21      79,608      79,608    100.0           0      0.0    Convirs-Fowler, Kelly K. (Dem)
  22      79,307      79,307    100.0           0      0.0    BYRON, KATHY J. (REP)
  23      79,330      79,330    100.0           0      0.0    GARRETT, T. SCOTT (REP)
  24      79,678      79,678    100.0           0      0.0    CLINE, BEN L. (REP)
  25      80,011      80,011    100.0           0      0.0    LANDES, R. STEVEN 'STEVE' (REP)
  26      80,688      80,688    100.0           0      0.0    WILT, TONY O. (REP)
  27      79,381      49,126     61.9      30,255     38.1    ROBINSON, ROXANN L. (REP)
  28      79,304      79,304    100.0           0      0.0    THOMAS, ROBERT M. 'BOB' (REP)
  29      79,851      79,851    100.0           0      0.0    COLLINS, CHRISTOPHER E. (REP)
  30      80,583      80,583    100.0           0      0.0    FREITAS, NICHOLAS J. (REP)
  31      79,210      79,210    100.0           0      0.0    Guzman, Elizabeth R. (Dem)
  32      80,268      80,268    100.0           0      0.0    Reid, David A. (Dem)
  33      80,550      80,550    100.0           0      0.0    LAROCK, DAVE A. (REP)
  34      80,722      80,722    100.0           0      0.0    Murphy, Kathleen J. (Dem)
  35      80,213      80,213    100.0           0      0.0    Keam, Mark L. (Dem)
  36      79,746      79,746    100.0           0      0.0    Plum, Kenneth R. (Dem)
  37      80,255      80,255    100.0           0      0.0    Bulova, David L. (Dem)
  38      80,758      80,758    100.0           0      0.0    Kory, L. Kaye (Dem)
  39      80,710      80,710    100.0           0      0.0    Watts, Vivian E. (Dem)
  40      80,729      80,729    100.0           0      0.0    HUGO, TIMOTHY D. (REP)
  41      80,792      80,792    100.0           0      0.0    Filler-Corn, Eileen (Dem)
  42      79,964      79,964    100.0           0      0.0    Tran, Kathy K. L. (Dem)
  43      80,750      80,750    100.0           0      0.0    Sickles, Mark D. (Dem)
  44      80,796      80,796    100.0           0      0.0    Krizek, Paul E. (Dem)
  45      80,240      80,240    100.0           0      0.0    Levine, Mark H. (Dem)
  46      80,333      80,333    100.0           0      0.0    Herring, Charniele L. (Dem)
  47      80,757      80,757    100.0           0      0.0    Hope, Patrick A. (Dem)
  48      79,492      79,492    100.0           0      0.0    Sullivan, R.C. (Rip), Jr. (Dem)
  49      80,609      80,609    100.0           0      0.0    Lopez, Alfonso H. (Dem)
  50      80,677      80,677    100.0           0      0.0    Carter, Lee J. (Dem)
  51      80,372      80,372    100.0           0      0.0    Ayala, Hala S. (Dem)
  52      79,290      79,290    100.0           0      0.0    Torian, Luke E. (Dem)
  53      80,049      80,049    100.0           0      0.0    Simon, Marcus B. (Dem)
  54      80,155      80,155    100.0           0      0.0    ORROCK, ROBERT D. 'BOBBY' (REP)
  55      79,578      79,578    100.0           0      0.0    FOWLER, H. F. 'BUDDY', JR. (REP)
  56      79,271      62,624     79.0      16,647     21.0    MCGUIRE, JOHN J., III (REP)
  57      80,778      80,778    100.0           0      0.0    Toscano, David J. (Dem)
  58      80,767      80,767    100.0           0      0.0    BELL, ROBERT B., III (REP)
  59      79,345      79,345    100.0           0      0.0    FARISS, C. MATTHEW (REP)
  60      79,219      79,219    100.0           0      0.0    EDMUNDS, JAMES E., II (REP)
```

