# EXHIBIT D

Case 3:14-cv-00852-REP-AWA-BMK   Document 304-4   Filed 11/16/18   Page 2 of 3 PageID# 10367

Redistricting Plan Comparison (RPC) for VA STATE HOUSE [H311-H346]
Page 1
DLS 1_ENACTED-HB5005 with 2018-PTF-PropB(2018 inc.)

```
Plan 1: H311 DLS 1_ENACTED-HB5005
Plan 2: H346 2018-PTF-PropB-Nov02

 Dst    TotalPop    Same Dst    %Same    Diff Dst    %Diff    Member
================================================================================
   1     80,508      80,508    100.0          0      0.0     KILGORE, TERRY G. (REP)
   2     79,491      79,491    100.0          0      0.0     Foy, Jennifer D. Carroll (Dem)
   3     80,583      80,583    100.0          0      0.0     MOREFIELD, JAMES W. 'WILL' (REP)
   4     80,446      80,446    100.0          0      0.0     PILLION, TODD E. (REP)
   5     80,600      80,600    100.0          0      0.0     O'QUINN, ISRAEL D. (REP)
   6     79,608      79,608    100.0          0      0.0     CAMPBELL, JEFFREY L. (REP)
   7     80,146      80,146    100.0          0      0.0     RUSH, LARRY N. 'NICK' (REP)
   8     80,685      80,685    100.0          0      0.0     HABEEB, GREGORY D. (REP)
   9     80,574      80,574    100.0          0      0.0     POINDEXTER, CHARLES D. (REP)
  10     80,617      80,617    100.0          0      0.0     Gooditis, Wendy W. (Dem)
  11     80,132      80,132    100.0          0      0.0     Rasoul, S. (Sam) (Dem)
  12     80,492      80,492    100.0          0      0.0     Hurst, Chris L. (Dem)
  13     80,579      80,579    100.0          0      0.0     Roem, Danica A. (Dem)
  14     79,407      79,407    100.0          0      0.0     MARSHALL, D. W. 'DANNY', III (REP)
  15     80,630      80,630    100.0          0      0.0     GILBERT, C. TODD (REP)
  16     79,692      79,692    100.0          0      0.0     ADAMS, LES R. (REP)
  17     80,631      80,631    100.0          0      0.0     HEAD, CHRISTOPHER T. (REP)
  18     79,450      79,450    100.0          0      0.0     WEBERT, MICHAEL J. (REP)
  19     80,080      80,080    100.0          0      0.0     AUSTIN, TERRY L. (REP)
  20     79,334      79,334    100.0          0      0.0     BELL, RICHARD P. 'DICKIE' (REP)
  21     79,608      79,608    100.0          0      0.0     Convirs-Fowler, Kelly K. (Dem)
  22     79,307      79,307    100.0          0      0.0     BYRON, KATHY J. (REP)
  23     79,330      79,330    100.0          0      0.0     GARRETT, T. SCOTT (REP)
  24     79,678      79,678    100.0          0      0.0     CLINE, BEN L. (REP)
  25     80,011      80,011    100.0          0      0.0     LANDES, R. STEVEN 'STEVE' (REP)
  26     80,688      80,688    100.0          0      0.0     WILT, TONY O. (REP)
  27     79,381      58,525     73.7     20,856     26.3     ROBINSON, ROXANN L. (REP)
  28     79,304      79,304    100.0          0      0.0     THOMAS, ROBERT M. 'BOB' (REP)
  29     79,851      79,851    100.0          0      0.0     COLLINS, CHRISTOPHER E. (REP)
  30     80,583      80,583    100.0          0      0.0     FREITAS, NICHOLAS J. (REP)
  31     79,210      79,210    100.0          0      0.0     Guzman, Elizabeth R. (Dem)
  32     80,268      80,268    100.0          0      0.0     Reid, David A. (Dem)
  33     80,550      80,550    100.0          0      0.0     LAROCK, DAVE A. (REP)
  34     80,722      80,722    100.0          0      0.0     Murphy, Kathleen J. (Dem)
  35     80,213      80,213    100.0          0      0.0     Keam, Mark L. (Dem)
  36     79,746      79,746    100.0          0      0.0     Plum, Kenneth R. (Dem)
  37     80,255      80,255    100.0          0      0.0     Bulova, David L. (Dem)
  38     80,758      80,758    100.0          0      0.0     Kory, L. Kaye (Dem)
  39     80,710      80,710    100.0          0      0.0     Watts, Vivian E. (Dem)
  40     80,729      80,729    100.0          0      0.0     HUGO, TIMOTHY D. (REP)
  41     80,792      80,792    100.0          0      0.0     Filler-Corn, Eileen (Dem)
  42     79,964      79,964    100.0          0      0.0     Tran, Kathy K. L. (Dem)
  43     80,750      80,750    100.0          0      0.0     Sickles, Mark D. (Dem)
  44     80,796      80,796    100.0          0      0.0     Krizek, Paul E. (Dem)
  45     80,240      80,240    100.0          0      0.0     Levine, Mark H. (Dem)
  46     80,333      80,333    100.0          0      0.0     Herring, Charniele L. (Dem)
  47     80,757      80,757    100.0          0      0.0     Hope, Patrick A. (Dem)
  48     79,492      79,492    100.0          0      0.0     Sullivan, R.C. (Rip), Jr. (Dem)
  49     80,609      80,609    100.0          0      0.0     Lopez, Alfonso H. (Dem)
  50     80,677      80,677    100.0          0      0.0     Carter, Lee J. (Dem)
  51     80,372      80,372    100.0          0      0.0     Ayala, Hala S. (Dem)
