# EXHIBIT E

```
Redistricting Plan Comparison (RPC) for VA STATE HOUSE                           [H311-H343]
                                                                                    Page 1
DLS 1_ENACTED-HB5005 with DLS-9b_2018-HB7002-2-PropSub(2018 inc.)


Plan 1: H311 DLS 1_ENACTED-HB5005
Plan 2: H343 DLS-9b_2018-HB7002-2-PropSub

 Dst    TotalPop    Same Dst    %Same     Diff Dst    %Diff    Member
================================================================================================
   1      80,508      80,508    100.0           0      0.0    KILGORE, TERRY G. (REP)
   2      79,491      79,491    100.0           0      0.0    Foy, Jennifer D. Carroll (Dem)
   3      80,583      80,583    100.0           0      0.0    MOREFIELD, JAMES W. 'WILL' (REP)
   4      80,446      80,446    100.0           0      0.0    PILLION, TODD E. (REP)
   5      80,600      80,600    100.0           0      0.0    O'QUINN, ISRAEL D. (REP)
   6      79,608      79,608    100.0           0      0.0    CAMPBELL, JEFFREY L. (REP)
   7      80,146      80,146    100.0           0      0.0    RUSH, LARRY N. 'NICK' (REP)
   8      80,685      80,685    100.0           0      0.0    HABEEB, GREGORY D. (REP)
   9      80,574      80,574    100.0           0      0.0    POINDEXTER, CHARLES D. (REP)
  10      80,617      80,617    100.0           0      0.0    Gooditis, Wendy W. (Dem)
  11      80,132      80,132    100.0           0      0.0    Rasoul, S. (Sam) (Dem)
  12      80,492      80,492    100.0           0      0.0    Hurst, Chris L. (Dem)
  13      80,579      80,579    100.0           0      0.0    Roem, Danica A. (Dem)
  14      79,407      79,407    100.0           0      0.0    MARSHALL, D. W. 'DANNY', III (REP)
  15      80,630      80,630    100.0           0      0.0    GILBERT, C. TODD (REP)
  16      79,692      79,692    100.0           0      0.0    ADAMS, LES R. (REP)
  17      80,631      80,631    100.0           0      0.0    HEAD, CHRISTOPHER T. (REP)
  18      79,450      79,450    100.0           0      0.0    WEBERT, MICHAEL J. (REP)
  19      80,080      80,080    100.0           0      0.0    AUSTIN, TERRY L. (REP)
  20      79,334      79,334    100.0           0      0.0    BELL, RICHARD P. 'DICKIE' (REP)
  21      79,608      79,608    100.0           0      0.0    Convirs-Fowler, Kelly K. (Dem)
  22      79,307      79,307    100.0           0      0.0    BYRON, KATHY J. (REP)
  23      79,330      79,330    100.0           0      0.0    GARRETT, T. SCOTT (REP)
  24      79,678      79,678    100.0           0      0.0    CLINE, BEN L. (REP)
  25      80,011      80,011    100.0           0      0.0    LANDES, R. STEVEN 'STEVE' (REP)
  26      80,688      80,688    100.0           0      0.0    WILT, TONY O. (REP)
  27      79,381      58,909     74.2      20,472     25.8    ROBINSON, ROXANN L. (REP)
  28      79,304      79,304    100.0           0      0.0    THOMAS, ROBERT M. 'BOB' (REP)
  29      79,851      79,851    100.0           0      0.0    COLLINS, CHRISTOPHER E. (REP)
  30      80,583      80,583    100.0           0      0.0    FREITAS, NICHOLAS J. (REP)
  31      79,210      79,210    100.0           0      0.0    Guzman, Elizabeth R. (Dem)
  32      80,268      80,268    100.0           0      0.0    Reid, David A. (Dem)
  33      80,550      80,550    100.0           0      0.0    LAROCK, DAVE A. (REP)
  34      80,722      80,722    100.0           0      0.0    Murphy, Kathleen J. (Dem)
  35      80,213      80,213    100.0           0      0.0    Keam, Mark L. (Dem)
  36      79,746      79,746    100.0           0      0.0    Plum, Kenneth R. (Dem)
  37      80,255      80,255    100.0           0      0.0    Bulova, David L. (Dem)
  38      80,758      80,758    100.0           0      0.0    Kory, L. Kaye (Dem)
  39      80,710      80,710    100.0           0      0.0    Watts, Vivian E. (Dem)
  40      80,729      80,729    100.0           0      0.0    HUGO, TIMOTHY D. (REP)
  41      80,792      80,792    100.0           0      0.0    Filler-Corn, Eileen (Dem)
  42      79,964      79,964    100.0           0      0.0    Tran, Kathy K. L. (Dem)
  43      80,750      80,750    100.0           0      0.0    Sickles, Mark D. (Dem)
  44      80,796      80,796    100.0           0      0.0    Krizek, Paul E. (Dem)
  45      80,240      80,240    100.0           0      0.0    Levine, Mark H. (Dem)
  46      80,333      80,333    100.0           0      0.0    Herring, Charniele L. (Dem)
  47      80,757      80,757    100.0           0      0.0    Hope, Patrick A. (Dem)
  48      79,492      79,492    100.0           0      0.0    Sullivan, R.C. (Rip), Jr. (Dem)
  49      80,609      80,609    100.0           0      0.0    Lopez, Alfonso H. (Dem)
  50      80,677      80,677    100.0           0      0.0    Carter, Lee J. (Dem)
