# APPENDIX C

