# APPENDIX D

NOTE: Change to the Virginia 2010 P.L. 94-171 Summary File data as delivered

We were recently alerted to an error with the census block level population counts in the Norfolk area following the release of the Public Law (P.L.) 94-171 data for the Commonwealth of Virginia.

State and municipal officials discovered this error when they began analyzing the data for the Norfolk area and noticed that a census block, which should have contained a large portion of the Norfolk Naval Station, was showing a population of approximately 20,000 fewer people than projected.  Moreover, a nearby census block contained a much higher population than anticipated.

The U.S. Census Bureau determined that this error was the result of a geocoding discrepancy.  Such discrepancies can occur when a living quarter, such as a house, apartment, or military vessel, is placed in an incorrect location.  In this instance, ships ported at the Norfolk Naval Station were incorrectly located in Block 51710 0038.001000.  These ships correctly belong in Block 51710 0009.02 1044, approximately three miles to the north of the incorrect block.

The Census Bureau has provided new population counts that enable data users to correct the census populations for these two blocks.  The enclosed errata table shows the updated population counts for the two blocks affected by this error.  We are also transmitting this updated block information by mail to the Virginia General Assembly.  We will post errata notices on both our Redistricting Data Program Web site and the American FactFinder, the 2010 Census dissemination Web site.

 This new information should allow the City of Norfolk, the General Assembly, and other data users to correct for the error in the P.L. 94-171 data, as well as subsequent data products.  Based on discussions with representatives from the General Assembly, we are confident that this solution will enable the General Assembly to proceed with redistricting on schedule.

Norfolk Errata

| | Corrected Block 51710 0038.00 1000 | Corrected Block 51710 0009.02 1044 | Original (PL) Block 51710 0038.00 1000 | Original (PL) Block 51710 0009.02 1044 |
|---|---|---|---|---|
| **RACE** | | | | |
| Universe: Total population | | | | |
| Total | 73 | 19,279 | 19,352 | 0 |
| White alone | 37 | 11,702 | 11,739 | 0 |
| Black or African American alone | 20 | 5119 | 5,139 | 0 |
| American Indian and Alaska Native alone | 0 | 202 | 202 | 0 |
| Asian alone | 11 | 679 | 690 | 0 |
| Native Hawaiian and Other Pacific Islander alone | 1 | 73 | 74 | 0 |
| Some Other Race alone | 3 | 784 | 787 | 0 |
| Population of Two or More Races | 1 | 720 | 721 | 0 |
| **HISPANIC OR LATINO, AND NOT HISPANIC OR LATINO** | | | | |
| Universe: Total population | | | | |
| Total | 73 | 19,279 | 19,352 | 0 |
| Hispanic or Latino | 6 | 2,584 | 2,590 | 0 |
| Not Hispanic or Latino | 67 | 16,695 | 16,762 | 0 |
| **RACE FOR THE POPULATION 18 YEARS AND OVER** | | | | |
| Universe: Total population 18 years and over | | | | |
| Total | 69 | 19,278 | 19,347 | 0 |
| White alone | 33 | 11,702 | 11,735 | 0 |
| Black or African American alone | 20 | 5118 | 5,138 | 0 |
| American Indian and Alaska Native alone | 0 | 202 | 202 | 0 |
| Asian alone | 11 | 679 | 690 | 0 |
| Native Hawaiian and Other Pacific Islander alone | 1 | 73 | 74 | 0 |
| Some Other Race alone | 3 | 784 | 787 | 0 |
| Population of Two or More Races | 1 | 720 | 721 | 0 |
| **HISPANIC OR LATINO, AND NOT HISPANIC OR LATINO BY FOR THE POPULATION 18 YEARS AND OVER** | | | | |
| Universe: Total population 18 years and over | | | | |
| Total | 69 | 19,278 | 19,347 | 0 |
| Hispanic or Latino | 6 | 2,584 | 2,590 | 0 |
| Not Hispanic or Latino | 63 | 16,694 | 16,757 | 0 |
| **OCCUPANCY STATUS** | | | | |
| Universe: Housing units | | | | |
| Total: | 5 | 0 | 5 | 0 |
| Occupied | 5 | 0 | 5 | 0 |
| Vacant | 0 | 0 | 0 | 0 |