

1415 West Highway 54, Suite 101    P: 919-323-3380
Durham, NC 27707    F: 919-323-3942

**SOUTHERN COALITION** *for* **SOCIAL JUSTICE**



**VIA FEDEX**

November 19, 2018

Hon. Robert E. Payne, U.S.D.J.
United States District Court Eastern District of Virginia
Spottswood W. Robinson III and Robert R. Merhige, Jr., Federal Courthouse
701 East Broad Street
Richmond, VA 23219

       Re: <u>Bethune-Hill, et al. v. Va. State Board of Elections, et al.</u>,
           14-cv-852-REP-AWA-BMK (E.D. Va.)

Your Honor:

       We are counsel for non-party the Virginia State Conference of NAACP Branches ("the Virginia NAACP") and submit for the Court's consideration the enclosed CD-ROM in accordance with the Court's Order dated November 15, 2018 (Dkt. 298) concerning the submission of an amended proposed plan. The enclosed CD-ROM contains Shapefiles and Block Equivalency Files compatible with Maptitude for Redistricting Software that correspond to the proposed remedial redistricting plan that was submitted on behalf of the Virginia NAACP on November 2, 2018 and to the Virginia NAACP's response to the Court's November 15, 2018 Order. Enclosed are also hard copies of the Exhibits included in the Virginia NAACP's response to the Court's November 15, 2018 Order.

                                     Respectfully submitted,

                                     Allison Riggs (admitted pro hac vice)
                                     Jeff Loperfido (admitted pro hac vice)
                                     allisonriggs@southerncoalition.org
                                     jeffloperfido@scsj.org

                                     David O. Prince (VA State Bar # 17044)
                                     411 East Franklin Street
                                     Richmond, VA 23219
                                     princelaw@aol.com
                                     *Counsel for the Virginia NAACP*



**SCSJ**    www.southerncoalition.org                                    *Empowering people and communities who change the world*
                                                                                                  SCSJ is a 501(c)(3) nonprofit organization.