IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



**GOLDEN BETHUNE-HILL,** *et al.,*

    **Plaintiffs,**

v.                                    Civil Action No. 3:14-cv-852

**VIRGINIA STATE BOARD OF
ELECTIONS,** *et al.,*

    **Defendants.**

## ORDER

After consultation with the special master, the Court hereby ORDERS the state defendants to provide Division of Legislative Services (DLS) employees Kent Stigall, Julie Smith, and Amigo Wade the residential addresses of the current incumbents in the House of Delegates along with the numbers of the districts that each incumbent represents. If possible, the location information should be matched to applicable census blocks. The submission should be received no later than 5:00 p.m. on November 30, 2018. The special master and DLS staff shall maintain the confidentiality of such information pending further order of the Court.

It is so ORDERED.

                                            /s/
                                  For the Court
                                  Barbara Milano Keenan
                                  United States Circuit Judge

Richmond, Virginia
Date: November 28, 2018