IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.     Civil Action No. 3:14-cv-852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

**ORDER**

Having conferred with the Special Master, and finding it appropriate to do so, it is hereby ORDERED that the Court's scheduling ORDER (ECF No. 278) is supplemented such that, on December 28, 2018, the Special Master shall file comments addressing the objections of the parties and non-parties, if any, provided on December 14, 2018 (ECF No. 278 ¶ 4).

The Clerk is directed to send a copy of this Order to the Special Master.

It is so ORDERED.

                     /s/ REP
                    Robert E. Payne
                    Senior United States District Judge
                    For the Court

Richmond, Virginia
Date: November 28, 2018