IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| Golden Bethune-Hill, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>Virginia State Board of Elections, *et al.*,<br><br>    Defendants. | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |

### Renewed Motion for Stay Pending Appeal and Motion for Order Resetting Virginia House Election Dates

Pursuant to Federal Rule of Civil Procedure 62(c), Defendant-Intervenors respectfully renew their motion for a stay pending their appeal of this Court's permanent injunction to the Supreme Court. Defendant-Intervenors respectfully request that the Court stay all ongoing remedial proceedings and stay enforcement of its permanent injunction.

Alternatively, Defendant-Intervenors move the Court for an order resetting the dates of Virginia House of Delegates primary elections and nominating events and related deadlines to accommodate the Supreme Court's schedule in reviewing Defendant-Intervenors' appeal and the upcoming 2019 elections. Defendant-Intervenors propose the following election-related deadlines and dates for the House of Delegates elections:

| Deadline for candidate qualification | July 17, 2019 |
|---|---|
| Deadline for party officials to notify state election officials of the names of qualified candidates | July 22, 2019 |
| Deadline for primaries or nominating conventions | September 10, 2019 |

The bases for the relief requested in this motion are stated in the accompanying brief in support of this motion.

Dated: November 28, 2018               Respectfully Submitted,

*/s/  Katherine L. McKnight*
Katherine L. McKnight (VSB No. 81482)
Richard B. Raile (VSB No. 84340)
E. Mark Braden (*pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
kmcknight@bakerlaw.com
rraile@bakerlaw.com
mbraden@bakerlaw.com

*Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker M. Kirkland Cox*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of November, 2018, a copy of the foregoing was filed and served on all counsel of record pursuant to the Court's electronic filing procedures using the Court's CM/ECF system.

<u>*/s/ Katherine L. McKnight*</u>
Katherine L. McKnight (VSB No. 81482)
Richard B. Raile (VSB No. 84340)
E. Mark Braden (*pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
kmcknight@bakerlaw.com
rraile@bakerlaw.com
mbraden@bakerlaw.com

*Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker M. Kirkland Cox*