IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| Golden Bethune-Hill, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Virginia State Board of Elections, *et al.*, <br><br> Defendants. | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |

## [Proposed] Order

Upon consideration of Defendant-Intervenors' Renewed Motion for Stay Pending Appeal and Motion for Order Resetting Virginia House Election Dates, it is hereby ordered that Defendant-Intervenors' motion is GRANTED. The Court's permanent injunction, *see* ECF No. 235, and all remedial proceedings are hereby stayed pending appeal.

_____
Barbara Milano Keenan
United States Court of Appeals Judge

_____
Arenda L. Wright Allen
United States District Court Judge

_____
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: December \_\_\_, 2018