IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| Golden Bethune-Hill, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Virginia State Board of Elections, *et al.*, <br><br> Defendants. | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |

**[Alternative Proposed] Order**

Upon consideration of Defendant-Intervenors' Renewed Motion for Stay Pending Appeal and Motion for Order Resetting Virginia House Election Dates, it is hereby ordered that Defendant-Intervenors' motion is GRANTED. The ongoing remedial-proceeding deadlines are hereby suspended and held in abeyance pending further order of the Court. The Court orders Defendants to conduct the Virginia House of Delegates elections in 2019 according to the following schedule:

| Deadline for candidate qualification | July 17, 2019 |
|---|---|
| Deadline for party officials to notify state election officials of the names of qualified candidates | July 22, 2019 |
| Deadline for primaries or nominating conventions | September 10, 2019 |

Any election deadlines set by a provision of Virginia statute or administrative code according to these deadlines shall change to be in accord with these deadlines. The State Board of Elections and Department of Elections, however, are relieved of any statutory deadlines governing the timing of ballot printing or mailing or

making available of absentee ballots so long as they make a good faith effort to accomplish these requirements as far in advance of deadlines as is practicable. Any further election issues or deadlines needed to be addressed for the purpose of effectuating this order or administering elections effectively should be raised with the Court by an appropriate motion.

 

_____
Barbara Milano Keenan
United States Court of Appeals Judge

_____
Arenda L. Wright Allen
United States District Court Judge

_____
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: December ___, 2018