IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| Golden Bethune-Hill, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Virginia State Board of Elections, *et al.*, <br><br> Defendants. | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |

**Motion To Expedite Briefing and Memorandum in Support**

Pursuant to Local Rule 7, Defendant-Intervenors hereby move the Court to expedite briefing on their Motion for Stay Pending Appeal and Motion for Order Resetting Virginia House Election Dates. Defendant-Intervenors respectfully request that the Court set the following schedule:

- December 3, 2018: Responsive briefs are due from Plaintiffs and Defendants.
- December 4, 2018: Reply brief is due from Defendant-Intervenors.

Expedited briefing and decision on this motion are necessary because the motion concerns the upcoming election year, and, however this Court rules on the motion, it will likely be appealed to the Supreme Court. This case presents issues of exceptional importance. If there were any doubt of that, the Supreme Court's order scheduling the case for full briefing and argument on the merits confirms it yet again. It is, furthermore, clear beyond reasonable debate that, however the Supreme Court rules, its ruling should be implemented in the actual elections

administered in 2019. The Court should move quickly to aid the Supreme Court in that process.

Accordingly, Defendant-Intervenors respectfully request that the Court enter an order setting the expedited briefing schedule above. Counsel for Defendant-Intervenors conferred with counsel for Plaintiffs and Defendants on the relief requested in this motion, and understand that Plaintiffs oppose this motion and Defendants take no position on this motion.

Dated: November 28, 2018          Respectfully Submitted,

*/s/ Katherine L. McKnight*
Katherine L. McKnight (VSB No. 81482)
Richard B. Raile (VSB No. 84340)
E. Mark Braden (*pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
kmcknight@bakerlaw.com
rraile@bakerlaw.com
mbraden@bakerlaw.com

*Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker M. Kirkland Cox*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of November, 2018, a copy of the foregoing was filed and served on all counsel of record pursuant to the Court's electronic filing procedures using the Court's CM/ECF system.

<u>/s/ Katherine L. McKnight</u><br>
Katherine L. McKnight (VSB No. 81482)<br>
Richard B. Raile (VSB No. 84340)<br>
E. Mark Braden (<i>pro hac vice</i>)<br>
BAKER & HOSTETLER LLP<br>
1050 Connecticut Ave NW, Suite 1100<br>
Washington, DC 20036<br>
Tel: (202) 861-1500<br>
Fax: (202) 861-1783<br>
kmcknight@bakerlaw.com<br>
rraile@bakerlaw.com<br>
mbraden@bakerlaw.com

*Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker M. Kirkland Cox*