IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| Golden Bethune-Hill, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Virginia State Board of Elections, *et al.*, <br><br> Defendants. | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |

## [Proposed] Order

Upon consideration of Defendant-Intervenors' Motion To Expedite Briefing, it is hereby ordered that Defendant-Intervenors' motion is GRANTED. The Court hereby sets the following briefing schedule:

- December 3, 2018: Responsive briefs are due from Plaintiffs and Defendants.
- December 4, 2018: Reply brief is due from Defendant-Intervenors.

_____
Robert E. Payne
For the Court
Senior United States District Judge

Richmond, Virginia
Date: December \_\_\_, 2018