# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

November 13, 2018

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States District Court for the Eastern District
of Virginia
P.O. Box 21449
200 S. Washington St.
Alexandria, VA 22314

Re: Virginia House of Delegates, et al.
v. Golden Bethune-Hill, et al.
No. 18-281
(Your No. 3:14cv852)



RECEIVED
MAILROOM
26 2018
CLERK, U.S. DISTRI[CT]
ALEXANDRIA, V[A]

Dear Clerk:

The Court today entered the following order in the above-entitled case:

Further consideration of the question of jurisdiction is postponed to the hearing of the case on the merits. In addition to the questions presented by the jurisdictional statement, the parties are directed to fully brief the following question: Whether appellants have standing to bring this appeal.

Sincerely,

Scott S. Harris, Clerk