

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**GOLDEN BETHUNE-HILL,** *et al.*,

    **Plaintiffs,**

v.                                                                  Civil Action No. 3:14-cv-852

**VIRGINIA STATE BOARD OF ELECTIONS,** *et al.*,

    **Defendants.**

## ORDER

Upon consideration of Defendant-Intervenors' Motion To Expedite Briefing and the Plaintiffs' Opposition thereto, it is hereby ordered that Defendant-Intervenors' motion is GRANTED IN PART. The Court hereby sets the following briefing schedule:

- December 5, 2018: Responsive briefs are due from Plaintiffs and Defendants.
- December 6, 2018: Reply brief is due from Defendant-Intervenors.

It is so ORDERED.

                                              /s/
                                  For the Court
                                  Barbara Milano Keenan
                                  United States Circuit Judge

Richmond, Virginia
Date: November 29, 2018