IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| GOLDEN BETHUNE-HILL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VIRGINIA STATE BOARD OF ELECTIONS, et al., | ) ) | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |
| | ) | |
| Defendants, | ) | |
| and | ) | |
| | ) | |
| M. KIRKLAND COX, SPEAKER OF THE HOUSE OF DELEGATES, and THE HOUSE OF DELEGATES, | ) ) ) | |
| | ) | |
| Intervenor-Defendants. | ) | |

**NOTICE REGARDING COMPLIANCE WITH
THE COURT'S NOVEMBER 28, 2018 ORDER**

Defendants hereby notify the Court that they have complied with the Court's November 28, 2018 order (ECF No. 308) by providing via email a spreadsheet containing the residential addresses for current incumbents in the House of Delegates along with the numbers of the districts that each incumbent represents to DLS employees Amigo Wade, Julie Smith, and Kent Stigall. As part of that submission, Defendants informed Mr. Wade, Ms. Smith, and Mr. Stigall that Defendants do not have census block data that they can match to the addresses.

Respectfully submitted,

By: _____/s/_____
Matthew R. McGuire, VSB # 84194
Principal Deputy Solicitor General
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-7773 – Telephone
(804) 371-0200 – Facsimile
SolicitorGeneral@oag.state.va.us

1

| | |
|---|---|
| Mark R. Herring<br>Attorney General | Toby J. Heytens, VSB # 90788<br>Solicitor General |
| Stephen A. Cobb<br>Deputy Attorney General | Michelle S. Kallen<br>Deputy Solicitor General |

## CERTIFICATE OF SERVICE

      I hereby certify that on November 30, 2018, a true and accurate copy of this paper was filed electronically with the Court's CM/ECF system, which will then send a notification of such filing to the counsel of record in this case

By: /s/
Matthew R. McGuire