

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL, *et al.*,

    **Plaintiffs,**

v.      Civil Action No. 3:14-cv-852

VIRGINIA STATE BOARD OF
ELECTIONS, *et al.*,

    **Defendants.**

## ORDER

The special master has informed the Court that there may be a clerical error in the address provided by the state defendants for the incumbent in District 76. Accordingly, the state defendants are hereby ORDERED to confirm the residential address of the incumbent in District 76 and to provide an updated address to the Division of Legislative Services no later than 5:00 p.m. on December 4, 2018.

    It is so ORDERED.

                                                         /s/
                                          For the Court
                                          Barbara Milano Keenan
                                          United States Circuit Judge

Richmond, Virginia
Date: December 3, 2018