

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL, *et al.*,

    **Plaintiffs,**

v.                                                  Civil Action No. 3:14-cv-852

VIRGINIA STATE BOARD OF
ELECTIONS, *et al.*,

    **Defendants.**

## ORDER

Upon consideration of the intervenors' Renewed Motion for Stay Pending Appeal and Motion for Order Resetting Virginia House Election Dates [Dkt. No. 310], and the state defendants' and plaintiffs' oppositions thereto, the Court hereby DENIES the motions, without prejudice to refiling after the Court's remedial plan is adopted. In reaching this conclusion, the Court adopts the reasoning set forth in its order issued on August 30, 2018 denying the intervenors' prior motion for stay [Dkt. No. 256].

It is so ORDERED.

                                                       /s/
                                         For the Court
                                         Barbara Milano Keenan
                                         United States Circuit Judge

Richmond, Virginia
Date: December 7, 2018