IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL, *et al.*,

Plaintiffs,

v.

VIRGINIA STATE BOARD OF ELECTIONS, *et al.*,

Defendants.

Civil Action No. 3:14cv852

ADDENDUM TO THE REPORT OF THE SPECIAL MASTER
MAP AND SUMMARY DATA FOR ILLUSTRATIVE PETERSURG MODULE 1B

December 7, 2018

Bernard Grofman*
Special Master

*Bernard Grofman is Distinguished Professor of Political Science and Jack W. Peltason Endowed Chair of Democracy Studies at the University of California, Irvine, and former Director of the UCI Center for the Study of Democracy.

This addendum provides the map and the summary data for illustrative Petersburg Module 1B that was inadvertently omitted from the December 7, 2018 Report of the Special Master in *Golden Bethune-Hill*. In that Report these pages should be inserted just after p. 80.

I also correct two errors in the discussion of Plaintiffs maps A and B on p. 126 of the Report.

The references to excessive splits in Chesterfield should be deleted and the paragraphs should read as follows:

(d) In the 33 districts it has redrawn in its remedial map, Plaintiffs plan A splits Henrico into 6 districts. However, Richmond is split in only 4 pieces in Plaintiffs' Plan A, fewer than in the Defendant Intervenor plans.

(e) In the 32 districts it has redrawn in Plaintiffs plan B, Richmond is split in 5 pieces, again an unnecessary number of county splits. Henrico, however, is split into 5 districts, fewer than in the Defendant Intervenor plans.

## PETERSBURG 1B



Different Module

Petersburg 1 Map

| District | Population | Dev % | BVAP % | Fairfax '13 % | Obama '12 % | Reock | PolsbyPopper |
|---|---|---|---|---|---|---|---|
| 62 | 80,445 | 0.54% | 29.23% | 65.66% | 48.64% | 0.41 | 0.19 |
| 63 | 79,891 | 0.15% | 52.71% | 68.40% | 64.52% | 0.41 | 0.24 |
| 64 | 79,262 | 0.93% | 24.24% | 63.19% | 41.64% | 0.37 | 0.16 |
| 66 | 79,858 | 0.19% | 25.81% | 67.65% | 48.56% | 0.27 | 0.14 |
| 75 | 79,293 | 0.93% | 54.55% | 61.10% | 61.34% | 0.43 | 0.21 |
| MEAN | 79,750 | 0.55% | 37.31% | 65.20% | 52.94% | 0.38 | 0.19 |

District Unchanged
Additional Adjacent District Changed
Unconstitutional District

**County Splits**

| District | Total Counties | Brunswick | Chesterfield | Colonial Heights | Dinwiddie | Emporia | Franklin City | Greensville | He... |
|---|---|---|---|---|---|---|---|---|---|
| 62 | 3 | | 42,075 | | | | | | |
| 63 | 3 | | 29,322 | | 18,149 | | | | |
| 64 | 7 | | | | | | 3,631 | | |
| 66 | 2 | | 62,447 | 17,411 | | | | | |
| 75 | 10 | 17,434 | | | 9,852 | 5,927 | 4,951 | 12,243 | |

- Total County Pieces: 25
- Districts Changed: 4

| District | Population | Henrico | Hopewell City | Isle of Wight | Lunenburg | Petersburg | Prince George | Southampton | Suffolk City | Surry | Sussex |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 62 | 80,445 | | 22,591 | | | | 15,779 | | | | |
| 63 | 79,859 | | | | | 32,420 | | | | | |
| 64 | 79,262 | | | 34,445 | | | 19,946 | 6,110 | 7,112 | 6,374 | 1,644 |
| 66 | 79,858 | | | | | | | | | | |
| 75 | 79,295 | | | 825 | 4,444 | | | 12,460 | | 684 | 10,443 |
| MEAN | 79,744 | | | | | | | | | | |

- Total County Pieces: 25