# EXHIBIT A



Peninsula 1: HD 91 / 92 with BVAP by VTD