# EXHIBIT B

**Norfolk1A: HD 79**





**Norfolk1A: HD 79**

**Norfolk1A: HD 81**



**Norfolk1A: HD 81**

**Norfolk1B: HD 77**



**Norfolk1A: HD 77**

**Norfolk 1C: HD 85**



**Peninsula 1: HD 91**



**Peninsula 1: HD 91**



**Peninsula 1: HD 94**

**Peninsula 1: HD 95**



**Peninsula 1: HD 95**



**Petersburg 1A & 1B**



**Map layers**
Petersburg_1A
Petersburg_1B

0   5   10   15
**Miles**

**Richmond 1B: HD 73**





Richmond 1A: HD 74

**Richmond 1A: HD 72**



Richmond 1A: HD 71



**Richmond 1A: HD 70**



**Petersburg 2: HD 63**



**Petersburg 1A: HD 63**



**Petersburg 1B: HD 75**



**Petersburg 1A: HD 66**

