IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                          Civil Action No. 3:14-cv-852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

### ORDER

Having conferred with the parties and non-parties, and finding it appropriate to do so, it is hereby ORDERED that the parties and non-parties may, if they desire to do so, file supplemental briefing regarding their positions on, and objections to, the REPORT OF THE SPECIAL MASTER and its addendum (ECF Nos. 323 and 324) by January 4, 2019 at 5 p.m.

Furthermore, it is hereby ORDERED that at the hearing on January 10, 2019 (ECF No. 280 ¶ 1), the parties and non-parties shall be given a reasonable amount of time to present their positions to the Court. The Court will not entertain the testimony of witnesses at the hearing.

The Clerk is directed to send a copy of this Order to the Special Master.

It is so ORDERED.

                                                 /s/ REP
                                        Robert E. Payne
                                        Senior United States District Judge
                                        For the Court

Richmond, Virginia
Date: December 18, 2018