December 11, 2018

U.S. District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, VA. 22314



RE: Racial Prison Gerrymandering

Dear Clerk

I don't know the exact case file number regarding the State of Virginia Racial gerrymandering which the Honorable Court struck down eleven House Districts. Subsequently the Court gave the State of Virginia until October 30, 2018 to redraw the districting map, but unfortunately the date was postponed until March 2019.

I wish to expand the order in this case to end the racial prison gerrymandering for redistricting purposes. Please find enclosed my motion to amend, or expand the order

Respectfully -



Wakeel Abdul-Sabur
Red Onion State Prison
P.O. Box 1900
Pound, VA. 24279-1900