WAKEEL ABDUL-SABUR #1003659
RED ONION STATE PRISON
P.O. Box 1900
Pound, Virginia 24279-1900

RECEIVED
DEC [illegible] 2018
MAILROOM

VA DOC HAS NEITHER CENSORED OR
INSPECTED THIS ITEM. THE DEPARTMENT
DOES NOT ASSUME ANY RESPONSIBILITY
FOR ITS CONTENTS

KNOXVILLE

UNITED STATES DISTRICT COURT
For EASTERN DISTRICT OF VIRGINIA
401 COURTHOUSE SQUARE
ALEXANDRIA, VA. 22314

22314-579899