IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL, *et al.*,

    Plaintiffs,

v.                                     Civil Action No. 3:14-cv-852

VIRGINIA STATE BOARD OF
ELECTIONS, *et al.*,

    Defendants.

## ORDER

The special master has advised the Court that certain technical corrections resulted in minor changes to the population tables contained in the Report of the Special Master filed on December 7, 2018. *See* Dkt. No. 323 at 15 n.13. Accordingly, the special master is hereby ORDERED to submit any corrected data tables and/or maps no later than Friday, January 4, 2019 at 5:00 p.m.

It is further ORDERED that the hearing scheduled for January 10, 2019 at 9:30 a.m. will be held in Courtroom 7000 of the Spottswood W. Robinson III and Robert R. Merhige, Jr. United States Courthouse, located at 701 East Broad Street in Richmond, Virginia. *See* Dkt. Nos. 278, 280.

It is so ORDERED.

                                              _____/s/_____
                                              For the Court
                                              Barbara Milano Keenan
                                              United States Circuit Judge

Richmond, Virginia
Date: January 2, 2019