# EXHIBIT A

**Racial Density Maps Comparing the 2011 Enacted Plan and the Special Master's Plan**



**Racial Density Maps Comparing the 2011 Enacted Plan and the Special Master's Plan**




**Racial Density Maps Comparing the 2011 Enacted Plan and the Special Master's Plan**




3

**Racial Density Maps Comparing the 2011 Enacted Plan and the Special Master's Plan**




4

**Racial Density Maps Comparing the 2011 Enacted Plan and the Special Master's Plan**




**Racial Density Maps Comparing the 2011 Enacted Plan and the Special Master's Plan**





**Racial Density Maps Comparing the 2011 Enacted Plan and the Special Master's Plan**





**Racial Density Maps Comparing the 2011 Enacted Plan and the Special Master's Plan**




8