# EXHIBIT B

HB 5005 (2011)
Powhatan
Richmond city
27
Chesterfield
Special Master
Richmond 1A
Powhatan
Richmond city
27
Chesterfield
County
VTD
District

HB 5005 (2011)
Goochland
Henrico
Powhatan
Richmond city
68
Chesterfield
Special Master Richmond 1A
Goochland
Henrico
Powhatan
Richmond city
68
Chesterfield
County
VTD
District

HB 5005 (2011)
Richmond city
69
Henrico
Chesterfield
Special Master
Richmond 1A
Richmond city
69
Henrico
Chesterfield
County
VTD
District

HB 5005 (2011)
Hanover
New Kent
Richmond city
Henrico
70
Chesterfield
Charles City
Special Master Richmond 1A
Hanover
Richmond city
New Kent
Henrico
70
Charles City
Chesterfield
Hopewell
Prince George
Surry
Petersburg
County
VTD
District

HB 5005 (2011)
Hanover
Richmond city
New Kent
Henrico
70
Charles City
Chesterfield
Hopewell
Prince George
Petersburg
Surry
Special Master
Richmond 1A
Hanover
Richmond city
New Kent
Henrico
70
Charles City
Chesterfield
Hopewell
Prince George
Petersburg
Surry
County
VTD
District

HB 5005 (2011)
Hanover
71
Henrico
Richmond city
Chesterfield
Special Master
Richmond 1A
Hanover
71
Henrico
Richmond city
Chesterfield
County
VTD
District

HB 5005 (2011)
Hanover
Henrico
Goochland
72
Powhatan
Richmond city
Chesterfield
Special Master Richmond 1A
Hanover
Henrico
Goochland
72
Powhatan
Richmond city
Chesterfield
County
VTD
District

HB 5005 (2011)
Henrico
73
Goochland
Richmond city
Chesterfield
Special Master
Richmond 1A
Henrico
73
Goochland
Richmond city
Chesterfield
County
VTD
District

HB 5005 (2011)
Hanover
King William
King and Queen
Richmond city
New Kent
Henrico
74
Charles City
York
James City
Chesterfield
Prince George
Dinwiddie
Surry
Special Master Richmond 1A
Hanover
74
New Kent
Richmond city
Henrico
Charles City
County
VTD
District

HB 5005 (2011)
Hanover
King William
King and Queen
Richmond city
New Kent
Henrico
74
Charles City
York
Chesterfield
James City
Prince George
Dinwiddie
Surry
Special Master Richmond 1A
Hanover
King William
King and Queen
74
Richmond city
New Kent
Henrico
Charles City
York
Chesterfield
James City
County
VTD
District
Prince George
Surry

HB 5005 (2011)
Hanover
Henrico
72
Goochland
Powhatan
Chesterfield
Richmond city
Special Master Richmond 1B
Hanover
72
Henrico
Goochland
Powhatan
Chesterfield
Richmond city
County
VTD
District

HB 5005 (2011)
Henrico
73
Goochland
Richmond city
Chesterfield
Special Master Richmond 1B
Henrico
73
Goochland
Richmond city
Chesterfield
County
VTD
District