# EXHIBIT C

**Compactness Score Comparison of the 2011 Plan, Special Master's Plan, and the Virginia NAACP Plan**

| District | HB 5005 (2011) | | Richmond 1A | | Richmond 1B | | NAACP | |
|---|---|---|---|---|---|---|---|---|
| | Reock | Polsby-Popper | Reock | Polsby-Popper | Reock | Polsby-Popper | Reock | Polsby-Popper |
| 27 | 0.35 | 0.25 | 0.35 | 0.25 | 0.35 | 0.25 | 0.28 | 0.28 |
| 68 | 0.36 | 0.25 | 0.36 | 0.25 | 0.36 | 0.25 | 0.27 | 0.2 |
| **69** | 0.52 | 0.34 | 0.36 | 0.36 | 0.36 | 0.36 | 0.44 | 0.34 |
| **70** | 0.4 | 0.19 | 0.29 | 0.16 | 0.29 | 0.16 | 0.51 | 0.36 |
| **71** | 0.33 | 0.24 | 0.2 | 0.17 | 0.2 | 0.17 | 0.36 | 0.27 |
| 72 | 0.26 | 0.08 | 0.26 | 0.08 | 0.47 | 0.28 | 0.23 | 0.22 |
| 73 | 0.39 | 0.15 | 0.39 | 0.15 | 0.4 | 0.21 | 0.63 | 0.44 |
| **74** | 0.16 | 0.12 | 0.19 | 0.18 | 0.19 | 0.18 | 0.31 | 0.21 |