# EXHIBIT A

# District: 092-A



# District: 092-B



| Field | Value |
| --- | --- |
| District | 092-B |
| TOTPOP | 79355 |
| Deviation | -655 |
| % Deviation | -0.82% |
| VAPERSONS | 61309.0000 |
| VAPBLACK | 36955.0000 |
| % VAPBLACK | 60.28% |

# District: 092-C



| Field | Value |
|---|---|
| District | 092-C |
| TOTPOP | 79689 |
| Deviation | -321 |
| % Deviation | -0.4% |
| VAPERSONS | 61309.0000 |
| VAPBLACK | 37224.0000 |
| % VAPBLACK | 60.72% |