# EXHIBIT B

# Petersburg 1a-HD 62; Enacted with SM



# Petersburg 1a-HD 63; Enacted with SM



**District Status**
1 Dropped
2 In both plans
3 Added
In neither plan

0   2.5   5   7.5

**Miles**

# Petersburg 1a-HD 66; Enacted with SM



3

# Richmond 1a-HD 69; Enacted with SM



# Richmond 1a-HD 70; Enacted with SM



# Richmond 1a-HD 71; Enacted with SM



**District Status**
- 1 Dropped
- 2 In both plans
- 3 Added
- In neither plan

0 .5 1 1.5
Miles

# Richmond 1a-HD 72; Enacted with SM



**District Status**
- 1 Dropped
- 2 In both plans
- 3 Added
- In neither plan

0 .5 1 1.5
Miles

# Richmond 1a-HD 74; Enacted with SM



# Norfolk 1a-HD 76; Enacted with SM



# Norfolk 1a-HD 77; Enacted with SM



**District Status**

- 1 Dropped
- 2 In both plans
- 3 Added
- In neither plan

0   1   2   3
Miles

# Norfolk 1a-HD 78; Enacted with SM



# Norfolk 1a-HD 79, Enacted with SM



**District Status**

- 1 Dropped (red)
- 2 In both plans (yellow)
- 3 Added (green)
- In neither plan (white)

0   1   2   3
Miles

# Norfolk 1a-HD 80, Enacted with SM



**District Status**
- 1 Dropped
- 2 In both plans
- 3 Added
- In neither plan

0   .5   1   1.5
Miles

# Norfolk 1a-HD 81; Enacted with SM



14

# Norfolk 1a-HD 83, Enacted with SM



# Norfolk 1a-HD 85; Enacted with SM



# Norfolk 1a-HD 89; Enacted with SM



# Norfolk 1a-HD 90, Enacted with SM



# Peninsula 1a-HD 91; Enacted with SM



19

# Peninsula 1a-HD 92; Enacted with SM



# Peninsula 1a-HD 93; Enacted with SM



21

# Peninsula 1a-HD 94; Enacted with SM



**District Status**
- 1 Dropped
- 2 In both plans
- 3 Added
- In neither plan

0   1.5   3   4.5
Miles

# Peninsula 1a-HD 95; Enacted with SM



23