# EXHIBIT C

# Petersburg 2-HD 63; HB7002 with SM-Overall

