# EXHIBIT D

# Petersburg 1a-HD 63 (%Black by Block)



1

# Petersburg 2-HD 63; (%Black by Block)



# Richmond 1a-HD 69 (%Black by Block)



# Richmond 1a-HD 70; (%Black by Block)



3

# Richmond 1a-HD 71; (%Black by Block)



# Richmond 1a-HD 74; (%Black by Block)



# Petersburg 2-HD 75; (%Black by Block)



# Norfolk 1a-HD 77; (%Black by Block)



# Norfolk 1a-HD 80; (%Black by Block)



# Norfolk 1a-HD 89; (%Black by Block)



# Norfolk 1a-HD 90 (%Black by Block)



# Newport 1a-HD 92 (%Black by Block)



# Newport 1a-HD 95 (%Black by Block)

