# EXHIBIT E

# District: 069-A and Vicinity



| Field | Value |
|---|---|
| District | 069-A |
| TOTPOP | 80444 |
| Deviation | 434 |
| % Deviation | 0.54% |
| VAPERSONS | 62354.0000 |
| VAPBLACK | 36971.0000 |
| % VAPBLACK | 59.29% |

1

# District: 071-A and Vicinity



| Field | Value |
|---|---|
| District | 071-A |
| TOTPOP | 79488 |
| Deviation | -522 |
| % Deviation | -0.65% |
| VAPERSONS | 65585.0000 |
| VAPBLACK | 37507.0000 |
| % VAPBLACK | 57.19% |

## District: 074-A and Vicinity



| Field | Value |
|---|---|
| District | 074-A |
| TOTPOP | 79530 |
| Deviation | -480 |
| % Deviation | -0.6% |
| VAPERSONS | 59741.0000 |
| VAPBLACK | 37307.0000 |
| % VAPBLACK | 62.45% |