IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL, *et al.*,

    Plaintiffs,

v.                                           Civil Action No. 3:14-cv-852

VIRGINIA STATE BOARD OF
ELECTIONS, *et al.*,

    Defendants.

## ORDER

In its prior opinions, the Court found as a matter of fact that all 12 challenged districts were drawn with a black voting age population (BVAP) of 55% or higher. However, the Report of the Special Master, Dkt. No. 323, and the Second Addendum to the Report of the Special Master, Dkt. No. 331, indicate that certain of the challenged districts in the 2011 enacted plan had a BVAP below 55%.

Accordingly, the Court hereby ORDERS the special master to file an affidavit attesting to the origins of the BVAP figures used in his report and addenda. If those figures are inaccurate, it is further ORDERED that the special master submit revised tables and explain whether and to what extent the changes to these data affect his analysis and recommendations. These submissions must be received by the Court no later than 5:00 p.m. (Eastern Time) on Tuesday, January 8, 2019.

The parties should be prepared to respond to the special master's submission at the hearing scheduled for January 10, 2019.

It is so ORDERED.

_____/s/_____
For the Court
Barbara Milano Keenan
United States Circuit Judge

Richmond, Virginia
Date: January 7, 2019