IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                                Civil Action No. 3:14cv852

VIRGINIA STATE BOARD
OF ELECTIONS, et al.,

    Defendants.

### ORDER

The Court has received a document entitled MOTION TO AMEND TO EXPAND ORDER TO REDRAW LEGISLATIVE DISTRICT LINES (ECF No. 332) that is captioned "IN RE: VIRGINIA GENERAL ASSEMBLY" under cover of a letter to the Clerk of Court (ECF No. 332-1) that is captioned "RE: RACIAL GERRYMANDERING" that makes clear that the MOTION TO AMEND TO EXPAND ORDER TO REDRAW LEGISLATIVE DISTRICT LINES (ECF No. 332) is intended to be filed in this case.

The motion asks the Court to amend Virginia law to require that prisoners in Virginia prisons be counted in the census as residents of their "home" address rather than at their prison address. The Court has no power to amend the law respecting the

taking of a census and therefore the MOTION TO AMEND TO EXPAND ORDER TO REDRAW LEGISLATIVE DISTRICT LINES (ECF No. 332) is denied.

The Clerk is directed to send a copy of this Order to Wakeel Abdul-Sabul at the address reflected on the motion.

It is SO ORDERED.

/s/ REP
For the Court
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: January 8, 2019