IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

GOLDEN BETHUNE-HILL, *et al.*,

    Plaintiffs,

v.                                   Civil Action No. 3:14-cv-00852-REP-GBL-BMK

VIRGINIA STATE BOARD OF ELECTIONS, *et al.*,

    Defendants.

## NOTICE OF APPEARANCE

TO THE CLERK of this Court and all parties of record, please enter the appearance of James M. Snyder as counsel of record for Plaintiffs.

Dated: January 8, 2019

                      Respectfully submitted,

                      By: /s/ James M. Snyder, Esquire
                      James M. Snyder, Esquire (VSB No.: 47424)
                      MCCANDLISH HOLTON, PC
                      1111 East Main Street, Suite 2100
                      P.O. Box 796
                      Richmond, VA 23218
                      (804) 775-3100 Telephone
                      (804) 775-3800 Facsimile
                      jsnyder@lawmh.com

2544105

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of January, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record, including Plaintiffs, Defendants, and Defendant Intervenors.

   /s/  James M. Snyder, Esquire
James M. Snyder, Esquire (VSB No.: 47424)
MCCANDLISH HOLTON, PC
1111 East Main Street, Suite 2100
P.O. Box 796
Richmond, VA  23218
(804) 775-3100 Telephone
(804) 775-3800 Facsimile
jsnyder@lawmh.com

2544105