IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                                            Civil Action No. 3:14-cv-852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

### ORDER

It is hereby ORDERED that at the hearing on January 10, 2019, the Court will permit the parties and non-parties to have an opportunity to examine the Special Master, Dr. Grofman, on his Report and addenda thereto (ECF Nos. 323, 324, 331, 334, 342). Thereafter, the Court will entertain oral argument from the parties and non-parties on the Report and addenda.

It is so ORDERED.

                                                   /s/   REP
                                     Robert E. Payne
                                     Senior United States District Judge
                                     For the Court

Richmond, Virginia
Date: January 9, 2019