CIVIL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION
NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

JUDGE: **ROBERT E. PAYNE, ARENDA ALLEN, BARABRA KEENAN**  DOCKET NO.  **3:14-CV-852**

REPORTER: **PEPPY PETERSON, OCR**  DATE: **JANUARY 10, 2019**

Case Style:  GOLDEN BETHUNE-HILL, et al v. VIRGINIA STATE BOARD OF ELECTIONS, et al.

Counsel for Plaintiff(s):  JAMES SNYDER, KEVIN HAMILTON

Counsel for Defendant(s):  TOBY HEYTENS, STEPHEN COBB, MICHELLE KALLEN

Counsel for Intervenor Defendant(s):  KATHERINE MCKNIGHT, DALTON OLDHAM, JR., MARK BRADEN, RICHARD RAILE

Counsel for Interested Party (Virginia State Conference of NAACP Branches):  DAVID PRINCE, ALLISON RIGGS, JEFF LOPERFIDO

Special Master:  DR. BERNARD GROFMAN

Matter Comes on For:  ( ) BENCH TRIAL
( ) MOTION HEARING
(✓) OTHER: HEARING REGARDING DR. BERNARD GROFMAN'S PROPOSAL

Appearances:  PARTIES  BY COUNSEL (✓) / WITH COUNSEL ( )   PRO SE ( )

Motions before Trial: _____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) ( )  DEFENDANT(S) ( )  COURT ( )

OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )

PLAINTIFF(S) ADUCED EVIDENCE ( )   RESTED ( )   MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( )   RESTED ( )   MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

**ADDITIONAL NOTATIONS:**
TESTIMONY OF DR. BERNARD GROFMAN (DIRECT – INTERVENOR DEFENDANT 9:39 AM-11:06 AM, 11:27 AM-11:52 AM; CROSS – PLAINTIFF 11:53 AM-12:04 PM); ARGUMENTS HEARD (PLAINTIFF 12:08 PM-12:27 PM, INTERESTED PARTY 12:27 PM-1:08 PM, INTERVENOR DEFENDANT 2:14 PM-3:14 PM, DEFENDANT 3:15 PM-3:27 PM, PLAINTIFF 3:28 PM-3:34 PM); MOTION FOR ATTORNEY FEES AND LITIGATION EXPENSES (ECF 240) DENIED WITHOUT PREJUDICE, TO REFILE AT LATER DATE; DR. GROFMAN TO SUBMIT COMPLETE REPORT IN PUBLICATION QUALITY ADDRESSING ALL CORRECTIONS TO INCLUDE ADDENDA IN ONE WEEK

SET:  **9:30 A.M.**   BEGAN:  **9:38 A.M.**   ENDED:  **3:42 P.M.**   TIME IN COURT:  **4 HRS. 41 MINS.**

RECESSES:  **11:06 A.M. – 11:26 A.M.; 1:09 P.M. – 2:12 P.M.**