IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                                Civil Action No. 3:14cv852

VIRGINIA STATE BOARD
OF ELECTIONS, et al.,

    Defendants.

### ORDER

As explained at the hearing on January 10, 2019, it is hereby ORDERED that, by 5:00 p.m. Tuesday, January 15, 2019, the parties shall submit a chart setting out (in a form that permits easy comparison) for each challenged district and for each non-challenged but affected district the census BVAP percentage and the DOJBVAP percentage as to the Enacted Plan, the Plaintiffs' Plan A, the NAACP plan, and the Special Master's plans.

    It is SO ORDERED.

                                      /s/     REP
                                For the Court
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: January 10, 2019