IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL, *et al.*,

    Plaintiffs,

v.                                                        Civil Action No. 3:14-cv-852

VIRGINIA STATE BOARD OF
ELECTIONS, *et al.*,

    Defendants.

## ORDER

For the reasons stated in open Court, the special master is hereby ORDERED to submit a final copy of his report, incorporating all the revisions in the four addenda to his original report, as well as any other typographical and grammatical corrections. The report shall be executed under oath with an attestation to the veracity of the contents.

The final report must be received by the Court no later than 5:00 p.m. (Eastern Time) on Thursday, January 17, 2019.

It is so ORDERED.

                                                                      /s/      *REP*
                                                           For the Court
                                                           Robert E. Payne
                                                           Senior United States District Judge

Richmond, Virginia
Date: January 11, 2019