IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                                            Civil Action No. 3:14-cv-852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

**ORDER**

It has come to the Court's attention that an unnamed individual has requested certain data from DLS employees who worked with the Special Master in this matter. Pursuant to this Court's ORDER (ECF Nos. 281 and 283), DLS employees who worked with the Special Master are required to maintain the "security and confidentiality of their working papers, communications, and materials created in connection with their assistance to the Special Master," and have signed oaths of confidentiality to that effect. ECF Nos. 281 and 283. Therefore, it is hereby ORDERED that any person or entity seeking any such information from DLS employees who assisted the Special Master in this matter shall file a motion and supporting brief with the Court specifying the information sought and explaining the need for that information. The motion and brief shall be served on counsel for the

parties, who shall respond eleven (11) days after service. The moving party shall file a reply brief six (6) days after service of the response.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge
For the Court

Richmond, Virginia
Date: January 11, 2019