# EXHIBIT A

*Bethune-Hill v. Va. State Board of Elections*
Civil Action No. 3:14-cv-00852-REP-AWA-BMK
BVAP of Affected Districts in Remedial Proposals

| District | HB5005 DLS_BVAP | HB5005 NH DOJ BVAP | Plaintiffs' Remedial Plan A DLS_BVAP | Plaintiffs' Remedial Plan A NH DOJ BVAP | NAACP Plan DLS_BVAP | NAACP Plan NH DOJ BVAP | Special Master Norfolk 1A DLS_BVAP | Special Master Norfolk 1A NH DOJ BVAP | Special Master Norfolk 1B DLS_BVAP | Special Master Norfolk 1B NH DOJ BVAP | Special Master Norfolk 1C DLS_BVAP | Special Master Norfolk 1C NH DOJ BVAP | Special Master Peninsula 1 DLS_BVAP | Special Master Peninsula 1 NH DOJ BVAP | Special Master Peninsula 2 DLS_BVAP | Special Master Peninsula 2 NH DOJ BVAP | Special Master Petersburg 1A DLS_BVAP | Special Master Petersburg 1A NH DOJ BVAP | Special Master Petersburg 1B DLS_BVAP | Special Master Petersburg 1B NH DOJ BVAP | Special Master Petersburg 2 DLS_BVAP | Special Master Petersburg 2 NH DOJ BVAP | Special Master Richmond 1A DLS_BVAP | Special Master Richmond 1A NH DOJ BVAP | Special Master Richmond 1B DLS_BVAP | Special Master Richmond 1B NH DOJ BVAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 23.86% | 23.28% | 23.86% | 23.28% | 21.94% | 21.51% | 23.86% | 23.28% | 23.86% | 23.28% | 23.86% | 23.28% | | | | | | | | | | | | | | |
| 27 | 18.44% | 18.18% | 23.40% | 23.09% | 25.51% | 25.14% | | | | | | | | | | | | | | | | | 18.44% | 18.18% | 18.44% | 18.18% |
| 55 | 16.72% | 16.59% | 16.72% | 16.59% | 16.72% | 16.59% | | | | | | | | | | | | | | | | | | | | |
| 56 | 13.01% | 12.93% | 17.49% | 17.40% | 13.01% | 12.93% | | | | | | | | | | | | | | | | | | | | |
| 62 | 24.56% | 24.09% | 27.72% | 27.28% | 43.83% | 43.43% | | | | | | | | | | | 29.23% | 28.68% | 29.23% | 28.68% | 27.22% | 26.73% | | | | |
| 63 | 59.53% | 58.97% | 55.79% | 55.31% | 58.52% | 57.87% | | | | | | | | | | | 51.81% | 51.36% | 52.71% | 52.25% | 47.47% | 47.12% | | | | |
| 64 | 24.24% | 24.08% | 29.70% | 29.34% | 24.84% | 24.66% | | | | | | | | | | | 24.24% | 24.08% | 24.24% | 24.08% | 27.38% | 27.11% | | | | |
| 65 | 14.63% | 14.52% | 9.96% | 9.86% | 15.56% | 15.45% | | | | | | | | | | | | | | | | | | | | |
| 66 | 16.06% | 15.83% | 16.65% | 16.40% | 17.42% | 17.17% | | | | | | | | | | | 25.81% | 25.40% | 25.81% | 25.40% | 32.31% | 31.83% | | | | |
| 68 | 7.25% | 7.11% | 12.52% | 12.32% | 16.91% | 16.60% | | | | | | | | | | | | | | | | | 7.25% | 7.11% | 7.25% | 7.11% |
| 69 | 55.19% | 54.58% | 50.79% | 50.14% | 50.37% | 49.84% | | | | | | | | | | | | | | | | | 54.38% | 53.81% | 54.38% | 53.81% |
| 70 | 56.37% | 55.73% | 58.47% | 57.97% | 46.49% | 45.95% | | | | | | | | | | | | | | | | | 52.29% | 51.81% | 52.29% | 51.81% |
| 71 | 55.35% | 54.90% | 50.89% | 50.49% | 49.95% | 49.55% | | | | | | | | | | | | | | | | | 54.01% | 53.52% | 54.01% | 53.52% |
| 72 | 13.40% | 13.19% | 12.64% | 12.43% | 16.53% | 16.13% | | | | | | | | | | | | | | | | | 15.38% | 15.16% | 19.49% | 19.14% |
