IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL, *et al.*,

    Plaintiffs,

v.                                       Civil Action No. 3:14-cv-852

VIRGINIA STATE BOARD OF
ELECTIONS, *et al.*,

    Defendants.

## ORDER

The special master is ORDERED to submit to the Court a Final Remedial Plan employing the following modules that were presented in his Second Report (ECF No. 351): Petersburg 2, Peninsula 2, Richmond 1A, and Norfolk 1A. The special master is directed that the Final Remedial Plan shall integrate these modules into a statewide map encompassing all 100 House of Delegates districts. The special master may make any minor technical corrections necessary to harmonize each module into the larger map.

The final plan must be received by the Court no later than January 29, 2019 at 5:00 p.m. (Eastern Time). The parties and interested non-parties may file any objections to this map by February 1, 2019 at 5:00 p.m. (Eastern Time).

Such objections may not exceed 15 pages in length. An opinion of the Court ordering implementation of a remedial plan will follow.

It is so ORDERED.

_____/s/_____
For the Court
Barbara Milano Keenan
United States Circuit Judge

Richmond, Virginia
Date: January 22, 2019