IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                                    Civil Action No. 3:14-cv-852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

**ORDER**

By ORDER (ECF No. 281) entered on October 23, 2018, the Court prohibited the Special Master and Virginia Division of Legislative Services ("DLS") employees "from communicating by electronic mail with one another in connection with their assignment." ECF No. 281 ¶ 3. It is hereby ORDERED that the Court's previous ORDER (ECF No. 281 ¶ 3) is modified such that DLS staff may send the Final Remedial Plan (ECF No. 353) to the Special Master by electronic mail for his final review.

It is further ORDERED that, when he submits his Final Remedial Plan to the Court (ECF No. 353), the Special Master shall provide

a written statement indicating the technical corrections, if any, he has made.

It is so ORDERED.

/s/ *R E P*
Robert E. Payne
Senior United States District Judge
For the Court

Richmond, Virginia
Date: January 28, 2019