
Northern Virginia


Tidewater Area


Central Virginia


Roanoke Area


Final Remedial Plan

January 2019