

Final Remedial Plan
House District 63