

Final Remedial Plan
House District 69
Richmond city
Chesterfield
Henrico
68
69
70
71
74
27
66
Bon Air
Crestwood
Huguenot
Beaufont
Reams
Davis
Providence
Manchester
Belmont
Chippenham
Southside
Falling Creek
Drewry's Bluff
Meadowbrook
Five Forks
Sullivans
Eanes
Counties
2010 Precincts
Interstates
US Routes
Major Road
District Boundary
Towns
Water