

Final Remedial Plan
House District 77
77
78
80
81
85
89
90
21
Portsmouth
Norfolk
Virginia Beach
Chesapeake
Seven
One
Nine
Thirteen
Five
Fourteen
Sixteen
Seventeen
Brambleton
Chesterfield
Ingleside
Poplar Halls
Berkley
Campostella
Tanglewood
Oaklette
Sherry Park
Avalon
Fairfield
South Norfolk
Johnson Park
Norfolk Highlands
Providence
Oscar Smith School
Homestead
College Park
Reon
St. Julians
Georgetown
Indian River
South Norfolk Recreation
Brandon
Lake Christopher
Carver School
Tallwood
Geneva Park
River Birch
Centerville
Westover
Gilmerton
Colonial
Fairways
Crestwood
Lake Drummond
Parkways
B. M. Williams School
Greenbrier
Waterway
Shipyard Road
River Walk
Oak Grove
Grassfield
Bells Mill Ii
Great Bridge
Counties
2010 Precincts
Interstates
US Routes
Major Road
District Boundary
Towns
Water