

Final Remedial Plan
House District 80

Case 2:14-cv-00852-REP-AWA-BMK Document 265-12 Filed 01/29/19 Page 1 of 1 PageID# 11849

Suffolk

Norfolk

Portsmouth

Chesapeake

76
79
76
81
89
77
80

Harbour View
Thirty-Nine
Old Dominion
Lambert's Point
Immanuel
Park Place
Linden
Thirty-Eight
Taylor Elementary School
Maury
Thirty-Seven
Young Park
Ghent Square
Taylor Road
Chrysler Museum
Hunton Y
Silverwood
Thirty-Five
Ten
Nine
Seven
Thirty-Four
Twenty-Five
Nansemond
One
Churchland
Brambleton
Thirty-Three
Twenty-Four
Eleven
Berkley
Followship
Thirty
Twenty-Three
Thirteen
Bailey Creek
Twenty-Nine
Twenty-Two
Five
Johnson Park
Twenty-One
Thirty-Two
Thirty-One
Twenty
Fourteen
E. W. Chittum School
Jolliff Middle School
Sixteen
South Norfolk Recreation
Twenty-Seven
Nineteen
Seventeen
Twenty-Eight
Twenty-Six
St. Julians
Sunray II
Camelot
Geneva Park

Counties
2010 Precincts
Interstates
US Routes
Major Road
District Boundary
Towns
Water