United States District Court

Eastern District of Virginia

Richmond Division

| | |
|---|---|
| **GOLDEN BETHUNE-HILL**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**VIRGINIA STATE BOARD OF ELECTIONS,** *et al.*,<br><br>*Defendant*. | No. 3:14-CV-852 |

**OBJECTION OF INTERESTED PARTY VAN WILLIAMS
TO PROPOSED REDISTRICTING PLAN**

COMES NOW, Van Williams, an interested party and states as follows:

1. That he is a citizen of the Commonwealth of Virginia and opposes the redistricting plan of the Special Master that was presented in his Second Report (ECF No. 351).

2. That this Court did invite the objections of interested non-parties to the Special Master's plan in an Order of January 22, 2019 (ECF No. 353).

3. That the Objection of Van Williams is attached to this Objection as Exhibit A and Mr. Williams wishes the submit the attached Objection to the Court.

Respectfully submitted,

For the Objecting Party Van Williams<br>_____/s/_____

J. Christian Adams (Va. Bar # 42543)
1555 King Street, STE 200
Alexandria, Virginia 22314
(703) 963-8611
adams@electionlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February, a true and correct copy of the Objection of Interested Party Van Williams to Proposed Redistricting Plan was served on all parties via this Court's ECF system, which notified all counsel of record:

Respectfully submitted,

For the Objecting Party Van Williams
               /s/
J. Christian Adams (Va. Bar # 42543)
1555 King Street, STE 200
Alexandria, Virginia 22314
(703) 963-8611
adams@electionlawcenter.com

2