# EXHIBIT A

# Petersburg-HD 62; Enacted with SM-Final



2

# Petersburg-HD 63; Enacted with SM-Final



3

# Petersburg-HD 64; Enacted with SM-Final



# Petersburg-HD 66; Enacted with SM-Final



# Richmond-HD 69; Enacted with SM-Final



6

# Richmond-HD 70; Enacted with SM-Final



# Richmond-HD 71; Enacted with SM-Final



# Richmond-HD 72; Enacted with SM-Final



# Richmond-HD 74; Enacted with SM-Final



# Petersburg-HD 75; Enacted with SM-Final



# Norfolk-HD 76; Enacted with SM-Final



# Norfolk-HD 77; Enacted with SM-Final



# Norfolk-HD 78; Enacted with SM-Final



# Norfolk-HD 79; Enacted with SM-Final



# Norfolk-HD 80; Enacted with SM-Final



**District Status**
- 1 Dropped
- 2 In both plans
- 3 Added
- In neither plan

0   .5   1   1.5
Miles

# Norfolk-HD 81; Enacted with SM-Final



# Norfolk-HD 83; Enacted with SM-Final



# Norfolk-HD 85; Enacted with SM-Final



# Norfolk-HD 89; Enacted with SM-Final



# Norfolk-HD 90; Enacted with SM-Final



# Newport-HD 91; Enacted with SM-Final



# Newport-HD 92; Enacted with SM-Final



# Newport-HD 93; Enacted with SM-Final



# Newport-HD 94; Enacted with SM-Final



# Newport-HD 95; Enacted with SM-Final

