# EXHIBIT B

# Petersburg-HD 62; %Black; SM-Final



# Petersburg-HD 63; %Black; SM-Final



# Petersburg-HD 64; %Black; SM-Final



# Petersburg-HD 66; %Black; SM-Final



# Richmond-HD 69; %Black; SM-Final



# Richmond-HD 70; %Black; SM-Final



# Richmond-HD 71; %Black; SM-Final



# Richmond-HD 72; %Black; SM-Final



# Richmond-HD 74; %Black; SM-Final



# Petersburg-HD 75; %Black; SM-Final



# Norfolk-HD 76; %Black; SM-Final



# Norfolk-HD 77; %Black; SM-Final



# Norfolk-HD 78; %Black; SM-Final



# Norfolk-HD 79; %Black; SM-Final



# Norfolk-HD 80; %Black; SM-Final



# Norfolk-HD 81; %Black; SM-Final



# Norfolk-HD 83; %Black; SM-Final



# Norfolk-HD 85; %Black; SM-Final



# Norfolk-HD 89; %Black; SM-Final



# Norfolk-HD 90; %Black; SM-Final



# Newport-HD 91; %Black; SM-Final



# Newport-HD 92; %Black; SM-Final



# Newport-HD 93; %Black; SM-Final



# Newport-HD 94; %Black; SM-Final



# Newport-HD 95; %Black; SM-Final

