# EXHIBIT C

Plan Name:
Plan Type:
Date: 12/14/2018
Time: 3:48:05PM
Administrator:

## Measures of Compactness
12/14/2018

|  |  |  |  |
|---|---|---|---|
| Sum | N/A | 12,194.31 | N/A |
| Min | 0.16 | N/A | 0.08 |
| Max | 0.62 | N/A | 0.55 |
| Mean | 0.36 | N/A | 0.26 |
| Std. Dev. | 0.12 | N/A | 0.10 |

| DISTRICT | Reock | Perimeter | Polsby-Popper |
|---|---|---|---|
| 001 | 0.26 | 227.35 | 0.30 |
| 002 | 0.30 | 93.54 | 0.18 |
| 003 | 0.28 | 292.62 | 0.21 |
| 004 | 0.49 | 266.02 | 0.20 |
| 005 | 0.19 | 263.33 | 0.17 |
| 006 | 0.27 | 248.16 | 0.26 |
| 007 | 0.50 | 203.47 | 0.25 |
| 008 | 0.47 | 181.28 | 0.26 |
| 009 | 0.35 | 251.38 | 0.24 |
| 010 | 0.23 | 140.16 | 0.18 |
| 011 | 0.59 | 39.19 | 0.26 |
| 012 | 0.39 | 167.64 | 0.22 |
| 013 | 0.16 | 64.78 | 0.13 |
| 014 | 0.24 | 177.73 | 0.16 |
| 015 | 0.55 | 192.64 | 0.34 |
| 016 | 0.36 | 249.09 | 0.18 |
| 017 | 0.25 | 113.32 | 0.09 |
| 018 | 0.62 | 219.76 | 0.24 |
| 019 | 0.43 | 302.85 | 0.17 |
| 020 | 0.27 | 310.02 | 0.15 |
| 021 | 0.42 | 34.13 | 0.31 |
| 022 | 0.20 | 223.41 | 0.11 |
| 023 | 0.26 | 164.71 | 0.15 |
| 024 | 0.44 | 305.00 | 0.25 |
| 025 | 0.26 | 197.21 | 0.18 |
| 026 | 0.46 | 125.93 | 0.36 |
| 027 | 0.35 | 49.01 | 0.25 |
| 028 | 0.39 | 69.89 | 0.26 |
| 029 | 0.36 | 158.32 | 0.21 |
| 030 | 0.53 | 176.19 | 0.36 |
| 031 | 0.38 | 117.22 | 0.19 |
| 032 | 0.46 | 33.77 | 0.31 |
| 033 | 0.33 | 139.37 | 0.23 |
| 034 | 0.24 | 58.59 | 0.22 |
| 035 | 0.20 | 36.26 | 0.19 |
| 036 | 0.43 | 31.12 | 0.30 |
| 037 | 0.18 | 35.13 | 0.18 |
| 038 | 0.62 | 20.41 | 0.45 |
| 039 | 0.35 | 39.91 | 0.19 |
| 040 | 0.26 | 81.40 | 0.17 |

| Plan Name: | VALD_2018-SM-H3C4_H31 | Administrator: | |
|---|---|---|---|
| Plan Type: | | Date: | |
| **DISTRICT** | **Reock** | **Perimeter** | **Polsby-Popper** |
| 041 | 0.36 | 26.35 | 0.32 |
| 042 | 0.35 | 66.68 | 0.20 |
| 043 | 0.22 | 35.91 | 0.21 |
| 044 | 0.43 | 28.62 | 0.32 |
| 045 | 0.29 | 22.76 | 0.26 |
| 046 | 0.52 | 13.79 | 0.55 |
| 047 | 0.41 | 17.85 | 0.33 |
| 048 | 0.18 | 38.72 | 0.16 |
| 049 | 0.24 | 22.13 | 0.16 |
| 050 | 0.46 | 33.57 | 0.34 |
| 051 | 0.24 | 80.97 | 0.18 |
| 052 | 0.23 | 33.07 | 0.25 |
| 053 | 0.46 | 23.54 | 0.34 |
| 054 | 0.47 | 101.20 | 0.25 |
| 055 | 0.57 | 174.35 | 0.28 |
| 056 | 0.34 | 199.55 | 0.22 |
| 057 | 0.45 | 30.99 | 0.41 |
| 058 | 0.32 | 226.28 | 0.19 |
| 059 | 0.30 | 311.90 | 0.21 |
| 060 | 0.38 | 272.68 | 0.31 |
| 061 | 0.32 | 382.52 | 0.17 |
| 062 | 0.48 | 74.38 | 0.18 |
| 063 | 0.57 | 166.78 | 0.28 |
| 064 | 0.32 | 274.09 | 0.19 |
| 065 | 0.37 | 180.22 | 0.27 |
| 066 | 0.37 | 79.68 | 0.23 |
| 067 | 0.32 | 37.77 | 0.25 |
| 068 | 0.36 | 44.72 | 0.25 |
| 069 | 0.36 | 30.95 | 0.36 |
| 070 | 0.29 | 158.37 | 0.16 |
| 071 | 0.20 | 37.19 | 0.17 |
| 072 | 0.26 | 71.51 | 0.08 |
| 073 | 0.39 | 50.41 | 0.15 |
| 074 | 0.19 | 71.54 | 0.18 |
| 075 | 0.41 | 286.99 | 0.32 |
| 076 | 0.44 | 86.32 | 0.45 |
| 077 | 0.55 | 26.35 | 0.52 |
| 078 | 0.49 | 60.35 | 0.42 |
| 079 | 0.27 | 67.40 | 0.11 |
| 080 | 0.55 | 31.33 | 0.36 |
| 081 | 0.32 | 166.00 | 0.20 |
| 082 | 0.57 | 57.33 | 0.45 |
| 083 | 0.50 | 43.44 | 0.29 |
| 084 | 0.44 | 42.22 | 0.26 |
| 085 | 0.39 | 29.04 | 0.30 |
| 086 | 0.35 | 34.48 | 0.25 |
| 087 | 0.22 | 83.36 | 0.17 |
| 088 | 0.28 | 157.47 | 0.13 |
| 089 | 0.38 | 23.22 | 0.48 |
| 090 | 0.42 | 23.56 | 0.52 |
| 091 | 0.60 | 70.04 | 0.44 |
| 092 | 0.33 | 46.37 | 0.26 |
| 093 | 0.20 | 91.56 | 0.14 |
| 094 | 0.45 | 40.00 | 0.52 |
| 095 | 0.25 | 41.90 | 0.30 |
| 096 | 0.20 | 152.09 | 0.17 |

Plan Name: VALD_2018-SM-H3C4_H31   Administrator:
Plan Type:                        Date:

| DISTRICT | Reock | Perimeter | Polsby Popper |
|---|---|---|---|
| 097 | 0.43 | 187.56 | 0.21 |
| 098 | 0.28 | 260.75 | 0.26 |
| 099 | 0.27 | 291.57 | 0.21 |
| 100 | 0.28 | 271.25 | 0.37 |