# EXHIBIT D

```
Redistricting Plan Comparison (RPC) for VA STATE HOUSE                      [H311-H3C4]
                                                                             Page 1
DLS 1_ENACTED-HB5005 with VALD_2018-SM-H3C4_H311_H368-H362-H363(2018 inc.)

Plan 1: H311 DLS 1_ENACTED-HB5005
Plan 2: H3C4 VALD_2018-SM-H3C4_H311_H368-H362-H363

  Dst   TotalPop    Same Dst    %Same   Diff Dst    %Diff    Member
===============================================================================
    1     80,508      80,508    100.0          0      0.0    KILGORE, TERRY G. (REP)
    2     79,491      79,491    100.0          0      0.0    Foy, Jennifer D. Carroll (Dem)
    3     80,583      80,583    100.0          0      0.0    MOREFIELD, JAMES W. 'WILL' (REP)
    4     80,446      80,446    100.0          0      0.0    PILLION, TODD E. (REP)
    5     80,600      80,600    100.0          0      0.0    O'QUINN, ISRAEL D. (REP)
    6     79,608      79,608    100.0          0      0.0    CAMPBELL, JEFFREY L. (REP)
    7     80,146      80,146    100.0          0      0.0    RUSH, LARRY N. 'NICK' (REP)
    8     80,685      80,685    100.0          0      0.0    HABEEB, GREGORY D. (REP)
    9     80,574      80,574    100.0          0      0.0    POINDEXTER, CHARLES D. (REP)
   10     80,617      80,617    100.0          0      0.0    Gooditis, Wendy W. (Dem)
   11     80,132      80,132    100.0          0      0.0    Rasoul, S. (Sam) (Dem)
   12     80,492      80,492    100.0          0      0.0    Hurst, Chris L. (Dem)
   13     80,579      80,579    100.0          0      0.0    Roem, Danica A. (Dem)
   14     79,407      79,407    100.0          0      0.0    MARSHALL, D. W. 'DANNY', III (REP)
   15     80,630      80,630    100.0          0      0.0    GILBERT, C. TODD (REP)
   16     79,692      79,692    100.0          0      0.0    ADAMS, LES R. (REP)
   17     80,631      80,631    100.0          0      0.0    HEAD, CHRISTOPHER T. (REP)
   18     79,450      79,450    100.0          0      0.0    WEBERT, MICHAEL J. (REP)
   19     80,080      80,080    100.0          0      0.0    AUSTIN, TERRY L. (REP)
   20     79,334      79,334    100.0          0      0.0    BELL, RICHARD P. 'DICKIE' (REP)
   21     79,608      79,608    100.0          0      0.0    Convirs-Fowler, Kelly K. (Dem)
   22     79,307      79,307    100.0          0      0.0    BYRON, KATHY J. (REP)
   23     79,330      79,330    100.0          0      0.0    GARRETT, T. SCOTT (REP)
   24     79,678      79,678    100.0          0      0.0    CLINE, BEN L. (REP)
   25     80,011      80,011    100.0          0      0.0    LANDES, R. STEVEN 'STEVE' (REP)
   26     80,688      80,688    100.0          0      0.0    WILT, TONY O. (REP)
   27     79,381      79,381    100.0          0      0.0    ROBINSON, ROXANN L. (REP)
   28     79,304      79,304    100.0          0      0.0    THOMAS, ROBERT M. 'BOB' (REP)
   29     79,851      79,851    100.0          0      0.0    COLLINS, CHRISTOPHER E. (REP)
   30     80,583      80,583    100.0          0      0.0    FREITAS, NICHOLAS J. (REP)
   31     79,210      79,210    100.0          0      0.0    Guzman, Elizabeth R. (Dem)
   32     80,268      80,268    100.0          0      0.0    Reid, David A. (Dem)
   33     80,550      80,550    100.0          0      0.0    LAROCK, DAVE A. (REP)
   34     80,722      80,722    100.0          0      0.0    Murphy, Kathleen J. (Dem)
   35     80,213      80,213    100.0          0      0.0    Keam, Mark L. (Dem)
   36     79,746      79,746    100.0          0      0.0    Plum, Kenneth R. (Dem)
   37     80,255      80,255    100.0          0      0.0    Bulova, David L. (Dem)
   38     80,758      80,758    100.0          0      0.0    Kory, L. Kaye (Dem)
   39     80,710      80,710    100.0          0      0.0    Watts, Vivian E. (Dem)
   40     80,729      80,729    100.0          0      0.0    HUGO, TIMOTHY D. (REP)
   41     80,792      80,792    100.0          0      0.0    Filler-Corn, Eileen (Dem)
   42     79,964      79,964    100.0          0      0.0    Tran, Kathy K. L. (Dem)
   43     80,750      80,750    100.0          0      0.0    Sickles, Mark D. (Dem)
   44     80,796      80,796    100.0          0      0.0    Krizek, Paul E. (Dem)
   45     80,240      80,240    100.0          0      0.0    Levine, Mark H. (Dem)
   46     80,333      80,333    100.0          0      0.0    Herring, Charniele L. (Dem)
   47     80,757      80,757    100.0          0      0.0    Hope, Patrick A. (Dem)
   48     79,492      79,492    100.0          0      0.0    Sullivan, R.C. (Rip), Jr. (Dem)
   49     80,609      80,609    100.0          0      0.0    Lopez, Alfonso H. (Dem)
   50     80,677      80,677    100.0          0      0.0    Carter, Lee J. (Dem)
   51     80,372      80,372    100.0          0      0.0    Ayala, Hala S. (Dem)
