# EXHIBIT E

**Table 1. Comparison of BVAP by Plan**

| [A] District | [B] Enacted | [C] Master | [D] [C]-[B] |
|---|---|---|---|
| 63 | 59.5 | 47.5 | (12.1) |
| 69 | 55.2 | 54.4 | (0.8) |
| 70 | 56.4 | 52.3 | (4.1) |
| 71 | 55.4 | 54.0 | (1.3) |
| 74 | 57.2 | 54.4 | (2.9) |
| 75 | 55.4 | 52.5 | (3.0) |
| 77 | 58.8 | 40.2 | (18.6) |
| 80 | 56.3 | 51.4 | (4.9) |
| 89 | 55.5 | 54.9 | (0.5) |
| 90 | 56.6 | 41.9 | (14.7) |
| 92 | 60.7 | 53.9 | (6.9) |
| 95 | 60.0 | 47.4 | (12.6) |
| Max | 60.7 | 54.9 | (0.5) |
| Min | 55.2 | 40.2 | (18.6) |
| Avg | 57.2 | 50.4 | (6.9) |



**Table 2. Rank of Districts by BVAP%**

| [A] Plan | [B] District | [C] BVAP% |
|---|---|---|
| *Enacted* | 92 | 60.7 |
| *Enacted* | 95 | 60.0 |
| *Enacted* | 63 | 59.5 |
| *Enacted* | 77 | 58.8 |
| *Enacted* | 74 | 57.2 |
| *Enacted* | 90 | 56.6 |
| *Enacted* | 70 | 56.4 |
| *Enacted* | 80 | 56.3 |
| *Enacted* | 89 | 55.5 |
| *Enacted* | 75 | 55.4 |
| *Enacted* | 71 | 55.4 |
| *Enacted* | 69 | 55.2 |
| **Master** | **89** | **54.9** |
| **Master** | **69** | **54.4** |
| **Master** | **74** | **54.4** |
| **Master** | **71** | **54.0** |
| **Master** | **92** | **53.9** |
| **Master** | **75** | **52.5** |
| **Master** | **70** | **52.3** |
| **Master** | **80** | **51.4** |
| **Master** | **63** | **47.5** |
| **Master** | **95** | **47.4** |
| **Master** | **90** | **41.9** |
| **Master** | **77** | **40.2** |