# EXHIBIT F

**Table 1. Districts with Changes, Enacted with SM-Final, Ranked by %Diff**

| [A] Rank | [B] Dst | [C] PopSame | [D] %Same | [E] PopDiff | [F] %Diff | [G] Member 2018 |
|---:|---:|---:|---:|---:|---:|---|
| 1 | 66 | 32,511 | 41.0 | 46,886 | 59.1 | Cox, M. Kirkland 'Kirk' (Rep) |
| **2** | **90** | **34,775** | **43.2** | **45,650** | **56.8** | **Lindsey, Joseph C. 'Joe' (Dem)** |
| 3 | 79 | 40,083 | 50.0 | 40,160 | 50.1 | Heretick, Steve E. (Dem) |
| 4 | 62 | 44,856 | 56.3 | 34,821 | 43.7 | Ingram, Riley Edward (Rep) |
| **5** | **80** | **48,717** | **60.4** | **31,988** | **39.6** | **James, Matthew (Dem)** |
| **6** | **95** | **48,474** | **60.5** | **31,597** | **39.5** | **Price, Marcia S. 'Cia' (Dem)** |
| **7** | **70** | **48,273** | **60.8** | **31,109** | **39.2** | **McQuinn, Delores L. (Dem)** |
| **8** | **77** | **48,632** | **61.1** | **30,995** | **38.9** | **Hayes, C. E. 'Cliff', Jr. (Dem)** |
| 9 | 94 | 48,529 | 61.1 | 30,900 | 38.9 | Yancey, David E. (Rep) |
| 10 | 76 | 49,413 | 61.5 | 30,900 | 38.5 | Jones, S. C. 'Chris' (Rep) |
| 11 | 63 | 50,537 | 63.5 | 29,065 | 36.5 | Aird, Lashrecse D. (Dem) |
| 12 | 83 | 50,680 | 63.7 | 28,858 | 36.3 | Stolle, Chris P. (Rep) |
| **13** | **89** | **51,724** | **65.0** | **27,890** | **35.0** | **Jones, Jerrauld C. 'Jay' (Dem)** |
| **14** | **92** | **52,227** | **65.5** | **27,462** | **34.5** | **Ward, Jeion A. (Dem)** |
| 15 | 91 | 52,084 | 65.7 | 27,145 | 34.3 | Helsel, Gordon C., Jr. (Rep) |
| 16 | 78 | 53,149 | 66.0 | 27,326 | 34.0 | Leftwich, J. A. 'Jay', Jr. (Rep) |
| 17 | 81 | 53,944 | 67.9 | 25,494 | 32.1 | Knight, Barry D. (Rep) |
| **18** | **74** | **63,130** | **79.3** | **16,464** | **20.7** | **Bagby, Lamont (Dem)** |
| 19 | 93 | 65,292 | 82.4 | 13,919 | 17.6 | Mullin, Michael P. (Dem) |
| **20** | **69** | **65,927** | **83.1** | **13,459** | **17.0** | **Carr, Betsy B. (Dem)** |
| **21** | **71** | **68,394** | **85.2** | **11,928** | **14.9** | **Bourne, Jeff M. (Dem)** |
| **22** | **75** | **67,902** | **85.6** | **11,393** | **14.4** | **Tyler, Roslyn C. (Dem)** |
| 23 | 64 | 67,877 | 85.6 | 11,385 | 14.4 | Brewer, Emily M. (Rep) |
| 24 | 85 | 72,015 | 89.1 | 8,785 | 10.9 | Turpin, Cheryl B. (Dem) |
| 25 | 72 | 76,881 | 95.2 | 3,883 | 4.8 | VanValkenburg, Schuyler T. (Dem) |



%Pop Different from Enacted

*The 11 challenged districts are highlighted in bold and in green in the chart.*