# EXHIBIT G

# Split VTDs: Winfrees Store-HD63; %Black, SM-Final



# Split VTDs: Hampton City-HD92; %Black, SM-Final

