IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL, *et al.*,

    **Plaintiffs,**

v.                                    Civil Action No. 3:14-cv-852

VIRGINIA STATE BOARD OF
ELECTIONS, *et al.*,

    **Defendants.**

## ORDER

The special master and the plaintiffs have advised the Court that the Second Report of the Special Master [Dkt. No. 351] contains errors regarding the compactness scores of certain districts in Peninsula Module 2. Accordingly, the special master is hereby ORDERED to submit a corrected final report no later than 1:00 p.m. (Eastern Time) on Tuesday, February 5, 2019.

It is so ORDERED.

                                           _____/s/_____
                                           For the Court
                                           Barbara Milano Keenan
                                           United States Circuit Judge

Richmond, Virginia
Date: February 4, 2019