IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL, *et al.*,

    Plaintiffs,

    v.                                      Civil Action No. 3:14-cv-852

VIRGINIA STATE BOARD OF
ELECTIONS, *et al.*,

    Defendants.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that:

(1) The Final Remedial Plan submitted by the special master on January 29, 2019 and found at docket entry number 355 is adopted;

(2) The Division of Legislative Services shall make the Final Remedial Plan available on its website; and

(3) The defendants shall immediately implement the Final Remedial Plan to ensure that the 2019 Virginia House of Delegates elections will proceed as scheduled.

It is so ORDERED.

_____/s/_____
For the Court
Barbara Milano Keenan
United States Circuit Judge

Richmond, Virginia
Date: February 14, 2019