IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| Golden Bethune-Hill, *et al.*, <br><br>    Plaintiffs, <br><br>    v. <br><br> Virginia State Board of Elections, *et al.*, <br><br>    Defendants. | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |

## Notice of Appeal

Notice is given that the Virginia House of Delegates and M. Kirkland Cox, in his official capacity as Speaker of the Virginia House of Delegates, the Defendant-Intervenors in the above-captioned case, hereby appeal to the Supreme Court of the United States, pursuant to 28 U.S.C. § 1253, from the order and injunction of this three-judge court entered in this action on February 14, 2019, ECF No. 362, and all other orders or opinions forming the basis of or relating to that order, including the three-judge court's memorandum opinion, ECF No. 361.

Dated: February 25, 2019          Respectfully Submitted,

                                               */s/ Katherine L. McKnight*
Katherine L. McKnight (VSB No. 81482)
Richard B. Raile (VSB No. 84340)
E. Mark Braden (*pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
kmcknight@bakerlaw.com
rraile@bakerlaw.com
mbraden@bakerlaw.com

*Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker M. Kirkland Cox*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February, 2019, a copy of the foregoing was filed and served on all counsel of record pursuant to the Court's electronic filing procedures using the Court's CM/ECF system.

/s/ *Katherine L. McKnight*
Katherine L. McKnight (VSB No. 81482)
Richard B. Raile (VSB No. 84340)
E. Mark Braden (*pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
kmcknight@bakerlaw.com
rraile@bakerlaw.com
mbraden@bakerlaw.com

*Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker M. Kirkland Cox*