# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### OFFICE OF THE CLERK
701 EAST BROAD STREET
RICHMOND, VIRGINIA 23219

FERNANDO GALINDO
CLERK OF COURT

MARK S. DAVIS
CHIEF JUDGE

February 26, 2019

**Via UPS and email**
Scott S. Harris, Clerk of the Court
Supreme Court of the United States
Office of the Clerk
1 First Street, NE
Washington, DC  20543-0001

ATTN:  Kevin C. Brown, Assistant Clerk

Re:   **Supreme Court Docket No. 18-281**
      Virginia House of Delegates, et al
      v. Golden Bethune-Hill, et al
      U.S.D.C., Eastern District of Virginia
      Case No. 3:14-cv-00852-REP-GBL-BMK

Dear Mr. Brown:

Pursuant to the request of the Supreme Court of the United States, we hereby certify that the entire record (including transcripts) in the above-referenced case can be electronically accessed through PACER (Public Access to Court Electronic Records) at www.pacer.gov.

The first document of this electronic record is the docket, which provides the requested numbered list that specifically identifies each document. All briefs filed are included in this electronic record. This case does not contain sealed or confidential documents, nor does it involve records of a lower court.

The record does contain three (3) boxes of non-electronic trial exhibits which will be shipped to your Court via UPS on Tuesday, February 26, 2019. The contents of these boxes are as follows:

Box 1 of 3:
-White Notebook "Plaintiffs' Trial Exhibits 1-32"
-White Notebook "Plaintiffs' Trial Exhibits 33-68"

*The following three lists were transmitted to the Supreme Court of the United States on 01/15/2016 in Box 1 of 3, however, the lists were not included in Box 1 when returned 06/23/2016:*
-Plaintiffs' Trial Exhibit List with the courtroom deputy clerk's markings "A" for those admitted during the trial;
-Defendant-Intervenors' Trial Exhibit List with "A" markings for those admitted during the trial; and
-Defendants' (trial) Exhibit List without any markings.

Scott S. Harris, Clerk of Court
February 26, 2019
Page 2


Box 2 of 3:
-Black Notebook "Defendant-Intervenor Trial Exhibits TX001-TX035," with "Withdrawn" post-it note on number 35
-Black Notebook "Defendant-Intervenor Trial Exhibits TX036-TX100"
-Small White Notebook "Joint Ex. 1"
-Manilla folder with Handout to Judges "The 55% Rule" and "Del. Jones on the 55% Rule"
-Delegate Chris Smith mini-script deposition transcript
-Two loose documents: VSBE005607 and VSBE005632

Box 3 of 3:
Oversized Map Books (3):
-"Map Book 1 Defendant-Intervenors' TX60-63, 65, 94-97, 99"
-"Map Book 2 Defendant-Intervenors' TX91"
-"Map Book 3 Defendant-Intervenors' TX92"

Please let us know if you need any further information. Thank you for your assistance in this matter.

Very truly yours,

/s/

Laurie C. Breeden,
Appeals Clerk
(804) 916-2207


LCB/

cc: All counsel of record electronically notified

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK