IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL, et al.,

    Plaintiffs,

v.	Civil Action No. 3:14cv852

VIRGINIA STATE BOARD OF ELECTIONS, et al.,

    Defendants.

### ORDER

The Court has received a letter from Wakeel Abdul-Sabur, a prisoner incarcerated in the Commonwealth of Virginia, in which he seeks permission to "join this pending case *pro se*;" and asks that forms and instructions be sent to him in the event that he needs to file a separate Complaint against the same defendants.

It is hereby ORDERED that:

(1) The Clerk shall file the letter as a Motion to Intervene in this action. And, finding that there is no basis upon which Mr. Abdul-Sabur may intervene herein, and finding that his Motion to Intervene is not timely given the current posture of the case, the Motion to Intervene is denied.

It is further ORDERED that the Clerk shall send to Mr. Abdul-Sabur the forms by which a prisoner can file a *pro se* action. If

Mr. Abdul-Sabur chooses to proceed in that fashion and institute a separate claim against the same defendants, as he asserts on page 3 of his filing, he may proceed to do so and that case will be considered as case filed *pro se* by a prisoner. In that regard, Mr. Abdul-Sabur is advised that, under the laws of the Commonwealth of Virginia, he is a convicted felon and therefore is not eligible to vote in the Commonwealth and that he likely does not have standing to file a lawsuit involving the redistricting issues that he proposes to pursue. Accordingly, he should ascertain whether he has standing before filing a separate lawsuit and he is advised that the Court will consider that question whether he briefs it or not because it is an issue that goes to the subject matter jurisdiction of the Court.

The Clerk is directed to send a copy of this Order to Wakeel Abdul-Sabul at the address reflected on the Motion to Intervene.

It is SO ORDERED.

/s/ REP
For the Court
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: March 4, 2019