February 18, 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
701 EAST BROAD ST, SUITE 3000
RICHMOND, VA. 23219-3528

RE: CIVIL ACTION NO: 3:14CV852

DEAR CLERK I AM PREPARED TO FILE A CIVIL ACTION IN YOUR COURT AGAINST THE SAME DEFENDANTS IN THEIR "PERSONAL CAPACITIES"

IN VIOLATION OF 42 U.S.C.S 1985(3) AND 1986
THE RACIAL GERRYMANDERING WAS AN ON GOING UNCONSTITUTIONAL VIOLATION OF MY DUE PROCESS AND EQUAL PROTECTION OF THE FOURTEENTH AMENDMENT

THE DEFENDANTS TARGETED AFRICAN AMERICAN VOTERS IN LEGISLATIVE DISTRICTS WITH LARGE POPULATIONS OF DISENFRANCHISED BLACK PRISONERS.

RECEIVED FEB 22 2019 CLERK, U.S. DISTRICT COURT RICHMOND, VA

(1)

The Defendants conspired to commit Legislative Fraud and Racial gerrymandering.

The Defendants conspired to prevent, or hinder disenfrised Black incarcerated inmates from securing constitutional Rights.

The motivation behind the conspiracy was Racial, and each Defendant knew about the conspiracy, and failed to correct, or prevent the wrong doing.

Subsequently, House Speaker M. Kirkland Cox appealed the District Courts order to redraw the eleven House Districts requesting a delay pending United States Supreme Court Ruling which rejected Defendant Cox's request.

So, under the direction of the Fourth Circuit, the Court appointed a Special Master to began redrawing the Districts.

The Architech of the Racial gerrymandering is Del. Chris Jones which the conduct was committed under the color of State Law But Beyond the scope of [H]is employment.

(2)

Since my civil right action claims relates to Bethune-Hill v. Virginia State Board of Elections I wish to join this pending case pro se'.

Please provide me with copies of all plaintiff's and defendant's if deemed appropriate.

There is no available grievance procedure to resolve this matter because defendant's are not employees of Virginia Department of Corrections, and my complaint does not pertain to prison conditions.

If I must file a separate complaint against the same defendants please provide with the proper forms and instructions to submit to your court in the near future.

The conspiracy was a two part scheme . . . when the defendants targeted African voters by way of the gerrymandering in districts in question, turn out rates, the results of the recent contested primary and general elections in 2005, and the districts large population of disenfranchised black prisoners.

From the information gathered the lines were drawn with the best software and data mining available.

The majority of defendants will be sued for $500,000 punitive damages in their individual capacities.

Please provide me with legal counsel for both parties.

Respectfully —

Wakeel Abdul-Sabur #1003659
Red Onion State Prison
P.O. Box 1900
Pound, VA. 24279-1900

Under penalty of perjury all information is true and correct.

*[signature]*
2/18/19

(4)