WAKEEL ABDUL-SABUR #1003659
RED ONION STATE PRISON
P.O. BOX 1900
POUND, VA. 24279-1900

VA DOC HAS NEITHER CENSORED OR INSPECTED THIS ITEM THE DEPARTMENT DOES NOT ASSUME ANY RESPONSIBILITY FOR ITS CONTENTS



RECEIVED
FEB 19 2019
MAILROOM

U.S. DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
701 EAST BROAD ST, SUITE 3000
RICHMOND, VA. 23219-3528

23219-352899