# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 1, 2019

Clerk
United States District Court for the Eastern District
of Virginia
P.O. Box 21449
200 S. Washington St.
Alexandria, VA  22314

> Re:  Virginia House of Delegates, et al.
>      v. Golden Bethune-Hill, et al.
>      No. 18-1134
>      (Your No. 3:14cv852)

Dear Clerk:

An appeal in the above-entitled case was filed in this Court February 27, 2019 and placed on the docket March 1, 2019, as No. 18-1134.

Sincerely,

Scott S. Harris, Clerk

by *[signature]*

Jacob A. Levitan
Case Analyst

