**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**



GOLDEN BETHUNE-HILL,
et al.,

     Plaintiffs,

v.                                    Civil Action No. 3:14-cv-852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

     Defendants.

**ORDER**

The Court has received a letter from Wakeel Abdul-Sabur, a prisoner incarcerated in the Commonwealth of Virginia, titled "INTERESTED NON-PARTY IN SUPPORT OF REMEDIAL PLAN," which purports to be "in support of implementation of a new remedial plan."

It is hereby ORDERED that the Clerk shall mark this letter as received and not as filed. Given the posture of the case, Mr. Abdul-Sabur's letter is untimely because the Court has already ordered the implementation of the Final Remedial Plan. See ECF Nos. 361, 362.

Furthermore, it is hereby ORDERED that Mr. Abdul-Sabur is directed to the Court's March 5, 2019 ORDER (ECF No. 367), in which the Court states: "Mr. Abdul-Sabur is advised that, under the laws of the Commonwealth of Virginia, he is a convicted felon and therefore

is not eligible to vote in the Commonwealth and that he likely does
not have standing to file a lawsuit involving the redistricting
issues that he proposes to pursue. Accordingly, he should ascertain
whether he has standing before filing a separate lawsuit and he is
advised that the Court will consider that question whether he briefs
it or not because it is an issue that goes to the subject matter
jurisdiction of the Court." Nothing in Mr. Abdul-Sabur's most
recent letter explains why he has standing in this case. It is hereby
ORDERED that any additional filings by Mr. Abdul-Sabur in this case
shall only be made in perspective of the Court's March 5, 2019 ORDER
(ECF No. 367). That is, Mr. Abdul-Sabur must show that he has standing
in this matter before filing anything further in this case.

The Clerk is directed to send a copy of this Order to Wakeel
Abdul-Sabur at the address reflected on his letter.

It is so ORDERED.

                                        /s/    REP
                        _____
                        Robert E. Payne
                        Senior United States District Judge
                        For the Court

Richmond, Virginia
Date: March 15, 2019

2