IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL, *et al.*,

    Plaintiffs,

v.                                            Civil Action No. 3:14-cv-852

VIRGINIA STATE BOARD OF
ELECTIONS, *et al.*,

    Defendants.

## ORDER

It is hereby ORDERED that the Clerk shall file on the docket (1) the Special Master Time Sheet and Out-of-Pocket Expenses, submitted by Dr. Bernard Grofman; (2) the Time Sheet and Out-of-Pocket Expenses for Jonathan Cervas, submitted by Dr. Grofman's research assistant; and (3) all accompanying receipts. It is further ORDERED that the parties shall file any statements of position concerning these submissions no later than Friday, March 29, 2019.

It is so ORDERED.

                                      /s/
                            For the Court
                            Barbara Milano Keenan
                            United States Circuit Judge

Richmond, Virginia
Date: March 20, 2019