IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division
GOLDEN BETHUNE-HILL, *et al.*,
Plaintiffs,
v. Civil Action No. 3:14-cv-852
VIRGINIA STATE BOARD OF
ELECTIONS, *et al.*,

Bernard
GROFMAN -
Special
Master
Time Sheet
and Out-of-
Pocket
Expenses in
*Golden
Bethune-Hill*
2018-09

| | hours | Activities |
|---|---|---|
| 17-Oct | 4 | prelim discussion wih Court, hiring of research assistant and prelim instructions to Cervas as to data gathering,very prelim  review of court rulings |
| 18-Oct | 2 | prelim discussion with Cervas as to mapping |
| 19-Oct | 2 | prelim review of Palmer expert witness report, prelim examination of geography and demography of 2011 map arrange for Cervas to have Maptitude access; preliminary review of election data from the eleven unconstitutional districts |
| 20-Oct | 3 | further preliminary review  of the 2011 enacted plan, begin more detailed identification of features of the 2011 unconstitutional |
| 21-Oct | 3 | districts and more detaled review of Golden Bethune-Hill district court decisions |
| 22-Oct | 5 | examine  prelim chart prepared by Cervas  indicating which counties are predominant in which districts; continue revews of district court and Supreme Court decisions re Virginia |
| 23-Oct | 5 | review very preliminary ideas about remedial line drawing from Cervas  presented in map form |
| 24-Oct | 5 | review newer but still  very preliminary ideas about  remedial line drawing with Cervas |
| 25-Oct | 2 | discussion  in person with Cervas of conceptual line drawing re segmentation of line drawing into 3 or 4 distinct modularized areas (Tidewater, Newport-News&Hampton, Richmond, Dinwiddie & Petersburg) |
| 26-Oct | 3 | work on conceptual map planning for Tidewater areas, |

| | | have prelim phone discussion with Smith as to map sketch for Tidewater south |
|---|---|---|
| 27-Oct | 3 | begin the portion of the Special Master Report that deals in the abstract with the criteria to be implemented in the remedial map |
| 28-Oct | 5 | continue very preliminary drafting of Special Master Report based on very prelim maps reviewed to date |
| 29-Oct | 5.5 | 8am -10.15am, 11am-2.15 pm-review of map sketch for Tidewater area with Smith via phone, later phone call on shape file data to be fedexed, bg conceptual map planning for Newport News-Hampton area, conversations with Cervas re Richmond area conceptual map, a nd entering VA shape diles being sent by Smith more careful reading of 2018 Bethune-Hill court ruling ; 10.30-11-prelim review of Special Master report in Covington (North Carolina race preponderance case) |
| 29-Oct | 1 | 3.30pm-4.30pm, work on Report |
| 30-Oct | 3.5 | 3.30pm-7 pm more work on prelim draft of Special Master Report, work on conceptual analysis of the redrawing of district 63 in a minimum change fashion, phone conversations with Cervas |
| 30-Oct | 0.75 | 9.30-10.15 more work on prelim draft of Special Master Report; examine Supreme Court opinion re North Carolina redistricting in case that raises similar issues to this one |
| 31-Oct | 1.25 | 8am-8.30 am -phone conversation with Smith and further work on conceptual map for Norfolk area; 9 am-9.30 am work on prelim version of Special Master Report, intermittently from 10am-noon, conversations with Smith a nd further instructions for her (total time about 15 minutes) |
| 31-Oct | 4 | 9pm-11pm-review of preliminary plans in various modules; extended phone conversation with Cervas about the form of maps and data tables |
| | | I wanted prepared, and a very preliminary review of features of |
| | | the September 27, 2018 plan HB7003 in comparison to the 2011 map; |
| 1-Nov | 6.25 | 11.30 pm-1.30 am further work on the Report of the Special Master. 8am-9.30am phone conversation with Julie Smith re further preliminary map drawing instructions; 12.45 pm-1.45 pm work in person with Cervas; 4-5.45 pm work with Cervas on data visualization aspects of mapping |
| 2-Nov | 3.5 | 8am-9.30am extended phone conversation with Julie Smith re further preliminary map drawing instructions, and work on Special Master Report; 11.45 pm-12.45 pm phone conversation with Cervas; 8.30pm-9.30 pm |

