

Address: 4187 CAMPUS DR 511
IRVINE
CA 92612
Location: APVKK
Device ID: -PIC01
Transaction: 920215735533

**FedEx Priority Overnight**
784321824222   0.1 lbs. (S)   47.70
   Declared value   0

Recipient Address:
   Julie Smith
   Division of Legislative Services
   900 E Main St
   8th Fl
   Richmond, VA 23219
   8046981610

Scheduled Delivery Date 12/7/2018

Pricing Option:
   ONE RATE

Package Information:
   FedEx Envelope

             Shipment subtotal:    $47.70

                    Total Due:    $47.70

             (S) CreditCard:    $47.70
   ************7418


M = weight entered manually
S = weight read from scale
F = fedex item

Terms and Conditions apply. See
fedex.com/us/service guide for details

visit us at: fedex.com
or call 1.800.GoFedEx
   1.800.463.3339

      12/6/18 9:40:00 PM