IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                            Civil Action No. 3:14-cv-852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

**ORDER**

The Court has received a letter from Wakeel Abdul-Sabur, a prisoner incarcerated in the Commonwealth of Virginia, titled "URGENT MEMORANDUM." Because the letter pertains to an action that has yet to be filed, it is hereby ORDERED that the Clerk shall mark this letter as received and not as filed, and no further action will be taken at this time.

The Clerk is directed to send a copy of this Order to Wakeel Abdul-Sabur at the address reflected on his letter.

It is so ORDERED.

                                   /s/    REP
                          Robert E. Payne
                          Senior United States District Judge
                          For the Court

Richmond, Virginia
Date: March 22, 2019