WAKEEL ABDUL-SAbuR #1003659
RED ONION STATE PRISON
P.O.BOX 1900
Pound, VA. 24279-1900

VA DOC HAS NEITHER CENSORED OR INSPECTED THIS ITEM. THE DEPARTMENT DOES NOT ASSUME ANY RESPONSIBILITY FOR ITS CONTENTS




LegalMail

RECEIVED
MAR 18 2019
MAILROOM

U.S. DISTRICT COURT-CLERK
EASTERN DISTRICT OF VIRGINIA
701 EAST BROAD ST, SUITE 300
Richmond, VA. 23219

2321983528 C001