IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                               Civil Action No. 3:14cv852

VIRGINIA STATE BOARD
OF ELECTIONS, et al.,

    Defendants.

### ORDER

It is hereby ORDERED that PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES (ECF No. 240) is premature given that the case is on appeal to the Supreme Court of the United States and thus the motion is denied without prejudice to the refiling following a decision by the Supreme Court of the United States.

It is so ORDERED.

                                       /s/     REP
                                For the Court
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: March 26, 2019