

FILED
APR - 5 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL, *et al.*,

    Plaintiffs,

v.                                               Civil Action No. 3:14-cv-852

VIRGINIA STATE BOARD OF
ELECTIONS, *et al.*,

    Defendants.

ORDER

Before the Court is the SPECIAL MASTER TIME SHEET AND OUT-OF-POCKET EXPENSES [Dkt. No. 373], and TIME SHEET AND OUT-OF-POCKET EXPENSES FOR JONATHAN CERVAS [Dkt. No. 374], filed on March 20, 2019. Dr. Grofman has requested $125,400.00 in fees and $963.71 in expenses, for a total of $126,363.71. Mr. Cervas, Dr. Grofman's research assistant [Dkt. No. 280], has requested $31,331.25 in fees and $47.70 in expenses, for a total of $31,378.95. This Court requested the parties to file any statements of position concerning these requests by March 29, 2019 [Dkt. No. 372]. Only the plaintiffs filed such a statement, and they take no position regarding the appropriateness of the requested sums [Dkt. No. 378].

Under Federal Rule of Civil Procedure 53(g), this Court has the discretion to determine the appropriate compensation of the special master and to charge the costs to any party. Upon consideration of the complexity of the special master's remedial task, the public importance of the matter presented, the qualifications of the special master and

his assistant, the hourly rate charged in comparable matters, and the Court's reliance on the special master's work in selecting a remedial plan, the Court finds that the fees and expenses requested by the special master and Mr. Cervas are reasonable.

Accordingly, pursuant to the Court's order entered on October 18, 2018 [Dkt. No. 276], the Commonwealth of Virginia is directed to render payment in the amount of $126,363.71 to Dr. Bernard Grofman, and $31,378.95 to Mr. Jonathan Cervas, for their fees and expenses incurred in this case, no later than thirty days from the date this order is entered. As stated in the Court's prior order [Dkt. No. 276], the Commonwealth may seek apportionment of this award at the end of the case.

It is so ORDERED.

_____/s/_____
For the Court
Barbara Milano Keenan
United States Circuit Judge

Richmond, Virginia
Date: April 5, 2019