April 1, 2019

U.S. District Court
For The Eastern District Of Virginia
701 East Broad St, Suite 3000
Richmond, VA. 23219

Civil Action No. 3:14-cv-852

Dear Clerk

RE: 42 U.S.C. 1997(E)

I will be filing my complaint under 42 U.S.C. 1983, 1985(2), and 1986. I filed grievance complaints with each agency which Defendant(s) are employed by the Commonwealth of Virginia. On Febuary 25, 2019.

Under 42 U.S.C. 1997(E)(A) no action shall be brought with respect to prison conditions under section 1983 of this title, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are exhausted.

The prison grievance procedure is inadequate and ineffective for matters concerning state legislature.

(1)

RECEIVED APR -5 2019 CLERK U.S. DISTRICT COURT RICHMOND VA

I filed grievance complaints with each state agency to comply with 42 U.S.C. 1997(e).

I need the Honorable Court to let me know the exact time frame which the defendants are allotted to respond? Or when the petitioner can file his civil action and comply with 1997(e)?

Under penalty of perjury the petitioner certifies that all information provided in this document is true and correct.

/s/ _Wakeel A._ 4/1/19

WAKEEL ABDUL-SABUR #1003659
RED ONION STATE PRISON
P.O. Box 1900
POUND, VA. 24279-1900

CC:
VA. STATE BOARD OF ELECTIONS
M. KIRKLAND COX
WILLIAM HOWELL, III
John Morgan
DEL. CHRIS JONES

(ii)