Wakeel Abdul-Sabur #1003659
Red Onion State Prison
P.O. Box 1900
Pound, VA. 24279-1900

RECEIVED
APR 0 2 2019
MAILROOM

APR - 5 2019
CLERK U.S. DISTRICT COURT
RICHMOND, VA

VA DOC HAS NEITHER CENSORED OR INSPECTED THIS ITEM. THE DEPARTMENT DOES NOT ASSUME ANY RESPONSIBILITY FOR ITS CONTENTS FM 4.1

U.S. DISTRICT COURT
For Eastern District of Virginia
701 East Broad Street, Suite 3000
Richmond, VA 23219-3525

INSPECTED

C-5