IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                              Civil Action No. 3:14-cv-852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

**ORDER**

The Court has received a letter from Wakeel Abdul-Sabur, a prisoner incarcerated in the Commonwealth of Virginia, titled "RE: 42 U.S.C. 1997(E)," in which he asks for the Court to provide him information regarding certain deadlines. Because the letter contains a request for legal advice, it is hereby ORDERED that the Clerk shall mark this letter as received and not as filed, and no further action will be taken at this time.

Mr. Abdul-Sabur has failed to comply with the Court's previous ORDERS (ECF Nos. 367, 370) that he must show that he has standing before filing anything further in this case. Accordingly, it is hereby ORDERED that the Clerk shall file any additional filings by Mr. Abdul-Sabur in the above-captioned case as "RECEIVED ONLY."

It appears from the letter that Mr. Abdul-Sabur intends to file some future action against individuals who are defendants in this

case. In that event, Mr. Abdul-Sabur is advised that he must tender for filing a new action. He may not proceed by using the style of this case or its civil action number. Any new case will be evaluated under 28 U.S.C. § 1915.

The Clerk is directed to send a copy of this Order to Wakeel Abdul-Sabur at the address reflected on his letter.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge
For the Court

Richmond, Virginia
Date: April 12, 2019