IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| VIRGINIA STATE BOARD OF ELECTIONS, et al., | ) Civil Action No. 3:14-cv-00852-REP-AWA-BMK |
| Defendants, | ) |
| and | ) |
| WILLIAM J. HOWELL, SPEAKER OF THE HOUSE OF DELEGATES, and THE HOUSE OF DELEGATES, | ) |
| Intervenor-Defendants. | ) |

## MOTION TO WITHDRAW

In accordance with Local Rule 83.1(G), Principal Deputy Solicitor General Matthew R. McGuire respectfully moves the Court to permit him to withdraw as one of the counsel of record for the defendants, the Virginia State Board of Elections; Robert H. Brink, in his capacity as Chairman of the Virginia State Board of Elections; Dr. John O'Bannon, in his capacity as Vice-Chair of the Virginia State Board of Elections; Jamilah D. LeCruise, in her capacity as Secretary of the Virginia State Board of Elections; Virginia Department of Elections; and Christopher E. Piper, in his capacity as Commissioner of the Virginia Department of Elections.[1]

Mr. McGuire is departing State service effective July 2, 2019, and returning to private practice. Defendants will continue to be represented by Toby J. Heytens, Solicitor General, who

---

[1] While this case has been pending, the members of the Virginia State Board of Elections have changed. Consistent with Federal Rule of Civil Procedure 25(d), the new members of the Board have been automatically substituted as parties.

noted his appearance as counsel on July 23, 2018 (ECF No. 248).  Notice of this Motion has been provided to Defendants.

A proposed order is attached.

Respectfully submitted,

/s/
Matthew R. McGuire
Principal Deputy Solicitor General
(VSB #84194)
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-7773 – Telephone
(804) 371-0200 – Facsimile
mmcguire@oag.state.va.us

*Counsel for Defendants*

Mark R. Herring
Attorney General of Virginia

Toby J. Heytens
Solicitor General
E-mail: theytens@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy to counsel of record.

/s/
Matthew R. McGuire

2