```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA
                          Richmond Division


GOLDEN BETHUNE-HILL, et al.,    )
                                )
     Plaintiffs,                )
                                )
     v.                         )
                                )
VIRGINIA STATE BOARD OF         )   No. 3:14-cv-00852-REP-AWA-BMK
ELECTIONS, et al.,              )
                                )
     Defendants,                )
                                )
And                             )
                                )
WILLIAM J. HOWELL, SPEAKER OF   )
THE HOUSE OF DELEGATES, and     )
THE HOUSE OF DELEGATES,         )
                                )
     Intervenor-Defendants.     )
```

**ORDER**

THIS MATTER CAME BEFORE THE COURT on the motion of Matthew R. McGuire to withdraw as one of the counsel of record for defendants, and, for good cause shown, it is hereby

ORDERED that the motion to withdraw is GRANTED.


Date: _____       _____
                                  Judge Robert E. Payne
                                  United States District Judge



Richmond, Virginia