IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL, et al.,       )
                                   )
        Plaintiffs,                )
                                   )
        v.                         )
                                   )
VIRGINIA STATE BOARD OF            )    No. 3:14-cv-00852-REP-AWA-BMK
ELECTIONS, et al.,                 )
                                   )
        Defendants,                )
                                   )
And                                )
                                   )
WILLIAM J. HOWELL, SPEAKER OF      )
THE HOUSE OF DELEGATES, and        )
THE HOUSE OF DELEGATES,            )
                                   )
        Intervenor-Defendants.     )

**ORDER**

THIS MATTER CAME BEFORE THE COURT on the motion of Matthew

R. McGuire to withdraw as one of the counsel of record for

defendants, and, for good cause shown, it is hereby

ORDERED that the motion to withdraw is GRANTED.


Date: ___June 27, 2019___          _____/s/_____ REP_____
                                        Judge Robert E. Payne
                                        United States District Judge



Richmond, Virginia