# Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

*Scott S. Harris*
Clerk of the Court
(202) 479-3011

July 19, 2019

Clerk
United States District Court
 for the Eastern District of Virginia
Spottswood W. Robinson III and
Robert R. Merhige, Jr., Federal Courthouse
701 East Broad Street
Richmond, VA 23219



Re: Virginia House of Delegates, et al.
    v. Golden Bethune-Hill, et al.,
    No. 18-281 (Your docket No. 3:14cv852)

Dear Clerk:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By *[signature]*

Hervé Bocage
Judgments/Mandates Clerk

Enc.
cc: All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 19, 2019

Mr. Paul D. Clement, Esq.
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004

Re: Virginia House of Delegates, et al.
v. Golden Bethune-Hill, et al.,
No. 18-281

Dear Mr. Clement:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk, United States District Court for the Eastern District of Virginia.

Sincerely,

SCOTT S. HARRIS, Clerk

By Herve' Bocage
Judgments/Mandates Clerk

cc: All counsel of record
Clerk, United States District Court for the Eastern District of Virginia
(Your docket No. 3:14cv852)

# Supreme Court of the United States

No. 18-281

**VIRGINIA HOUSE OF DELEGATES, ET AL.,**

Appellants

v.

**GOLDEN BETHUNE-HILL, ET AL.**

ON APPEAL FROM the United States District Court for the Eastern District of Virginia.

THIS CAUSE having been submitted on the statement as to jurisdiction and the motions to dismiss or affirm.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Court that the appeal is dismissed.

June 17, 2019

SCOTT S. HARRIS
Clerk of the Supreme Court of the United States

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| July 19, 2019 at 9:55:05 AM EDT | | 145 | 4 | Received |

Jul 19 2019 09:50AM HP Fax                                          page 1

**FAX COVER SHEET**



# Supreme Court of the United States
## 1 First Street, NE
## Washington, D.C. 20543

**To:** Clerk's Office
US Dist Court ED of Virginia

**Fax Number:** 804-916-2216

**From:** Lt. Boeno(?)
Clerk's Office

**Description:** Final Judgment in Supreme Court opinion

**Number of pages (including cover):**

**Date sent:** 4 pages

**Time sent:** 8:45am



RECEIVED
19
CLERK U.S. DISTRICT COURT
RICHMOND, VA.

**If there are any problems receiving this transmission, please call:**