**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants, <br><br> v. <br><br> VIRGINIA HOUSE OF DELEGATES, *et al.*, <br><br> Intervenor-Defendants. | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |

## **PLAINTIFFS' SECOND MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 54, Plaintiffs move for an award of attorneys' fees and reasonable litigation expenses. 42 U.S.C. § 1988 and 52 U.S.C. § 10310(e) allow the prevailing party in a voting-rights action under § 1983 to recover attorneys' fees and reasonable litigation expenses, including expert fees. Plaintiffs sought declaratory and injunctive relief under § 1983 for the Defendants' violation of the U.S. Constitution. The Court awarded Plaintiffs this relief in its Memorandum Opinion and Order of June 26, 2018 (ECF Nos. 234, 235). Following a phase of litigation over the implementation of a remedial map, the Court adopted a remedial House of Delegates plan drawn by a Special Master, which was used in the 2019 primary elections (ECF Nos. 361, 362).

The Supreme Court subsequently dismissed Defendant-Intervenors' appeal of this Court's decisions as to both the merits of Plaintiffs' claims and the Court's order adopting a remedial plan. On July 19, 2019, the Supreme Court issued a mandate entering judgement in this matter. Consequently, Plaintiffs respectfully request an award of their attorneys' fees and reasonable litigation expenses.

DATED: August 2, 2019

By: */s/ Aria C. Branch*
Marc Erik Elias (admitted *pro hac vice*)
Bruce V. Spiva (admitted *pro hac vice*)
Aria Branch (VSB # 83682)
**PERKINS COIE LLP**
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: 202.434.1627
Facsimile: 202.654.9106

Kevin J. Hamilton (admitted *pro hac vice*)
Abha Khanna (admitted *pro hac vice*)
Ryan Spear (admitted *pro hac vice*)
William B. Stafford (admitted *pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 2nd day of August, 2019, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the counsel of record in this case.

By */s/ Aria C. Branch*
Aria C. Branch (VSB #83682)
Perkins Coie LLP
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Phone: (202) 654-6338
Fax: (202) 654-9106
ABranch@perkinscoie.com

*Attorneys for Plaintiffs*

145162554.1