# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants, <br><br> v. <br><br> VIRGINIA HOUSE OF DELEGATES, *et al.*, <br><br> Intervenor-Defendants. | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' SECOND MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES

This matter comes before the Court upon Plaintiffs' Second Motion for Attorneys' Fees and Litigation Expenses. The Court considered the Motion, with Memorandum and attached Appendices, the Declaration of Kevin J. Hamilton, and exhibits thereto, the response, if any, and the reply, if any. Being fully advised, the Court hereby GRANTS the Motion and ORDERS that attorneys' fees are awarded to Plaintiffs in the amount of $4,084,101.25. It is further ORDERED

that Plaintiffs are entitled to recover their reasonable expenses (including expert fees) necessarily incurred for prevailing in this case. The total amount of expenses awarded is $489,096.35.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____, 2019

145162570.2