# Exhibit A

|    | Date       | Category                      | Total Amount | Description                                               |
|----|------------|-------------------------------|--------------|-----------------------------------------------------------|
| 1  |            | **Court Filing Fees**         |              |                                                           |
| 2  | 12/19/2014 | Filing fees                   | $400.00      | District Court Filing Fees                                |
| 3  | 1/28/2015  | Filing fees                   | $75.00       | District Court Filing Fees                                |
| 4  | 1/28/2015  | Filing fees                   | $75.00       | District Court Filing Fees                                |
| 5  | 1/28/2015  | Filing fees                   | $75.00       | District Court Filing Fees                                |
| 6  | 1/28/2015  | Filing fees                   | $75.00       | District Court Filing Fees                                |
| 7  | 3/30/2015  | Filing fees                   | $75.00       | Pro Hac Vice Filing Fees                                  |
| 8  | 3/30/2015  | Filing fees                   | $75.00       | Pro Hac Vice Filing Fees                                  |
| 9  | 3/30/2015  | Filing fees                   | $75.00       | Pro Hac Vice Filing Fees                                  |
| 10 | 4/3/2015   | Filing fees                   | $176.00      | Attorney Admission Fees                                   |
| 11 | 4/29/2015  | Filing fees                   | $75.00       | Pro Hac Vice Filing Fees                                  |
| 12 | 4/29/2015  | Filing fees                   | $75.00       | Pro Hac Vice Filing Fees                                  |
| 13 | 11/9/2015  | Filing fees                   | $300.00      | District Court Filing Fees                                |
| 14 | 11/11/2015 | Filing fees                   | $505.00      | District Court Filing Fees                                |
| 15 |            | **SUBTOTAL Court Filing Fees**| **$2,056.00**|                                                           |
| 16 |            |                               |              |                                                           |
| 17 |            | **Depositions and Transcripts**|             |                                                           |
| 18 | 2/27/2015  | Court reporter/transcript fee | $72.80       | 2/24/2015 Conference call                                 |
| 19 | 4/17/2015  | Filing fees                   | $12.00       | DVD Redistricting                                         |
| 20 | 5/15/2015  | Court reporter/transcript fee | $42.18       | 5/14/2015 Conference call                                 |
| 21 | 5/18/2015  | Court reporter/transcript fee | $1,058.45    | 5/6/2015 Deposition of Chris Jones                        |
| 22 | 5/20/2015  | Court reporter/transcript fee | $1,624.50    | Transcription of 4/5/2011 House of Delegates Special Session |
| 23 | 5/20/2015  | Court reporter/transcript fee | $729.00      | Transcription of 4/27/2011 VA House of Delegates Meeting  |
| 24 | 5/20/2015  | Court reporter/transcript fee | $627.50      | Transcription of 4/4/2011 VA House of Delegates Meeting   |
| 25 | 5/21/2015  | Court reporter/transcript fee | $979.60      | 5/8/2015 John Bennett Morgan Deposition                   |
| 26 | 5/31/2015  | Court reporter/transcript fee | $286.15      | 5/7/2015 Hearing                                          |
| 27 | 6/3/2015   | Court reporter/transcript fee | $800.40      | 5/15/2015 M.V. Hood Deposition                            |
