IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> VIRGINIA STATE BOARD OF ) <br> ELECTIONS, et al., ) <br> ) <br> Defendants, ) <br> and ) <br> ) <br> M. KIRKLAND COX, SPEAKER OF THE ) <br> HOUSE OF DELEGATES, and THE ) <br> HOUSE OF DELEGATES, ) <br> ) <br> Intervenor-Defendants. ) | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |

**AGREED ORDER TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION FOR ATTORNEYS FEES AND LITIGATION COSTS AND BILL OF COSTS**

Upon consideration of Defendants' Consent Motion for Extension of Time to Respond to Plaintiffs' Motion for Attorneys' Fees and Litigation Costs and Bill of Costs, Defendants' Motion is GRANTED and Defendants shall file a response to Plaintiffs' Motion for Attorneys' Fees and Litigation Costs on or before September 1, 2019.

_____
United States District Judge
Richmond, Virginia

Date: August _____, 2019