IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| GOLDEN BETHUNE-HILL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VIRGINIA STATE BOARD OF ELECTIONS, et al., | ) ) | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |
| | ) | |
| Defendants, | ) | |
| and | ) | |
| | ) | |
| M. KIRKLAND COX, SPEAKER OF THE HOUSE OF DELEGATES, and THE HOUSE OF DELEGATES, | ) ) ) | |
| | ) | |
| Intervenor-Defendants. | ) | |

## ORDER TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION FOR ATTORNEYS FEES AND LITIGATION COSTS AND BILL OF COSTS

Upon consideration of Defendants' Consent Motion for Extension of Time to Respond to Plaintiffs' Motion for Attorneys' Fees and Litigation Costs and Bill of Costs, Defendants' Motion is GRANTED and Defendants shall file a response to Plaintiffs' Motion for Attorneys' Fees and Litigation Costs on or before September 1, 2019.

/s/ REP
Robert E. Payne
Senior United States District Judge
For the Court

Richmond, Virginia
Date: August 12, 2019