# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

August 14, 2019



*2 boxes received*

Clerk
United States District Court for the Eastern District
of Virginia
701 East Broad Street
Richmond, Virginia 23219

    Re:  Virginia House of Delegates, et al.
          v. Golden Bethune-Hill, et al.
          No. 18-281
          (Your No. 3:14cv852)

Dear Clerk:

    In light of the disposal of the above-entitled case by this Court, I am returning the original record and any exhibits to you — 3 Boxes.

    Kindly acknowledge receipt of this record on the enclosed copy of this letter.

                    Sincerely,

                    **Scott S. Harris**, Clerk

                    by

                    Kevin Brown
                    Assistant Clerk