AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Golden Bethune-Hill, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:14-cv-00852 |
| Virgina State Board of Elections, et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State Defendants Listed on Attachment A.

Date: 08/29/2019

/s/ Michelle S. Kallen
*Attorney's signature*

Michelle S. Kallen, VSB No. 93286
*Printed name and bar number*

Office of the Attorney General
202 North Ninth Street
Richmond, VA 23219
*Address*

mkallen@oag.state.va.us
*E-mail address*

(804) 786-7704
*Telephone number*

(804) 371-0200
*FAX number*

## Attachment A

Notice of Appearance of Counsel for Defendants:

    Virginia State Board of Elections;

    James B. Alcorn, in his capacity as Chairman of the Virginia State Board of Elections;

    Robert H. Brink, in his capacity as Chairman of the Virginia State Board of Elections;

    John O'Bannon, in his capacity as Vice-Chair of the Virginia State Board of Elections;

    Clara Belle Wheeler, in her capacity as Vice-Chair of the Virginia State Board of Elections;

    Singleton B. McAllister, in her capacity as Secretary of the Virginia State Board of Elections;

    Jamilah D LeCruise, in her capacity as Secretary of the Virginia State Board of Elections;

    Virginia Department of Elections;

    Christopher E. Piper, in his capacity as Commissioner of the Virginia Department of Elections; and,

    Edgardo Cortes, in his capacity as Commissioner of the Virginia Department of Elections.