To: The Clerk of Courts  
U.S. Courthouse / P.O.  
P.O. Box 494  
Newport News, VA 23607-0494

Thurs. Aug. 29, 2019

Dear Clerks, We need a short <u>Docket</u> of information for your Case # <u>3:14-CV-852</u>, titled: <u>Bethune-Hill v. VA State Bd. of Elections</u>, Decided on <u>Jan. 22, 2019</u>, including all <u>Parties</u>, their <u>Attorneys</u> and <u>Addresses</u> with final disposition?

<u>We do not have internet</u> access to your PACER website to download or print it ourselves.

Thank you!

Mail to:  
Mr. Jan F. Becker  
P.O. Box 57-399-713  
Marion, OH 43301


RECEIVED SEP - 5 2019 CLERK, U.S. DISTRICT COURT RICHMOND, VA