Mr. Jan F. Becker
P.O. Box 57-399-713
Marion, OH 43301

DRC 4052 (8/98)
ACA 3-4431, 3-4262-4263

**INMATE FREE LETTER**

INMATE MAIL
MARION CORRECTIONAL

U.S. MARSHALS
INSPECTED

Clerk of Courts, US District Court
P.O. Box 494 - U.S. Federal Courthouse / P.O.
Newport News, VA 23607-0494

2360730494 B005

02 1P
0000848932
MAILED FROM ZIP CODE 43302
UNITED STATES POSTAGE
$ 000.55⁰
PITNEY BOWES
AUG 30 2019