# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| FERNANDO GALINDO<br>CLERK OF COURT | MARK S. DAVIS<br>CHIEF JUDGE |

August 23, 2019

Jan F. Becker #399-713
P.O. Box 57
Marion, OH 43301

    In re:   Case No:   3:14-cv-852
                                      Bethune-Hill, et al. v. Virginia Board of Elections, et al.

Dear Mr. Becker:

        In response to your letter received August 29, 2019, requesting specific copies in the above case, below is the cost for said copies. The Clerk's Office charges a fee of .10 cents per page for copies of documents. Free copies are not provided regardless of financial status.

| | | |
|---|---|---|
| Docket Sheet | 87 pages | $ 8.70 |

                                                                     Sincerely,

                                                                     FERNANDO GALINDO, CLERK

                                                                       By: _____
                                                                           Deputy Clerk