Civil Action No. 3:14-cv-00852-REP-AWA-BMK
(Bethune-Hill v. Virginia State Board of Elections)
Appendix A

| Timekeeper Name | Date | Hours | Rate (Billed) | Subtotal (Billed) | Rate (Richmond) | Subtotal (at Richmond Rate) | Description of Work |
|---|---|---|---|---|---|---|---|
| Khanna, Abha | 8/1/2018 | 0.30 | 665.00 | 199.50 | 550.00 | 165.00 | Confer with client and legal team regarding next steps on remedy map; |
| Branch, Aria C. | 8/2/2018 | 0.50 | 720.00 | 360.00 | 430.00 | 215.00 | Attend call regarding remedial map process; |
| Elias, Marc E. | 8/2/2018 | 1.30 | 1,130.00 | 1,469.00 | 715.00 | 929.50 | Teleconference regarding next legislative steps (.5); review same (.8); |
| Khanna, Abha | 8/7/2018 | 1.60 | 665.00 | 1,064.00 | 550.00 | 880.00 | Telephone conference with B. Stafford and consulting expert regarding draft remedy map (1.3); confer with consulting expert regarding same (0.2); confer with B. Stafford regarding same (0.1); |
| Spear, Ryan M. | 8/7/2018 | 0.50 | 675.00 | 337.50 | 550.00 | 275.00 | Emails with litigation team regarding remedy issues; review court order regarding proper parties; |
| Stafford, William B. | 8/7/2018 | 1.50 | 675.00 | 1,012.50 | 545.00 | 817.50 | Conference with A. Khanna and consulting expert regarding remedial map; |
| Elias, Marc E. | 8/8/2018 | 0.50 | 1,130.00 | 565.00 | 715.00 | 357.50 | Review court order (.2); email and conference regarding same (.3); |
| Hamilton, Kevin J. | 8/8/2018 | 1.00 | 795.00 | 795.00 | 715.00 | 715.00 | Review order from the court regarding substitution of the parties (.2); exchange email regarding same (.3); review order regarding redistricting (.3); exchange email regarding same (.2); |
| Khanna, Abha | 8/8/2018 | 0.40 | 665.00 | 266.00 | 550.00 | 220.00 | Review submission from Intervenors (0.1); review court order on remedy map and email with legal team regarding same (0.2); confer with client regarding same (0.1); |
| Spear, Ryan M. | 8/8/2018 | 0.50 | 675.00 | 337.50 | 550.00 | 275.00 | Review court order regarding remedial issues; emails with litigation team regarding same; |
| Khanna, Abha | 8/10/2018 | 0.10 | 665.00 | 66.50 | 550.00 | 55.00 | Email with M. DePass regarding address information for remedial process (0.1); |
| Elias, Marc E. | 8/11/2018 | 1.50 | 1,130.00 | 1,695.00 | 715.00 | 1072.50 | Teleconference and review regarding legislative next steps regarding maps; |
| Khanna, Abha | 8/13/2018 | 0.10 | 665.00 | 66.50 | 550.00 | 55.00 | Email with legal team regarding possible special session for remedy map (0.1); |
| Elias, Marc E. | 8/17/2018 | 1.00 | 1,130.00 | 1,130.00 | 715.00 | 715.00 | Teleconference and email regarding possible special session options and maps; |
| Khanna, Abha | 8/20/2018 | 0.10 | 665.00 | 66.50 | 550.00 | 55.00 | Confer with B. Stafford regarding special session and proposed filings on remedial process (0.1); |
| Elias, Marc E. | 8/21/2018 | 0.80 | 1,130.00 | 904.00 | 715.00 | 572.00 | Teleconference regarding legislative action (.5); review same (.3); |
| Khanna, Abha | 8/21/2018 | 0.50 | 665.00 | 332.50 | 550.00 | 275.00 | Email and confer with legal team regarding remedial map and legislative session (0.5); |
| Branch, Aria C. | 8/22/2018 | 0.70 | 720.00 | 504.00 | 430.00 | 301.00 | Provide advice regarding remedial map; |
| Elias, Marc E. | 8/24/2018 | 1.00 | 1,130.00 | 1,130.00 | 715.00 | 715.00 | Review legislature's notification to the court (.6); teleconference and email regarding same; |
| Hamilton, Kevin J. | 8/24/2018 | 0.50 | 795.00 | 397.50 | 715.00 | 357.50 | Review filing from Defendant-Intervenors regarding redistricting plan (.3); exchange related email (.2); |

Civil Action No. 3:14-cv-00852-REP-AWA-BMK
(Bethune-Hill v. Virginia State Board of Elections)
Appendix A

| Timekeeper Name | Date | Hours | Rate (Billed) | Subtotal (Billed) | Rate (Richmond) | Subtotal (at Richmond Rate) | Description of Work |
|---|---|---|---|---|---|---|---|
| Khanna, Abha | 8/24/2018 | 2.00 | 665.00 | 1,330.00 | 550.00 | 1100.00 | Confer with client regarding remedial process (0.4); review and revise proposed draft criteria and email with legal team regarding same and timing issues (1.2); review House notice to court and confer with B. Stafford regarding same (0.3); coordinate court remedy strategy meeting (0.1); |
| Spear, Ryan M. | 8/24/2018 | 0.30 | 675.00 | 202.50 | 550.00 | 165.00 | Review defendant-intervenors' supplemental brief (.2); emails with litigation team regarding same (.1); |
| Khanna, Abha | 8/26/2018 | 0.20 | 665.00 | 133.00 | 550.00 | 110.00 | Email with legal team regarding legislative remedial process (0.2); |
| Branch, Aria C. | 8/27/2018 | 1.20 | 720.00 | 864.00 | 430.00 | 516.00 | Prepare for and attend call regarding remedial map; |
| Elias, Marc E. | 8/27/2018 | 0.70 | 1,130.00 | 791.00 | 715.00 | 500.50 | Teleconference regarding next steps in impasse; |
| Khanna, Abha | 8/27/2018 | 0.70 | 665.00 | 465.50 | 550.00 | 385.00 | Confer with B. Stafford regarding legislative remedial process (0.3); telephone conference with legal team regarding same (0.4); |
| Stafford, William B. | 8/27/2018 | 1.00 | 675.00 | 675.00 | 545.00 | 545.00 | Prepare for and participate in call regarding legislative process and impact on remedial phase; |
| Khanna, Abha | 8/28/2018 | 0.20 | 665.00 | 133.00 | 550.00 | 110.00 | Telephone conference with client regarding census error in VA with respect to proposed remedial maps (0.1); email with legal team regarding same (0.1); |
| Branch, Aria C. | 8/29/2018 | 0.90 | 720.00 | 648.00 | 430.00 | 387.00 | Advise on next steps in remedial process; |
| Khanna, Abha | 8/29/2018 | 0.40 | 665.00 | 266.00 | 550.00 | 220.00 | Review maps and data from consulting expert regarding proposed remedy map for court (0.4); |
| Branch, Aria C. | 8/30/2018 | 0.20 | 720.00 | 144.00 | 430.00 | 86.00 | Advise on next steps in remedial process; |
| Elias, Marc E. | 8/30/2018 | 0.60 | 1,130.00 | 678.00 | 715.00 | 429.00 | Review correspondence regarding special session (.3); email same (.3); |
| Khanna, Abha | 8/30/2018 | 1.40 | 665.00 | 931.00 | 550.00 | 770.00 | Email with legal team regarding special session (0.2); confer with B. Stafford and R. Spear regarding proposed remedial maps drafted by consulting expert and review materials in advance of same (1.2); |
| Spear, Ryan M. | 8/30/2018 | 1.00 | 675.00 | 675.00 | 550.00 | 550.00 | Conference with A. Khanna and W. Stafford regarding remedy issues (1.0); |
| Stafford, William B. | 8/30/2018 | 1.40 | 675.00 | 945.00 | 545.00 | 763.00 | Prepare for and meet with A. Khanna and R. Spear regarding remedial phase and approach to preparations for same; |
| Khanna, Abha | 8/31/2018 | 0.30 | 665.00 | 199.50 | 550.00 | 165.00 | Review correspondence regarding special session and email with legal team regarding same (0.3); |
| Stafford, William B. | 9/4/2018 | 0.50 | 675.00 | 337.50 | 545.00 | 272.50 | Review and revise correspondence related to remedial phase (.5); |
| Khanna, Abha | 9/5/2018 | 0.50 | 665.00 | 332.50 | 550.00 | 275.00 | Email and confer with legal team regarding legislative remedial process (0.5); |
| Stafford, William B. | 9/5/2018 | 0.60 | 675.00 | 405.00 | 545.00 | 327.00 | Prepare analysis in preparation for remedial plan (.6); |

