Civil Action No. 3:14-cv-00852-REP-AWA-BMK
(Bethune-Hill v. Virginia State Board of Elections)
Appendix B

| Timekeeper Name | Date | Hours | Rate (Billed) | Subtotal (Billed) | Rate (Richmond) | Subtotal (at Richmond Rate) | Description of Work |
|---|---|---|---|---|---|---|---|
| Hamilton, Kevin J. | 8/8/2018 | 0.30 | 795.00 | 238.50 | 715.00 | 214.50 | Review status of attorneys' fees briefing (.3); |
| Hamilton, Kevin J. | 8/9/2018 | 0.80 | 795.00 | 636.00 | 715.00 | 572.00 | Review memorandum in opposition to fee application (.5); conference with B. Stafford regarding same (.3); |
| Khanna, Abha | 8/9/2018 | 0.50 | 665.00 | 332.50 | 550.00 | 275.00 | Review opposition to fee petition and accompanying exhibits (0.4); email with legal team regarding same and strategy for reply brief (0.1); |
| Spear, Ryan M. | 8/9/2018 | 0.50 | 675.00 | 337.50 | 550.00 | 275.00 | Review opposition to fee petition; |
| Stafford, William B. | 8/9/2018 | 1.80 | 675.00 | 1,215.00 | 545.00 | 981.00 | Research and draft reply in support of fee petition; |
| Stafford, William B. | 8/10/2018 | 0.90 | 675.00 | 607.50 | 545.00 | 490.50 | Research and draft reply in support of fee petition; |
| Stafford, William B. | 8/11/2018 | 3.00 | 675.00 | 2,025.00 | 545.00 | 1635.00 | Research and draft reply in support of fee petition; |
| Stafford, William B. | 8/12/2018 | 2.10 | 675.00 | 1,417.50 | 545.00 | 1144.50 | Research and draft reply to fee petition; |
| Khanna, Abha | 8/13/2018 | 0.20 | 665.00 | 133.00 | 550.00 | 110.00 | Confer with B. Stafford regarding reply ISO fee petition (0.2); |
| Stafford, William B. | 8/13/2018 | 2.60 | 675.00 | 1,755.00 | 545.00 | 1417.00 | Draft reply in support of fee petition; |
| Hamilton, Kevin J. | 8/14/2018 | 1.50 | 795.00 | 1,192.50 | 715.00 | 1072.50 | Review and revise draft reply memorandum regarding fee application (1.2); conference with B. Stafford regarding same (.3); |
| Khanna, Abha | 8/14/2018 | 1.80 | 665.00 | 1,197.00 | 550.00 | 990.00 | Review and revise draft reply brief ISO fee petition (1.6); confer with B. Stafford regarding same (0.2); |
| Stafford, William B. | 8/14/2018 | 1.90 | 675.00 | 1,282.50 | 545.00 | 1035.50 | Research and draft reply to fee petition; |
| Depass, Michelle | 8/15/2018 | 0.50 | 310.00 | 155.00 | 250.00 | 125.00 | Assist with and file response to motion for attorneys fees; |
| Hamilton, Kevin J. | 8/15/2018 | 0.60 | 795.00 | 477.00 | 715.00 | 429.00 | Review and revise draft Hamilton declaration in support of fee application; |
| Khanna, Abha | 8/15/2018 | 0.30 | 665.00 | 199.50 | 550.00 | 165.00 | Review and revise draft reply ISO fee petition and email with B. Stafford regarding same (0.3); |
| Spear, Ryan M. | 8/15/2018 | 1.00 | 675.00 | 675.00 | 550.00 | 550.00 | Review and revise reply in support of fee petition and supporting declaration (.8); emails with litigation team regarding same (.2); |
| Stafford, William B. | 8/15/2018 | 1.70 | 675.00 | 1,147.50 | 545.00 | 926.50 | Finalize and coordinate filing of reply in support of fee petition; |
| Branch, Aria C. | 6/17/2019 | 0.40 | 815.00 | 326.00 | 480.00 | 192.00 | Call with B. Stafford regarding fee petition (.4); |
| Khanna, Abha | 6/17/2019 | 0.50 | 720.00 | 360.00 | 590.00 | 295.00 | Review SCOTUS opinion and email with legal team regarding next steps on fees (0.5); |
| Stafford, William B. | 6/17/2019 | 1.00 | 710.00 | 710.00 | 585.00 | 585.00 | Exchange correspondence with A. Branch and M. Elias regarding preparation of fee petition (.7); email C. Lawrence regarding pulling fee data for fee petition (.1); review past fee petition in preparation for preparing revised petition (.2); |
| Branch, Aria C. | 6/20/2019 | 2.50 | 815.00 | 2,037.50 | 480.00 | 1,200.00 | Legal research regarding deadline for attorney fee motion and review research related to substance of motion; |

