# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>VIRGINIA STATE BOARD OF ELECTIONS, *et al.*,<br><br>        Defendants.<br><br>and<br><br>THE VIRGINIA HOUSE OF DELEGATES AND VIRGINIA HOUSE OF DELEGATES SPEAKER M. KIRKLAND COX,<br><br>        Intervenor-Defendants. | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |

### Consent Motion for Extension of the Parties' Briefing Schedule for Plaintiffs' Revised Second Motion for Attorneys' Fees and Litigation Expenses

Plaintiffs, by counsel, respectfully request that this Court grant an extension of time for the parties to submit briefing related to Plaintiffs' Revised Second Motion for Attorneys' Fees and Litigation Expenses (the "Revised Second Motion"). Plaintiffs' counsel has consulted with counsel for Defendants and Intervenor-Defendants, and they consent to Plaintiffs' request for an extension of time.

On September 25, 2019, the Court issued an Order dismissing without prejudice Plaintiffs' Motion for Attorneys' Fees and Litigation Expenses and setting a briefing schedule for Plaintiffs to file a Revised Second Motion. Dkt. No. 399. The Court further ordered, *inter alia*, that Plaintiffs provide a separate statement of total fees organized by category and address specific issues in their brief. *Id.* Plaintiffs' Revised Second Motion is currently due on

146026300.1

October 21, 2019. Plaintiffs have been working diligently to prepare their Revised Second Motion with accompanying statement of total fees organized by category. Given the volume of time entries stretching back over five years and the need to "break apart" many of those entries into separate categories, Plaintiffs ask that the Court extend the parties' briefing deadlines by one week, which would revise the schedule as follows so as not to diminish the other parties' time to respond: Plaintiffs' Second Revised Motion would be due on or before October 28, 2019, Defendants' and Intervenor-Defendants' responses would be due on or before November 25, 2019, and Plaintiffs' reply to those responses would be due on or before December 13, 2019.

      WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that the briefing deadlines set forth in the Court's September 25, 2019 Order, Dkt. No. 399, be extended by one week.

- 3 -

Dated: October 17, 2019

By: */s/ Aria Branch*
Marc Erik Elias (*pro hac vice*)
Bruce V. Spiva (*pro hac vice*)
Aria Branch (VSB No. 83682)
**PERKINS COIE LLP**
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: 202.654.6338
Facsimile: 202.654.9106
Email: ABranch@perkinscoie.com
Email: MElias@perkinscoie.com
Email: BSpiva@perkinscoie.com

Kevin J. Hamilton (*pro hac vice*)
Abha Khanna (*pro hac vice*)
Ryan Spear (*pro hac vice*)
William B. Stafford (*pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: KHamilton@perkinscoie.com
Email: AKhanna@perkinscoie.com
Email: BStafford@perkinscoie.com
Email: RSpear@perkinscoie.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of October, 2019, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the counsel of record in this case.

By */s/ Aria C. Branch*
Aria C. Branch (VSB #83682)
Perkins Coie LLP
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Phone: (202) 654-6338
Fax: (202) 654-9106
ABranch@perkinscoie.com

*Attorneys for Plaintiffs*

146026300.1