# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants. <br><br> and <br><br> THE VIRGINIA HOUSE OF DELEGATES AND VIRGINIA HOUSE OF DELEGATES SPEAKER M. KIRKLAND COX, <br><br> Intervenor-Defendants. | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |

## AGREED ORDER TO EXTEND THE BRIEFING SCHEDULE FOR PLAINTIFFS' REVISED SECOND MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES

Upon consideration of Plaintiffs' Consent Motion for Extension of Briefing Schedule for Plaintiffs' Revised Second Motion for Attorneys' Fees and Litigation Expenses ("Motion"), Plaintiffs' Motion is GRANTED and Plaintiffs shall file the Revised Second Motion for Attorneys' Fees and Litigation Expenses on or before October 28, 2019, Defendants and Intervenor-Defendants shall file their responses on or before November 25, 2019, and Plaintiffs shall file their replies on or before December 13, 2019.

_____
United States District Judge
Richmond, Virginia

Date: October _____, 2019

LEGAL146020782.1