```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA
                      Richmond Division
```

GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                              Civil Action No. 3:14cv852

VIRGINIA STATE BOARD
OF ELECTIONS, et al.,

    Defendants.

## ORDER

Having considered the Consent Motion for Extension of the Parties' Briefing Schedule for Plaintiffs' Revised Second Motion for Attorneys' Fees and Litigation Expenses (ECF No. 400), and for good cause shown, it is hereby ORDERED that the Motion (ECF No. 400) is granted. It is further ORDERED that the ORDER (ECF No. 399) entered September 25, 2019 is amended as follows:

    (1) By October 28, 2019, the Plaintiffs shall file their Revised Second Motion for Attorneys' Fees and Litigation Expenses;

    (2) By November 25, 2019, the Defendants and Defendant-Intervenors shall file their responses; and

    (3) By December 13, 2019, the Plaintiffs shall file their reply.

In all other respects the ORDER (ECF No. 399) entered September 25, 2019 shall remain unaffected and shall continue in full force and effect.

It is SO ORDERED.

/s/ REP
For the Court
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: October 17, 2019