**Civil Action No. 3:14-cv-00852-REP-AWA-BMK**
**(Bethune-Hill v. Virginia State Board of Elections)**
**Appendix C**

| Category | Hours Total | Subtotal (Billed) | Subtotal (at Richmond Rate) |
|---|---|---|---|
| Pre-Filing, Complaint, and Service | 106.50 | $46,595.50 | $41,912.00 |
| Intervention Related | 11.60 | $6,508.50 | $5,674.50 |
| Communications Concerning Clients | 21.90 | $12,909.50 | $10,108.00 |
| Fact Discovery - First Trial | 1100.70 | $455,976.00 | $402,826.00 |
| Expert Discovery - First Trial | 340.80 | $171,273.50 | $154,530.50 |
| Document Review - First Trial | 383.55 | $51,900.75 | $51,144.25 |
| Court Conferences - First Trial | 53.50 | $29,898.50 | $26,909.50 |
| General Briefing - First Trial | 98.35 | $50,579.25 | $43,275.25 |
| Pretrial Briefing - First Trial | 115.10 | $60,585.50 | $52,859.00 |
| Trial Preparation - First Trial | 1016.00 | $422,133.00 | $379,702.00 |
| General Strategy Meetings - First Trial | 51.80 | $27,877.50 | $24,283.50 |
| Case Analysis - First Trial | 20.30 | $12,522.50 | $10,823.50 |
| First Trial | 289.70 | $134,671.00 | $123,532.00 |
| Post First-Trial Work | 191.50 | $94,546.00 | $80,989.50 |
| First Appeal | 1330.95 | $667,177.00 | $539,271.75 |
| Post-Remand Proceedings | 238.70 | $156,650.50 | $125,939.00 |
| Amicus-Related Work | 16.10 | $10,744.00 | $8,708.00 |
| Fact Discovery - Second Trial | 561.35 | $359,733.50 | $280,267.50 |
| Expert Discovery - Second Trial | 382.70 | $253,742.50 | $215,876.00 |
| Court Conferences - Second Trial | 36.00 | $24,921.50 | $20,426.50 |
| General Briefing - Second Trial | 72.40 | $46,140.00 | $36,908.50 |
| Pretrial Briefing - Second Trial | 101.50 | $63,748.50 | $53,508.50 |
| Trial Preparation - Second Trial | 845.40 | $474,098.25 | $376,676.00 |
| General Strategy Meetings - Second Trial | 68.30 | $45,004.00 | $36,793.50 |
| Case Analysis - Second Trial | 2.80 | $2,060.00 | $1,824.00 |
| Second Trial | 200.70 | $115,771.50 | $91,674.50 |
| Post Second-Trial Work | 201.50 | $123,206.50 | $100,692.00 |
| Remedial Proceedings | 304.00 | $225,322.00 | $185,288.50 |
| Second Appeal | 962.40 | $734,827.00 | $562,056.50 |
| Fee Petitions | 136.05 | $92,685.50 | $71,413.50 |
| **Total** | **9262.15** | **$4,973,809.25** | **$4,115,893.75** |