AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Golden Bethune-Hill, et al., | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 3:14-cv-00852 |
| Virginia State Board of Elections, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State Defendants Listed on Attachment A.

Date: 11/20/2019

/s/ Jessica Merry Samuels
*Attorney's signature*

Jessica Merry Samuels, VSB No. 89537
*Printed name and bar number*

Office of the Attorney General
202 North Ninth Street
Richmond, VA  23219
*Address*

jsamuels@oag.state.va.us
*E-mail address*

(804) 786-6835
*Telephone number*

(804) 371-0200
*FAX number*

## Attachment A

Notice of Appearance of Counsel for Defendants:

Virginia State Board of Elections;

James B. Alcorn, in his capacity as Chairman of the Virginia State Board of Elections;

Robert H. Brink, in his capacity as Chairman of the Virginia State Board of Elections;

John O'Bannon, in his capacity as Vice-Chair of the Virginia State Board of Elections;

Clara Belle Wheeler, in her capacity as Vice-Chair of the Virginia State Board of Elections;

Singleton B. McAllister, in her capacity as Secretary of the Virginia State Board of Elections;

Jamilah D LeCruise, in her capacity as Secretary of the Virginia State Board of Elections;

Virginia Department of Elections;

Christopher E. Piper, in his capacity as Commissioner of the Virginia Department of Elections; and,

Edgardo Cortes, in his capacity as Commissioner of the Virginia Department of Elections.