IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL, et al.,

    Plaintiffs,

v.                                                  Civil Action No. 3:14cv852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

## ORDER

Having reviewed the Defendant-Intervenors' Statement Regarding Plaintiffs' Revised Second Motion for Attorney Fees (ECF No. 406), and it appearing that counsel for the Defendant-Intervenors intend to withdraw from representation of Defendant-Intervenors, and finding that counsel has not complied with Local Civil Rule 83.1(G) governing the withdrawal of counsel, it is hereby ORDERED that, by December 16, 2019, counsel for the Defendant-Intervenors shall confirm whether they intend to withdraw as counsel for the Defendant-Intervenors and, if so, they shall, by that date, comply with Local Civil Rule 83.1(G).

It is so ORDERED.

                                                       /s/    REP
                                           For the Court
                                           Robert E. Payne
                                           Senior United States District Judge

Richmond, Virginia
Date: December 12, 2019