

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

GOLDEN BETHUNE-HILL, et al.,

    Plaintiffs,

v.                         Civil Action No. 3:14cv852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

### MEMORANDUM ORDER

This matter is before the Court on Defendant-Intervenors'
Statement Regarding Plaintiffs' Revised Second Motion for Attorney
Fees (ECF No. 406) (the "Defendant-Intervenors' Statement")
wherein current counsel for Defendant-Intervenors (Baker &
Hostetler): (1) has advised that, in light of the results of the
November 5, 2019 elections, the firm likely will not be retained
to represent the new Speaker of the House of Delegates or the House
of Delegates in this or any other matter pertaining to this case,
including PLAINTIFFS' REVISED SECOND MOTION FOR ATTORNEYS FEES AND
LITIGATION EXPENSES (ECF No. 402); and (2) has suggested that the
Court defer "any decision on Plaintiffs' motion for attorney's
fees, at least as regards the interests of the House of Delegates"
until the new House of Delegates is seated and new counsel
identified in this matter. Defendant-Intervenors' Statement (ECF

No. 406). Current counsel for the Defendant-Intervenors also state that they are "not authorized to take any further position on behalf of the House or current or future Speaker on Plaintiffs' motion." Id. Neither the Defendants nor the Plaintiffs have responded to the Defendant-Intervenors' Statement (ECF No. 406).

Considering the Defendant-Intervenors' Statement and the schedule set forth in the ORDER (ECF No. 401) on October 17, 2019, it is ORDERED that the briefing and argument schedule set out in the ORDER (ECF No. 401) is suspended, and that no later than January 12, 2020, counsel for the parties shall propose a new schedule for submission of the Defendant-Intervenors' response brief and the Plaintiffs' reply brief (replying to both Defendants' and Defendant-Intervenors' briefs) and for oral argument (if needed). The Court expects that the suggested new dates will allow for no more than thirty days for the filing of Defendant-Intervenors' response brief and thirty days for the filing of Plaintiffs' reply brief.

It is so ORDERED.

_____ /s/    RSP
For the Court
Robert E. Payne
Senior United States District Judge


Richmond, Virginia
Date: December 12, 2019

2