IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| Golden Bethune-Hill, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Virginia State Board of Elections, *et al.*,<br>　　　　　Defendants. | No. 3:14-cv-00852-REP-AWA-BMK |

**Motion To Withdraw Representation**

Pursuant to Local Civil Rule 83.1(G), the undersigned counsel, Baker & Hostetler LLP, through Katherine L. McKnight, E. Mark Braden, and Richard B. Raile, ("Withdrawing Counsel"), hereby move to withdraw their representation of Defendant-Intervenors. Withdrawing Counsel submits a proposed order for the Court's consideration.

The reasons for withdrawal are stated in Counsel's filing of November 25, 2019, ECF No. 406, and have been acknowledged by the Court's orders of December 12, 2019, ECF Nos. 407 and 408. Pursuant to the Court's order, ECF No. 408, briefing on Plaintiffs' motion for costs and attorney fees will be reset to allow time for the new House leadership to obtain counsel of their choice to advance the House's position in this matter. Withdrawing Counsel certifies that they have provided reasonable notice to the current House leadership of the situation and of their intent to withdraw as counsel.

1

Withdrawing Counsel also request that, given the circumstances, this motion be exempted from the requirement of a separate brief under Local Civil Rule 7(F)(1).

Dated: December 16, 2019          Respectfully Submitted,

/s/ Katherine L. McKnight
Katherine L. McKnight (VSB No. 81482)
Richard B. Raile (VSB No. 84340)
E. Mark Braden (*pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
kmcknight@bakerlaw.com
rraile@bakerlaw.com
mbraden@bakerlaw.com

*Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker M. Kirkland Cox*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December, 2019, a copy of the foregoing was filed and served on all counsel of record pursuant to the Court's electronic filing procedures using the Court's CM/ECF system.

*/s/  Katherine L. McKnight*
Katherine L. McKnight (VSB No. 81482)
Richard B. Raile (VSB No. 84340)
E. Mark Braden (*pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
kmcknight@bakerlaw.com
rraile@bakerlaw.com
mbraden@bakerlaw.com

*Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker M. Kirkland Cox*