IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| Golden Bethune-Hill, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Virginia State Board of Elections, *et al.*,<br>Defendants. | No. 3:14-cv-00852-REP-AWA-BMK |

### [PROPOSED] Order

THIS MATTER having come before the Court on the motion of counsel for Defendant-Intervenors, Katherine L. McKnight, E. Mark Braden, and Richard B. Raile, to withdraw as counsel for Defendant-Intervenors, and the Court having considered the matter, it is hereby

ORDERED that the motion to withdraw is GRANTED; and it is further

ORDERED that the appearances in this matter of Katherine L. McKnight, E. Mark Braden, and Richard B. Raile, on behalf of Defendant-Intervenors are WITHDRAWN; and it is further

ORDERED that the Clerk of Court shall remove these attorneys from the case docket and service list.

_____
United States District Judge