IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |
|---|---|
| Golden Bethune-Hill, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>Virginia State Board of Elections, *et al.*,<br>            Defendants. | No. 3:14-cv-00852-REP-AWA-BMK |

### Response to Order

In response to the Court's order of December 12, 2019, ECF No. 407, calling for a statement from counsel for Defendant-Intervenors about whether they intend to withdraw from representation of Defendant-Intervenors, the undersigned counsel hereby represent that they do intend to withdraw representation. Per the Court's order, they have made the requisite filings to comply with Local Civil Rule 83.1(G) by today's date.

1

Dated: December 16, 2019          Respectfully Submitted,

*/s/  Katherine L. McKnight*
Katherine L. McKnight (VSB No. 81482)
Richard B. Raile (VSB No. 84340)
E. Mark Braden (*pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
kmcknight@bakerlaw.com
rraile@bakerlaw.com
mbraden@bakerlaw.com

*Attorneys for the Virginia House of Delegates
and Virginia House of Delegates Speaker M.
Kirkland Cox*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December, 2019, a copy of the foregoing was filed and served on all counsel of record pursuant to the Court's electronic filing procedures using the Court's CM/ECF system.

*/s/  Katherine L. McKnight*
Katherine L. McKnight (VSB No. 81482)
Richard B. Raile (VSB No. 84340)
E. Mark Braden (*pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
kmcknight@bakerlaw.com
rraile@bakerlaw.com
mbraden@bakerlaw.com

*Attorneys for the Virginia House of Delegates and Virginia House of Delegates Speaker M. Kirkland Cox*