AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Golden Bethune-Hill, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:14-cv-852 |
| Virginia State Board of Elections, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor-Defs. Virginia House of Delegates, and the Speaker of the House (now Eileen Filler-Corn)  .

Date:   1/12/2020

/s/ Matthew R. McGuire
*Attorney's signature*

Matthew R. McGuire, VSB 84194
*Printed name and bar number*
Hunton Andrews Kurth LLP
951 E. Byrd Street
Richmond, VA 23219

*Address*

mmcguire@huntonak.com
*E-mail address*

804-344-8821
*Telephone number*

804-788-8218
*FAX number*