## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

/s/
Matthew R. McGuire (VSB No. 84194)