# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al., ) <br> ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> VIRGINIA STATE BOARD OF ) <br> ELECTIONS, et al., ) <br> ) <br>     Defendants, ) <br> ) <br> and ) <br> ) <br> EILEEN FILLER-CORN, SPEAKER OF ) <br> THE VIRGINIA HOUSE OF DELEGATES, ) <br> and VIRGINIA HOUSE OF DELEGATES, ) <br> ) <br>     Intervenor-Defendants. ) | Case No. 3:14-cv-00852 (REP-AWA-BMK) |

## RESPONSE TO THE COURT'S DECEMBER 12, 2019 ORDER

On December 12, 2019, this Court suspended the briefing and argument schedule previously established for Plaintiffs' fee petition in light of changed circumstances surrounding Defendant-Intervenors.[1] Dkt. No. 408, at 2. This Court ordered the parties to "propose a new schedule for submission of the Defendant-Intervenors' response brief and the Plaintiffs' reply brief (replying to both Defendants' and Defendant-Intervenors' briefs) and for oral argument (if

---

[1] On January 8, 2020, the Virginia House of Delegates convened its 2020 session, at which time Delegate Eileen Filler-Corn was sworn in as its new Speaker. Under Federal Rule of Civil Procedure 25(d), Speaker Filler-Corn has been automatically substituted as a party in place of M. Kirkland Cox.

needed)." *Id.* The parties have conferred and agreed to the following briefing and argument schedule:

- **Defendant-Intervenors' response brief – February 11, 2020** (30 days from January 12, 2020);

- **Plaintiffs' reply brief – March 12, 2020** (30 days from February 11, 2020); and

- **Oral argument (if needed) – late March/early April 2020** (as the Court's schedules permit).

The proposed dates comply with the Court's direction that "the suggested new dates will allow for no more than thirty days for the filing of Defendant-Intervenors' response brief and thirty days for the filing of Plaintiffs' reply brief." Dkt. No. 408, at 2. The parties thus respectfully request that the Court enter an order consistent with the proposed briefing schedule.

Dated: January 12, 2020

                                        Respectfully submitted,

                                        EILEEN FILLER-CORN, SPEAKER OF THE
                                        VIRGINIA HOUSE OF DELEGATES, and THE
                                        VIRGINIA HOUSE OF DELEGATES

                                        By:   /s/ Matthew R. McGuire
                                        Matthew R. McGuire (VSB No. 84194)
                                        Trevor S. Cox (VSB No. 78396)
                                        HUNTON ANDREWS KURTH LLP
                                        Riverfront Plaza, East Tower
                                        951 East Byrd Street
                                        Richmond, VA 23219
                                        Telephone: (804) 344-8821
                                        Facsimile: (804) 343-4630
                                        mmcguire@HuntonAK.com
                                        tcox@HuntonAK.com

                                        Stuart A. Raphael (VSB No. 30380)
                                        HUNTON ANDREWS KURTH LLP
                                        2200 Pennsylvania Avenue, NW
                                        Washington, DC 20037

Telephone: (202) 955-1500
Facsimile: (703) 918-4018
sraphael@HuntonAK.com

*Counsel for Eileen Filler-Corn, Speaker of the Virginia House of Delegates, and the Virginia House of Delegates*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

/s/
Matthew R. McGuire (VSB No. 84194)