IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                              Civil Action No. 3:14cv852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

### ORDER

Having considered the RESPONSE TO THE COURT'S DECEMBER 12, 2019 ORDER (ECF No. 412), and new counsel for the Intervenor-Defendants having filed a Notice of Appearance (ECF No. 411), it is hereby ORDERED that:

    (1) Intervenor-Defendants shall file their response to the Second Motion for Attorney Fees (ECF No. 406) by February 11, 2020; and

    (2) Plaintiffs' shall file their reply thereto by March 12, 2020; and

    (3) Oral argument, if necessary, shall be held at 1:30 p.m. March 30, 2020 in the Butzner En Banc Courtroom (Room 201), United States Court of Appeals for the Fourth Circuit, Lewis F. Powell,

Jr. United States Courthouse, 1000-1100 East Main Street, Richmond, Virginia 23219.

The Court will notify the parties by March 25, 2020 if argument is necessary.

It is so ORDERED.

                                                        /s/         
                                      For the Court
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: January 21, 2020