AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Golden Bethune-Hill, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:14-cv-00852 (REP-AWA-BMK) |
| Virginia State Board of Elections, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Eileen Filler-Corn, Speaker of the Virginia House of Delegates and the Virginia House of Delegates    .

Date:   03/17/2020

/s/ Stuart A. Raphael
*Attorney's signature*

Stuart A. Raphael (VSB No. 30380)
*Printed name and bar number*

Hunton Andrews Kurth LLP
2200 Pennsylvania Ave., NW
Washington, DC 20037
*Address*

sraphael@HuntonAK.com
*E-mail address*

(202) 419-2021
*Telephone number*

(202) 828-3728
*FAX number*