AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| Golden Bethune-Hill, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:14-cv-00852 (REP-AWA-BMK) |
| Virginia State Board of Elections, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Eileen Filler-Corn, Speaker of the Virginia House of Delegates and the Virginia House of Delegates.

Date: 03/17/2020

/s/ Trevor S. Cox
*Attorney's signature*

Trevor S. Cox (VSB No. 78396)
*Printed name and bar number*

Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
*Address*

tcox@HuntonAK.com
*E-mail address*

(804) 788-7221
*Telephone number*

(804) 343-4630
*FAX number*