IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GOLDEN BETHUNE-HILL, et al.,

    Plaintiffs,

v.                                    Civil Action No. 3:14cv852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

**ORDER**

For the reasons set forth on the record on March 17, 2020, it is hereby ORDERED that:

(1) Pursuant to General Order No. 2020-03 entered on March 16, 2020, the argument set for March 31, 2020 is postponed until further Order; and

(2) The Plaintiffs shall file, by 5:00 p.m. March 27, 2020, a Supplemental Reply Brief addressing the positions on specific fees as set forth by the Defendants in DEFENDANTS' RESPONSE TO PLAINTIFFS' REVISED SECOND MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES (ECF NO. 405).

It is so ORDERED.

                                        /s/
                                  For the Court
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: March 18, 2020