IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL, et al.,

    Plaintiffs,

v.                                         Civil Action No. 3:14cv852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

## ORDER

Having considered PLAINTIFFS' MEMORANDUM IN SUPPORT OF REVISED SECOND MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES (ECF No. 402), the supporting, opposing, and reply briefs, it is hereby ORDERED that:

(1) oral argument will not be necessary because the issues are adequately briefed, and oral argument would not materially advance the decisional process;

(2) considering the briefing addressing the applicability of the decision in Vienna Metro LLC v. Pulte Home Corp., No. 1:10-cv-502, 2011 WL 13369780 (E.D. Va. Aug. 24, 2011), the Court will find it helpful if the Plaintiffs submit a calculation of their fee request using the Richmond, Virginia rate structure for the time periods involved;

(3) the Plaintiffs shall file this submission and supporting brief by April 27, 2020;

(4) the Defendants and Intervenor-Defendants shall file their responses by May 11, 2020; and

(5) Plaintiffs shall file their reply by May 18, 2020.

It is so ORDERED.

/s/ REP
_____
For the Court
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: April 13, 2020