IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL, et al.,

    Plaintiffs,

v.                                Civil Action No. 3:14cv852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

### ORDER

For the reasons set forth on the record during the April 17, 2020 conference call, and to the extent therein explained, it is hereby ORDERED that:

(1) the PLAINTIFFS' MOTION FOR CLARIFICATION REGARDING APRIL 13, 2020 ORDER (ECF No. 422) is granted;

(2) Plaintiffs shall file a truncated fee award calculation using Richmond, Virginia rates, with supporting affidavit and exhibits, if needed, by May 1, 2020;

(3) the Defendants and Intervenor-Defendants shall file their responses by May 15, 2020; and

(4) Plaintiffs shall file their reply by May 22, 2020.

It is so ORDERED.

                                         /s/               REP
                            For the Court
                            Robert E. Payne
                            Senior United States District Judge

Richmond, Virginia
Date: April 17, 2020