# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| GOLDEN BETHUNE-HILL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants, <br><br> v. <br><br> VIRGINIA HOUSE OF DELEGATES, *et al.*, <br><br> Intervenor-Defendants | Civil Action No. 3:14-cv-00852-REP-AWA-BMK |

**CONSENT MOTION FOR EXTENSION OF THE PARTIES' BRIEFING SCHEDULE FOR PLAINTIFFS' SUPPLEMENTAL SUBMISSION IN SUPPORT OF REVISED SECOND MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

By Order dated April 20, 2020, the Court ordered Plaintiffs to "file a truncated fee award calculation using Richmond, Virginia rates, with supporting affidavit and exhibits, if needed, by May 1, 2020." ECF No. 423.

Plaintiffs, by counsel, respectfully request that this Court grant an extension of time for the parties to submit Plaintiffs' briefing—and Defendants' and Intervenor-Defendants' responsive briefing, if any—related to the supplemental submission ordered by the Court. Plaintiffs' counsel has consulted with counsel for Defendants and Intervenor-Defendants, and they consent to Plaintiffs' request for an extension of time.

Plaintiffs have been working diligently to prepare the supplemental submission, which Plaintiffs anticipate will be supported by additional affidavits supporting Plaintiffs' requested attorney fee rates. Given the time necessary to secure and finalize those additional supporting affidavits, Plaintiffs ask that the Court extend the parties' briefing deadlines by one week, which would revise the schedule as follows so as not to diminish the other parties' time to respond: Plaintiffs' supplemental filing would be due on or before May 8, 2020, Defendants' and Intervenor-Defendants' responses would be due on or before May 22, 2020, and Plaintiffs' reply to those responses would be due on or before May 29, 2020.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that the briefing deadlines set forth in the Court's April 20, 2020 Order, ECF No. 423, be extended by one week.

DATED: April 30, 2020

By: */s/ Aria C. Branch*
Marc Erik Elias (admitted *pro hac vice*)
Bruce V. Spiva (admitted *pro hac vice*)
Aria Branch (VSB # 83682)
**PERKINS COIE LLP**
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: 202.434.1627
Facsimile: 202.654.9106

Kevin J. Hamilton (admitted *pro hac vice*)
Abha Khanna (admitted *pro hac vice*)
Ryan Spear (admitted *pro hac vice*)
William B. Stafford (admitted *pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of May, 2020, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the counsel of record in this case.

By */s/ Aria C. Branch*
Aria C. Branch (VSB #83682)
Perkins Coie LLP
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Phone: (202) 654-6338
Fax: (202) 654-9106
ABranch@perkinscoie.com

*Attorneys for Plaintiffs*