IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL, et al.,

    Plaintiffs,

v.                                Civil Action No. 3:14cv852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

**ORDER**

Having considered the CONSENT MOTION FOR EXTENSION OF THE PARTIES' BRIEFING SCHEDULE FOR PLAINTIFFS' SUPPLEMENTAL SUBMISSION IN SUPPORT OF REVISED SECOND MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES (ECF No. 424), and for good cause shown, it is hereby ORDERED that the Motion (ECF No. 424) is granted. It is further ORDERED that:

(1) By May 8, 2020, the Plaintiffs shall file a supplemental brief respecting a truncated fee award calculation using Richmond, Virginia rates; and

(2) By May 22, 2020, the Defendants and Intervenor-Defendants shall file their responses thereto; and

(3) By May 29, 2020, the Plaintiffs shall file their reply.

It is so ORDERED.

                                              /s/ REP
                                     For the Court
                                     Robert E. Payne
                                     Senior United States District Judge

Richmond, Virginia
Date: May 5, 2020
*nunc pro tunc*
*April 30, 2020*