IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| VIRGINIA STATE BOARD OF ELECTIONS, et al., | ) Civil Action No. 3:14-cv-00852-REP-AWA-BMK |
| Defendants, | ) |
| and | ) |
| VIRGINIA HOUSE OF DELEGATES, et al., | ) |
| Intervenor-Defendants. | ) |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' SUPPLEMENTAL SUBMISSION REGARDING MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

Pursuant to the Court's Orders dated April 20, 2020 (Dkt. 423), and May 5, 2020 (Dkt. 425), defendants have no further response to plaintiffs' Supplemental Submission Regarding Revised Second Motion for Attorneys' Fees and Litigation Expenses (Dkt. 426). As noted in defendants' Response to Plaintiffs' Revised Second Motion for Attorneys' Fees and Litigation Expenses (Dkt. 405), defendants respectfully request that the amount awarded against defendants should be no more than $3,265,879.86 in total for fees, expenses, and costs.

1

Dated: May 22, 2020	Respectfully submitted,

By:	/s/ *Jessica Merry Samuels*
Jessica Merry Samuels, VSB # 89537
Assistant Solicitor General
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-7240 – Telephone
(804) 371-0200 – Facsimile
solicitorgeneral@oag.state.va.us

Mark R. Herring	Toby J. Heytens
Attorney General	Solicitor General

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2020, a true and accurate copy of this paper was filed electronically with the Court's CM/ECF system, which will then send a notification of such filing to the counsel of record in this case.

By:   */s/ Jessica Merry Samuels*
       Jessica Merry Samuels