UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GOLDEN BETHUNE-HILL, et al., ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> VIRGINIA STATE BOARD OF ) <br> ELECTIONS, et al., ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> EILEEN FILLER-CORN, SPEAKER OF ) <br> THE VIRGINIA HOUSE OF DELEGATES, ) <br> and VIRGINIA HOUSE OF DELEGATES, ) <br> ) <br> Intervenor-Defendants. ) | Case No. 3:14-cv-00852 (REP-AWA-BMK) |

**INTERVENOR-DEFENDANTS' RESPONSE TO PLAINTIFFS'
SUPPLEMENTAL SUBMISSION**

On May 8, 2020, at the Court's direction, Plaintiffs supplemented their revised second motion for attorneys' fees and litigation expenses to provide actual evidence supporting their attorneys' rates for 2017, 2018, and 2019. *See generally* Dkt. No. 426. In its order giving Plaintiffs another chance to properly support their motion for attorneys' fees, the Court directed Defendants and Intervenor-Defendants to respond. *See* Dkt. No. 425.

Intervenor-Defendants maintain that fees cannot be awarded against them under binding U.S. Supreme Court and Fourth Circuit precedent, *see generally* Dkt. No. 415, but acknowledge that Plaintiffs have now provided support for their requested rates for those years.

Respectfully submitted,

EILEEN FILLER-CORN, SPEAKER OF THE
VIRGINIA HOUSE OF DELEGATES, and THE
VIRGINIA HOUSE OF DELEGATES


By: /s/ Matthew R. McGuire
Matthew R. McGuire (VSB No. 84194)
Trevor S. Cox (VSB No. 78396)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
Telephone: (804) 344-8821
Facsimile: (804) 343-4630
mmcguire@HuntonAK.com
tcox@HuntonAK.com

Stuart A. Raphael (VSB No. 30380)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (703) 918-4018
sraphael@HuntonAK.com

*Counsel for Eileen Filler-Corn, Speaker of the Virginia House of Delegates, and the Virginia House of Delegates*


## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.


/s/
Matthew R. McGuire (VSB No. 84194)