IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GOLDEN BETHUNE-HILL,
et al.,

    Plaintiffs,

v.                                    Civil Action No. 3:14cv852

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

**ORDER**

For the reasons, and to the extent, set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that the PLAINTIFFS' MEMORANDUM IN SUPPORT OF REVISED SECOND MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES (ECF No. 402) which the Court will also construe as the Plaintiffs' Revised Second Motion for Attorneys' Fees and Litigation Expenses,[1] is granted in part and denied in part and that the BILL OF COSTS (ECF No. 388) is granted and that the plaintiffs are entitled to an award of fees, expenses, and costs in the amount of $4,159,609.20 and that judgment in that amount is hereby entered against the following state defendants, jointly and severally, with interest thereon at

---

[1] By Order (ECF No. 399) entered on September 25, 2019, the Court denied PLAINTIFFS' SECOND MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES (ECF No. 385) without prejudice and directed the plaintiffs to file a Revised Second Motion for Attorneys' Fees and Litigation Expenses.

the federal judgment rate of 0.14% per annum from the date of entry of this ORDER until paid in full:

> Virginia State Board of Elections;
>
> James B. Alcorn, in his capacity as Chairman of the Virginia State Board of Elections;
>
> Robert H. Brink, in his capacity as Chairman of the Virginia State Board of Elections;
>
> John O'Bannon, Vice-Chairman of the Virginia State Board of Elections;
>
> Edgardo Carotes, in his capacity as Commissioner of the Virginia Department of Elections;
>
> Clara Belle Wheeler, in her capacity as Vice-Chair of the Virginia State Board of Elections;
>
> Singleton B. McAllister, in his capacity as Secretary of the Virginia State Board of Elections;
>
> Jamilah D LeCruise, Secretary of the Virginia State Board of Elections;
>
> Virginia Department of Elections;
>
> Edgardo Cortes, in his capacity as Chairman of the Virginia Department of Elections; and
>
> Christopher E. Piper, Commissioner of the Virginia Department of Elections

It is so ORDERED.

```
                              /s/         REP
                        For the Court
                        Robert E. Payne
                        Senior United States District Judge
```

Richmond, Virginia
Date: September 17, 2020