```
 61     79,792     79,792    100.0          0     0.0   WRIGHT, THOMAS C. 'TOMMY', JR. (REP)
 62     79,677     50,459     63.3     29,218    36.7   INGRAM, RILEY EDWARD (REP)
 63     79,602     63,839     80.2     15,763    19.8   @Aird, Lashrecse D. (Dem)
 64     79,262     62,164     78.4     17,098    21.6   BREWER, EMILY M. (REP)
 65     79,364     61,942     78.0     17,422    22.0   WARE, R. LEE, JR. (REP)
 66     79,397     75,257     94.8      4,140     5.2   COX, M. KIRKLAND 'KIRK' (REP)
 67     79,633     79,633    100.0          0     0.0   Delaney, Karrie K. (Dem)
 68     79,611     51,160     64.3     28,451    35.7   Adams, Dawn M. (Dem)
 69     79,386     54,600     68.8     24,786    31.2   @Carr, Betsy B. (Dem)
 70     79,382     30,813     38.8     48,569    61.2   @McQuinn, Delores L. (Dem)
 71     80,322     68,893     85.8     11,429    14.2   @Bourne, Jeff M. (Dem)
 72     80,764     48,857     60.5     31,907    39.5   VanValkenburg, Schuyler T. (Dem)
 73     80,135     55,117     68.8     25,018    31.2   Rodman, Debra H. (Dem)
 74     79,594     46,364     58.3     33,230    41.7   @Bagby, Lamont (Dem)
 75     79,295     67,902     85.6     11,393    14.4   Tyler, Roslyn C. (Dem)
 76     80,313     49,148     61.2     31,165    38.8   JONES, S. C. 'CHRIS' (REP)
 77     79,627     62,684     78.7     16,943    21.3   @Hayes, C. E. 'Cliff', Jr. (Dem)
 78     80,475     76,185     94.7      4,290     5.3   LEFTWICH, J. A. 'JAY', JR. (REP)
 79     80,243     68,248     85.1     11,995    14.9   Heretick, Steve E. (Dem)
 80     80,705     61,465     76.2     19,240    23.8   @James, Matthew (Dem)
 81     79,438     57,377     72.2     22,061    27.8   KNIGHT, BARRY D. (REP)
 82     80,463     69,680     86.6     10,783    13.4   MIYARES, JASON S. (REP)
 83     79,538     51,801     65.1     27,737    34.9   STOLLE, CHRIS P. (REP)
 84     80,281     73,307     91.3      6,974     8.7   DAVIS, GLENN R., JR. (REP)
 85     80,800     71,982     89.1      8,818    10.9   Turpin, Cheryl B. (Dem)
 86     80,747     80,747    100.0          0     0.0   Boysko, Jennifer B. (Dem)
 87     79,275     79,275    100.0          0     0.0   Bell, John J. (Dem)
 88     80,191     80,191    100.0          0     0.0   COLE, MARK L. (REP)
 89     79,614     49,026     61.6     30,588    38.4   @Jones, Jerrauld C. 'Jay' (Dem)
 90     80,425     34,775     43.2     45,650    56.8   @Lindsey, Joseph C. 'Joe' (Dem)
 91     79,229     65,178     82.3     14,051    17.7   HELSEL, GORDON C., JR. (REP)
 92     79,689     73,144     91.8      6,545     8.2   @Ward, Jeion A. (Dem)
 93     79,211     71,996     90.9      7,215     9.1   Mullin, Michael P. (Dem)
 94     79,429     55,040     69.3     24,389    30.7   YANCEY, DAVID E. (REP)
 95     80,071     55,278     69.0     24,793    31.0   @Price, Marcia S. 'Cia' (Dem)
 96     79,217     79,217    100.0          0     0.0   POGGE, BRENDA L. (REP)
 97     79,386     79,386    100.0          0     0.0   PEACE, CHRISTOPHER K. (REP)
 98     79,251     79,251    100.0          0     0.0   HODGES, M. KEITH (REP)
 99     80,332     80,332    100.0          0     0.0   RANSOME, MARGARET BEVANS (REP)
100     80,037     75,165     93.9      4,872     6.1   BLOXOM, ROBERT S., JR. (REP)


++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

     DLS 1_ENACTED-HB5005 with 2018-PTF-PropA(2018 inc.)

     Plan 1: H311 DLS 1_ENACTED-HB5005
     Plan 2: H345 2018-PTF-PropA-Nov02

           TotalPop    Same Dst   %Same     Diff Dst   %Diff
     =================================================================================
     SUM  8,001,024   7,337,589    91.7      663,435    8.3

     ------------------------------------------------------------------------------------

     Summary:

     1. 67 Districts the same in both plans.
     2. 33 Districts different between plans.
     3.  6 Districts LT 10% different.
     4.  2 Districts GT 50% different.

     Note: @ indicates a challenged district. Incumbents as of 2018.
     Note: Comparison is based upon identity of district number only.

============================================================================================
```