  52     79,290      79,290    100.0          0      0.0     Torian, Luke E. (Dem)
  53     80,049      80,049    100.0          0      0.0     Simon, Marcus B. (Dem)
  54     80,155      80,155    100.0          0      0.0     ORROCK, ROBERT D. 'BOBBY' (REP)
  55     79,578      79,578    100.0          0      0.0     FOWLER, H. F. 'BUDDY', JR. (REP)
  56     79,271      73,637     92.9      5,634      7.1     MCGUIRE, JOHN J., III (REP)
  57     80,778      80,778    100.0          0      0.0     Toscano, David J. (Dem)
  58     80,767      80,767    100.0          0      0.0     BELL, ROBERT B., III (REP)
  59     79,345      79,345    100.0          0      0.0     FARISS, C. MATTHEW (REP)
  60     79,219      79,219    100.0          0      0.0     EDMUNDS, JAMES E., II (REP)
```

```
 61    79,792    79,792   100.0         0    0.0   WRIGHT, THOMAS C. 'TOMMY', JR. (REP)
 62    79,677    49,756    62.4    29,921   37.6   INGRAM, RILEY EDWARD (REP)
 63    79,602    63,839    80.2    15,763   19.8   @Aird, Lashrecse D. (Dem)
 64    79,262    62,164    78.4    17,098   21.6   BREWER, EMILY M. (REP)
 65    79,364    73,360    92.4     6,004    7.6   WARE, R. LEE, JR. (REP)
 66    79,397    79,397   100.0         0    0.0   COX, M. KIRKLAND 'KIRK' (REP)
 67    79,633    79,633   100.0         0    0.0   Delaney, Karrie K. (Dem)
 68    79,611    62,389    78.4    17,222   21.6   Adams, Dawn M. (Dem)
 69    79,386    57,386    72.3    22,000   27.7   @Carr, Betsy B. (Dem)
 70    79,382    30,176    38.0    49,206   62.0   @McQuinn, Delores L. (Dem)
 71    80,322    68,893    85.8    11,429   14.2   @Bourne, Jeff M. (Dem)
 72    80,764    49,605    61.4    31,159   38.6   VanValkenburg, Schuyler T. (Dem)
 73    80,135    55,117    68.8    25,018   31.2   Rodman, Debra H. (Dem)
 74    79,594    56,564    71.1    23,030   28.9   @Bagby, Lamont (Dem)
 75    79,295    67,902    85.6    11,393   14.4   Tyler, Roslyn C. (Dem)
 76    80,313    49,148    61.2    31,165   38.8   JONES, S. C. 'CHRIS' (REP)
 77    79,627    62,684    78.7    16,943   21.3   @Hayes, C. E. 'Cliff', Jr. (Dem)
 78    80,475    76,185    94.7     4,290    5.3   LEFTWICH, J. A. 'JAY', JR. (REP)
 79    80,243    68,248    85.1    11,995   14.9   Heretick, Steve E. (Dem)
 80    80,705    61,465    76.2    19,240   23.8   @James, Matthew (Dem)
 81    79,438    57,377    72.2    22,061   27.8   KNIGHT, BARRY D. (REP)
 82    80,463    69,680    86.6    10,783   13.4   MIYARES, JASON S. (REP)
 83    79,538    51,801    65.1    27,737   34.9   STOLLE, CHRIS P. (REP)
 84    80,281    73,307    91.3     6,974    8.7   DAVIS, GLENN R., JR. (REP)
 85    80,800    71,982    89.1     8,818   10.9   Turpin, Cheryl B. (Dem)
 86    80,747    80,747   100.0         0    0.0   Boysko, Jennifer B. (Dem)
 87    79,275    79,275   100.0         0    0.0   Bell, John J. (Dem)
 88    80,191    80,191   100.0         0    0.0   COLE, MARK L. (REP)
 89    79,614    49,026    61.6    30,588   38.4   @Jones, Jerrauld C. 'Jay' (Dem)
 90    80,425    34,775    43.2    45,650   56.8   @Lindsey, Joseph C. 'Joe' (Dem)
 91    79,229    65,178    82.3    14,051   17.7   HELSEL, GORDON C., JR. (REP)
 92    79,689    73,144    91.8     6,545    8.2   @Ward, Jeion A. (Dem)
 93    79,211    71,996    90.9     7,215    9.1   Mullin, Michael P. (Dem)
 94    79,429    55,040    69.3    24,389   30.7   YANCEY, DAVID E. (REP)
 95    80,071    55,278    69.0    24,793   31.0   @Price, Marcia S. 'Cia' (Dem)
 96    79,217    79,217   100.0         0    0.0   POGGE, BRENDA L. (REP)
 97    79,386    79,386   100.0         0    0.0   PEACE, CHRISTOPHER K. (REP)
 98    79,251    79,251   100.0         0    0.0   HODGES, M. KEITH (REP)
 99    80,332    80,332   100.0         0    0.0   RANSOME, MARGARET BEVANS (REP)
100    80,037    75,165    93.9     4,872    6.1   BLOXOM, ROBERT S., JR. (REP)


++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

    DLS 1_ENACTED-HB5005 with 2018-PTF-PropB(2018 inc.)

    Plan 1: H311 DLS 1_ENACTED-HB5005
    Plan 2: H346 2018-PTF-PropB-Nov02

          TotalPop   Same Dst   %Same    Diff Dst   %Diff
====================================================================================
    SUM  8,001,024  7,397,182    92.5     603,842    7.5

------------------------------------------------------------------------------------

    Summary:

    1. 68 Districts the same in both plans.
    2. 32 Districts different between plans.
    3.  7 Districts LT 10% different.
    4.  2 Districts GT 50% different.

    Note: @ indicates a challenged district. Incumbents as of 2018.
    Note: Comparison is based upon identity of district number only.

====================================================================================
```