  51      80,372      80,372    100.0           0      0.0    Ayala, Hala S. (Dem)
  52      79,290      79,290    100.0           0      0.0    Torian, Luke E. (Dem)
  53      80,049      80,049    100.0           0      0.0    Simon, Marcus B. (Dem)
  54      80,155      80,155    100.0           0      0.0    ORROCK, ROBERT D. 'BOBBY' (REP)
  55      79,578      79,578    100.0           0      0.0    FOWLER, H. F. 'BUDDY', JR. (REP)
  56      79,271      79,271    100.0           0      0.0    MCGUIRE, JOHN J., III (REP)
  57      80,778      80,778    100.0           0      0.0    Toscano, David J. (Dem)
  58      80,767      80,767    100.0           0      0.0    BELL, ROBERT B., III (REP)
  59      79,345      79,345    100.0           0      0.0    FARISS, C. MATTHEW (REP)
  60      79,219      79,219    100.0           0      0.0    EDMUNDS, JAMES E., II (REP)
```

```
 61    79,792    79,792   100.0         0     0.0   WRIGHT, THOMAS C. 'TOMMY', JR. (REP)
 62    79,677    58,261    73.1    21,416    26.9   INGRAM, RILEY EDWARD (REP)
 63    79,602    63,839    80.2    15,763    19.8   @Aird, Lashrecse D. (Dem)
 64    79,262    58,234    73.5    21,028    26.5   BREWER, EMILY M. (REP)
 65    79,364    79,364   100.0         0     0.0   WARE, R. LEE, JR. (REP)
 66    79,397    60,791    76.6    18,606    23.4   COX, M. KIRKLAND 'KIRK' (REP)
 67    79,633    79,633   100.0         0     0.0   Delaney, Karrie K. (Dem)
 68    79,611    56,736    71.3    22,875    28.7   Adams, Dawn M. (Dem)
 69    79,386    59,301    74.7    20,085    25.3   @Carr, Betsy B. (Dem)
 70    79,382    53,434    67.3    25,948    32.7   @McQuinn, Delores L. (Dem)
 71    80,322    61,794    76.9    18,528    23.1   @Bourne, Jeff M. (Dem)
 72    80,764    62,068    76.9    18,696    23.1   VanValkenburg, Schuyler T. (Dem)
 73    80,135    58,693    73.2    21,442    26.8   Rodman, Debra H. (Dem)
 74    79,594    52,352    65.8    27,242    34.2   @Bagby, Lamont (Dem)
 75    79,295    69,109    87.2    10,186    12.8   Tyler, Roslyn C. (Dem)
 76    80,313    62,048    77.3    18,265    22.7   JONES, S. C. 'CHRIS' (REP)
 77    79,627    62,684    78.7    16,943    21.3   @Hayes, C. E. 'Cliff', Jr. (Dem)
 78    80,475    77,562    96.4     2,913     3.6   LEFTWICH, J. A. 'JAY', JR. (REP)
 79    80,243    50,257    62.6    29,986    37.4   Heretick, Steve E. (Dem)
 80    80,705    52,399    64.9    28,306    35.1   @James, Matthew (Dem)
 81    79,438    67,186    84.6    12,252    15.4   KNIGHT, BARRY D. (REP)
 82    80,463    80,463   100.0         0     0.0   MIYARES, JASON S. (REP)
 83    79,538    78,490    98.7     1,048     1.3   STOLLE, CHRIS P. (REP)
 84    80,281    80,281   100.0         0     0.0   DAVIS, GLENN R., JR. (REP)
 85    80,800    78,635    97.3     2,165     2.7   Turpin, Cheryl B. (Dem)
 86    80,747    80,747   100.0         0     0.0   Boysko, Jennifer B. (Dem)
 87    79,275    79,275   100.0         0     0.0   Bell, John J. (Dem)
 88    80,191    80,191   100.0         0     0.0   COLE, MARK L. (REP)
 89    79,614    72,859    91.5     6,755     8.5   @Jones, Jerrauld C. 'Jay' (Dem)
 90    80,425    73,745    91.7     6,680     8.3   @Lindsey, Joseph C. 'Joe' (Dem)
 91    79,229    60,905    76.9    18,324    23.1   HELSEL, GORDON C., JR. (REP)
 92    79,689    63,918    80.2    15,771    19.8   @Ward, Jeion A. (Dem)
 93    79,211    60,830    76.8    18,381    23.2   Mullin, Michael P. (Dem)
 94    79,429    71,908    90.5     7,521     9.5   YANCEY, DAVID E. (REP)
 95    80,071    58,585    73.2    21,486    26.8   @Price, Marcia S. 'Cia' (Dem)
 96    79,217    79,217   100.0         0     0.0   POGGE, BRENDA L. (REP)
 97    79,386    72,825    91.7     6,561     8.3   PEACE, CHRISTOPHER K. (REP)
 98    79,251    79,251   100.0         0     0.0   HODGES, M. KEITH (REP)
 99    80,332    80,332   100.0         0     0.0   RANSOME, MARGARET BEVANS (REP)
100    80,037    78,544    98.1     1,493     1.9   BLOXOM, ROBERT S., JR. (REP)


++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

    DLS 1_ENACTED-HB5005 with DLS-9b_2018-HB7002-2-PropSub(2018 inc.)

    Plan 1: H311 DLS 1_ENACTED-HB5005
    Plan 2: H343 DLS-9b_2018-HB7002-2-PropSub

          TotalPop   Same Dst   %Same     Diff Dst   %Diff
========================================================================================
    SUM  8,001,024  7,523,887    94.0      477,137     6.0

----------------------------------------------------------------------------------------

    Summary:

    1. 70 Districts the same in both plans.
    2. 30 Districts different between plans.
    3.  8 Districts LT 10% different.
    4.  0 Districts GT 50% different.

    Note: @ indicates a challenged district. Incumbents as of 2018.
    Note: Comparison is based upon identity of district number only.

========================================================================================
```