| 73 | 13.55% | 13.18% | 12.55% | 12.21% | 7.63% | 7.49% | | | | | | | | | | | | | | | | | 13.55% | 13.18% | 9.32% | 9.08% |
| 74 | 57.24% | 56.78% | 52.30% | 51.84% | 42.49% | 42.07% | | | | | | | | | | | | | | | | | 54.37% | 53.89% | 54.37% | 53.89% |
| 75 | 55.43% | 55.22% | 52.45% | 52.27% | 54.60% | 54.41% | | | | | | | | | | | 55.43% | 55.22% | 54.55% | 54.36% | 52.45% | 52.27% | | | | |
| 76 | 25.14% | 24.91% | 42.40% | 42.09% | 42.53% | 42.22% | 42.89% | 42.56% | 42.40% | 42.09% | 42.40% | 42.09% | | | | | | | | | | | | | | |
| 77 | 58.78% | 58.22% | 46.99% | 46.45% | 47.51% | 46.96% | 40.23% | 39.65% | 47.03% | 46.48% | 47.03% | 46.48% | | | | | | | | | | | | | | |
| 78 | 17.14% | 16.83% | 18.02% | 17.71% | 18.24% | 17.94% | 16.85% | 16.67% | 17.14% | 16.83% | 17.14% | 16.83% | | | | | | | | | | | | | | |
| 79 | 29.70% | 29.06% | 31.43% | 31.02% | 32.52% | 32.09% | 31.46% | 31.03% | 31.98% | 31.54% | 31.98% | 31.54% | | | | | | | | | | | | | | |
| 80 | 56.30% | 55.79% | 51.92% | 51.48% | 49.72% | 49.30% | 51.38% | 50.94% | 51.38% | 50.94% | 51.38% | 50.94% | | | | | | | | | | | | | | |
| 81 | 18.60% | 18.29% | 16.73% | 16.46% | 14.35% | 14.04% | 25.34% | 24.94% | 19.05% | 18.74% | 19.05% | 18.74% | | | | | | | | | | | | | | |
| 82 | 9.13% | 8.83% | 10.88% | 10.50% | 9.13% | 8.83% | | | | | | | | | | | | | | | | | | | | |
| 83 | 15.12% | 14.71% | 22.24% | 21.65% | 16.23% | 15.81% | 23.11% | 22.49% | 23.11% | 22.49% | 15.11% | 14.69% | | | | | | | | | | | | | | |
| 84 | 20.45% | 19.86% | 21.57% | 20.94% | 22.99% | 22.27% | 20.45% | 19.86% | 20.45% | 19.86% | 20.45% | 19.86% | | | | | | | | | | | | | | |
| 85 | 18.93% | 18.43% | 20.75% | 20.26% | 29.40% | 28.62% | 21.28% | 20.76% | 21.28% | 20.76% | 22.58% | 22.04% | | | | | | | | | | | | | | |
| 89 | 55.46% | 54.76% | 51.96% | 51.04% | 52.38% | 51.45% | 55.18% | 54.24% | 55.18% | 54.24% | 55.18% | 54.24% | | | | | | | | | | | | | | |
| 90 | 56.59% | 55.61% | 45.30% | 44.62% | 45.97% | 45.27% | 41.93% | 41.23% | 41.93% | 41.23% | 49.32% | 48.43% | | | | | | | | | | | | | | |
| 91 | 19.61% | 19.23% | 25.11% | 24.61% | 22.42% | 22.03% | | | | | | | 32.52% | 31.90% | 32.52% | 31.90% | | | | | | | | | | |
| 92 | 60.72% | 59.79% | 58.15% | 57.26% | 57.60% | 56.69% | | | | | | | 53.87% | 53.07% | 53.87% | 53.07% | | | | | | | | | | |
| 93 | 22.58% | 22.04% | 19.92% | 19.48% | 22.58% | 22.04% | | | | | | | 32.99% | 32.10% | 18.18% | 17.83% | | | | | | | | | | |
| 94 | 21.02% | 20.52% | 30.04% | 29.25% | 29.34% | 28.62% | | | | | | | 16.79% | 16.42% | 31.13% | 30.25% | | | | | | | | | | |
| 95 | 59.97% | 59.00% | 49.29% | 48.60% | 50.67% | 49.93% | | | | | | | 47.48% | 46.81% | 47.36% | 46.69% | | | | | | | | | | |
| 97 | 10.82% | 10.75% | 10.82% | 10.75% | 10.82% | 10.75% | | | | | | | | | | | | | | | | | | | | |
| 100 | 27.60% | 27.19% | 27.23% | 26.82% | 27.60% | 27.19% | | | | | | | | | | | | | | | | | | | | |