   52     79,290      79,290    100.0          0      0.0    Torian, Luke E. (Dem)
   53     80,049      80,049    100.0          0      0.0    Simon, Marcus B. (Dem)
   54     80,155      80,155    100.0          0      0.0    ORROCK, ROBERT D. 'BOBBY' (REP)
   55     79,578      79,578    100.0          0      0.0    FOWLER, H. F. 'BUDDY', JR. (REP)
   56     79,271      79,271    100.0          0      0.0    MCGUIRE, JOHN J., III (REP)
   57     80,778      80,778    100.0          0      0.0    Toscano, David J. (Dem)
   58     80,767      80,767    100.0          0      0.0    BELL, ROBERT B., III (REP)
   59     79,345      79,345    100.0          0      0.0    FARISS, C. MATTHEW (REP)
   60     79,219      79,219    100.0          0      0.0    EDMUNDS, JAMES E., II (REP)
```

```
  61    79,792    79,792   100.0         0    0.0    WRIGHT, THOMAS C. 'TOMMY', JR. (REP)
  62    79,677    44,856    56.3    34,821   43.7    INGRAM, RILEY EDWARD (REP)
  63    79,602    50,537    63.5    29,065   36.5    @Aird, Lashrecse D. (Dem)
  64    79,262    67,877    85.6    11,385   14.4    BREWER, EMILY M. (REP)
  65    79,364    79,364   100.0         0    0.0    WARE, R. LEE, JR. (REP)
  66    79,397    32,511    40.9    46,886   59.1    COX, M. KIRKLAND 'KIRK' (REP)
  67    79,633    79,633   100.0         0    0.0    Delaney, Karrie K. (Dem)
  68    79,611    79,611   100.0         0    0.0    Adams, Dawn M. (Dem)
  69    79,386    65,927    83.0    13,459   17.0    @Carr, Betsy B. (Dem)
  70    79,382    48,273    60.8    31,109   39.2    @McQuinn, Delores L. (Dem)
  71    80,322    68,394    85.1    11,928   14.9    @Bourne, Jeff M. (Dem)
  72    80,764    76,881    95.2     3,883    4.8    VanValkenburg, Schuyler T. (Dem)
  73    80,135    80,135   100.0         0    0.0    Rodman, Debra H. (Dem)
  74    79,594    63,130    79.3    16,464   20.7    @Bagby, Lamont (Dem)
  75    79,295    67,902    85.6    11,393   14.4    Tyler, Roslyn C. (Dem)
  76    80,313    49,413    61.5    30,900   38.5    JONES, S. C. 'CHRIS' (REP)
  77    79,627    48,632    61.1    30,995   38.9    @Hayes, C. E. 'Cliff', Jr. (Dem)
  78    80,475    53,149    66.0    27,326   34.0    LEFTWICH, J. A. 'JAY', JR. (REP)
  79    80,243    40,083    50.0    40,160   50.0    Heretick, Steve E. (Dem)
  80    80,705    48,717    60.4    31,988   39.6    @James, Matthew (Dem)
  81    79,438    53,944    67.9    25,494   32.1    KNIGHT, BARRY D. (REP)
  82    80,463    80,463   100.0         0    0.0    MIYARES, JASON S. (REP)
  83    79,538    50,680    63.7    28,858   36.3    STOLLE, CHRIS P. (REP)
  84    80,281    80,281   100.0         0    0.0    DAVIS, GLENN R., JR. (REP)
  85    80,800    72,015    89.1     8,785   10.9    Turpin, Cheryl B. (Dem)
  86    80,747    80,747   100.0         0    0.0    Boysko, Jennifer B. (Dem)
  87    79,275    79,275   100.0         0    0.0    Bell, John J. (Dem)
  88    80,191    80,191   100.0         0    0.0    COLE, MARK L. (REP)
  89    79,614    51,724    65.0    27,890   35.0    @Jones, Jerrauld C. 'Jay' (Dem)
  90    80,425    34,775    43.2    45,650   56.8    @Lindsey, Joseph C. 'Joe' (Dem)
  91    79,229    52,084    65.7    27,145   34.3    HELSEL, GORDON C., JR. (REP)
  92    79,689    52,227    65.5    27,462   34.5    @Ward, Jeion A. (Dem)
  93    79,211    65,292    82.4    13,919   17.6    Mullin, Michael P. (Dem)
  94    79,429    48,529    61.1    30,900   38.9    YANCEY, DAVID E. (REP)
  95    80,071    48,474    60.5    31,597   39.5    @Price, Marcia S. 'Cia' (Dem)
  96    79,217    79,217   100.0         0    0.0    POGGE, BRENDA L. (REP)
  97    79,386    79,386   100.0         0    0.0    PEACE, CHRISTOPHER K. (REP)
  98    79,251    79,251   100.0         0    0.0    HODGES, M. KEITH (REP)
  99    80,332    80,332   100.0         0    0.0    RANSOME, MARGARET BEVANS (REP)
 100    80,037    80,037   100.0         0    0.0    BLOXOM, ROBERT S., JR. (REP)


++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

     DLS 1_ENACTED-HB5005 with VALD_2018-SM-H3C4_H311_H368-H362-H363(2018 inc.)

     Plan 1: H311 DLS 1_ENACTED-HB5005
     Plan 2: H3C4 VALD_2018-SM-H3C4_H311_H368-H362-H363

           TotalPop   Same Dst   %Same    Diff Dst   %Diff
     =================================================================================
     SUM  8,001,024  7,361,562    92.0     639,462     8.0

     ---------------------------------------------------------------------------------

     Summary:

     1.  75 Districts the same in both plans.
     2.  25 Districts different between plans.
     3.   1 Districts LT 10% different.
     4.   3 Districts GT 50% different.

     Note: @ indicates a challenged district. Incumbents as of 2018.
     Note: Comparison is based upon identity of district number only.

=================================================================================
```