|  |  |  |
|---|---|---|
|  |  | review of Cervas modularized map for areas adjacent to district 63, |
|  |  | work on Special Master Report, further review of issues of map visualization |
| 3-Nov | 6 | 8am-11am, 3pm-4.45 pm, 6pm-7.15pm - |
|  |  | work on prelim draft of  Special Master Report |
|  |  | 6am-10.30 am; 8.30pm-9.30 pm, work on preliminary version of Special |
| 4-Nov | 6.5 | Master Report; |
|  |  | 11.30-12.30 -review of templates for map and data display, look at very |
|  |  | prelim map data |
| 5-Nov | 4.25 | 7.45 am-10.30 am, work on Special Master Report |
| 6-Nov | 2.75 | 7.30am-10.15 am   work on Report of the Special Master; |
|  |  | extended first phone conversation with Kent Stigall re review of |
|  |  | modularization, |
|  |  | discussion of Norfolk Naval Base location, and prelimin line  drawing |
|  |  | instructions |
|  |  | ; 10 pm -11.30 pm-extended phone call with Cervas to look at issue of Norfolk |
|  |  | Naval Base, |
|  |  | and do very prelim review of NAACP plan, and examine district numbering |
|  |  | issues |
| 7-Nov | 3.25 | 2.15am-4.15 am work on Special Master Report executive  summary; |
|  |  | 8.15am-9.30 am work on Report + 43 minute phone conversation with Smith |
|  |  | re split VTDs in redrawn map of 63 and voting rights issues in the |
|  |  | Portsmouth-Norfolk area |
| 8-Nov | 1 | early morning: brief phone conversation with Smith, work on Report |
| 9-Nov | 1 | early morning: brief phone conversation with Smith, work on Report |
|  |  | 9.45-10.15 am,  preliminary review of Virginia legislative maps and display |
| 10-Nov | 1 | tools |
|  |  | from the Princeton Gerrymandering Project; 11.15-11.45 am work on Special |
|  |  | Master Report |
| 11-Nov | 2 | 7.30am-9.30 am Work on Report of the Special Master |
|  |  | (including extended phone conversation with Cervas on remedying VTD splits |
|  |  | in very preliminary modularized maps, and on  preparing comparison charts |
|  |  | among  the five submitted remedial plans, the enacted plan, |
|  |  | and  possible compostite  multi-module map prepared under my instructions) |
| 12-Nov | 4 | 7.30am-10.45; 6pm-6.45pm, work on Report |
|  |  |  |
|  |  |  |
|  |  | 7.30am-10.00am  work on Report (including extended  phone conversation |
| 13-Nov | 3.25 | with Smith |
|  |  | on instructions to her and to Kent Stigall for creating comparison data charts |
|  |  | for the five submitted plans); 11pm- 11.45pm, work on plan comparisons |
|  |  | ,including extended conversation with Cervas re some technical issues of |
|  |  | converting |
|  |  | from ArcGIS to Maptitude |
| 14-Nov | 1.5 | 1pm-1.30pm, including short conversation with Smith on progress |
|  |  | on creating comparison data charts for the five submitted plans; |