| 28 | 6/3/2015   | Court reporter/transcript fee | $849.80      | 5/18/2015 Christoper Michael Marston Deposition           |
| 29 | 6/3/2015   | Court reporter/transcript fee | $1,327.36    | 5/12/2015 Thomas Brooks Hofeller Deposition               |
| 30 | 6/4/2015   | Court reporter/transcript fee | $559.95      | 5/19/2015 Roslyn Tyler Deposition                         |
| 31 | 6/4/2015   | Court reporter/transcript fee | $1,042.95    | 5/22/2015 Jennifer McClellan Deposition                   |
| 32 | 6/5/2015   | Court reporter/transcript fee | $1,411.95    | 5/21/2015 Rosalyn Dance Deposition                        |
| 33 | 6/8/2015   | Court reporter/transcript fee | $1,156.65    | 5/13/2015 Stephen Ansolabehere Deposition                 |
| 34 | 6/8/2015   | Court reporter/transcript fee | $739.95      | 5/20/2015 Ward Armstrong Deposition                       |
| 35 | 6/9/2015   | Court reporter/transcript fee | $463.25      | Transcript of 5/20/2015 House of Delegates Meeting        |

|    | Date | Category | Total Amount | Description |
|----|------|----------|--------------|-------------|
| 36 | 6/16/2015 | Court reporter/transcript fee | $1,048.15 | 5/28/2015 Jonathan Katz Deposition |
| 37 | 6/16/2015 | Court reporter/transcript fee | $257.05 | 6/4/2015 Conference call |
| 38 | 7/13/2015 | Court reporter/transcript fee | $4,350.00 | 7/7-13/2015 Hearing Transcripts |
| 39 | 7/17/2017 | Court reporter/transcript fee | $169.75 | 7/12/2017 - Court reporter/transcript fee - Conference call |
| 40 | 9/6/2017 | Court reporter/transcript fee | $2,386.15 | 8/31/2017 J. Morgan Deposition |
| 41 | 9/8/2017 | Court reporter/transcript fee | $1,583.05 | 8/22/2017 John M. O'Bannon III Deposition |
| 42 | 9/18/2017 | Court reporter/transcript fee | $663.75 | 9/18/2017 D. McQuinn Deposition |
| 43 | 9/19/2017 | Court reporter/transcript fee | $3,732.30 | 8/23/2017 Delegate C. Jones Deposition |
| 44 | 9/19/2017 | Court reporter/transcript fee | $2,874.72 | 9/12/2017 Jonathan Neil Katz, Ph.D. Deposition |
| 45 | 9/19/2017 | Court reporter/transcript fee | $1,125.00 | 8/23/2017 Video deposition-Delegate C. Jones |
| 46 | 9/20/2017 | Court reporter/transcript fee | $799.25 | 8/25/2017 T. Wright, Jr. Deposition |
| 47 | 9/20/2017 | Court reporter/transcript fee | $282.80 | 8/25/2017 W. Armstrong Deposition |
| 48 | 9/20/2017 | Court reporter/transcript fee | $866.85 | 9/20/2017 J. Loewen Deposition |
| 49 | 9/21/2017 | Court reporter/transcript fee | $1,323.55 | 8/31/2017 J. McClellan and R. R. Dance Deposition |
| 50 | 9/21/2017 | Court reporter/transcript fee | $1,241.20 | 8/31/2017 C. K. Peace Deposition |
| 51 | 9/23/2017 | Court reporter/transcript fee | $39.96 | 9/22/2017 Transcript of Proceedings |
| 52 | 9/26/2017 | Court reporter/transcript fee | $360.75 | 8/30/2017 T. James Deposition |
| 53 | 9/27/2017 | Court reporter/transcript fee | $480.70 | 8/29/2017 Algie Howell Deposition |
| 54 | 9/27/2017 | Court reporter/transcript fee | $592.65 | 8/29/2017 C. Stolle Deposition |
| 55 | 9/27/2017 | Court reporter/transcript fee | $878.65 | 8/29/2017 C. Stolle Deposition |
| 56 | 9/29/2017 | Court reporter/transcript fee | $111.00 | 9/29/2017 Hearing |
| 57 | 10/2/2017 | Court reporter/transcript fee | $878.00 | 9/12/2017 T. Hofeller Ph.D Deposition |
| 58 | 10/4/2017 | Court reporter/transcript fee | $2,692.85 | 9/8/2017 Dr. M.V. Hood, III Deposition |
| 59 | 10/5/2017 | Court reporter/transcript fee | $1,577.60 | 9/14/2017 J. Rodden, Ph.D. Deposition |
| 60 | 10/16/2017 | Court reporter/transcript fee | $1,644.30 | 10/10 Peppy Peterson, RPR - Court reporter/transcript fee |