Civil Action No. 3:14-cv-00852-REP-AWA-BMK
(Bethune-Hill v. Virginia State Board of Elections)
Appendix A

| Timekeeper Name | Date | Hours | Rate (Billed) | Subtotal (Billed) | Rate (Richmond) | Subtotal (at Richmond Rate) | Description of Work |
|---|---|---|---|---|---|---|---|
| Elias, Marc E. | 9/10/2018 | 1.00 | 1,130.00 | 1,130.00 | 715.00 | 715.00 | Review court brief; email regarding same |
| Hamilton, Kevin J. | 9/10/2018 | 2.20 | 795.00 | 1,749.00 | 715.00 | 1573.00 | Review order from the court re: remedial phase (.3); conference with B. Stafford regarding same (.2); review motion filed by state regarding remedial phase (.8); exchange email regarding same (.5); review outline of proposed filing and related email (.4); |
| Khanna, Abha | 9/10/2018 | 0.80 | 665.00 | 532.00 | 550.00 | 440.00 | Review State's motion to alter judgment (0.2); email and confer with B. Stafford regarding proposed response to same (0.4); review and revise draft response brief (0.2); |
| Spear, Ryan M. | 9/10/2018 | 0.20 | 675.00 | 135.00 | 550.00 | 110.00 | Review motion to alter judgment (.2); |
| Spiva, Bruce V. | 9/10/2018 | 0.40 | 995.00 | 398.00 | 715.00 | 286.00 | Review State's motion to proceed to remedial phase immediately; |
| Stafford, William B. | 9/10/2018 | 2.30 | 675.00 | 1,552.50 | 545.00 | 1253.50 | Review State's motion to alter judgment (.3); discuss potential responses to same with litigation team (.2); draft response (1.8); |
| Hamilton, Kevin J. | 9/11/2018 | 0.90 | 795.00 | 715.50 | 715.00 | 643.50 | Review remedial activity in prior cases (.3); conference with B. Stafford regarding same (.2); review outline of proposed response; |
| Khanna, Abha | 9/11/2018 | 0.50 | 665.00 | 332.50 | 550.00 | 275.00 | Review and revise draft response to motion to alter judgment (0.2); email and confer with legal team regarding same (0.1); email with legal team regarding remedy map (0.2); |
| Stafford, William B. | 9/11/2018 | 1.70 | 675.00 | 1,147.50 | 545.00 | 926.50 | Prepare analysis of HD 92 and 95 for evaluation of potential remedial plans; |
| Branch, Aria C. | 9/12/2018 | 0.20 | 720.00 | 144.00 | 430.00 | 86.00 | Advise on remedial process; |
| Elias, Marc E. | 9/12/2018 | 1.00 | 1,130.00 | 1,130.00 | 715.00 | 715.00 | Review response brief; email regarding same; |
| Hamilton, Kevin J. | 9/12/2018 | 2.70 | 795.00 | 2,146.50 | 715.00 | 1930.50 | Review brief in opposition to state's motion to accelerate the remedial phase (1.0); conference with B. Stafford regarding opposition (.4); review and revise draft opposition (1.3); |
| Khanna, Abha | 9/12/2018 | 0.60 | 665.00 | 399.00 | 550.00 | 330.00 | Review Intervenors' response to motion to alter judgment (0.3); email and confer with legal team regarding same (0.2); review and revise draft response in light of same (0.1); |
| Spear, Ryan M. | 9/12/2018 | 0.40 | 675.00 | 270.00 | 550.00 | 220.00 | Review opposition to motion to alter judgment (.2); emails with litigation team regarding same (.2); |
| Stafford, William B. | 9/12/2018 | 0.70 | 675.00 | 472.50 | 545.00 | 381.50 | Finalize and coordinate service of response to motion to alter judgment; |
| Hamilton, Kevin J. | 9/13/2018 | 1.00 | 795.00 | 795.00 | 715.00 | 715.00 | Review reply brief from state (.5); conference with B. Stafford regarding same (.2); confernece with B. Stafford regarding alternative maps (.3); |
| Stafford, William B. | 9/13/2018 | 0.20 | 675.00 | 135.00 | 545.00 | 109.00 | Review and provide summary of State reply in support of motion to alter judgmetn; |
| Elias, Marc E. | 9/14/2018 | 0.70 | 1,130.00 | 791.00 | 715.00 | 500.50 | Review court order; email regarding same; |

Civil Action No. 3:14-cv-00852-REP-AWA-BMK
(Bethune-Hill v. Virginia State Board of Elections)
Appendix A