Civil Action No. 3:14-cv-00852-REP-AWA-BMK
(Bethune-Hill v. Virginia State Board of Elections)
Appendix B

| Timekeeper Name | Date | Hours | Rate (Billed) | Subtotal (Billed) | Rate (Richmond) | Subtotal (at Richmond Rate) | Description of Work |
|---|---|---|---|---|---|---|---|
| Khanna, Abha | 6/20/2019 | 0.10 | 720.00 | 72.00 | 590.00 | 59.00 | Confer with B. Stafford regarding fee application; |
| Stafford, William B. | 6/20/2019 | 1.30 | 710.00 | 923.00 | 585.00 | 760.50 | Prepare revised fee petition by reviewing time entries to exercise billing discretion; |
| Stafford, William B. | 6/21/2019 | 0.90 | 710.00 | 639.00 | 585.00 | 526.50 | Prepare revised fee petition by reviewing time entries to exercise billing discretion; |
| Stafford, William B. | 6/23/2019 | 0.90 | 710.00 | 639.00 | 585.00 | 526.50 | Prepare revised fee petition by reviewing time entries to exercise billing discretion; |
| Hamilton, Kevin J. | 6/25/2019 | 0.50 | 845.00 | 422.50 | 750.00 | 375.00 | Telephone conference with T. Heytens regarding fee petition (.3); report to team regarding same (.2); |
| Stafford, William B. | 6/25/2019 | 1.30 | 710.00 | 923.00 | 585.00 | 760.50 | Prepare revised fee petition by reviewing time entries to exercise billing discretion; |
| Stafford, William B. | 6/28/2019 | 0.90 | 710.00 | 639.00 | 585.00 | 526.50 | Prepare revised fee petition by reviewing time entries to exercise billing discretion; |
| Stafford, William B. | 6/29/2019 | 2.90 | 710.00 | 2,059.00 | 585.00 | 1,696.50 | Prepare revised fee petition by reviewing time entries to exercise billing discretion; |
| Branch, Aria C. | 6/30/2019 | 1.40 | 815.00 | 1,141.00 | 480.00 | 672.00 | Legal research related to attorneys fee motion; |
| Branch, Aria C. | 7/1/2019 | 0.60 | 815.00 | 489.00 | 480.00 | 288.00 | Legal research regarding motion for attorney's fees (.5); send email to B. Stafford regarding same (.1); |
| Branch, Aria C. | 7/10/2019 | 0.50 | 815.00 | 407.50 | 480.00 | 240.00 | Answer questions regarding timing and substance of fee petition; |
| Hamilton, Kevin J. | 7/18/2019 | 0.50 | 845.00 | 422.50 | 750.00 | 375.00 | Review and respond to email regarding attorneys' fee application and related deadlines; |
| Stafford, William B. | 7/20/2019 | 0.50 | 710.00 | 355.00 | 585.00 | 292.50 | Prepare fee petition memorandum and related papers; |
| Hamilton, Kevin J. | 7/22/2019 | 0.30 | 845.00 | 253.50 | 750.00 | 225.00 | Exchange email with B. Stafford regarding fee petition; |
| Stafford, William B. | 7/22/2019 | 0.50 | 710.00 | 355.00 | 585.00 | 292.50 | Prepare fee petition memorandum and related papers; |
| Hamilton, Kevin J. | 7/23/2019 | 1.90 | 845.00 | 1,605.50 | 750.00 | 1,425.00 | Prepare for and participate in telephone conference to discuss current status of attorneys' fee request (1.1); report to team regarding same (.4); conference with B. Stafford regarding same (.4); |
| Branch, Aria C. | 7/25/2019 | 0.10 | 815.00 | 81.50 | 480.00 | 48.00 | Call with B. Stafford regarding preparation of fee petition; |
| Hamilton, Kevin J. | 7/25/2019 | 0.30 | 845.00 | 253.50 | 750.00 | 225.00 | Follow up with B. Stafford regarding fee petition; |
| Hamilton, Kevin J. | 7/28/2019 | 0.50 | 845.00 | 422.50 | 750.00 | 375.00 | Review and respond to email regarding fee petition and related deadlines (.3); finalize and transmit confirming email to T. Heytens regarding extension (.2); |
| Stafford, William B. | 7/28/2019 | 0.60 | 710.00 | 426.00 | 585.00 | 351.00 | Prepare fee petition memorandum and related papers; |
| Branch, Aria C. | 7/29/2019 | 2.00 | 815.00 | 1,630.00 | 480.00 | 960.00 | Draft motion for attorney's fees; |
| Hamilton, Kevin J. | 7/29/2019 | 0.90 | 845.00 | 760.50 | 750.00 | 675.00 | Conference with B. Stafford regarding fee petition (.2); review and revise draft declaration supporting fee application (.5); exchange related email (.2); |