|        |      | plus additional one hour of time in the evening working on Report |
|--------|------|-------------------------------------------------------------------|
| 15-Nov | 4.25 | 8.30pm-10.30am ,including short conversation with Smith |
|        |      | on progress on creating comparison data charts for the five submitted plans plus |
|        |      | and brief converation with court clerk informing me of a new court order ; 2pm -4 pm, conversations with Cervas and work on revisions to Special Master Report |
|        |      | in terms of  review of possible illustrative configurations, |
|        |      | with furtherr conversation in the late  evening about Smith and Stigall maps for another quarter hour |
| 16-Nov | 1.5  | 9am-9.30 am review of possible configurations of districts 21 and 85; 10 am-11am, consideration of  configurations of 21 and 85 in submitted remedial plans |
|        |      | (including brief conversation with Cervas) and more work on Special Master Report |
| 17-Nov | 0.5  | late morning, work on Report |
| 18-Nov | 0.5  | early morning: work on Report |
| 19-Nov | 3.25 | 12.45 pm-3.45 pm work on Report (including very brief call to court clerk re timing of possible conference call) and preliminary review of Nov 16 Briefs a |
|        |      | nd other  submissions; 7.45pm- 8pm review of summary details NAACP plan |
| 20-Nov | 3.75 | 8.45 am-12.30pm  review of Nov 16 submissions and adding material about Defendant-Intervenor and NAACP submitted maps to the Report; |
|        |      | along with  two  very very brief conversations with law clerk re possible scheduling of conference call with the Court; |
| 20-Nov | 2.25 | 3.15pm- 4.30  pm review of preliminary illustrative module features |
|        |      | , including lengthy phone conversation with Cervas; |
| 21-Nov | 1.75 | evening ,work on incorporating into Report evaluations of features of the submitted remedial plans, additional lengthy  phone conversation with Cervas |
| 21-Nov | 2    | 3.30-5.30 pm more work on Richmond districts (including conversation with Cervas) |
| 22-Nov | 4.5  | 5.30am-10.00am work on Report |
|        |      | work on Richmond area district, Special Master Report |
| 22-Nov | 1    | 7pm -8.30pm work on  Special Master Report |
| 23-Nov | 6    | 8.30am-noon, work on county split comparisons across the five proposed remedial maps; |
|        |      | 8pm-10.30pm work on Smith map ideas , |
|        |      | including very extensive phone conversation with Cervas |
| 24-Nov | 3    | 7.30am-10.30am review of county split data and consideration of boundary redrawing |
|        |      | using ideas from portions of DI7002 (Richmond area) and portions of NAACP |
| 24-Nov | 0.5  | 4.30pm-4.45pm work on Special Master Report; 5.15 pm -5.30 pm work on Richmond map |

| | | |
|---|---|---|
| 25-Nov | 1 | afternoon, intermittent (including two phone conversations with Cervas) |
| | | 8am-10am-phone discussion of modularized map configurations with Stigall |
| 26-Nov | 2 | and Smith |
| | | , short conversation with court clerk re conferene call agenda, work on Richmond area maps; |
| | | (Petersburg area and Hampton Newport News  area) |
| | | 11.30am-11.45am, 1.00 pm-1.30  work on concepualizing changes in |
| 26-Nov | 1.75 | Richmond maps,  including |
| | | review of DI7002 Richmond area configuration; 5pm-6pm review of Richmond area configuration, |
| | | including conversation with Cervas), |
| 26-Nov | 0.5 | 10.30pm-11pm , work on Report |
| 27-Nov | 3 | 8.30am-9.30 am work on Report; 2 hours afternoon,  work on Report |
| 28-Nov | 3.5 | 7.30am-9am review materials for conference call presentation; |
| | | 9am-10am conference call with court; 10.45 pm-11.45 pm extended phone call to Cervas |
| | | for preliminary discussion of integrating Stigall, Smith and Cervas modules into final report; |
| | | further review of map display options |
| 29-Nov | 0.5 | morning, call to Smith, failed call to Stigall; evening conversation with Cervas |
| | | for over a quarter hour |
| 30-Nov | 1.5 | 8.30am -10am work on Report |
| | | 2 hours intermitent in the afternoon, work on Report and on Norfolk |
| 1-Dec | 2 | configuration |
| 2-Dec | 3 | 6pm-7pm work on Report, 10pm-midnight and after |
| | | work on Report, includes short  conversations with Cervas re map modules |
| 3-Dec | 7 | 6.00 am-1pm-work on Report, receipt of incumbency location data, |
| | | short conversations with Stigall (2), Smith, Wade (2) and Cervas, |
| | | with focus on incumbency locations |
| | | and problem in correctly identifying the home of one of the incumbents |
| | | 4.30pm-6pm  work on redone Richmond module (including phone call to |
| 3-Dec | 3 | Cervas); |
| | | 9.30 pm-11 pm, work on redone Petersburg module (including  phone call to Cervas) |
| 4-Dec | 1.5 | 15 minutes,morning intermittent, includes review of latest court order, cal |
| | | ls to Cervas and to Smith, Stigall; |
| | | 4pm -5pm including 50 minutes Cervas phone conversation about Norfolk redrawing |
| | | with correct incumbent location;  intermittent  work on maps and data to be included in my  Report |
| | | between 9.30pm  and 10.30pm , totalling   30 minutes,  including phone calls to Cervas. |
| | | 11pm and 2am, review of proposed module that incorporate current |
| 4-Dec | 2.5 | incumbent locations, |
| | | including multiples phone calls to Cervas, some lengthy, totalling 2.5 hours |