| 61 | 10/16/2017 | Court reporter/transcript fee | $2,708.64 | 10/10-10/13/2017 Stroh Court Reporting, LLC - Court reporter/transcript fee |
| 62 | 1/21/2019 | Court reporter/transcript fee | $580.35 | 1/10/2019 Peppy Peterson, RPR - Court reporter/transcript fee |
| 63 |  | **SUBTOTAL Depositions and Transcripts** | **$49,033.46** |  |
| 64 |  |  |  |  |
| 65 |  | **Photocopying and Printing** |  |  |
| 66 | 12/22/2014 | Photocopies and printing | $4.00 | Photocopies and printing |
| 67 | 12/22/2014 | Photocopies and printing | $2.00 | Photocopies and printing |
| 68 | 12/23/2014 | Photocopies and printing | $21.60 | Photocopies and printing |

| | Date | Category | Total Amount | Description |
|---|---|---|---|---|
| 69 | 12/24/2014 | Photocopies and printing | $0.40 | Photocopies and printing |
| 70 | 12/24/2014 | Photocopies and printing | $2.00 | Photocopies and printing |
| 71 | 1/15/2015 | Photocopies and printing | $0.80 | Photocopies and printing |
| 72 | 1/15/2015 | Photocopies and printing | $4.00 | Photocopies and printing |
| 73 | 4/9/2015 | Photocopies and printing | $1,069.57 | Photocopies and printing - outside copying services |
| 74 | 4/14/2015 | Photocopies and printing | $60.50 | Photocopies and printing |
| 75 | 5/1/2015 | Photocopies and printing | $185.60 | Photocopies and printing |
| 76 | 5/1/2015 | Photocopies and printing | $65.80 | Photocopies and printing |
| 77 | 5/1/2015 | Photocopies and printing | $5.60 | Photocopies and printing |
| 78 | 5/1/2015 | Photocopies and printing | $14.00 | Photocopies and printing |
| 79 | 5/3/2015 | Photocopies and printing | $0.10 | Photocopies and printing |
| 80 | 5/4/2015 | Photocopies and printing | $62.90 | Photocopies and printing |
| 81 | 5/4/2015 | Photocopies and printing | $11.20 | Photocopies and printing |
| 82 | 5/5/2015 | Photocopies and printing | $166.40 | Photocopies and printing |
| 83 | 5/8/2015 | Photocopies and printing | $34.90 | Photocopies and printing |
| 84 | 5/8/2015 | Photocopies and printing | $8.50 | Photocopies and printing |
| 85 | 5/9/2015 | Photocopies and printing | $4.70 | Photocopies and printing |
| 86 | 5/9/2015 | Photocopies and printing | $117.00 | Photocopies and printing |
| 87 | 5/9/2015 | Photocopies and printing | $45.00 | Photocopies and printing |
| 88 | 5/11/2015 | Photocopies and printing | $4.20 | Photocopies and printing |
| 89 | 5/12/2015 | Photocopies and printing | $0.10 | Photocopies and printing |
| 90 | 5/12/2015 | Photocopies and printing | $2.20 | Photocopies and printing |
| 91 | 5/12/2015 | Photocopies and printing | $12.00 | Photocopies and printing |
| 92 | 5/13/2015 | Photocopies and printing | $5.30 | Photocopies and printing |
| 93 | 5/14/2015 | Photocopies and printing | $0.30 | Photocopies and printing |
| 94 | 5/14/2015 | Photocopies and printing | $81.00 | Photocopies and printing |
| 95 | 5/15/2015 | Photocopies and printing | $0.10 | Photocopies and printing |
| 96 | 5/15/2015 | Photocopies and printing | $0.30 | Photocopies and printing |
| 97 | 5/23/2015 | Photocopies and printing | $0.10 | Photocopies and printing |
| 98 | 5/24/2015 | Photocopies and printing | $0.70 | Photocopies and printing |
| 99 | 5/24/2015 | Photocopies and printing | $1.50 | Photocopies and printing |
| 100 | 5/26/2015 | Photocopies and printing | $1.30 | Photocopies and printing |
| 101 | 5/27/2015 | Photocopies and printing | $0.80 | Photocopies and printing |
| 102 | 5/27/2015 | Photocopies and printing | $3.40 | Photocopies and printing |
| 103 | 6/3/2015 | Photocopies and printing | $12.00 | Photocopies and printing |

| | Date | Category | Total Amount | Description |
|---|---|---|---|---|
| 104 | 6/3/2015 | Photocopies and printing | $13.60 | Photocopies and printing |