| Timekeeper Name | Date | Hours | Rate (Billed) | Subtotal (Billed) | Rate (Richmond) | Subtotal (at Richmond Rate) | Description of Work |
|---|---|---|---|---|---|---|---|
| Hamilton, Kevin J. | 9/14/2018 | 1.30 | 795.00 | 1,033.50 | 715.00 | 929.50 | Review court order in remedial phase (.3); exchange email regarding potential special master candidates (.5); review draft email to opposing counsel and exchange email regarding same (.5); |
| Khanna, Abha | 9/14/2018 | 0.30 | 665.00 | 199.50 | 550.00 | 165.00 | Review order on motion to alter judgment (0.1); email with legal team and client regarding same (0.2); |
| Spear, Ryan M. | 9/14/2018 | 0.10 | 675.00 | 67.50 | 550.00 | 55.00 | Review order regarding motion to alter judgment (.1); |
| Spiva, Bruce V. | 9/14/2018 | 0.30 | 995.00 | 298.50 | 715.00 | 214.50 | Review Court order granting in part State's motion to start remedial phase and correspond with team regarding same; |
| Elias, Marc E. | 9/18/2018 | 0.50 | 1,130.00 | 565.00 | 715.00 | 357.50 | Review map proposal (.3); email and teleconference regarding same (.2); |
| Khanna, Abha | 9/18/2018 | 0.20 | 665.00 | 133.00 | 550.00 | 110.00 | Email with legal team regarding House of Delegates' proposed remedial plan (0.2); |
| Khanna, Abha | 9/19/2018 | 0.90 | 665.00 | 598.50 | 550.00 | 495.00 | Review House proposed remedy map and email and confer with client and legal team regarding same (0.9); |
| Stafford, William B. | 9/19/2018 | 0.80 | 675.00 | 540.00 | 545.00 | 436.00 | Conference with A. Khanna regarding proposed Republican legislative plan and proposed responses to same; |
| Branch, Aria C. | 9/20/2018 | 0.20 | 720.00 | 144.00 | 430.00 | 86.00 | Advise on remedial process; |
| Hamilton, Kevin J. | 9/20/2018 | 1.50 | 795.00 | 1,192.50 | 715.00 | 1072.50 | Review special master nominations from the state (.2); exchange email regarding same (.3); review draft submission on plaintiff's proposals (.4); exchange email regarding Cooper (.3); exchange email regarding Intervenor's suggestions (.2); |
| Khanna, Abha | 9/20/2018 | 0.10 | 665.00 | 66.50 | 550.00 | 55.00 | Review opposing counsel's special master submissions (0.1); |
| Spear, Ryan M. | 9/20/2018 | 0.20 | 675.00 | 135.00 | 550.00 | 110.00 | Review defendant-intervenors' notice of proposed special masters (.2); |
| Spiva, Bruce V. | 9/20/2018 | 0.30 | 995.00 | 298.50 | 715.00 | 214.50 | Confer with team regarding State's choices for special master and about our proposals; |
| Stafford, William B. | 9/20/2018 | 0.70 | 675.00 | 472.50 | 545.00 | 381.50 | Prepare submission regarding proposed special masters (.3); conference with potential special master (.2); exchange correspondence with A. Khanna and K. Hamilton regarding same (.2); |
| Branch, Aria C. | 9/21/2018 | 0.60 | 720.00 | 432.00 | 430.00 | 258.00 | Advise on remedial process; |
| Hamilton, Kevin J. | 9/21/2018 | 1.00 | 795.00 | 795.00 | 715.00 | 715.00 | Review special master nominations; review and respond to email regarding same; |
| Khanna, Abha | 9/21/2018 | 0.90 | 665.00 | 598.50 | 550.00 | 495.00 | Email with legal team regarding objections to intervenors' proposed special masters (0.6); confer with outside attorney regarding experience with D. Johnson (0.2); review court order regarding same (0.1); |
| Spiva, Bruce V. | 9/21/2018 | 0.30 | 995.00 | 298.50 | 715.00 | 214.50 | Confer with team regarding intervenors proposed special masters and response to Court.; |

Civil Action No. 3:14-cv-00852-REP-AWA-BMK
(Bethune-Hill v. Virginia State Board of Elections)
Appendix A

| Timekeeper Name | Date | Hours | Rate (Billed) | Subtotal (Billed) | Rate (Richmond) | Subtotal (at Richmond Rate) | Description of Work |
|---|---|---|---|---|---|---|---|
| Louijeune, Ruthzee | 9/22/2018 | 4.00 | | 2,520.00 | 430.00 | 1720.00 | Conduct research on expert witness (2.5); Draft page for motion contesting expert's ability to serve as special master (1.5); |
| Khanna, Abha | 9/24/2018 | 0.50 | 665.00 | 332.50 | 550.00 | 275.00 | Review and revise draft objections to special master (0.2); confer with B. Stafford regarding research on same (0.3); |
| Spear, Ryan M. | 9/24/2018 | 0.10 | 675.00 | 67.50 | 550.00 | 55.00 | Emails with parties regarding court order regarding special masters (.1); |
| Stafford, William B. | 9/24/2018 | 0.20 | 675.00 | 135.00 | 545.00 | 109.00 | Draft opposition to intervenors' proposed special master candidates; |
| Hamilton, Kevin J. | 9/25/2018 | 1.20 | 795.00 | 954.00 | 715.00 | 858.00 | Review and respond to email regarding briefing regarding proposed court-appointed special masters (.5); review briefing regarding same (.7); |
| Khanna, Abha | 9/25/2018 | 0.30 | 665.00 | 199.50 | 550.00 | 165.00 | Review and revise draft objections to special master submissions (0.2); email with legal team regarding same (0.1); |
| Spiva, Bruce V. | 9/25/2018 | 0.40 | 995.00 | 398.00 | 715.00 | 286.00 | Review and revise draft brief regarding special matters; |
| Stafford, William B. | 9/25/2018 | 0.30 | 675.00 | 202.50 | 545.00 | 163.50 | Prepare opposition to intervenors' special master candidates; |
| Branch, Aria C. | 9/26/2018 | 0.30 | 720.00 | 216.00 | 430.00 | 129.00 | Advise on remedial process; |
| Hamilton, Kevin J. | 9/26/2018 | 1.10 | 795.00 | 874.50 | 715.00 | 786.50 | Review and revise draft briefing regarding court appointed special master (.3); exchange related email (.2); review briefing filed by state and by Intervenors (.6); |
| Khanna, Abha | 9/26/2018 | 0.80 | 665.00 | 532.00 | 550.00 | 440.00 | Email with legal team regarding legislative remedy process (0.4); review, revise, and finalize special master objections (0.2); review objections submitted by opposing counsel (0.2); |
| Hamilton, Kevin J. | 9/28/2018 | 1.30 | 795.00 | 1,033.50 | 715.00 | 929.50 | Review and revise draft reply brief regarding court-appointed special masters (.3); review briefing filed by state and by Intervenors (1.0); |
| Khanna, Abha | 9/28/2018 | 0.20 | 665.00 | 133.00 | 550.00 | 110.00 | Review and revise response to objections regarding special master (0.2); |
| Khanna, Abha | 10/15/2018 | 0.20 | 665.00 | 133.00 | 550.00 | 110.00 | Email with legal team regarding remedial map (0.1); confer with B. Stafford regarding same (0.1); |
| Hamilton, Kevin J. | 10/16/2018 | 0.90 | 795.00 | 715.50 | 715.00 | 643.50 | Review order setting status conference call (.3); review materials in preparation for status call with court (.6); |
| Khanna, Abha | 10/16/2018 | 0.10 | 665.00 | 66.50 | 550.00 | 55.00 | Email and confer with legal team regarding conference call with Court (0.1); |
| Hamilton, Kevin J. | 10/17/2018 | 3.40 | 795.00 | 2,703.00 | 715.00 | 2431.00 | Review email from court changing timing for call (.3); exchange related email (.2); review recent filings in preparation for telephonic hearing (2.9); |
| Khanna, Abha | 10/17/2018 | 0.70 | 665.00 | 465.50 | 550.00 | 385.00 | Confer with legal team in preparation for conference call with court (0.7); |
| Spear, Ryan M. | 10/17/2018 | 0.50 | 675.00 | 337.50 | 550.00 | 275.00 | Emails with A. Khanna and W. Stafford regarding remedies (.3); review materials regarding same (.2); |