Civil Action No. 3:14-cv-00852-REP-AWA-BMK
(Bethune-Hill v. Virginia State Board of Elections)
Appendix B

| Timekeeper Name | Date | Hours | Rate (Billed) | Subtotal (Billed) | Rate (Richmond) | Subtotal (at Richmond Rate) | Description of Work |
|---|---|---|---|---|---|---|---|
| Stafford, William B. | 7/29/2019 | 0.70 | 710.00 | 497.00 | 585.00 | 409.50 | Talk with S. Klinkowski, C. Anderson, and A. Branch regarding filing logistics and support for creation of appendices; |
| Branch, Aria C. | 7/30/2019 | 3.70 | 815.00 | 3,015.50 | 480.00 | 1,776.00 | Draft motion for attorneys' fees; |
| Hamilton, Kevin J. | 7/30/2019 | 1.50 | 845.00 | 1,267.50 | 750.00 | 1,125.00 | Review draft fee application (.9); telephone conference with T. Haytens regarding fee application and related issues (.3); conference with team regarding same (.3); |
| Stafford, William B. | 7/30/2019 | 1.00 | 710.00 | 710.00 | 585.00 | 585.00 | Prepare fee petition draft along with supporting K. Hamilton declaration (.8); exchange correspondence with A. Branch and S. Klinkowski to coordinate and oversee preparation of cost bill (.2) |
| Branch, Aria C. | 7/31/2019 | 0.20 | 815.00 | 163.00 | 480.00 | 96.00 | Exchange emails with B. Stafford related to cost bill; |
| Branch, Aria C. | 8/1/2019 | 1.80 | 815.00 | 1,467.00 | 480.00 | 864.00 | Update Exhibit A to cost bill (1.4); draft cost bill (.4); |
| Hamilton, Kevin J. | 8/1/2019 | 1.20 | 845.00 | 1,014.00 | 750.00 | 900.00 | Review and revise draft declaration in support of fee application (.6); review and revise draft fee application (.6); |
| Stafford, William B. | 8/1/2019 | 0.90 | 710.00 | 639.00 | 585.00 | 526.50 | Exchange correspondence with S. Klinkowski regarding finalization of cost bill spreadsheet (.3); review various components of filing and corfirm status and finalization work necessary (.5); send correspondence to litigation team regarding plan and timing for filing of fee petition and cost bill (.1); |
| Hamilton, Kevin J. | 8/2/2019 | 1.50 | 845.00 | 1,267.50 | 750.00 | 1,125.00 | Review final draft of fee application (.5); review and respond to related email regarding finalization and filing (.6); review email regarding same (.2); correspondence with B. Stafford regarding same (.2); |
| Khanna, Abha | 8/2/2019 | 1.80 | 720.00 | 1,296.00 | 590.00 | 1,062.00 | Review and revise all documents regarding fee petition (1.6); email and confer with B. Stafford regarding same (0.2); |
| Stafford, William B. | 8/2/2019 | 0.30 | 710.00 | 213.00 | 585.00 | 175.50 | Coordinate filing of fee petition; |
| Branch, Aria C. | 8/3/2019 | 0.10 | 815.00 | 81.50 | 480.00 | 48.00 | Circulate response to email from VA attorney general's office; |
| Hamilton, Kevin J. | 8/5/2019 | 0.50 | 845.00 | 422.50 | 750.00 | 375.00 | Exchange email regarding status of fee application and opposition to same; |
| Hamilton, Kevin J. | 8/6/2019 | 0.50 | 845.00 | 422.50 | 750.00 | 375.00 | Follow up on fee application status (.2); conference with B. Stafford regarding same (.3); |
| Hamilton, Kevin J. | 8/7/2019 | 1.60 | 845.00 | 1,352.00 | 750.00 | 1,200.00 | Prepare for and telephone conference regarding fee application status (.9); conference with B. Stafford regarding same (.3); report to team regarding same (.4); |
| Stafford, William B. | 8/7/2019 | 0.90 | 710.00 | 639.00 | 585.00 | 526.50 | Participate in conference call regarding with K. Hamilton regarding current status of outstanding fee petition; |
| Hamilton, Kevin J. | 8/8/2019 | 0.80 | 845.00 | 676.00 | 750.00 | 600.00 | Follow up with B. Stafford regarding negotiations and fee application (.3); exchange related email (.5); |
| Hamilton, Kevin J. | 8/19/2019 | 0.40 | 845.00 | 338.00 | 750.00 | 300.00 | Exchange email regarding proposal on settlement and related issues; |