|  |  |  |
|---|---|---|
|  |  | (NOTE: Much of Tuesday  12/4 and Wednesday 12/5 involved my providing final instruction to Cervas |
|  |  | re formatting of modularized data and maps based on new incumbent locations, |
|  |  | and some minor further amendments to maps re improving compactness requiring extensive work on his part  This is also the time when I am requiring extensive work on his part  This is also the time when I am |
| 5-Dec | 9.75 | 10am-noon, 1pm-2pm, 4pm -8.30 pm; 10.15pm- 1.30 am, work on Report ncluding short phone calls to court assistant, Smith and Cervas) |
| 6-Dec | 7 | 6.30am-10am,noon-2pm, 4pm-5.15pm, 10.30pm-10.45 pm, work on Report |
| 7-Dec | 6.75 | 6.15am-2 pm, work to finalize Report, correct shape files |
|  |  | (with phone calls to court clerk, Smith and Stigall); |
|  |  | filing of Report; one hour in the mid afternoon |
|  |  | NOT BILLED to prrepare addendum, to Report adding a missing map and correcting two paragraphs. |
| 8-Dec |  |  |
| 9-Dec |  |  |
| 10-Dec |  |  |
| 11-Dec |  |  |
| 12-Dec |  |  |
| 13-Dec |  |  |
| 14-Dec |  |  |
| 15-Dec | 1.5 | intermittent --very preliminary review of  Dec 14 Response briefs |
| 16-Dec | 8.5 | 4am-11.30 am, plus one hour later in the day |
|  |  | --preparing the 2nd Addendum to my Report responding to the five filings on December 14 |
|  |  | (includes conversation with Cervas to give instructions about additional analyses to complete) |
| 17-Dec |  |  |
| 18-Dec |  |  |
| 19-Dec |  |  |
| 20-Dec | 1 | afternoon and early evening, intermittent  work on 2nd Addendum first draft), |
|  |  | including phone conversation with Cervas re  further data analysis to be provided |
| 21-Dec | 1 | afternoon and early evening, intermittent  work on 2nd Addendum first draft, |
|  |  | including phone conversation with Cervas re  further data analysis to be provided |
| 22-Dec | 0.5 | evening , intermittent work on 2nd Addendum first draft, |
| 23-Dec |  | including phone conversation with Cervas re further data analysis to be provided |
| 24-Dec | 9 | 9.30 am-1pm, 3.30 pm-6.30 pm, 8.30 pm to midnight , work on final draft of 2nd Addendum |
|  |  | -after receiving additional data analyses from Cervas |
| 25-Dec | 2.75 | midnight to 2.45am -work on final version of 2nd Addendum |