| 105 | 6/10/2015 | Photocopies and printing | $1.20 | Photocopies and printing |
| 106 | 6/12/2015 | Photocopies and printing | $68.10 | Photocopies and printing |
| 107 | 6/13/2015 | Photocopies and printing | $0.20 | Photocopies and printing |
| 108 | 6/24/2015 | Photocopies and printing | $7,020.95 | Photocopies and printing |
| 109 | 6/24/2015 | Photocopies and printing | $5,152.66 | Photocopies and printing |
| 110 | 6/30/2015 | Photocopies and printing | $19.10 | Photocopies and printing |
| 111 | 6/30/2015 | Photocopies and printing | $1.60 | Photocopies and printing |
| 112 | 7/1/2015 | Photocopies and printing | $6.30 | Photocopies and printing |
| 113 | 7/1/2015 | Photocopies and printing | $46.80 | Photocopies and printing |
| 114 | 7/3/2015 | Photocopies and printing | $2.20 | Photocopies and printing |
| 115 | 11/20/2015 | Photocopies and printing | $9,036.43 | Wilson-Epes Printing Co. - outside copying services |
| 116 | 12/30/2015 | Photocopies and printing | $1,506.46 | Wilson-Epes Printing Co. - outside copying services |
| 117 | 1/27/2016 | Photocopies and printing | $3,546.52 | Wilson-Epes Printing Co. - outside copying services |
| 118 | 2/19/2016 | Photocopies and printing | $687.38 | Wilson-Epes Printing Co. - outside copying services |
| 119 | 6/7/2016 | Photocopies and printing | $10.20 | Photocopies and printing |
| 120 | 6/7/2016 | Photocopies and printing | $0.10 | Photocopies and printing |
| 121 | 9/8/2016 | Photocopies and printing | $4,966.96 | Wilson-Epes Printing Co. - outside copying services |
| 122 | 9/12/2016 | Photocopies and printing | $95,204.00 | Wilson-Epes Printing Co. - outside copying services |
| 123 | 11/1/2016 | Photocopies and printing | $2.40 | Photocopies and printing |
| 124 | 11/1/2016 | Photocopies and printing | $0.40 | Photocopies and printing |
| 125 | 11/7/2016 | Photocopies and printing | $0.10 | Photocopies and printing |
| 126 | 11/7/2016 | Photocopies and printing | $4.80 | Photocopies and printing |
| 127 | 11/7/2016 | Photocopies and printing | $4.80 | Photocopies and printing |
| 128 | 11/7/2016 | Photocopies and printing | $12.80 | Photocopies and printing |
| 129 | 11/7/2016 | Photocopies and printing | $1.40 | Photocopies and printing |
| 130 | 11/14/2016 | Photocopies and printing | $3.50 | Photocopies and printing |
| 131 | 11/16/2016 | Photocopies and printing | $1,902.63 | Wilson-Epes Printing Co. - outside copying services |
| 132 | 11/18/2016 | Photocopies and printing | $0.40 | Photocopies and printing |
| 133 | 11/22/2016 | Photocopies and printing | $32.50 | Photocopies and printing |
| 134 | 11/29/2016 | Photocopies and printing | $13.50 | Photocopies and printing |
| 135 | 11/29/2016 | Photocopies and printing | $48.50 | Photocopies and printing |
| 136 | 3/9/2017 | Photocopies and printing | $3.90 | Photocopies and printing |
| 137 | 3/9/2017 | Photocopies and printing | $2.60 | Photocopies and printing |
| 138 | 4/7/2017 | Photocopies and printing | $3,600.00 | Wilson-Epes Printing Co. - outside copying services |

| | Date | Category | Total Amount | Description |
|---|---|---|---|---|
| 139 | 4/13/2017 | Photocopies and printing | $428.20 | Photocopies and printing |
| 140 | 4/13/2017 | Photocopies and printing | $296.70 | Photocopies and printing |
| 141 | 8/23/2017 | Photocopies and printing | $0.10 | Photocopies and printing |
| 142 | 9/6/2017 | Photocopies and printing | $0.40 | Photocopies and printing |
| 143 | 9/6/2017 | Photocopies and printing | $1.00 | Photocopies and printing |
| 144 | 9/25/2017 | Photocopies and printing | $12,854.25 | Altep California, LLC - Outside copying expenses: Trial Exhibit Materials |