Civil Action No. 3:14-cv-00852-REP-AWA-BMK
(Bethune-Hill v. Virginia State Board of Elections)
Appendix A

| Timekeeper Name | Date | Hours | Rate (Billed) | Subtotal (Billed) | Rate (Richmond) | Subtotal (at Richmond Rate) | Description of Work |
|---|---|---|---|---|---|---|---|
| Hamilton, Kevin J. | 10/18/2018 | 1.00 | 795.00 | 795.00 | 715.00 | 715.00 | Review proposed schedule and potential issues for telephonic hearing (.7); exchange related email (.3); |
| Spear, Ryan M. | 10/18/2018 | 0.30 | 675.00 | 202.50 | 550.00 | 165.00 | Review court order regarding special master (.2); review court order regarding hearing (.1); |
| Spiva, Bruce V. | 10/18/2018 | 0.20 | 995.00 | 199.00 | 715.00 | 143.00 | Review court's order appointing special master (.1); confer with team regarding same (.1); |
| Hamilton, Kevin J. | 10/19/2018 | 3.10 | 795.00 | 2,464.50 | 715.00 | 2216.50 | Prepare for telephonic hearing (1.2); telephone conference with B. Stafford and A. Khanna in advance of hearing to review proposed schedule and other issues (.4); review new court minute order outlining issues to be discussed (.3); outline potential positions and exchange thoughts on positions with B. Stafford and A. Khanna regarding same (1.2); |
| Khanna, Abha | 10/19/2018 | 1.30 | 665.00 | 864.50 | 550.00 | 715.00 | Conference with Court regarding remedial map schedule and process (0.6); confer and email with K. Hamilton and B. Stafford in preparation for and after same (0.7); |
| Spiva, Bruce V. | 10/19/2018 | 0.40 | 995.00 | 398.00 | 715.00 | 286.00 | Confer with team regarding today's hearing on remedy and plans for map; |
| Stafford, William B. | 10/19/2018 | 2.70 | 675.00 | 1,822.50 | 545.00 | 1471.50 | Prepare for and participate in court hearing (.6); review subsequent court order and start drafting briefing regarding remedial plan (2.1); |
| Hamilton, Kevin J. | 10/20/2018 | 1.50 | 795.00 | 1,192.50 | 715.00 | 1072.50 | Review court ordered schedule (.4); exchange related email regarding proposed map (.6); exchange email regarding hearing date coverage (.5); |
| Louijeune, Ruthzee | 10/21/2018 | 0.20 | | 126.00 | 430.00 | 86.00 | Begin research on equal population question (0.2); |
| Hamilton, Kevin J. | 10/22/2018 | 1.00 | 795.00 | 795.00 | 715.00 | 715.00 | Conference with A. Khanna regarding proposed maps and related filings (.3); review court orders regarding special master and related issues (.5); conference with B. Stafford regarding same (.2); |
| Khanna, Abha | 10/22/2018 | 0.70 | 665.00 | 465.50 | 550.00 | 385.00 | Review remedy map in relation to court order (0.6); confer with K. Hamilton regarding remedy map hearing (0.1); |
| Louijeune, Ruthzee | 10/22/2018 | 1.30 | | 819.00 | 430.00 | 559.00 | Research whether Supreme Court has announced a permissible percentage buy which population of court-drawn legislative districts can deviate (0.9); draft analysis (0.4); |
| Hamilton, Kevin J. | 10/23/2018 | 0.40 | 795.00 | 318.00 | 715.00 | 286.00 | Exchange email regarding proposed map and related filings (.4); |
| Khanna, Abha | 10/23/2018 | 1.80 | 665.00 | 1,197.00 | 550.00 | 990.00 | Review map filings from Page as reference for remedy map proposal (0.6); confer with B. Stafford regarding same, substance of maps, and next steps (0.7); telephone conference with consulting expert regarding same (0.5); |

Civil Action No. 3:14-cv-00852-REP-AWA-BMK
(Bethune-Hill v. Virginia State Board of Elections)
Appendix A

| Timekeeper Name | Date | Hours | Rate (Billed) | Subtotal (Billed) | Rate (Richmond) | Subtotal (at Richmond Rate) | Description of Work |
|---|---|---|---|---|---|---|---|
| Hamilton, Kevin J. | 10/24/2018 | 0.60 | 795.00 | 477.00 | 715.00 | 429.00 | Review orders from the court regarding oath of confidentiality and appointment of state officials to assist special master (.3); exchange email regarding same (.3); |
| Khanna, Abha | 10/24/2018 | 0.60 | 665.00 | 399.00 | 550.00 | 330.00 | Review proposed remedy maps in context of order on liability (0.5); email and confer with B. Stafford regarding evaluation of remedy maps (0.1); |
| Stafford, William B. | 10/24/2018 | 2.40 | 675.00 | 1,620.00 | 545.00 | 1308.00 | Draft remedial plan brief; |
| Hamilton, Kevin J. | 10/25/2018 | 1.50 | 795.00 | 1,192.50 | 715.00 | 1072.50 | Review orders from the court regarding special master, state assistants and related issues (.6); review prior orders in Page to compare (.4); exchange email regarding same (.5); |
| Khanna, Abha | 10/25/2018 | 2.50 | 665.00 | 1,662.50 | 550.00 | 1375.00 | Review Memorandum Opinion and draft bullet-point outline of objective predominance evidence in preparation for evaluation of remedial plans (2.4); email and confer with B. Stafford regarding same (0.1); |
| Hamilton, Kevin J. | 10/26/2018 | 0.50 | 795.00 | 397.50 | 715.00 | 357.50 | Review court orders regarding court's communications with special master and related issues (.5); |
| Khanna, Abha | 10/26/2018 | 0.20 | 665.00 | 133.00 | 550.00 | 110.00 | Email and confer with B. Stafford regarding remedial map evaluation (0.1); email with consulting expert regarding same (0.1); |
| Hamilton, Kevin J. | 10/29/2018 | 0.70 | 795.00 | 556.50 | 715.00 | 500.50 | Review letter received by court (.2); review status of maps and briefing (.2); exchange related email (.3); |
| Khanna, Abha | 10/29/2018 | 2.80 | 665.00 | 1,862.00 | 550.00 | 1540.00 | Review and revise draft remedy maps (1.4); confer with B. Stafford regarding same (0.7); telephone conference with consulting expert regarding same (0.7); |
| Stafford, William B. | 10/29/2018 | 4.80 | 675.00 | 3,240.00 | 545.00 | 2616.00 | Research and draft brief in support of proposed remedial plans; |
| Khanna, Abha | 10/30/2018 | 2.40 | 665.00 | 1,596.00 | 550.00 | 1320.00 | Review VA remedy map (0.2); confer with B. Stafford regarding same (0.5); confer with B. Stafford and consulting expert regarding same (1.7); |
| Stafford, William B. | 10/30/2018 | 0.50 | 675.00 | 337.50 | 545.00 | 272.50 | Research and draft brief in support of proposed remedial plans; |
| Hamilton, Kevin J. | 10/31/2018 | 0.70 | 795.00 | 556.50 | 715.00 | 500.50 | Exchange email with A. Khanna and B. Stafford regarding proposed maps and draft brief; |
| Khanna, Abha | 10/31/2018 | 1.70 | 665.00 | 1,130.50 | 550.00 | 935.00 | Review remedial maps (0.3); email and confer with B. Stafford regarding same (0.2); review and revise draft brief in support of proposed remedial plan (1.2); |
| Hamilton, Kevin J. | 11/1/2018 | 0.90 | 795.00 | 715.50 | 715.00 | 643.50 | Review court filings and orders (.3); exchange email with B. Stafford and A. Khanna regarding timing and logistics of filing proposed maps and brief (.6); |