Civil Action No. 3:14-cv-00852-REP-AWA-BMK
(Bethune-Hill v. Virginia State Board of Elections)
**Appendix B**

| Timekeeper Name | Date | Hours | Rate (Billed) | Subtotal (Billed) | Rate (Richmond) | Subtotal (at Richmond Rate) | Description of Work |
|---|---|---|---|---|---|---|---|
| Khanna, Abha | 8/19/2019 | 0.10 | 720.00 | 72.00 | 590.00 | 59.00 | Email and confer with B. Stafford regarding state's negotiation of fee petition (0.1); |
| Stafford, William B. | 8/19/2019 | 0.50 | 710.00 | 355.00 | 585.00 | 292.50 | Conference call with T. Heytens regarding status of fee petition (.2); draft cover email regarding same to team (.3); |
| Hamilton, Kevin J. | 8/20/2019 | 0.20 | 845.00 | 169.00 | 750.00 | 150.00 | Correspondence regarding attorneys' fees petition and related communications with the state; |
| Branch, Aria C. | 8/29/2019 | 0.30 | 815.00 | 244.50 | 480.00 | 144.00 | Send email to B. Stafford regarding motion for attorneys' fees reply brief; |
| Stafford, William B. | 8/29/2019 | 0.20 | 710.00 | 142.00 | 585.00 | 117.00 | Prepare outline of anticipated reply in support of fee petition; |
| Branch, Aria C. | 8/30/2019 | 0.20 | 815.00 | 163.00 | 480.00 | 96.00 | Call with B. Stafford regarding attorneys fees reply brief; |
| Khanna, Abha | 8/30/2019 | 1.40 | 720.00 | 1,008.00 | 590.00 | 826.00 | Revise draft reply brief on fees; |
| Branch, Aria C. | 9/3/2019 | 1.20 | 815.00 | 978.00 | 480.00 | 576.00 | Draft reply to brief in opposition to motion for attorneys' fees; |
| Stafford, William B. | 9/3/2019 | 3.40 | 710.00 | 2,414.00 | 585.00 | 1,989.00 | Draft fee petition reply brief to consolidate sections drafted by A. Branch and B. Stafford and to revise same; |
| Branch, Aria C. | 9/4/2019 | 3.70 | 815.00 | 3,015.50 | 585.00 | 2,164.50 | Draft reply to brief in opposition to motion for attorneys' fees; |
| Stafford, William B. | 9/4/2019 | 1.50 | 710.00 | 1,065.00 | 585.00 | 877.50 | Finalize draft fee petition and supporting papers; |
| Total | | 77.90 | | $58,483.50 | | $45,715.50 | |