| | | |
|---|---|---|
| 25-Dec | 3 | 4.15 pm- 7.15pm, work on final version of the 2nd Addendum |
| 26-Dec | 9.25 | 7.30am-noon, 2.45 pm-5pm, 7.30pm-9.30pm, 11.30 pm to midnight - work on final version of the 2nd Addendum (including phone conversation with Cervas) |
| 27-Dec | 13 | 7.30am-12.30pm, 2pm-6pm, 8pm-midnight-work on final version of the 2nd addendum |
| | | (with multiple phone conversations with Cervas) |
| 28-Dec | | filing of 2nd addendum |
| 29-Dec | | NO TIME CHARGED FOR MY WORK ON 3rd ADDENDUM |
| | | (filed prior to January 4)SINCE THIS INVOLVED CORRECTING ERRORS |
| 30-Dec | | |
| 31-Dec | | |
| 1-Jan | | |
| 2-Jan | | |
| 3-Jan | | |
| 4-Jan | 2.5 | 7pm-9.30pm preliminary review of Plaintiff and NAACP January 4 response |
| 5-Jan | 2.5 | 9am-10.30 am preliminary review of D-I January 4 response; |
| | | 10.30am - 11.30 am further more detailed review of NAACP January 4 response |
| | | along with preliminary phone conversatios with Cervas re additional data analyses |
| | | to do about historic districts and VTD splits in the event |
| | | one of my illustrative maps was adopted by the Court |
| 6-Jan | 0.5 | 30 minutes -intermittent -more detailed review of D-I January 4 response |
| | | including conversations with Cervas re potenial for correcting VTD splits; |
| | | preparation of January 7 4th Addendum |
| 7-Jan | 0.5 | 6.30 am-7am-more detailed review of D-I January 4 response a |
| | | nd review of preliminary VTD split correction info prepared by Cervas; |
| | | preparation and submission of January 7 4th Addendum |
| 8-Jan | | |
| 9-Jan | 8 | travel from Orange County to Richmond Virginia, |
| | | prep time for January 10 hearing, including 1.5 hour conversation with Cervas |
| 10-Jan | 8.5 | 6 am-2.30pm prep time for hearing; hearing from 8.30-2.15 |
| | | (including work lunch withCervas re further changes needed) |
| | | travel from Richmond Virginia to Orange County (including lunch with Stigall |
| 11-Jan | 8 | and Smith) |
| 12-Jan | | |
| 13-Jan | 1 | late evening --copy and paste text to begin Second Report |
| 14-Jan | 4 | 2pm-6pm, prelimininary work on Second Report to |
| | | integrate addendum material and corrections |
| 15-Jan | 5.5 | 7.30am-11.30am; 12am-1pm work on Second Report; |
| | | 10.30am -11pm (including in person and phone conversations with Cervas) |
| 16-Jan | 9 | 9am-11am; 1pm-6pm, 9pm-midnight work on Second Report |
| | | (including phone conversations with Cervas) |

| Date | Hours | Description |
|------|-------|-------------|
| 17-Jan | 9 | midnight-3am,6.30am-11.30am; 12am-1pm corrections, |
| | | proofing and final version of 184 page Second Report, with three appendices |
| 17-Jan | | (including phone conversations with Smith, Stigall, Cervas |
| | | re BVAP corrections for Appendix C and  and Kirstin O'Connor re  formatting) |
| 18-Jan | | |
| 19-Jan | | |
| 20-Jan | | |
| 21-Jan | | |
| 22-Jan | | |
| 23-Jan | 1 | intermittent 1 hour between 8am and 11.30am, |
| | | work on how best to identify  VTD splits remaining in the 25  district map |
| | | with instructions given to assisting DLS staff |
| 23-Jan | | (including phone conversations with Smith (2), Stigall, Cervas, |
| | | and clarifying calls (2) about Court order to Kirstin O'Connor) |
| 24-Jan | 1 | intermittent 1 hour morning and afternon, work on how best to identify  VTD splits |
| 24-Jan | | (including phone conversations with Smith, Stigall, Cervas) |
| | | remaining in the 25  district map with instructions given to assisting DLS staff |
| 25-Jan | 1 | intermittent 1 hour between 8am and 12.30am, work on how best |
| | | to deal with handful of zero  VTD splits remaining in the 25  district map |
| 25-Jan | | (including phone conversations with Smith (2),  Cervas ( 2), |
| | | and clarifying calls (2) about Court order to Kirstin O'Connor(2)) |
| 26-Jan | | |
| 27-Jan | | |
| 28-Jan | 1 | intermittent 1 hour between 8am and 2.15pm, coordinate final production of maps |
| | | and .pdf files for the court (including phone calls with Julie (2), Kent, Cervas), |
| 28-Jan | | and discuss format for  transmittal document of the Final Remedial Map |
| | | with Kirstin o'Connor and best way to transmit maps to the Court |
| 29-Jan | 1.5 | intermittent 8am-11.30 am-preparation of final transmittal document, |
| | | review of .pdf maps provided by DLS staff; transmittal of .pdf files |
| | | to court members along with my final transmittal document,  review |
| | | with Smith and Stigall of changes in map transmittal  instructions |
| 29-Jan | | and map formatting needs for requested multiple maps ; |
| | | brief communications with Kirstin O'Connor to discuss transmittal schedule |
| 30-Jan | | |
| 31-Jan | | |
| 1-Feb | | |
| 2-Feb | | |
| 3-Feb | | NO  charge for time spent on 2nd Report typo revision |
| | | because it only involved corrections to previous report |
| 4-Feb | | |
| 5-Feb | | |