| 145 | 9/25/2017 | Photocopies and printing | $0.10 | Photocopies and printing |
| 146 | 9/25/2017 | Photocopies and printing | $0.10 | Photocopies and printing |
| 147 | 9/29/2017 | Photocopies and printing | $1.10 | Photocopies and printing |
| 148 | 9/29/2017 | Photocopies and printing | $0.10 | Photocopies and printing |
| 149 | 10/3/2017 | Photocopies and printing | $3.50 | Photocopies and printing |
| 150 | 10/9/2017 | Photocopies and printing | $249.82 | Marino, Patricia - Other - P. Marino, Cost of photocopying of documents/demonstratives/maps for use at trial., 10/09/2017 |
| 151 | 10/9/2018 | Photocopies and printing | $3,425.92 | Wilson-Epes Printing Co. - outside copying services |
| 152 | 10/1/2018 | Photocopies and printing | $1.80 | Photocopies and printing |
| 153 | 11/8/2018 | Photocopies and printing | $68.00 | Photocopies and printing |
| 154 | 1/15/2019 | Photocopies and printing | $0.50 | Photocopies and printing |
| 155 | 1/28/2019 | Photocopies and printing | $4,467.25 | Wilson-Epes Printing Co. - outside copying services |
| 156 | 2/21/2019 | Photocopies and printing | $209.88 | Photocopies and printing - outside copying services |
| 157 | 3/8/2019 | Photocopies and printing | $20.20 | Photocopies and printing |
| 158 | 4/1/2019 | Photocopies and printing | $2,873.50 | Wilson-Epes Printing Co. - outside copying services |
| 159 | | **SUBTOTAL Photocopies and Printing** | **$159,839.28** | |
| 160 | | | | |
| 161 | | **Service Fees** | | |
| 162 | 1/27/2015 | Service of subpoena fees | $75.00 | Capitol Process Services - Service of subpoena fees |
| 163 | 1/27/2015 | Service of subpoena fees | $264.50 | Capitol Process Services - Service of subpoena fees |
| 164 | 1/27/2015 | Service of subpoena fees | $75.00 | Capitol Process Services - Service of subpoena fees |
| 165 | 1/27/2015 | Service of subpoena fees | $225.00 | Capitol Process Services - Service of subpoena fees |
| 166 | 1/27/2015 | Service of subpoena fees | $75.00 | Capitol Process Services - Service of subpoena fees |
| 167 | 1/27/2015 | Service of subpoena fees | $75.00 | Capitol Process Services - Service of subpoena fees |
| 168 | 5/1/2015 | Service of subpoena fees | $467.00 | Capitol Process Services - Service of subpoena fees |
| 169 | 5/1/2015 | Service of subpoena fees | $492.00 | Capitol Process Services - Service of subpoena fees |
| 170 | 5/6/2015 | Service of subpoena fees | $651.00 | Capitol Process Services - Service of subpoena fees |

| | Date | Category | Total Amount | Description |
|---|---|---|---|---|
| 171 | 5/6/2015 | Service of subpoena fees | $450.00 | Capitol Process Services - Service of subpoena fees |
| 172 | 5/22/2015 | Service of subpoena fees | $671.10 | Capitol Process Services - Service of subpoena fees |
| 173 | 5/27/2015 | Service of subpoena fees | $872.05 | Capitol Process Services - Service of subpoena fees |
| 174 | 6/26/2015 | Service of subpoena fees | $300.00 | Capitol Process Services - Service of subpoena fees |
| 175 | 6/26/2015 | Service of subpoena fees | $350.00 | Capitol Process Services - Service of subpoena fees |
| 176 | 6/26/2015 | Service of subpoena fees | $300.00 | Capitol Process Services - Service of subpoena fees |
| 177 | 4/19/2017 | Service of subpoena fees | $202.75 | Capitol Process Services - Service of subpoena fees |
| 178 | 7/27/2017 | Service of subpoena fees | $100.00 | Capitol Process Services - Service of subpoena fees |
| 179 | 7/27/2017 | Service of subpoena fees | $100.00 | Capitol Process Services - Service of subpoena fees |
| 180 | 7/27/2017 | Service of subpoena fees | $100.00 | Capitol Process Services - Service of subpoena fees |