Civil Action No. 3:14-cv-00852-REP-AWA-BMK
(Bethune-Hill v. Virginia State Board of Elections)
Appendix A

| Timekeeper Name | Date | Hours | Rate (Billed) | Subtotal (Billed) | Rate (Richmond) | Subtotal (at Richmond Rate) | Description of Work |
|---|---|---|---|---|---|---|---|
| Khanna, Abha | 11/1/2018 | 4.30 | 665.00 | 2,859.50 | 550.00 | 2365.00 | Review revised remedy maps and data (0.8); email and confer with B. Stafford regarding same (0.8); email and telephone conferences with consulting expert regarding same (0.6); review and revise draft brief in support of remedial plans (0.9); review special master reports and court order in VA congressional case in doing same (1.2); |
| Stafford, William B. | 11/1/2018 | 4.80 | 675.00 | 3,240.00 | 545.00 | 2616.00 | Research and draft brief in support of proposed remedial plans; |
| Depass, Michelle | 11/2/2018 | 4.10 | 310.00 | 1,271.00 | 235.00 | 963.50 | Assist with brief and filing; |
| Hamilton, Kevin J. | 11/2/2018 | 3.10 | 795.00 | 2,464.50 | 715.00 | 2216.50 | Review and revise draft brief in support of proposed remedial maps (1.2); review related email (.3); review filings from other parties (1.3); exchange email regarding same (.3); |
| Khanna, Abha | 11/2/2018 | 3.90 | 665.00 | 2,593.50 | 550.00 | 2145.00 | Review, revise, and finalize proposed maps and briefs in support (2.6); confer with legal team regarding same (0.8); confer with consulting expert regarding same (0.5); |
| Spiva, Bruce V. | 11/2/2018 | 1.00 | 995.00 | 995.00 | 715.00 | 715.00 | Review and comment on brief in support of Plaintiffs' remedial plan; |
| Stafford, William B. | 11/2/2018 | 2.70 | 675.00 | 1,822.50 | 545.00 | 1471.50 | Research and draft brief in support of proposed remedial plans; |
| Spiva, Bruce V. | 11/3/2018 | 0.20 | 995.00 | 199.00 | 715.00 | 143.00 | Correspond with A. Khanna and B. Stafford regarding remedial plan brief; |
| Hamilton, Kevin J. | 11/5/2018 | 0.50 | 795.00 | 397.50 | 715.00 | 357.50 | Review court order and additional filings; |
| Khanna, Abha | 11/5/2018 | 1.70 | 665.00 | 1,130.50 | 550.00 | 935.00 | Review briefing from Intervenors on remedy maps (0.4); review NAACP briefing on remedy maps (0.6); review maps proposed by these and other parties (0.5); email and confer with B. Stafford regarding same (0.2); |
| Hamilton, Kevin J. | 11/6/2018 | 1.00 | 795.00 | 795.00 | 715.00 | 715.00 | Review additional filings regarding remedial maps (.6); exchange related email (.4); |
| Khanna, Abha | 11/6/2018 | 2.00 | 665.00 | 1,330.00 | 550.00 | 1100.00 | Review maps submitted by Intervenors and non-parties (0.4); email with consulting expert regarding same (0.1); confer with B. Stafford regarding response to same (1.5); |
| Stafford, William B. | 11/6/2018 | 1.60 | 675.00 | 1,080.00 | 545.00 | 872.00 | Prepare for and meet with A. Khanna to review other parties' submissions and develop strategic overview of response to same; |
| Khanna, Abha | 11/7/2018 | 0.30 | 665.00 | 199.50 | 550.00 | 165.00 | Review Intervenors' map data files and email with B. Stafford regarding same (0.3); |
| Stafford, William B. | 11/7/2018 | 1.60 | 675.00 | 1,080.00 | 545.00 | 872.00 | Prepare opposition to other parties' remedial plans; |
| Khanna, Abha | 11/8/2018 | 0.20 | 665.00 | 133.00 | 550.00 | 110.00 | Email with consulting expert and legal team regarding Intervenors' maps (0.1); email and confer with B. Stafford regarding same and legal briefing regarding same (0.1); |
| Stafford, William B. | 11/8/2018 | 0.70 | 675.00 | 472.50 | 545.00 | 381.50 | Draft brief regarding other parties' submissions; |

Civil Action No. 3:14-cv-00852-REP-AWA-BMK
(Bethune-Hill v. Virginia State Board of Elections)
Appendix A