**313.5**

**SUBTOTAL** **$125,400.00** charged @400/hour

Bernard Grofman SPECIAL MASTER OUT-OF-POCKET EXPENSES September 2018-January 2019

| | | | not charged |
|---|---|---|---|
| | car- home to OC Airport | | |
| Jan 9-11, 2019 | RT Flight-Orange County California to Richmond to attend court hearing | $420.60 | |
| 9-Jan | lunch while on route to Richmond to attend hearing -HMS | $18.50 | |
| 9-Jan-19 | Taxi Richmond Airport to Hilton Hotel | $34.10 | |
| Jan 9-11, 2019 | Hilton Hotel, Richmond | $428.28 | |
| 10-Jan-19 | lunch while court hearing was temporarily recessed-La Grotta | $29.83 | |
| 11-Jan | Taxi-Hilton Hotel to Richmond Airport | $32.40 | |
| 11-Jan | Taxi-OC Airport to home | | not charged |
| Total for out of pocket | | $963.71 | |

| | | |
|---|---|---|
| TOTAL hours + out of pocket | | **$126,363.71** |

**RECEIPTS FOR OUT-OF POCKET EXPENSES**

# TRAVELER INFORMATION

## Traveler eTicket Number Frequent FlyerNumber Seats

GROFMAN/BERNARDNORMAN 0162430226097 UA-XXXXX826 ---/---/8C/11C

---

# FLIGHT INFORMATION

**Day, Date Flight**

    **Departure City and Class**
**Time**

**Arrival City and Time Aircraft Meal**

Wed, 09JAN19

UA1492K

ORANGE COUNTY, CA (SNA) **12:07 PM**

HOUSTON, TX
(IAH -BUSH INTL) **5:17 PM**

Wed, 09JAN19

UA6178K HOUSTON, TX
    (IAH -BUSH INTL) **6:45 PM**

RICHMOND, VA (RIC) **10:31 PM**

Fri, 11JAN19 UA4282L RICHMOND, VA
    (RIC) **5:05 PM**
Flight operated by EXPRESSJET AIRLINES INC. doing business as UNITED EXPRESS.
Fri, 11JAN19 UA2003L CHICAGO, IL

CHICAGO, IL
(ORD - O'HARE) **6:31 PM** ORANGE COUNTY, CA

ERJ-145 Purchase

737-800Purchase

(ORD - O'HARE) **7:45 PM**(SNA) **10:13 PM**

---

# FARE INFORMATION

Airfare:                              348.84U
U.S. Transportation Tax:        26.16
U.S. Flight Segment Tax:       16.40
September 11th Security        11.20

**Fare Breakdown** Form of Payment: VISA

Last Four
Digits 1567



**Subject:** Receipt from Simon transportation local
**From:** Simon transportation local via Square ‹receipts@messaging.squareup.com›
**Date:** 1/9/2019, 10:44 PM
**To:** ‹bgtravel@uci.edu›

Now when you shop at sellers who use Square, your receipts will be delivered automatically.

<u>Not your receipt?</u>



**Simon transportation local**



How was your experience?



$**34.10**

Custom Amount                                    $31.00



CRED