| 181 | 7/27/2017 | Service of subpoena fees | $100.00 | Capitol Process Services - Service of subpoena fees |
| 182 | 7/27/2017 | Service of subpoena fees | $100.00 | Capitol Process Services - Service of subpoena fees |
| 183 | 7/27/2017 | Service of subpoena fees | $100.00 | Capitol Process Services - Service of subpoena fees |
| 184 | 7/27/2017 | Service of subpoena fees | $100.00 | Capitol Process Services - Service of subpoena fees |
| 185 | 7/27/2017 | Service of subpoena fees | $100.00 | Capitol Process Services - Service of subpoena fees |
| 186 | 7/27/2017 | Service of subpoena fees | $100.00 | Capitol Process Services - Service of subpoena fees |
| 187 | 7/27/2017 | Service of subpoena fees | $100.00 | Capitol Process Services - Service of subpoena fees |
| 188 | 7/27/2017 | Service of subpoena fees | $100.00 | Capitol Process Services - Service of subpoena fees |
| 189 | 7/27/2017 | Service of subpoena fees | $100.00 | Capitol Process Services - Service of subpoena fees |
| 190 | 7/27/2017 | Service of subpoena fees | $100.00 | Capitol Process Services - Service of subpoena fees |
| 191 | 7/27/2017 | Service of subpoena fees | $100.00 | Capitol Process Services - Service of subpoena fees |
| 192 | 7/27/2017 | Service of subpoena fees | $100.00 | Capitol Process Services - Service of subpoena fees |
| 193 | 7/27/2017 | Service of subpoena fees | $100.00 | Capitol Process Services - Service of subpoena fees |
| 194 | 7/27/2017 | Service of subpoena fees | $100.00 | Capitol Process Services - Service of subpoena fees |
| 195 | 7/27/2017 | Service of subpoena fees | $100.00 | Capitol Process Services - Service of subpoena fees |
| 196 | 7/27/2017 | Service of subpoena fees | $100.00 | Capitol Process Services - Service of subpoena fees |
| 197 | 7/27/2017 | Service of subpoena fees | $100.00 | Capitol Process Services - Service of subpoena fees |
| 198 | 7/27/2017 | Service of subpoena fees | $100.00 | Capitol Process Services - Service of subpoena fees |
| 199 | 7/27/2017 | Service of subpoena fees | $800.00 | Capitol Process Services - Service of subpoena fees |
| 200 | 8/14/2017 | Service of subpoena fees | $150.00 | Capitol Process Services - Service of subpoena fees |
| 201 | 8/23/2017 | Service of subpoena fees | $260.00 | Capitol Process Services - Service of subpoena fees |
| 202 | 9/6/2017 | Service of subpoena fees | $414.90 | Capitol Process Services - Service of subpoena fees |
| 203 | 9/6/2017 | Service of subpoena fees | $550.00 | Capitol Process Services - Service of subpoena fees |
| 204 | 9/19/2017 | Service of subpoena fees | $800.00 | Capitol Process Services - Service of subpoena fees |
| 205 | 9/19/2017 | Service of subpoena fees | $404.76 | Capitol Process Services - Service of subpoena fees |

EXHIBIT A

|  | Date | Category | Total Amount | Description |
|---|---|---|---|---|
| 206 |  | **SUBTOTAL Service Fees** | **$11,025.06** |  |
| 207 |  |  |  |  |
| 208 |  | **Subsistence** |  |  |
| 209 | 7/14/2015 | Hotel costs for trial | $209.06 | Hotel - Rosalyn Dance |
| 210 | 7/14/2015 | Hotel costs for trial | $282.26 | Hotel - Ed Reed |
| 211 | 7/14/2015 | Hotel costs for trial | $238.96 | Hotel - Jennifer McClellan |
| 212 | 8/4/2015 | Subsistence | $387.40 | Ward Armstrong expenses |
| 213 | 8/24/2017 | Hotel costs for deposition | $152.15 | Hotel - Ward Armstrong |
| 214 | 10/9/2017 | Hotel costs for trial | $202.81 | Hotel - Ward Armstrong |
| 215 | 10/9/2017 | Hotel costs for trial | $202.81 | Hotel - Matthew James |
| 216 | 10/9/2017 | Hotel costs for trial | $202.81 | Hotel - Algie Howell |
| 217 |  | **SUBTOTAL Subsistence** | **$1,878.26** |  |
| 218 |  |  |  |  |
| 219 |  | **TOTAL** | **$223,832.06** |  |