| Timekeeper Name | Date | Hours | Rate (Billed) | Subtotal (Billed) | Rate (Richmond) | Subtotal (at Richmond Rate) | Description of Work |
|---|---|---|---|---|---|---|---|
| Stafford, William B. | 11/8/2018 | 1.70 | 675.00 | 1,147.50 | 545.00 | 926.50 | Additional drafting of brief responding to other parties' submissions; |
| Khanna, Abha | 11/9/2018 | 0.40 | 665.00 | 266.00 | 550.00 | 220.00 | Email and confer with B. Stafford regarding remedial map objections (0.2); email with M. Palmer regarding data for same (0.2); |
| Stafford, William B. | 11/9/2018 | 1.50 | 675.00 | 1,012.50 | 545.00 | 817.50 | Draft briefs regarding other parties' submissions; |
| Stafford, William B. | 11/10/2018 | 4.10 | 675.00 | 2,767.50 | 545.00 | 2234.50 | Research and draft response to other parties' remedial submissions; |
| Khanna, Abha | 11/13/2018 | 1.90 | 665.00 | 1,263.50 | 550.00 | 1045.00 | Review and revise draft objections to Intervenors' proposed remedial plans (1.7); confer with B. Stafford regarding same (0.2); |
| Stafford, William B. | 11/13/2018 | 1.30 | 675.00 | 877.50 | 545.00 | 708.50 | Review data regarding other parties' submissions and draft brief regarding same; |
| Khanna, Abha | 11/14/2018 | 3.90 | 665.00 | 2,593.50 | 550.00 | 2145.00 | Draft, review, and revise portions of objections to Intervernors' remedial plans (3.9); |
| Spiva, Bruce V. | 11/14/2018 | 0.40 | 995.00 | 398.00 | 715.00 | 286.00 | Correspond with B. Stafford and A. Khanna regarding remedial brief; |
| Stafford, William B. | 11/14/2018 | 4.60 | 675.00 | 3,105.00 | 545.00 | 2507.00 | Research and draft brief regarding responses to other parties' remedial plan submissions; |
| Khanna, Abha | 11/15/2018 | 0.60 | 665.00 | 399.00 | 550.00 | 330.00 | Review and revise draft objections regarding remedy map (0.6); |
| Stafford, William B. | 11/15/2018 | 1.10 | 675.00 | 742.50 | 545.00 | 599.50 | Revise brief and address NAACP orders; |
| Spiva, Bruce V. | 11/16/2018 | 0.50 | 995.00 | 497.50 | 715.00 | 357.50 | Review and comment on our opposition to intervenors remedial brief; |
| Stafford, William B. | 11/16/2018 | 1.40 | 675.00 | 945.00 | 545.00 | 763.00 | Finalize and coordinate filing of response to other parties' remedial plan submissions (.8); review and provide summary of Intervenors' brief (.6); |
| Stafford, William B. | 11/19/2018 | 0.10 | 675.00 | 67.50 | 545.00 | 54.50 | Review NAACP filing; |
| Stafford, William B. | 12/2/2018 | 2.30 | 675.00 | 1,552.50 | 545.00 | 1253.50 | Review data analysis of special master's proposed plans and prepare summary of same and next steps for team; |
| Khanna, Abha | 12/6/2018 | 0.30 | 665.00 | 199.50 | 550.00 | 165.00 | Review Personhubballah brief on special master remedy in preparation for drafting same in present case (0.3); |
| Elias, Marc E. | 12/7/2018 | 1.70 | 1,130.00 | 1,921.00 | 715.00 | 1215.50 | Review special master's report; email regarding same; |
| Hamilton, Kevin J. | 12/7/2018 | 1.30 | 795.00 | 1,033.50 | 715.00 | 929.50 | Review special master report (.8); conference with B. Stafford regarding same (.5); |
| Khanna, Abha | 12/7/2018 | 3.50 | 665.00 | 2,327.50 | 550.00 | 1925.00 | Review special master's report (2.9); email and confer with legal team regarding same (0.6); |
| Hamilton, Kevin J. | 12/9/2018 | 0.50 | 795.00 | 397.50 | 715.00 | 357.50 | Review initial analysis of special master's plans; |
| Spiva, Bruce V. | 12/9/2018 | 0.50 | 995.00 | 497.50 | 715.00 | 357.50 | Review B. Stafford's analysis of special master report; |
| Hamilton, Kevin J. | 12/10/2018 | 0.90 | 795.00 | 715.50 | 715.00 | 643.50 | Conference with B. Stafford regarding special master's report (.4); review special master's report (.5); |

Civil Action No. 3:14-cv-00852-REP-AWA-BMK
(Bethune-Hill v. Virginia State Board of Elections)
**Appendix A**

| Timekeeper Name | Date | Hours | Rate (Billed) | Subtotal (Billed) | Rate (Richmond) | Subtotal (at Richmond Rate) | Description of Work |
|---|---|---|---|---|---|---|---|
| Khanna, Abha | 12/10/2018 | 2.10 | 665.00 | 1,396.50 | 550.00 | 1155.00 | Review and revise data files from consulting expert regarding special master remedy alternatives alongside special master report (1.6); confer with B. Stafford regarding same (0.5); |
| Khanna, Abha | 12/11/2018 | 3.60 | 665.00 | 2,394.00 | 550.00 | 1980.00 | Draft portions of brief in response to special master's plans (1.2); telephone conference with consulting expert regarding intricacies of various modules (2.1); confer with B. Stafford regarding legal strategy in light of same (0.3); |
| Stafford, William B. | 12/11/2018 | 4.50 | 675.00 | 3,037.50 | 545.00 | 2452.50 | Analyze data related to special master report and draft response to same (2.5); prepare for and conference with consulting expert regarding same (2.0); |
| Khanna, Abha | 12/12/2018 | 0.60 | 665.00 | 399.00 | 550.00 | 330.00 | Draft portion of brief in response to special master report (0.2); email with J. Berkon regarding incumbent addresses in references to same (0.2); confer with B. Stafford regarding Petersburg configuration (0.2); |
| Stafford, William B. | 12/12/2018 | 2.00 | 675.00 | 1,350.00 | 545.00 | 1090.00 | Draft response to special master report; |
| Hamilton, Kevin J. | 12/13/2018 | 2.10 | 795.00 | 1,669.50 | 715.00 | 1501.50 | Review draft brief on remedial maps (1.5); conference with B. Stafford regarding same (.6); |
| Khanna, Abha | 12/13/2018 | 2.70 | 665.00 | 1,795.50 | 550.00 | 1485.00 | Review draft brief in response to special master maps (2.1); email and confer with legal team regarding same (0.3); email and confer with legal team regarding remedial hearing (0.3); |
| Spiva, Bruce V. | 12/13/2018 | 0.70 | 995.00 | 696.50 | 715.00 | 500.50 | Review and comment on draft brief regarding remedial plan and B. Stafford's accompanying email memo regarding same; |
| Stafford, William B. | 12/13/2018 | 0.40 | 675.00 | 270.00 | 545.00 | 218.00 | Revise comments on special master report (.4); |
| Depass, Michelle | 12/14/2018 | 1.10 | 310.00 | 341.00 | 235.00 | 258.50 | Assist with and file brief; |
| Hamilton, Kevin J. | 12/14/2018 | 1.30 | 795.00 | 1,033.50 | 715.00 | 929.50 | Review and approve final draft of brief on proposed remedial plans (.4); conference with B. Stafford regarding same (.4); review briefing filed by other parties on remedial plans (.5); |
| Khanna, Abha | 12/14/2018 | 0.40 | 665.00 | 266.00 | 550.00 | 220.00 | Review submissions from parties and non-parties regarding special master proposal (0.4); |
| Spiva, Bruce V. | 12/14/2018 | 0.30 | 995.00 | 298.50 | 715.00 | 214.50 | Review and comment on remedy brief; |
| Hamilton, Kevin J. | 12/17/2018 | 2.10 | 795.00 | 1,669.50 | 715.00 | 1501.50 | Review filings in preparation for telephonic hearing (1.8); conference with B. Stafford and A. Khanna regarding same (.3); |

Civil Action No. 3:14-cv-00852-REP-AWA-BMK
(Bethune-Hill v. Virginia State Board of Elections)
Appendix A

| Timekeeper Name | Date | Hours | Rate (Billed) | Subtotal (Billed) | Rate (Richmond) | Subtotal (at Richmond Rate) | Description of Work |
|---|---|---|---|---|---|---|---|
| Khanna, Abha | 12/17/2018 | 0.60 | 665.00 | 399.00 | 550.00 | 330.00 | Email with legal team in preparation for conference with court regarding remedial hearing (0.2); telephone conference with A. Riggs (NAACP) regarding same (0.2); prepare e-binder for remedial hearing (0.2); |
| Hamilton, Kevin J. | 12/18/2018 | 3.90 | 795.00 | 3,100.50 | 715.00 | 2788.50 | Review filings in preparation for telephonic hearing (2.4); conference with A. Khanna and B. Stafford in preparation for hearing (.5); prepare for and participate in telephonic hearing (.8); report to M. Elias and team regarding same (.2); |
| Khanna, Abha | 12/18/2018 | 0.90 | 665.00 | 598.50 | 550.00 | 495.00 | Telephone conference with Court regarding remedial hearing (0.5); email and confer with K. Hamilton in preparation for same (0.3); email with legal team regarding summary of same (0.1); |
| Spiva, Bruce V. | 12/18/2018 | 0.30 | 995.00 | 298.50 | 715.00 | 214.50 | Correspond with team regarding call with the Court and intervenors' requests; |
| Hamilton, Kevin J. | 12/19/2018 | 0.50 | 795.00 | 397.50 | 715.00 | 357.50 | Review materials compiled for hearing on remedial maps (.5); |
| Hamilton, Kevin J. | 12/20/2018 | 1.00 | 795.00 | 795.00 | 715.00 | 715.00 | Coordinate local counsel to appear at January 10 hearing (1.0); |
| Hamilton, Kevin J. | 12/21/2018 | 0.30 | 795.00 | 238.50 | 715.00 | 214.50 | Exchange email with M. Rhoads regarding preparation for hearing on remedial plans (.3); |
| Elias, Marc E. | 12/28/2018 | 0.70 | 1,130.00 | 791.00 | 715.00 | 500.50 | Review special master filing; |
| Khanna, Abha | 12/28/2018 | 0.40 | 665.00 | 266.00 | 550.00 | 220.00 | Review special master addendum report (0.3); email with B. Stafford regarding same (0.1); |
| Stafford, William B. | 12/28/2018 | 2.20 | 675.00 | 1,485.00 | 545.00 | 1199.00 | Review special master report and prepare response to same; |
| Hamilton, Kevin J. | 1/2/2019 | 1.00 | 845.00 | 845.00 | 750.00 | 750.00 | Review filings and addendums to special master's report; |
| Khanna, Abha | 1/2/2019 | 0.50 | 720.00 | 360.00 | 590.00 | 295.00 | Review and revise draft supplemental brief on remedy (0.3); email and confer with B. Stafford regarding same (0.2); |
| Stafford, William B. | 1/2/2019 | 4.10 | 710.00 | 2,911.00 | 585.00 | 2398.50 | Draft response to special master addendum (3.9); conference with A. Khanna regarding same (.2); |
| Hamilton, Kevin J. | 1/3/2019 | 1.60 | 845.00 | 1,352.00 | 750.00 | 1200.00 | Review and revise draft memorandum regarding docket entry (.9); review compilation of materials for pre-hearing preparation (.7); |
| Depass, Michelle | 1/4/2019 | 0.80 | 365.00 | 292.00 | 250.00 | 200.00 | Assist with preparation and file brief; |
| Hamilton, Kevin J. | 1/4/2019 | 1.70 | 845.00 | 1,436.50 | 750.00 | 1275.00 | Review and revise draft response to docket entry (.7); conference with B. Stafford regarding same (.2); conference with A. Khanna regarding pre-hearing preparation (.3); review filings from other parties (.5); |
| Khanna, Abha | 1/4/2019 | 0.50 | 720.00 | 360.00 | 590.00 | 295.00 | Review remedial submission from NAACP (0.2); prepare materials for remedial hearing and email and confer with K. Hamilton and administrative staff regarding same (0.3); |

Civil Action No. 3:14-cv-00852-REP-AWA-BMK
(Bethune-Hill v. Virginia State Board of Elections)
Appendix A

| Timekeeper Name | Date | Hours | Rate (Billed) | Subtotal (Billed) | Rate (Richmond) | Subtotal (at Richmond Rate) | Description of Work |
|---|---|---|---|---|---|---|---|
| Stafford, William B. | 1/4/2019 | 3.20 | 710.00 | 2,272.00 | 585.00 | 1872.00 | Research and draft response to special master addendum; |
| Khanna, Abha | 1/5/2019 | 0.70 | 720.00 | 504.00 | 590.00 | 413.00 | Review Intervenors' late-filed objections to special master proposals and take notes on same in preparation for remedial hearing (0.7); |
| Hamilton, Kevin J. | 1/7/2019 | 4.50 | 845.00 | 3,802.50 | 750.00 | 3375.00 | Review materials in preparation for remedial hearing (1.5); conference with A. Khanna and B. Stafford regarding remedial hearing preparation (1.5); review court order regarding special master reports (.3); review special master reports and related materials (1.2); |
| Khanna, Abha | 1/7/2019 | 1.80 | 720.00 | 1,296.00 | 590.00 | 1062.00 | Confer with K. Hamilton and B. Stafford in preparation for remedial hearing (1.6); confer with client regarding remedial map update (0.2); |
| Stafford, William B. | 1/7/2019 | 3.00 | 710.00 | 2,130.00 | 585.00 | 1755.00 | Meet with K. Hamilton and A. Khanna to discuss preparations for hearing; |
| Hamilton, Kevin J. | 1/8/2019 | 9.60 | 845.00 | 8,112.00 | 750.00 | 7200.00 | Review briefing regarding proposed remedial plans in preparation for remedial hearing on January 10 (5.8); telephone conference with B. Stafford regarding same (.2); telephone conference with A. Khanna regarding same (.3); outline argument for hearing (1.5); outline examination alternatives for Dr. Grofman (1.5); |
| Khanna, Abha | 1/8/2019 | 1.50 | 720.00 | 1,080.00 | 590.00 | 885.00 | Review and revise draft outline for K. Hamilton in preparation for remedial hearing (0.8); confer with B. Stafford regarding same (0.2); review fourth addendum report of special master (0.5); |
| Stafford, William B. | 1/8/2019 | 1.90 | 710.00 | 1,349.00 | 585.00 | 1111.50 | Review special master's latest addendum (.4); draft outline of issues for oral argument (1.5); |
| Hamilton, Kevin J. | 1/9/2019 | 11.00 | 845.00 | 9,295.00 | 750.00 | 8250.00 | Review special masters reports and addenda prepared with respect to his proposed remedial districts (5.0); review Intervenors' briefing attacking special master districts and outline potential responses (2.9); review and revise outline for potential rehabilitation cross examination of special master (1.5); exchange email with A. Khanna and B. Stafford regarding same (.5); review, revise and finalize notes for argument over remedial plan (.6); coordinate logistics for hearing (.5); |
| Khanna, Abha | 1/9/2019 | 0.90 | 720.00 | 648.00 | 590.00 | 531.00 | Telephone conference with K. Hamilton in preparation for remedial hearing (0.5); draft outline of questions for special master regarding same (0.3); email with B. Stafford regarding same (0.1); |

Civil Action No. 3:14-cv-00852-REP-AWA-BMK
(Bethune-Hill v. Virginia State Board of Elections)
Appendix A

| Timekeeper Name | Date | Hours | Rate (Billed) | Subtotal (Billed) | Rate (Richmond) | Subtotal (at Richmond Rate) | Description of Work |
|---|---|---|---|---|---|---|---|
| Stafford, William B. | 1/9/2019 | 1.00 | 710.00 | 710.00 | 585.00 | 585.00 | Provide assistance to K. Hamilton regarding oral argument preparation, including telephonic conference (.5) and information via email (.5); |
| Hamilton, Kevin J. | 1/10/2019 | 13.00 | 845.00 | 10,985.00 | 750.00 | 9750.00 | Prepare for and attend hearing on remedial districting maps (11.5); follow up conference with B. Stafford regarding hearing (.5); draft and circulate report on hearing (1.0); |
| Khanna, Abha | 1/10/2019 | 1.10 | 720.00 | 792.00 | 590.00 | 649.00 | Email with K. Hamilton and B. Stafford to provide assistance during ongoing remedial hearing (0.5); review court orders regarding remedial hearing (0.1); confer with legal team regarding summary of (day-long) remedial hearing and next steps (0.3); review written summary of same provided by K. Hamilton (0.2); |
| Hamilton, Kevin J. | 1/11/2019 | 1.90 | 845.00 | 1,605.50 | 750.00 | 1425.00 | Follow up on court orders regarding supplemental filings (.8); review court order on inquiry for data files and exchange related email (.7); follow up on hearing (.4); |
| Hamilton, Kevin J. | 1/14/2019 | 0.80 | 845.00 | 676.00 | 750.00 | 600.00 | Exchange email regarding supplemental filing with BVAP numbers; |
| Khanna, Abha | 1/14/2019 | 0.50 | 720.00 | 360.00 | 590.00 | 295.00 | Review BVAP chart created by consulting expert (0.1); email and confer with B. Stafford regarding same (0.2); review and revise cover submission and draft email to all counsel regarding same (0.2); |
| Stafford, William B. | 1/14/2019 | 1.30 | 710.00 | 923.00 | 585.00 | 760.50 | Prepare submission regarding BVAP data chart requested by court; |
| Depass, Michelle | 1/15/2019 | 2.40 | 365.00 | 876.00 | 250.00 | 600.00 | Assist with filing response to court order and prepare hard copy documents for court; |
| Hamilton, Kevin J. | 1/15/2019 | 0.60 | 845.00 | 507.00 | 750.00 | 450.00 | Review email regarding supplemental filing on BVAP (.6); |
| Khanna, Abha | 1/15/2019 | 0.20 | 720.00 | 144.00 | 590.00 | 118.00 | Email with legal team and opposing counsel regarding joint submission on BVAP data (0.2); |
| Depass, Michelle | 1/17/2019 | 2.60 | 365.00 | 949.00 | 250.00 | 650.00 | Prepare courtesy copies of prior filings and send to courts; |
| Hamilton, Kevin J. | 1/17/2019 | 1.20 | 845.00 | 1,014.00 | 750.00 | 900.00 | Review revised Special Master's report (.8); exchange email regarding same (.4); |
| Hamilton, Kevin J. | 1/18/2019 | 0.70 | 845.00 | 591.50 | 750.00 | 525.00 | Review and respond to email regarding Special Master's Second Report (.7); |
| Elias, Marc E. | 1/22/2019 | 1.00 | 1,190.00 | 1,190.00 | 750.00 | 750.00 | Review court order regarding new map (.7); email regarding same (.3); |
| Hamilton, Kevin J. | 1/29/2019 | 0.60 | 845.00 | 507.00 | 750.00 | 450.00 | Review order regarding final remedial maps from court (.4); exchange email regarding analysis of maps (.2); |
| Khanna, Abha | 1/29/2019 | 0.60 | 720.00 | 432.00 | 590.00 | 354.00 | Review special master order on final plan (0.4); email and confer with B. Stafford and consulting expert regarding same (0.2); |
| Stafford, William B. | 1/29/2019 | 0.50 | 710.00 | 355.00 | 585.00 | 292.50 | Draft brief regarding Special Master's final remedial plan; |
| Hamilton, Kevin J. | 1/30/2019 | 0.60 | 845.00 | 507.00 | 750.00 | 450.00 | Review order from the court on remedial plans (.6); |

Civil Action No. 3:14-cv-00852-REP-AWA-BMK
(Bethune-Hill v. Virginia State Board of Elections)
Appendix A

| Timekeeper Name | Date | Hours | Rate (Billed) | Subtotal (Billed) | Rate (Richmond) | Subtotal (at Richmond Rate) | Description of Work |
|---|---|---|---|---|---|---|---|
| Depass, Michelle | 1/31/2019 | 0.70 | 365.00 | 255.50 | 250.00 | 175.00 | Assist with and file response to remedial plan; |
| Khanna, Abha | 1/31/2019 | 0.20 | 720.00 | 144.00 | 590.00 | 118.00 | Review and revise draft response to special master map and email with B. Stafford regarding same (0.2); |
| Spiva, Bruce V. | 1/31/2019 | 0.30 | 1,050.00 | 315.00 | 750.00 | 225.00 | Review and comment on response to Special Master's final remedial plan; |
| Stafford, William B. | 1/31/2019 | 0.50 | 710.00 | 355.00 | 585.00 | 292.50 | Revise draft brief regarding final remedial plan in light of additional data flagged by consulting expert (.3); conference with consulting expert (.2); |
| Khanna, Abha | 2/1/2019 | 0.30 | 720.00 | 216.00 | 590.00 | 177.00 | Review objections to remedial plan filed by Intervenors (0.3); |
| Hamilton, Kevin J. | 2/4/2019 | 0.90 | 845.00 | 760.50 | 750.00 | 675.00 | Review order from the court on remedial map (.7); exchange related email regarding same (.2); |
| Khanna, Abha | 2/4/2019 | 0.10 | 720.00 | 72.00 | 590.00 | 59.00 | Review order from Court regarding special master plan (0.1); |
| Elias, Marc E. | 2/14/2019 | 1.00 | 1,190.00 | 1,190.00 | 750.00 | 750.00 | Review court decision regarding new map; |
| Hamilton, Kevin J. | 2/14/2019 | 1.00 | 845.00 | 845.00 | 750.00 | 750.00 | Review order imposing remedial map (.8); exchange related email (.2); |
| Khanna, Abha | 2/14/2019 | 0.90 | 720.00 | 648.00 | 590.00 | 531.00 | Review memorandum opinion on remedy (0.7); email with legal team regarding same (0.1); confer with B. Stafford regarding same (0.1); |
| Hamilton, Kevin J. | 3/27/2019 | 0.50 | 845.00 | 422.50 | 750.00 | 375.00 | Review and respond to email regarding special master's fee request (.3); review draft filing regarding same (.2); |
| Stafford, William B. | 3/27/2019 | 1.30 | 710.00 | 923.00 | 585.00 | 760.50 | Draft response to special master fee request (1.3); |
| Total | | 300.90 | | $223,343.50 | | $183,530.50 | |